**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**BENTHOS MASTER FUND, LTD.,**

                Petitioner

     - against -                            Case No. _____

**AARON ETRA,**                                 **RULE 7.1 STATEMENT**

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Petitioner Benthos Master Fund, Ltd. ("Benthos") hereby states that Benthos is not a publicly held corporation or other publicly held entity. Nor does Benthos have a parent, subsidiary or affiliated company that has issued shares or debt securities to the public. No publicly held company owns ten percent (10%) or more of Benthos.

Dated: April 30, 2020

                                            Respectfully submitted,

                                            By: _____*/s/ Joshua K. Bromberg*_____
                                                      Steven R. Popofsky
                                                      Joshua K. Bromberg

                                            KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
                                            500 Fifth Avenue
                                            New York, New York 10110
                                            Telephone:  (212) 986-6000
                                            Facsimile: (212) 986-8866
                                            spopofsky@kkwc.com
                                            jbromberg@kkwc.com

                                            *Attorneys for Petitioner*
                                            **BENTHOS MASTER FUND, LTD.**