UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

       Petitioner

   - against -            Case No. 20-cv-03384

AARON ETRA,

       Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that Steven R. Popofsky of Kleinberg, Kaplan, Wolff & Cohen, P.C., 500 Fifth Avenue, New York, New York 10110, hereby appears in this action as counsel of record for petitioner Benthos Master Fund, Ltd., and demands that copies of all pleadings, notices and other papers in this action be served upon the undersigned.

Dated:  May 1, 2020

                 **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

                 By:   /s/ Steven R. Popofsky
                     Steven R. Popofsky

                 500 Fifth Avenue
                 New York, New York 10110
                 Telephone: (212) 986-6000
                 Facsimile: (212) 986-8866
                 Email:  SPopofsky@kkwc.com

                 *Attorneys for Benthos Master Fund, Ltd.*