USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Benthos Master Fund, Ltd.,

                Petitioner,

–v–

Aaron Etra,

                Respondent.

20-cv-3384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On April 30, 2020, Petitioner filed a petition to confirm an arbitration award. Dkt. No. 1. Petitioner's memorandum of law in support of its petition is due within two weeks of the date of the date of this order. Petitioners shall serve Respondent within two weeks after filing their memorandum of law and shall file proof of service within one week from the date of service.

      IT IS FURTHER ORDERED that Respondent's opposition to the petition shall be due two weeks from the date of service. Petitioner's reply, if any, shall be due one week thereafter. Additionally, Petitioner shall serve a copy of this Order on Respondent and inform Respondent of Rule 1.H. of this Court's Individual Practices, which requires all attorneys representing parties before this Court to register promptly as filing users on ECF.

      SO ORDERED.

Dated: May 4, 2020
       New York, New York

                                          _____
                                            ALISON J. NATHAN
                                          United States District Judge