UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

BENTHOS MASTER FUND, LTD.,

                              Petitioner

         - against -

AARON ETRA,

                              Respondent.

------------------------------------- x

Case No. 20-cv-03384

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF NEW YORK   )

**SANDY GRANCARIC**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

2. On May 7, 2020, I caused the Petitioner's Memorandum of Law in Support of Petition to Confirm Final Arbitration Award, dated May 6, 2020 (Dkt. 8) to be served by placing the same in a sealed envelope, with postage prepaid thereon, and causing the same to be placed in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below:

                              Aaron Etra
                              240 East 47th Street
                              Apt. 12A
                              New York, New York 10017

                              Aaron Etra
                              445 Park Avenue, 9th Floor
                              New York, New York 10022

*Sandy Grancaric* (signature)
Sandy Grancaric

Subscribed and sworn to before me, utilizing audio-video technology pursuant to and in compliance with New York State Executive Order No. 202.7, issued March 19, 2020, as extended by New York State Executive Order No. 202.14, issued April 7, 2020, this 7th day of May 2020.

_____
Notary Public

ROBIN L. GREENSTEIN
Notary Public, State of New York
No. 01GR5023678
Qualified in New York County
Commission Expires February 14, 2022