UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Benthos Master Fund, Ltd.,

                Petitioner,

-against-

Aaron Etra,

                Respondent.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2020

20 **CIVIL** 3384 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated August 12, 2020, Petitioner's motion to confirm the arbitration award is GRANTED. Judgment is entered in favor of Petitioner in the amount of $5,254,561.12 plus the interest that has accrued on that amount since May 1, 2020 at a 4% simple interest per annum, in the amount of $59,887.60, and will continue to accrue post-judgment at the same rate; accordingly, the case is closed.

**Dated**: New York, New York
        August 13, 2020

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**
                       **BY:** _K Mango_
                                      **Deputy Clerk**