UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BENTHOS MASTER FUND, LTD.,

                           Petitioner

            - against -

AARON ETRA,

                          Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 20-cv-03384

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF NEW YORK   )

      **EZEQUIEL SERRANO,** being duly sworn, deposes and says:

      1.     I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

      2.     On August 14, 2020, I caused the Memorandum and Order dated August 12, 2020 (Dkt. 14) and the Judgment dated August 13, 2020 (Dkt. 15) to be served by placing the same in a sealed envelope, with postage prepaid thereon, and causing the same to be placed in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below:

                               Aaron Etra
                               240 East 47th Street
                               Apt. 12A
                               New York, New York 10017

                               Aaron Etra
                               445 Park Avenue, 9th Floor
                               New York, New York 10022

Ezequiel Serrano

Subscribed and sworn to
before me, utilizing audio-
video technology pursuant to
and in compliance with New
York State Executive Order
No. 202.7, issued March 19,
2020, as extended by New
York State Executive Order
No. 202.55, issued August 5,
2020, this 14th day of August
2020.

Notary Public

NATHANIEL P SCHWARZ
Notary Public, State of New York
No. 01SC6381796
Qualified in New York County
Commission Expires October 9, 2022

2