```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Benthos Master Fund, Ltd.,

                    Petitioner,

          –v–                                           20-cv-3384 (AJN)

                                                        ORDER
Aaron Etra,

                    Respondent.

ALISON J. NATHAN, District Judge:

        On August 17, 2020, Petitioner filed a request to lift the automatic Rule 62(a) stay in this

case.  Dkt. No. 17.  The Court directed Respondent to file any opposition to the request no later

than August 20, 2020.  As of this date, the Court is not in receipt of Respondent's opposition.

Petitioner's request to lift the automatic Rule 62(a) stay is GRANTED.

        SO ORDERED.

Dated: August 24, 2020
       New York, New York                    _____
                                                        ALISON J. NATHAN
                                                    United States District Judge