

*Direct Dial: 212.880.9895*
*E-Mail: jbromberg@kkwc.com*

August 25, 2020

**VIA ECF**

Hon. Alison J. Nathan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Benthos Master Fund, Ltd. v. Etra, No. 20-cv-3384**

Dear Judge Nathan:

      This firm represents petitioner Benthos Master Fund, Ltd. ("Benthos").

      It appears that the Court entered its Order of today (Dkt. 19, attached hereto as Exhibit A) without having seen Mr. Etra's response to Benthos' request to lift the Rule 62 stay, which was submitted by Mr. Etra on August 20, 2020 by email to Your Honor's chambers. Mr. Etra's email response is attached hereto as Exhibit B.

      Mr. Etra's response, however, does not refute the grounds to lift the stay set forth in Benthos' application of August 17, 2020 (Dkt. 17), nor provide any reason to deny Benthos' request.

      Under the circumstances, Benthos will refrain from proceeding with enforcement of the Court's judgment (Dkt. 15) pending notification that today's Order will not be vacated in light of Mr. Etra's submission. We thank the Court for its consideration and attention to this matter.

                                         Respectfully submitted,

                                         *Joshua K. Bromberg*
                                         Joshua K. Bromberg

cc:    Aaron Etra (via email, with exhibits)

Kleinberg, Kaplan, Wolff & Cohen, P.C.  |  500 Fifth Avenue, New York, NY 10110  |  212.986.6000  |  kkwc.com