# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2020

Benthos Master Fund, Ltd.,

                Petitioner,

–v–

Aaron Etra,

                Respondent.

20-cv-3384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On August 17, 2020, Petitioner filed a request to lift the automatic Rule 62(a) stay in this case. Dkt. No. 17. The Court directed Respondent to file any opposition to the request no later than August 20, 2020. As of this date, the Court is not in receipt of Respondent's opposition. Petitioner's request to lift the automatic Rule 62(a) stay is GRANTED.

      SO ORDERED.

Dated: August 24, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge