United States District Court for the
SOUTHERN DISTRICT OF NEW YORK

File Number 20-CV-03384 AJN

**BENTHOS MASTER FUND, LTD.,**   )
        Plaintiff,   )
  v.   )   Notice of Appeal

**AARON ETRA,**   )
        Defendant.   )

Notice is hereby given that AARON ETRA, DEFENDANT  in the above-named case, hereby appeals to the United States Court of Appeals for the SECOND  Circuit from the final judgment entered in this action on the 13TH  day of AUGUST  2020.

Dated: September 14, 2020

                        AARON ETRA
                        PRO SE
Address: 240 East 47th Street-12A, New York, NY 10017
Email Address: aaron@etra.com
Telephone: (917) 856-3500