# Exhibit 5

| | |
|---|---|
| **From:** | Aaron Etra |
| **To:** | Steven Popofsky |
| **Cc:** | Joshua K. Bromberg |
| **Subject:** | Benthos |
| **Date:** | Tuesday, September 15, 2020 4:33:36 PM |

Mr. Popofsky,

I am in preparation for the Jewish holidays and have limited capacity during this period, especially under my health circumstances.

I respectfully request rescheduling all required action on my part for dates as late as possible beginning with the week of October 12th, which will be my first post-holidays.

Thank you,

Aaron Etra