# Exhibit 7

**From:** Aaron Etra
**To:** Steven Popofsky
**Cc:** Joshua K. Bromberg
**Subject:** Re: Benthos
**Date:** Thursday, September 17, 2020 4:35:37 PM

Dear Mr. Popofsky,

Thank you for this message.

The answers to your two questions is for both, yes.

Furthermore, in addition to being compliant, I want to work with you to provide your clients with as much funds as I can reasonably generate. I am starting from scratch and I need your cooperation to be able to function and for you not to put holds on my accounts which do not let me even pay my rent and eat or otherwise restrict what I need to do toward this objective.

I live alone, do not have staff or resources to add significantly to the basic effort of earning a living . You will also appreciate the consequences what you have already added to my burden by the attacks on my reputation, especially since you and your clients know full well by this time that, at all times, I have acted honorably, without personal benefit and always trying to assist the parties, including Benthos, to remedy the problem of their own creation and for which I had no responsibility.

So, yes, I am and will remain compliant. And, yes, I will provide material on the 21st. As well, I would like to discuss with you during the week of October 12th a plan that I can achieve for generating funds. Please tell me what day and time I can call you then.

Until, then, please do release any holds you have put on my accounts and do not take any other such action, so I can pay my rent, purchase food and other necessities and function during this period. It is particularly painful that it is the Jewish holidays and one wants to not only support oneself but also give to others in need.

Thank you for your understanding and constructive action which is in the best interest of all concerned, including your clients, the good people of Benthos.

Best,

Aaron Etra

---

**From:** Steven Popofsky <SPopofsky@kkwc.com>
**Date:** Wednesday, September 16, 2020 at 11:30 AM
**To:** Aaron Etra <aaron@etra.com>
**Cc:** "Joshua K. Bromberg" <JBromberg@kkwc.com>
**Subject:** RE: Benthos

Mr. Etra, as I wrote to you 13 days ago, "if you timely provide substantial responsive documents and information [on the due date of September 21,] and need a reasonable bit of additional time to complete your responses, we would respond reasonably." Material such as – by way of example only – bank and brokerage account statements, credit card statements, real estate ownership and rent records, vehicle use and ownership, available cash and current living expenses, and recent tax returns are all readily available to you and could easily be assembled and provided.

The subpoenas were served on August 27, and the Jewish holidays are no impediment at all to your gathering and providing that sort of basic material in compliance with the subpoenas. It is unseemly of you to use the holidays as an excuse. Furthermore the arbitration award was rendered in April, and was confirmed by the Court on August 12 and the judgment was issued on August 13 – you are a lawyer and were at all times well aware of what would be required of you. Have you begun gathering responsive material at all? (Please be sure to respond to that inquiry in any return e-mail.)

In addition, are you in compliance with the restraining notice served upon you on August 27? (Please respond to that inquiry as well.) If you can (truthfully) confirm that you are, and if you produce basic responsive material on the 21st, we can discuss the schedule beyond that and ensure that you are not unduly burdened. Please understand that you stalled my client for a long time – including refusing to return $400,000 of Benthos's money you were holding as an Escrow Agent, until threatened with imprisonment by the late Judge Batts – and you lied to Benthos repeatedly and refused to provide simple information as to the whereabouts of millions of dollars Benthos had entrusted to you. We and our client are justly suspicious as to whether you truly intend to comply with your legal obligations pursuant to the judgment-enforcement subpoenas.

If you do show good-faith compliance, we will work with you on scheduling. If you are just intent on stalling until you are again forced to comply by a federal judge threatening to hold you in contempt of court, we are not willing to be victimized by that gamesmanship.

Please respond specifically to the two inquiries set forth above. Thank you.

**STEVEN R. POPOFSKY**
**D** 212.880.9882   |   spopofsky@kkwc.com
**F** 212.986.8866   |

2



**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
500 Fifth Avenue, New York, NY 10110
kkwc.com   |   Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

---

**From:** Aaron Etra [mailto:aaron@etra.com]
**Sent:** Tuesday, September 15, 2020 4:33 PM
**To:** Steven Popofsky
**Cc:** Joshua K. Bromberg
**Subject:** Benthos

Mr. Popofsky,

I am in preparation for the Jewish holidays and have limited capacity during this period, especially under my health circumstances.

I respectfully request rescheduling all required action on my part for dates as late as possible beginning with the week of October 12th, which will be my first post-holidays.

Thank you,

Aaron Etra

3