# Exhibit 8

# INDIVIDUAL PERSONAL FINANCIAL STATEMENT

## Prepared for Aaron Etra
## on 05/22/2020

| | |
|---|---|
| NAME: | Aaron Etra |
| ADDRESS: | 240 E 47th St |
| | New York, New York 10017 |
| HOME PHONE: | |
| CELL PHONE: | 917-856-3500 |
| SSN: | |
| BIRTHDATE: | 05/06/1941 |

## DETAILED SUMMARY LISTING OF ASSETS

| INDIVIDUAL ASSET INFORMATION | AMOUNT |
|---|---:|
| Accounts Receivable: | |
| Annuity: | |
| Boats: | |
| Bonds | |
| Business Property and Real Estate: | |
| Certificate of Deposit: | |
| Checking Accounts: | $35,000.00 |
| Household Furnishings: | $20,000.00 |
| Jewelry: | |
| Life Insurance: | |
| Mutual Funds: | |
| Notes Receivable: | |
| Other Assets: | |
| Other Real Estate: | |
| Personal Residence Real Estate: | |
| Recreational Equipment: | |
| Retirement Plans: | |
| Savings Accounts: | $1,000.00 |
| Stocks: | $1,000.00 |
| Trusts: | |
| Vehicles | |

| | |
|---|---:|
| **INDIVIDUAL TOTAL ASSET VALUE:** | $57,000.00 |

## DETAILED SUMMARY LISTING OF LIABILITIES

| INDIVIDUAL LIABILITY INFORMATION | AMOUNT |
|---|---:|

| | |
|---|---:|
| Mortgage or Rent: | $0.00 |
| Home Equity Loan: | $0.00 |
| Other Mortgage: | $0.00 |
| Vehicle Loans: | $0.00 |
| Credit Cards: | $18,000.00 |
| Student Loans: | $0.00 |
| Other Liabilities: | $0.00 |

**INDIVIDUAL TOTAL LIABILITIES:**     $18,000.00

## DETAILED SUMMARY LIST OF MONTHLY INCOME ASSET

**INDIVIDUAL MONTHLY INCOME**     **MONTHLY AMOUNT**

Individual Employer Name: Aaron Etra, Esq.

| | |
|---|---:|
| Monthly Salary or Wages: | $0.00 |
| Investment Accounts: | $100.00 |
| Alimony: | $0.00 |
| Child Support: | $0.00 |
| Trusts: | $0.00 |
| Other Income Sources: | $6,500.00 |

**INDIVIDUAL TOTAL MONTHLY INCOME ASSET:**     $6,600.00

## DETAILED SUMMARY LIST OF MONTHLY EXPENSE LIABILITY

**INDIVIDUAL MONTHLY EXPENSES**     **MONTHLY AMOUNT**

| | |
|---|---:|
| Paid Alimony: | |
| Paid Child Care: | |
| Paid Child Support: | |
| Groceries: | $750.00 |
| Healthcare or Medications: | $100.00 |
| Housing or Rent: | $4,100.00 |
| Other Mortgage Loans: | |
| Auto Loans: | |
| Auto Insurance: | |
| Health or Dental Insurance: | $300.00 |
| Life Insurance: | |
| Other Insurance: | |
| Credit Cards: | $300.00 |
| Student Loans: | |
| Other Expenses: | |

**INDIVIDUAL TOTAL MONTHLY EXPENSE LIABILITY:**     $5,550.00

## NET WORTH SUMMARY

| | |
|---|---|
| TOTAL ASSETS: | $57,000.00 |
| TOTAL LIABILITIES: | $18,000.00 |
| **TOTAL NET WORTH:** | **$39,000.00** |

I, Aaron Etra, hereby certify and warrant, to the best of my knowledge, that the aforementioned information contained within this Personal Financial Statement is true, accurate and complete.

_____          DATED:
Aaron Etra