# Exhibit 10

HAYWOOD COUNTY TAX COLLECTIONS
215 N MAIN STREET # 224
WAYNESVILLE NC 28786-3899

ADDRESS SERVICE REQUESTED

# HAYWOOD COUNTY PROPERTY TAX NOTICE

**PAYMENT PLANS:** Please call 828-452-6643. If you need to make payments or other arrangements, please do so immediately. Once taxes are delinquent, the plan is more costly per month. *See back of tax bill for more information.

**ESCROW/MORTGAGE ACCOUNTS:** Tax notices are forwarded to the mortgage companies. The property owner is responsible for ensuring full payment of this obligation. If funds are held in escrow to pay this notice, forward to the appropriate mortgage holder.

**PERSONAL PROPERTY:** If this is the first notice of value, a taxpayer may appeal the value, situs or taxability of the personal property in writing within 30 days from the 1st day of September.

**FAILURE TO PAY:** Delinquent taxes are subject to garnishment of wages, attachment of monies on deposit or rents received, levy on personal property and foreclosure proceedings.

**INTEREST** accrues at the rate of 2% for January & 3/4 of 1% each following month.

************AUTO**MIXED AADC 270
9250591 2811-PTN   33480 1 1 3

ETRA, AARON
PO BOX 4034
NEW YORK NY 10163-4034

| ACCOUNT NUMBER | BILL NUMBER | DUE DATE | BILL YEAR | DELINQUENT AFTER |
|---|---|---|---|---|
|  | 20A22597 | 09/01/2020 | 2020 | 01/05/2021 |

**OFFICE INFORMATION**
Tax Collections   (828) 452-6643
OFFICE INFORMATION
Questions Concerning Value:
Real Property   (828) 452-6654
Personal Property   (828) 452-6640
Business Property   (828) 452-6639

PARCEL IDENTIFICATION NUMBER : 7698-71-0419
DESCRIPTION :   BIODOME DR
ACREAGE :   0.2660

REAL ESTATE VALUE :   2,000
DEFERRED REAL VALUE :
PERSONAL PROPERTY VALUE :
EXEMPTION VALUE :
TOTAL VALUE :   2,000

| TAXING DISTRICT | TAX PER $100 VALUE & FEES | AMOUNT DUE |
|---|---|---|
| GENERAL COUNTY | 0.585000000 | 11.70 |
| JONATHAN CREEK FIRE DIST | 0.070000000 | 1.40 |
| LATE LIST | | 0.00 |
| CURRENT TAX | | 13.10 |
| PREPAID | | 0.00 |
| PRIOR TAX | | 0.00 |
| **THANK YOU** TOTAL DUE | | 13.10 |

**PAY BY CREDIT CARD** - Real Estate, Personal Property & Motor Vehicle Taxes

MasterCard   Discover   VISA

**VISIT US ONLINE**
www.haywoodcountync.gov
or call 1-877-729-8290

After authorization of your payment, you will be given a confirmation number to keep for your records. Provider charges a fee for this service. The county only receives the tax amount.

Smart Phone users scan QR code to visit us Online
www.haywoodcountync.gov

NORTH CAROLINA GENERAL STATUTE 105-357 PROVIDES A PENALTY OF TEN PERCENT (10%) OR $25.00 ON CHECKS RETURNED BY THE BANK BECAUSE OF INSUFFICIENT FUNDS OR NONEXISTENCE OF AN ACCOUNT.

DUE TO BANKING PROCEDURES IMPLEMENTED BY THE COUNTY, YOUR PAYMENT SHOULD BE MAILED TO THE CHARLOTTE ADDRESS WHERE IT IS DIRECT DEPOSITED INTO THE COUNTY'S BANK ACCOUNT. THIS WILL BETTER SERVE YOU AND BE MORE COST EFFECTIVE. YOU MAY USE THE ADDRESS PRINTED ON THE BILL OR OUR PERMANENT ADDRESS OF 215 N. MAIN STREET SUITE 224 WAYNESVILLE, NC 28786

---

**PLEASE RETURN THIS PORTION WITH PAYMENT**

| ACCOUNT NUMBER | BILL NUMBER | DUE DATE | DELINQUENT AFTER | TOTAL AMT DUE |
|---|---|---|---|---|
|  | 20A22597 | 09/01/2020 | 01/05/2021 | 13.10 |

TO CHANGE YOUR MAILING ADDRESS, PLEASE FILL IN YOUR NEW ADDRESS BELOW

ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____

**MAKE CHECK PAYABLE & REMIT TO:**

ETRA, AARON
PO BOX 4034
NEW YORK NY 10163-4034

HAYWOOD COUNTY TAX COLLECTIONS
PO BOX 63040
CHARLOTTE NC 28263-3040

20100000002259700000013100