# Exhibit 12

# HSBC

## Payments

Online Payment | Schedule Auto-Pay | Payment History

Account Summary | Transaction History | Statements | Account Info | Payments

Sign Out

Welcome, AARON

This summary reflects the most current account information.

**Account Number:** [redacted]
**Card Type:** Individual-Account
**Company ID:** [redacted]
**Company Name:** AARON ETRA
**Primary Cardholder:** AARON ETRA
**Email Address:** aaron@etra.com
**Secondary Cardholder:** AARON ETRA
**Address:** AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134
**Home Phone:** (000)856-3500
**Work Phone:** (000)856-3500
**Statement Delivery Method:** Electronic Only

Update Account Info

Change Delivery Method

**Balance as of 09/25/20:** $ 16,685.96
**Available Credit:** $ 5,814
**Credit Limit:** $ 22,500

View Transaction History

**Minimum Payment Due:** $ 699.26
**Payment Due Date:** 10/19/20
**Last Payment Amount:** $ 664.90
**Last Payment Posted:** 07/27/20
**Last Statement Balance:** $ 16,685.96

Payments

View Payment History