# Exhibit 15

## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

MARK J. HYLAND
PARTNER
(212) 574-1541
hyland@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

August 31, 2018

Aaron Etra, Esq.
445 Park Avenue, 9th Floor
New York, New York 10022
Aaron@etra.com

**Benthos Master Fund, Ltd. -
Valkyrie Group LLC
BTC Agreement**

Dear Mr. Etra:

We represent Benthos Master Fund, Ltd. ("Benthos") in pursuing its rights under a contract entered as of August 2, 2018 with Valkyrie Group LLC ("Valkyrie") as seller and Valhalla Group LLC ("Valhalla") and Hugh Austin as Guarantor (the "Contract"). Pursuant to Escrow Agreement dated August 1, 2018, you agreed to serve as escrow agent to the parties to the Contract.

Pursuant to the terms of the Contract, Benthos agreed to purchase Bitcoin ("BTC") in the amount of $5 million on or about August 4, 2018. Benthos deposited $5 million into your escrow account ("Escrow Funds"), the proceeds to be used to purchase the BTC. Virtually all of the Escrow Funds have been released per your authorization. Under the terms of the Contract, delivery of the BTC was due August 22. We believe you are aware that Valkyrie has defaulted.

Benthos demands that you immediately provide us with all details concerning the release of the Escrow Funds including but not limited to all banking and wire instructions, the identity, address and bank account information of all recipients of any portion of the Escrow Funds, all communications between or among you, Valkyrie Group LLC, Valhalla Venture Group LLC, Brandon Austin and Hugh Austin or any of their affiliates or representatives concerning the Contract or monies held in escrow. Please also provide any information in your possession, custody or control regarding (i) the storage capacity housing the BTC and the instrument backed by the BTC and (ii) Mr. Dmitri, including full name, address and passport information.

Please also establish a "litigation hold" and preserve all documents, communications, emails, texts, notes and any form of recordation of information concerning the Contract or performance thereof, the Escrow Agreement, and disbursement of funds.

If you have any questions please let us know.

Very truly yours,

*Mark J. Hyland*

SK 29616 0001 8059083