# Exhibit 16



Direct Dial: 212.880.9882
E-Mail: spopofsky@kkwc.com

September 28, 2018

Via Email (mhess@dorflaw.com)
and Facsimile and Overnight Mail

Michael D. Hess
Dorf & Nelson LLP
The International Corporate Center
555 Theodore Fremd Avenue
Rye, NY 10580

Re:   Benthos/Etra

Dear Mr. Hess:

This firm has been retained by Benthos Master Fund, Ltd. to enforce its legal rights in connection with the matters raised in the letter our predecessor counsel wrote to Aaron Etra dated August 31, 2018 (a copy of which is enclosed). Capitalized terms used in this letter are those set forth in the August 31 letter and/or the Escrow Agreement referenced therein.

We understand that you represent Mr. Etra in this matter. If that is not correct, please so advise us immediately. We would like to arrange a telephone conversation (or meeting) with you on Monday, October 1. Please let us know your availability. During that call and immediately thereafter, we will expect responses from Mr. Etra (through you or otherwise), in his capacity as Escrow Agent, to at least the following questions:

1. Of the $5 million deposited by our client into Mr. Etra's escrow account pursuant to the Escrow Agreement, how much, if any, is Mr. Etra presently holding in escrow, and is he willing to return those remaining funds to our client upon demand?

2. If Mr. Etra is holding money in escrow and is not willing to return it to our client upon demand, is he willing to commit in writing not to transfer any of that money without our client's written consent (or a court order)?

3. Identify all transfers or disbursements made to date from the $5 million escrowed with Mr. Etra, including at a minimum (i) the recipients of each transfer, (ii) the amount transferred on each occasion, (iii) the written instructions upon which each transfer was made, (iv) written confirmation of each transfer, and (v) the bank account information and wire transfer information (if any) associated with each transfer.



Michael D. Hess
September 28, 2018
Page 2

If you are not able or willing to speak with us on Monday, please provide the requested information by the end of that day. As an Escrow Agent, your client has very serious responsibilities and obligations, of which he and you are surely aware. Providing basic information about funds in his care and custody should not be difficult, and we are truly perplexed why it was not provided in response to the August 31st letter. Please do not make it necessary for us to resort to judicial remedies.

Thank you for your anticipated cooperation.

Very truly yours,

Steven R. Popofsky

SRP:sg
Enclosure

379860.2 - 09/28/18