# Exhibit 17

**Benthos Master Fund Ltd.**
**168 18th Avenue**
**San Francisco, California**

October 12, 2018

Valkyrie Group LLC
21005 63rd Avenue East
Bradenton, Florida 34211
Attention: Brandon Austin
Email: baustin@smallcapnation.com

Aaron Etra, Esq.
445 Park Avenue, 9th Floor
New York, New York 10022
Email: aaron@etra.com

Re:    **NOTICE OF TERMINATION OF ESCROW**: Escrow Agreement, Transaction Code No. CDKTEBPA080218SUB, (the "*Escrow Agreement*") dated as of August 1, 2018, by and between Valkyrie Group LLC ("*Seller*"), Benthos Master Fund Ltd. ("*Buyer*") and Aaron Etra, Esq. ("*Escrow Agent*")

Gentlemen:

Reference is hereby made to the Escrow Agreement. Capitalized terms used in this notice shall have the meanings given such terms in the Escrow Agreement.

Please be advised that Buyer is, on the date hereof, terminating the Escrow in accordance with the Escrow Agreement because the Seller and guarantors are in breach of the BTC Agreement, Transaction Code No. CDKTEBPA080218SUB, dated August 2, 2018 by and between Buyer and Seller ("BTC Agreement") and accordingly the transaction referred to in the Escrow Agreement and the BTC Agreement was not consummated within the required time. Accordingly, the Deposit funds need to be returned to the Buyer immediately, and without the disbursement of any fee to the Escrow Agent from the Buyer.

This Notice of Termination is without prejudice to Buyer's rights against any and all parties in connection with the Escrow Agreement and/or the BTC Agreement, and all such rights are expressly reserved. The Escrow Agent is specifically cautioned that he is liable for any and all damages, losses and expenses (including reasonable attorneys' fees) caused to the Buyer by the Escrow Agent's willful misconduct and/or gross negligence, and that (without limitation) failure to immediately return the Deposit funds (including but not limited to such portion of those funds that may still be in the Escrow Agent's possession, custody or control) pursuant to this Notice of Termination of Escrow shall be deemed willful misconduct and legal action will be taken against the Escrow Agent to remedy same forthwith.

**BENTHOS MASTER FUND LTD.**

By: _/s/ Gerald Fong_ Gerald Fong, Chief Executive Officer