# Exhibit 20



*Direct Dial: 212.880.9882*
*E-Mail: spopofsky@kkwc.com*

October 29, 2018

**BY ECF**

Hon. Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007

Re: <u>Benthos v. Etra and Evans, Case No. 18-cv-9401 (DAB)</u>

Dear Judge Batts:

On behalf of Petitioner we write in three brief respects. First, the Court should be aware that the Escrow Agent Respondent Aaron Etra has not provided any information regarding the whereabouts of the $5 million entrusted to his care (nor has Respondent Tracy Evans provided any information within her knowledge). Second, we respectfully request that the Court order at least Mr. Etra (who at all times has been represented by counsel and is himself a lawyer and fiduciary here) to provide immediately the information sought in paragraphs 2-4 (or, at a minimum, paragraph 2) of the Order to Show Cause (Dkt. 4). Third, we also request that Respondents be directed to file opposition papers, if any, to Petitioner's preliminary injunction motion well in advance of the November 15 court date.

We continue to implore the Court not to allow Mr. Etra to stall for another 17 days, after he has refused for two months to disclose anything about where he may have sent Petitioner's $5 million. Thank you.

Respectfully yours,

Steven R. Popofsky

cc: All Parties (by ecf and e-mail)