UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

Benthos Master Fund, Ltd.,

                Petitioner,

      –v–

Aaron Etra,

                Respondent.

20-cv-3384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Respondent is ordered to file a response to Petitioner's motion to hold Respondent in contempt by October 23, 2020. Petitioner may file a reply by October 30, 2020. Petitioner shall serve a copy of this Order, the motion, and all supporting documentation on Respondent and file an affidavit of service on the public docket by October 16, 2020.

    SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge