UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                           Petitioner,

      - against -

AARON ETRA,

                           Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384

**DECLARATION OF SERVICE**

      I, **PAMELA A. FREDERICK**, am not a party to the action, am over 18 years of age and reside in Queens County, New York.

      1.     On October 13, 2020, I caused copies of the Notice of Motion, dated October 12, 2020 (Dkt. 23), the Declaration of Steven R. Popofsky, dated October 12, 2020 (Dkt. 24), and Exhibits 1 through 22 (Dkts. 24-1 through 24-22) attached thereto, and the Petitioner's Memorandum of Law in Support of Its Motion to Hold Respondent Aaron Etra in Conditional Civil Contempt, dated October 12, 2020 (Dkt. 25) (collectively, the "Motion Papers"), to be served via email upon Aaron Etra at the email address set forth below:

                           aaron@etra.com.

      2.     The aforesaid email address is listed on Mr. Etra's public website (aaron.etra.com).  Further, Mr. Etra has communicated from that address multiple times, with the arbitrator and with Petitioner's counsel, including as recently as October 12, 2020, and October 14, 2020.

      3.     Additionally, Mr. Etra acknowledged receipt of the Motion Papers to Petitioner's counsel on two separate occasions.

4.   On October 14, 2020, I caused copies of the Order, dated October 14, 2020 (Dkt. 26) (the "Order"), and the Motion Papers, to be enclosed in a properly addressed wrapper and deposited into the custody of Federal Express, prior to the latest time designated by Federal Express for overnight delivery within the United States, upon Aaron Etra at the following address, which he has previously identified as his residence:

> Aaron Etra
> 240 E 47th Street, Apt. 12A
> New York, New York 10017

5.   Federal Express confirmed delivery of the Order and the Motion Papers at the aforesaid address on October 15, 2020.

6.   On October 15, 2020, I also caused copies of the Order and the Motion Papers to be served via email upon Aaron Etra at the same email address set forth above:

> aaron@etra.com.

7.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2020

*P. Frederick*
Pamela A. Frederick