# Exhibit 2

| | |
|---|---|
| **From:** | Aaron Etra |
| **To:** | Steven Popofsky |
| **Cc:** | Joshua K. Bromberg; Pamela Frederick |
| **Subject:** | Re: your voicemail |
| **Date:** | Wednesday, October 14, 2020 11:35:41 AM |

Mr. Popofsky,

I am not in a position to do anything with additional stress until my doctors clear me.

In turn,  I request you to meet your professional obligation to present to your clients my message below which is a clear offer for  full cooperation and to obtain what one can only hope is the decency of agreement to proceed as requested. I await their response.

Thank you,

Aaron Etra

---

**From:** "Steven R. Popofsky" <SPopofsky@kkwc.com>
**Date:** Wednesday, October 14, 2020 at 10:38 AM
**To:** Aaron Etra <aaron@etra.com>
**Cc:** "Joshua K. Bromberg" <JBromberg@kkwc.com>, Pamela Frederick <PFrederick@kkwc.com>
**Subject:** RE: your voicemail

Mr. Etra, I am not going to debate these things with you – you are not "compliant" with anything, and we have stated our position several times, including Tuesday morning at 8:58 AM below.  There is no point in further repetition.

As a lawyer, you understand that we need to make arrangements with a reporter for the deposition.  Please advise whether you intend to appear (remotely).

**STEVEN R. POPOFSKY**
**D** 212.880.9882   |   spopofsky@kkwc.com
**F** 212.986.8866   |

**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
500 Fifth Avenue, New York, NY 10110
kkwc.com   |   Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

**From:** Aaron Etra [mailto:aaron@etra.com]
**Sent:** Wednesday, October 14, 2020 10:18 AM
**To:** Steven Popofsky
**Cc:** Joshua K. Bromberg; Pamela Frederick
**Subject:** Re: your voicemail

Mr. Popofsky,

My voice is almost gone and my blood pressure and counts are in danger territory. My doctors want me in for a further evaluation of treatment in or out of hospital, possibly today or tomorrow.

I remain compliant but ask you to please honor my request to hold off the deposition and the motion and put my energy toward working on the funds for settlement with you, including letting me pay my living expenses and function. Any other approach will only risk severe health consequences and no hope of achieving what is of any value to Benthos.

Thank you,

Aaron Etra

**From:** "Steven R. Popofsky" <SPopofsky@kkwc.com>
**Date:** Wednesday, October 14, 2020 at 7:35 AM
**To:** Aaron Etra <aaron@etra.com>
**Cc:** "Joshua K. Bromberg" <JBromberg@kkwc.com>, Pamela Frederick <PFrederick@kkwc.com>
**Subject:** Re: your voicemail

Please confirm that you will be appearing remotely for your deposition tomorrow.

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Wednesday, October 14, 2020 12:10 AM
**To:** Steven Popofsky
**Cc:** Joshua K. Bromberg; Pamela Frederick
**Subject:** Re: your voicemail

Mr. :Popofsky,

Surely, you appreciate that your causing all bank accounts to be held or closed makes it impossible for me to function at all, let alone work on raising funds, as I have offered to do many times now.

Please do not continually repeat what is totally untrue and I know your clients  understand what is the reality . I have not lied to anyone, have stolen nothing,  have received nothing from this failed business, have spent all too much of my limited resources in trying to defend against unfounded accusations and have been consistent in trying to help all parties, including Benthos, in this matter

from the onset of the problem they found themselves in for reasons totally unrelated to me. That remains the background, but we really need to stop looking backward, stop expending human and financial resources on fighting unecessary battles which only cause injury to the undeserving and not benefitting  Benthos  .

Please confirm, by return, that you have shared this message and the following specific requests with your Benthos principals, and convey back to me soonest their response, so, hopefully,  the focus and efforts finally can be directed to solving this situation and nothing else :

1.   I have made good faith offers to you to raise funds within the limits of my capability, which requires me to be able to function and not be without access to any bank accounts and having to contend with court actions unrepresented. Please,  let me work toward raising $1 million within one year during this covid-19 period;

2.   Enforcement action  has done nothing for your clients, while  exacerbating my fragile health, at almost 80 years of age and with  a compromised immune system and high blood pressure during a covid-19 pandemic when I am squarely in the most-threatened group. Please,  heed my doctors (you have their message)  and do not push my health even further down toward irreparable conditions ;

3.   The damage already caused to me by this series of legal actions and their enforcement has left me with difficulty in paying basic living expenses , including rent and food. Please, release these holds and do not contact banks which now close accounts when you do so. Please, let me pay my rent, purchase food and live decently ;

4.   Instead of adding costs to Benthos and both costs and injury to me, now, today,  it is  an overdue time to stop, as I have requested for some time now. Please, no more depositions on Thursday (you have seven hours from me), or subpoenas (you have  hundreds of pages of documents) no more contempt motions (a federal court dismissed the first one) ,  no subpoenas to distant relatives or  other persons who have no reason to be dragged into this matter .

There is truly no basis or value to act other than cooperatively at this point to try to remedy as best I can, as one person, what I certainly never wanted to happen to Benthos. I am sure the managers will have told you their experience with me which supports what I have said all along. Please do not let this opportunity be lost while I still can play a positive part for the benefit of the Benthos investors (with whom I have always been and remain very sympathetic) and when this effort will provide me with the chance to clear my record and reputation while it is still relevant for me to do so.

I look forward to hearing from you after your timely consultation.

Thank you,

Aaron Etra

**From:** "Steven R. Popofsky" <SPopofsky@kkwc.com>
**Date:** Tuesday, October 13, 2020 at 8:58 AM
**To:** Aaron Etra <aaron@etra.com>
**Cc:** "Joshua K. Bromberg" <JBromberg@kkwc.com>, Pamela Frederick <PFrederick@kkwc.com>
**Subject:** your voicemail

Mr. Etra, I am responding to your voicemail from last evening.  Hopefully for the last time, let me tell you that if you have the ability to raise money to satisfy the judgment, in whole or in part, as you claim, you should be doing so.  You do not need Benthos to forbear from enforcement efforts in order to go about obtaining funds (if you do not have them available, which of course we do not believe in any event).

Given your history of lying repeatedly to Benthos, lying repeatedly to the federal judge, refusing to provide basic information notwithstanding your status as a member of the bar and an Escrow Agent, stalling and delaying, and offering one dishonest excuse after another, it would be insanity for Benthos to forbear from judgment enforcement based solely on your promise to come up with money at the end of that time period.  Of course, at that time you would send no money and would offer more dishonest excuses.  Benthos's principals – to whom you lied and pretended, time after time with a straight face – and Benthos's lawyers, who have observed your lawless misconduct at close range for two years now, are unanimous in telling you to stop wasting everyone's time making such suggestions.

If, on the other hand, you wish to offer an amount of actual money, in exchange for some period of forbearance, we would perhaps be willing to consider that, depending on how much money and for how long.  Absent such a proposal, you can stop asking about forbearance – we will continue enforcing the judgment.

And, also hopefully for the last time, you are not, and never have been, trying to "help" Benthos – initially you "helped" your co-conspirators steal Benthos's investors' money, and anything you may do now is to help yourself get out from under the ensuing $5 million judgment.  You are not, and never have been, "compliant" with any of your legal or ethical obligations (quite the contrary, from Day One of your relationship with Benthos through today).  You are not, and never have been, acting in "good faith" vis-a-vis Benthos, whose money you

shamelessly took into escrow and sent away without authorization as part of a fraudulent scheme.

Please advise whether you accept service of the motion.  (If you do not, we will serve through your building's personnel.)  As to the deposition, you need not travel and need only click on your computer.  We will expect you to appear remotely, and if you do not, we will seek the appropriate relief from the Court.

**STEVEN R. POPOFSKY**
**D** 212.880.9882   |   spopofsky@kkwc.com
**F** 212.986.8866   |

**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
500 Fifth Avenue, New York, NY 10110
kkwc.com   |   Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.