## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **BENTHOS MASTER FUND, LTD. V. AARON ETRA**    Docket No.: **20-3101**

Lead Counsel of Record (name/firm) or Pro se Party (name): **AARON ETRA, PRO SE**

Appearance for (party/designation): non **DEFENDANT-APPELLANT**

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:

[X] Correct

[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:

[X] Correct

[ ] Incorrect.   The following parties do not wish to participate in this appeal:

Parties: _____

[ ] Incorrect.   Please change the following parties' designations:

Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:

[X] Correct

[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

[X] This case has not been before this Court previously.

[ ] This case has been before this Court previously.   The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____

Type or Print Name: _____

OR

Signature of pro se litigant: _____

Type or Print Name: **AARON ETRA**

[ ] I am a pro se litigant who is not an attorney.

[ ] I am an incarcerated pro se litigant.