UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

Benthos Master Fund, Ltd.,

                Petitioner,

      –v–

Aaron Etra,

                Respondent.

20-cv-3384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Benthos Master Fund's motion for an order holding Mr. Etra in contempt; Mr. Etra's opposition; Benthos Master Fund's reply; and all supporting documentation. Based on those materials, the Court is not prepared to hold Mr. Etra in civil contempt at this time. Benthos Master Fund's motion (Dkt. No. 23) is therefore DENIED without prejudice to renewal at a later date. However, it is also clear that Mr. Etra has not provided adequate responses to the judgment enforcement subpoenas. The Court hopes that Mr. Etra will not put it in the position of needing to impose coercive sanctions to secure his compliance with court orders.

      The parties shall confer and submit a joint status letter by November 27, 2020. In their letter, they should state each party's position on referral of this matter to a magistrate judge for a settlement conference, to the Southern District of New York's mediation program, or to a private mediator. The Court strongly urges the parties to consider these options. They are likely to be more effective than further exchange of heated emails. The parties should also state in their letter, for each category of documents listed in the subpoenas, a mutually agreeable date by which Mr. Etra agrees to provide any responsive documents.

SO ORDERED.

Dated: November 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge