# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2020
```

BENTHOS MASTER FUND, LTD.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20-CV-03384 (AJN)

-against-

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

AARON ETRA
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2020
```

November 2, 2020
Dated

Signature

ETRA, AARON
Name (Last, First, MI)

| 240 EAST 47th STREET. | NEW YORK. | NEW YORK. | 10017 |
|---|---|---|---|
| Address | City | State | Zip Code |

917-856-3500      AARON@ETRA.COM
Telephone Number      E-mail Address (if

Respondent's motion to proceed *in forma pauperis* on appeal is GRANTED. SO ORDERED.

SO ORDERED. 11/19/2020
ALISON J. NATHAN, U.S.D.J.

Rev. 12/23/13