

E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

November 25, 2020

Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **Benthos v. Etra, 20 Civ. 03384**

Dear Judge Nathan:

    This firm represents judgment creditor Benthos and I am writing with reference to the Court's Order dated November 19, 2020 (Dkt. 33). We reached out accordingly to Mr. Etra, who informed us that he is in the hospital and thus unable to confer on the joint letter we were directed to submit by this Friday, November 27th.

    Under the circumstances, we trust that the Court will adjourn that deadline. We will be in touch with Mr. Etra after the holiday weekend and will provide the Court with a status report next week.

    We wish the Court a happy holiday.

                                             Respectfully yours,

                                             s/Steven R. Popofsky

cc:   Aaron Etra

Kleinberg, Kaplan, Wolff & Cohen, P.C.  |  500 Fifth Avenue, New York, NY 10110  |  212.986.6000  |  kkwc.com

12008035.1 - 11/25/20