

E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

December 2, 2020

Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     <u>**Benthos v. Etra, 20 Civ. 03384**</u>

Dear Judge Nathan:

This firm represents judgment creditor Benthos. In accordance with your orders dated November 19 and November 25, 2020, I am writing on behalf of both Benthos and the judgment debtor Aaron Etra.

The parties consent to referral of this matter to a Magistrate Judge for a settlement conference.

Mr. Etra has agreed to respond to the judgment creditor's outstanding subpoenas as follows:

<u>Information Subpoena</u>:  Each numbered request will be responded to separately by no later than December 11, 2020.

<u>Subpoena Duces Tecum</u>. By December 11, 2020, Mr. Etra will state specifically, by number, all document requests to which no responsive documents exist (for example, "No responsive documents exist with respect to Request Nos. __, __, and __"). By December 18, 2020, Mr. Etra will produce, electronically and/or by delivery to Benthos's law firm, all documents within his possession, custody or control responsive to every request other than those identified in connection with the preceding sentence. Mr. Etra's obligation to produce responsive documents includes and extends to obtaining documents from financial institutions, even if he does not presently possess copies of such documents, if the responsive documents are available electronically from the financial institutions.



Honorable Alison J. Nathan
December 2, 2020
Page 2

      Mr. Etra has stated his consent to this letter via e-mail.  We thank the Court.

      Respectfully yours,

      Steven R. Popofsky

cc:    Aaron Etra

12007402.2 - 12/01/20