

E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

December 3, 2020

Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Benthos v. Etra, 20 Civ. 03384</u>

Dear Judge Nathan:

      This firm represents judgment creditor Benthos. In accordance with your orders dated November 19 and November 25, 2020, I am writing on behalf of both Benthos and the judgment debtor Aaron Etra.

      The parties agree to two weeks of direct settlement discussions and, if they are not successful, consent to referral of this matter to mediation for what they hope will lead to an early settlement .

      Mr. Etra is under medical supervision, including for potential intervention options, and under these circumstances of limited capacity has agreed to respond to the judgment creditor's outstanding subpoenas as follows:

<u>Information Subpoena and Subpoena Duces Tecum</u>: he will provide within a reasonable amount of time whatever responses and materials he can in support of what he has already provided to date.



Honorable Alison J. Nathan
December 2, 2020
Page 2

Mr. Etra has stated his consent to this letter via e-mail.  We thank the Court.

Respectfully yours,


Steven R. Popofsky


cc:    Aaron Etra