UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020
```

Benthos Master Fund, Ltd.,

              Petitioner,

     –v–

Aaron Etra,

             Respondent.

20-cv-3384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Mr. Etra shall respond separately to each numbered request in Benthos Master Fund's information subpoena by December 18, 2020.  By December 18, 2020, Mr. Etra shall identify all numbered requests in Benthos Master Fund's subpoena duces tecum to which no responsive documents exist.  Mr. Etra shall produce all documents responsive to the subpoena duces tecum to Benthos Master Fund by December 23, 2020.  Mr. Etra's obligation to produce responsive documents includes and extends to obtaining documents from financial institutions, even if he does not presently possess copies of such documents, if the responsive documents are available electronically from the financial institutions.

      The Court will refer this case to a magistrate judge for settlement by separate order.  The Court expects that the parties will participate in a settlement conference in good faith.  The parties are of course also free to continue direct settlement discussions.

      SO ORDERED.

Dated: December 4, 2020
       New York, New York

                                                                    ALISON J. NATHAN
                                                        United States District Judge