```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BENTHOS MASTER FUND, LTD,

                                    Petitioner,

        -against-

AARON ETRA,

                                    Respondent.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-3384 (AJN)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 38).  A telephone conference will be held on **Thursday, January 7, 2021 at 2:15 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **The Petitioner is directed to serve this order, and a copy of the complaint on the Respondent.**

      SO ORDERED.

Dated: December 7, 2020
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge