UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Benthos Master Fund, Ltd.,

        Petitioner,

    –v–

Aaron Etra,

        Respondent.

20-cv-3384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Clerk's Office has informed the Court that no mailing address for Mr. Etra is listed on the docket. Benthos shall serve a copy of this Order and the Court's Order of December 17, 2020, on Mr. Etra. Mr. Etra shall inform the Clerk's Office of his mailing address as soon as possible.

    SO ORDERED.

Dated: December 22, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge