By mail

Honorable Alison J. Nathan
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10017

Re: Benthos v. Etra, 20Civ. 03384

Dear Judge Nathan,

Until I found the attached email of December 22nd from Mr. Steven R. Popofsky attaching his letter to you of December 16th which included your Order on the second page of his letter, I thought you were receiving my communications to you sent by email to the pro se office in accordance I believed with the temporary procedures.

Only when I called the pro se office did I find out that they did not forward any of my recent communications to you because they were not in pdf form. They also confirmed that they had not alerted me in any fashion to this non-transmittal so I had no way of knowing that I was not reaching you.

Under these circumstances, I ask your understanding while I retrieve and resubmit those communications in the next several days, as I spend much of my time in the hospital with tests and consultations.

Please appreciate that I have copied Mr. Popofsky on all of my communications to you out of full respect and I do thank him for calling my attention to your Order and this unfortunate shortcoming of me as a pro se defendant without any assistance and dealing primarily with health matters.

Respectfully submitted,

Aaron Etra

cc. Steven R. Popofsky, Esq.

**Subject:** benthos v. etra
**Date:** Monday, December 21, 2020 at 12:08:42 PM Eastern Standard Time
**From:** Steven Popofsky
**To:** Aaron Etra
**CC:** Joshua K. Bromberg, Pamela Frederick
**Attachments:** 045 Memo Endorsement re Etra Email Communications.pdf

Mr. Etra, in case you have not yet seen the Court's latest Order, please refer to the bottom of the second page of the attached.

STEVEN R. POPOFSKY
D 212.880.9882  |  spopofsky@kkwc.com
F 212.986.8866

Kleinberg, Kaplan, Wolff & Cohen, P.C.
500 Fifth Avenue, New York, NY 10110
kkwc.com  |  Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

Page 1 of 1



**KLEINBERG KAPLAN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2020

Direct Dial: 212.880.9882
E-Mail: spopofsky@kkwc.com

December 16, 2020

**Via ECF**
Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

              Re:      <u>Benthos v. Etra, 20 Civ. 03384</u>

Dear Judge Nathan:

      Last evening, judgment debtor Aaron Etra sent me what appeared to be a copy of an e-mail addressed to Your Honor, with no indication of when it was sent and no visible e-mail addressee. Mr. Etra, a Member of the Bar, knows quite well how to file through the ECF system – see, e.g., Dkt. 28 (16-page memorandum of law) and Dkt. 31 (Notice of Appeal with detailed statement of purported issues) – and he should be required to do so. In any event, please accept this brief response.

- An independent arbitrator ruled that Mr. Etra breached his fiduciary duties to my client, and this Court confirmed the award. Mr. Etra may pretend otherwise, but surely he understands the consequences of my client (which he put out of business) having a judgment against him.

- Mr. Etra seems to have no trouble seeking here to relitigate his liability and his adjudicated misconduct, over and over,[1] yet he has not been able to trouble himself even to list all of his financial accounts and credit cards since 2018, nor to print the corresponding statements from his (many) banks' websites, much less to comply with the rest of our subpoenas.

---

[1] His comments remain outrageous, not to say Orwellian, and not worthy of rebuttal at this juncture. "Offers of cooperation"! "I devoted myself to trying to help them"! "Far from . . . acting dishonorably, I have consistently . . . assisted Benthos"! "There has never been any evidence of my involvement with any untoward activity"! "Blameless"!

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com



Honorable Alison J. Nathan
December 16, 2020
Page 2

- From the moment he received our subpoenas in August, he has adamantly refused to comply with any aspect of them (consistent with his history of prevarication and defiance), including for several months before his recent hospital visit (and he has sent nothing coming close to establishing his inability to comply, which he clearly could do if motivated to do so). He is determined to conceal his financial details, and he has done a good job so far: four months in and we have two pieces of paper.

- We will address settlement issues with the Magistrate Judge, but it is important to repeat that Mr. Etra has never offered one single penny – all he proposes is in effect "you stop judgment enforcement and maybe I will make a concrete proposal months from now." Given my client's principals' experience with Mr. Etra, who was instrumental in stealing $5 million from them and who lied repeatedly to them and to Judge Batts, they (and we) see that for what it is: nothing other than a further delay tactic.

Benthos respectfully refers the Court to my December 4th letter (Dkt. 37), and to our recent contempt papers (Dkt. 24 et seq.). This remains one big stall, and Mr. Etra should not be relieved from the Court's December 4th Order (Dkt. 39). He may as well shout from the rooftops, "I will never reveal my finances until the judge is on the verge of incarcerating me" (just as he refused to return Benthos's $400,000 from his attorney escrow account until Judge Batts told him, "pack your toothbrush").

long it will take to reach that point.

Respectfully yours,

/s/Steven R. Popofsky

Steven R. Popofsky

SO ORDERED.   12/17/2020
ALISON J. NATHAN, U.S.D.J.

The Court has received no email correspondence from Mr. Etra that is not reflected on the public docket. The Court reminds Mr. Etra that pro se filings should be made through the Court's Pro Se Intake Unit. Instructions for pro se filing, including use of the temporary pro se filing email address that the Court has made available during the COVID-19 pandemic, are available on the Court's website at https://www.nysd.uscourts.gov/prose. The Court will not accept filings made by email to Chambers, and notes that on at least one prior occasion, Mr. Etra's intended email to Chambers was not received because it misspelled the Chambers email address. The parties should advise the Court, by properly filed letter, if any judicial action is requested at this time. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra and to note the mailing on the public docket. SO ORDERED.

12011134.2 - 12/16/20