

*Direct Dial: 212.880.9882*
*E-Mail: spopofsky@kkwc.com*

December 28, 2020

**Via ECF**
Honorable Alison J. Nathan
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

          Re:      **Benthos v. Etra, 20 Civ. 03384**

Dear Judge Nathan:

      As the Court is aware, Mr. Etra had been writing letters to Your Honor, and copying the undersigned via e-mail, and I was filing responsive letters (Dkt. 43 and 44), but the Court had not received Mr. Etra's communications. I see that he is now filing those (same) letters. I therefore respectfully refer the Court to my prior responses (Exs. 1 and 2 hereto).

      I will add only that Mr. Etra's doctor's note – which I am seeing for the first time – in no way, shape or form demonstrates (or even indicates) that he cannot comply with our August subpoenas, and with the Court's Order (Dkt. 39), of which he is now in unexcused violation. We all could do with "reduce[d] . . . stress level[s]," but he owes my client $5 million and has legal obligations he has been willfully ignoring. With the <u>same time and effort</u> he takes to type long e-mails pretending to be victim rather than perpetrator, he could type responses to the information subpoena and print out (among other things) his bank and credit card statements.

      And to clarify with regard to the latter, while we have learned a bit through third-party subpoenas, we do not remotely have a picture of his finances through those quite incomplete documents. By way of example only, we have no credit card statements for four recent years – and no way to know all of his credit cards, or all of his bank accounts – and have seen thousands of dollars of "payments" while the source of those funds remains unidentified. The sole person with accurate and complete information is Mr. Etra, and he continues to defiantly conceal his finances. (My statement in Dkt. 43 that he gave us "two pieces of paper" was inadvertently incorrect; actually he has sent five isolated pages, two of which were illegible.) The judgment creditor is entitled to compliance with its subpoenas – and with this Court's Order – but Mr. Etra will not comply, unfortunately, until threatened with incarceration.

                                      Respectfully yours,

                                      <u>/s/Steven R. Popofsky</u>

                                      Steven R. Popofsky



Honorable Alison J. Nathan
December 28, 2020
Page 2


cc:     Aaron Etra