UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
: 
**BENTHOS MASTER FUND, LTD.,**
:
:
:
Petitioner
:
: Case No. 20-cv-03384
- against -
:
: **NOTICE OF APPEARANCE**
:
**AARON ETRA,**
:
:
:
Respondent.
:
------------------------------------------ x

      **PLEASE TAKE NOTICE** that Pamela A. Frederick of Kleinberg, Kaplan, Wolff & Cohen, P.C., 500 Fifth Avenue, New York, New York 10110, hereby appears in this action as counsel of record for petitioner Benthos Master Fund, Ltd., and demands that copies of all pleadings, notices and other papers in this action be served upon the undersigned.

Dated:     January 4, 2021

                                    **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

                                    By:     /s/ Pamela A. Frederick
                                                 Pamela A. Frederick

                                  500 Fifth Avenue
                                  New York, New York 10110
                                  Telephone: (212) 986-6000
                                  Facsimile: (212) 986-8866
                                  Email:     PFrederick@kkwc.com

                                  *Attorney for Benthos Master Fund, Ltd.*