# Exhibit 3

HAYWOOD COUNTY TAX COLLECTIONS
215 N MAIN STREET # 224
WAYNESVILLE NC 28786-3899

ADDRESS SERVICE REQUESTED



************AUTO**MIXED AADC 270
9250591 2011-PTN   33480 1 1 3



ETRA, AARON
PO BOX 4034
NEW YORK NY 10163-4034

# HAYWOOD COUNTY PROPERTY TAX NOTICE

**PAYMENT PLANS:** Please call 828-452-6643, if you need to make payments or other arrangements, please do so immediately. Once taxes are delinquent, the plan is more costly per month.
*See back of tax bill for more information.

**ESCROW/MORTGAGE ACCOUNTS:** Tax notices are forwarded to the mortgage companies. The property owner is responsible for ensuring full payment of this obligation. If funds are held in escrow to pay this notice, forward to the appropriate mortgage holder.

**PERSONAL PROPERTY:** If this is the first notice of value, a taxpayer may appeal the value, situs or taxability of the personal property in writing within 30 days from the 1st day of September.

**FAILURE TO PAY:** Delinquent taxes are subject to garnishment of wages, attachment of monies on deposit or rents received, levy on personal property and foreclosure proceedings.

**INTEREST** accrues at the rate of 2% for January & 3/4 of 1% each following month.

| ACCOUNT NUMBER | BILL NUMBER | DUE DATE | BILL YEAR | DELINQUENT AFTER |
|---|---|---|---|---|
| 9941 | 20A22597 | 09/01/2020 | 2020 | 01/05/2021 |

| OFFICE INFORMATION | | PARCEL IDENTIFICATION NUMBER : 7698-71-0419 | |
|---|---|---|---|
| Tax Collections | (828) 452-6643 | DESCRIPTION : | BIODOME DR |
| OFFICE INFORMATION | | ACREAGE : | 0.2660 |
| Questions Concerning Value: | | REAL ESTATE VALUE : | 2,000 |
| Real Property | (828) 452-6654 | DEFERRED REAL VALUE : | |
| Personal Property | (828) 452-6640 | PERSONAL PROPERTY VALUE : | |
| Business Property | (828) 452-6639 | EXEMPTION VALUE : | |
| | | TOTAL VALUE : | 2,000 |

**PAY BY CREDIT CARD-Real Estate, Personal Property & Motor Vehicle Taxes**

  

VISIT US ONLINE
www.haywoodcountync.gov
or call 1-877-729-8290
After authorization of your payment, you will be given a confirmation number to keep for your records. Provider charges a fee for this service. The county only receives the tax amount.

NORTH CAROLINA GENERAL STATUTE 105-357 PROVIDES A PENALTY OF TEN PERCENT (10%) OR $25.00 ON CHECKS RETURNED BY THE BANK BECAUSE OF INSUFFICIENT FUNDS OR NONEXISTENCE OF AN ACCOUNT



Smart Phone users scan QR code to visit us Online
www.haywood countync.gov

| TAXING DISTRICT | TAX PER $100 VALUE & FEES | AMOUNT DUE |
|---|---|---|
| GENERAL COUNTY | 0.585000000 | 11.70 |
| JONATHAN CREEK FIRE DIST | 0.070000000 | 1.40 |
| LATE LIST | | 0.00 |
| | CURRENT TAX | 13.10 |
| | PREPAID | 0.00 |
| **THANK YOU** | PRIOR TAX | 0.00 |
| | **TOTAL DUE** | 13.10 |

DUE TO BANKING PROCEDURES IMPLEMENTED BY THE COUNTY, YOUR PAYMENT SHOULD BE MAILED TO THE CHARLOTTE ADDRESS WHERE IT IS DIRECT DEPOSITED INTO THE COUNTY'S BANK ACCOUNT. THIS WILL BETTER SERVE YOU AND BE MORE COST EFFECTIVE. YOU MAY USE THE ADDRESS PRINTED ON THE BILL OR OUR PERMANENT ADDRESS OF 215 N. MAIN STREET SUITE 224 WAYNESVILLE, NC 28786

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 PLEASE RETURN THIS PORTION WITH PAYMENT 

| ACCOUNT NUMBER | BILL NUMBER | DUE DATE | DELINQUENT AFTER | TOTAL AMT DUE |
|---|---|---|---|---|
| 9941 | 20A22597 | 09/01/2020 | 01/05/2021 | 13.10 |

**TO CHANGE YOUR MAILING ADDRESS, PLEASE FILL IN YOUR NEW ADDRESS BELOW**

ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

**MAKE CHECK PAYABLE & REMIT TO:**

ETRA, AARON
PO BOX 4034
NEW YORK NY 10163-4034

HAYWOOD COUNTY TAX COLLECTIONS
PO BOX 63040
CHARLOTTE NC 28263-3040

201000000225970000013100

10/22/2020                                  View Account Details | M&T Bank



**M&T**

FOR INQUIRIES CALL: (800) 724-2440

00  0 00537M NM  017

000002127 F1OS1549D01710022010 01 000000                P

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134
UNITED STATES

| ACCOUNT TYPE |
|---|
| EZCHOICE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| XXXXXX2433 | SEP.06-OCT.02.2020 |

| BEGINNING BALANCE | $2,926.19 |
|---|---|
| DEPOSITS & CREDITS | 1,598.00 |
| | 4,524.19 |
| | 0.00 |
| | $0.00 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00                SUTTON

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $2,926.19 | 1 | $1,598.00 | 0 | $0.00 | 6 | $4,524.19 | $0.00 | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/06/2020 | BEGINNING BALANCE | | | $2,926.19 |
| 09/08/2020 | APPLE.COM BILL    866-712-7753 | | $2.99 | 2,923.20 |
| 09/09/2020 | SSA TREAS 310 XXSOC SEC | $1,598.00 | | 4,521.20 |
| 09/11/2020 | Legal Processing Fee | | 110.00 | |
| 09/11/2020 | NYS REST | | 1,215.20 | 3,196.00 |
| 09/16/2020 | PIN MORTON WILLIAMS   NEW YORK | | 21.78 | 3,174.22 |
| 09/17/2020 | RMG*REGUS    972-340-2021 | | 300.00 | 2,874.22 |
| 09/24/2020 | CLOSEOUT | | 2,874.22 | 0.00 |
| | ENDING BALANCE | | | $0.00 |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0.00 | $0.00 | $0.00 |
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 | $38.50 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item.  Total Overdraft Fees include  per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft  Fees charged to the account

L006A (9-16)

https://evolve.us.hsbc.com/eCustService/faces/xhtml/auth/eCS_BackEnd/accountSummary/accountSummary.xhtml

# HSBC 

| Account Summary | ● | Transaction History | Statements | ● | Account Info | ● | Payments | ● |

Sign Out

## Account Summary

Access Log

This summary reflects the most current account information.

| | |
|---|---|
| Account Number : | XXXX-XXXX-XXXX-0189 |
| Card Type : | Individual-Account |
| Company ID : | ▮▮▮▮▮ |
| Company Name : | AARON ETRA |
| Primary Cardholder : | AARON ETRA |
| Email Address : | aaron@etra.com |
| Secondary Cardholder : | AARON ETRA |
| Address : | AARON ETRA 240 E 47TH ST APT 12A NEW YORK NY 10017-2134 |
| Home Phone : | (000)856-3500 |
| Work Phone : | (000)856-3500 |
| Statement Delivery Method : | Electronic Only |

Update Account Info

Change Delivery Method

| | |
|---|---|
| Balance as of 10/22/20 : | $ 16,986.98 |
| Available Credit : | $ 5,514 |
| Credit Limit : | $ 22,500 |

View Transaction History

| | |
|---|---|
| Minimum Payment Due : | $ 0.00 |
| Payment Due Date : | 10/19/20 |
| Last Payment Amount : | $ 700.00 |
| Last Payment Posted : | 09/29/20 |
| Last Statement Balance : | $ 16,685.98 |
| Last Statement Date : | 09/24/20 |

Payments
View Payment History

Account Summary | Transaction History | Statements | Account Info | Payments | Help |
Contact Us | Security | Terms and Conditions

https://evolve.us.hsbc.com/eCustService/faces/xhtml/auth/eCS_BackEnd/accountSummary/accountSummary.xhtml

1/1



HSBC

| Account Summary | Transaction History | Statements | Account Info | Payments |

Welcome, AARON

Sign Out

## Payments

Online Payment | Schedule Auto-Pay | Payment History

This summary reflects the most current account information.

Account Number : **XXXX-XXXX-XXXX-0169**

Card Type : Individual-Account

Company ID :

Company Name : AARON ETRA

Primary Cardholder : AARON ETRA

Email Address : aaron@etra.com

Secondary Cardholder : AARON ETRA

Address : AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Home Phone : (000)856-3500

Work Phone : (000)856-3500

Statement Delivery Method : Electronic Only

Update Account Info

Change Delivery Method

Balance as of 09/25/20 : **$ 16,685.96**

Available Credit : $ 5,814

Credit Limit : $ 22,500

View Transaction History

Minimum Payment Due : **$ 699.26**

Payment Due Date : 10/19/20

Last Payment Amount : $ 664.90

Last Payment Posted : 07/27/20

Last Statement Balance : $ 16,685.96

Payments

View Payment History

**David S. Hammer, Esq.**

**500 Fifth Avenue**
**34th Floor**
**New York, New York 10110**
**(212) 941-8118**
**Fax: (212) 754-3701**

**STATEMENT OF LEGAL FEES AND EXPENSES**

**January 10, 2019**

**Aaron Etra**
**110 E 59th St**
**New York, NY 10022**

Re:    **Legal Fees for Period 11/21/18 through 1/9/19**

A.    **Time**

1

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 11/22/18 | Calls from Laura Horgan, Michael Hess and Aaron Etra re new case. Reading documents and transcripts on Pacer re case, talking to Aaron Etra, taking notes for meeting Friday. | 2 |
| 11/23/18 | Meeting at my office going over facts and documents. | 3.5 |
| 11/24/18 | Reading emails Aaron Etra delivered to my apartment and beginning response to contempt motion. | 2.25 |
| 11/25/18 | Working on response to contempt motion. | 6.5 |
| 11/26/18 | Copying documents delivered by Aaron, delivering courtesy copy to court, delivering to opposing counsel, working and finishing papers in opposition to motion for contempt and sanctions. | 8.5 |
| 11/27/18 | Reading new letter from Popofsky to Court; drafting response. | 2.25 |
| 11/28/18 | Finishing new letter to Court. | 2 |
| 12/2/18 | Reading emails concerning supplementary buyer. | 2.25 |
| 12/3/18 | Reading new materials sent by AE; email to Popofsky. | .5 |
| 12/4/18 | Meeting with AE and Magda, going over emails, redacting emails, drafting affidavit for AE, drafting letter to Popofsky, reading letter from Popofsky. | 5 |
| 12/6/18 | Working on response to Popofsky letter, Law Library Research on Disclosure in 7502 proceedings. | 1.75 |
| 12/7/18 | Research on limits of 7502 discovery. | 1.5 |
| 12/8/18 | Working on letter to court. | 1 |
| 12/9/18 | Finishing letter to court, filing. | 1.25 |
| 1/3/19 | Email from Popofsky requesting information, email exchange with Etra, email to Popofsky. | .25 |
| **Total Hours** | | **40.5** |

**B.    Expenses**

| Date | Expense | Amount |
|---|---|---|
| 11/27/18 | Quality Imaging Legal Printer – Copying and Velo-binding opposition papers to contempt motion | $30 |
| 12/2/18 | Quality Imaging – scanning and bate stamping emails for production. | $27 |
| 12/9/18 | Magda Abdelrahman – paralegal services in connection with document production | $250 |
| **Total Expenses** | | **$307** |

**C.    Payments**

| Date | Nature of Payment | Amount |
|---|---|---|
| 11/23/18 | Partial Retainer | $10,000 |
| 12/19/18 | Remainder Due on Retainer and Expenses to Date | $5,307 |
| **Total Payments to 1/10/19** | | **$15,307** |

**D    Summary**

| Hours | Hourly Rate | Total Fees Incurred | Total Expenses | Fees and Expenses | Amount Paid to Date | Unpaid Fees and Expenses |
|---|---|---|---|---|---|---|
| 40.5 | $500 | $20,250 | $307 | $20,557 | $15,307 | $5,250 |

**Please Remit: $5,250**



Pryor Cashman LLP
7 Times Square
New York, NY 10036



June 08, 2020
Invoice Number: 459667

Aaron Etra
445 Park Avenue,  9th FLoor
New York, NY  10022

RE: 30402.00001        Benthos Master Fund

*For professional services rendered through May 31, 2020:*

| | |
|---|---|
| Total Fees | $6,083.50 |
| Less Courtesy Discount | ($1,216.70) |
| **Net Total Fees** | **$4,866.80** |
| **TOTAL THIS INVOICE** | **$4,866.80** |
| **PREVIOUS BALANCE** | $7,959.60 |
| **TOTAL BALANCE DUE** | **$12,826.40** |

For billing inquiries please email: billing@pryorcashman.com        Federal Tax Identification Number: ▇▇▇▇▇▇

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 459667.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH funds accepted:**

| | |
|---|---|
| Bank Name: | Citibank, N.A. |
| Address: | 153 East 53rd Street, New York, NY 10022 |
| Account Name: | Pryor Cashman LLP Operating Account |
| ABA Number: | ▇▇▇▇▇ |
| Account Number: | ▇▇▇3969 |
| Swift Code: | ▇▇▇▇ (For International Wires) |

**Remittance Address** (If paid by check)
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attention: Accounting Department

(Please return remittance page with check)

Pryor Cashman LLP
30402: Aaron Etra
00001: Benthos Master Fund

Page 2
Invoice Number: 459667
as of May 31, 2020

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/14/20 | BCF | Emails with S Shirick regarding entities search. Bentham Cayman Islands entities search. | 0.50 | 422.50 |
| 05/18/20 | ESS | Emails with client; call with client re revised proposed settlement offer to Benthos; emails, call with Benthos' counsel; email to client summarizing call with Benthos' counsel; follow up emails re same | 2.50 | 1,912.50 |
| 05/19/20 | ESS | Emails with opposing counsel re settlement proposal; emails with client re same; follow up emails re confidentiality agreement to establish lack of resources to satisfy judgment ( | 1.00 | 765.00 |
| 05/20/20 | ESS | Multiple emails with client re strategy, next steps; call with E. Nathanson re strategy; multiple emails, call with client re strategy, next steps; emails with opposing counsel re potential adjournment; communicate with client re same | 2.20 | 1,683.00 |
| 05/21/20 | ESS | Emails with opposing counsel; emails with client re potential standstill, confi agreement | 0.40 | 306.00 |
| 05/22/20 | ESS | Emails with client, E. Nathanson; emails with Popofsky | 0.30 | 229.50 |
| 05/26/20 | ESS | Emails with client | 0.10 | 76.50 |
| 05/29/20 | ESS | Emails with E. Nathanson re NDA; review, revise NDA and send to client for review; review letter in litigation; emails with client | 0.50 | 382.50 |
| 05/30/20 | ESS | Emails with client re strategy; emails with E. Nathanson re same | 0.40 | 306.00 |
| | | **Total Fees** | **7.90** | **$6,083.50** |
| | | Less Courtesy Discount | | ($1,216.70) |
| | | **Net Total Fees** | | **$4,866.80** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|------|-------|-------|-----------|--------|
| B. C. Fry | Partner | 0.50 | 845.00 | 422.50 |
| E. S. Schirick | Partner | 7.40 | 765.00 | 5,661.00 |
| **Total Fees** | | **7.90** | | **$6,083.50** |
| Less Courtesy Discount | | | | ($1,216.70) |
| **Net Total Fees** | | | | **$4,866.80** |

Pryor Cashman LLP
30402: Aaron Etra
00001: Benthos Master Fund

Page 3
Invoice Number:  459667
as of May 31, 2020

**Aged Accounts Receivable**

| Current | Over 30 | Over 60 | Over 90 | Total |
|---|---|---|---|---|
| $12,826.40 | $0.00 | $0.00 | $0.00 | $12,826.40 |





Pryor Cashman LLP
7 Times Square
New York, NY 10036

June 08, 2020
Invoice Number: 459667

Aaron Etra
445 Park Avenue, 9th FLoor
New York, NY 10022

RE: 30402.00001     Benthos Master Fund

*For professional services rendered through May 31, 2020:*

| | |
|---|---|
| Total Fees | $6,083.50 |
| Less Courtesy Discount | ($1,216.70) |
| **Net Total Fees** | **$4,866.80** |
| **TOTAL THIS INVOICE** | **$4,866.80** |
| **PREVIOUS BALANCE** | $7,959.60 |
| **TOTAL BALANCE DUE** | **$12,826.40** |

For billing inquiries please email: billing@pryorcashman.com                Federal Tax Identification Number: ▮▮▮▮▮▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 459667. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH funds accepted:**

| | |
|---|---|
| Bank Name: | Citibank, N.A. |
| Address: | 153 East 53rd Street, New York, NY 10022 |
| Account Name: | Pryor Cashman LLP Operating Account |
| ABA Number: | ▮▮▮▮▮▮ |
| Account Number: | ▮▮▮▮▮3969 |
| Swift Code: | ▮▮▮▮▮ (For International Wires) |

**Remittance Address** (If paid by check)

Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attention: Accounting Department

(Please return remittance page with check)