# Exhibit 5

AARON ETRA, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------x

BENTHOS MASTER FUND, LTD.,

        Plaintiff,

    v.

HUGH AUSTIN
a/k/a EUGENE W. AUSTIN,
JOHN AUSTIN, BRANDON AUSTIN,
VALKYRIE GROUP LLC
and VALHALLA VENTURE GROUP LLC,

        Defendants.

-------------------------------------------------x
Index No. 151823/2019
-------------------------------------------------x

April 12, 2019
9:36 a.m.

        Deposition of AARON ETRA, ESQ., taken by Plaintiff, pursuant to Subpoena Duces Tecum and Ad Testificandum, dated February, 20, 2019, at the offices of Kleinberg, Kaplan, Wolff & Cohen, P.C., 551 Fifth Avenue, 18th Floor, New York, New York, before Brandon Rainoff, a Federal Certified Realtime Reporter and Notary Public of the State of New York.

Page 249

1                  AARON ETRA, ESQ.
2       A.    I bank in several banks.
3       Q.    Do you have a European bank account?
4       A.    Yes.
5       Q.    At what bank is that account?
6       A.    That bank is a bank in Europe.
7       Q.    What bank is it?
8       A.    That bank has nothing to do with this
9    transaction.
10            (Pause)
11      Q.    Let's go to Exhibit 6 at 399.
12            (Pause)
13      A.    Okay.
14      Q.    This is an e-mail thread.  Begins with
15   an e-mail from you to Tracy Evans.  The subject
16   line:  Euros Paymaster Account.
17            Do you see that, sir?
18      A.    Yes, I do.
19      Q.    What is Euros Paymaster Account?
20      A.    It is an account in Euros currency.
21      Q.    Where is that account located?
22      A.    It's located in Europe and has not
23   been used for this transaction or any related
24   transaction.
25      Q.    Well, it appears to have been used in

1           AARON ETRA, ESQ.
2     relation to this transaction somehow or it
3     wouldn't be in this book, would it, sir?
4          A.    No, this was offered as an option for
5     another buyer who wanted to pay money into not a
6     U.S. dollar account or to a U.S. account but
7     some account outside of the U.S. and not in U.S.
8     dollars.
9                So it's a prospective for a buyer,
10    which was never transpired.
11         Q.    On page 398 going further up in the
12    e-mail chain, you say:  Please appreciate that
13    using that account would require immediate
14    payment of its 1% fee out of the amount
15    deposited, and a transfer will require at least
16    one day on deposit.
17         A.    Yes.
18         Q.    What did you mean by that?
19         A.    In other words, as I indicated on the
20    Benthos transaction, I was not compensated, have
21    not been compensated, and was not ever
22    contemplated to be compensated by Benthos.
23               In respect of a subsequent buyer --
24    and especially if that European account was
25    needed -- my arrangements are such that I do

1        AARON ETRA, ESQ.
2   need to be compensated with this 1%, and that
3   the funds need to stay in at least one day
4   before they are transferred out.
5        Q.   Just to be clear, sir -- are you
6   refusing to tell me the name of the European
7   bank at which you hold an account?
8        A.   I am not refusing.
9             I am saying it has nothing to do with
10  this transaction and is not relevant.
11       Q.   That may be well be true, sir, but I
12  am asking you the name of the bank.
13            Are you going to answer the question?
14       A.   It is a confidential arrangement
15  between me and my bank.
16       Q.   The identity of the bank is a
17  confidential arrangement between you and the
18  bank?
19       A.   It is a confidential arrangement
20  because it has nothing to do with the
21  transaction, nothing to do with Benthos, nothing
22  to do with anything that we are discussing here.
23       Q.   In your estimation.
24       A.   In my conviction -- based on the facts
25  as I presented them.