Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

January 19, 2021

(Via Temporary Pro Se Office)

Honorable Alison J. Nathan
Thurgood Marshall  U.S. Courthouse
40 Foley Square
New York, Ny 10017

Re: Benthos v. Etra, 20 Civ. 03384

Dear Judge Nathan,

It is 8.10 pm  when I start this letter, and as an almost 80 year old I was about to prepare to turn everything off in my apartment to go to sleep for the night when I heard my computer beep and I looked at it only to find a nine page letter and exhibits from Mr. Popopfsky and his three member team who clearly  spent many billable hours in preparing what has been sent to you and copied to me.

Once again, Mr. Popofsky is calling for holding me in contempt and, preferably, incarcerating me. These seem to be his primary objectives, not enabling his client to remediate their business loss. His was clearly unhappy that Judge Batts refused to do so. He is totally insensitive to the toll his actions took on me then, which included more than $20,000 in funds for legal fees, which I could ill afford, and many hours of precious time and energy in preparing materials for him and a full day of discovery, which diverted me for what I need to do to maintain myself as a person living alone.

Now, even more challenged in health and diminished in resources, thanks to Mr. Popofsky's relentless actions, Mr. Popofsky is asking your honor to do what Judge Batts wisely did not. This time, I do not have any funds for legal fees, I have only the resources I have fully disclosed to Your Honor and Mr. Popofsky. My doctors , who are trying their best to cope with a range of threatening conditions, requiring tests and procedures,  admonishing me regarding the potential  consequences of the stress involved in dealing with Mr. Popofsky's demands for harming me further than he already has done.

I believe Your Honor recognized the fact that what Mr. Popopfsky is asking for can indeed be onerous, especially under my current circumstances and the facts here . As well, it is really of no benefit to anyone, including Benthos, to put me through efforts to mostly resurrect information

on accounts which have been closed thanks to subpoenas from Mr. Popofsky, and for information he has far better than me as a result.

No penny of the Benthos funds went to me personally nor to any account in which I have ever been involved, nor have I ever received a cent of compensation for all my work on this matter, before or after the unfortunate situation that the parties brought on to themselves. This is in contrast to the hundreds of thousands of dollars the Popofsky three lawyer team has run up in legal fees for their client, exemplified by what was submitted to Your Honor tonight.

Notwithstanding the difficulties under which I currently function, I have been doing my best to comply with you Orders. As well, I have repeated and most recently fully presented to one of the three lawyers, Mr. Frederick, the settlement offer that I have been urging Mr. Popofsky to focus on and to which you directed us, rather than on his attacks on me. In our first pre-settlement call with Judge Parker, Mr. Popofsksy showed his disdain for settlement by calling the offer "ephemeral" . Unfortunately, for all concerned in this matter, Mr. Popofsky seems to only want to litigate and run up his charges whatever the consequences are to me and to his client. That amounts to running-up their legal bill in actions against someone who is not and never has been a litigator,  a pro se defendant with minimal resources who only wants to help Benthos.

Tonight, at after midnight, as I must work slowly and with rest periods,  I do not have the strength to add to this letter showing what I have done already in compliance and in correspondence indicating that I will continue to do my best to provide what I can.I have no assistance in preparing exhibits to this letter to you at a time when  I should be asleep in readiness for more medical tests and avoiding the potentially deadly effects of the stress these attacks cause.

Please appreciate:

1. Judge Batts recognized that I did not do anything incorrect with the $400,000 I retained and that I was properly holding those funds seeking the judicial instructions provided for in the agreements between the parties. There was no reason to hold me in contempt and Judge Batts did not do so. The "throw away the keys" statement came at the original hearing and was based only on the then unanswered accusations and allegations of Mr. Popofsky which were proved to be mistaken. Mr. Popofsky insists on incorrectly using that quote, right up to his letter to you tonight, presenting it as if it reflected the decision of Judge Batts.
2. I have said under oath, and will stand by it in all ways and times, that I received no funds in this transaction and committed no breach.  There has been no evidence presented at the arbitration or otherwise regarding me and the funds , nothing found and there is nothing to be found, because it did not happen. Obviously, Mr. Popofsky's past discovery did not and could not prove otherwise and anything done now will be the same because there is no reality to any such claim as well as no purpose in putting me

through the demands Mr. Popofsky is now asking me to meet and cruelly asking Your Honor to hold me in contempt and incarcerate me.

3. I do not have and have never had meaningful assets anywhere near the millions claimed here, neither before the arbitration award (which was based on nothing but Mr. Popofsky's allegations and accusation, since no party other than Benthos was heard from in that proceeding) nor since then. I state this under oath and have disclosed my net worth, now under $18,000, and details thereof, which hardly justifies what Mr. Popofsky is asking of me to do and Your Honor to hold me in contempt for my good faith efforts so far to comply.

4. What I can do and have wanted to from the time the problem arose, is to do my best to raise funds to minimize the Benthos loss. That was under way until Mr, Popofsky began his attacks that have now jeopardized my basic living with accounts closed and frozen and credit card closed, leaving rent and other debts unpaid as fully disclosed. Your Honor has thankfully directed us to Judge Parker. Against the intent of your referral, Mr. Popofsky pushes settlement aside in favor of making more demands from me and asking motions of contempt from you. If Mr. Popofsky would pursue a bona fide settlement process now available, not disparage the process as a "red herring", and lets me function decently, this matter will be resolved as expeditiously as possible, as it is as much in the interest of Benthos as it is for me to have it done. How much more appropriate is that effort than incarcerating me, and continually threatening me with it, causing irreparable health and financial damage with no possibility of funds to Benthos and only more legal bills for them. A firm offer has been presented and it needs to be negotiated, mutual agreement reached and its implementation supported, as the correct step and now, not as a separate track effort.

Your Honor, I respectfully call on you to guide us further.

I believe you have enough material from me submitted to you earlier, even if I cannot at 12.30am tonight answer Mr. Popofsky point by point, exhibit by exhibit, to see who I am and that this is not at all a case of breach or misappropriation by me of anything, but rather an unfortunate business loss that has been the basis for litigation against the one easy target, even if he did not deserve to be so attacked and injured . You have a defendant who is not running away from the situation or trying to be non-compliant (as I have and want to be compliant to the best of my ability and will show Your Honor, as well as further complying with Your Orders). I only want to be permitted to assist by lifting and stopping the crippling constraints and interference with accounts imposed since 2018 and increasingly after the award and ending the threats on someone who has not only clearly not personally benefited, but also whose health and financial well-being has been and is now severely threatened by what Mr. Popofsky wants of me and asks of you. No contempt is called-for here but your guidance is much needed.

Please direct us to make our focus the settlement process which has just begun. Please give us until the end of February to pursue it, as Judge Parker has called for an online session on February 26th by which time or at which we really must reach agreement. Please honor my respectful request that during this period these attacks and demands of Mr. Popofsky will be

suspended and I will be permitted to function with at least a basic level of humanity and ability to try to keep what is left of my health and resources at the age of 80. Please give us whatever other directions Your Honor deems appropriate.

With thanks and respectfully submitted.

/s/

Aaron Etra

S. Popofsky, Esq., J. Bromberg, Esq.,. P. Frederick, Esq.