KLEINBERG
KAPLAN

*Direct Dial: 212.880.9882*
*E-Mail: spopofsky@kkwc.com*

January 20, 2021

**Via ECF**
Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Benthos v. Etra, 20 Civ. 03384

Dear Judge Nathan:

Benthos does not want to see Mr. Etra in jail – it wants to see his financial records. Nowhere in his January 19th letter is any claim of actually having complied with the subpoenas and Court Orders he has defied.

And while he makes much of being almost eighty years old, when he was almost seventy-eight he was flying around the world defrauding Benthos out of $4.6 million. He can respond to subpoenas.

The claim that he "only wants to help Benthos" is as truthful as every other statement he has made since he took Benthos's money. He complains about legal fees of $20,000 when he scammed Benthos out of 230 times that amount, and when it required a threat of imprisonment before he would return $400,000 he was defiantly refusing to release from escrow. His falsehoods about what transpired before Judge Batts are breathtaking, and we urge the Court to read the transcript at Dkt. 24-21. His behavior – a member of the Bar! – was (and continues to be) astonishing.

Please enforce the subpoenas, information requests and Court Orders. Thank you.

Respectfully yours,

*/s/ Steven R. Popofsky*

Steven R. Popofsky

cc:    Aaron Etra (via email)