UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2021

Benthos Master Fund, Ltd.,

            Petitioner,

    –v–

Aaron Etra,

            Respondent.

20-cv-3384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    It appears that Mr. Etra did not understand, or refuses to accept, the Court's prior orders directing him to comply with Benthos's judgment enforcement subpoenas. Dkt. Nos. 39, 54. Those orders did not direct Mr. Etra to comply with the judgment enforcement subpoenas if it was convenient. They did not authorize him to refrain from complying with the judgment enforcement subpoenas if he tendered a settlement offer instead. Those orders set specific, clear dates for compliance. Mr. Etra has not complied with the subpoenas as ordered by the Court.

    The Court will give Mr. Etra one more opportunity to comply. By January 29, 2021, it is ORDERED that Mr. Etra will comply with the subpoenas as the Court has previously ordered (Dkt. Nos. 39, 54) or the Court will order him to show cause why he should not be held in contempt.

    To be clear, compliance with the judgment enforcement subpoenas means providing direct, complete answers to all questions therein and producing all responsive documents. Mr. Etra has a responsibility to communicate with any financial institutions at which he has or has had accounts to obtain any responsive documents. He has a responsibility to provide complete answers. When a subpoena asks for detailed information about an account, it is totally

unacceptable to provide only the name of the bank where the account is held and insist Benthos find any other information on its own.

The Court will not entertain further attempts to relitigate the merits of the underlying judgment or arguments that the parties should pursue some course other than Mr. Etra's prompt compliance with the judgment enforcement subpoenas.  Regardless of his views of his personal culpability or the progress of settlement discussions, Mr. Etra must comply with the Court's orders.  If he has not done so by January 29, he will be ordered to show cause why he should not be held in contempt.

SO ORDERED.

Dated: January 21, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge