Aaron Etra
240 East 47th Street
New York, NY 10017
Tel. 917-856-3500

February 11, 2021

(Via Email)

Honorable Alison J. Nathan
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Benthos v. Etra, 20 Civ. 0334- Letter dated February 9, 2021

Dear Judge Nathan,

I found via email yesterday another letter to Your Honor from Mr. Popofsky and his three member team. This one is 13 pages of mistaken allegations and accusations.

Completely contrary to such misstatements, my submissions to Mr. Popofsky were made to fully comply with your Orders. I am attaching the full submissions.

Unfortunately, certainly for me personally, Mr. Popofsky's efforts since he has been on this matter has resulted in closing or freezing my bank accounts (never 26 in number) terminating all of my credit cards (I have none) and leaving me being unable to pay my rent for months and with major, at least for me, outstanding debts (set out in the exhibits to my most recent submission). It would take me days to answer each and every one of Mr. Popofsky's mistaken assertions in his latest letter and I have very limited capacity these days and the end result will be the same as it is now and has been since 2018.

That is, the objective facts are that I never received any of the Benthos funds and have never had $5 Million, or any sum anywhere near it. Mr. Popofsky cannot prove something that is not true. Making me deal with his subpoenas and 13 page letters accomplishes nothing positive for his client. Rather it costs them the legal fees of three high-powered lawyers pursuing a sole defendant with little funds left who is trying to stay alive and live decently at age 80.

Therefore, I respectfully request Your Honor to Order Mr. Popofsky to forbear his actions which only continue to cause my fragile health and economic conditions to worsen and to focus on where both he and I can be of value to his clients and offer some relief to me. That is, in the settlement effort with Judge Parker, where I have offered real assistance to procure funds from sources who offer the potential of remediation of this unfortunate situation for his clients and all who made a genuine effort to assist those who were involved in this unfortunate matter through no fault of their own. We are about to have the session with Judge Parker on February 26th and anything Your Honor can do to encourage us to take full advantage of this process between now and then would be a welcome and valuable contribution to ending this matter as it should be, rather than causing further injury and unnecessary expense with no benefit to anyone from it.

Thank you and respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.,, J. Bromberg, Esq., P. Frederick, Esq.