SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BENTHOS MASTER FUND, LTD,

                                          Petitioner,                      **ORDER IN AID OF MEDIATION**

     -against-                                                   20-CV-3384 (AJN) (KHP)

AARON ETRA,

                                          Respondent.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In connection with the settlement proceedings before this Court, and as directed during the settlement conference on Friday February 26, 2021, Defendant Aaron Etra shall produce to this Court for in camera review the following records:

1. Monthly account statements for the period January 1, 2018 through the present for Aaron Etra 41book credit from which Etra made deposits into HSBC accounts ending with 6401 and 6410;

2. Monthly account statements for the period January 1, 2018 through the present for Aaron Etra 45book debit which received transfers of cash from HSBC accounts ending with 6410 and 6410;

3. Monthly account statements for the period January 1, 2018 through the present for HSBC accounts ending in 9990, 6096, 6100, 7955, 6401, 6410, 6509.  To the extent such accounts have closed, Etra shall nevertheless collect the historical monthly account statements and also provide the account closing statements;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021

4. Etra shall identify the account from which he made payments to his HSBC credit card account ending in 0169 in July and September 2020.  Etra shall also produce monthly statements of the same HSBC credit card account ending in 0169 from January 1, 2018 through the present, and, if closed, the closing statement in addition to the historical monthly account statements;

5. Monthly account statements for the period January 1, 2018 through the present for his Uni-credit affiliate account (which Etra informed the Court was an account in Austria);

6. Monthly account statements for the period January 1, 2018 through the present for his City National Bank Account (referred to in his January 8, 2021 response to the Information Subpoena);

7. Etra shall identify all bank accounts he maintains or maintained in Europe for the period January 1, 2018 to present, including the name of the bank, the account number, monthly statements, and a closing statement if applicable;

8. Monthly account statements for the period January 1, 2018 through the present for Metropolitan Commercial Bank accounts ending in 3609 and 3617.  To the extent such accounts have closed, Etra shall nevertheless collect the historical monthly account statements and also provide the account closing statements;

9. Monthly account statements for the period January 1, 2018 through the present for M&T accounts ending in 3433 and 3441.  To the extent such accounts have closed, Etra shall nevertheless collect the historical monthly account statements and also provide the account closing statements;

10. Monthly account statements for the period January 1, 2018 through the present for TD Bank account ending in 3529.  To the extent such account is closed, Etra shall nevertheless collect the historical monthly account statements and also provide the account closing statement;

11. Monthly account statements for the period January 1, 2018 through the present for JP Morgan account 4546.  To the extent such account is closed, Etra shall nevertheless collect the historical monthly account statements and also provide the account closing statement;

12. Etra shall identify all bank accounts he maintains or maintained since judgment was entered on August 13, 2020, including the name of the bank, the account number, monthly statements, and a closing statement if applicable; and

13. Etra shall identify all credit card accounts he maintains or maintained since judgment was entered on August 13, 2020, including the name of the credit card, the credit card account number, monthly statements, and a closing statement if applicable.

*     *     *     *

The due date for the complete production listed above is **March 15, 2021**.  Mr. Etra may email the documents to Parker_NYSDChamber@nysd.uscourts.gov, or, alternatively, provide physical copies.  Physical copies may be dropped off at the U.S. Courthouse, Attn:  Hon. Katharine H. Parker, 500 Pearl St., Chambers 750, NY, NY  10003.

By **March 31, 2021,** Mr. Etra shall make a first installment in the amount of $83,333 toward the judgment he owes to Petitioner.

A second settlement conference will be held on **Thursday, April 1, 2021 at 3:00 p.m.** The parties are directed to dial in to the conference at the directed time:  **dial (866) 434-5269; access code 4858267**.  A security code for the dial-in line will be provided to the parties in advance of the conference.

**The Petitioner is directed to serve this order on the Respondent.  The Court also will mail a copy of this Order to the Respondent.**

SO ORDERED.

Dated: March 1, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge