

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

May 24, 2021

<u>Via ECF</u>

Katharine H. Parker
United States Magistrate Judge
Chambers
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

      Re: <u>Benthos v Etra, 20 Civ. 3384</u>

Dear Judge Parker:

  In response to judgment debtor Etra's letter dated May 23, 2021, and to supplement judgment creditor Benthos's letter application dated May 19, 2021 (Dkt. 66), Benthos states briefly as follows:

  •  Mr. Etra's claim of having "underwent a full day of questioning" relates to his 2019 deposition, as a non-party, in a suit against one of his co-conspirators on the merits of their scheme to defraud Benthos. Mr. Etra never has been examined in connection with the judgment against him, and indeed he refused to appear for his subpoenaed deposition last fall.

  •  Mr. Etra did not submit anything whatsoever to us "on March 20, 2021" as he now claims.

  •  Benthos is entitled to <u>all</u> of the documents and information set forth in Dkt. 66. And Mr. Etra will never provide it all if he is not threatened with contempt of court.

  •  Having defaulted on the settlement agreement, Mr. Etra presented a letter from one Melvin Dussel, of "King Mel Mining, LLC," claiming that Mr. Dussel's "funding representative" will be meeting "various bankers" in Europe to "arrange for funds to be freely available to us and for providing assistance to Mr. Etra." Putting aside that this is the same sort of implausible stall we have encountered (multiple times) in the past – not one promise or commitment ever has been honored – Benthos is entitled to full information about Mr. Etra's communications with Mr. Dussel (and with anyone else) concerning proposed financial arrangements that might generate assets to satisfy in part the judgment.



Katharine H. Parker
May 24, 2021
Page 2

        Accordingly, on May 11, 2019, we served the attached subpoena upon Mr. Etra. On May 20, he advised us that he would not provide any documents (other than the aforementioned letter) responsive to item 2 of that subpoena: "All documents concerning any efforts by You, from February 26, 2021 through the date of your response to this subpoena, to obtain money to satisfy, in whole or in part, the Judgment and/or the settlement agreement reached in this matter on April 1, 2021, including but not limited to e-mail and other communications between You and anyone else concerning the foregoing."

        He should be ordered to produce all such responsive documents immediately.

        Thank you. We will not address Mr. Etra's letter otherwise, including his risible claim that he "only wants to do everything possible to assist Benthos, [my] client, who suffered a business loss not of my causing." The $5 million arbitration award is response enough. In any event, we are entitled to the financial information he has been withholding since last summer, as ordered repeatedly by Judge Nathan.

        Respectfully submitted,

        Steven R. Popofsky

cc:    Aaron Etra (via e-mail w/encl)
        Pamela A. Frederick