SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BENTHOS MASTER FUND, LTD,

                                    Petitioner,

           -against-

AARON ETRA,

                                   Respondent.
------------------------------------------------------------------X

**ORDER**

**20-CV-3384 (AJN) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of a letter filed by Plaintiff's counsel (at ECF No. 68) responding to the Defendant's letter dated May 23, 2021. Defendant did not file a copy of his letter with the Court. The Defendant is hereby directed to file a copy of his May 23, 2021 letter with the Court by June 4, 2021.

      **SO ORDERED.**

Dated: May 27, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1