Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500 Email: aaron@etra.com

June 11, 2021

(Via Email to Temporary Pro Se Office)
Judge Katharine H. Parker
U.S. District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: Settlement of Benthos Master Fund, Ltd. v. Aaron Etra, 20 Civ. 3384 (AJN) (KHP)

Dear Judge Parker,

Thank you for your Order of June 7, 2021 (attached).

As conveyed to Your Honor and as Plaintiff's counsel have long known, I am under medical supervision for several blood and related conditions, exacerbated by stress and requiring monitoring and treatment. I have been undergoing more intensive testing and my doctors have requested that I be available for these and possible procedures between now and the middle of July.

Under these circumstances, I respectfully request that Your Honor reschedule our conference for a date after July 19, 2021. I undertake to report to Your Honor if procedures require a further extension or I am confined and will request participation by zoom or the like.

I am also facing increased pressures regarding outstanding debts, including the more than $44,000 in rent arrears (see attached) and the attached May 28, 2021 communication from HSBC demanding payment of the more than $17,000 owing on the terminated credit card. I am doing my best efforts to raise funds to meet the agreed settlement with Benthos as well as these debts. The concern I expressed in my earlier communications with Your Honor has been realized with Mr. Popofsky and his team now harassing and threatening Mr. Dussel as well as myself, diverting and deterring the raising of funds.

Under these circumstances, I respectfully request that Your Honor instruct Mr. Popofsky and the two others on his team, to refrain from their efforts which are so counterproductive for all parties and unnecessarily injurious.

Respectfully Submitted,

Aaron Etra

cc. S. Popofsky, Esq., J. Bromberg, Esq., P. Frederick, Esq.