Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500   Email: aaron@etra.com

June 14, 2021

(Via Email to Temporary Pro Se Office)
Judge Katharine H. Parker
U.S. District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: Settlement of Benthos Master Fund, Ltd. v. Aaron Etra, 20 Civ. 3384

Dear Judge Parker,

My good faith letter to you of June 11th (copy attached) drew the immediate email response of Mr. Popofsky (attached).

Mr. Popofsky now seeks to bring on me "eviction" and additional "prosecution" for unpaid amounts on the credit card of which he caused termination, on top of the "contempt" and "incarceration" he has asked of Judges Batts and Nathan and yourself.

Clearly, he has and wants to continue to abuse the restraining order process to the point where he needs to be stopped from doing so. An 80 year old should not be forced out of his home and face additional legal actions while he is trying to fund an agreed settlement. Both he and those who are trying to assist him in doing so, should not be harassed and threatened under the guise of enforcement action. There is no benefit to his clients, only additional legal expenses, and there is definite injury and damage to me, and now to Mr. Dussel.

Therefore, I renew the requests in my letter to you of June 11th to be able to pursue the funding of the settlement and receive needed treatment for my health

conditions under reasonable conditions and without Mr. Popofsky's relentless, inhumane threats and action.

Respectfully submitted,

Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500
Email: aaron@etra.com

cc. S. Popofsky, Esq., J. Bromberg, Esq., P.Frederick, Esq,