Monday, June 14, 2021 at 14:04:20 Eastern Daylight Time

**Subject:** RE: Settlement of Benthos v. Etra 20 Civ. 3384
**Date:** Friday, June 11, 2021 at 6:21:22 PM Eastern Daylight Time
**From:** Steven Popofsky
**To:** Aaron Etra
**CC:** Pamela Frederick, Joshua K. Bromberg

Mr. Etra, with regard to your "debts," I trust you are aware, as a lawyer, of the significance of your being under the Restraining Order due to your status as a judgment debtor. Any payment of "debts" (with very limited statutory exceptions likely inapplicable here, such as child support) must go only to the judgment creditor Benthos, and cannot be paid to any third party. If you violate the Restraining Order, you will be held to account and subject to contempt of court remedies, and we will seek to recoup any such payments you may make in violation of your legal obligations.

Be advised accordingly.

STEVEN R. POPOFSKY
D 212.880.9882  |  spopofsky@kkwc.com
F 212.986.8866  |

Kleinberg, Kaplan, Wolff & Cohen, P.C.
500 Fifth Avenue, New York, NY 10110
kkwc.com  |  Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Friday, June 11, 2021 4:54 PM
**To:** temporary_pro_se_filing@nysd.uscourts.gov
**Cc:** Steven Popofsky <SPopofsky@kkwc.com>; Joshua K. Bromberg <JBromberg@kkwc.com>; Pamela Frederick <PFrederick@kkwc.com>
**Subject:** Settlement of Benthos v. Etra 20 Civ. 3384

Please be good enough to transmit the attached letter and attachments from me, a pro se defendant, to Judge Katherine H. Parker, with reference to case 20 Civ. 3384.

Thank you,
/s/ Aaron Etra

Aaron Etra
240 East 47th Street-12A
New York, NY 10017
Tel. 917-856-3500