UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                Petitioner,

        - against -

AARON ETRA,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**    )
                                 ) ss.:
**COUNTY OF QUEENS**    )

      **VISHNU MAHABIR,** being sworn, states as follows:

      1.      I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

      2.      On Monday, June 21, 2021, I caused one true and correct copy of the Order by Magistrate Judge Katharine H. Parker, dated June 17, 2021, to be served by mail by enclosing the papers in a properly addressed wrapper and causing the papers to be deposited into the custody of the United States Postal Service for delivery, prior to the latest time designated by the United States Postal Service for delivery within the United Sates, upon Aaron Etra at the following address:

                Aaron Etra
                240 East 47th Street
                Apt. 12A
                New York, New York 10017

      3.      On Monday, June 21, 2021, one true and correct copy of the Order by Magistrate Judge Katharine H. Parker, dated June 17, 2021, also was served via email upon Aaron Etra at the email address set forth below. The email to Mr. Etra is attached hereto as Exhibit A.

aaron@etra.com

Dated: June 23, 2021

_____
Vishnu Mahabir

Subscribed and sworn to before me, utilizing audio-video technology pursuant to and in compliance with New York State Executive Order No. 202.7, issued March 19, 2020, as extended by New York State Executive Order No. 202.110, issued June 5, 2021, this 23rd day of June 2021.

_____
Notary Public

ROBIN L. GREENSTEIN
Notary Public, State of New York
No. 01GR5023678
Qualified in New York County
Commission Expires February 14, 2022

2