Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500. Email: aaron@etra.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/2021

June 23, 2021

(Via Email to Temporary Pro Se Office)

Judge Katharine H. Parker
U. S. District Court
Southern District of New York
U.S. Courthouse
%00 Pearl Street
New York, NY 10007

In response to Defendant's Letter, the Court would
like to draw the parties attention to the docket to
note that there is not a conference scheduled on
June 30, 2021.

*Katharine H Parker*
6/24/2021

Re: Settlement of Benthos Master Fund, Ltd. v. Aaron Era, 20 Civ. 3384

Dear Judge Parker,

I had to go to New York Presbyterian Hospital again yesterday, June 22nd (see attached).
Concern is high with respect to my blood cell immunological condition and other related and
unrelated consequences including an excision that needed to be done on my right leg. In brief,
they want me to be fully available for further testing and procedures through July 15th as I
expected and had advised you earlier and do not want me to consider going to places of public
assembly before then. They also are dismayed by the stress created by such communications as
Mr. Popofsky's email of June 11th (attached).

Therefore, I respectfully resubmit my requests in my Letters to you of June 11th and June 14th,
(attached), in particular, to reschedule our conference from June 30th to after July 19th, and to
review with Your Honor whether I can attend in person at that time or participate
telephonically. It would also benefit the parties if Mr. Popofsky was advised to refrain from
further harassment of myself and Mr. Dussel while we try to assemble the funds to meet the
agreed settlement.

Let me add that I have been and will continue to comply with Your Honor's Orders.

Respectfully Submitted,

Aaron Etra

S. Popofsky, Esq.; J. Bromberg, Esq.; P. Frederick, Esq.