Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500   Email: aaron@etra.com

((Via Email)
United States Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

July 2, 2021

Re: Benthos Master Fund, Ltd. v. Aaron Etra, 20-Civ-3384 (AJN) (KHP)
    Response to Judge Parker's Order 74

Dear Judge Parker,

Contrary to the unmerited allegations from Mr. Popofsky, I have complied with Your Honor's Orders. I have also provided responses to Mr. Popofsky's subpoenas, including what was sent to him on May 20, 2021, comprising all the material I am attaching to this letter and including the material provided to you in camera.

I am also now attaching my latest rent statement (I am now 8 months in arrears), the M & T Bank account statement (for the account still open but frozen from Mr. Popofsky's actions] and a letter from HSBC, the credit card Issuer (the card was terminated due to Mr. Popofsky and the payoff is now demanded). These impact my basic living conditions, to which Mr. Popofsky pays no attention and cares not at all , notwithstanding my having provided him earlier versions of these as part  of my carrying-out of Your Honor's Orders and having made clear the human consequences.

As well, I would like to emphasize once again that Mr. Popofsky's relentless enforcement action is of no benefit to his client. The only results are the closing of accounts, the termination of the HSBC credit card, and my exposure to eviction and collection litigation by others. Counterproductively, it deters and diverts efforts to fund the agreed settlement (with Mr. Popopfsky himself having stated the need to be assembling "ready cash"). Unfortunately, Mr. Popofsky seems to want only to also cause unnecessary injury and harassment to those trying to assist in doing so, namely, Melvin H. Dussel of King Mel Mining, LLC. A copy of Mr. Dussel's attached letter to Your Honor was provided to Mr. Popofsky, who lost no time in attacking and threatening Mr. Dussel.

Respectfully submitted,

*[signature]*

Aaron Etra


Cc: S. Popofsky, Esq.
     J. Bromberg, Esq.
     P. Frederick, Esq.