UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

BENTHOS MASTER FUND, LTD.,

                         Petitioner                        Case No. 20-cv-03384

       - against -                                 **RESPONSES TO SUBPOENA**
                                                           ***DUCES TECUM***

AARON ETRA,

                        Respondent.
------------------------------------------- x

TO:   Steven R. Poppfsky
        Pamela A. Frederick
        Kleinberg, Kaplan, Wolfe & Cohen, PC
        500 Fifth Avenue
        New York, NY 10110
        Attorneys for Petitioner

Aaron Etra, under penalty of perjury, responds to the Subpoena Duces Tecum served on him by the attorneys for the Plaintiff, as follows

### Documents Subpoenaed

1. The financial documents You provided to Magistrate Judge Parker in March 2021 in connection with her order dated March I, 2021 (Dkt. 63).

      [RESPONSE: SEE EMAIL #1 ATTACHED]

2.    All documents concerning any efforts by You, from February 26, 2021 through the date of your response to this subpoena, to obtain money to satisfy, in whole or in part, the Judgment and/or the settlement agreement reached in this matter on April 1, 2021, including but not limited to e-mail and other communications between You and anyone else concerning the foregoing.

      [RESPONSE: NOT BY ME, BUT SEE EMAIL #2 ATTACHED]

**<u>Updated Documents from March 2021</u>**

3. Respondent submits current statements for recent activity.

   [RESPONSE: SEE EMAIL #3 ATTACHED]


Dated:   May 19, 2021

_____
Aaron Etra, Respondent
240 East 47th Street, Apt 12A
New York, NY 10017
(917) 856-3500