

Account Summary | Transaction History | Statements | Account Info | Payments

Sign Out

Welcome, AARON

# Account Summary

Access Log

This summary reflects the most current account information.

| | |
|---|---|
| Account Number: | XXXX-XXXX-XXXX-0169 |
| Card Type: | Individual-Account |
| Company ID: | 00665860 |
| Company Name: | AARON ETRA |
| Primary Cardholder: | AARON ETRA |
| Email Address: | aaron@etra.com |
| Secondary Cardholder: | AARON ETRA |
| Address: | AARON ETRA<br>240 E 47TH ST APT 12A<br>NEW YORK NY 10017-2134 |
| Home Phone: | (000)856-3500 |
| Work Phone: | (000)856-3500 |
| Statement Delivery Method: | Electronic Only |
| Balance as of 05/19/21: | $ 17,045.49 |
| Available Credit: | $ 5,454 |
| Credit Limit: | $ 22,500 |
| Minimum Payment Due: | $ 2,522.48 |
| Payment Due Date: | 05/21/21 |
| Last Payment Amount: | $ 700.00 |
| Last Payment Posted: | 09/28/20 |
| Last Statement Balance: | $ 17,045.49 |
| Last Statement Date: | 04/26/21 |

Update Account Info

Change Delivery Method

View Transaction History

Payments
View Payment History

Account Summary | Transaction History | Statements | Account Info | Payments | FAQs
Contact Us | Security | Terms and Conditions | Privacy | Accessibility



# M&T Bank

Messages (6)  Log Out

Accounts | Payments and Transfers | Services | Settings and Support

Welcome back to Business Banking, AARON

## Simple Checking for Business (3433)
(Nickname)

View Account: Simple Checking for Business (3433)  Go >

Thank you for banking with M&T.

**My Shortcuts**
Create shortcuts to your most frequently used online services.
Add Shortcuts

Total Balance: **$3,600.00**
Available Balance: **$3,600.00**

Recent Activity | Last 7 Years | Account Info

Place a Stop Payment | Schedule a Transfer | Pay a Bill

**PENDING**
— You currently have no pending transactions.

View Scheduled Transfers ($0.00) | View Scheduled Bill Payments ($0.00)

**POSTED**

Export Transaction History | View Cleared Checks

Days: 30  60  90  (Older) | Date Range (in last 90 days only): MM/DD/YYYY To 05/19/2021  Update

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 04/29/2021 | CHECK 4000031702 [View] | -$7,621.84 | | $3,600.00 |

Last login at 11:51 pm ET on Friday, May 07, 2021

Privacy | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

MEMBER FDIC | Equal Housing Lender NMLS#381076 | Entrust

©2021 M&T Bank. All Rights Reserved.