**From:** S Wang <theahsea@gmail.com>
**Date:** Friday, June 25, 2021 at 12:07 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** updated invoice

| 240 East 47th St. Unit 12A | | | |
|---|---|---|---|
| | | | |
| | | | |
| | **Rent** | **Electricity** | |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | 83.92 | *Unpaid* |
| February | $4,000.00 | 144.7 | *Unpaid* |
| March | $4,000.00 | 178.36 | *Unpaid* |
| April | $4,000.00 | 69.8 | *Unpaid* |
| May | $4,000.00 | 32.19 | *Unpaid* |
| June | $4,000.00 | 34.73 | *Unpaid* |
| July | $4,000.00 | | *Due First Week of July |
| August | | | |
| September | | | |
| October | | | |
| November | | | |
| December | | | |
| | | | |
| Total Due | $48,000.00 | $740.72 | **$48,740.72** |