

May 28,2021

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK, NY
10017



000005

Subject: Account Number B3712370169
         Balance: $17,206.59

Dear Aaron Etra,

Your Account has been referred to the HSBC Bank USA, N.A. (HSBC) Recovery Department for collection of the unpaid balance of $17,206.59. You can avoid further collection activity by paying the balance in full today.

It is important that we hear from you immediately regarding this outstanding debt. Please send a certified check or money order to the below address for the amount specified above. Include your account number and make payable to HSBC Bank USA, N.A.

        HSBC Bank USA, N.A.
        P.O. Box 2103
        Buffalo, New York 14240-2103

If you are unable to send the total amount due today, please contact our office immediately at 1.800.392.0986 to make arrangements. If you are calling from outside the United States, please call us collect at 1.716.841.2550.

Our hours of operation are Monday 8:00am - 5:00pm,ET,
Tuesday - thursday 8:00am - 9:00pm ET,
Friday 8:00am - 5:00pm ET, and Saturday 8:00am - 04:15pm ET.


Hsbc Recovery Department




This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.



HSBC Bank USA, National Association
P.O. Box 2103, Buffalo, NY 14240-2103

nnnnnn 01 01 000005 000005 P