

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

September 2, 2021

<u>**Via ECF**</u>

Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

Re:   <u>**Benthos v Etra, 20 Civ. 3384**</u>

Dear Judge Parker:

On behalf of judgment creditor Benthos Master Fund, Ltd. and pursuant to Your Honor's Rule III(b), we respectfully request a pre-motion conference with regard to renewing Benthos's motion to hold judgment debtor Etra in contempt of court for his multiple violations of several successive orders of Judge Nathan (Dkt. 39, 54 and 59) directing him to comply with judgment-enforcement subpoenas.

As the Court is aware, Benthos holds a judgment against Mr. Etra of over $5 million (confirmed by Judge Nathan), as a result of Mr. Etra having breached his fiduciary and contractual duties as a faithless escrow agent.  During a settlement conference on February 26, 2021, Mr. Etra promised to make a first installment payment of $83,333 at the end of March 2021.  He did not do so, and later claimed that he had in fact promised to pay only $8333 (even though the Court and the undersigned heard him promise $83,333, as one-twelfth of $1 million, and the Court memorialized the obligation in an Order filed shortly thereafter (Dkt. 63 at 3)) – and in any event he did not pay $8333 (or anything at all).  During a subsequent settlement conference on April 1, 2021, he promised to pay – and Benthos agreed to accept - $1 million in twelve equal monthly installments beginning on April 30, 2021.

Mr. Etra defaulted on that obligation, as he has violated every single promise, commitment and statement made to Benthos from the inception of the parties' relationship.  We gave him through the end of the summer to gather funds and begin payments, and he has done nothing.  Accordingly, this application became necessary.

Benthos believes that Mr. Etra has access to funds, but that he will not make any payments unless he is in fear of being held in contempt of court.[1]  ***We understand that Your Honor does not necessarily agree with that***.  Regardless, we should all be able to agree that

---

[1] The only time he ever came up with any money was when the late Judge Batts threatened to throw him in jail ("Mr. Etra, pack your toothbrush"; Dkt. 42-21 at 24), whereupon he promptly returned $400,000 he had been holding in escrow and defiantly refusing to return.



Katharine H. Parker
September 2, 2021
Page 2

compliance with discovery obligations, and with repeated orders of a federal judge to provide documents and information – particularly in the judgment-enforcement context – is **not optional**. Yet for over a year now, Mr. Etra has thumbed his nose at Benthos's subpoenas, and he repeatedly refused to comply with the series of orders referred to above from an increasingly frustrated Judge Nathan[2], all with utter impunity. **The federal courts have seemed powerless to compel his compliance with simple discovery requests.** That cannot be, and should not be permitted to continue.

On March 1, 2021, Your Honor directed Mr. Etra to provide *in camera*, "in aid of mediation," a <u>subset</u> of the documents Judge Nathan had required him to produce (Dkt. 63). He did not provide everything requested, but in any event, on June 17, 2021, Your Honor directed him to supply us with a copy of those same documents. He appears to have done so, ***but those documents do not remotely satisfy Judge Nathan's orders, nor do they comply with the outstanding subpoenas***.

Specifically, we refer the Court to Dkt. 60, our comprehensive summary of what Mr. Etra had not provided as of February 9, 2021. We respectfully ask Your Honor to review the entire first two pages of that letter, but reiterate that Mr. Etra – who claims to have no money and no assets - had maintained at least 26 bank, credit card and investment accounts at various times in the preceding eighteen months, and he continues to refuse to give us anything close to complete information about all those accounts. The following summarizes, with reference to the lettered paragraphs of Dkt. 60, what Mr. Etra still has refused to produce, including in the documents provided to Your Honor *in camera* and later apparently provided to us:

        A (post-judgment bank accounts): No documents; no information.
        C ("Aaron Etra 41book credit" account): No documents; no information.
        D ("Aaron Etra 45book debit"/HSBC 9990 account): No documents; no information.
        E (HSBC 6509 account): No documents; no information.
        G ("Uni-credit affiliate"): No documents; no information.
        I (City National Bank): No documents; no information.
        J (Metropolitan Comm. Bank 3617/3609 accounts): No documents; no information.
        N (signatories): No documents; no information.
        O (European bank account[3]): No documents; no information.
        P, Q, R (0169 credit card account): No documents; no information.

---

[2] See especially Dkt. 59 ("Those orders did not direct Mr. Etra to comply with the judgment enforcement subpoenas if it was convenient. They did not authorize him to refrain from complying with the judgment enforcement subpoenas if he tendered a settlement offer instead. Those orders set specific, clear dates for compliance. Mr. Etra has not complied with the subpoenas as ordered by the Court. The Court will give Mr. Etra one more opportunity to comply").

[3] In a 2019 deposition, Mr. Etra swore under oath that he had a European bank account, but refused to provide any information about it. ***We have repeatedly sought information about such an account; he has repeatedly been ordered to provide that information; and he has repeatedly refused to do so – again with total impunity.***



Katharine H. Parker
September 2, 2021
Page 3

        S, T (other credit cards): No documents; no information.
        V (JP Morgan account): No documents; no information.
        X (immediate family members[4]): No documents; no information.
        Y, Z, EE (monthly living expenses): No documents; no information.
        AA (lawsuits): No documents; no information.
        BB, CC (documents withheld, non-attorney/client"privileged"): No documents; no information.
        DD (taxes): No documents; no information.

        Those are only the categories as to which <u>zero</u> has been provided. For the other categories, Mr. Etra provided to Your Honor, and then apparently to us, only copies of documents we already had, and single-page massively incomplete documents and illegible documents. The *in camera* production to Your Honor (and then evidently to us) ***did not remotely comply with the judgment creditor's subpoenas or with Judge Nathan's <u>three</u> orders.***

        Once again, the issue is not whether Mr. Etra has access to assets. The issue is whether the federal court system will simply throw up its hands and give up when a judgment debtor defies subpoenas and multiple court orders for over a year – particularly when, as Judge Nathan observed, "compliance . . . should not be particularly onerous" (Dkt. 54).

        This Court has the power to compel compliance with Judge Nathan's orders. Mr. Etra will comply if credibly threatened with contempt of court. He will not comply otherwise (that, if anything, is crystal clear; see generally Dkt. 23 et seq.). We respectfully implore the Court to exercise its power.

        Respectfully submitted,

        Steven R. Popofsky

cc:    Aaron Etra (via e-mail and mail)

---

[4] Mr. Etra has a wife in Europe. He has repeatedly refused to identify her, with impunity.