UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**BENTHOS MASTER FUND, LTD.,**

                Petitioner,

- against -

**AARON ETRA,**

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384 (AJN) (KHP)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Steven R. Popofsky, dated September 30, 2021, the exhibits annexed thereto, and the memorandum of law dated September 30, 2021, Petitioner Benthos Master Fund, Ltd. will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel can be heard, pursuant to Fed R. Civ. P. 45(g), 18 U.S.C. § 401, Rule 83.6 of the Local Civil Rules of the United States District Court for the Southern District of New York ("Local Civil Rules") and this Court's inherent authority, for an order holding Respondent Aaron Etra in civil contempt for his defiance of three Orders of this Court as well as Petitioner's information subpoena and subpoena *duces tecum*, and for such other and further relief as the Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of this Court dated September 2, 2021 (Dkt. 80), any opposing affidavits and answering memoranda shall be served no later than October 30, 2021 and reply papers shall be served no later than November 14, 2021.

Dated:   September 30, 2021

                                      **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: _____
      Steven R. Popofsky
      Pamela A. Frederick

      500 Fifth Avenue
      New York, New York 10110
      Telephone: (212) 986-6000
      Facsimile: (212) 986-8866
      Email: SPopofsky@kkwc.com
             JBromberg@kkwc.com

Attorneys for Petitioner/Judgment Creditor
**BENTHOS MASTER FUND, LTD.**