# EXHIBIT C



Account Summary | Transaction History | Statements | Account Info | Payments | Sign Out

# Account Summary

Welcome, AARON

Access Log

This summary reflects the most current account information.

Update Account Info

| | |
|---|---|
| **Account Number :** | **XXXX-XXXX-XXXX-0169** |
| Card Type : | Individual-Account |
| Company ID : | 00665860 |
| Company Name : | AARON ETRA |
| Primary Cardholder : | AARON ETRA |
| Email Address : | aaron@etra.com |
| Secondary Cardholder : | AARON ETRA |
| Address : | AARON ETRA<br>240 E 47TH ST APT 12A<br>NEW YORK NY 10017-2134 |
| Home Phone : | (000)856-3500 |
| Work Phone : | (000)856-3500 |
| Statement Delivery Method : | Electronic Only |

Change Delivery Method

View Transaction History

| | |
|---|---|
| **Balance as of 05/19/21 :** | **$ 17,045.49** |
| Available Credit : | $ 5,454 |
| Credit Limit : | $ 22,500 |

Payments

View Payment History

| | |
|---|---|
| **Minimum Payment Due :** | **$ 2,522.48** |
| Payment Due Date : | 05/21/21 |
| Last Payment Amount : | $ 700.00 |
| Last Payment Posted : | 09/28/20 |
| Last Statement Balance : | $ 17,045.49 |
| Last Statement Date : | 04/26/21 |



May 28,2021

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK, NY
10017



000005

Subject: Account Number B3712370169
Balance: $17,206.59

Dear Aaron Etra,

Your Account has been referred to the HSBC Bank USA, N.A. (HSBC) Recovery Department for collection of the unpaid balance of $17,206.59. You can avoid further collection activity by paying the balance in full today.

It is important that we hear from you immediately regarding this outstanding debt. Please send a certified check or money order to the below address for the amount specified above. Include your account number and make payable to HSBC Bank USA, N.A.

HSBC Bank USA, N.A.
P.O. Box 2103
Buffalo, New York 14240-2103

If you are unable to send the total amount due today, please contact our office immediately at 1.800.392.0986 to make arrangements. If you are calling from outside the United States, please call us collect at 1.716.841.2550.

Our hours of operation are Monday 8:00am - 5:00pm,ET,
Tuesday - thursday 8:00am - 9:00pm ET,
Friday 8:00am - 5:00pm ET, and Saturday 8:00am - 04:15pm ET.

Hsbc Recovery Department



This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**HSBC Bank USA, National Association**
P.O. Box 2103, Buffalo, NY 14240-2103

nnnnnn 01 01 000005 000005 P


M&T Bank

Messages (6) Log Out

Accounts | Payments and Transfers | Services | Settings and Support

Welcome back to Business Banking, AARON

Simple Checking for Business (3433)

(Nickname)

View Account: Simple Checking for Business (3433) Go

Total Balance $3,600.00

Available Balance $3,600.00

Thank you for banking with M&T.

My Shortcuts

Create shortcuts to your most frequently used online services.

Add Shortcuts

Recent Activity | Last 7 Years | Account Info

Place a Stop Payment | Schedule a Transfer | Pay a Bill

PENDING

You currently have no pending transactions

View Scheduled Transfers ($0.00) | View Scheduled Bill Payments ($0.00)

POSTED

Export Transaction History | View Cleared Checks

Days 30 60 90 (Older) Date Range (in last 90 days only) MM/DD/YYYY To 05/19/2021 Update

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 04/29/2021 | CHECK 4000031702 [View] | -$7,621.84 | | $3,600.00 |

Last login at 11:51 pm ET on Friday, May 07, 2021

Privacy | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

MEMBER FDIC | Equal Housing Lender | Entrust

©2021 M&T Bank. All Rights Reserved.

Help




Last login at 12:32 pm ET on Tuesday, June 22, 2021

Privacy | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

MEMBER FDIC | Equal Housing Lender NMLS#381076 | Entrust

©2021 M&T Bank. All Rights Reserved.

Help

**From:** S Wang

**Date:** Friday, June 25, 2021 at 12:07 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** updated invoice

| | | | |
|---|---|---|---|
| **240 East 47th St. Unit 12A** | | | |
| | | | |
| | **Rent** | **Electricity** | |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | ***Unpaid*** |
| September | $4,000.00 | $40.92 | ***Unpaid*** |
| October | $4,000.00 | $31.29 | ***Unpaid*** |
| November | $4,000.00 | $36.12 | ***Unpaid*** |
| December | $4,000.00 | $45.22 | ***Unpaid*** |
| | | | |
| **2021** | | | |
| January | $4,000.00 | 83.92 | ***Unpaid*** |
| February | $4,000.00 | 144.7 | ***Unpaid*** |
| March | $4,000.00 | 178.36 | ***Unpaid*** |
| April | $4,000.00 | 69.8 | ***Unpaid*** |
| May | $4,000.00 | 32.19 | ***Unpaid*** |
| June | $4,000.00 | 34.73 | ***Unpaid*** |
| July | $4,000.00 | | *Due First Week of July |
| August | | | |
| September | | | |
| October | | | |
| November | | | |
| December | | | |
| | | | |
| Total Due | $48,000.00 | $740.72 | ***$48,740.72*** |