# EXHIBIT E

**Weill Cornell Medicine | NewYork-Presbyterian**

**Sangmin Lee, MD**
520 East 70th Street, ST-341
New York, NY 10021
(p) 646-962-2700

December 16, 2020

To Whom It May Concern:

Mr. Aaron Etra, date of birth 5/6/1941 is a current patient in my office, and continues to do well under my care. It is necessary for Mr. Etra to reduce his stress levels, as this is integral to his well-being.

Should you require further information, please contact the office at (646) 962-2700.

Sincerely,

Sangmin Lee, MD

Hematology and Medical Oncology          520 East 70th Street, Starr 341          New York, NY 10021

*Please arrive 30 minutes prior to your scheduled Dr. Visit Time for blood work.

DATE 1: 12/2/21   (MON)   TUE   WED   THUR   FRI
DR. VISIT TIME: 9AM   DR.: Lee
TREATMENT TIME: _____

DATE 2: 2/18/21   MON   TUE   WED   (THUR)   FRI
DR. VISIT TIME: 1:30pm   DR.: Lee
TREATMENT TIME: _____

DATE 3: _____   MON   TUE   WED   THUR   FRI
DR. VISIT TIME: _____   DR.: _____
TREATMENT TIME: _____

DATE 4: _____   MON   TUE   WED   THUR   FRI
DR. VISIT TIME: _____   DR.: _____
TREATMENT TIME: _____

DATE 5: _____   MON   TUE   WED   THUR   FRI
DR. VISIT TIME: _____   DR.: _____
TREATMENT TIME: _____