# EXHIBIT G

**From:** S Wang
**Date:** Friday, October 29, 2021 at 7:38 AM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** updated invoice

| **240 East 47th St. Unit 12A** | | | |
|---|---|---|---|
| | **Rent** | **Electricity** | **As of 9/29/2021** |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | $83.92 | *Unpaid* |
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |
| April | $4,000.00 | $69.80 | *Unpaid* |
| May | $4,000.00 | $32.19 | *Unpaid* |
| June | $4,000.00 | $34.73 | *Unpaid* |
| July | $4,000.00 | $31.85 | *Unpaid* |
| August | $4,000.00 | $32.03 | *Unpaid* |
| September | $4,000.00 | $30.22 | *Unpaid* |
| October | $4,000.00 | $28.25 | *Unpaid* |
| November | **$4,000.00** | **$40.00** | Due first week of month |
| December | | | |
| **Total Due** | **$64,000.00** | **$903.07** | **$64,903.07** |