

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

November 23, 2021

<u>**Via ECF**</u>

Katharine H. Parker
United States Magistrate Judge
Chambers
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

Re:    <u>**Benthos v Etra, 20 Civ. 3384**</u>

Dear Judge Parker:

Mr. Etra's submission today, Dkt. 86, is an unauthorized sur-reply, in violation of both Your Honor's general rule III(c) and the specific order (Dkt. 80) that set out the permitted submissions on Benthos's pending motion to hold respondent in contempt of court. Accordingly, it should be rejected and petitioner will not respond to it.

We do continue to urge Your Honor to read the transcript of the short proceeding before the late Judge Batts (Dkt. 24-21) in its entirety to know all that is necessary to know about Mr. Etra, notwithstanding his repeated attempts at misdirection.

We wish the Court a happy Thanksgiving.

Respectfully submitted,

Steven R. Popofsky

cc:    Aaron Etra (via e-mail)
       Pamela A. Frederick

Kleinberg, Kaplan, Wolff & Cohen, P.C.  |  500 Fifth Avenue, New York, NY 10110  |  212.986.6000  |  kkwc.com