Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500  Email: aaron@etra.com

United States Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

November 23, 2021

Re: Benthos Master Fund, Ltd. v. Aaron Etra, 20-Civ-03384 (AJN) (KHP)
    Response to Popoksky Letter of 11/23/21

Dear Judge Parker,

Mr. Popofsky complains when he mistakenly claims that I do not comply or send material to him or to Your Honor. Now, he is mistakenly complaining when I do send material.  In his Memorandum of November 10, 2021 he demanded that I send within 20 days the very material I have now sent to Your Honor within that period of time, including that with respect to the European account of the fiduciary.  Clearly, Mr. Popofsky will never be satisfied no matter what I do and insists on harassing me and others, as well as taking the valuable time of the Court with action that brings no benefit to his clients, increases their legal bills and causes only undeserved injury and expense.

In his letter, Mr. Popofsky once again misleads the Court with referring to the very first hearing in front of Judge Batts, rather than her decision and order rejecting his contempt motion, which I am attaching. That hearing was the first time Mr. Popofsky and Mr. Bromberg made the fallacious contentions and allegations in respect of which it took me many hundreds of pages, hours of discovery and thousands of dollars in legal fees, which did result in Judge Batts dismissing the motion.  Judge Nathan has done the same when Mr. Popofsky's team insisted on yet making another contempt motion.

With the same absence of any basis for doing so, and with the same unfounded and mistaken presentations of facts and what is truly in the interest of all concerned, which is to cease and desist harassing me and any others in order to enable the funding of the agreed settlement, I respectfully call on Your Honor to reject Petitioner's contempt motion.  I believe both Benthos and all concerned would be the beneficiaries if Your Honor further directs Mr. Popofsky's team to finally focus their energies on encouraging the funding of the settlement, rather than

putting those trying to do so, through dealing with seemingly endless  debilitating and useless adversarial procedures.

I also wish and your family a happy Thanksgiving.

Respectfully submitted,

Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

cc.(Via email) Steven R. Popofsky, Esq. and Pamela A. Frederick, Esq.