USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BENTHOS MASTER FUND, LTD,

                       Petitioner,

     -against-

AARON ETRA,

                       Respondent.
------------------------------------------------------------------X

**ORDER SCHEDULING
EVIDENTIARY HEARING**

**20-CV-3384 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Before the Court is Petitioner's Motion, pursuant to Fed. R. Civ. P. 45(g), 18 U.S.C. § 401, Rule 83.6 of the Local Civil Rules, to hold Respondent Aaron Etra in civil contempt for his defiance of three Orders of this Court as well as Petitioner's information subpoena and subpoena duces tecum. (ECF No. 81.) An evidentiary hearing is hereby scheduled for **Wednesday, February 16, 2022 at 10:00 a.m**. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York to address the issues raised in Petitioner's letter motion. The parties shall be prepared to present witness testimony and evidence as well as argument.

                  **The Petitioner is directed to serve this order on the Respondent.**

      SO ORDERED.

Dated: January 3, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge