

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

January 24, 2022

**Via ECF**

Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

Re: **Benthos v Etra, 20 Civ. 3384**

Dear Judge Parker:

This firm represents the judgment creditor Benthos, and I am writing jointly, on behalf of the judgment debtor Aaron Etra as well, to respectfully request that the contempt hearing scheduled for February 16, 2022 (Dkt. 89) be held remotely in light of the ongoing Covid-19 pandemic.

I will allow Mr. Etra to supply any further details as to himself if he so chooses, but he is approximately 80 years old and has reported various medical ailments, in light of which he has advised us that he does not wish to be required to be appear in court in person. For my part, I have not spent any non-negligible time indoors with others (other than home with my spouse) since the spring of 2020, I have not entered any public buildings and I have not taken any mass transit. All of my court appearances and depositions since the pandemic began have been remote, and our firm continues to allow lawyers and staff to work remotely from home.

Accordingly, both sides very much wish to avoid, for our continued health and safety (and in my case at least for my wife's continued health and safety as well), being required to attend court in person, and having to travel to and from the court, at present and for the foreseeable future. Both Mr. Etra and I would greatly appreciate Your Honor's kind consideration in this regard. Thank you.

Respectfully submitted,

*/s/ Steven R. Popofsky*

Steven R. Popofsky

cc: Aaron Etra (via e-mail and ECF)

Kleinberg, Kaplan, Wolff & Cohen, P.C.  |  500 Fifth Avenue, New York, NY 10110  |  212.986.6000  |  kkwc.com