Aaron Etra
240 East 47th Street- 12A
New York, NY10017
Tel. 917-856-3500   Email: aaron@etra.com

January 24, 2022

(Via Email to Temporary Pro Se Office)

Judge Katharine H. Parker
U.S. District Court
500 Pearl Street
New York, NY 10017

Re: Benthos v. Etra, 20 Civ. 3384

Dear Judge Parker,

I am back from another day at the hospital and have cut off the patient's band, a photo of which I am attaching, and found Mr. Popofsky's letter.

At more than 80 years of age now, my hematology, neurology and dermatology conditions are not improving and my doctors want me to minimize public exposure and activities which create mental stress and physical strain.

For these reasons, I join Mr. Popofsky in requesting that any hearing be held remotely.

As conveyed to Mr. Popofsky, I hope that I will be able to participate in such hearing on February 16th. My doctors are doing their best to enable me to do so by then and I will want to confirm this to Your Honor and Mr. Popofsky closer to that date or advise when thereafter my condition will so permit, as I want to continue my compliance with the Orders of Your Honor.

Respectfully submitted,

Aaron Etra

cc: Steven R. Popofsky, Esq. (via email)