

**Pamela A. Frederick**  
E-Mail: pfrederick@kkwc.com  
Direct Dial: 212.880.9871

February 16, 2022

**Via ECF**

Katharine H. Parker  
United States Magistrate Judge  
U.S. District Court  
500 Pearl Street, Room 750  
New York, NY 10007

Re:   **Benthos v Etra, 20 Civ. 3384**

Dear Judge Parker:

This firm represents the judgment creditor Benthos, and I am writing as a follow-up to the evidentiary hearing that was held before Your Honor today, February 16, 2022, but was shortened due to Mr. Etra's physical issue.

At the close of the hearing today, we requested that Mr. Etra provide Benthos with a copy of his most current account statement for the M&T bank account that Mr. Etra stated he currently has open and uses. The Court, however, should be able to see all activity that has taken place on the account since the judgment was entered in August 2020 (the "Judgment") to properly evaluate the motion for contempt, and Benthos is in any event entitled to see all of that as well. Accordingly, we request that the Court require Mr. Etra to provide a full set of statements for the M&T account referred to in today's hearing from August 2020 to the present.

Further, Mr. Etra confirmed during the hearing today that various bank accounts in his name were closed after entry of the Judgment, that the balances of those accounts were sent to him by check, and that he has been using those funds to pay monthly expenses despite being under a restraining notice. We request that the Court order that Mr. Etra provide proof of all funds he received from any bank accounts, by check or otherwise, from August 2020 to the present so that the Court can see the full extent to which Mr. Etra has violated the restraining notice, and Benthos can obtain financial information to which it is plainly entitled.

Additionally, Benthos has information indicating that Mr. Etra has (or had) a wife in Europe, and based on his bank statements, we know that Mr. Etra previously traveled to Europe numerous times a year. Benthos asked Mr. Etra in request number 35 of the Information Subpoena that was served on him in August 2020 to identify all of his immediate family members, including their names and contact information, and this Court ordered him to provide such requested information in three court orders. (Dkts. 39, 54 and 59) We followed up on this request repeatedly in correspondence to Mr. Etra and to the Court, yet for eighteen months now, Mr. Etra has steadfastly refused to confirm whether he has a wife in Europe (or at all).



Hon. Katharine H. Parker
February 16, 2022
Page 2

Accordingly, Benthos requests that this Court order Mr. Etra to respond to request number 35 of the Information Subpoena ("Set forth the names and addresses of any immediate family members, including any spouse, siblings, adult children or adult grandchildren") – without prejudice to our continuing request that he be ordered, yet again, to respond to the entirety of the Information Subpoena as Judge Nathan repeatedly ordered him to do – and that he specifically state whether he is, or was, married to Koraljka Gall Troselj and to provide her full name, address, e-mail address and telephone number and identify any bank accounts he ever has held jointly with her.

Further with regard to Europe, given Mr. Etra's 2019 testimony and the fact that he produced (very belatedly) only one page concerning a purported European account that did not contain any information about the amount in the account, we also request that he be ordered to produce all statements for that account and respond specifically to Information Request No. 2[1] with regard to that account and any other European bank accounts he may have had.

Lastly, Mr. Etra wrote in his response to request number 47 of the Subpoena *Duces Tecum* that he has not "yet" filed any tax returns for the years 2018 through the present. We request that the Court order Mr. Etra to confirm whether he has filed tax returns in the years 2018 through 2021, and if so, to produce the as-filed tax returns to Benthos (and if he has not, he should be ordered to produce all correspondence with the IRS during that period).

Benthos thanks the Court for its attention to this matter.

Respectfully submitted,

*P. Frederick*

Pamela A. Frederick

cc:   Aaron Etra (via e-mail and ECF)

---

[1] Information Request No. 2 states "As to each such account, what is the exact name on the account, the date the account was opened, the account number, the names of the signatories on the account, and the amounts presently on deposit; if closed, what was the amount on deposit when the account was closed and the date it was closed? Please supply the date, name and address of the payee or recipient of the last drawn check or wire, the amount of the last drawn check or wire, and the nature and amount of consideration received by You in exchange for the last drawn check or wire."