Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

February 17, 2022

(Via email)

Judge Katharine H. Parker
U.S. District Court
500 Pearl Street- Room 750
New York, NY 10007

Re: Benthos v. Etra, 20 civ. 3384

Dear Judge Parker,

Thank you for understanding my condition yesterday. I had a further setback in my fragile health when a severe case of Shingles was diagnosed on Monday, brought on by the additional stress in anticipation of the hearing, that my doctors have warned me about on top of my compromised immune system and related hematology and dermatology conditions.

I believe I was lacking in conveying sufficiently that my intentions and actions have been compliant since the very first series of personal attacks on me began by Plaintiff's counsel in 2018, as a 180 degree turn from their clients who had recognized that I was innocent in the situation they found themselves in and that I only wanted to assist them in dealing with it. The late Judge Batts recognized my compliance in her decision and order submitted to you and she further recognized the mistaken impression created by the allegations Plaintiff's counsel showered on me at the first hearing before the Judge, when after a full review of the facts (which have not changed since then) she denied their contempt motion. As an 80 yearold person living and working alone, I have put my failing energy during almost four years into complying with Court Orders and with endless Subpoenas and action by Plaintiff's counsel, which have been so much more directed to inflicting personal injury than in serving the interests of their clients.

Consistent with this emphasis on harm to me rather than benefit to Benthos, was the reaction of Plaintiff's counsel to my request to be able to continue my efforts to raise funds for the settlement while the pandemic was still raging . A respectful request to them that I and those willing to help me be unhindered and not harassed during a continuing effort, was summarily rejected by Plaintiff's counsel, and I was informed to only expect further turning of the screw against me and everyone else willing to assist. This attack everyone approach and continuing damage to my reputation has made it all the more difficult to raise the needed funds. I humbly

suggest that this was not a "violation" of the settlement by me, and that Your Honor permitting and encouraging this good faith effort to continue, monitored by the Court to ensure its seriousness of purpose and action, is fulfilling the direction of Judge Nathan and is the only way possible to actually benefit Benthos. The pandemic is easing and if I and friendly persons are left to function normally, the settlement will be fulfilled by me soonest possible.

Turning to the discussion at the hearing as best I understood it and the contents of the letter from Ms. Frederick, Plaintiff's counsel has subpoenaed my banks and had all that information, even before they received it from me. From the discussion at the hearing that was where they had information on accounts that either I never used or were used internally by the bank, especially when closing the accounts. For my part, I have provided the Court and Plaintiff's counsel with everything I had or could obtain myself from the banks for accounts that had been closed because of the action of Plaintiff's counsel. The point is they have long known the very limited funds I have had at all times since 2018, and is also consistent with what I have said that at no time did I receive any of the funds of Benthos or from anybody associated with the relevant transaction.

These realities make clear the absence of any value in going over and over this same ground, with more demands for documents (having supplied hundreds), depositions (having spent seven hours) and Subpoenas, and bringing more contempt motions against me. Mr. Popofsky and his high-powered legal team confronting me, a sole pro se defendant, will never be satisfied, because they never can be satisfied. They have not, in the arbitration and in its enforcement, nor otherwise, proved that I ever received any funds from or of Benthos, or of or from any other party to this matter. They cannot, because I never did.

M & T Bank is an example of what I am referring to. In response to the action of Plaintiff's counsel the bank closed accounts. From the account left open, Plaintiff's counsel took out most of the funds, so they know what was in and what was left. I have also sent them screenshots of that account subsequent to then whenever they wanted it, so the full information clearly has not been denied to them and no more action is need from me.

Among the persons attacked already by Plaintiff's counsel is the son of my late brother who lived in California. This young person, father of two children, was totally shocked by this demand, since he only has known me as his distant and loving uncle with whom he had no knowledge of what I was doing or connection to it. He had to engage and pay counsel to resist the demands of Plaintiff's counsel, and my reputation in the family has now been severely affected. I have lived and worked alone for many years and to have other family members attacked and harassed by Plaintiff's counsel surely cannot be supported by Your Honor. It is bad enough for Plaintiff's counsel to subject me, my landlord, the person who conveyed to Your Honor his willingness to help me find funds for the settlement, to purposeless harassment and demands which are of no benefit to Benthos, but this cannot be justified in being inflicted on any more totally innocent family and others who have had no connection to this matter.

As I advised Your Honor and Plaintiff's counsel immediately after I received it, after much time and constant effort I was able to get the closing statement from the fiduciary of the European account that I had referred to. He was unable to provide anything more, so there is nothing more I can do as I have had no control over that account.

Yes, there are years when there was no income or no filings or correspondence with IRS and there is nothing to change the disclosure covered by all the material already in the hands of Plaintiff's counsel.

I respectfully request Your Honor to follow the direction of Judge Nathan and keep the parties focused on implementing the settlement they have agreed to. Benthos does not deserve to have their legal bill continually increased by fruitless enforcement action by their counsel and this elderly and health challenged person should not have his limited capacity diverted and deterred from the settlement to which he is committed to implement. With the current improvement in the pandemic scene, this will be a more timely result.

Respectfully submitted,

Aaron Etra

cc. Steven Popofsky, Esq., Pamela Frederick, Esq. (via email)