Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500   Email: aaron@etra.com

March 29, 2022

((Via Email)
United States Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: Benthos Master Fund, Ltd. v. Aaron Etra, 20-Civ-3384 (AJN) (KHP)
Renewal of Urgent Request for Extension of time to file objections to and otherwise respond to the Order of March 14, 2022 and to Obtain the Court's Guidance and Assistance in Finding or Having a Public Defender Appointed.

Dear Judge Parker,

Mr. Popofsky's letter of March 25, 2022 to you has made even clearer the urgency of my request of March 22nd to Your Honor for an extension of time to file objections and otherwise respond to the above-referenced Order and to seek the Court's guidance and assistance in obtaining or having appointed a Public Defender for this purpose.

Mr. Popofsky has rehashed old mistaken allegations and factual errors which proceedings before Judge Batts had put to rest. In further contravention of due process, he relies on the one-sided arbitration to which none of the hundreds of pages of evidence and hours of depositions proving the true factual situation, which had been presented to Judge Batts when I could afford counsel and on the basis of which she could and did rule fairly, were presented to the sole arbitrator, because the three lawyer Popofsky team took totally unfair advantage of my weak physical and financial condition they had caused, in foreclosing not only my evidence but also input from any of the parties to the business transaction other than his clients, all of which would corroborate my role as a fully innocent, conscientious, services provider, loyally assisting all the parties and the furthest possible from being a "scammer" or "fraudster".

To these violations of public policy, justice and due process Mr. Popofsky has now added yet more false and misconstruing accusations in his letter which need to be refuted one by one and he seeks to put yet more onerous conditions on the settlement effort mandated by Judge Nathan, that Mr. Popofsky has so cruelly stymied by relentless personal attacks on me, my family and anyone who has wanted to provide any assistance whatsoever for that effort.

Your Honor, you deserve to have appropriate responses to your Order. I believe every tenet of our legal system calls for public policy, due process and justice to be observed by providing the requested guidance and assistance to this 81 year old defendant who has no litigation experience and whose has made good faith efforts to comply with all the Orders of Judge Batts, Judge Nathan and Your Honor as well as with all the relentless four years of the Popofsky team's subpoena's and Motions trying to prove the unproveable (the truth being that I have not been involved in any fraud or scam and have been unfairly dishonored and injured).

I am still not fully recovered from residual nerve damage from the Shingles, remain under medical supervision for pre-cancerous blood conditions and skin melanomas, now with the added stress brought on by having to deal with Mr. Popofsky's latest harangue.

 It is under these circumstances, as I reach 81 years of age, under medical care, with no litigation experience, no access or tools for legal research or writing, nor secretarial assistance, and with limited finances, unpaid bills, and facing eviction, and recognizing that such factors, due process, justice and public policy warrant this Court's urgent guidance and assistance in obtaining and/or for the appointment for a Public Defender and to provide the time for working with such counsel in responding to everything in the Order, that I respectfully renew my urgent request.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.; P. Frederick, Esq.