

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

April 13, 2022

<u>Via ECF</u>

Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

Re:     <u>Benthos v Etra, 20 Civ. 3384</u>

Dear Judge Parker:

On behalf of Benthos, I write in brief response to Mr. Etra's letter of today's date. On March 25th, we wrote to Your Honor (Dkt. 99) responding to Mr. Etra's letter of March 22nd, and we copied him by e-mail as usual. He received that letter and referenced it in his subsequent letter to Your Honor on March 29th. Judge Nathan subsequently issued an order, Dkt. 102. Although Mr. Etra is a lawyer, and is well aware of the Court's ECF filing system and quite capable of receiving notifications of filings – and in fact is in constant communication with the pro se office and can, and presumably does, receive notifications of filings from that office – we routinely e-mail him courtesy copies of all Court orders and other communications, and in furtherance of that practice we also forwarded him Judge Nathan's order. He is in default all around.

We also will e-mail him a copy of this letter, as usual, in addition to e-filing it, together with the notice reassigning the case to Judge Caproni.

We respectfully draw the Court's attention to the four numbered requests on pages 3-4 of our March 25th letter (Dkt. 99). Mr. Etra is a judgment debtor owing over $5 million and Your Honor has recommended that he be held in contempt of court for failure to comply with judgment enforcement, in addition to referring his underlying misconduct to the authorities for possible criminal investigation (although we understand that such an investigation already was and remains ongoing). **He should not be permitted to get away with his continued intentional defiance – ongoing for 20 months now – of court orders and subpoenas**.

Respectfully submitted,

Steven R. Popofsky

Enclosures
cc:     Aaron Etra (via e-mail and ECF  w/enclosures)