Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500  Email: aaron@etra.com

April 14, 2022

(Via Email)
United States Magistrate Judge Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

Re: Benthos v. Etra, 20 civ. 3384- April 13, 2022 Letter of Steven R. Popofsky. Esq.

Dear Judge Parker,

Yet another fallacious letter from Mr. Popofsky.

Far from trying "to get away" with anything, during more than four years, I have complied with and responded to relentless Subpoenas, Contempt Motions, Discovery, Depositions and Court Orders from three Judges. I have had to contend with cruel and injurious action under the guise of enforcement, which has left me facing eviction, owing tens of thousands of dollars and with my health, family relations and professional reputation severely damaged, directly caused by that action.

Mr. Popofsky continually misconstrues, before all courts which succeeded her, the facts provided to and the decision of Judge Batts, who reviewed all the material in the case, which Mr. Popopfsky continually rehashes, and decided to dismiss his motion. Although his clients know better and have been the beneficiary of my efforts to help them, Mr. Popofsky abused due process by presenting to a sole arbitrator only material seemingly prejudicial to me and without any input from me or the other parties who would have set the record straight.

Your Honor, neither you nor any other Judge, and certainly not I, can ever satisfy Mr. Popofsky, because I did nothing wrong, received no money from the transaction and do not have resources to satisfy an outsized award against an innocent party. I am an 81 year old person living alone with little assets and sorely needing assistance to deal with more demands from Mr. Popofsky and with Court Orders, all of which I have I have acted in good faith to comply with, never defy. It is so clear and so much more just and beneficial for Benthos, that I, and those who have stated to the Court that they are willing to help me, be not only permitted but firmly directed to devote our energy to funding the settlement agreed under the auspices of Your Honor. There is no basis for any investigations under the realities of this matter and every reason for following the direction of Judge Nathan to achieve settlement which I am committed to do.

Respectfully submitted,

Aaron Etra
cc. Steven R. Popofsky, Esq.