UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/5/22
```

BENTHOS MASTER FUND, LTD.,

                    Petitioner,

    -against-

AARON ETRA,

                    Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Magistrate Judge Parker issued a Report and Recommendation ("R&R") on Petitioner's motion for sanctions, including a certification of facts indicating that Respondent should be held in civil contempt, *see* Dkt. 95;

    IT IS HEREBY ORDERED that not later than **May 13, 2022**, Respondent must notify the Court whether he requests a hearing on the issue of his compliance with Court orders. Respondent is reminded that he must submit his papers to the Office of *Pro Se* Litigation, and not directly to the Court. The Court also encourages Respondent to consider registering on ECF.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail this order to Respondent.

**SO ORDERED.**

**Date: May 5, 2022**
       **New York, New York**

                                    **VALERIE CAPRONI**
                                **United States District Judge**