UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                     Petitioner,

         - against -

AARON ETRA,

                     Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384 (VEC) (KHP)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE of the withdrawal of appearance for PAMELA A. FREDERICK, counsel for Petitioner Benthos Master Fund, LTD ("Petitioner") in the above-referenced action. Pamela A. Frederick is leaving the firm of Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"). Petitioner will continue to be represented in this matter by Steven R. Popofsky of Kleinberg Kaplan.

Dated: May 20, 2022

                                             **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

                                             By: _____
                                                   Pamela A. Frederick

                                           500 Fifth Avenue
                                           New York, New York 10110
                                           Telephone:   (212) 986-6000
                                           Facsimile:    (212) 986-8866
                                           Email:          PFrederick@kkwc.com

                                           Attorneys for Petitioner
                                              **BENTHOS MASTER FUND, LTD.**