Aaron Etra  
240 East 47th Street-12A  
New York, NY 10017  
Tel. 917-856-3500

June 17, 2022

(Via email to Temporary Pro Se Office)  
Judge Valorie Caproni  
U. S. District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: Benthos v. Etra 20-CV 3384 (VEC) Order of May 16, 2022

Dear Judge Caproni,

I am very sorry to report that I was hit head on by a MTA bus on June 6th and had to be treated at the site by a NYPD ambulance (please see the attached report). I am now at a point that I can at least somehow communicate.

In light of my existing neurological and immunological conditions sensitive to such trauma, I have been advised by my medical team what I should now not do in order to avoid further damage while continuing to be treated for them and pending a medical appointment that has been made for me on June 30th at my hospital Weill Cornell.

Please accept my respectful request for me to advise you after the results of that appointment on June 30th if and when I can resume compliance with and be able to respond to your very extensive May 16th Order and face the continuing stream of Subpoenas from Plaintiff's counsel, notwithstanding their having said that they would focus on settlement rather than just harassing an 81 year old, living alone, with no assistance and whose health and economic condition has suffered significantly from four years of their personal attacks on someone who has only been trying to help their clients, Benthos, who have no possible benefit from their counsel's efforts to injure and incarcerate me and only have had more and more legal fees to pay the multi-member corporate litigation team for relentlessly attacking a pro se defendant.

Regarding settlement, even though currently I cannot actively participate, I have encouraged my business friends to continue their efforts to find the funding for the agreement reached under the auspices of Judge Parker. They have indicated to me that they feel positive about achieving this result in the near future, which is the only action of real value to Benthos.

Respectfully submitted,

*[signature]*

Aaron Etra  
cc. S. Popofsky, Esq.

Encl.: Police Accident Report



INCIDENT INFORMATION SLIP
PD 301-164 (Rev. 7-15)

**WELCOME TO**
Midtown Precinct North (18 Precinct)
(Command)

**POLICE ACCIDENT REPORT**
PICKUP 24/7 - 48-72 HRS AFTER OCCURRENCE
MUST BE PICKED UP WITHIN 30 DAYS

Date: 6/6/22

306 West 54th Street, NY, NY 10019   (212) 767-8400
(Address)                              (Main Telephone)

We hope your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: _____   Accident Report No.: _____   Aided Report No.: _____

Reported to: PO / Brown
              (Title) (Name)

Date of Occurrence: 6/6/22   Time: 2129

Location of Occurrence: 578 5th Ave

Crime: accident / hit by bus   Complainant: Aaron Etra

Please keep this slip should you have to refer to this matter in the future. If you need further assistance feel free to contact us. Telephone number **(212) 767-8409/10**. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY - PROFESSIONALISM - RESPECT**
**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!**