

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

June 21, 2022

**VIA ECF**
Judge Valerie Caproni
United States District Judge
United States District Court
40 Foley Square, Room 240
New York, NY  10007

    Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

  In response to Mr. Etra's letter of June 17, we note that he undoubtedly did nothing to comply with the Court's order even before June 6. Nonetheless we do not oppose a brief extension. We would ask, however, that Mr. Etra be ordered to comply promptly with item 12 of Dkt. 108, and that upon any extended deadline he also be directed to provide the information and documents requested in items 2 and 3 on pages 3-4 of our letter at Dkt. 99.

  Thank you.

Respectfully submitted,<br><br>
Steven R. Popofsky

cc: Aaron Etra (via e-mail and ECF)