**MEMO ENDORSED**

|  |  |
|---|---|
| USDC SDNY |  |
| DOCUMENT |  |
| ELECTRONICALLY FILED |  |
| DOC #:_____ |  |
| DATE FILED: 6/21/22 |  |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                           Petitioner,

      - against -

AARON ETRA,

                           Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384 (VEC) (KHP)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE of the withdrawal of appearance for PAMELA A. FREDERICK, counsel for Petitioner Benthos Master Fund, LTD ("Petitioner") in the above-referenced action. Pamela A. Frederick is leaving the firm of Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"). Petitioner will continue to be represented in this matter by Steven R. Popofsky of Kleinberg Kaplan.

Dated: May 20, 2022

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: _____
      Pamela A. Frederick

500 Fifth Avenue
New York, New York 10110
Telephone:   (212) 986-6000
Facsimile:    (212) 986-8866
Email:        PFrederick@kkwc.com

Attorneys for Petitioner
   **BENTHOS MASTER FUND, LTD.**

---

The Clerk of Court is respectfully directed to terminate Pamela A. Frederick as counsel for Petitioner Benthos Master, Fund, LTD.
SO ORDERED.

*[signature]*
6/21/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1