**MEMO ENDORSED**



Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

June 21, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/21/22
```

**VIA ECF**

Judge Valerie Caproni
United States District Judge
United States District Court
40 Foley Square, Room 240
New York, NY  10007

      Re:    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

    In response to Mr. Etra's letter of June 17, we note that he undoubtedly did nothing to comply with the Court's order even before June 6. Nonetheless we do not oppose a brief extension. We would ask, however, that Mr. Etra be ordered to comply promptly with item 12 of Dkt. 108, and that upon any extended deadline he also be directed to provide the information and documents requested in items 2 and 3 on pages 3-4 of our letter at Dkt. 99.

    Thank you.

                                       Respectfully submitted,

                                       Steven R. Popofsky

cc:    Aaron Etra (via e-mail and ECF)

Kleinberg, Kaplan, Wolff & Cohen, P.C.  |  500 Fifth Avenue, New York, NY 10110  |  212.986.6000  |  kkwc.com
12251008.1 - 06/21/22

The deadline for Mr. Etra to produce all documents outlined in the Court's order other than the executed IRS Form 2848 is hereby ADJOURNED *nunc pro tunc* from June 20, 2022, to **July 1, 2022**. The executed IRS Form 2848, *see* Dkt. 108 at 5, is due not later than **June 24, 2022**.

Because the Court has granted Mr. Etra's request for an extension, he must also produce contact information for Koraljka Troselj and "privileged" information as outlined in Petitioner's letter, *see* Dkt. 199 at 2-3, by **July 1, 2022**.

Respondent is reminded that he shall be fined $50 per day until there is full compliance beginning on June 25, 2022, should he fail to turn over the executed IRS Form 2848, and beginning on July 2, 2022, should he fail to turn over the remainder of the required documents as outlined in the Court's prior order and in this endorsement.

SO ORDERED.

6/21/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE