Aaron Etra
240 East 47th Street-12A
New York, NY 10017
Tel. 917-856-3500

July 1, 2022

(Via email to Temporary Pro Se Office)
Judge Valorie Caproni
U. S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Benthos v. Etra 20-CV 3384 (VEC) Order of May 16, 2022

Dear Judge Caproni,

In my letter of June 17th, I reported to this Court that I was hit head on by a MTA bus on June 6th and had to be treated at the site by a NYPD ambulance (please see the attached accident report), and that I would be continuing treatment for my physical impairments caused by the impact, and for the existing neurological and immunological conditions further impacted by the trauma.

At my follow-up appointment yesterday on June 30th at NY Presbyterian Hospital, (see attached hand band), to review my condition after being hit by the MTA bus (accident report again attached), during the examination they performed certain tests and ordered others, some diagnostic, to further determine the consequences, and scheduled these for the weeks ahead and will try to move them up as appointments become available. The results and consequences will be the subject of further consultations with me and I am under instructions to continue to respect significant limitations on both my physical and mental activities and certainly totally avoid further stress until further notice from them.

On top of everything, my computer died, which is my only computer and contains all my records and data.   It had to be left with Apple for extensive repairs (see attached), and should be in their shop for about a week or so. I am currently only able to use my cellphone to communicate by voice and text, including with Your Honor, but cannot access documents or files on my computer.

Notwithstanding these disabilities and the fact that it is an objectionable invasion of my privacy, prior to this calamity, I sent the IRS Form 2848 on June 24th to Plaintiff's counsel as ordered by Your Honor. Since then, Plaintiff's counsel has continued their relentless personal harassment of me by having their paralegal while they are away on vacation, harass me to include on the form, the tax year 2017, a year before this matter of a business loss even took place; and they also want me to authorize not one but two persons, who they did not even identify themselves as members of a law firm, to pry into matters that should be just between me and the government.  This should not be supported by the Court.

As well, not content with having harassed, along with me, a distant cousin and a person seeking to help fund the settlement, they want information to harass my wife, who lives a separate life from and supports herself. She and I have lived apart, on two different continents, since 2008, ten years before the 2018 business loss occurred. She has had nothing to do with this matter as is clear and I have so attested. I strongly object and trust the Court will not support causing injury to and invading the privacy of an innocent person with no connection to this matter.

I respectfully request Your Honor to schedule a hearing on this matter at your earliest convenience, which I would hope to able to participate by phone or zoom if my doctors permit. Please suspend any enforcement action until then, including but not limited to, matters in the order dated May 16th, 2022, and appreciate my good faith efforts to comply with your Orders without any assistance or resources to present my entitlements and privilege under the law and in the face of three corporate lawyers, which would be relevant to the hearing and my need for appropriate legal assistance.

The facts in this case have not changed since 2018. The parties, of which I am NOT one, ALL suffered a loss when they were unable to complete a business transaction, for reasons totally unrelated to the services that I correctly and honorably performed. I have been trying to voluntarily assist Benthos ever since, while they then turned two different law firms on to attack me personally, ruining my good reputation developed since 1966 with smears all over the internet , limiting my ability to function, including assisting in funding the agreed settlement with Benthos.

I submitted hundreds of pages of documents and underwent seven hours of depositions, which completely described the matter, to Judge Batts who rejected Plaintiff's counsel's contempt motion. Plaintiff's counsel then resorted to a unilateral arbitration proceeding in which I was unable financially to participate as well as not being a party, and, based on the totally one-sided result, which resulted in the judgment before this Court, and since then they have been attacking me under the guise of enforcement by having my bank accounts frozen and closed, cards terminated, and my health severely impaired. Under Judge Nathan's supervision and as an 81 year old non-litigator without any legal assistance, I submitted hundreds more pages to the Court and Plaintiff's counsel. Judge Nathan also rejected contempt motions and directed the parties to settle under the direction of Judge Parker. I have been trying, with the assistance of business friends, to fund that settlement that Judge Parker brought Plaintiff's counsel to grudgingly accept.   Plaintiff's counsel has not permitted this effort to be done reasonably but rather has attacked those wanting to help  by subpoenas and verbal harassment, and persisted with their damaging enforcement action against me which , after four years, has had only the result of hundreds of thousands of legal fees to Plaintiff's counsel, hence charges to Benthos. There is and never has been any possible benefit to Benthos from this enforcement action as it is clear now, as it has been all along, that no funds from this matter have ever been received for my benefit, and I do not have and never had anything remotely like the amount of money in the award or judgment called for by the Award and Judgment. Settlement is the only solution and You Honor is respectfully requested to keep the parties on this track, and to be a focus of the requested hearing, as well as the other issues mentioned above.

I respectfully submit this letter, and look forward your proposed hearing date.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.

Encl.:  Police Accident Report
     Medical bracelet from New York Presbyterian Hospital
    Apple Service Invoice

POLICE REPORT



INCIDENT INFORMATION SLIP
PD 301-164 (Rev. 7-15)

**POLICE ACCIDENT REPORT**
PICKUP 24/7 - 48-72 HRS AFTER OCCURRENCE
MUST BE PICKED UP WITHIN 30 DAYS

WELCOME TO
Midtown Precinct North (18 Precinct)
(Command)

306 West 54th Street, NY, NY 10019
(Address)

(212) 767-8400
(Main Telephone)

Date: 6/6/22

We hope your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: _____
Accident Report No.: _____
Aided Report No.: _____

Reported to: PO (Title)   Brown (Name)

Date of Occurrence: 6/6/22   Time: 2129

Location of Occurrence: 578 5th Ave

Crime: accident/hit by bus   Complainant: Aaron Etra

Please keep this slip should you have to refer to this matter in the future. If you need further assistance feel free to contact us. Telephone number (212) 767-8409/10. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

COURTESY - PROFESSIONALISM - RESPECT
REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!

HOSPITAL TAG



**FROM APPLE COMPUTER TECH STORE**

Sent from my iPhone

Begin forwarded message:

> **From:** Apple Grand Central <donotreply@email.apple.com>
> **Date:** June 29, 2022 at 5:41:58 PM EDT
> **To:** Aaron Etra <aaron@etra.com>
> **Subject: Your Apple Store Work Authorization**

Thank you for visiting the Apple Store. Below is a copy of your service record.

Jun 29, 2022

Apple Grand Central
(212) 284-1800

## Genius Bar Work Authorization

Repair No: R541622290
Estimated Pickup Time: Jun 29, 2022

| Customer Information | Product Information |
|---|---|
| Aaron Etra | Warranty Status: Protection Plan (A2) |
| United States | Model: MacBook Pro (13-inch, 2019, 4 TBT3) |
| | Date of Purchase: Jul 27, 2019 |
| | Serial No: C02YW0ZZLVDC |

**Problem Description/Diagnosis**

Issue: Customer states the device has lines on the display
Steps to Reproduce: Verified the issue, the device has lines on the display
Cosmetic Condition: Light wear, no signs of physical damage.
Proposed Resolution: In store display replacement at no cost, if any damages are discovered during the repair we would have to present different options to the customer. Customer aware of data loss.
Mac OS Version: 12.0.x
Hard Drive Size: NA
Memory Size: NA
Contact Apple Support Case: 101737476977