**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/5/22

Aaron Etra
240 East 47th Street-12A
New York, NY 10017
Tel. 917-856-3500

July 1, 2022

(Via email to Temporary Pro Se Office)
Judge Valorie Caproni
U. S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Benthos v. Etra 20-CV 3384 (VEC) Order of May 16, 2022

Dear Judge Caproni,

In my letter of June 17th, I reported to this Court that I was hit head on by a MTA bus on June 6th and had to be treated at the site by a NYPD ambulance (please see the attached accident report), and that I would be continuing treatment for my physical impairments caused by the impact, and for the existing neurological and immunological conditions further impacted by the trauma.

At my follow-up appointment yesterday on June 30th at NY Presbyterian Hospital, (see attached hand band), to review my condition after being hit by the MTA bus (accident report again attached), during the examination they performed certain tests and ordered others, some diagnostic, to further determine the consequences, and scheduled these for the weeks ahead and will try to move them up as appointments become available. The results and consequences will be the subject of further consultations with me and I am under instructions to continue to respect significant limitations on both my physical and mental activities and certainly totally avoid further stress until further notice from them.

On top of everything, my computer died, which is my only computer and contains all my records and data.   It had to be left with Apple for extensive repairs (see attached), and should be in their shop for about a week or so. I am currently only able to use my cellphone to communicate by voice and text, including with Your Honor, but cannot access documents or files on my computer.

Notwithstanding these disabilities and the fact that it is an objectionable invasion of my privacy, prior to this calamity, I sent the IRS Form 2848 on June 24th to Plaintiff's counsel as ordered by Your Honor. Since then, Plaintiff's counsel has continued their relentless personal harassment of me by having their paralegal while they are away on vacation, harass me to include on the form, the tax year 2017, a year before this matter of a business loss even took place; and they also want me to authorize not one but two persons, who they did not even identify themselves as members of a law firm, to pry into matters that should be just between me and the government.  This should not be supported by the Court.

As well, not content with having harassed, along with me, a distant cousin and a person seeking to help fund the settlement, they want information to harass my wife, who lives a separate life from and supports herself. She and I have lived apart, on two different continents, since 2008, ten years before the 2018 business loss occurred. She has had nothing to do with this matter as is clear and I have so attested. I strongly object and trust the Court will not support causing injury to and invading the privacy of an innocent person with no connection to this matter.

I respectfully request Your Honor to schedule a hearing on this matter at your earliest convenience, which I would hope to able to participate by phone or zoom if my doctors permit. Please suspend any enforcement action until then, including but not limited to, matters in the order dated May 16th, 2022, and appreciate my good faith efforts to comply with your Orders without any assistance or resources to present my entitlements and privilege under the law and in the face of three corporate lawyers, which would be relevant to the hearing and my need for appropriate legal assistance.

The facts in this case have not changed since 2018. The parties, of which I am NOT one, ALL suffered a loss when they were unable to complete a business transaction, for reasons totally unrelated to the services that I correctly and honorably performed. I have been trying to voluntarily assist Benthos ever since, while they then turned two different law firms on to attack me personally, ruining my good reputation developed since 1966 with smears all over the internet , limiting my ability to function, including assisting in funding the agreed settlement with Benthos.

I submitted hundreds of pages of documents and underwent seven hours of depositions, which completely described the matter, to Judge Batts who rejected Plaintiff's counsel's contempt motion. Plaintiff's counsel then resorted to a unilateral arbitration proceeding in which I was unable financially to participate as well as not being a party, and, based on the totally one-sided result, which resulted in the judgment before this Court, and since then they have been attacking me under the guise of enforcement by having my bank accounts frozen and closed, cards terminated, and my health severely impaired. Under Judge Nathan's supervision and as an 81 year old non-litigator without any legal assistance, I submitted hundreds more pages to the Court and Plaintiff's counsel. Judge Nathan also rejected contempt motions and directed the parties to settle under the direction of Judge Parker. I have been trying, with the assistance of business friends, to fund that settlement that Judge Parker brought Plaintiff's counsel to grudgingly accept. Plaintiff's counsel has not permitted this effort to be done reasonably but rather has attacked those wanting to help by subpoenas and verbal harassment, and persisted with their damaging enforcement action against me which , after four years, has had only the result of hundreds of thousands of legal fees to Plaintiff's counsel, hence charges to Benthos. There is and never has been any possible benefit to Benthos from this enforcement action as it is clear now, as it has been all along, that no funds from this matter have ever been received for my benefit, and I do not have and never had anything remotely like the amount of money in the award or judgment called for by the Award and Judgment. Settlement is the only solution and You Honor is respectfully requested to keep the parties on this track, and to be a focus of the requested hearing, as well as the other issues mentioned above.

I respectfully submit this letter, and look forward your proposed hearing date.

Respectfully submitted,

Aaron Etra
cc. S. Popofsky, Esq.

Encl.: Police Accident Report
     Medical bracelet from New York Presbyterian Hospital
    Apple Service Invoice

---

Application GRANTED in part and DENIED in part. Respondent's request for an extension of the deadline to comply with the Court's order is denied. Respondent's request for a hearing is, however, granted. The parties must appear on **Thursday, July 7, 2022, at 10:30 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 for a hearing regarding whether Respondent should be held in contempt of Court. Respondent may not appear by telephone or video, and must attend in person.

Respondent must appear with contact information for Koraljka Troselj and the "privileged" information as outlined in Petitioner's letter, *see* Dkt. 99 at 3-4, which the Court previously ordered him to turn over by July 1, 2022, *see* Dkt. 113. Petitioner must also appear with all remaining documents he has been ordered to turn over by July 1, 2022, *see id.*, including the tax returns and full set of monthly and closing statements for the accounts described in the Court's order adopting Magistrate Judge Parker's Report and Recommendation ("R&R"), *see* Order Adopting R&R, Dkt. 108 at 4-5.

Petitioner must appear with a new IRS Form 2848 that omits the name of the attorney that is no longer employed by Petitioner's counsel. *See* Letter, Dkt. 115 at 2.

**If Respondent fails to appear at the hearing, fails to bring the materials ordered by the Court, or fails to sign the IRS Form 2848 at the hearing, the Court will remand him into custody until he complies.**

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Respondent. The Court will also email a copy of this order to him.

SO ORDERED.

7/5/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE