Aaron Etra
240 East 47th Street- 12 A
New York, NY 10017
Tel. 917-856-3500

July 6, 2022

(Via Email- to Temporary Pro Se Office)

Judge Valerie Caproni
U.S. District Court for
   the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Benthos v. Etra 20cv 3384 (VEC)

Dear Judge Caproni,

Thank you for your recent communication ordering the hearing I have requested.

Please appreciate that I am not well enough as yet physically and mentally, to participate, which I am advised will be possible from my doctors if I am able to continue to recuperate at the present rate, probably still virtually, after some three weeks. I commit to notify the Court as soon as I am and will look forward to continuing to respond as best I can to your Orders. Please be good enough to reschedule the hearing I have requested at a convenient time for you in early August.

I am still also handicapped, as one 81 year old person living alone without assistance and with failed computer equipment.  But in spite of my limitations, I have my tax returns ready and can provide them immediately by email to Mr. Popofsky now along with the revised FORM 2848 he sent me last night where he removed the departing member of his law firm, the form of which I first sent him on the date required by this Court. I will also provide him what I have been able to locate for tax returns for the years 2018 (when this business transaction took place), to 2021.

 I respectfully request Your Honor to recognize that Koraljka Troselj should not be contacted on this matter. She has lived separately from me in Eastern Europe, beyond the jurisdiction of the Court, since 2008 and has had absolutely nothing to do with this business matter or the funds involved before it arose in 2018, during it or thereafter. Plaintiff's counsel has a history of harassing persons, relatives and others, who have had no connection with me, or otherwise to this matter, and there is no basis for adding another innocent and out of jurisdiction person to the list of victims.

I cannot write to you or Mr. Popofsky in the way I would like to, or unassistedly mount legal defenses in the manner I am entitled to while responding as I always have as best as I can to the Orders of all Judges and providing materials to the Courts and Mr. Popofsky over four years. All I can do in my weakened state in response to his latest communication is to make clear:

1. Accusations like "career grifter" are totally unfounded, having an outstanding record of public and private service in the Law and Human Rights since 1966 The Grasshof case and this one, are two instances where I have been left to bear the burden of a business failure and loss by the parties not caused by me. There have been no other such unfortunate circumstances and I have tried to voluntarily remediate and assist Benthos as Plaintiff's counsel and all Judges on this matter know.

2. All the facts of this case were indeed before Judge Batta, including 302 pages plus exhibits of my deposition taken on April 12,2019 and hundreds of pages of documents submitted. I was able to locate a copy of the 7 hours of deposition of which I spoke.  The threat of jail quote Mr. Popofsksky  still insists on mistakenly citing is from the first day hearing with Judge Batts, before she received and reviewed all the facts and paperwork.  Her decision several months later, reflecting my full cooperation and the assistance from counsel which I could only then afford , was NOT to grant the plaintiff's Motion and not to contemplate further my incarceration.

3. By way of contrast,  the arbitration award and judgment was the result of a proceeding in which I could not afford  to participate in and resisted as no other party was part of either, so the  facts were never fully and correctly presented.

4. The only effect of all the enforcement action, with endless subpoenas and motions over four years is to inflict injury to my reputation and health and to run up the legal bill of Benthos.. There was and is no possible benefit to Benthos and no funds were ever destined for or retained by me. Freezing my minimal funds or closing my small bank accounts and cards and requiring hundreds more pages of paperwork from these accounts, much of which Plaintiff's counsel had already or could have had directly, will not aid Benthos in collecting this outsized award from me as I have never had anywhere near that sum or even a fraction thereof.

5. The only resolution, recognized by Judge Nathan, is to settle. If only Plaintiff's counsel will let me and business friends work on this reasonably and without further harassment and diversion to deal with purposeless enforcement action, which is also a deterrent to all sympathetic parties. While a first payment was missed when originally planned, the end of the pandemic restrictions now offer very encouraging potential to arrive at an agreed funding schedule even before the requested hearing.

In light of all of the above, and in the hope that both the Court and Mr. Popofsky will be humane and practical in achieving the desired result of a settlement bringing funds to Benthos, and not further injury to and incarceration of an ailing 81 year old who wants to devote his limited energy to that goal, I respectfully request both Your Honor and Mr. Popofsky to let me perform tomorrow in the way I can by delivering materials to Mr. Popofsky by email, the tax returns, IRS form, to work 100% and unhindered on the settlement and have our hearing rescheduled for early August.

Respectfully submitted,

Aaron Etra

cc. S.Popofsky