**Caproni NYSD chambers**

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Thursday, July 7, 2022 8:51 AM |
| **To:** | Caproni NYSD chambers |
| **Cc:** | Steven R. Popofsky |
| **Subject:** | FW: Letter |
| **Attachments:** | Aaron Etra Letter 070622.pdf |

<mark>**CAUTION - EXTERNAL:**</mark>

TO: Danielle Bernstein

**Dear Ms. Bernstein,**

On top of everything in my attached letter sent yesterday, my vital signs this morning are in the danger zone.

Please also convey to Judge Caproni that, notwithstanding, I will now send to Mr. Popofsky the Form 2848 revised by him andsigned by me and the tax material I have assembled for him as I indicated in my yesterday's letter.

I appreciate the understanding of Judge Caproni and Mr. Popofsky and look forward to continuing to cooperate with the Court.

Thank you,

Aaron Etra
917-856-3500
aaron@etra.com

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>