## Caproni NYSD chambers

| | |
|---|---|
| **From:** | Aaron Etra <aaronetra@gmail.com> |
| **Sent:** | Thursday, July 7, 2022 8:56 AM |
| **To:** | Steven Popofsky |
| **Cc:** | Caproni NYSD chambers |
| **Subject:** | FW: Tax Returns 2018, 2019, 2020, 2021 Extension |
| **Attachments:** | AARON ETRA 2018 Tax Return.T18.pdf; AARON ETRA 2019 Tax Return.T19.pdf; Etra 2020 Tax Transcript Filing.pdf; Etra Extension 2021.pdf |

**CAUTION - EXTERNAL:**

Mr. Popofsky,

Please find attached tax material for the years in question.

Best,

Aaron Etra

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.