**Caproni NYSD chambers**

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Thursday, July 7, 2022 9:05 AM |
| **To:** | Steven R. Popofsky |
| **Cc:** | Caproni NYSD chambers |
| **Subject:** | IRS Form 2848 |
| **Attachments:** | IRS form 2848.pdf |

**CAUTION - EXTERNAL:**

Mr. Popofsky,

Please find attached my signed copy of the IRS Form 2848 you sent me.

Thank you,

Aaron Etra

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.