**Caproni NYSD chambers**

---

**From:** Steven Popofsky <SPopofsky@kkwc.com>
**Sent:** Thursday, July 7, 2022 9:09 AM
**To:** Caproni NYSD chambers
**Cc:** Aaron Etra
**Subject:** RE: Tax Returns 2018, 2019, 2020, 2021 Extension

**CAUTION - EXTERNAL:**

Dear Justice Caproni:

I am sure that the Court already has noted the following from Mr. Etra's correspondence:

- He is continuing to refuse to provide the contact information for Koraljka Troselj that he has been ordered to provide.
- He does not offer to provide – and obviously has no intention of providing – the incorrectly characterized "privileged" documents he previously withheld, as he has been ordered to do more than once.
- He does not offer to provide – and obviously has no intention of providing – any (much less all) of the "full set of monthly and closing statements for the accounts described in the Court's order adopting Magistrate Judge Parker's Report and Recommendation" (see Dkt. 108 at 4-5 and the Court's July 5 Order reiterating same).

Parenthetically, in a prior response to a document subpoena, he claimed that he had "not yet" filed tax returns for recent years, but that now appears to have been another false statement.

To Mr. Etra, court orders are optional. We implore the Court to change that dynamic, which has been going on for well over a year now, and to enforce its July 5 Order.

The undersigned will be heading to the Courthouse in a short while unless told otherwise. I am (of course) prepared to appear if Mr. Etra appears, or if the Court otherwise directs, but for Covid reasons I would prefer to avoid entering the Courthouse if Mr. Etra is going to refuse to do so.

Thank you.

**STEVEN R. POPOFSKY**
**D** 212.880.9882  |  spopofsky@kkwc.com
**F** 212.986.8866  |



**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
500 Fifth Avenue, New York, NY 10110
kkwc.com  |  Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

**From:** Aaron Etra <aaronetra@gmail.com>
**Sent:** Thursday, July 7, 2022 8:56 AM
**To:** Steven Popofsky <SPopofsky@kkwc.com>
**Cc:** caproniNYSDChambers@nysd.uscourts.gov
**Subject:** FW: Tax Returns 2018, 2019, 2020, 2021 Extension

Mr. Popofsky,

Please find attached tax material for the years in question.

Best,

Aaron Etra

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.