**Caproni NYSD chambers**

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Thursday, July 7, 2022 9:54 AM |
| **To:** | Steven Popofsky; Caproni NYSD chambers |
| **Cc:** | Aaron Etra |
| **Subject:** | Re: Tax Returns 2018, 2019, 2020, 2021 Extension |

**CAUTION - EXTERNAL:**

Dear Judge Caproni,

Mr. Popofsky continues to misconstrue and accuse whenever possible and refuses to recognize the consequences of his relentless harassing.

Mt. Popofsky wants to add to his list of persons to threaten and subpoena someone totally physically and otherwise distant from his client's business loss and asks me to be complicit in his doing so. As far as his being able to make contact, that information is readily available to him on the internet. I sincerely hope that Your Honor will at least advise him, if not order him, not to cause further harm, again without any benefit to his clients.

I have given Mr. Popofsky over four years all the bank information he has asked for. The primary result has been no "smoking gun" or ":hidden cache" but rather the reality of small sums in bank accounts which his action has caused to be frozen or closed. In. other words, more injury to me. He keeps on asking for more, often the same material (closing statements on accounts he has caused to be closed) he already has either from me or the banks themselves. This is a another red herring that he keeps on bringing up.

He is trying to prove somethings that cannot be proved because it is not true: I never retained or received any funds in connection with the Benthos matter and I have never had large sums of money then or thereafter.

I would like to have the Court look at what information needs to be presented regarding client matters when I have been able to assemble all that has been asked for.

Again, Mr. Popofsky wants to misconstrue good faith efforts to provide him with the tax information. Some returns were filed timely and some later than the years in. question. He has been given all that relate to the years in question.

I will write to you separately regarding today's hearing as I have been in touch with my doctors who confirm the necessity of not going to a hearing in a public place today.

Thank you,

Aaron Etra

**From:** Steven Popofsky <SPopofsky@kkwc.com>
**Date:** Thursday, July 7, 2022 at 9:09 AM
**To:** caproniNYSDchambers@nysd.uscourts.gov <caproniNYSDchambers@nysd.uscourts.gov>
**Cc:** Aaron Etra <aaronetra@gmail.com>
**Subject:** RE: Tax Returns 2018, 2019, 2020, 2021 Extension

Dear Justice Caproni:

I am sure that the Court already has noted the following from Mr. Etra's correspondence:

- He is continuing to refuse to provide the contact information for Koraljka Troselj that he has been ordered to provide.
- He does not offer to provide – and obviously has no intention of providing – the incorrectly characterized "privileged" documents he previously withheld, as he has been ordered to do more than once.
- He does not offer to provide – and obviously has no intention of providing – <u>any</u> (much less all) of the "full set of monthly and closing statements for the accounts described in the Court's order adopting Magistrate Judge Parker's Report and Recommendation" (see Dkt. 108 at 4-5 and the Court's July 5 Order reiterating same).

Parenthetically, in a prior response to a document subpoena, he claimed that he had "not yet" filed tax returns for recent years, but that now appears to have been another false statement.

To Mr. Etra, court orders are optional. We implore the Court to change that dynamic, which has been going on for well over a year now, and to enforce its July 5 Order.

The undersigned will be heading to the Courthouse in a short while unless told otherwise. I am (of course) prepared to appear if Mr. Etra appears, or if the Court otherwise directs, but for Covid reasons I would prefer to avoid entering the Courthouse if Mr. Etra is going to refuse to do so.

Thank you.

**STEVEN R. POPOFSKY**
**D** 212.880.9882   |   spopofsky@kkwc.com
**F** 212.986.8866   |



**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
500 Fifth Avenue, New York, NY 10110
kkwc.com   |   Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

---

**From:** Aaron Etra <aaronetra@gmail.com>
**Sent:** Thursday, July 7, 2022 8:56 AM
**To:** Steven Popofsky <SPopofsky@kkwc.com>
**Cc:** caproniNYSDChambers@nysd.uscourts.gov
**Subject:** FW: Tax Returns 2018, 2019, 2020, 2021 Extension

Mr. Popofsky,

Please find attached tax material for the years in question.

Best,

Aaron Etra

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.