# Caproni NYSD chambers

| | |
|---|---|
| **From:** | Steven Popofsky <SPopofsky@kkwc.com> |
| **Sent:** | Thursday, July 7, 2022 10:18 AM |
| **To:** | Aaron Etra; Caproni NYSD chambers |
| **Cc:** | Steven Popofsky |
| **Subject:** | RE: Attendance at Hearing |

**CAUTION - EXTERNAL:**

I will be at the Courthouse shortly pursuant to the Court's Order, unless directed otherwise.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Aaron Etra <aaron@etra.com>
Date: 7/7/22 10:04 AM (GMT-05:00)
To: caproniNYSDchambers@nysd.uscourts.gov
Cc: Steven Popofsky <SPopofsky@kkwc.com>
Subject: Attendance at Hearing

To: Danielle Bernstein

Dear Ms. Bernstein,

Thank you for the telephone discussion just now.

As you suggested, I contacted my doctors who confirmed that I should not leave home and certainly not go to a public place today under the circumstances.

I indicated that you will be looking for some support from my doctors and they said it would be forthcoming through their channels. I will send it to you when received.

I note that Mr. Popofsky, who is considerably younger and, hopefully, without any of my health conditions is also reluctant to appear in person currently.

Please thank the Judge for her understanding and appreciation that I really want to continue to cooperate with the Court and achieve a final settlement of this matter.

Best,

Aaron Etra

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.