**DATE:   July 10, 2022**

**TO:  Judge Caproni**

**FROM:   Aaron Etra**
**240 E. 47ᵗʰ Street, Apt. 12A**
**New York, NY 10017**
**(917) 856-3500**

**Case:    Benthos v. Etra   20CV3384 (VEC)**

**Signed:** _____ **by Aaron Etra**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :

BENTHOS MASTER FUND, LTD.,            :

                                               :

           - against                :     Case No.20-CV-

           -            Petitioner,     :     03384(VEC)

                                               :

                                             :     **RESPONSES TO 1-13**

                                             :     **in ORDER July 7, 2022**

AARON ETRA,                       :

                                             :

                      Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Respondent submits the following as required by Court order as per each matching number listed by Court in order of July 7th, 2022:

    1)  the full set of monthly statements for the M&T account ending in x3443 from August

        2020 to the present;

        RESPONSE:  *This will be submitted in next set as they are ready but have to be*
        *reassembled with tomorrow submission.*

    2)  the full set of monthly statements for the account in which Etra receives his social

        security payments from August 2020 to the present, if separate from the M&T

        account ending in x3443;

        RESPONSE:  *All statements from August 2020 to present are available and will be*

        *submitted with tomorrow's submission.*

    3)  the full set of monthly statements for HSBC Aaron Etra 41book credit account from

        August 1, 2018 to the present, or if the account is closed, statements from August 1,

        2018, through the closing;

        RESPONSE:  *This request is a duplicate for the HSBC account #6401 which is the*
        *only account found so far that has what was referred to as Book 41 credit references.*
        *These were submitted to Judge Parker in November of 2021; as to the other HSBC*

*accounts, as discussed in the Response to be submitted tomorrow, the problems have been significant, in obtaining the complete set of these closed account bank statements for the dates requested since they were closed so many years ago;*

4) the full set of monthly statements for HSBC Aaron Etra 41book debit account from

August 1, 2018 to the present, or if the account is closed, statements from August 1,

2018, through the closing;

RESPONSE:  *From the information on hand from HSBC, we could find no Book debits account statements.*

5) the full set of monthly statements for HSBC bank accounts ending in x9990, x6096,

x6100, x7955, x6401, x6410, and x6509, from August 1, 2018 to the present, or, if

any of those accounts is closed, statements for such closed account from August 1,

2018, through the closing;

RESPONSE:   *We will be checking all these accounts, all closed now, again with the bank to try to obtain the outstanding statements from these closed accounts.*

6) the full set of monthly statements for the Uni-Credit account from August 1, 2018 to

the present, or if the account is closed, statements from August 1, 2018, through the

closing;

RESPONSE:  *The Uni-Credit account and the SBERBANK European account in #7 were owned by and controlled by the fiduciary, Mag. Helmut Allesch, and are not my accounts.   The only item I was able to secure from the fiduciary from these accounts was a closeout payment statement, which the fiduciary sent me last year and which I submitted to Judge Parker.  The fiduciary is the party who signed the closing receipt for the funds from these 2 European banks, where he kept funds from clients.  I have no access to these closed accounts, nor can I obtain past bank statements from his banks. I have asked him for years for anything he could send me on these accounts within his authority, and the only document I was able to procure was the statement to which Your Honor referred to in #8, and which is reattached herein.    I have done everything I colud to cooperate in any way but it is a strict policy of banks to not give information when it is not your account, and it is a fiduciary account for clients' funds.*

## SBERBANK

Sberbank 027 '20 NOV 18 13:20

### SEPA ÁTUTALÁSI MEGBÍZÁS
### SEPA PAYMENT ORDER

*Kitöltési segédlet az ügyfél példányának hátoldalán található.*

| Speciális utasítások (ha eltér a normálistól): | Egyedi árfolyammal (EUR 20.000 felett) | Indítás napja |
| --- | --- | --- |
| *Specific instructions (if differ as normal):* | *With special exchange rate (not less than EUR 20.000)* | *Starting date* |

## MEGBÍZÓ ADATAI / ORDERING CUSTOMER'S DATA

| Név* *Name** | H U G E | | A L L E S C H | P R O J E K T | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Megbízó azonosítója
*Ordering customer ID*

| Ügyintéző *Contact person* | | | | | | | | | | | Telefon *Phone* | | | |

Terhelendő számla száma*
*A/C No. to be debited*   H U G E — 3 1 1 0 0 2 1 3 — 2 8 8 1 3 4 8 8 — 1 3 2 2 2 2 2

| Utalandó deviza *Payment currency* | **EUR** | A megbízás összege az átutalás devizanemében** *Amount in the currency of the payment** | | | | | | | | | , | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | A megbízás összege a terhelendő számla devizanemében** *Amount in the currency of the account** | T E L J E S | E G Y E N L E G | B A M P A R A S A | | | | | , | | |

Összeg betűvel*
*Amount in words**   TELJES EGYENLEG BAMPARASAI NIGHT

Tényleges fizető
*Ultimate debtor*

Tényleges fizető azonosítója
*Ultimate debtor ID*

## KEDVEZMÉNYEZETT ADATAI / BENEFICIARY'S DATA

| Név* *Name** | M O R Z A L L A U T O H A L L E S C O | | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Partner azonosítója
*Beneficiary ID*

| Cím* *Address** | S T A D L S Z E R E G S T R | | | | | | | | | | 0 0 0 5 | L A N D E N F U R T | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Számlaszám/IBAN* *Account No./IBAN** | A T 2 1 7 4 0 0 0 2 5 4 4 0 7 2 2 0 2 1 | | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Tényleges kedvezményezett
*Ultimate beneficiary*

Tényleges kedvezményezett azonosítója
*Ultimate beneficiary ID*

## KEDVEZMÉNYEZETT BANKJA / BENEFICIARY'S BANK

| SWIFT/BIC kód *SWIFT/BIC Code* | B W A T A T W W | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Közlemény
*Details of payment*

| ☐ | Igazolást kérünk a teljesítéséről. Fax szám/e-mail: *Issuing a Certificate is requested. Fax No./E-mail:* | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| ☒ | Külföldi bankköltség a kedvezményezetten **SHA** *Foreign bank charge on beneficiary SHA* |
| --- | --- |

| ☐ | Partnerek közötti egyedi azonosító *EndToEnd ID* | | | | | | | Dátum* / Date*   18 11 2020 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Banknál bejelentett aláírás* / *Authorized signature(s)*

Büntetőjogi felelősségünk tudatában kijelentjük, hogy a vonatkozó devizajogszabályokat ismerjük és a devizát a devizagazdálkodási szabályoknak megfelelően igényeljük és használjuk fel. / *Under penalties of perjury I hereby declare that I am acquainted with the relevant foreign exchange legislation. I shall use the foreign currency amount in accordance with the rules concerning foreign exchange control.*

| Átvétel visszaigazolása *Payment order received* | Aláírás(ok) rendben *Signature(s) verified* | Fedezet rendben *Cover secured* | A devizaátutalás teljesítésének egyéb feltételeit és részletes szabályait a Bank hatályos üzletszabályzatai tartalmazzák és azok jelen megbízásnak elválaszthatatlan részét képezik. |
| --- | --- | --- | --- |
| | | | *Other rules and conditions concerning the execution of the present transaction are detailed in Business Rules of the Bank and they are integral part of this Order.* |

\* Mező kitöltése kötelező! / *Field mandatory!*
\*\* Két összeg mező közül csak az egyiket kell kitölteni! / *Only one field must be completed.*

7) the full set of translated monthly statements for the European bank account (for which a two-page untranslated document was previously provided) from August 1, 2018 to present, or if the account is closed, statements from August 1, 2018, through the closing;

RESPONSE:  *Covered in #6 above*.

8) the April 2019 and May 2019 monthly statements for the JP Morgan brokerage account ending in x546;

RESPONSE:  *These items were previously submitted in November 2021 to Judge Parker and Plaintiff's counsel, but it may have not been noticed when the statement was submitted, that the March 2019 statement was a quarterly statement and contained the months April 2019 and May 2019 in the March-May 31, 2019 statement. Upon speaking to the bank about this, it was explained to me that accounts with minimal or no action, receive only quarterly and not monthly statements.  The already submitted statement is enclosed below:*

# J.P.Morgan

Statement Period

**March 30 - May 31, 2019**

Account Number

**734-54546**

## Investment Statement

1955000734545450100

0617S BDS 001 001 15119 - NNNNNNNNNNNN
**AARON ETRA**
PO BOX 4034
NEW YORK NY 10163-4034

### Questions?

*For Full Service Accounts, Call Investment Representative*

**(212) 661 1399**          Jason Chno

**Customer Service**
(800) 392 5749
**Branch Address**
633 Third Avenue
New York, NY 10017
www.chase.com

More contact information on page 7

### Account Value

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | (2.75) | (2.50) |
| **ACCOUNT VALUE** [2] | **($2.75)** | **($2.50)** |

See page 3 for footnotes and more detail.

Account Value
(June 2017 to May 2019)

$1,165

$884

$604

$323

$43

-$238

Jun 2017
Sep 2017
Dec 2017
Mar 2018
Jun 2018
Sep 2018
Dec 2018
Mar 2019

If you have any questions about your statement or concerns about your account, please call us at
the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
• SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Account is held at J. P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. **Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.**

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION | Page **1 of 12** |
|---|---|---|---|



This page is intentionally left blank.

# J.P.Morgan

Statement Period
**March 30 - May 31, 2019**
Last Statement: March 29, 2019

Account Number
**734-54546**

AARON ETRIA
PO BOX 4034
NEW YORK NY 10163-4034

**INDIVIDUAL**

## Account Value ($2.50)

## Account Activity Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | ($2.75) | ($0.35) |
| Deposits (Cash & Securities) | 0.00 | 0.00 |
| Withdrawals (Cash & Securities) | 0.00 | 0.00 |
| **Net Deposits / Withdrawals** | **$0.00** | **$0.00** |
| Income | 0.00 | 0.00 |
| Fees [1] | (0.75) | (4.37) |
| Change in Investment Value | 1.00 | 2.22 |
| **ENDING ACCOUNT VALUE** [2] | **($2.50)** | **($2.50)** |
| Net Accrued Income | 0.00 | 0.00 |
| **Account Value With Accruals** | **($2.50)** | **($2.50)** |

1 Account fees, management fees, and deal interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

2 This portfolio includes one or more unpriced securities that are not reflected in the Portfolio and Account Values.

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is: J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: - NOT FDIC INSURED - NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
- NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
- SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** (JPMS), a member of FINRA and SIPC. Annuities are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMCB, JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states. For information about your account, please refer to your official JPMS account statement which should not be used for tax reporting purposes. Please read the important disclosures at the end of the statement. For questions, please call (800) 392-5749.

**STATEMENT SUMMARY** | **BROKERAGE** | **IMPORTANT INFORMATION**

# J.P.Morgan
INDIVIDUAL  (Acct # 734-54546)

AARON ETRA

Statement Period March 30 - May 31, 2019

## Asset Allocation Summary

| Description | Market Value Previous Period | Market Value This Period | Total Change ($) Change (%) | Total Change (%) |
|---|---|---|---|---|
| Cash & Sweep Funds | (6.75) | (7.50) | (0.75) | -11.11 |
| Equities | 4.00 | 5.00 | 1.00 | +25.00 |
| TOTAL ACCOUNT VALUE | (2.75) | (2.50) | $0.25 | +9.09 |

## Assets and Liabilities Summary

| Description | Previous Period | This Period |
|---|---|---|
| Long Market Value | 4.00 | 5.00 |
| Total Assets | $4.00 | $5.00 |
| Margin Loan / Debit Balance | (6.75) | (7.50) |
| Total Liabilities | ($6.75) | ($7.50) |
| TOTAL ACCOUNT VALUE | ($2.75) | ($2.50) |
| Total Account Value with Accruals | ($2.75) | ($2.50) |

## Cash Flow Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | ($6.75) | ($3.13) |
| Fees [1] | 3.25 | 3.63 |
| Total Credits | $3.25 | $3.63 |
| Fees [1] | (4.00) | (8.00) |
| Total Debits | ($4.00) | ($8.00) |
| Net Cash Activity | ($0.75) | ($4.37) |
| CLOSING CASH BALANCE | ($7.50) | ($7.50) |

"Opening Cash Balance" and "Closing Cash Balance" include Sweep Funds.

[1] Account fees, management fees, and debit interest are included. Trade related fees are charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY

BROKERAGE

IMPORTANT INFORMATION

# J.P.Morgan

INDIVIDUAL ( Alcct # 734-54546)

AARON ETRA

Statement Period: March 30 - May 31, 2019

## Holdings

CASH & SWEEP FUNDS

| Description | | Quantity | Price | Market Value | Accrued Income<br>Est. Annual Inc. |
|---|---|---|---|---|---|
| CASH BALANCE | | | | (7.50) | -- |
| TOTAL CASH & SWEEP FUNDS | | | | (\$7.50) | -- |

EQUITIES

| Description | | Quantity | Price | Market Value | Accrued Income<br>Est. Annual Inc. |
|---|---|---|---|---|---|
| HST GLOBAL INC<br>Symbol HSTC | N | 500 | 0.01 | 5.00 | :: |
| REDIFY GROUP INC RSTD<br>Security ID: 9R0577k | 07 Apr 2014 N | 4,691 | Unpriced | | :: |
| TOTAL EQUITIES [2] | | | | \$5.00 | :: |

Total Account Value : (\$2.50) [2]

Unless otherwise noted, all positions are held in your cash account.    F - TEFRA Account    G - Good Faith Account    I - Income Account    L - Non-Purpose Loan Account
M - Margin Account    R - DVP/RVP Account    S - Short Account

Al Pricing Method    a - Net Investment    b - Appraised Value    c - The firm did not receive price information complaint with applicable reporting requirements.
A - Average Cost    B - Adjusted for Amortization or Accretion    D - Acquisition Date = Date of Death    E - Adjusted for Option Exercise or Assignment    K - Gifted Security    LT - Long Term
MT - Mixed Term    N - Noncovered    Provide - Please provide this information    ST - Short Term    T - Cost Basis provided by Third Party    W - Adjusted for Wash Sale

[2] This portfolio includes one or more unpriced securities that are not reflected in the Portfolio and Account Values.

---

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

INDIVIDUAL (Acct # 734-54546)

AARON ETRA

Statement Period March 30 - May 31, 2019

## Activity

### FEES

| Date | Description | Debit Amount | Credit Amount |
|---|---|---|---|
| 01 May 2019 | Unsecured Debit Write Off | | 3.25 |
| 16 May 2019 | Security Safekeeping Fee | (4.00) | |
| **TOTAL FEES 1** | | **($4.00)** | **$3.25** |

1 Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here

A - Average Cost  B - Adjusted for Amortization or Accretion  D - Acquisition Date = Date of Death  E - Adjusted for Option Exercise or Assignment  K - Gifted Security  LT - Long Term
MT - Mixed Term  N - Noncovered  Provide - Please provide this information  ST - Short Term  T - Cost Basis provided by Third Party  W - Adjusted for Wash Sale

Closing Methods: MLMG - Maximum Loss, Minimum Gain  LIFO - Last In, First Out  FIFO - First In, First Out  HC - High Cost  LC - Low Cost
LTHC - Long Term, High Cost  PRO - Pro Rata  VSP - Specific Match (the closing transaction was specifically matched to this lot)

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

Important Information

AARON ETRA

Statement Period  March 30 - May 31, 2019

## Additional Contact Information

| Account(s) | Contact | Custodian |
|---|---|---|
| INDIVIDUAL (734-5456) | **Jason Olivo** (Private Client Advisor) (212) 661-1369 | **J.P. Morgan Securities LLC** **Member FINRA and SIPC** 131 South Dearborn Street, IL1-0291 4th FLOOR Chicago, IL 60603-5506 (800) 392-5749 www.chase.com |
| | **Javier Tavares** (PC Investment Associate) (212) 857-8450 | |

For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

Important Information

AARON ETRA

Statement Period   March 30 - May 31, 2019

## Messages

**IMPORTANT INFORMATION REGARDING PURCHASES INDICATED AS AVERAGE PRICE**

*** Your orders are processed in either (1) one execution at the confirmed price or (2) more than one execution, in which case the confirmed price is an average price. Details regarding the actual prices are available by your J.P. Morgan representative.

**ELECTRONIC FUNDS TRANSFER NOTICE**

In case of errors or questions about electronic fund transfers to/from your account (via the Automated Clearing House (ACH) Network), your account statement or transaction record, please call us at 1-800-392-5749 or write to us at J.P. Morgan Securities LLC, Mail Code: IL1-0291, 4th Floor, 131 South Dearborn, Chicago, IL 60603-5506.

Please provide the following information:
1. Your name and account number.
2. The dollar amount of the suspected error, and
3. A description of the error or the transfer you are unsure about, please explain as clearly as you can why you believe it is an error or why you need more information.

Please note:

We must hear from you no later than 60 days after we sent the first account statement on which the problem or error appeared. If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. for errors involving new accounts or foreign-initiated transactions, we may take up to 90 days to investigate. If we decide to do this, we will credit your account within 10 business days for the amount you think is an error (new accounts may take up to 20 days). However, if we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. If we determine at the conclusion of the investigation that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation. We will charge your account for the credited amount. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**MARGIN ACCOUNT**

If you are a customer with a margin account, you consent to J.P. Morgan's right (to the extent permitted by applicable law) to use, lend or pledge any securities held by J.P. Morgan Securities LLC in your margin account. In certain circumstances, such loans or other use may limit, in whole or in part, your ability to receive dividends directly from the issuing company and/or your right to exercise voting and other attendant rights of ownership with respect to the loaned, sold or pledged securities. Such circumstances include, but are not limited to, loans of securities that you own in your margin account that continue over record dates for voting purposes and ex-dividend dates for dividend distributions. If you do not receive dividends directly from the issuing company, you may receive payments-in-lieu of dividends which could cause you to lose the benefit of the preferential tax treatment accorded to dividends.

For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |

# J.P.Morgan
Important Information

AARON ETRA

Statement Period March 30 - May 31, 2019

## Important Information about Your Account Statement(s)

Unless otherwise indicated, accounts are held at J.P. Morgan Securities, LLC (JPMS), member FINRA and SIPC. JPMS is not a member of the Federal Deposit Insurance Corporation (FDIC).

NON-DISCRETIONARY: JPMS brokerage accounts are non-discretionary and all investment decisions are made by the client. For managed accounts, discretionary services are provided by JPMS, an affiliate of the authorized third party.

ACCOUNT PROTECTION: As a member of the Securities Investor Protection Corporation (SIPC), JPMS provides account protection for the net equity of a customer's funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $250,000 for claims for cash (SIPC Coverage). Account protection applies when a SIPC member firm fails financially and is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments. SIPC does not cover ineligible assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities or deposit account balances. For more information about SIPC Coverage, including the SIPC Brochure, visit www.sipc.org (follow the link to How SIPC Protects Investors) or call SIPC at (202) 371-8300.

CUSTODY: JPMS carries your account and acts as your custodian for funds and securities received, which have been deposited directly with us or received as a result of transactions you process for your account. Inquiries regarding your Statement may be directed to JPMS at (347) 643-9953

As used in the course of these statements, "J.P. Morgan" is the global brand name for JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

MARKET PRICES: The market value of your holdings is as of the last business day of the statement period or the last available price. Prices for determining market values represent estimates. These estimates are obtained from multiple sources deemed to be reliable. This information is not guaranteed for accuracy and is furnished for the exclusive use of the client

J.P. Morgan makes no representation, warranty or guarantee, express or implied that any quoted value represents the actual terms of which existing transactions or securities could be bought or sold or new transactions could be entered into; or the actual terms on which existing transactions or securities could be liquidated. Such values are only indicative.

ESTIMATED PRICING AND COST BASIS: Certain assets, including but not limited to, pooled and private investments, non-publicly traded and infrequently traded securities, derivatives, partnership interests and tangible assets are generally illiquid. The value of such assets may have been provided to us by third parties who may not be independent of the issuer or manager. Such information is reflected as of the last date provided to us, and is not independently verified.

Pricing estimates may be based on bids, prices within the bid offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not represent the price at which securities. Actual prices realized at sale may be more or less than those shown on your statement.

Unpriced Direct Participation Program (DPP) and Real Estate Investment (REIT) Securities: DPP and REIT securities are generally illiquid and the value of the security will, generally, be different

For questions, please contact us using the information provided on the front of this statement.

from its purchase price. Accurate valuation information is not available. The total cost basis for each security position and the unrealized gain/loss are provided solely as a general indication of performance and should not be used for tax purposes or otherwise relied upon to reflect the accuracy of your tax advisor. With respect to security positions received into your account, cost basis information, if any, has been provided by you. Further information is available upon request.

You may hold positions where the original cost basis has been adjusted to reflect amortization or accretion.

For Regulated Investment Companies or Dividend Reinvestment Plan sales, for which the average price method has been chosen, positions are closed out on a First-in-First-Out (FIFO) basis.

These statements are not official documents for income tax reporting purposes and should not be relied upon for such purposes, including determination of income, cost basis, amortization or accretion of gain/loss. Such information, which may be inaccurate, incomplete or subject to updating, should be confirmed with your records and your tax advisor

DIVIDEND INCOME: Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividends.

ESTIMATED ANNUAL INCOME AND ESTIMATED YIELD: Estimated Annual Income (EAI) is calculated by multiplying either the current coupon rate or an estimated annual dividend (generally calculated by annualizing the most recent regular cash dividend) by the quantity of the security held. For balances other than sweep program balances, Estimated Yield (EY) is calculated by dividing EAI by the market value of the security. These figures are estimates and based on mathematical calculations using data obtained from outside sources. Because prices of securities, coupon and dividend rates are subject to change at any time, these estimates should not be relied upon exclusively for making investment or trading or tax decisions. Because different asset types e.g. equities versus fixed income securities, tend to have different investment characteristics, these estimates should not be compared across asset types. These calculations are for informational purposes only and are not a projection or guarantee of future returns. Additionally, please note that EAI and EY for certain types of Securities might include Return of Principal or Capital Gains in which case the EAI and EY would be overstated. There is no guarantee that your investments will actually generate EAI or EY presented. Actual income and yield might be higher or lower. Please contact us for additional information

IMPORTANT INFORMATION REGARDING AUCTION RATE SECURITIES (ARS): ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the reset may be set via auction. In the event of a failed auction, there is no assurance that a security's market value or that the security will trade at par or any other price reflected on a statement online. Accordingly, investors should not rely on pricing information appearing in their statements or online with respect to ARS. When J.P. Morgan is unable to obtain a price from an internal or outside source for a particular ARS, the price column on your statement will indicate "unpriced". A description of J.P. Morgan's practices and procedures regarding ARS is available at www.jpmorgan.com/arsnotices.

VALUATIONS OF OVER-THE-COUNTER DERIVATIVE TRANSACTIONS: Valuations of

over-the-counter transactions, including certain derivatives-related deposit products, have been prepared on a mid-market basis. These valuations are sourced from the various issuers of the securities, affiliates or they are sourced from a third party valuation provider. J.P. Morgan expressly disclaims any responsibility for (1) the accuracy of the models or estimates used in deriving the valuations, (2) any errors or omissions in computing or disseminating the valuations, and (3) any value to which the valuations are put. Valuations are provided for information purposes only and are intended solely for your own use. Please refer to the trade confirmation for details of each transaction.

**UNPRICED SECURITIES:** When we are unable to obtain a current value from an internal or outside source for a particular security, the price column on your statement will indicate "Unpriced". Although securities may have value, please note that the value of a security indicated as "Unpriced" will not be included in your overall current market value as reflected on the statement.

**RESTRICTED SECURITIES:** Restricted Securities (typically noted as "Restricted" or "RSTD" in the security description) have not been registered under the Securities Act of 1933 and may not be publicly traded. Since restricted securities are subject to certain restrictions which may render them illiquid or less liquid than freely-tradable shares, there can be no assurance a secondary market exists. While we typically use the value of the registered/unrestricted security of the same issuer and same class for statement (and other) reporting purposes, the price realizable in a sale of the securities may be less than the price so indicated. No attempt has been made to value the holdings with regard to the specific security subject to its restriction. Additionally, inclusion of pricing of these holdings will result in the aggregated value of your portfolio as reflected on this report being overstated by an amount equal to the difference (if any) between the value of the freely-traded underlying security and the actual value of such restricted shares. For additional information on pricing, please see the "Market Price" paragraph above.

**THIRD PARTY INFORMATION:** This statement contains (i) information obtained from multiple direct, indirect, affiliated, Unaffiliated public and proprietary data sources (including, but not limited to identifying information, market data, calculated data, reference data, valuations, ratings, coupon and dividend rates and other fundamental data) and (ii) information which is calculated based upon such information and/or from market values, Current Yield and estimated annual income). Although your Custodian believes these sources and the sources of market values are reliable, it does not independently review or verify such information and neither your Custodian nor any source will have any duty or obligation to verify, correct, complete or update any such information. Such information is being provided to you with all faults for use solely at your own risk, without any warranty whatsoever by your Custodian, its affiliates or any such source or neither your Custodian or its affiliates nor any such source shall have any liability whatsoever relating to any inaccuracy or lack of timeliness of enforceability of such information or any use thereof or for omissions therefrom nor for any lost profits, indirect, special or consequential damages. Moreover, such sources retain exclusive proprietary rights in such information. You may use such information only for your internal use and purposes and not for resale rather than in connection with the transaction or position for which the information is provided or retransmission without prior written approval of the source, or for any unlawful or unauthorized purpose.

**METHODS OF COMPUTING ON DEBIT BALANCES:** Interest is charged on a day by day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 360-day basis and the rate of rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

**DEBIT BALANCES:** Please note that if you see a Debit Balance in the Assets and Liabilities Summary

on this statement, we may be required to temporarily suspend dividend reinvestment plan ("DRIP") functionality and/or liquidate securities held in your account to fund and eliminate the debit balance. This message does not apply to approved Margin Accounts in good standing. If you have any questions, please call the appropriate number on the front of this statement.

**FOR OPTIONS ACCOUNTS:** Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmation of such transactions previously available to you and such information will be made available to you promptly upon written request.

**PARTIAL CALLS:** If a partial call is made with respect to an issue of securities included in your Accounts we will allocate the call by a method we deem fair and equitable.

**BEARER BONDS:** If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982, with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of the Treasury Regulation Section 1.165-12(c)(3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12(c)(2)(iv) concerning the delivery of such bearer obligations.

**MESSAGE FOR NON-US DOLLAR ACTIVITY:** U.S. Dollar Statements only and Non-U.S. Dollar statements are marked separately. This statement represents U.S. Dollar activity only.

**FINANCIAL STATEMENT:** A financial statement for JPMS is available for your personal inspection at our office or a copy will be mailed to you upon written request.

**REPORTABLE TO THE INTERNAL REVENUE SERVICE:** As required by law, all year end, we will report to you and to the Internal Revenue Service and to certain states, certain information on your account (including short sales, dividends, and various types of interest) that have been credited to your account

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT STATEMENT:** Please review this statement closely and contact us as soon as possible if you notice an error (including things like possible unauthorized trading activity, unrecorded dividend payments or improper payments or transfers). In order to protect your rights, including any rights under the Securities Investor Protection Act (SIPA), you will be asked to provide details of the error in writing, using the information provided on the front of this statement.

In your written communication, please provide the following information: (1) your name and account number; (2) the dollar amount of the suspected error; and (3) a description of the error. Please note that we must receive your written communication no later than 30 days after the statement on which the error appeared is sent or made available. If you do not notify us, you agree that the statement activity and account balances are correct.

**CHANGES TO YOUR INVESTMENT OBJECTIVES OR FINANCIAL SITUATION:** Please notify us as soon as possible if you experience a change in your investment objectives or overall financial situation or if you have questions or concerns about the management of your account. If we do not hear from you, we will consider the information we currently have on file to be complete and accurate. You can review your current investment objectives and/or make any changes to the personal financial information we have on file for your account anytime by calling the number listed on this statement. If you send us any written correspondence, please be sure to include your account number.

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY          BROKERAGE          IMPORTANT INFORMATION          Page 10 of 12

# J.P.Morgan

Important Information

AARON ETRA

Statement Period    March 30 - May 31, 2019

**CHANGES TO YOUR MAILING OR EMAIL ADDRESS:** Please let us know as soon as possible when there has been a change to your mailing or email address. You can update your account online at chase.com (under "Profile & Settings") or by calling the number listed on this statement.

**USA PATRIOT ACT:** The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open or **maintain** an account or effect any transactions for you.

**ASSETS:** Subject to regulatory or other pre-agreed limitations, all or any part of the securities in your account may have been used by us in securities financing transactions.

**INFORMATION AVAILABLE UPON REQUEST:** The date and time of the transaction and the name of the person from whom the security was purchased, or to whom it was sold will be furnished upon request.

| | | |
|---|---|---|
| STATEMENT SUMMARY | BROKERAGE | **IMPORTANT INFORMATION** |

For questions, please contact us using the information provided on the front of this statement

This page is intentionally left blank.

9)  the closing statements for Citi National Bank account; M&T bank accounts ending in x2433 and x3441, Metropolitan Commercial Bank accounts ending in x3617 and x3609, TD Bank account ending in x529, and Citibank accounts ending in x0330, x0669, x1370, x4852, and x8687;

RESPONSE:

*City National Bank:  I could not get an official closing statement for City National Bank, because when I called the bank last year, they had informed me that since it was an account that was never funded or operated within the first few months of opening, they closed it automatically with no further paperwork, so I am resubmitting the final statement that I did receive showing a $0 balance which was also submitted last year to Judge Parker and Plaintiff's counsel(attached below)*

M&T*:  See attached the 2 account closing statements*

Metropolitan Commercial Bank*:  Notice of Closing letter attached for this account which was never funded or operated.*

TD Bank*:  They did not issue a formal closing letter, but instead on their last statement stated the account was closed and charged off for $73.49. (attached below)*

Citibank:  *All of my accounts at Citibank, as well as my branch, have been closed for years.  I tried to get the closing statements at different branches since then, but the branches do not keep records bank that far back.  I have now found and contacted another source at the bank as a way to obtain them, and from that department I am awaiting progress on  getting either the last statement or a closing letter, which I never received at the time the accounts were closed.*



**CITY NATIONAL BANK**

AN RBC COMPANY

Page 1    (0)

Account #: 29879053

This statement: July 31, 2020
Last statement: July 07, 2020

Contact us:
800 773-7100

NY 6TH Avenue Banking Office
1140 8TH Avenue
New York, NY 10036

028
AARON ETRA
DBA AARON ETRA ESQ.
445 PARK AVE 9TH FL
NEW YORK NY 10022

EFFECTIVE JULY 1, 2020, WE HAVE CHANGED OUR FUNDS AVAILABILITY POLICY. WE HAVE INCREASED THE AMOUNT
WE MAKE CHECK DEPOSITS AVAILABLE FOR WITHDRAWAL IF LONGER DELAYS APPLY FROM $200 TO $225. IN ADDITION,
THE AMOUNT AVAILABLE FOR WITHDRAWAL ON EXCEPTION HOLDS FOR LARGE DEPOSITS AND NEW ACCOUNTS
INCREASED FROM $5,000 TO $5,525, SEE YOUR ACCOUNT AGREEMENT AND DISCLOSURES FOR MORE INFORMATION.

** Closed Account · Final Statement

**Business Checking**

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | 29879053 | Beginning balance (7/7/2020) | $0.00 |
| Minimum balance | $0.00 | | |
| Average balance | $0.00 | Credits | + $0.00 |
| Avg. collected balance | $0.00 | Debits | - $0.00 |
| | | Ending balance (7/31/2020) | $0.00 |

** No activity this statement period **

Thank you for banking with NY 6TH Avenue Banking Office

**M&T** Bank

P O Box 673, Buffalo, NY 14240-0673

August 25, 2020



5-750-80576-0000018-001-1-000-000-000-000
AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Important information regarding
the closure of your M&T Bank
account relationship.

Re: Important information regarding your M&T Bank account relationship ending in: -2433.

**We regret to inform you that M&T Bank will no longer be able to conduct business with you concerning the referenced account(s) and service(s).** This decision will have a significant impact on one or more of your M&T accounts. Please review the grid below to determine the exact impact on your individual accounts.

Please note that M&T Bank is not required to elaborate further on its reason for exiting such relationship(s) with you. Additional calls and/or letters to M&T Bank from you inquiring about reasoning for closure will not result in further information.

| Type of account | |
|---|---|
| Checking, Savings or Money Market | If you have one or more **Checking, Savings or Money Market** accounts with us, we will close those account(s) on September 24, 2020, as permitted under the terms of the agreement governing those account(s). As a result: |
| | o   Please make sure you have sufficient money in each account to cover any outstanding **checks** and fees with respect to that account. **DO NOT** write any additional checks – any checks drawn on these accounts and presented to us for payment as of September 24, 2020 will be returned unpaid. |
| | o   Any **debit or ATM cards** you use to access these accounts will be canceled as of September 17, 2020. |
| | o   Please make alternate arrangements for any **direct deposits or automatic debits** to or from these accounts. These transactions will not be accepted as of September 24, 2020. |
| | o   Any money remaining in your accounts after all outstanding payments have been made, and any outstanding fees have been deducted, will be sent to you. |

© 2017 M&T Bank. Member FDIC. DMA6145 (10/17) **mtb.com**

RHC-020

**M&T** Bank

P.O. Box 844 Buffalo, NY 14240
716 635 0210 or 855 718 6978
Legal Documents Processing

September 11, 2020

Aaron Etra, Esq
445 Park Ave 9 FL
New York, NY 10022-8632

Dear Aaron Etra, Esq:

M&T Bank has been served with a restraining notice from Benthos Master Fund, LTD. The document states you owe the sum of **$5,254,561.12**.

M&T Bank must comply with the legal provisions of this document and by law is required to freeze the following account(s) for the available balance in your account(s), not to exceed double the amount owed until further order from the courts:

M&T account ending in 3433

In addition, your account has been charged a Legal Document Processing fee in the amount of $0.00 for rendering this service as per the fee disclosure provided at the time of account opening.

Please note any funds in excess of the amount held are available for your use by check or withdrawal only. Your Visa Debit/ATM card and Web capabilities cannot be accessed while the hold is on the account.

If you have further questions regarding the information supplied or to resolve this matter, please contact the plaintiff **Kleinberg, Kaplan, Wolff & Cohen, P.C.** at **212-986-6000**.

Sincerely,
M&T Bank
Legal Documents Processing

LDP-04

99 Park Avenue
4th Floor
New York, NY 10016

212 650-0600
*facsimile* 212 650-0610
www.MetropolitanBankNY.com



January 2, 2019

**Notice of Account Closing**

Aaron Etra
240 East 47th Street, Apt 12A
New York, NY 10017

RE: Accounts Ending 3617, 3609, 8078, 8051

Dear Mr. Etra,

We are writing this letter to inform you that Metropolitan Commercial Bank periodically reviews existing accounts/agreements to assess the suitability of the client relationship. Based on our recent review of your account with Metropolitan Commercial Bank, we have determined that we can no longer service your accounts referenced above.

Under the terms *Amendments and Termination* of the *All About Your Business Deposit Account Disclosure* your accounts ending in 3617, 3609, 8078, and 8051 will be closed on 01/14/2019. Once the accounts are closed, no further transactions of any type will be permitted. Metropolitan Commercial Bank will then issue and mail an Official Check for the total balance in your accounts.

Prior to 01/14/2019 we recommend that you cancel any automatic or recurring transactions that you may have set up for your accounts. If you have an active Debit card, it will also be deactivated upon account closure.

Thank you for your prompt attention to this request. We regret any inconvenience you may experience as a result of this action.

Sincerely,

Lizette Peralta
Branch Operations Manager
Lperalta@MCBankNY.com



**TD Bank**
America's Most Convenient Bank®

0    STATEMENT OF ACCOUNT

1329-MTD01849022C0433257

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Page:                          1 of 2
Statement Period:    Feb 24 2020-Feb 24 2020
Cust Ref #:               4316493529-631-0-###
Primary Account #:            431-6493529

### Debit Card International Transaction Fee

In your previous deposit account statement we provided a notice of upcoming account changes. The information below corrects information related to the international transaction fee assessed for Debit Card transactions.

Effective after March 15, 2020 an international transaction fee for TD debit and ATM cards will be assessed when you use a non-TD ATM located outside the U.S. or make a purchase from a merchant outside the U.S. This fee applies whether you're physically located inside or outside the U.S.

### TD Premier Checking

AARON ETRA                                                                Account # 431-6493529

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -73.49 | Average Collected Balance | 0.00 |
| Other Credits | 73.49 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 1 |

#### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | CREDIT-ACCT CLOSED, OD Chargeoff | 73.49 |
| | ICH: PLS call our recovery dept at 800-354-9769 | |
| | Subtotal: | 73.49 |

#### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/23 | -73.49 | 02/24 | 0.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

10) all filed tax returns or communications with the IRS or New York State Department of Taxation and Finance from August 1, 2018 through present;

RESPONSE:   *All tax returns for the years 2018 – 2021 and the IRS Form 2848 have been supplied to Benthos last week, along with the extension for 2021.   The 2020 provided was a tax transcript as I lost the original filed return and was able to get a Tax Transcript of the return*:  See below attached the first page of each of the 4 tax years submitted to Plaintiff's counsel:

**COPY**

Department of the Treasury—Internal Revenue Service

# Form 1040 U.S. Individual Income Tax Return **2018** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing status:** ☐ Single  ☐ Married filing jointly  ☒ Married filing separately  ☐ Head of household  ☐ Qualifying widow(er)

KORALJKA TROSELJ

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| AARON | ETRA | 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 |

Your standard deduction: ☐ Someone can claim you as a dependent  ☒ You were born before January 2, 1954  ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent  ☐ Spouse was born before January 2, 1954  ☒ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind  ☒ Spouse itemizes on a separate return or you were dual-status alien

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.) |
|---|---|---|
| 240 EAST 47TH STREET | 12A | ☐ You  ☐ Spouse |

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
NEW YORK    NY  10017

If more than four dependents, see inst. and ✓ here ▶ ☐

**Dependents (see instructions):**

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Sign Here**

Joint return?
See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | LEGAL | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| Paid Preparer Use Only | Preparer's name | Preparer's signature | | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|---|---|
| | | | | | | ☐ 3rd Party Designee |
| | Firm's name ▶ | | | Phone no. | | ☐ Self-employed |
| | Firm's address ▶ | | | | | |

KIA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2018)

**COPY**

# Form 1040-SR

Department of the Treasury—Internal Revenue Service (99)
**U.S. Tax Return for Seniors**    **2019**    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

| Filing Status | ☐ Single | ☐ Married filing jointly | ☑ Married filing separately (MFS) |
|---|---|---|---|
| Check only one box. | ☐ Head of household (HOH) | ☐ Qualifying widow(er) (QW) | |

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶ KORALJKA TROSELJ

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| AARON | ETRA | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign |
|---|---|---|
| 240 EAST 47TH STREET | 12A | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. |
| City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). | | Checking a box below will not change your tax or refund. ☐ You ☐ Spouse |
| NEW YORK    NY    10017 | | |
| Foreign country name | Foreign province/state/county    Foreign postal code | If more than four dependents, see inst. and ✓ here ▶ ☐ |

**Standard Deduction**   Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☑ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   **You:** ☑ Were born before January 2, 1955   ☐ Are blind
**Spouse:** ☐ Was born before January 2, 1955   ☐ Is blind

| Dependents (see instructions): | | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see inst.): | |
|---|---|---|---|---|---|
| (1) First name | Last name | | | Child tax credit | Credit for other dependents |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | 0 |
| 2a | Tax-exempt interest . . . | 2a    0 | **b** Taxable interest . . . | 2b | 300 |
| 3a | Qualified dividends . . . | 3a    169 | **b** Ordinary dividends . . | 3b | 835 |
| 4a | IRA distributions . . . . . | 4a | **b** Taxable amount . . . | 4b | 0 |
| **c** | Pensions and annuities . | 4c | **d** Taxable amount . . . | 4d | 0 |
| 5a | Social security benefits . | 5a    22,179 | **b** Taxable amount . . . | 5b | 5,295 |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . ▶ ☑ | | 6 | 2 |
| 7a | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . | | 7a | -5,997 |
| **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . ▶ | | 7b | 437 |
| 8a | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . . | | 8a | 0 |
| **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . ▶ | | 8b | 437 |

**Standard Deduction**

| | | | | |
|---|---|---|---|---|
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 262 | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | 1 | |
| 11a | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . | | 11a | 263 |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . | | 11b | 174 |

**Standard Deduction Chart***

Add the number of boxes checked in the "Age/Blindness" section of *Standard Deduction* . . . . . . . . ▶ 1

| IF your filing status is... | AND the number of boxes checked is... | THEN your standard deduction is... | IF your filing status is... | AND the number of boxes checked is... | THEN your standard deduction is... |
|---|---|---|---|---|---|
| Single | 1 | 13,850 | Head of household | 1 | 20,000 |
| | 2 | 15,500 | | 2 | 21,650 |
| Married filing jointly or Qualifying widow(er) | 1 | 25,700 | Married filing separately | 1 | 13,500 |
| | 2 | 27,000 | | 2 | 14,800 |
| | 3 | 28,300 | | 3 | 16,100 |
| | 4 | 29,600 | | 4 | 17,400 |

*Don't use this chart if someone can claim you (or your spouse if filing jointly) as a dependent. If filing jointly as a dependent, or you were a dual-status alien. Instead, see instructions.

KIA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040-SR** (2019)


# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 07-06-2022
Response Date: 07-06-2022
Tracking Number: 102305847037
Customer File Number: 11183965

Tax Return Transcript

SSN Provided: XXX-XX-1294
Tax Period Ending: Dec. 31, 2020

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

SSN: XXX-XX-1294
SPOUSE SSN: XXX-XX-0173

NAME(S) SHOWN ON RETURN: AARO ETR

ADDRESS: 240 E

FILING STATUS:                                    Married Filing Separate
FORM NUMBER:                                                         1040
CYCLE POSTED:                                                    20214504
RECEIVED DATE:                                              Oct.15, 2021
REMITTANCE:                                                       $0.00
EXEMPTION NUMBER:                                                      1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PTIN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC:...............................................$0.00
TAXABLE INTEREST INCOME: SCH H:...........................................$50.00
TAX-EXEMPT INTEREST:......................................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:..........................................$200.00
QUALIFIED DIVIDENDS:......................................................$0.00
REFUNDS OF STATE/LOCAL TAXES:.............................................$0.00
ALIMONY RECEIVED:.........................................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):.....................................$0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:..............................$0.00
CAPITAL GAIN OR LOSS: (Schedule D):.......................................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:................................$0.00
OTHER GAINS OR LOSSES (Form 4797):........................................$0.00
TOTAL IRA DISTRIBUTIONS:..................................................$0.00
TAXABLE IRA DISTRIBUTIONS:................................................$0.00
TOTAL PENSIONS AND ANNUITIES:.............................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:...........................................$0.00
ADDITIONAL INCOME:........................................................$0.00
ADDITIONAL INCOME PER COMPUTER:...........................................$0.00
REFUNDABLE CREDITS PER COMPUTER:..........................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:.................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:......................................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):.............................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:................$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:....................................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:....................................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:..............................$0.00
FARM INCOME OR LOSS (Schedule F):.........................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:............................$0.00
UNEMPLOYMENT COMPENSATION:................................................$14,000.00
TOTAL SOCIAL SECURITY BENEFITS:...........................................$6,035.00
TAXABLE SOCIAL SECURITY BENEFITS:.........................................$6,035.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:............................$0.00
OTHER INCOME:.............................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:......................................$0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:..................................$0.00
SCH EIC DISQUALIFIED INC COMPUTER:........................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:......................................$0.00
F8995 QUALIFIED BUSINESS INCOME DEDUCTION COMPUTER:.......................$0.00
PRIMARY ECONOMIC IMPACT PAYMENT:..........................................$1,200.00




An official website of the United States government
Here's how you know ⌄

IRS

MENU

# Welcome AARON ETRA

## Account Status

**ⓘ You Have an Extension to File Your 2021 Tax Return**

We have not processed this tax return yet. If you've already filed, processing usually takes 21 days (electronic returns) or six weeks (paper returns).
If you still need to file, submit your tax return by **October 17, 2022.** An extension of time

to file is not an extension of time to pay any tax owed. Taxes must be paid in full by April 18, 2022 (April 19, 2022 if you live in Maine or Massachusetts), otherwise you may be subject to late payment penalty and interest. If you've been affected by a recent disaster, learn about the most recent tax relief provisions ☑ to know your options.

Read less

 View Balance Details

## Payments

MAKE A PAYMENT

https://sa.www4.irs.gov/ola/

1/2

11) proof of all funds Etra has received from any closed bank accounts, including HSBC

account ending in x6509, by check or otherwise, from August 2020 to the present;

RESPONSE: *HSBC had already provided a check for account x6509 in June 2020, a copy of which was already provided to Judge Parker. See below HSBC letter dated June 2020 confirming what funds they sent to me when they closed the accounts. #65*



June 22, 2020

AARON ETRA, ESQ. ATTORNEY
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Subject: Account(s) ending in 6509, 6401 & 6410

Dear Aaron Etra,

We recently notified you that we would be closing the above mentioned account(s) according to our Rules for Consumer Deposit Accounts. Enclosed is an official check #500580446 in the amount of $2,732.56 an official check #500580447 in the amount of $5,402.19 and an official check #500580448 in the amount of $193.43.

If you have any questions about the account(s), please contact us at 866.846.2147.

Sincerely,

HSBC Bank USA, National Association

**HSBC**
PO Box 4589
Buffalo, NY 14240

# SBERBANK

Sberbank 027 '20 NOV 18 13:20

## SEPA ÁTUTALÁSI MEGBÍZÁS
### SEPA PAYMENT ORDER

Kitöltési segédlet az ügyfél példányának hátoldalán található.

| Speciális utasítások (ha eltér a normálistól): | Egyedi árfolyammal (EUR 20.000 felett) | Indítás napja |
|---|---|---|
| Special instructions (if differ as normal): | With special exchange rate (not less than EUR 20.000) | Starting date |

## MEGBÍZÓ ADATAI / ORDERING CUSTOMER'S DATA

**Név\***
*Name\**
H E A I E S C H R A N T

**Megbízó azonosítója**
*Ordering customer ID*

**Ügyintéző**
*Contact person*

**Telefon**
*Phone*

**Terhelendő számla száma\***
*A/C No. to be debited\**
H U G E — 1 1 4 0 0 2 3 — 2 8 E A 1 0 — 1 3 0 0 0 9 6

**Utalandó deviza**
*Payment currency*
E U R

**A megbízás összege az átutalás devizanemében\*\***
*Amount in the currency of the payment\*\**

**A megbízás összege a terhelendő számla devizanemében\*\***
*Amount in the currency of the account\*\**
T E L J E E E V E E O , 

**Összeg betűvel\***
*Amount in words\**
TELJES EGYENLEG ÁRMEZEZKEZ MIATT

**Tényleges fizető**
*Ultimate debtor*

**Tényleges fizető azonosítója**
*Ultimate debtor ID*

## KEDVEZMÉNYEZETT ADATAI / BENEFICIARY'S DATA

**Név\***
*Name\**
M R A A L H O T V L L E S C O

**Partner azonosítója**
*Beneficiary ID*

**Cím\***
*Address\**
E D D S Z E K E E S T R I 0 0 0 5 X X X B E N F O R D

**Számlaszám/IBAN\***
*Account No./IBAN\**
H T 0 1 1 4 0 0 0 8 0 4 0 0 7 2 1 3 0 0

**Tényleges kedvezményezett**
*Ultimate beneficiary*

**Tényleges kedvezményezett azonosítója**
*Ultimate beneficiary ID*

## KEDVEZMÉNYEZETT BANKJA / BENEFICIARY'S BANK

**SWIFT/BIC kód**
*SWIFT/BIC Code*
B W U F Z H A

**Közlemény**
*Details of payment*

| | Igazolást kérünk a teljesítésről. Fax szám/e-mail: |
|---|---|
| | Issuing a Certificate is requested. Fax No./E-mail: |
| X | Külföldi bankköltség a kedvezményezetten **SHA** |
| | Foreign bank charge on beneficiary **SHA** |
| | Partnerek közötti egyedi azonosító |
| | EndToEnd ID |

Dátum\* / Date\*   18 11 2020

Banknál bejelentett aláírás\* / Authorized signature(s)\*

Büntetőjogi felelősségünk tudatában kijelentjük, hogy a vonatkozó devizajogszabályokat ismerjük és a devizát a devizagazdálkodási szabályoknak megfelelően igényeljük és használjuk fel. / Under penalties of perjury I hereby declare that I am acquainted with the relevant foreign exchange legislation. I shall use the foreign currency amount in accordance with the rules concerning foreign exchange control.

| Átvétel visszaigazolása Payment order received | Aláírás(ok) rendben Signature(s) verified | Fedezet rendben Cover secured | A devizaátutalás teljesítésének egyéb feltételeit és részletes szabályait a Bank hatályos üzletszabályzatai tartalmazzák és azok jelen megbízásnak elválaszthatatlan részét képezik. Other rules and conditions concerning the execution of the present transaction are detailed in Business Rules of the Bank and they are integral part of this Order. |
|---|---|---|---|

\* Mező kitöltése kötelező! / Field mandatory!
\*\* Két összeg mező közül csak az egyiket kell kitölteni! / Only one field must be completed.

12) current contact information, specifically: current residential street address, current telephone number (cell and landline), and current email address, for Koraljka Troselj; and

RESPONSE:  *This will be discussed in a submission to be made tomorrow in response to the Order to Show Cause.*

13) all documents that Mr. Etra has heretofore withheld as "privileged" that are responsive to Petitioner's previously-served subpoena duces tecum for all "escrow agent agreements entered into" by Mr. Etra and "All documents concerning [Mr. Etra's] banking records" including, but not limited to, "credit applications and records and statements for any checking, savings, money market, certificate of deposit, investments, bonds, retirement accounts, safety deposit boxes or any other financial assets maintained with any banking or financial firm or institution, whether in [Mr. Etra's] name individually, jointly, in trust, as custodian, as nominee, as a beneficiary or in conjunction with any other person or persons", Subpoena Duces Tecum, Dkt. 60-1, Requests Nos. 32 and 49;

RESPONSE:  *Already submitted to Plaintiff's counsel and the three prior Judges or in this submission was this information and including that I have no savings, money market, certificates of deposit, investments, retirement accounts, safety deposit boxes or financial assets. I request to be able to discuss with Your Honor in camera matters regarding any information regarding clients' funds and other elements here.*

Dated:  July 10, 2022  **Signed:**  **by Aaron Etra**