USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/13/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                    Petitioner,

        -against-

AARON ETRA,

                    Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a show-cause hearing on July 13, 2022, at 11:00 a.m.; and

    WHEREAS the Court ordered Respondent Aaron Etra remanded to the custody of the U.S. Marshal;

    IT IS HEREBY ORDERED that the parties must appear for a conference **today, July 13, 2022, at 3:00 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:  July 13, 2022**
**New York, New York**

                                  _____
                                  **VALERIE CAPRONI**
                                  **United States District Judge**