**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- x
                        :

**BENTHOS MASTER FUND, LTD.,**         :

                        :

        - against             :     Case No.20-CV-

        -        Petitioner,   :     03384(VEC)

                        :

                        :     **RESPONSES TO 1-13**

                        :     **in ORDER July 7, 2022**

**AARON ETRA,**                :       **{revised}**

                        :

               Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- x

Respondent submits the following as required by Court order as per each matching number listed by Court in order of July 7th, 2022:

1) the full set of monthly statements for the M&T account ending in x3443 from August 2020 to the present;

   RESPONSE: *See below all statements for the M&T account ending in x3443 from August 2020 to the present.*

# M&T Bank

| FOR INQUIRIES CALL: | SUTTON<br>(212) 888-9660 | | ACCOUNT TYPE | |
|---|---|---|---|---|
| | | | M&T SIMPLE CHECKING FOR BUSINESS | |
| | 00   0 00537M NM 017 | | ACCOUNT NUMBER | STATEMENT PERIOD |
| | | N | 9871733433 | 08/01/20 - 08/31/20 |
| | 000000 | | BEGINNING BALANCE | $4,797.64 |
| | AARON ETRA, ESQ | | DEPOSITS & CREDITS | 1,050.00 |
| | 445 PARK AVE 9 FL | | LESS CHECKS & DEBITS | 0.00 |
| | NEW YORK NY 10022-8632 | | LESS SERVICE CHARGES | 0.00 |
| | | | ENDING BALANCE | $5,847.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2020 | BEGINNING BALANCE | | | $4,797.64 |
| 08/03/2020 | INCOMING FEDWIRE FUNDS TRANSFER<br>SOUTHPAW PET SERVICES, LLC | $150.00 | | 4,947.64 |
| 08/10/2020 | INCOMING FEDWIRE FUNDS TRANSFER<br>TAREK EL-ERYAN | 300.00 | | |
| 08/10/2020 | INCOMING FEDWIRE FUNDS TRANSFER<br>MR GORDON H OLIVER | 150.00 | | 5,397.64 |
| 08/25/2020 | INCOMING CHIPS FUNDS TRANSFER<br>MR JILU MIAH AHMED | 150.00 | | 5,547.64 |
| 08/25/2020 | WESTERN UNION FI 87356150_1 3514850502400236 | 150.00 | | 5,697.64 |
| 08/31/2020 | Paul Warren Jilu Bton    138134035 | 150.00 | | 5,847.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 6 | 0 | |

TREASURY MANAGEMENT (TM) CUSTOMERS AS OF 2/10/20 - YOU SHOULD HAVE RECEIVED A
LETTER DATED 3/9/20 REGARDING CHANGES TO M&T'S TM AGREEMENTS. TO CLARIFY, "TM
AGREEMENT" IN THE LETTER REFERS TO THE MASTER TREASURY MANAGEMENT SERVICES
AGREEMENT (MSA). THE MSA HAS BEEN REVISED TO CORRECT THE SUBSECTION LETTERING
UNDER SECTION 22 SO THE REFERENCE TO SECTION 22(C) IN THE LETTER IS NOW CORRECT.
THE SUMMARY OF THE CHANGE TO SECTION 3(C) OF THE POSITIVE PAY SERVICE TERMS AND
CONDITIONS HAS BEEN REVISED IN THE SUMMARY OF CHANGES DOCUMENT (SOC) REFERENCED
IN THE LETTER. THE REVISED MSA AND SOC HAVE BEEN POSTED TO MTB.COM/TMTERMS.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5**   **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$ 

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$ 

**STEP 7**   **Enter the total of STEPS 5 & 6.**
$ 

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$ 

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.
$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)                                   ©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                                N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| **9871733433** | **09/01/20 - 09/30/20** |

| BEGINNING BALANCE | $5,847.64 |
|---|---|
| DEPOSITS & CREDITS | 5,460.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 69.00 |
| ENDING BALANCE | $11,238.64 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2020 | BEGINNING BALANCE | | | $5,847.64 |
| 09/04/2020 | CRISTINA HANNIG  P2P      CRISTINA HANNIG | $300.00 | | 6,147.64 |
| 09/08/2020 | INCOMING FEDWIRE FUNDS TRANSFER | 160.00 | | |
| | 1/BAKER ENTERPRISES B.V. | | | 6,307.64 |
| 09/09/2020 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $69.00 | 6,238.64 |
| 09/16/2020 | kuantamu zhu shi TrnWise  141722494 | 5,000.00 | | 11,238.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 0 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC



FOR INQUIRIES CALL:    SUTTON
                       (212) 888-9660

                                        00   0 00537M NM  017

          000000                                 N

          **AARON ETRA, ESQ**
          **445 PARK AVE 9 FL**
          **NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| **9871733433** | **10/01/20 - 10/31/20** |

| BEGINNING BALANCE | $11,238.64 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 17.00 |
| ENDING BALANCE | $11,221.64 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2020 | BEGINNING BALANCE | | | $11,238.64 |
| 10/08/2020 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $17.00 | 11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

L018 (11/16)

©2016 M&T Bank Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                                    N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
| --- | --- |
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| **9871733433** | **11/01/20 - 11/30/20** |

| BEGINNING BALANCE | $11,221.64 |
| --- | --- |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 11/01/2020 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT |
| 1 | $ | | 13 | $ |
| 2 | | | 14 | |
| 3 | | | 15 | |
| 4 | | | 16 | |
| 5 | | | 17 | |
| 6 | | | 18 | |
| 7 | | | 19 | |
| 8 | | | 20 | |
| 9 | | | 21 | |
| 10 | | | 22 | |
| 11 | | | SUBTOTAL OF COLUMN 2 | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L016 (11/16)    ©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:     SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                                              N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| **9871733433** | **12/01/20 - 12/31/20** |

| | |
|---|---|
| BEGINNING BALANCE | $11,221.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2020 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L016 (11/16)                    ©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
                  (212) 888-9660

                            00   0 00537M NM  017

        000000                N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9871733433 | 01/01/21 - 01/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $11,221.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2021 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

PAGE 1 OF 2

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| **NUMBER** | **AMOUNT** | | **NUMBER** | **AMOUNT** | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7** — **Enter the total of STEPS 5 & 6.**

$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



**M&T** Bank

L016 (11/16)                    ©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:   SUTTON
                      (212) 888-9660

                                                    00   0 00537M NM  017

            000000                          N

            **AARON ETRA, ESQ**
            **445 PARK AVE 9 FL**
            **NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9871733433 | 02/01/21 - 02/28/21 |

| BEGINNING BALANCE | $11,221.64 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2021 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

PAGE 1 OF 2

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:   SUTTON
                      (212) 888-9660

00   0 00537M NM  017

000000                                        N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9871733433 | 03/01/21 - 03/31/21 |
| BEGINNING BALANCE | $11,221.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2021 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER
TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND
CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 1, 2021, YOUR USE OF TM SERVICES
WILL BE GOVERNED BY THE REVISED BOOKLET AND BY THE TM AGREEMENT SIGNED BY YOUR
ORGANIZATION AS AMENDED BY THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL
DETAILS, A SUMMARY OF CHANGES, AND THE REVISED BOOKLET AND TM AGREEMENT, VISIT
MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES
ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.





FOR INQUIRIES CALL:    SUTTON
                       (212) 888-9660

                                    00   0 00537M NM  017

            000000                          N

            **AARON ETRA, ESQ**
            **445 PARK AVE 9 FL**
            **NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9871733433 | 04/01/21 - 04/30/21 |

| BEGINNING BALANCE | **$11,221.64** |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 7,621.64 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | **$3,600.00** |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2021 | BEGINNING BALANCE | | | $11,221.64 |
| 04/29/2021 | CHECK NUMBER  4000031702 | | $7,621.64 | 3,600.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER
TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND
CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 1, 2021, YOUR USE OF TM SERVICES
WILL BE GOVERNED BY THE REVISED BOOKLET AND BY THE TM AGREEMENT SIGNED BY YOUR
ORGANIZATION AS AMENDED BY THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL
DETAILS, A SUMMARY OF CHANGES, AND THE REVISED BOOKLET AND TM AGREEMENT, VISIT
MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES
ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|---|
| NUMBER | AMOUNT | | | NUMBER | AMOUNT | |
| 1 | $ | | | 13 | $ | |
| 2 | | | | 14 | | |
| 3 | | | | 15 | | |
| 4 | | | | 16 | | |
| 5 | | | | 17 | | |
| 6 | | | | 18 | | |
| 7 | | | | 19 | | |
| 8 | | | | 20 | | |
| 9 | | | | 21 | | |
| 10 | | | | 22 | | |
| 11 | | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7** **Enter the total of STEPS 5 & 6.**

$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

## M&T Bank

L018 (11/16)

©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                                              N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| **9871733433** | **05/01/21 - 05/31/21** |

| BEGINNING BALANCE | $3,600.00 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,600.00 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2021 | BEGINNING BALANCE | | | $3,600.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** — **Place a checkmark** ( ✔ ) beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

L035 (11/16)

©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00    0 00537M NM  017

000000                                                    N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| **9871733433** | **06/01/21 - 06/30/21** |

| BEGINNING BALANCE | $3,600.00 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,600.00 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2021 | BEGINNING BALANCE | | | $3,600.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.    $

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.    $

**STEP 7** — **Enter the total of STEPS 5 & 6.**    $

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).    $

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.    $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L018 (11/16)                                                                 ©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                                N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9871733433 | 07/01/21 - 07/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $3,600.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 17.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,583.00 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $3,600.00 |
| 07/09/2021 | #9871733441 - 4/21 SC | | $17.00 | 3,583.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

STEP 1 **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

STEP 2 **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

STEP 3 **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

STEP 4 **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

STEP 5 **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

STEP 6 **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

STEP 7 **Enter the total of STEPS 5 & 6.**
$

STEP 8 **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

STEP 9 **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L018 (11/18)                                                                    ©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
                       (212) 888-9660

00   0 00537M NM  017

000000                                    N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| **9871733433** | **08/01/21 - 08/31/21** |

| BEGINNING BALANCE | $3,583.00 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 3,000.00 |
| LESS SERVICE CHARGES | 70.00 |
| ENDING BALANCE | $513.00 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $3,583.00 |
| 08/05/2021 | WEB XFER TO CHK   00009871733441 | | $3,000.00 | 583.00 |
| 08/09/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | 70.00 | 513.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.    $

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.    $

**STEP 7** — **Enter the total of STEPS 5 & 6.**    $

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).    $

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.    $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.





FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                      N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9871733433 | 09/01/21 - 09/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $513.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 194.00 |
| ENDING BALANCE | $319.00 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2021 | BEGINNING BALANCE | | | $513.00 |
| 09/09/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $194.00 | 319.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** | **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** | **Enter the total of STEPS 5 & 6.**
$

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


M&T Bank

©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
                       (212) 888-9660

                                    00   0 00537M NM  017

                       000000                        N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9871733433 | 10/01/21 - 10/31/21 |

| BEGINNING BALANCE | $319.00 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 187.00 |
| ENDING BALANCE | $132.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2021 | BEGINNING BALANCE | | | $319.00 |
| 10/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $187.00 | 132.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.   $

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.   $

**STEP 7**   **Enter the total of STEPS 5 & 6.**   $

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).   $

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.   $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L01E (11/16)

©2016 M&T Bank Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00    0 00537M NM  017

000000                                    N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9871733433 | 11/01/21 - 11/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $132.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 37.00 |
| ENDING BALANCE | $95.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2021 | BEGINNING BALANCE | | | $132.00 |
| 11/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $37.00 | 95.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

AS OF JANUARY 1, 2022, M&T BANK WILL NO LONGER CHARGE A FEE FOR EXTENDED
OVERDRAFT AND OVERDRAFT TRANSFER FROM SAVINGS. INSUFFICIENT FUNDS
(NSF)/OVERDRAFT FEES WILL BE $36 PER ITEM, AND THESE FEES WILL BE POSTED ON THE
BUSINESS DAY AFTER AN NSF OR AN OVERDRAFT OCCURS ON AN ACCOUNT.

**PAGE 1 OF 2**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

**00   0 00537M NM  017**

000000                                                    N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 12/01/21 - 12/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $95.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 38.00 |
| ENDING BALANCE | $57.00 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2021 | BEGINNING BALANCE | | | $95.00 |
| 12/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $38.00 | 57.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

AS OF JANUARY 1, 2022, M&T BANK WILL NO LONGER CHARGE A FEE FOR EXTENDED
OVERDRAFT AND OVERDRAFT TRANSFER FROM SAVINGS. INSUFFICIENT FUNDS
(NSF)/OVERDRAFT FEES WILL BE $36 PER ITEM, AND THESE FEES WILL BE POSTED ON THE
BUSINESS DAY AFTER AN NSF OR AN OVERDRAFT OCCURS ON AN ACCOUNT.

**PAGE 1 OF 2**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


**M&T** Bank

L018 (11/16)                    ©2016 M&T Bank Member FDIC



| | |
|---|---|
| FOR INQUIRIES CALL: | SUTTON |
| | (212) 888-9660 |

00   0 00537M NM  017

000000                                    N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9871733433 | 01/01/22 - 01/31/22 |

| | |
|---|---|
| BEGINNING BALANCE | $57.00 |
| DEPOSITS & CREDITS | 475.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 680.00 |
| ENDING BALANCE | ($148.00) |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2022 | BEGINNING BALANCE | | | $57.00 |
| 01/10/2022 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $680.00 | (623.00) |
| 01/12/2022 | 2022-01-10 SERVICE CHARGE FOR ACCOUNT 000009871 | $400.00 | | |
| 01/12/2022 | REVERSE MONTHLY SERVICE CHARGE | 37.00 | | |
| 01/12/2022 | REVERSE MONTHLY SERVICE CHARGE | 38.00 | | (148.00) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 0 | |

**PAGE 1 OF 2**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** List any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter** the total of any **deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

©2016 M&T Bank  Member FDIC



| | | | |
|---|---|---|---|
| FOR INQUIRIES CALL: | SUTTON | | |
| | (212) 888-9660 | | |

00   0 00537M NM  017

000000                                N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| **9871733433** | **02/01/22 - 02/28/22** |

| | |
|---|---|
| BEGINNING BALANCE | ($148.00) |
| DEPOSITS & CREDITS | 200.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 135.72 |
| ENDING BALANCE | ($83.72) |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2022 | BEGINNING BALANCE | | | ($148.00) |
| 02/03/2022 | WEB XFER FROM CHK 00009871733441 | $200.00 | | 52.00 |
| 02/08/2022 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $135.72 | (83.72) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark** ( ✔ ) beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.





FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00    0 00537M NM  017

000000                                N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9871733433 | 03/01/22 - 03/31/22 |

| BEGINNING BALANCE | ($83.72) |
|---|---|
| DEPOSITS & CREDITS | 135.72 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $52.00 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2022 | BEGINNING BALANCE | | | ($83.72) |
| 03/02/2022 | REVERSE MONTHLY SERVICE CHARGE | $135.72 | | 52.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7** **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ 

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

## M&T Bank

©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                                  N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| **9871733433** | **04/01/22 - 04/30/22** |

| | |
|---|---|
| BEGINNING BALANCE | **$52.00** |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 112.00 |
| ENDING BALANCE | ($60.00) |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2022 | BEGINNING BALANCE | | | $52.00 |
| 04/08/2022 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $112.00 | (60.00) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

 **M&T** Bank

L018 (11/16)                                                                    ©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                          N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9871733433 | 05/01/22 - 05/31/22 |

| BEGINNING BALANCE | ($60.00) |
|---|---|
| DEPOSITS & CREDITS | 112.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $52.00 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2022 | BEGINNING BALANCE | | | ($60.00) |
| 05/26/2022 | REVERSE MONTHLY SERVICE CHARGE | $112.00 | | 52.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5**   **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.   $ 

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.   $ 

**STEP 7**   **Enter the total of STEPS 5 & 6.**   $ 

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).   $ 

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.   $ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



**M&T** Bank

L016 (11/16)

©2016 M&T Bank  Member FDIC



FOR INQUIRIES CALL:    SUTTON
                       (212) 888-9660

00   0 00537M NM  017

000000                                    N

**AARON ETRA, ESQ**
**445 PARK AVE 9 FL**
**NEW YORK NY 10022-8632**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| **9871733433** | **06/01/22 - 06/30/22** |

| | |
|---|---|
| BEGINNING BALANCE | $52.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $52.00 |

**ACCOUNT ACTIVITY**

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2022 | BEGINNING BALANCE | | | $52.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

PAGE 1 OF 2

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.   $

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.   $

**STEP 7**   **Enter the total of STEPS 5 & 6.**   $

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).   $

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.   $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L010 (11/16)     ©2016 M&T Bank  Member FDIC

2) the full set of monthly statements for the account in which Etra receives his social

security payments from August 2020 to the present, if separate from the M&T

account ending in x3443;

RESPONSE:  *See below from August 2021 when the account was opened to the*

*present all bank account statements for the account where my social security*

*payments are received.*

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### *Statement Ending 08/31/2021*

*Page 1 of 2*

### *Managing Your Accounts*

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 🖵 | Online Banking | www.piermontbank.com |

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $1,086.50 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/31/2021 | **Beginning Balance** | **$7,484.88** |
| | 2 Credit(s) This Period | $1,601.62 |
| | 1 Debit(s) This Period | $8,000.00 |
| 08/31/2021 | **Ending Balance** | **$1,086.50** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 32 |
| Interest Earned | $0.22 |
| Interest Paid This Period | $0.22 |
| Interest Paid Year-to-Date | $2.98 |
| Average Available Balance | $5,035.79 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/31/2021 | **Beginning Balance** | | | **$7,484.88** |
| 08/11/2021 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,601.40 | $9,086.28 |
| 08/18/2021 | Checking Account Transfer to DDA 2060 | $8,000.00 | | $1,086.28 |
| 08/31/2021 | INTEREST | | $0.22 | $1,086.50 |
| 08/31/2021 | **Ending Balance** | | | **$1,086.50** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/11/2021 | $9,086.28 | 08/18/2021 | $1,086.28 | 08/31/2021 | $1,086.50 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



 **Piermont Bank**

## Statement Ending 08/31/2021
*Page 2 of 2*

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements may be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.
**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### _Statement Ending 09/30/2021_

_Page 1 of 2_

**Managing Your Accounts**

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 🖥 | Online Banking | www.piermontbank.com |

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $1,687.98 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Beginning Balance | $1,086.50 |
| | 2 Credit(s) This Period | $1,601.48 |
| | 1 Debit(s) This Period | $1,000.00 |
| 09/30/2021 | Ending Balance | $1,687.98 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 30 |
| Interest Earned | $0.08 |
| Interest Paid This Period | $0.08 |
| Interest Paid Year-to-Date | $3.06 |
| Average Available Balance | $2,047.57 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01/2021 | Beginning Balance | | | $1,086.50 |
| 09/08/2021 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,601.40 | $2,687.90 |
| 09/23/2021 | Checking Account Transfer to DDA 2060 | $1,000.00 | | $1,687.90 |
| 09/30/2021 | INTEREST | | $0.08 | $1,687.98 |
| 09/30/2021 | Ending Balance | | | $1,687.98 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/08/2021 | $2,687.90 | 09/23/2021 | $1,687.90 | 09/30/2021 | $1,687.98 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



 **Piermont Bank**

**Statement Ending 09/30/2021**

Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
(4) If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

 **Piermont Bank**

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

## _Statement Ending 11/30/2021_

_Page 1 of 2_

### _Managing Your Accounts_

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 🖥 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $4,891.07 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/30/2021 | Beginning Balance | $3,289.48 |
| | 2 Credit(s) This Period | $1,601.59 |
| | 0 Debit(s) This Period | $0.00 |
| 11/30/2021 | Ending Balance | $4,891.07 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 32 |
| Interest Earned | $0.19 |
| Interest Paid This Period | $0.19 |
| Interest Paid Year-to-Date | $3.35 |
| Average Available Balance | $4,340.39 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/30/2021 | Beginning Balance | | | $3,289.48 |
| 11/10/2021 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,601.40 | $4,890.88 |
| 11/30/2021 | INTEREST | | $0.19 | $4,891.07 |
| 11/30/2021 | Ending Balance | | | $4,891.07 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/10/2021 | $4,890.88 | 11/30/2021 | $4,891.07 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



 **Piermont Bank**

*Statement Ending 11/30/2021*

*Page 2 of 2*

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements may be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

## Piermont Bank

**4 Bryant Park**
**3rd Floor**
**New York, NY 10018**
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### Statement Ending 12/31/2021

*Page 1 of 2*

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 🖥 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $6,492.73 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2021 | Beginning Balance | $4,891.07 |
| | 2 Credit(s) This Period | $1,601.66 |
| | 0 Debit(s) This Period | $0.00 |
| 12/31/2021 | Ending Balance | $6,492.73 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.26 |
| Interest Paid This Period | $0.26 |
| Interest Paid Year-to-Date | $3.61 |
| Average Available Balance | $6,130.86 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2021 | Beginning Balance | | | $4,891.07 |
| 12/08/2021 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,601.40 | $6,492.47 |
| 12/31/2021 | INTEREST | | $0.26 | $6,492.73 |
| 12/31/2021 | Ending Balance | | | $6,492.73 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12/08/2021 | $6,492.47 | 12/31/2021 | $6,492.73 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



 **Piermont Bank**

*Statement Ending 12/31/2021*

*Page 2 of 2*

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements may be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

# Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

## Statement Ending 01/31/2022

*Page 1 of 2*

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 🖥 | Online Banking | www.piermontbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $8,179.15 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2022 | **Beginning Balance** | **$6,492.73** |
| | 2 Credit(s) This Period | $1,686.42 |
| | 0 Debit(s) This Period | $0.00 |
| 01/31/2022 | **Ending Balance** | **$8,179.15** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.32 |
| Interest Paid This Period | $0.32 |
| Interest Paid Year-to-Date | $0.32 |
| Average Available Balance | $7,580.53 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **01/01/2022** | **Beginning Balance** | | | **$6,492.73** |
| 01/12/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $8,178.83 |
| 01/31/2022 | INTEREST | | $0.32 | $8,179.15 |
| **01/31/2022** | **Ending Balance** | | | **$8,179.15** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/12/2022 | $8,178.83 | 01/31/2022 | $8,179.15 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |



 **Piermont Bank**

*Statement Ending 01/31/2022*

*Page 2 of 2*

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

## Piermont Bank

**4 Bryant Park**
**3rd Floor**
**New York, NY 10018**
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### _Statement Ending 02/28/2022_

_Page 1 of 2_

### _Managing Your Accounts_

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| 🏦 | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 💻 | Online Banking | www.piermontbank.com |

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $9,658.00 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2022 | **Beginning Balance** | **$8,179.15** |
| | 2 Credit(s) This Period | $1,686.45 |
| | 1 Debit(s) This Period | $207.60 |
| 02/28/2022 | **Ending Balance** | **$9,658.00** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 28 |
| Interest Earned | $0.35 |
| Interest Paid This Period | $0.35 |
| Interest Paid Year-to-Date | $0.67 |
| Average Available Balance | $9,220.39 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **02/01/2022** | **Beginning Balance** | | | **$8,179.15** |
| 02/07/2022 | EMPIRE BLUE MED SUPP 6370649 | $207.60 | | $7,971.55 |
| 02/09/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $9,657.65 |
| 02/28/2022 | INTEREST | | $0.35 | $9,658.00 |
| **02/28/2022** | **Ending Balance** | | | **$9,658.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/07/2022 | $7,971.55 | 02/09/2022 | $9,657.65 | 02/28/2022 | $9,658.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |



 **Piermont Bank**

*Statement Ending 02/28/2022*

*Page 2 of 2*

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

# Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

## *Statement Ending 03/31/2022*

Page 1 of 2

### Managing Your Accounts

| | | |
|---|---|---|
| Officer Name | Steve LaFredo | |
| Office Number | 212-266-9200 | |
| Banking Hours | Mon - Fri 8:30am - 4:30pm EST | |
| Online Banking | www.piermontbank.com | |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $3,933.27 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | **Beginning Balance** | **$9,658.00** |
| | 2 Credit(s) This Period | $1,686.47 |
| | 2 Debit(s) This Period | $7,411.20 |
| 03/31/2022 | **Ending Balance** | **$3,933.27** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.37 |
| Interest Paid This Period | $0.37 |
| Interest Paid Year-to-Date | $1.04 |
| Average Available Balance | $8,770.91 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **03/01/2022** | **Beginning Balance** | | | **$9,658.00** |
| 03/07/2022 | EMPIRE BLUE MED SUPP 6003339 | $411.20 | | $9,246.80 |
| 03/09/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $10,932.90 |
| 03/24/2022 | Checking Account Transfer to DDA 2060 | $7,000.00 | | $3,932.90 |
| 03/31/2022 | INTEREST | | $0.37 | $3,933.27 |
| **03/31/2022** | **Ending Balance** | | | **$3,933.27** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03/07/2022 | $9,246.80 | 03/24/2022 | $3,932.90 |
| 03/09/2022 | $10,932.90 | 03/31/2022 | $3,933.27 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



 **Piermont Bank**

*Statement Ending 03/31/2022*

*Page 2 of 2*

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.
We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.
The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements may be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.
**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

## Piermont Bank

**4 Bryant Park**
**3rd Floor**
**New York, NY 10018**
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### _Statement Ending 04/29/2022_

_Page 1 of 2_

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri<br>8:30am - 4:30pm EST |
| 💻 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $5,413.96 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | **Beginning Balance** | **$3,933.27** |
| | 2 Credit(s) This Period | $1,686.29 |
| | 1 Debit(s) This Period | $205.60 |
| 04/29/2022 | **Ending Balance** | **$5,413.96** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 29 |
| Interest Earned | $0.19 |
| Interest Paid This Period | $0.19 |
| Interest Paid Year-to-Date | $1.23 |
| Average Available Balance | $4,751.52 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2022** | **Beginning Balance** | | | **$3,933.27** |
| 04/06/2022 | EMPIRE BLUE MED SUPP 7886727 | $205.60 | | $3,727.67 |
| 04/13/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $5,413.77 |
| 04/29/2022 | INTEREST | | $0.19 | $5,413.96 |
| **04/29/2022** | **Ending Balance** | | | **$5,413.96** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/06/2022 | $3,727.67 | 04/13/2022 | $5,413.77 | 04/29/2022 | $5,413.96 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



 **Piermont Bank**

*Statement Ending 04/29/2022*

*Page 2 of 2*

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not property charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

**Piermont Bank**

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### _Statement Ending 05/31/2022_

_Page 1 of 2_

#### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Email | clientcare@piermontbank.com |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri<br>8:30am - 4:30pm EST |
| 🖥 | Online Banking | www.piermontbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $6,894.74 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/30/2022 | **Beginning Balance** | **$5,413.96** |
| | 2 Credit(s) This Period | $1,686.38 |
| | 1 Debit(s) This Period | $205.60 |
| 05/31/2022 | **Ending Balance** | **$6,894.74** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 32 |
| Interest Earned | $0.28 |
| Interest Paid This Period | $0.28 |
| Interest Paid Year-to-Date | $1.51 |
| Average Available Balance | $6,353.41 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/30/2022 | **Beginning Balance** | | | **$5,413.96** |
| 05/06/2022 | EMPIRE BLUE MED SUPP 4422641 | $205.60 | | $5,208.36 |
| 05/11/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $6,894.46 |
| 05/31/2022 | INTEREST | | $0.28 | $6,894.74 |
| 05/31/2022 | **Ending Balance** | | | **$6,894.74** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/06/2022 | $5,208.36 | 05/11/2022 | $6,894.46 | 05/31/2022 | $6,894.74 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



 **Piermont Bank**

*Statement Ending 05/31/2022*

*Page 2 of 2*

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements may be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### _Statement Ending 06/30/2022_

_Page 1 of 2_

**Managing Your Accounts**

| | | |
|---|---|---|
| 👤 | Email | clientcare@piermontbank.com |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 💻 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $2,575.34 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 06/01/2022 | **Beginning Balance** | **$6,894.74** |
| | 3 Credit(s) This Period | $1,886.20 |
| | 2 Debit(s) This Period | $6,205.60 |
| 06/30/2022 | **Ending Balance** | **$2,575.34** |

**Interest Summary**

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 30 |
| Interest Earned | $0.10 |
| Interest Paid This Period | $0.10 |
| Interest Paid Year-to-Date | $1.61 |
| Average Available Balance | $2,602.75 |

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/01/2022 | **Beginning Balance** | | | **$6,894.74** |
| 06/03/2022 | Checking Account Transfer from DDA 2060 | | $200.00 | $7,094.74 |
| 06/03/2022 | Checking Account Transfer to DDA 2060 | $6,000.00 | | $1,094.74 |
| 06/06/2022 | EMPIRE BLUE MED SUPP 9305165 | $205.60 | | $889.14 |
| 06/08/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $2,575.24 |
| 06/30/2022 | INTEREST | | $0.10 | $2,575.34 |
| 06/30/2022 | **Ending Balance** | | | **$2,575.34** |

**Daily Balances**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/03/2022 | $1,094.74 | 06/08/2022 | $2,575.24 |
| 06/06/2022 | $889.14 | 06/30/2022 | $2,575.34 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |





Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.
The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

   (1) Your name and account number.
   (2) The dollar amount of the suspected error.
   (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements may be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.
**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

3) the full set of monthly statements for HSBC Aaron Etra 41book credit account from August 1, 2018 to the present, or if the account is closed, statements from August 1, 2018, through the closing;

RESPONSE: *This request is a duplicate for the HSBC account #6401 which is the only account found so far that has what was referred to as a Book 41 credit references. These materials were submitted to Judge Parker in November of 2021; and as to the other HSBC accounts, as discussed in the Response to the Order to Show Cause, the problems have been significant in obtaining copies of any part of these account bank statements closed since 2020. Hopefully, the most recent request to HSBC, which has retrenched in the U.S., including closing many branches, will provide any missing information;*

4) the full set of monthly statements for HSBC Aaron Etra 41book debit account from August 1, 2018 to the present, or if the account is closed, statements from August 1, 2018, through the closing;

RESPONSE: *From the information on hand from HSBC, we could find no Book debits account statements, have no recollection of there being any such separate accounts and believe these were just bank entries for procedures for the bank's internal purposes.*

5) the full set of monthly statements for HSBC bank accounts ending in x9990, x6096, x6100, x7955, x6401, x6410, and x6509, from August 1, 2018 to the present, or, if any of those accounts is closed, statements for such closed account from August 1, 2018, through the closing;

RESPONSE: *Please see above.as to request to HSBC whose results are awaited for these accounts all closed in 2020.*

6) the full set of monthly statements for the Uni-Credit account from August 1, 2018 to the present, or if the account is closed, statements from August 1, 2018, through the closing;

RESPONSE: *The Uni-Credit account and the SBERBANK European account in #7 were owned by and controlled by the fiduciary, Mag. Helmut Allesch, and are not my accounts.   The only item I was able to secure from the fiduciary from these accounts*

*was a closeout payment statement, which the fiduciary sent me last year and which I submitted to Judge Parker. The fiduciary is the party who signed the closing receipt for the funds from these 2 European banks, where he kept funds from clients.*
*No funds in any way related to this matter went to either of those accounts.*

*I have no access to these closed accounts, nor can I obtain bank statements from his banks. I have asked him for anything he could send me on these accounts within his authority, and the only document I was able to procure was the statement to which Your Honor referred to in #8, and which is reattached herein. I have done everything I could to cooperate in any way but it is a strict policy of banks to not give information when it is not your account, and it is a fiduciary account for clients' funds.*

7) the full set of translated monthly statements for the European bank account (for which a two-page untranslated document was previously provided) from August 1, 2018 to present, or if the account is closed, statements from August 1, 2018, through the closing;

RESPONSE: *Covered in #6 above*.

8) the April 2019 and May 2019 monthly statements for the JP Morgan brokerage account ending in x546;

RESPONSE: *These items were previously submitted in November 2021 to Judge Parker and Plaintiff's counsel, but it may have not been noticed when the statement was submitted, that the March 2019 statement was a quarterly statement and contained the months April 2019 and May 2019 in the March-May 31, 2019 statement. Upon speaking to the bank about this, it was explained to me that accounts with minimal or no action, receive only quarterly and not monthly statements. The already submitted statement is enclosed below:*

1265500074545456356100

# J.P.Morgan

Statement Period

## March 30 - May 31, 2019

Account Number

734-54546

## Investment Statement

05175 BDS 001 05116  NNNNNNNNNNNNN
AARON ETRA
PO BOX 4034
NEW YORK NY 10163-4034

### Account Value

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | (2.75) | (2.50) |
| **ACCOUNT VALUE** [2] | **($2.75)** | **192.501** |

See page 3 for footnotes and more detail.

## Questions?

*For Full Service Accounts, Call Investment Representative*

**( (212) 661 1399**    Jason Olivo

### Customer Service
(800) 392-5749
**Branch Address**
633 Third Avenue
New York, NY 10017
www.chase.com

Minimum contact information on page 1



Account Value
(June 2017 to May 2019)

$1103
$684
$664
$323
$43
$236

Jun 2017
Sep 2017
Dec 2017
Mar 2018
Jun 2018
Sep 2018
Dec 2018
May 2019

If you have any questions about your statement of accounts about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Account is held at J. P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which forms this statement summary. **Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.**

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION | Page 1 of 12 |
|---|---|---|---|



This page is intentionally left blank.

# J.P.Morgan

Statement Period
**March 30 - May 31, 2019**
Last Statement March 29, 2019

Account Number
**734-54546**

AARON ETRA
NEW YORK NY 10163-0024
PO BOX 4024

INDIVIDUAL

## Account Value ($2.50)

### Account Activity Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | (\$2.75) | (\$0.38) |
| Deposits (Cash & Securities) | 0.00 | 0.00 |
| Withdrawals (Cash & Securities) | 0.00 | 0.00 |
| Net Deposits / Withdrawals | \$0.00 | \$0.00 |
| Income | 0.00 | 0.00 |
| Fees 1 | (0.75) | (4.57) |
| Change in Investment Value | 1.00 | 2.22 |
| **ENDING ACCOUNT VALUE 2** | (\$2.50) | (\$2.50) |
| Net Accrued Income | 0.00 | 0.00 |
| **Account Value With Accruals** | (\$2.50) | (\$2.50) |

1. Account fees, management fees, and dealer interest are included. Trade related fees charged by brokers and commissions may impact the total cost or proceeds of your trades and are not included here.

3. This portfolio includes one or more unpriced securities that are not reflected in the Portfolio and Account Values.

Month End Closing Method: First In Tast Out (FIFO)
Your Broker/Dealer is: J.P. MORGAN SECURITIES LLC · 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

| INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY · NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A., OR ANY OF ITS AFFILIATES · SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED |
|---|

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products which may include bank managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** (JPMS), a member of FINRA and SIPC. Annuities are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMCB, JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states. For information about your account please refer to your official JPMS account statement **which should not be used for tax reporting purposes.** Please read the important disclosures at the end of the statement. For questions, please call (800) 392-5749.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

Page 3 of 12

# J.P.Morgan

INDIVIDUAL (Acct # 734-54546)

AARON ETRA

Statement Period March 30 - May 31, 2019

## Asset Allocation Summary

| Description | Market Value Previous Period | Market Value This Period | Total Change ($) | Total Change (%) |
|---|---|---|---|---|
| Cash & Sweep Funds | (6.75) | (7.50) | (0.75) | .11 |
| Equities | 4.00 | 5.00 | 1.00 | |
| **TOTAL ACCOUNT VALUE** | **(\$2.75)** | **(\$2.50)** | **\$0.25** | -9.09 |

## Assets and Liabilities Summary

| Description | Previous Period | This Period |
|---|---|---|
| Long Market Value | 4.00 | 5.00 |
| **Total Assets** | **\$4.00** | **\$5.00** |
| Margin Loan / Debit Balance | (6.75) | (7.50) |
| **Total Liabilities** | **(\$6.75)** | **(\$7.50)** |
| **TOTAL ACCOUNT VALUE** | **(\$2.75)** | **(\$2.50)** |
| Total Account Value with Accruals | (\$2.75) | (\$2.50) |

## Cash Flow Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | (\$6.75) | (\$3.13) |
| Fees [1] | 3.25 | 3.63 |
| **Total Credits** | **\$3.25** | **\$3.63** |
| Fees [1] | (4.00) | (8.00) |
| **Total Debits** | **(\$4.00)** | **(\$8.00)** |
| Net Cash Activity | (\$0.75) | (\$4.37) |
| **CLOSING CASH BALANCE** | **(\$7.50)** | **(\$7.50)** |

[1] Account fees, management fees, and debit interest are included. Triple related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Opening Cash Balance and Closing Cash Balance include Sweep Funds.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

INDIVIDUAL (Acct # 734-54546)

AARON ETRA-

Statement Period: March 30 - May 31, 2019

## Holdings

CASH & SWEEP FUNDS

| Description | Quantity | Price | Market Value | Accrued Income<br>Est. Annual Inc. |
|---|---|---|---|---|
| CASH BALANCE | | | (7.50) | |
| **TOTAL CASH & SWEEP FUNDS** | | | **(\$7.50)** | |

EQUITIES

| Description | Quantity | Price | Market Value | Accrued Income<br>Est. Annual Inc. |
|---|---|---|---|---|
| HST GLOBAL, INC.<br>Symbol: HSTG | N | 500 | 0.01 | 5.00 | |
| REDFLY GROUP INC RSTD<br>Security ID: 9RB177A | 07 Apr 2014   N | 4,691 | Unpriced | | |
| **TOTAL EQUITIES** [2] | | | **\$5.00** | — — |

| Total Account Value : **(\$2.50)** [2] |
|---|

unless otherwise noted, all positions are held in your cash account.    R: IRA Account / G: Good Faith Account / I: Income Account / L: Non-Purpose Loan Account
M: Margin Account   R: DVP/RVP Account   S: Short Account

All Pricing Methods: a – Net Investment    b – Appraised Value    c – The firm did not receive price information compliant with applicable reporting requirements.
A: Average Cost   B: Adjusted for Amortization or Accretion    D: Acquisition Date = Date of Death   E: Adjusted for Option Exercise or Assignment   K: Safety Security   LT: Long Term
MT: Mixed Term   N: Nonlicensed   Provida – Please provide this information    ST: Short Term   F: Cost Basis provided by Third Party   W: Adjusted for Wash Sale

[2] This portfolio includes one or more unpriced securities that are not reflected in the Portfolio and Account Values.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

INDIVIDUAL (Acct # 734-34346)                           AARON ETRA                           Statement Period March 30 - May 31, 2019

## Activity

**FEES**

| Date | Description | Debit Amount | Credit Amount |
|---|---|---|---|
| 01 May 2019 | Unsecured Debit Write Off | | 3.25 |
| 16 May 2019 | Security Safekeeping Fee | (4.00) | |
| **TOTAL FEES** [1] | | **($4.00)** | **$3.25** |

[1] Account fees, management fees, and other interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

4 - Average Cost  B - Adjusted for amortization or Accretion  D - Acquisition Date = Date of Death  E - Adjusted for Option Exercise or Assignment  H - Gifted Security  LT - Long Term
MT - Mixed Term  N - Noncovered  Provide - Please provide this information  ST - Short Term  T - Cost Basis provided by Third Party  W - Adjusted for Wash Sale
Closing Methods: MLMG - Maximum Loss, Minimum Gain  LIFO - Last In First Out  FIFO - First In First Out  HC - High Cost  LC - Low Cost
LTHC - Long Term High Cost  PRO - Pro Rata  VSP - Specific Match (the closing transaction was specifically matched to this lot)

Please read the important disclosures at the end of this statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|



## J.P.Morgan

Important Information

AARON ETRA

Statement Period  March 30 - May 31, 2019

### Additional Contact Information

**Account(s)**

INDIVIDUAL (734-54546)

**Contact**

Jason Olivo
(Private Client Advisor)
(212) 661-1369

Javier Tavares
(PC Investment Associate)
(212) 667-9450

**Custodian**

**J.P. Morgan Securities LLC**
Member FINRA and SIPC
131 South Dearborn Street, FL1-0251-INN FLOOR
Chicago, IL 60603-5506
(800) 392-5749
www.chase.com

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY     BROKERAGE     IMPORTANT INFORMATION

Page 7 of 12

# J.P.Morgan

Important Information

AARON ETRA

Statement Period   March 30 - May 31, 2019

## Messages

**IMPORTANT INFORMATION REGARDING PURCHASES INITIATED AT AVERAGE PRICE**

··· Your orders are processed in either (1) one execution at the confirmed price or (2) more than one execution, in which case the confirmed price is an average price. Details regarding the actual prices are available by your J.P. Morgan representative.

**IN THE EVENT OF ERRORS OR QUESTIONS ABOUT ELECTRONIC FUND TRANSFER**

In case of errors or questions about electronic fund transfers to/from your account (via the Automated Clearing House (ACH) Network), your account statement or transaction record, please call us at 1-800-392-5749 or write to us at J.P. Morgan Securities LLC, Mail Code IL1-0291, 4th Floor, 131 South Dearborn, Chicago, IL 60603-5506.

Please provide the following information:

1.  Your name and account number.
2.  The dollar amount of the suspected error; and
3.  A description of the error or the transfer you are unsure about, please explain as clearly as you can why you believe it is an error or why you need more information.

Please note:

We must hear from you no later than 90 days after we sent the first account statement on which the problem or error appeared. If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question (or errors involving new accounts or foreign-initiated transactions, we may take up to 90 days to investigate. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error (new accounts may take up to 20 days). However, if we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. If we determine at the conclusion of the investigation that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation business days after completing our investigation.

If you are a customer with a margin account, you consent to J.P. Morgan's right (to the extent permitted by applicable law) to use, lend or pledge any securities held by J.P. Morgan Securities LLC in your margin account in certain circumstances, such loans or other use may limit, in whole or in part, your ability to receive dividends directly from the issuing company and/or your right to exercise voting and other attendant rights of ownership with respect to the loaned, sold or pledged securities. Such circumstances include, but are not limited to, loans of securities that you own in your margin account that continue over record dates for voting purposes and ex-dividend dates for dividend distributions. If you do not receive dividends directly from the issuing company, you may receive payments in-lieu of dividends which could cause you to lose the benefit of the preferential tax treatment accorded to dividends.

For questions, please contact us using the information provided on the front of this statement

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |

# J.P.Morgan
Important Information

## Important Information about Your Account Statement(s)

Unless otherwise indicated, accounts are held at J.P. Morgan Securities, LLC (JPMS), member FINRA and SIPC. JPMS is not a member of the Federal Deposit Insurance Corporation (FDIC).

**NON DISCRETIONARY:** JPMS brokerage accounts are non-discretionary and all investment decisions are made on the client. For managed accounts, discretionary services are provided by JPMS, an affiliate or an authorized third party.

**ACCOUNT PROTECTION.** As a member of the Securities Investor Protection Corporation (SIPC), JPMS provides account protection for the net equity of a customer's funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $250,000 for claims for cash (SIPC Coverage). Account protection applies when a SIPC member firm fails financially and is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments or to SIPC ineligible assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities or deposit account balances. For more information about SIPC Coverage, including the SIPC Brochure, visit www.sipc.org (follow the How SIPC Protects Investors) or call SIPC at (202) 371-8300.

**CUSTODY.** JPMS carries your account and acts as your custodian for funds and securities received, which have been deposited directly with us or received as a result of transactions we process for your account. Inquiries regarding your Statement must be directed to JPMS at (347) 643-9553.

As used in the course of these statements, "J.P. Morgan" is the global brand name for JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

**MARKET PRICES:** The market value of your holdings is as of the last business day of the statement period or the last available price. Prices for determining market values represent estimates are obtained from multiple sources deemed to be reliable. This information is not guaranteed for accuracy and is furnished for the exclusive use of the client.

J.P. Morgan makes no representation, warranty or guarantee, express or implied, that the quoted value represents the actual terms at which securities could be bought or sold or their transactions could be entered into. All the trading forms on which existing transactions or securities could be liquidated. Such values are only indicative.

**ESTIMATED PRICING AND COST BASIS:** Certain assets, including but not limited to, pooled and private investments, non-currency traded and infrequently traded securities, derivatives, partnerships and illiquid assets are generally illiquid. The value of such assets may have been provided to us by third parties who may not be independent of the issuer or manager. Such information is reflected as of the last date provided to us, and is not independently verified.

Pricing estimates may be based on data, prices within the bid offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield against relationships between the securities. Pricing estimates do not imply that any securities can actually be sold may be more or less than these prices shown on your statement.

**Unpriced Direct Participation Program (DPP) and Real Estate Investment (REIT) Securities.** DPP and REIT securities are generally illiquid and the value of the security will generally be different.

For questions, please contact us using the information provided on the front of this statement.

---

How to purchase price. Accurate valuation information is not available. The total cost basis for each security position and the unrealized gain/loss are provided solely as a general indication of performance and should not be used for tax purposes or otherwise relied upon. If your account cost basis information, if any, has been provided by you. Further information is available from your advisor.

You may hold positions where the original cost basis has been adjusted to reflect amortization or accretion.

For Regulated Investment Companies or Dividend Reinvestment Plan taxes, for which the average price method has been chosen, positions are closed out on a First-In-First-Out (FIFO) basis.

These statements are not official documents for income tax reporting purposes and should not be relied upon for such purposes, including determination of income, cost basis, amortization or accretion gain/loss. Such information, which may be incomplete or subject to updating, should be confirmed with your records and your tax advisor.

**DIVIDEND INCOME.** Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividends.

**ESTIMATED ANNUAL INCOME AND ESTIMATED YIELD:** Estimated Annual Income (EAI) is calculated by multiplying either the current coupon rate or an estimated annual dividend (generally calculated by annualizing the most recent regular cash dividend), by the quantity of the security. For balances with less than quarterly payments, Estimated Yield (EY) is calculated by dividing EAI by the market value of the security. These figures are estimates based on mathematical calculations using data obtained from outside sources. Because prices of securities (coupon and dividend) rates are subject to change at any time, these estimates should not be relied upon for making investment or trading decisions. Because different asset types (e.g. equities versus fixed income securities) have different investment characteristics, these estimates should not be compared across asset types. Additionally, please note that EAI and EY for certain types of Securities might include Return of Principal or Capital Gains in which case the EAI and EY would be overstated. There is no guarantee that the dividends or interest will actually be paid or that a preferred income and yield might be higher or lower. Please contact us for additional information.

**IMPORTANT INFORMATION REGARDING AUCTION RATE SECURITIES (ARS):** are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction in the event of a failed auction, there is no assurance that a secondary market will exist or that the security will trade at par or any other price reflected on your statement. Accordingly, investors should not rely on pricing information appearing in their statements or online with respect to ARS. When J.P. Morgan is unable to obtain a price from an external or outside source for a particular ARS, the price column in your statement will indicate "unpriced". For the practices and procedures regarding ARS as available at www.jpmorgan.com/business.

**VALUATIONS OF OVER-THE-COUNTER DERIVATIVE TRANSACTIONS:** Valuations of

# J.P.Morgan

**Important Information**

AARON ETRA

Statement Period   March 30 - May 31, 2019

**UNPRICED SECURITIES:** When we are unable to obtain a current value from an internal or outside source for a particular security, the price column on your statement will indicate "Unpriced." Although such securities may have been assigned a price note that the value of a security included as "Unpriced" will not be included in your overall current market value as reflected on this statement.

**RESTRICTED SECURITIES:** Restricted Securities (typically noted as "Restricted" or "RSTD" in the security column) may be subject to certain restrictions which may render them less liquid or less liquid than freely tradable shares. There can be no assurance a secondary market exists. While we typically use the value of the registered/unrestricted security of the same issuer and same class for statement purposes, the price reported may be more or less than the actual value of these holdings. The specific security subject to its restriction. Additionally, inclusion or pricing of these holdings will equal to the aggregate value of your portfolio as reflected on this statement. For additional information on pricing please see the Market Price paragraph above.

**THIRD PARTY INFORMATION:** This statement contains information obtained from multiple direct, indirect, affiliated, unaffiliated, public, and proprietary data sources (including, but not limited to identifying information, market data, calculated data, reference data, valuations, ratings, coupon and dividend rate and other fundamental data) and (i) information which is calculated based upon such information or (ii) information or data thereof or for unreasons therefrom for or any net profits. Although your Custodian believes these sources and the sources of market values are reliable, it does not independently review or verify such information and neither your Custodian nor any source or the have any duty or obligation to verify, correct, complete, or update any such information.

**METHODS OF COMPUTING INTEREST ON DEBIT BALANCES:** Interest is charged on a day by day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 360-day basis at the rate of rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

**DEBIT BALANCES:** Please note that if you see a Debit Balance in the Assets and Liabilities Summary

on this statement, we may be required to hypothecate suspected dividend reinvestment plan (DRIP) transaction. Further, previously unavailable to you and such information will be made available to you promptly upon written request.

**PARTIAL CALLS:** If a partial call is made with respect to an issue of securities included in your Accounts we will allocate the call by a method we deem fair and equitable.

**BEARER BONDS:** If any securities held by you for your account are bearer obligations which have been issued since December 31, 1982, with original maturities of more than one year, we agree that we will satisfy the confirms set forth in subchapters (i), (ii) and (iii) of the Treasury Regulation Section 1.165-12(b)(3) and covenant that we will comply with the requirements of the Treasury Regulation Section 1.165-12(c)(2)(iv) concerning the delivery of such bearer obligations.

**FOR OPTIONS ACCOUNTS:** Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmation of such transactions previously furnished to you and such information will be made available to you promptly upon written request.

**MESSAGE FOR ACCOUNTS WITH NON-US DOLLAR ACTIVITY:** U.S. Dollar Statements and the Non-U.S. Dollar statements are marked separately. This statement represents U.S Dollar activity only.

**FINANCIAL STATEMENT:** A financial statement for JPMS is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

**REPORTABLE TO THE INTERNAL REVENUE SERVICE:** As required by law, all or any part of certain transactions including short sales, dividends, and various types of interest that have been credited to your account will be reported to you and to the Internal Revenue Service.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT:** Please review this statement closely and contact us as soon as possible if you notice an error (including things like possible unauthorized trading activity, unrecorded deposited payments or improper payments or transfers). In order to protect your rights, including any rights under the Securities Investor Protection Act (SIPA), you will be asked to provide details of the error in writing using the information provided on the front of this statement.

In your written communication, please provide the following information: (1) your name and account number; (2) the dollar amount of the suspected error; and (3) a description of the error. Please note that we must receive your written communication no later than 30 days after the statement on which the error appeared is sent or made available. If you do not notify us, you agree that the statement activity and account balances are correct.

**CHANGES TO YOUR INVESTMENT OBJECTIVES OR FINANCIAL SITUATION:** Please notify us as soon as possible if your experience a change in your investment objectives or overall financial situation or if you have any questions or concerns about the management of your account. If we do not hear from you, we will consider the information we currently have on file to be complete and accurate. You can review your current investment objectives and/or make any changes by calling the number listed on this financial information we have on file for your account anytime by calling the number listed on this statement. If you send us any written correspondence, please be sure to include your account number.

# J.P.Morgan

Important Information

AARON ETRA

**CHANGES TO YOUR MAILING OR EMAIL ADDRESS.** Please let us know as soon as possible when there has been a change to your mailing or email address. You can update your account online at chase.com (under "Profile & Settings") or by calling the number listed on this statement.

**USA PATRIOT ACT.** The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open or maintain an account or effect any transactions for you.

**ASSETS** Subject to regulatory or other pre-agreed limitations all or any part of the securities in your account may have been used by us in securities financing transactions.

**INFORMATION AVAILABLE UPON REQUEST** The date and time of the transaction and the name of the person from whom the security was purchased, or to whom it was sold will be furnished upon request.

STATEMENT SUMMARY | BROKERAGE | **IMPORTANT INFORMATION**

For questions, please contact us using the information provided on the front of this statement

*Page 11 of 12*



This page is intentionally left blank

Page 12 of 12

9) the closing statements for Citi National Bank account; M&T bank accounts ending in x2433 and x3441, Metropolitan Commercial Bank accounts ending in x3617 and x3609, TD Bank account ending in x529, and Citibank accounts ending in x0330, x0669, x1370, x4852, and x8687;

RESPONSE:

*City National Bank:  I could not get an official closing statement for City National Bank, because when I called the bank last year, they had informed me that since it was an account that was never funded or operated within the first few months of opening, they closed it automatically with no further paperwork, so I am resubmitting the final statement that I did receive showing a $0 balance which was also submitted last year to Judge Parker and Plaintiff's counsel(attached below)*

M&T*:  See attached the 2 account closing statements*

Metropolitan Commercial Bank*:  Notice of Closing letter attached for this account which was never funded or operated.*

TD Bank*:   They did not issue a formal closing letter, but instead on their last statement stated the account was closed and charged off for $73.49. (attached below)*

Citibank:  *All of my accounts at Citibank, as well as my branch, have been closed for years.  I tried to get the closing statements at different branches since then, but the branches do not keep records bank that far back.  I have now found and contacted another source at the bank as a way to obtain them, and from that department I am awaiting progress on getting either the last statement or a closing letter, which I never received at the time the accounts were closed.*



# CITY NATIONAL BANK

AN RBC COMPANY

Page 1        (0)

Account #: 29679053

This statement: July 31, 2020
Last statement: July 07, 2020

Contact us:
800 773-7100

NY 6TH Avenue Banking Office
1140 6TH Avenue
New York, NY 10036

028
AARON ETRA
DBA AARON ETRA ESQ.
445 PARK AVE 9TH FL
NEW YORK NY 10022

EFFECTIVE JULY 1, 2020, WE HAVE CHANGED OUR FUNDS AVAILABILITY POLICY. WE HAVE INCREASED THE AMOUNT
WE MAKE CHECK DEPOSITS AVAILABLE FOR WITHDRAWAL IF LONGER DELAYS APPLY FROM $200 TO $225. IN ADDITION,
THE AMOUNT AVAILABLE FOR WITHDRAWAL ON EXCEPTION HOLDS FOR LARGE DEPOSITS AND NEW ACCOUNTS
INCREASED FROM $5,000 TO $5,525. SEE YOUR ACCOUNT AGREEMENT AND DISCLOSURES FOR MORE INFORMATION.

** Closed Account - Final Statement

## Business Checking

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 29679053 | Beginning balance  (7/7/2020) | | $0.00 |
| Minimum balance | $0.00 | | | |
| Average balance | $0.00 | Credits | = $0.00 | |
| Avg. collected balance | $0.00 | Debits | - $0.00 | |
| | | Ending balance  (7/31/2020) | | $0.00 |

** No activity this statement period **

Thank you for banking with NY 6TH Avenue Banking Office

**M&T** Bank

P O Box 873, Buffalo, NY 14240-0673

August 25, 2020



S-750-80576-0000018-001-1-000-000-000-000
AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Important information regarding
the closure of your M&T Bank
account relationship.

Re:  Important information regarding your M&T Bank account relationship ending in: -2433

**We regret to inform you that M&T Bank will no longer be able to conduct business with you concerning the referenced account(s) and service(s).** This decision will have a significant impact on one or more of your M&T accounts. Please review the grid below to determine the exact impact on your individual accounts.

Please note that M&T Bank is not required to elaborate further on its reason for exiting such relationship(s) with you. Additional calls and/or letters to M&T Bank from you inquiring about reasoning for closure will not result in further information.

| Type of account | |
|---|---|
| Checking, Savings or Money Market | If you have one or more **Checking, Savings or Money Market** accounts with us, we will close those account(s) on September 24, 2020, as permitted under the terms of the agreement governing those account(s). As a result: <br><br> o  Please make sure you have sufficient money in each account to cover any outstanding **checks** and fees with respect to that account. **DO NOT** write any additional checks – any checks drawn on these accounts and presented to us for payment as of September 24, 2020 will be returned unpaid. <br><br> o  Any **debit or ATM cards** you use to access these accounts will be canceled as of September 17, 2020 <br><br> o  Please make alternate arrangements for any **direct deposits or automatic debits** to or from these accounts. These transactions will not be accepted as of September 24, 2020 <br><br> o  Any money remaining in your accounts after all outstanding payments have been made, and any outstanding fees have been deducted, will be sent to you |

© 2017 M&T Bank  Member FDIC  DMA6145 (10/17)  **mtb.com**

RHC-020

## M&T Bank

P.O. Box 844 Buffalo, NY 14240
716 635 0210 or 855 718 6978
Legal Documents Processing

September 11, 2020

Aaron Etra, Esq
445 Park Ave 9 FL
New York, NY 10022-8632

Dear Aaron Etra, Esq:

M&T Bank has been served with a restraining notice from Benthos Master Fund, LTD. The document states you owe the sum of **$5,254,561.12**.

M&T Bank must comply with the legal provisions of this document and by law is required to freeze the following account(s) for the available balance in your account(s), not to exceed double the amount owed until further order from the courts:

M&T account ending in 3433

In addition, your account has been charged a Legal Document Processing fee in the amount of $0.00 for rendering this service as per the fee disclosure provided at the time of account opening.

Please note any funds in excess of the amount held are available for your use by check or withdrawal only. Your Visa Debit/ATM card and Web capabilities cannot be accessed while the hold is on the account.

If you have further questions regarding the information supplied or to resolve this matter, please contact the plaintiff **Kleinberg, Kaplan, Wolff & Cohen, P.C.** at **212-986-6000**.

Sincerely,
M&T Bank
Legal Documents Processing

LDP-04

99 Park Avenue          212-659-0600
4th Floor          *facsimile* 212-659-0610
New York, NY 10016    www.MetropolitanBankNY.com



January 2, 2019

## Notice of Account Closing

Aaron Etra
240 East 47th Street, Apt 12A
New York, NY 10017

RE: Accounts Ending 3617, 3609, 8078, 8051

Dear Mr. Etra,

We are writing this letter to inform you that Metropolitan Commercial Bank periodically reviews existing accounts/agreements to assess the suitability of the client relationship. Based on our recent review of your account with Metropolitan Commercial Bank, we have determined that we can no longer service your accounts referenced above.

Under the terms *Amendments and Termination* of the *All About Your Business Deposit Account Disclosure* your accounts ending in 3617, 3609, 8078, and 8051 will be closed on 01/14/2019. Once the accounts are closed, no further transactions of any type will be permitted. Metropolitan Commercial Bank will then issue and mail an Official Check for the total balance in your accounts.

Prior to 01/14/2019 we recommend that you cancel any automatic or recurring transactions that you may have set up for your accounts. If you have an active Debit card, it will also be deactivated upon account closure.

Thank you for your prompt attention to this request. We regret any inconvenience you may experience as a result of this action.

Sincerely,

Lizette Peralta
Branch Operations Manager
Lperalta@MCBankNY.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

1129-MTD0194M22520433257
AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Page:                         1 of 2
Statement Period:  Feb 24 2020-Feb 24 2020
Cust Ref #:           4316493529-631-0-###
Primary Account #:              431-6493529

**Debit Card International Transaction Fee**
In your previous deposit account statement we provided a notice of upcoming account changes. The information below corrects information related to the international transaction fee assessed for Debit Card transactions.

Effective after March 15, 2020 an international transaction fee for TD debit and ATM cards will be assessed when you use a non-TD ATM located outside the U.S. or make a purchase from a merchant outside the U.S. This fee applies whether you're physically located inside or outside the U.S.

**TD Premier Checking**
AARON ETRA                                                                  Account # 431-6493529

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | -73.49 | Average Collected Balance | 0.00 |
| Other Credits | 73.49 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 1 |

**DAILY ACCOUNT ACTIVITY**

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | CREDIT-ACCT CLOSED, OD Chargeoff | 73.49 |
| | ICH: PLS call our recovery dept at 800-354-9769 | |
| | Subtotal: | 73.49 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/23 | -73.49 | 02/24 | 0.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

10) all filed tax returns or communications with the IRS or New York State Department
of Taxation and Finance from August 1, 2018 through present;

*RESPONSE:   All tax returns for the years 2018 – 2021 and the IRS Form 2848 have
been supplied to Plaintiff's counsel last week, along with the extension for 2021.   The
2020 provided was a tax transcript as I lost the original filed return and was able to
get a Tax Transcript of the return:  See below attached the first page of each of the 4
tax years submitted to Plaintiff's counsel:*

COPY

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2018** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

Filing status: ☐ Single ☐ Married filing jointly ☒ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

KORALJKA TROSELJ

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| AARON | ETRA | 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 |

Your standard deduction: ☐ Someone can claim you as a dependent ☒ You were born before January 2, 1954 ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent ☐ Spouse was born before January 2, 1954 ☒ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind ☒ Spouse itemizes on a separate return or you were dual-status alien

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.) ☐ You ☐ Spouse |
|---|---|---|
| 240 EAST 47TH STREET | 12A | |

| City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6. | If more than four dependents, see inst. and ✓ here ▶ ☐ |
|---|---|
| NEW YORK        NY   10017 | |

Dependents (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | LEGAL | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | | | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: ☐ 3rd Party Designee |
|---|---|---|---|---|
| | | | | ☐ Self-employed |
| Firm's name ▶ | | | Phone no. | |
| Firm's address ▶ | | | | |

KIA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form 1040 (2018)

COPY

# 1040-SR

Department of the Treasury—Internal Revenue Service (99)

**U.S. Tax Return for Seniors**

2019

OMB No. 1545-0074

IRS Use Only—Do not write or staple in this space.

**Filing Status**

Check only one box.

☐ Single  ☐ Married filing jointly  ☒ Married filing separately (MFS)

☐ Head of household (HOH)  ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶ KORALJKA TROSELJ

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| AARON | ETRA | 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 |

If joint return, spouse's first name and middle initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.
240 EAST 47TH STREET | Apt. no. 12A

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
NEW YORK  NY  10017

Foreign country name | Foreign province/state/county | Foreign postal code

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

More than four dependents? See inst. and ✓ here ▶ ☐

**Standard Deduction**

Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☒ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**

**You:** ☒ Were born before January 2, 1955  ☐ Are blind
**Spouse:** ☐ Was born before January 2, 1955  ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): |
|---|---|---|---|
| | | | Child tax credit / Credit for other dependents |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |

| | | | | | |
|---|---|---|---|---|---|
| Attach Schedule B if required. | **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | 0 |
| | **2a** | Tax-exempt interest .... 2a | 0 | **b** Taxable interest .... | **2b** | 300 |
| | **3a** | Qualified dividends .... 3a | 159 | **b** Ordinary dividends .... | **3b** | 835 |
| | **4a** | IRA distributions .... 4a | | **b** Taxable amount .... | **4b** | 0 |
| | **c** | Pensions and annuities . 4c | | **d** Taxable amount .... | **4d** | 0 |
| | **5a** | Social security benefits . 5a | 22,179 | **b** Taxable amount .... | **5b** | 5,295 |
| | **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here . ▶ ☒ | | **6** | 2 |
| | **7a** | Other income from Schedule 1, line 9 ......... | | **7a** | -5,997 |
| | **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ...... ▶ | | **7b** | 437 |
| | **8a** | Adjustments to income from Schedule 1, line 22 ......... | | **8a** | 0 |
| | **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** ...... ▶ | | **8b** | 437 |

**Standard Deduction**
See Standard Deduction Chart below.

| | | | | |
|---|---|---|---|---|
| **9** | Standard deduction or itemized deductions (from Schedule A) | **9** | 262 | |
| **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A | **10** | 1 | |
| **11a** | Add lines 9 and 10 ......... | | **11a** | 263 |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- .... | | **11b** | 174 |

**Standard Deduction Chart**

Add the number of boxes checked in the "Age/Blindness" section of Standard Deduction .......... ▶ 1

| IF your filing status is... | AND the number of boxes checked is... | THEN your standard deduction is... | IF your filing status is... | AND the number of boxes checked is... | THEN your standard deduction is... |
|---|---|---|---|---|---|
| Single | 1 | 13,850 | Head of household | 1 | 20,000 |
| | 2 | 15,500 | | 2 | 21,650 |
| Married filing jointly or Qualifying widow(er) | 1 | 25,700 | Married filing separately | 1 | 13,500 |
| | 2 | 27,000 | | 2 | 14,800 |
| | 3 | 28,300 | | 3 | 16,100 |
| | 4 | 29,600 | | 4 | 17,400 |

*Don't use this chart if someone can claim you (or your spouse if filing jointly) as a dependent, if your spouse itemizes on a separate return, or you were a dual-status alien. Instead, see instructions.


# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 07-06-2022
Response Date: 07-06-2022
Tracking Number: 102365847037
Customer File Number: 11183965

Tax Return Transcript

SSN Provided: XXX-XX-1294
Tax Period Ending: Dec. 31, 2020

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable. They do not show subsequent
activity on the account.

SSN: XXX-XX-1294
SPOUSE SSN: XXX-XX-0173

NAME(S) SHOWN ON RETURN: AARO BTR

ADDRESS: 240 E

FILING STATUS:                                      Married Filing Separate
FORM NUMBER:                                                           1040
CYCLE POSTED:                                                     20214504
RECEIVED DATE:                                                  Oct.15, 2021
REMITTANCE:                                                          $0.00
EXEMPTION NUMBER:                                                         1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PTIN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC...................................................$0.00
TAXABLE INTEREST INCOME: SCH B:..............................................$0.00
TAX-EXEMPT INTEREST:.........................................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:...........................................$200.00
QUALIFIED DIVIDENDS:.........................................................$0.00
REFUNDS OF STATE/LOCAL TAXES:................................................$0.00
ALIMONY RECEIVED:...........................................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):........................................$0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:.................................$0.00
CAPITAL GAIN OR LOSS: (Schedule D):.........................................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:...................................$0.00
OTHER GAINS OR LOSSES (Form 4797):..........................................$0.00
TOTAL IRA DISTRIBUTIONS:.....................................................$0.00
TAXABLE IRA DISTRIBUTIONS:...................................................$0.00
TOTAL PENSIONS AND ANNUITIES:................................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:..............................................$0.00
ADDITIONAL INCOME:..........................................................$0.00
ADDITIONAL INCOME PER COMPUTER:..............................................$0.00
REFUNDABLE CREDITS PER COMPUTER:.............................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:....................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.........................................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):................................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:...................$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:.......................................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:.......................................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:.................................$0.00
FARM INCOME OR LOSS (Schedule F):............................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:...............................$0.00
UNEMPLOYMENT COMPENSATION:...............................................$14,000.00
TOTAL SOCIAL SECURITY BENEFITS:..........................................$6,035.00
TAXABLE SOCIAL SECURITY BENEFITS:........................................$6,035.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:...........................$6,035.00
OTHER INCOME:...............................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:.........................................$0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:.....................................$0.00
SCH EIC DISQUALIFIED INC COMPUTER:...........................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.........................................$0.00
F8995 QUALIFIED BUSINESS INCOME DEDUCTION COMPUTER:..........................$0.00
PRIMARY ECONOMIC IMPACT PAYMENT:.........................................$1,200.00



COPY

IRS Account


An official website of the United States government
Here's how you know ⌄

## IRS

MENU

# Welcome AARON ETRA

## Account Status

 **You Have an Extension to File Your 2021 Tax Return**

We have not processed this tax return yet. If you've already filed, processing usually takes 21 days (electronic returns) or six weeks (paper returns).

If you still need to file, submit your tax return by **October 17, 2022.** An extension of time to file is not an extension of time to pay any tax owed. Taxes must be paid in full by April 18, 2022 (April 19, 2022 if you live in Maine or Massachusetts), otherwise you may be subject to late payment penalty and interest. If you've been affected by a recent disaster, learn about the most recent tax relief provisions ☑ to know your options.

Read less

View Balance Details

# Payments

MAKE A PAYMENT

https://sa.www4.irs.gov/ola/

1/2

11) proof of all funds Etra has received from any closed bank accounts, including HSBC

account ending in x6509, by check or otherwise, from August 2020 to the present;

RESPONSE:  *HSBC had already provided a check for account x6509 in June 2020, a copy of which was already provided to Judge Parker.  See below HSBC letter dated June 2020 confirming what funds  they sent to me when they closed the  accounts.*



June 22. 2020

AARON ETRA, ESQ. ATTORNEY
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Subject: Account(s) ending in 6509, 6401 & 6410

Dear Aaron Etra,

We recently notified you that we would be closing the above mentioned account(s) according to our Rules for Consumer Deposit Accounts. Enclosed is an official check #500580446 in the amount of $2,732.56 an official check #500580447 in the amount of $5,402.19 and an official check #500580448 in the amount of $193.43.

If you have any questions about the account(s), please contact us at 866.846.2147

Sincerely.

HSBC Bank USA, National Association

HSBC
PO Box 4589
Buffalo, NY 14240

# SBERBANK

Oldalszám: BCZ *20 NOV 18 13:20

## SEPA ÁTUTALÁSI MEGBÍZÁS
### SEPA PAYMENT ORDER

Kitöltési segédlet az ügyfél példányának hátoldalán található.

| Speciális utasítások (ha eltér a normálistól): | ☐ Egyedi árfolyammal (EUR 20.000 felett) | Indítás napja |
| Specific instructions (if differ as normal): | With special exchange rate (not less than EUR 20.000) | Starting date |

## MEGBÍZÓ ADATAI / ORDERING CUSTOMER'S DATA

**Név\*** / Name\*

**Megbízó azonosítója** / Ordering customer ID

**Ügyintéző** / Contact person — **Telefon** / Phone

**Terhelendő számla száma\*** / A/C No. to be debited\*
HU GL — 1 1 7 0 0 2 3 — 2 0 8 8 1 A 0 0 — 1 3 a 5 6 7 9 2

**Utalandó deviza** / Payment currency: E U R

**A megbízás összege az átutalás devizanemében\*\*** / Amount in the currency of the payment\*\*

**A megbízás összege a terhelendő számla devizanemében\*\*** / Amount in the currency of the account\*\*

**Összeg betűvel\*** / Amount in words\*

**Tényleges fizető** / Ultimate debtor

**Tényleges fizető azonosítója** / Ultimate debtor ID

## KEDVEZMÉNYEZETT ADATAI / BENEFICIARY'S DATA

**Név\*** / Name\*

**Partner azonosítója** / Beneficiary ID

**Cím\*** / Address\*

**Számlaszám/IBAN\*** / Account No./IBAN\*

**Tényleges kedvezményezett** / Ultimate beneficiary

**Tényleges kedvezményezett azonosítója** / Ultimate beneficiary ID

## KEDVEZMÉNYEZETT BANKJA / BENEFICIARY'S BANK

**SWIFT/BIC kód** / SWIFT/BIC Code

**Közlemény** / Details of payment

☐ Igazolást kérünk a teljesítésről. Fax szám/e-mail:
Issuing a Certificate is requested. Fax No./E-mail:

☒ Külföldi bankköltség a kedvezményezetten **SHA**
Foreign bank charge on beneficiary **SHA**

☐ Partnerek közötti egyedi azonosító EndToEnd ID

Dátum\* / Date\*

Banknál bejelentett aláírás\* / Authorized signature(s)\*

Büntetőjogi felelősségünk tudatában kijelentjük, hogy a vonatkozó devizajogszabályokat ismerjük és a devizát a devizagazdálkodási szabályoknak megfelelően igényeljük és használjuk fel. / Under penalties of perjury I hereby declare that I am acquainted with the relevant foreign exchange legislation. I shall use the foreign currency amount in accordance with the rules concerning foreign exchange control.

| Átvétel visszaigazolása | Aláírás(ok) rendben | Fedezet rendben | A devizaátutalás teljesítésének egyéb feltételeit és részletes szabályait a Bank hatályos |
| Payment order received | Signature(s) verified | Cover secured | üzletszabályzatai tartalmazzák és azok jelen megbízásnak elválaszthatatlan részét képezik. |
| | | | Other rules and conditions concerning the execution of the present transaction are detailed in Business Rules of the Bank and they are integral part of this Order. |

\* Mező kitöltése kötelező! / Field mandatory!
\*\* Két összeg mező közül csak az egyiket kell kitölteni! / Only one field must be completed.

12) current contact information, specifically: current residential street address, current

telephone number (cell and landline), and current email address, for Koraljka Troselj;

and

RESPONSE:  *This information to be sent directly to Your Honor.*

13) all documents that Mr. Etra has heretofore withheld as "privileged" that are

responsive to Petitioner's previously-served subpoena duces tecum for all "escrow

agent agreements entered into" by Mr. Etra and "All documents concerning [Mr.

Etra's] banking records" including, but not limited to, "credit applications and records

and statements for any checking, savings, money market, certificate of deposit,

investments, bonds, retirement accounts, safety deposit boxes or any other financial

assets maintained with any banking or financial firm or institution, whether in [Mr.

Etra's] name individually, jointly, in trust, as custodian, as nominee, as a beneficiary

or in conjunction with any other person or persons", Subpoena Duces Tecum, Dkt.

60-1, Requests Nos. 32 and 49;

RESPONSE:  *Already submitted to Plaintiff's counsel and the three prior Judges or*
*in this submission was this information and including that I have no other savings,*
*money market, certificates of deposit, investments, retirement accounts, safety deposit*
*boxes or financial assets. I request to be able to discuss with Your Honor in camera*
*matters regarding any information regarding clients' funds and other elements here.*

Dated:  July 11, 2022
          New York, NY

                                              Respectfully submitted,

                                              _____
                                              Aaron Etra, respondent, *pro se*
                                              240 East 47th Street
                                              New York, NY 10017
                                              (917) 856-3500