Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500
Aaron@etra.com

(Via Temporary Pro Se Office)

Judge Valerie Caproni
U.S. District Court for Southern District of New York
500 Pearl Street
New York, NY 10007

July 11, 2022

Re: Benthos v. Etra 20 cv 3384 Order to Show Cause of July 7, 2022

Dear Judge Caproni,

I am literally at my last ounce of strength in sending attached this final item of my compliant response and objection to 12) of your Order to Show Cause of July 7, 2022.

Asking me for contact information for Koraljka Troselj is asking me to be complicit in giving Mr. Popofsky details of another innocent person to attack, harass, traumatize and injure, with no legitimate basis for doing so. His record is 100%.

It is bad enough that Mr. Popofsky continually disparages me with unfounded characterizations, misquotes from statements of your fellow judges (e.g. always the same totally wrong context quote from Judge Batts) and engages in nastiness (maybe unethical, libel and slander) whenever he can and however inappropriate and counterproductive to achieving something positive for his client rather than. only more injury to me and more legal fees for himself. My career in public and private service and practice, teaching and civil society work speaks for itself and I have shared with Your Honor the true facts in this case which Mr. Popofsky did not let into the one party arbitration that resulted in the judgment and the ruthless and fruitless enforcement action thereafter.

Mr. Popofsky attacked a young nephew of my then just deceased California-based brother. The kid was totally shocked as he knows nothing about my work and had to get a lawyer to extract himself, an expense and trauma he had no reason to have to incur.

Mr. Popofsky also attacked Mr. Mel Dussel, a long time business friend who only wants to do good for someone he knows is totally innocent. After Mr. Dussel provided his letter to that effect to the Court, he was hounded and threatened by phone and in writing (with yet another Subpoena that Mr. Popopfsky so likes to issue).

Koraljks Troselj is a cancer researcher in Zagreb, Croatia. She is a government employee of the Ministry of Science. She has lived there and me in New York since 2008. She has had no connection whatsoever to the Benthos matter or to any funds relating thereto. She can add nothing to Mr. Popofsky's impossible quest to connect me with the Benthos funds-as I have no connection to them- or to a mother lode of my own money or assets- as it does not and has never existed. However, Mr. Popofsky's attacking her can cause more injury. That innocent lady will not believe that American justice lets predatory behavior be done by American lawyers on innocent and distant persons. I hate to think what trauma and other consequences will come if Mr. Popofsky is allowed, let alone enabled, to do this additional attack.

So, I respectfully object to Mr. Popofsky getting any information from me or Your Honor for yet another one of his misguided, pointless and inhumane assaults. That would not be due process, ethical or just.

Respectfully submitted,

Aaron Etra

Koraljka Troselj
Kuslanova at Maximirska
Zagreb, 10 000
Croatia
(385)14680094
(385)12304652
koraljkatro@gmail.com