UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/18/22
```

BENTHOS MASTER FUND, LTD.,

                  Petitioner,

-against-

AARON ETRA,

                  Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS this case was referred to Magistrate Judge Parker for general pre-trial issues, *see* Am. Referral Order, Dkt. 62;

    IT IS HEREBY ORDERED that the reference to Magistrate Judge Parker is withdrawn, and the case shall proceed before the Undersigned.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this order to Mr. Etra.

**SO ORDERED.**

Date: July 18, 2022
New York, NY

                                                *_____*
                                           **VALERIE CAPRONI**
                                         **United States District Judge**