```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                       Petitioner,

    -against-

AARON ETRA,

                       Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that, pursuant to Electronic Case Filing Rule 2.2 for the U.S. District Court for the Southern District of New York, Respondent Aaron Etra must register as a Filing User in the ECF system for the purposes of the above-captioned action not later than **July 22, 2022**. Mr. Etra may locate the relevant paperwork at https://www.nysd.uscourts.gov/electronic-case-filing. If Mr. Etra has difficulty registering on ECF, he should contact the *Pro Se* Office.

      IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this order to Mr. Etra.

**SO ORDERED.**

**Date: July 18, 2022**
**New York, NY**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**