UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**BENTHOS MASTER FUND, LTD.,**

                  Petitioner

      - against -

**AARON ETRA,**

                  Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Alisa Benintendi of Kleinberg, Kaplan, Wolff & Cohen, P.C., 500 Fifth Avenue, New York, New York 10110, hereby appears in this action as counsel of record for petitioner Benthos Master Fund, Ltd., and demands that copies of all pleadings, notices and other papers in this action be served upon the undersigned.

Dated:    July 25, 2022

                                            **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

                                            By:    */s/ Alisa Benintendi*
                                                      Alisa Benintendi

                                            500 Fifth Avenue
                                            New York, New York 10110
                                            Telephone:  (212) 986-6000
                                            Facsimile:  (212) 986-8866
                                            Email:     ABenintendi@kkwc.com

                                            *Attorneys for Benthos Master Fund, Ltd.*