**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/22

| | |
|---|---|
| **From:** | Aaron Etra |
| **To:** | Caproni NYSD chambers; Alisa Benintendi |
| **Cc:** | aaronetra@gmail.com; Steven Popofsky |
| **Subject:** | Re: Benthos v. Etra, 20-cv-3384 |
| **Date:** | Tuesday, July 26, 2022 3:44:48 PM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Dear Ms. Bernsteinb,

I have a series of medical treatments and testing proposed for the week of August 1st. My conditions already documented to the Court were further affected by the hearing and custody of July 13th.

As well, I am a one person pro se defendant without resources, including to hire counsel (as I have conveyed already to Judge Parker) and Ihave in fact complied with Judge Caproni's Orders. I do need time to respond to the Plaintiff's latest submissions.

I respectfully request that the hearing be during the August 9-12 second period that Benthos counsel has indicated availability. Thank you for the Court's understanding.

Respectfully submitted,

Aaron Etra
917-856-3500

**From:** Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov>
**Date:** Tuesday, July 26, 2022 at 11:18 AM
**To:** Alisa Benintendi <abenintendi@kkwc.com>
**Cc:** Aaron Etra <aaron@etra.com>, aaronetra@gmail.com <aaronetra@gmail.com>, Steven Popofsky <SPopofsky@kkwc.com>
**Subject:** RE: Benthos v. Etra, 20-cv-3384

Counsel and Mr. Etra,

Please see the attached order from Judge Caproni, which will be filed on the Docket shortly.

Thanks,
Dani

Danielle Bernstein
Law Clerk to the Honorable Valerie Caproni
United States District Court for the Southern District of New York
40 Foley Square | New York, New York 10007

**From:** Alisa Benintendi <abenintendi@kkwc.com>
**Sent:** Tuesday, July 26, 2022 9:47 AM
**To:** Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov>
**Cc:** Aaron Etra <aaron@etra.com>; aaronetra@gmail.com; Steven Popofsky <SPopofsky@kkwc.com>
**Subject:** Benthos v. Etra, 20-cv-3384

**CAUTION - EXTERNAL:**

Dear Judge Caproni:

    I am the lawyer for Benthos who intended to attend the hearing in the above matter scheduled for Thursday, July 28 (Mr. Popofsky is traveling and unavailable). ██████████████████████████████████, and therefore need to respectfully request an adjournment of the in-person hearing. I, or (████████████████████████████) another lawyer in our firm, who also is currently traveling, can be available at the Court's convenience on August 2-5 (or August 9-12). We thank Your Honor and apologize for the inconvenience.

Respectfully,
Alisa Benintendi

**ALISA BENINTENDI**
D 212.880.9871   |   ABENINTENDI@KKWC.COM
F 212.986.8866   |

**KLEINBERG KAPLAN**

**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
500 Fifth Avenue, New York, NY 10110
kkwc.com   |   Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Application DENIED. The Court previously informed Respondent that he must not submit letter requests to the Court via email. *See* Dkt. 126. Respondent must submit his request on ECF in order for the Court to consider it; the Court reminds him, once again, that he has been ordered to register on ECF. *See* Dkts. 134, 27. Respondent is also cautioned that any request for an adjournment will be denied unless the reason for the request is accompanied by third-party documentation.

Should Respondent fail to appear at the hearing currently scheduled for August 2, 2022, at 10:30 a.m., or, if the hearing is adjourned, at whatever time the Court sets for that hearing, a warrant for his arrest will issue.

The Clerk of Court is respectfully directed to mail a copy of this order to Respondent.

SO ORDERED.

*[signature]* 7/26/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE