**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/27/22
```

| | |
|---|---|
| **From:** | Aaron Etra |
| **To:** | Caproni NYSD chambers |
| **Subject:** | FW: PACER Registration Status |
| **Date:** | Wednesday, July 27, 2022 9:30:05 AM |
| **Attachments:** | Medical Advisory of July 7. 2022.pdf |

**CAUTION - EXTERNAL:**

Ms. Bernstein,

Please see below that I applied for ECF registration but it cannot be activated until I receive the token and other material ,which has yet to be delivered. As well, I am not a litigator and have no assistance in operating these systems and ask the Court's appreciation of my limited abilities in accepting my continuing utilization of the Temporary Pro Se Office.

As well, Plaintiff's counsel (Alisa Benintendi) and you exchanged messages via email and I believed that I had the right to do the same regarding the very timely issues in question.

Plaintiff's counsel asked for rescheduling by simple request. I was not consulted before it was granted, again by email. I believe that I have the same right on the same basis, especially in agreeing to the second set of dates said also to be convenient to Plaintiff's counsel, by which time I will have had a reasonable opportunity to be able to provide the facts on my compliance and reply to all Plaintiff's counsel has submitted . Please find attached the document on my health which has further deteriorated, including as a result of the July 13th hearing and being held in custody and handcuffs during three hours, and I will not get another until I next appear at the hospital.

Once again, I very respectfully request a hearing date within the 9-12 August period that is mutually convenient with Plaintiff. As the Court has now seen in person, I am an 81 year old in fragile health. I live alone, have had no litigation experience and have not and cannot afford private counsel to reply to the submissions of Plaintiff's law firm that has two partners and paralegals preparing them. I believe that my request is reasonable and appropriate and consistent with the needs of Plaintiff.

Respectfully submitted,

Aaron Etra
917-856-3500

---

**From:** pacer@psc.uscourts.gov <pacer@psc.uscourts.gov>
**Date:** Thursday, July 21, 2022 at 4:48 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** PACER Registration Status

Account #:  7180872

Status : Activation Required

Aaron Etra

445 Park Avenue

9th Floor

Nedw York, NY 10022

917-856-3500

Although you have a PACER account, your search privileges are not activated. Your authentication token will be delivered by U.S. mail in 7 to 10 business days. Activation instructions are provided in the letter you receive.  You may log in and perform other activities (e.g., e-file, request filing privileges), but you will not be able to perform a search until your privileges have been enabled.  If you want to receive instant access to PACER search privileges, log in to Manage My Account at https://urldefense.proofpoint.com/v2/url?u=https-3A__www.pacer.gov_pscof_manage_maint.jsf&d=DwIFAQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=9-g03boNIYDTa8XTWdsXCA&m=yTHJkMGkz95DdDwL0zSvO0IDiG84nxx7xkgDQXZejaA&s=o7gkAzZuvFCNbU9upZ_aA1anX_TnU708Y4edylG5n0k&e=. Select Activate Case Search Privileges. Click the link in the instructions and provide your credit card information. If the card is validated, your privileges will be activated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

The Court acknowledges that Mr. Etra applied for ECF registration before the Court-ordered deadline, *see* Dkt. 134, and notes that the email he has attached to his correspondence suggests he is currently able to e-file and request filing privileges.  The Court directs Mr. Etra to call the ECF Help Desk at (212) 805-0800 to help him file a Notice of Appearance on the Docket.

Because Respondent has not filed a Notice of Appearance, the Court has emailed him its orders in addition to requesting that the Clerk of Court mail them.  Regardless of the Court's method of communication or how Petitioner communicates with the Court, the Court's July 7, 2022 order made clear that Respondent must refrain from submitting letter requests via email.  *See* Dkt. 126.

Finally, Respondent's request to adjourn the hearing is DENIED.

The Clerk of Court is respectfully directed to mail a copy of this order to Respondent.

SO ORDERED.

7/27/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE