

Steven R. Popofsky  
*E-Mail: spopofsky@kkwc.com*  
*Direct Dial: 212.880.9882*

July 28, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

  Petitioner in the above matter is hereby filing the spreadsheet directed by the Court on July 26th (Dkt. 137), "with columns organized by what items Respondent was ordered to produce pursuant to the July 14, 2022 order [Dkt. 132], what items Petitioner received, and what items Petitioner did not receive but believes exist or are in Respondent's possession." For the Court's convenience, we are also e-mailing Excel and Word versions of the spreadsheet directly to Your Honor.

  We thank Your Honor for your continued attention to this matter.

              Respectfully submitted,

              Steven R. Popofsky

Enclosures

cc: Joshua K. Bromberg
   Aaron Etra (via e-mail and ECF)