Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500   Email: aaron@etra.com

((Via pro se office}
Hon. Valerie Caproni
United States District Court
Southern District of New York
401 Foley Square Room 240
New York, NY 10007

July 31, 2022

Re: Benthos Master Fund, Ltd. v. Aaron Etra, 20-Civ-3384 (VEC)

Dear Judge Caproni:

This letter is in response to Petitioner's letter of July 25, 2022 and a spreadsheet, "with columns organized by what items Respondent was ordered to produce pursuant to the July 14, 2022 order [Dkt. 132], what items Petitioner received, and what items Petitioner did not receive but believes exist or are in Respondent's possession". That spreadsheet was to be produced by Petitioner by July 27th to comply with the Court's Order, but was late, and only was received on July 28th, leaving Respondent, who has no legal assistance, only one working or banking day to deal with it, when said spreadsheet was the culmination of numerous submissions with hundreds of pages of documents, and Respondent would have welcomed the extra time to respond.

You will find below Respondent's further input in addition to the many hundreds of pages of documents and bank statements which have already been produced during four years to four judges, and/or updated responses and/or updated documents to each of Petitioner's latest list containing 17 items.   The Responses are numbered with the matching number to match Petitioner's Requests.

I would like the Court to note that as to Pacer, although I did sign up for Pacer in a timely manner as the Court already noted and have checked with those responsible, I am still awaiting the material they are to send me by mail to activate my account, which they stated would take up to 10 business days, and as of Saturday, July 30th, was not received. I am not a litigator and need to rely via the Pro Se office.

With the fullest respect for the Court, Petitioner has been trying for four years to prove the impossible. Respondent has received or hidden no Benthos funds. He has only minimal assets and income on which an 81 year old in frail health can live, especially after the physical deterioration and economic hardship resulting from Petitioner's relentless action in closing or freezing his accounts and tarnishing his professional reputation by unfounded allegations of wrongdoing.

I am not a crook who stole $4.6 million. That person would not be in my condition, as a pro se defendant unable to afford counsel before this Court, and he would not still be committed to finding a settlement for Benthos. Settlement is the only honorable end to this unfortunate matter, not the incarceration and severe penalization of an innocent services provider in fragile health, with respect to closed accounts about which Petitioner for years has had knowledge and the opportunity to itself deal with.

Respectfully submitted,

Aaron Etra

PETITIONER'S 17 REQUESTS with RESPONDENT'S COMMENTS/UPDATES/DOCUMENTS:

1. By their terms, the escrow arrangements are only for a term of 12 months. After that they terminate and no documents are retained. If funds are received and no transaction takes place, all funds are sent as instructed by the clients. The Response to Petitioner reflected these facts. These arrangements are also stated to be confidential and this commitment to clients as well as privilege deserves to be respected, and should not have be disseminated as Petitioner seems to have done.

2. Respondent submits the September 2021 statement for Piermont IOLTA account ending in 2292, to replace the September 2021 statement for Piermont for account ending in 0362, which Respondent inadvertently submitted, and thanks Petitioner for retracting his statement in which he wrote mistakenly in Dkt. 136 at p5 that "In September 2021 [Mr. Etra] appears to have received a Social Security payment into his IOLA account".   {see September 2021 #2292 statement}. Of course, Respondent did NOT do as Petitioner had claimed, in yet another unfounded allegation.

**Piermont Bank**

4 Bryant Park
3rd Floor
New York, NY 10018

RETURN SERVICE REQUESTED

AARON ETRA ESQ, IOLA ACCOUNT
AARON ETRA
445 PARK AVE FL 9
NEW YORK NY 10022-8606

*Statement Ending 09/30/2021*

Page 1 of 2

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 💻 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| IOLA | 2292 | $50.02 |

## IOLA-2292

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Beginning Balance | $500.04 |
| | 1 Credit(s) This Period | $0.02 |
| | 2 Debit(s) This Period | $450.04 |
| 09/30/2021 | Ending Balance | $50.02 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.06% |
| Interest Days | 30 |
| Interest Earned | $0.02 |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.93 |
| Average Available Balance | $380.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01/2021 | **Beginning Balance** | | | **$500.04** |
| 09/01/2021 | TRANSFER TO Internal Account ACCOUNT XXXXXX0130 | $0.04 | | $500.00 |
| 09/23/2021 | BUSINESS INTERNET TRANSFER TO XXXXXX2060 ON 9/23/21 AT 23:26 | $450.00 | | $50.00 |
| 09/30/2021 | INTEREST | | $0.02 | $50.02 |
| 09/30/2021 | **Ending Balance** | | | **$50.02** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01/2021 | $500.00 | 09/23/2021 | $50.00 | 09/30/2021 | $50.02 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $5.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**Piermont Bank**

*Statement Ending 09/30/2021*

Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must here from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 buisness days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements may be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

**NOTE:** Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

*Note:*
*Clients on Account Analysis must examine the Analysis Statement and report to Bank any claim for credit of refund within 60 days after Bank makes the statement available. If Bank does not receive notice of error or discrepancy within this time frame, items on the statement will be deemed to be correct.*

3.   No Piermont statements containing social security payments exist for periods prior to July 1, 2021.

4.   Petitioner stated that Respondent's sworn statement of July 15, 2022 was received but "false".   That is certainly not correct.  In Respondent's Sworn Statement, he affirmed under the penalty of perjury, that "the documents ordered to be produced by Friday July 15, 2022 contained in the July 13th, 2022 order of Judge Caproni, have been produced *as required as set forth in today's responses*." That is the only factual and correct response possible.

For each and every item requested of Respondent by Petitioner, Respondent either submitted the corresponding documents he had in his possession, many of which were previously submitted to Judge Parker in November 2021, and for those bank documents that he was missing, he either submitted the missing statements if they were in his possession, or requested them from that particular bank with a clear Response Statement, if applicable, as to what was being submitted and/or what the issue was if it was not being submitted at that time, such as with certain accounts at HSBC and Citibank, where Respondent has been continually watching his daily mail for the correspondence that he continuously was requesting from them, as explained in greater details in the separate Responses to each of petitioner's questions clearly outlined in that day's responses [July 15th]   Additionally, Respondent answered  information questions either with that information, or by submitting a statement that he would produce it in court in camera, which was done to Judge Parker and Your Honor.

5. As to Petitioner's Request #5, Petitioner doubts the amount of assets/Investments

      owned by Respondent, and that he cannot "identify such responsive documents that may exist but have not been produced". The reality is that Petitioner's efficient three partners plus others legal team has not found otherwise in their four year investigation of Respondent, during which they found my various bank accounts and either had them frozen and closed back in 2019, obtaining information even before they subpoenaed me to produce them. My sworn statement added to the Petitioner's research and the extensive disclosure I have provided, surely must be accepted as the sad truth about Respondent's financial picture.

5A.   Respondent was asked for the account in which the Social Security payments were made prior to July 1, 2021, before the checks went to Piermont Bank.   Respondent submitted in his Response a narrative as Petitioner stated, saying that he believed that it was from a Citibank account [one that he did not have any statements for in his possession], and believes that it was closed, as all Citibank accounts were, when Petitioner subpoenaed Citibank, and that is why he went to Piermont.  This account information for Petitioner has been requested twice from Citibank, as Respondent cannot find any statements for that account, nor does he have a closing statement from Citibank for that account, and he will continue to monitor any Citibank response and will send it immediately to Petitioner as soon as he receives it. It is also possible the Petitioner itself has had that information already from Citibank in conjunction with their action when they caused Citibank to close ALL my accounts.

6.   Petitioner's request for HSBC x9990 bank statements:   This is one of the HSBC accounts that I did not have in my possession, and for which I had to contact HSBC to acquire, which has been long done.   The problem, as described in my narrative

statement to Petitioner, was that since my HSBC accounts were closed as a result of Petitioner's legal action to HSBC several years ago, the relevant part of HSBC has been acquired by and/or become a part of, Citizen's Bank, and has closed most of the New York branches, or has Citizen's Bank in the same locations..  I did contact Citizen's Bank for any information and could get no information at all, and finally was put in touch with the back office number at HSBC to contact for old HSBC records, closed accounts, etc., which I did and made the request.  They told me that they would be sent to me by mail as soon as they located them and processed the paperwork.  I have continually followed up, and they continue to tell me that they will come in the mail, but as of yesterday, the only ones that came were for the accounts ending in 6410 and 6100, one of which I had for the same dates, and the other I submitted to Petitioner on July 15th.  I continue to watch for the rest.

7. Petitioner's request for HSBC x6096 bank statements:  The same factually correct response from as #6 above.

8. Petitioner's request for HSBC x6100 bank statements:  Most statements for 6100 were in my possession and submitted to Petitioner, and the gaps mentioned by Petitioner are not in my possession and have already been requested along with all the other closed accounts from HSBC.

9. Petitioner's request for HSBC x7955 bank statements:  Once again, this is among the closed HSBC accounts that was requested in the package of HSBC accounts and not yet received from HSBC.

10. Petitioner's request for HSBC x6401 statement showing the closing of the account: When HSBC closed the account, they gave me a closing statement for both x6401 and

x6410 in the same closing letter. This was submitted to Judge Parker and again in a package to both Your Honor and to Petitioner. The bank statements that were already submitted were in my possession, and the missing ones have already been ordered from HSBC and not yet received. Below is the closing statement again for x6401 and x6410.



HSBC Bank USA, N.A.
452 Fifth Avenue
New York, NY 10018
T. +1 877.472.2249
www.business.us.hsbc.com

May 20, 2020

AARON ETRA, ESQ. ATTORNEY
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

**Subject: Termination of AARON ETRA ESQ. ATTORNEY Commercial Banking Relationship with HSBC Bank USA, N.A. and Account Closure of deposit account(s) ending in 6401 & 6410**

Dear Aaron Etra,

As part of our standard review of business lines and relationships, and in accordance with the terms and conditions governing your commercial deposit accounts and related banking services, HSBC Bank USA, N.A. has made a business decision to discontinue our commercial banking relationship with Aaron Etra and to close the above-referenced Account(s) and terminate any banking services related to the Accounts(s). We understand the inconvenience this decision may cause. Please know we can assist you to ensure a smooth transition to another financial services provider.

This letter serves as written notice of the closure of the Account(s) and such related banking services effective as of 06/19/2020. Please transition the Account(s) to another financial institution of your choice by 06/19/2020.

You may close the Account(s) any time before 06/19/2020. The following options are available:
1) **Internet:** If you have HSBCnet, access the Account(s) by logging on to HSBCnet and select the "Transfer" option; then "Wire Transfer" and follow the instructions provided.
2) **Check:** You may withdraw the balance in the Account(s) by check. Please ensure that any check issued will clear prior to 06/19/2020, as checks presented after this date will be returned, "Account Closed".

If the Account(s) are not closed by 06/19/2020, an Official Check payable in U.S. Dollars will be sent to you at the above address. Until 06/19/2020, we will continue to honor our existing deposit account and account-related service obligations with respect to the Account(s) and any related banking services, and in that regard all of our respective rights and obligations, if any, outstanding at the time of closure of the Account(s) and termination of any related banking services, shall survive closure and termination until performed or otherwise discharged.

If you have any questions, please contact your Relationship Manager or call the Business Customer Service Center at **877.472.2249.** If you're calling from outside the U.S. or Canada, call **716.841.7855.** Representatives are available Monday through Sunday, 8am to 11pm ET.

We regret any inconvenience this may cause.

HSBC Bank USA N.A.

¹This letter serves as formal notice of account closure and account-related service termination by HSBC BANK USA, N.A. We reserve all rights under the agreements governing your account(s) and related services and under applicable law.

11. Petitioner's request for HSBC x6410 statement showing the closing of the account: Once again, as commented in 10 above, both closing statements are in the same HSBC letter. See above. And the missing statements for the period requested by Petitioner has been requested in the HSBC package of requested accounts, and the response is being awaited by mail. The $207.88 balance from the final statement was I believe in the cumulative final payments I received from HSBC bank several years ago when they closed all my accounts, and that statement showing those closeout payments was already submitted to Judge Parker, Your Honor and to Petitioner.

12. Petitioner's request for HSBC x6509 bank statements: Once again, this closed account was on the list of requested accounts from HSBC and has not yet been received, and none of the bank statements for this account were in Respondent's possession. .

13. Petitioner's request for all monthly statements from Uni-Credit account: Petitioner refuses to recognize what has now been definitively proved to all concerned that Uni-Credit was one of the two European accounts held and operated by the Fiduciary, Mag.Helmut Allesch. Both Uni-Credit and Sberbank are mentioned in his statement below that he could not supply bank statements for those accounts and that they are closed accounts. Mag. Allesch made perfectly clear that there is no connection to Benthos and the accounts were for funds of clients known to him. Please also see the attached statement for which the red typing in the 2nd page of the attachment was done for clarity/legibility purposes:

**Wirtschaftstreuhänder**
**Mag. Helmut ALLESCH**
**Steuerberater**
Telefon  0463/50 6 41
Telefax  0463/50 6 41 - 20

A-9020  Klagenfurt am Wörthersee
Gabelsbergerstraße 2
**DVR: 0493031**
e-mail: office@allesch.at

To: Aaron Etra

Klagenfurt, 16 July 2022

Re: Fiduciary Accounts

Dear Mr. Etra,

I am a fiduciary, based in Austria, who operates fiduciary/trust accounts for clients' funds in several European countries and banking groups including those of Sperbank and Uni-Credit.

You have asked me to function for various clients of yours, for whom I have held funds in escrow in my accounts. The clients have always been identified to me and to my satisfaction.

I can confirm that you have never asked me to hold any funds for, from or due to Benthos Master Capital Fund, Ltd., nor have I ever received any funds in any way associated with that party or its activities

You have also asked me to provide monthly and closing statements for some of my accounts which I advised have been closed. I have replied that, regrettably, the only such statement I can provide is the attached one for my closed Sperbank account, which I confirm I sent to you in response to your requests.

I hope this communication is of value.

Yours Faithfully,

*[Signature and stamp: Wirtschaftstreuhänder Mag. Helmut Allesch Steuerberater, Gabelsbergerstraße 2 (Ecke St. Ruprechter Straße), A-9020 Klagenfurt, Tel. 0463/50641 • Fax 0463/515755]*

# SBERBANK

Sberbank: 027 '20 NOV 18 13:20

## SEPA ÁTUTALÁSI MEGBÍZÁS
### SEPA PAYMENT ORDER

*Kitöltési segédlet az ügyfél példányának hátoldalán található.*

| Speciális utasítások (ha eltér a normálistól): | ☐ Egyedi árfolyammal (EUR 20.000 felett) | Indítás napja |
|---|---|---|
| *Specific Instructions (if differ as normal)* | *With special exchange rate (not less than EUR 20.000)* | *Starting date:* 2 0 2 0 1 1 1 8 |

**Specific Instructions (if differ as normal) With special exchange rate (not less than EUR 20.000) Starting date**

### MEGBÍZÓ ADATAI / ORDERING CUSTOMER'S DATA — ORDERING CUSTOMER'S DATA

**Név* / Name*:** M A G [...] E S C H [...] L M U T
**Name**

**Megbízó azonosítója / Ordering customer ID**
**Ordering customer ID**

**Ügyintéző / Contact person**    **Telefon / Phone**
**Contact person**

**Terhelendő számla száma* / A/C No. to be debited*:** HU 6 5 - 1 1 1 0 0 2 7 5 - 2 8 8 [...] 
**A/C No. to be debited**

**Utalandó deviza / Payment currency:** EUR
**Payment currency**

A megbízás összege az átutalás devizanemében**
*Amount in the currency of the payment**
**Amount of currency of the payment***

A megbízás összege a terhelendő számla devizanemében**
*Amount in the currency of the account**
**Amount in the currency of the account**

**Összeg betűvel* / Amount in words*:** TELJES EGYENLEG RENDEZÉSE MIATT
**Amount in words**

**Tényleges fizető / Ultimate debtor**
**Ultimate debtor**

**Tényleges fizető azonosítója / Ultimate debtor ID**
**Ultimate debtor**

### KEDVEZMÉNYEZETT ADATAI / BENEFICIARY'S DATA — BENEFICIARY'S DATA

**Név* / Name*:** M A G H E L M U T A L L E S C H
**Name**

**Partner azonosítója / Beneficiary ID**
**Beneficiary ID**

**Cím* / Address*:** S P B E L S B E R G E R S T R 2 , 9 0 2 6 K L A G E N F U R T
**Address**

**Számlaszám/IBAN* / Account No./IBAN*:** A T 6 2 1 4 0 0 0 0 8 6 4 1 0 7 2 1 2 8 8 4
**Account No. IBAN**

**Tényleges kedvezményezett / Ultimate beneficiary**
**Ultimate beneficiary**

**Tényleges kedvezményezett azonosítója / Ultimate beneficiary ID**
**Ultimate Beneficiary ID**

### KEDVEZMÉNYEZETT BANKJA / BENEFICIARY'S BANK — BENEFICIARY'S BANK

**SWIFT/BIC kód / SWIFT/BIC Code:** B A W A A T W W
**SWIFT/BIC Code**

**Közlemény / Details of payment**
**Details of payment**

☐ Igazolást kérünk a teljesítésről. Fax szám/e-mail:
*Issuing a Certificate is requested. Fax No./E-mail:*
**Issuing a certificate is requested. Fax No./Email:**

☒ Külföldi bankköltség a kedvezményezetten **SHA**
*Foreign bank charge on beneficiary* **SHA**
**Foreign bank change on beneficiary SHA**

☐ Partnerek közötti egyedi azonosító / EndToEnd ID
**EndtoEnd ID**

18.11.2020    **11/18/2020**
Dátum* / Date*   **Date***

*Banknál bejelentett aláírás* / Authorized signature(s)*
**Authorized signature(s)***

Under penalties of perjury I hereby declare that I am acquainted with the relevant foreign exchange legistration.
Büntetőjogi felelősségünk tudatában kijelentjük, hogy a vonatkozó devizajogszabályokat ismerjük és a devizát a devizagazdálkodási szabályoknak megfelelően igényeljük és használjuk fel. / *Under penalties of perjury I hereby declare that I am acquainted with the relevant foreign exchange legislation. I shall use the foreign currency amount in accordance with the rules concerning foreign exchange control.* **I shall use the foreign currency amount in accordance with the rules concerning foreign exchange control**

| Átvétel visszaigazolása | Aláírás(ok) rendben | Fedezet rendben | A devizaátutalás teljesítésének egyéb feltételeit és részletes szabályait a Bank hatályos üzletszabályzatai tartalmazzák és azok jelen megbízásnak elválaszthatatlan részét képezik. |
|---|---|---|---|
| *Payment order received* | *Signature(s) verified* | *Cover secured* | *Other rules and conditions concerning the execution of the present transaction are detailed in Business Rules of the Bank and they are integral part of this Order.* |
| **Payment Order Received** | **Signature(s) verfied** | **Cover secured** | |

\* Mező kitöltése kötelező! / *Field mandatory!* **Field mandatory!**
\*\* Két összeg mező közül csak az egyiket kell kitölteni! / *Only one field must be completed.* **Only one field must be completed**

**Other rules and conditions concerning the execution of the present transaction are detailed in Business Rules of the Bank and they are integral part of this Order**

## Kitöltési segédlet a SEPA átutalási megbízáshoz:

Tisztelt Ügyfelünk!

Kérjük, hogy a megbízás kitöltésénél ügyeljen a nyomtatványon szereplő mezők pontos, teljes körű kitöltésére! Ne írjon több karaktert egy mezőbe, illetve a jelzett maximális karakterek számát ne lépje túl!

**Speciális utasítások: (ha eltér a normál teljesítéstől)**
Egyedi árfolyammal: További információk a Bank mindenkor hatályos hirdetményében.

**Név:**
Számlatulajdonos neve, maximum 35 karakter hosszan.
**Megbízó azonosítója:**
Opcionális mező, az átutaló ügyfél egyedi azonosítója
**Ügyintéző:**
A számlatulajdonos, illetve meghatalmazottjának neve.
**Telefon:**
A számlatulajdonos, illetve meghatalmazottjának telefonszáma.
**Terhelendő számla száma:**
28 karakteres terhelendő számla IBAN számát.
**Utalandó deviza:**
A kiutalandó összeg devizaneme SEPA utalás esetén mindig EUR.
**A megbízás összege az átutalás devizanemében:**
Ezt a mezőt abban az esetben kell kitölteni, ha az utalás összege a kiutalandó összeg devizanemében ismert. Felhívjuk szíves figyelmét, hogy a két összeg mező közül csak az egyiket kell kitölteni!
**A megbízás összege a terhelendő számla devizanemében:**
Ezt a mezőt abban az esetben kell kitölteni, ha az utalás összege a terhelendő / indító számla devizanemében ismert. Felhívjuk szíves figyelmét, hogy a két összeg mező közül csak az egyiket kell kitölteni!
**Összeg betűvel:**
Utalandó összeg szövegesen.
**Tényleges fizető:**
Ezt a mezőt akkor kell kitölteni , ha a számlatulajdonos neve eltér a tényleges fizető fél személyétől
**Tényleges fizető azonosítója:**
A tényleges fizető fél egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )

**Kedvezményezett neve:**
A maximum karakterek figyelembe vételével az átutalás végső címzettjének neve.
**Partner azonosítója:** a kedvezményezett egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )
**Kedvezményezett címe:**
A maximum karakterek figyelembe vételével az átutalás végső címzettjének címe.
**Kedvezményezett számlaszáma:**
A kedvezményezett IBAN formátumú számlaszáma.
**Tényleges kedvezményezett:**
Ezt a mezőt abban az esetben kell kitölteni, ha a kedvezményezett neve eltér a tényleges kedvezményezett nevétől.
**Tényleges kedvezményezett azonosítója:**
a tényleges kedvezményezett egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )

**SWIFT/BIC kód:**
A végső kedvezményezett bank 8 vagy 11 karakteres SWIFT-kódja, ahol a végső kedvezményezett a számláját vezeti.

**Közlemény:**
Kérjük, ebben a mezőben rögzítse a kedvezményezett részére szánt üzenetet, maximum 2*33 karakter hosszan. A közlemény rovat kitöltése nem kötelező!

**Igazolást kérünk a teljesítésről. Fax szám/e-mail:**
Kérjük, azt a fax számot/e-mail címet tüntesse fel, ahova szeretné, hogy küldjük az átutalásról kiállított igazolást. Amennyiben nem tüntet fel fax számot/e-mail címet, abban az esetben az igazolást a számlavezető fiókjába küldjük el.

**Külföldi bankköltség a kedvezményezetten (SHA):**
SHA költséggel megjelölt utalás esetén a fizető fél vállalja a saját bankjánál felmerülő költségeket, a kedvezményezett pénzforgalmi szolgáltatójánál felmerülő költséget a kedvezményezett viseli.

**Partnerek közötti egyedi azonosító:**
opcionális mező, partnerek közötti egyedi azonosító kód.

Amennyiben a kitöltési útmutatóban foglaltak mellett további információra van szüksége megbízása benyújtásához, forduljon bizalommal ügyfélreferenséhez vagy ügyintézőinkhez a +36-1-5-57-58-59-es telefonszámon!

14. Petitioner's request for all monthly statements from Sberbank account:

    See 13 above as the Fiduciary was the Fiduciary for his accounts at both banks.

15. Petitioner requested the closing statements for Citibank accounts ending in x1370, x0669, x1370, x4852, and x8687.  Petitioner acknowledged receipt of all of the closing statements other than x0669.

    The page that Citibank sent for x0669 was only the one page that showed the account number but did not have anything attached to it.  So that is why I submitted the one page I received and made a second request for the applicable material for that account.  When I called them the second time, they said that probably means they could not locate it, but to request it again to be sure, which I did.

16. Petitioner requested a notarized statement from Respondent stating he had no other open bank accounts or brokerage accounts not already disclosed to Petitioner.  This was sent in a timely manner as requested, and Petitioner acknowledges receipt thereof.

17. Respondent submitted a sworn statement, under the penalty of perjury, that "the documents ordered to be produced by Tuesday July 18th, 2022 contained in the July 13th, 2022 order of Judge Caproni, have been produced as required as set forth in the responses to those paragraphs".  This was a truthful statement, as each requested item was responded to and addressed in the response to that paragraph.

Dated:  July 31, 2022

                                                                    Aaron Etra
                                                        240 E.47th Street, 12A, New York, NY 10017
                                                                    (917) 856-3500