

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

August 2, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re:    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

    In response to Your Honor's order of this date, petitioner does continue to seek information related to the IOLA account Mr. Etra previously represented was "operational" at Metropolitan Commercial Bank. See Exhibit 2 to Dkt. 136:

> . . . I have met on other business with the bankers at Metropolitan Commercial Bank (MCB), where my IOLA account is operational.
>
> To use the MCB account for escrowing/paymastering crypto-currency transactions, the bank will look to have a relationship with the source of the funds. . . .
>
> If and when you wish to progress this opportunity, please contact at MCB Kyle E. Hingher (Vice-President and Director of New Products) . . . . He and our banker there, Diane M. McEvaddy (who I would recommend for truly personal service), know of Benthos and your name.

    Petitioner also continues to seek information related to the European accounts at Sberbank and Uni-Credit, per prior court orders, because the statements about such accounts by Mr. Etra and by his purported "Austrian fiduciary" have been equivocal and contradictory and seem to raise more questions than they answer.

    We thank Your Honor for your continued attention to this matter.

Respectfully yours,<br>
<em>/s/ Steven R. Popofsky</em><br>
Steven R. Popofsky

cc:    Aaron Etra (via e-mail and ECF)