```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| BENTHOS MASTER FUND, LTD.,<br><br>                              Petitioner,<br><br>            -against-<br><br>AARON ETRA,<br><br>                              Respondent. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __8/2/22__<br><br>20-CV-3384 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a conference on August 2, 2022;

IT IS HEREBY ORDERED that, for the reasons stated on the record at the August 2, 2022 hearing, the Court finds that Respondent Aaron Etra is in contempt of its order issued on July 14, 2022.  *See* Order, Dkt. 132.

IT IS FURTHER ORDERED that Petitioner Benthos Master Fund, Ltd. must inform the Court not later than the close of business on Wednesday, August 3, 2022, whether it will continue to seek information related to the two European accounts at SberBank and Uni-Credit that have been identified throughout the course of this litigation, and whether Petitioner continues to seek information related to an IOLA account that Mr. Etra previously represented he held at Metropolitan Commercial Bank.  On the former, should Petitioner continue to seek information related to the European accounts, the Court will refer that issue to the parties' assigned Magistrate Judge.  A separate order regarding the documents Mr. Etra must produce by August 10, 2022 will issue after Petitioner has updated the Court.

**SO ORDERED.**

Date:  **August 2, 2022**                                        _____
          **New York, New York**                                      **VALERIE CAPRONI**
                                                                      **United States District Judge**