UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

Plaintiff,    Benthos Master Fund, Ltd

    -v-

Defendant.    Aaron Etra

------------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20-CV-03384  (VEC )(KHP )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____8/2/22____

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*

Whether Respondent is in control of bank accounts at SberBank and Uni-Credit, such that he is in contempt of the Court's order to produce documents related to them. *See* Dkt. 132.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions:  _____

*Do not check if already referred for general pretrial.

Dated ____August 2, 2022____

SO ORDERED:

Valerie Caproni

United States District Judge