UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
                                            :
BENTHOS MASTER FUND, LTD.,                  :
                                            :
                       Petitioner,          :
                                            :
         - against -                        :
                                            :  Case No. 20-cv-03384 (VEC)
AARON ETRA,                                 :
                                            :
                       Respondent.          :
                                            :  NOTICE OF MOTION
                                            :
------------------------------------------- x

      PLEASE TAKE NOTICE that upon the accompanying Affidavit of Aaron Etra, pro se Respondent, dated August 18, 2022 and the exhibits annexed thereto, Aaron Etra will move this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, as soon as the parties to this matter can be heard, pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iii)-(iv), and this Court's inherent authority and scheduling, for an order to quash that part of Petitioner's subpoena requesting access to or use of the names in, as well as any other part of or information in, privileged material represented by the Thirty-One (31) escrow agreements enumerated in the Court's Order of August 2, 2022, as all such material is protected by attorney-client privilege and Petitioner's access to or use of any part of or information in said agreements, as said action by Petitioner necessarily involves, is in contravention of, such privilege and places an unacceptable and undue burden on the Respondent, including violation by the Respondent of commitments assumed pursuant to

relationships with clients, to seal the accounts from which privileged information has been taken, and for such other and further relief as the Court may deem appropriate.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order of this Court dated August 2, 2022, any opposing papers and answering memoranda shall be served no later than September 9, 2022 and reply papers shall be served no later than September 16, 2022.

Dated: August 18, 2022

By: _____

Aaron Etra, pro se
247 East 47th Street, #12A
New York, New York 10017
Telephone: (917) 856-3500
Email: aaron@etra.com