**EXHIBIT B**

Apple Computer Summary June 29, 2022



Apple Inc.
One Apple Park Way
Cupertino, CA 95014
USA BEAR License #E82824



**Customer**
Aaron Etra

**Repair ID**
R541868594

**Product**
MacBook Pro (13-inch, 2019, 4 TBT3)

**Serial Number**
C02YW0ZZLVDC

**Authorized Repair Center**
4949 WINDFERN RD
HOUSTON, TX
77041-7502

Thanks for choosing AppleCare Service.

Our technicians have successfully repaired your product. They ran complete diagnostic tests and performed all available troubleshooting.

We replaced the part(s) listed below. The replacement parts are covered by a 90-day service warranty or the remainder of your warranty or AppleCare agreement, whichever is longer. We kept the parts we removed, as explained in our warranty, AppleCare products, and Repair Terms and Conditions.

| Item Number | Description | Symptom |
|---|---|---|
| 605-04953 | Logic Board, i5, 2.4GHz, 8GB, 256GB | Accidental damage/Liquid Damage |
| 605-03809 | Display, Space Gray | Accidental damage/Liquid Damage |
| 661-13159 | Top Case, with Battery, ANSI, Space Gray | Accidental damage/Liquid Damage |
| 605-03810 | Touch ID | Accidental damage/Liquid Damage |

Please note the following:

√ We performed a clean installation of the latest Mac operating system version verified on your product.

When you're ready to begin using your product, visit getsupport.apple.com to learn how to restore from a backup, discover new features, and find other helpful information. For best results, install the latest version of macOS: support.apple.com/HT201541

The warranty will cover eligible repairs for one year from the product's purchase date. If this repair wasn't covered by the warranty or an AppleCare agreement, you have been charged the amount indicated when you requested service. You'll receive a receipt separately.

Sincerely,
AppleCare Service