**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
:
**BENTHOS MASTER FUND, LTD.,**
:
                  Petitioner,
:       Case No. 20-cv-03384 (VEC)
     - against -
:
**AARON ETRA,**
:       **NOTICE OF CROSS-MOTION**
                  Respondent.
:
---------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the memorandum of law dated August 26, 2022; the supporting declaration of Steven R. Popofsky dated August 26, 2022 and the documents and exhibits referenced and incorporated therein; and all prior court orders issued in this matter, Petitioner Benthos Master Fund, Ltd. will move this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York 10007, as soon as counsel can be heard, pursuant to Fed R. Civ. P. 45(g), 18 U.S.C. § 401, Rule 83.6 of the Local Civil Rules of the United States District Court for the Southern District of New York and this Court's inherent authority, for an order granting relief in the Court's discretion for (i) what appears to be Respondent's spoliation of documents previously subpoenaed and ordered to be produced, and (ii) Respondent's demonstrated ongoing willful violations of his legal obligations pursuant to the restraining notice served upon him two years ago in connection with Petitioner's judgment against Respondent.

12274194.2 - 08/26/22

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order at Dkt. 144, any opposing affidavits and answering memoranda shall be served no later than September 16, 2022.

Dated: August 26, 2022

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: _/s/ Steven R. Popofsky_
Steven R. Popofsky
Joshua K. Bromberg

500 Fifth Avenue
New York, New York 10110
Telephone: (212) 880-9882
Facsimile: (212) 986-8866
Email: SPopofsky@kkwc.com
  JBromberg@kkwc.com

Attorneys for Petitioner/Judgment Creditor
**BENTHOS MASTER FUND, LTD.**
