

**From:** Aaron Etra <aaron@etra.com>
**Date:** Thursday, August 18, 2022 at 12:51 PM
**To:** Steven Popofsky <SPopofsky@kkwc.com>, aaronetra@gmail.com <aaronetra@gmail.com>, mel@dusselgroup.com <mel@dusselgroup.com>
**Subject:** Re: not surprisingly....

Mr. Popofsky,

Thank you for thus message.

Please appreciate that Mr. Dussel is working actively to have prepared the funds he discussed with you and that is truly the only sensible way for the parties to deal with this matter now.

I have been totally exhausted in complying with Judge Caproni's Orders and responding to your Subpoenas and other action. The incarceration earlier this month set me back dangerously . I expect to be able to follow the Judge's instructions regarding filing a Motion to Quash by August 10th but ask your consent to postpone answering the two Subpoenas Mr. Bromberg served on me in court (in that correct service?) for 30 days from September 1st, to either enable me to respond or, more constructively, to assist in the settlement effort which will hopefully be concluded in that time period.

With thanks and respectfully submitted,

Aaron Etra