

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

August 30, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:   Benthos v. Etra, 20-CV-3384

Dear Judge Caproni:

Mr. Etra's letter today neglected to include our response to his request to extend his time to respond to the outstanding subpoenas (Exs. 1 and 2 respectively). Please accept that response (Ex. 3) as our opposition to his application.

Our opposition to the pending motion to quash, together with the cross-motion – which we respectfully submit should still be deemed alive vis-a-vis the restraining notice violations, which the Court's recent order did not address – was served two weeks before it was due, allowing Mr. Etra more time to oppose the cross-motion than if it had been made as a stand-alone motion.

With regard to service, please see the attached Declaration (Ex. 4).

All of Mr. Etra's stalling maneuvers should be rejected and he should be required to respond timely to the subpoenas and cross-motion.  Thank you.

Respectfully yours,

*/s/ Steven R. Popofsky*

Steven R. Popofsky

cc:   Aaron Etra