Exhibit 3

**Ellie Taylor**
___

| | |
|---|---|
| **From:** | Steven Popofsky |
| **Sent:** | Thursday, August 18, 2022 3:21 PM |
| **To:** | Aaron Etra; aaronetra@gmail.com |
| **Cc:** | Ellie Taylor |
| **Subject:** | subpoenas |

Mr. Etra, I am writing in response to your request, in a separate e-mail, for a 30-day extension to respond to the recently-served subpoenas that are returnable September 1st.

I am not authorized to grant such an extension on the subpoenas. I am not going to here recite the entire history behind the reason for not granting your requested extension, but very briefly:

- For <u>two years now</u>, we have been seeking financial documents and information from you, and you have repeatedly withheld such documents and information, to the point where you have been ordered by courts almost a dozen times to provide the necessary material and you have repeatedly been held in contempt of court for not doing so.
- Because of that history, we have zero expectation that if granted an extension, you would comply fully with the subpoenas. We are undoubtedly going to have to seek appropriate relief from the court.
- The material you have reluctantly provided has revealed multiple improprieties, including (but not limited to) flagrant repeated violations of the restraining order. You have been spending for your own personal pleasure (including but not limited to traveling to Europe, and transferring money to your wife) monies that are rightfully Benthos's as your judgment creditor.
- We have a court hearing scheduled for October 6th. The subpoenaed material (and/or your refusal to provide it) will be an important part of the preparation for that hearing. In addition (as noted above), it is reasonably expected that there will be litigation activity during that five-week period over your anticipated non-compliance.

The documents and information recently subpoenaed should have been provided long, long ago (or represent only an updating of material that should have been provided long, long ago). All you have done for two years is stall and stall and stall (as found by several federal judges on multiple occasions). Judge Caproni has lost patience with your tactics, as you know, and Benthos is entitled to timely responses to its subpoenas.

Notwithstanding all of the foregoing, if you wish an extension through Monday, September 6th <u>and</u> agree that you will not seek any further extensions, from us or from the Court, then we will grant that courtesy. Failing such a commitment on your part, we will expect responses on the due date, and will proceed to seek appropriate relief if you do not fully comply.

**STEVEN R. POPOFSKY**
D  212.880.9882   |   spopofsky@kkwc.com

F  212.986.8866   |



**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
500 Fifth Avenue, New York, NY 10110
kkwc.com   |   Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

2