# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                      Petitioner,

      - against -

AARON ETRA,

                      Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384 (VEC)

**DECLARATION OF
JOSHUA K. BROMBERG**

**I, Joshua K. Bromberg**, declare the following:

1. I am affiliated with Kleinberg, Kaplan, Wolff & Cohen, P.C., counsel to Petitioner and judgment creditor Benthos Master Fund, Ltd. I respectfully submit this declaration in connection with Petitioner's response to Respondent's submission of August 30, 2022 (Dkt. 155).

2. Mr. Etra's characterization of the manner of service of the two subpoenas served upon him on August 2, 2022 is inaccurate. Immediately prior to the August 2 conference in this matter, I exited Courtroom 443, encountered Mr. Etra and Ms. Gallicchio of the Federal Defenders office sitting on the bench outside of the courtroom, politely greeted them, stated that I had "papers for Mr. Etra," placed the two subpoenas directly into Mr. Etra's hands, and re-entered the courtroom. The entire exchange lasted approximately fifteen seconds.

3. Ms. Gallicchio thereafter acknowledged service of the subpoenas on the record before Your Honor and asserted no objection.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 30, 2022

                                                                             Joshua K. Bromberg

12275764.1 - 08/30/22