

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

September 7, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

   Re: <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

  Petitioner is filing today one memorandum of law in opposition to the two motions to quash served by respondent Aaron Etra on September 1. We are writing to note that pursuant to this Court's Local Civil Rule 6.1(a), opposition to Mr. Etra's motions is due "within seven days after service of the moving papers," and his reply is due "within two days after service of the answering papers" (i.e., by Friday, September 9, 2022).

  Local Civil Rule 6.1(a), and its above-quoted timeframes, applies to these motions (which were made expressly "pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iii)-(iv) . . ."), notwithstanding Mr. Etra's Notices of Motion, which inexplicably stated that "any opposing papers and answering memoranda shall be served no later than September 19, 2022 and reply papers shall be served no later than October 4, 2022." There was and is, for sure, no legitimate reason to drag out briefing on these simple motions for 5 weeks; rather, that elongated timeframe was merely another of Mr. Etra's never-ending stalling maneuvers.

  Given Mr. Etra's two years of defiance and concealment, and the Court's recent denial of his request for an extension to respond to the subpoenas that are the subject of his motions, no further delay should be countenanced. Benthos looks forward to Mr. Etra's timely service of a reply and to the Court ruling on the motions at its earliest convenience. Thank you.

Respectfully yours,<br><br>
<u>/s/ Steven R. Popofsky</u><br><br>
Steven R. Popofsky

cc: Aaron Etra (by ECF and e-mail)