UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                Petitioner,

     - against -

AARON ETRA,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384 (VEC)

**DECLARATION OF STEVEN R. POPOFSKY**

I, Steven R. Popofsky, declare as follows:

1. I am affiliated with Kleinberg, Kaplan, Wolff & Cohen, P.C., counsel to Petitioner and judgment creditor Benthos Master Fund, Ltd. I respectfully submit this declaration and its accompanying exhibits in connection with Petitioner's opposition to two motions to quash served by judgment debtor Aaron Etra on September 1, 2022.

2. On August 2, 2022, Petitioner served two new judgment-enforcement subpoenas upon Mr. Etra (see Dkt. 156-1 and 156-2 respectively). On August 30, he asked the Court to extend his time to comply (Dkt. 155), and on August 31, the Court denied that request (Dkt. 157). On September 1, he served the undersigned with two separate motions to quash the two subpoenas.

3. Although Mr. Etra appears to have submitted both his motions to the Pro Se office for filing, inexplicably only one of the motions (the one seeking to quash the information subpoena, Dkt. 156-1) has been filed thus far (see Dkt. 158, 159 and 159-1). His second motion, almost entirely duplicative but seeking to quash the subpoena duces tecum, has not been filed.

2

4. The filed Notice of Motion addressed to the information subpoena, its supporting (unnotarized) "affidavit" of Mr. Etra, and its exhibit are annexed to this declaration as Exhibits 1, 2 and 3 respectively.

5. The as-yet-unfiled Notice of Motion addressed to the subpoena duces tecum, its supporting (unnotarized) "affidavit" of Mr. Etra, and its exhibit are annexed to this declaration as Exhibits 4, 5 and 6 respectively.

6. Although the second motion has not yet been filed – and my office's calls to the Pro Se office do not appear to have resulted in their having been filed – we have received them, and adjudication of both motions should not be delayed by this procedural irregularity (which does not appear to be the fault of either party, and certainly not of petitioner's).

7. Accordingly, for the reasons set forth in the accompanying memorandum of law, Benthos respectfully requests that the Court deny the motions to quash in their entireties.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 7, 2022

Steven R. Popofsky