Exhibit 4

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BENTHOS MASTER FUND, LTD., | : |
| | : |
| Petitioner, | : |
| | : |
| - against - | : |
| | : |
| AARON ETRA, | :   Case No. 20-cv-03384 (VEC) |
| | : |
| Respondent. | : |
| | :       NOTICE OF MOTION |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Aaron Etra, pro se Respondent, dated September 1, 2022 and the exhibits annexed thereto, Aaron Etra will move this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, as soon as the parties to this matter can be heard, pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iii)-(iv), and this Court's inherent authority and scheduling, and for Federal laws for service of documents, for an order to quash all, because it is fatally flawed, or, at minimum,  that part of Petitioner's document subpoena [Subpoena Duces Tacum] that requests privileged information and related information, as the release of such information would (i) invade the protection of the attorney-client privilege; and (ii) subject the party served to undue burden; and (b), if all the subpoena is not quashed, to modify those paragraphs in the subpoena that are overly broad, purely  a hunting expedition, a repetitious of material already provided to the Petitioner and / or four judges during the past four years and/or that state August 1, 2017 as it precedes the

starting date of the failed business transaction that is the basis of this case, which was on or about August 1, 2018, and for such other and further relief as the Court may deem appropriate.

PLEASE TAKE FURTHER NOTICE that any opposing papers and answering memoranda shall be served no later than September 19, 2022 and reply papers shall be served no later than October 4, 2022.

Dated:    September 1, 2022

By: _____

Aaron Etra, pro se
247 East 47th Street, #12A
New York, New York 10017
Telephone: (917) 856-3500
Email: aaron@etra.com