Aaron Etra
240 East 47th Street-12A
New York, NY 10017
Tel. 917-856-3500
Email: aaron@etra.com

September 19, 2022

(Via email to Temporary Pro Se Office)
Judge Valerie Caproni
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10017

Re: Benthos v. Etra 20 cv 03384

Dear Judge Caproni,

I am sorry to have to write to you with such urgency, but I need the Court's help on disturbing developments that happened this past Friday, and are relevant to the Petitioner's demands in his submissions for the Motions before the Court. Not the privilege issue of the escrow agreements, but to relentless demands for more and more enforcement and restraint.

Piermont Bank, the bank which currently receives my social security checks because the M&T Bank account which received them prior to Piermont had been closed down after contact by Mr. Popofsky several years ago, called me on Friday. They said they were closing all my accounts at Piermont Bank without saying why. There was no other reason for the bank to have done this to me, other than for the same reason as what happened several years ago with M&T, Citibank and HSBC when they were contacted by Mr. Popofsky. His actions inevitably result in either freezing or closing accounts and/or his taking what little funds were in an account.

My landlord, who has been threatened by Mr. Popofsky, has now made clear that he will initiate eviction proceedings since amounts owed exceed $100,000 (see attached). He is afraid of Mr. Popofsky taking action against him also. He would be willing to forbear if Mr. Popofsky lets me continue to pursue the raising of funds for the settlement of the judgement and outstanding debts, which is still the only realistic solution to all these circumstances.

Your Honor, more enforcement and restraint, subpoenas, contempt motions, penalties, incarceration against me are clearly not the answer here. The resources to settle are not those within my means and never have been. Therefore, my efforts have to be focused on pursuing outside sources, for which I have been continually seeking and firmly have the support of Mr. Dussel of King Mel Mining, LLC, who had already agreed to bring this matter to a close in a

manner acceptable to Benthos, in the absolutely soonest possible time and is updating me regularly as his efforts bear the necessary fruit for the benefit of Benthos. In order to do my part in support of Mr. Dussel's efforts, I need to have minimal air to breathe, a roof over my head, be able to meet basic survival needs and do and go where I have to until this can be completed.

The parties' representatives have agreed on a sum to settle this matter, and what is needed now is a written agreement with the details to be finalized by the parties.  I respectfully ask your Honor to please order the parties to do so and report to you on a date certain set by you. I also ask Your Honor to suspend all other action by the Court and the parties until then.


Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.