**From:** S Wang <theahsea@gmail.com>
**Date:** Thursday, September 1, 2022 at 5:56 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** 240 East 47th 12A Invoice

|  | Rent | Electricity | As of 9/01/2022 |
|---|---|---|---|
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | ***Paid 1/21/2022 ,5k*** |
| September | **$3,000.00** | **$40.92** | *Unpaid* |
| October | **$4,000.00** | **$31.29** | *Unpaid* |
| November | **$4,000.00** | **$36.12** | *Unpaid* |
| December | **$4,000.00** | **$45.22** | *Unpaid* |
|  | **Rent** | **Electricity** |  |
| **2021** | | | Due first week of month |
| January | **$4,000.00** | **$83.92** | *Unpaid* |
| February | **$4,000.00** | **$144.70** | *Unpaid* |
| March | **$4,000.00** | **$178.36** | *Unpaid* |
| April | **$4,000.00** | **$69.80** | *Unpaid* |
| May | **$4,000.00** | **$32.19** | *Unpaid* |
| June | **$4,000.00** | **$34.73** | *Unpaid* |
| July | **$4,000.00** | **$31.85** | *Unpaid* |
| August | **$4,000.00** | **$32.03** | *Unpaid* |
| September | **$4,000.00** | **$30.22** | *Unpaid* |
| October | **$4,000.00** | **$28.25** | *Unpaid* |
| November | **$4,000.00** | **$30.70** | *Unpaid* |
| December | **$4,000.00** | **$82.59** | *Unpaid* |
|  | **Rent** | **Electricity** |  |
| **2022** | | | Due first week of month |

| | | | |
|---|---|---|---|
| January | **$4,000.00** | **$80.86** | *Unpaid* |
| February | **$4,000.00** | **$239.95** | *Unpaid* |
| March | **$4,000.00** | **$120.61** | *Unpaid* |
| April | **$4,000.00** | **$70.92** | *Unpaid* |
| May | **$4,000.00** | **$61.10** | *Unpaid* |
| June | **$4,000.00** | **$37.93** | *Unpaid* |
| July | **$4,000.00** | **$59.07** | *Unpaid* |
| August | **$4,000.00** | **$57.52** | *Unpaid* |
| September | **$4,000.00** | | Due First week of month |
| October | | | |
| November | | | |
| December | | | |
| | **Rent** | **Electricity** | |
| Total Due | $99,000.00 | $1,704.32 | ***$100,704.32*** |