

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

September 22, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:     <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

      Pending in the above matter are three motions by Mr. Etra to quash and that portion of Benthos's cross-motion addressed to his violations of the restraining notice. Benthos respectfully requests that the record on those motions be deemed to include Mr. Etra's letter dated September 20, 2022 (Dkt. 170), where he admitted that he "took . . . fees" during the past "four years of this matter."

      ***Because he never has disclosed the whereabouts of those fees***, nor any details about them (including amounts, sources, and flow of funds), notwithstanding multiple court orders and repeated subpoenas (including those that are now the subject of his motions to quash).

      Benthos thanks Your Honor for your continued attention to this matter.

      Respectfully yours,

      Steven R. Popofsky

cc:    Aaron Etra (by ECF and e-mail)

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com