**MEMO ENDORSED**



<div align="right">

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

</div>

September 22, 2022

<div style="border:1px solid black">

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2022

</div>

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

> **Re:** **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

Pending in the above matter are three motions by Mr. Etra to quash and that portion of Benthos's cross-motion addressed to his violations of the restraining notice. Benthos respectfully requests that the record on those motions be deemed to include Mr. Etra's letter dated September 20, 2022 (Dkt. 170), where he admitted that he "took . . . fees" during the past "four years of this matter."

***Because he never has disclosed the whereabouts of those fees***, nor any details about them (including amounts, sources, and flow of funds), notwithstanding multiple court orders and repeated subpoenas (including those that are now the subject of his motions to quash).

Benthos thanks Your Honor for your continued attention to this matter.

<div align="right">

Respectfully yours,

Steven R. Popofsky

</div>

cc:   Aaron Etra (by ECF and e-mail)

<div style="border:1px solid red">

Application GRANTED. The Court will include Mr. Etra's September 20, 2022, letter in the record for his pending motions to quash, which are the only motions pending. *See* Dkt. 154.

SO ORDERED.

09/22/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

</div>