Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500
Email: aaron@etra.com

September 23, 2022

(Via Email to Temporary Pro Se Filing Office)
Hon. Valerie Caproni
U.S. District Court for the
 Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: Benthos v. Etra, 20 cv 03384 (VEC)

Dear Judge Caproni,

Mr. Popofsky's letter of September 22nd makes one wonder if there are any limits to his inhumane efforts. Does Mr. Popofsky expect Your Honor to ceaselessly exacerbate the conditions he has created over four years of relentless enforcement and restraint action to evict me, damage my reputation and health, including closing, freezing and depleting accounts with very limited funds, unmistakably incapable of ever satisfying the outsized award of a undefended, unilateral arbitration award?

Mr. Popofsky was told from his first day on the case that I never had received any of the Benthos funds and that I never had or expected to have or earn other than limited funds with which to live. That was never hidden from him and has been borne out by everything to date. These limited earnings were included and not concealed in the hundreds of pages of bank statements provided in response to the Orders and Subpoenas.

As I have said over and over again, Mr. Popofsky will never be satisfied because he can never prove what he wants to, but that does not exist: because I stole nothing from Benthos and I never have had in any form or extent the sum of the award.

I respectfully request the Court to recognize and support the parties constructively finalizing a settlement solution at hand, whose agreed major detail was advised to Your Honor, rather than the destructive process of Subpoenas, Restraining Orders and Contempt Motions, clearly of no benefit to Benthos.

Respectfully submitted,

Aaron Etra
cc. S. Popofsky, Esq.