Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

September 28, 2022

(Via Email to Temporary Pro Se Filing)
Hon. Valerie Caproni
U.S. District Court for the
Southern District of New York
40 Foley Square- room 240
New York, N.Y. 10007

Re: Benthos v. Etra, 20 cv 03384- Order of September 26, 2022

Dear Judge Caproni,

Your Order of September 26th comes at the time of the holiest period of the Jewish Year, which is meant to devote our time to prayer and being with family. This is particularly meaningful for me at my age and health, with the impact of this matter on my physical and economic condition and with the prospect of further incarceration and imminent eviction.

I am attaching my correspondence with Mr. Popofsky, to whom I made a limited request to allow me to follow my faith and respond after the Jewish holy days. As you will note, he replied, not just with a "No", but also with with more personal attacks, misleading quotes and the renewed desire for incarceration. This is so much more personal animus against me rather than acting for the benefit of Benthos. I just cannot believe that this is appropriate.

I think you have seen that, rather than "disappearing" or avoiding my responsibilities, I have done my very best, and continue to comply with your Orders, as I have done with those of the three judges who preceded you on this matter since the attacks on me by Mr. Potofsky began in 2018. I have done the same with the relentless Subpoenas, Retraining Orders and Contempt Motions of Mr. Popofsky, recognizing that it was evident that there were only limited funds in my accounts on which I have had to live from any funds that belonged to me, especially after accounts were closed, frozen or depleted as a result of Mr. Popofsky's action. Clearly, the only action that WILL benefit Benthos is the raising of funds by Mr. Dussel, with my assistance, in an agreed settlement with Mr. Popofsky.

I respectfully request Your Honor to set a date reasonably after October 18th, the end of the Jewish high Holy Day Period, for my compliance with your Order. Neither I nor Mr. Dussel are "disappearing" and this will permit this lone pro se defendant to continue to do his best.

Respectfully submitted,

Aaron Etra
cc. S.Popofsky, Esq.