

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

September 29, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

   Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

  Mr. Etra's invocation of religion to further his multi-year shell game is offensive. No religion countenances lying, cheating, deception, and violating the orders of duly constituted judicial tribunals. If this Member of the Bar were concerned with ethics and morality, he would not have twice been found liable for misusing funds entrusted to his attorney escrow accounts; nor would he have violated multiple court orders; nor would he have lied to the face of the late Judge Batts (in my presence and documented on the transcript); nor would he have lied over and over and over to my clients in the fall of 2018 (leading to the court appearance before Judge Batts and the eventual arbitration).

  Speaking of the fall of 2018, it was during September of that year, <u>during the Jewish holidays</u> (which began on the 9th of that month and ran through the 2nd of October), that Mr. Etra engaged in much of the egregious misconduct – including lying to Benthos's principals repeatedly and leading them on with promises that turned out to be nothing more than a runaround (the Court will be familiar with that modus operandi by now) – that led to them needing to retain the undersigned to pursue (i) the $400,000 he was holding and refusing to give back, and (ii) the information as to where he had sent the clients' $4.6 million, information he steadfastly refused to provide until so ordered by the federal court. (Dkt. 29-1 at numbered page 14 ("page 17 of 41" of the court-filed document).) <u>He was not devoting that "time to prayer and being with family</u>."

  No one is interfering with Mr. Etra's ability to worship in synagogue during the remaining holiday days upcoming (Rosh Hashanah already has passed). There is no prohibition on working during the (many) other non-holiday days this autumn. Had Mr. Etra complied with two years' worth of subpoenas and court orders – and he knew, of course, of the holidays this month, but made an untimely motion to quash nonetheless and in that motion never said a word about the Jewish holidays presenting a problem for his compliance – he would not now be faced with these deadlines. As the Court aptly stated in its most recent order, "Etra will not be heard to whine about the consequences of [his] decision[s]."

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com



Hon. Valerie Caproni
September 29, 2022
Page 2

      This current application is just Mr. Etra's latest stalling maneuver, after no less than four years of abusing my client's legal rights. It should be rejected out of hand.

                                                Respectfully yours,

                                                Steven R. Popofsky

cc:   Aaron Etra (by ECF and e-mail)