Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

September 29, 2022

(Via Email to Temporary Pro Se Filing)
Hon. Valerie Caproni
U.S. District Court for the Southern District of New York
40 Foley Square= room 240
New York, NY 10007

Re: Benthos v. Etra, 20 cv 03384

Dear Judge Caproni,

In his today's letter, Mr. Popofsky continues to make unfounded allegations and accusations, distorting the truth and reality.

After thoroughly reviewing the facts and hundreds of pages of material I submitted, Judge Batts dismissed Mr. Popofsky's motion and rejected his allegations. There was no lying by me, there was no improper retention of funds on my part. There was full compliance as to what was in my custody and control, and for what I was able to get from the banks during COVID. One needs to look at Judge Batts' decision to see the truth and not Mr. Popofsky's seeming unwillingness to go beyond misconstruing it and quoting from the very first hearing when only his arguments were presented and not the final result which was favorable to me.

The failed business transaction happened much earlier in 2018 and the Jewish High Holidays played no part in it and not in my efforts to assist the Benthos managers which began immediately then and has continued ever since. It was only when Mr. Popofsky and his multi-member legal team came into the matter did this stream of baseless charges and characterizations begin.

Mr. Popofsky also continues to deny my compliance during four years as a pro se defendant facing his relentless onslaught which he himself has stated has the cruel and inhuman objective of incarcerating an innocent 81-year old, not obtaining funds for his client. Mr. Popofsky knows from his independent action with my banks as well as the hundreds of pages of bank statements filed with four judges and him that I have very limited resources to live on, which have been further diminished by his action resulting in closing, freezing and depleting them. He also recognizes that only the funds raising efforts of third parties, like Mr. Dussel, with my assistance, can benefit his client meaningfully. Yet, he insists on making life unbearable for me, for no valid purpose and making it all the more difficult to achieve the desired settlement if I cannot assist because all my limited energy is taken up with dealing all alone with his Motions, Subpoenas and Restraining orders and certainly not if I am incarcerated (also severely jeopardizing my fragile health).

Mr. Popofsky is also mistaken in his views on religious observance and practice during the Jewish High Holidays. It is, of course, not for him to tell anyone else what they can or cannot, should or should not do, in fulfilling their religious commitments. He may not know or himself not engage in the continuing prayers, fasting, family and communal gatherings and events that fill this period and call for full attention to these as highest priorities. I come from an Orthodox Jewish family and have had a Yeshiva education and membership in synagogues and institutions here and in Israel. My responsibilities to my faith are uppermost for me during this period.

I ask the Court to respect my needs during this limited period of time and honor my request for you to set a reasonable time after October 18th to continue my compliance with your Order seen by me only two days ago.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.