Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

September 29, 2022

(Via Email to Temporary Pro Se Filing)
Hon. Valerie Caproni
U.S. District Court for the Southern District of New York
40 Foley Square- room 240
New York, NY 10007
Re: Benthos v. Etra, 20 cv 03384

Dear Judge Caproni,

I respectfully request that you reconsider your Order just delivered.

My request for this short adjournment is reasonable. The period of intense religious observance for me began, as is the tradition in the Orthodox Jewish faith, one month before Rosh Hashonah (this past Monday and Tuesday). The ten days thereafter are the Yomin Noraim (Days of Awe), which are followed by Yom Kippur and thereafter Sukkot and Simhat Torah. In addition to full days of prayer and some days of fasting or other activities, one needs to commit to be with family and fellow members of the community in the synagogue or Succah and not in work.

I sincerely hope that you will understand and respect that this is my observance based on my upbringing in a Yeshiva and Orthodox synagogues, to which I truly need to give highest priority. Whatever Mr. Popofsky purports to know or however he leads his life, he certainly cannot speak for mine or for the entire Jewish faith, and Your Honor should not be guided on this important issue by him. (I am attaching a letter I had composed to you earlier today to respond to his continuing stream of misinformation).

I had every reason to expect that you would grant my motions to quash. Your decision otherwise came only this week, days in which I have been fully engaged religiously, with little time to do anything else. The same will apply going forward until the 18th, after which I will unconditionally devote myself to achieving compliance with your Orders. I believe my request is reasonable and a reasonable opposing counsel would have accepted without questioning my observance or offer of peace during this period. Unfortunately, Mr. Popofsky continues to focus on attacking and injuring me rather than on settling this matter for the benefit of Benthos. That is cruel and inhuman, unreasonable, unprofessional, unjust and violative of due process.

I respectfully renew my reasonable request for an adjournment for this short period of time and for Your Honor to set a date after October 18th for me to be able to do as you have ordered. I will thoroughly work on this then as I have done with all the bank and other materials submitted to you and the other judges before you during four years. I am one 81-year old person without legal representation or assistance as Your Honor surely appreciates, and I continue to do the best I can.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.