

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

September 29, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:     <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

     The Escrow Agreements can be produced with the click of a computer mouse. Mr. Etra was ordered to produce them months ago and held in contempt for not doing so. The documents and information required by the subpoenas similarly were mostly already required, over a two-year period; we only had to become more specific and repetitive due to his repeated defiance.

     We all understand that he is desperate to avoid or delay disclosing the information about his work for the "clients" for whom he is performing escrow services – work that has generated millions of dollars flowing through his escrow accounts – and in particular about the compensation he is surely receiving (presumably to his foreign accounts, the statements of which he also is concealing) for that work. ***We still have no information or documentation about that compensation.***

     Given Mr. Etra's documented and adjudicated history, it can reasonably be inferred that he is moving money around in Europe and will use the three weeks he is requesting to further conceal information and/or remove assets. How many times does someone (a member of the bar no less) have to violate court orders, and how many times be held in contempt of court, before he forfeits the right to further consideration on what are undeniably last-ditch stalling tactics? The Court is not being asked to rule on a blank slate here.

     Furthermore Mr. Etra is brazenly violating the restraining notice every day (and continues to conceal the ongoing evidence thereof). We never would have known of that but for Your Honor having incarcerated him after your patience was finally exhausted. Now he wants to start playing the same game all over again.



Hon. Valerie Caproni
September 29, 2022
Page 2

      No one takes off an entire month because of the Jewish holidays. Mr. Etra has chosen to function in the business world and as previously noted, during the High Holidays of 2018 he was actively perpetrating his scam on my clients; and over the past three autumns he has never claimed an inability to do anything for weeks on end. Compliance with the court order and the limited subpoenas would not be onerous but of course he has no intention of complying. This is merely the attempted last refuge of a scoundrel.

                                       Respectfully yours,

                                       Steven R. Popofsky

cc:   Aaron Etra (by ECF and e-mail)