

**Steven R. Popofsky**
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

October 3, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

        Re:     **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

       The (very) partial production of escrow agreements made by Mr. Etra demonstrates that he has been doing extraordinarily extensive worldwide business during the period since the judgment was rendered, including as recently as mid-August 2022. While presumably the billions (not millions) of dollars referenced in Dkt. 182-1 at pp 33-36 were merely part of another one of his scams, it remains inconceivable that all of this business – including in Spain, Croatia, the UK, Australia, Portugal, Peru, and Canada – was done without substantial compensation to Mr. Etra (indeed, the escrow agreements themselves provide for a percentage of "Proceeds" to be paid to him in each instance).

       We have no other documents relating to all of that (nor do we appear to have the escrow account referred to in the above), *and we still have nothing regarding the compensation he has received*. The outstanding subpoenas (Dkt. 155-2 and 155-3) require such information and documentation (and more, including his current expenditures in continuing flagrant violation of the restraining notice), and should have been responded to on September 1 (actually, of course, most of what is called for in those subpoenas should have been produced long ago in response to the initial subpoenas and multiple court orders).

       We also note that a cursory review of the recent production reveals that almost three-quarters of the now known escrow agreements have not been produced at all, and some have been produced only in part without identifying the contact information of the counterparties. In any event, responses to the subpoenas should be extremely informative, albeit two years late. Mr. Etra's attempt to stall those further should be denied.

                                              Respectfully yours,

                                              Steven R. Popofsky

cc: Aaron Etra (by ECF and e-mail)