**KLEINBERG KAPLAN**

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

October 13, 2022

**Via ECF**

Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

Re:   **Benthos v Etra, 20 Civ. 3384**

Dear Judge Parker:

On behalf of petitioner, we will shortly be filing the brief authorized by Your Honor in your Order at Dkt. 188. In that brief, references will be made to Mr. Etra's failure to provide meaningful responses to petitioner's August 2022 subpoenas (Dkt. 156-1 and 156-2), as he was repeatedly ordered to do by Judge Caproni. Mr. Etra served those (non-responsive) responses on October 7, and it appears that he intended to file them – through the pro se office, although he has repeatedly been directed to register himself on ECF and make his own filings, as this five-decade member of the Bar is fully capable of doing – but the pro see office filed only his cover letter and not his attachments.

Accordingly, so that Mr. Etra's responses are in the record for both Your Honor and Judge Caproni, we are herewith filing the entirety of what Mr. Etra served on October 7 (together with re-filing the subpoenas to which they were responding, for the Courts' convenience) in purported compliance with Judge Caproni's orders.

Respectfully submitted,<br><br>
Steven R. Popofsky

Enclosures
cc:   Aaron Etra (via e-mail and ECF w/enclosures)