# Exhibit 1

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Friday, October 7, 2022 11:26 PM |
| **To:** | Temporary Pro Se Filing NYSD |
| **Cc:** | Steven Popofsky |
| **Subject:** | Benthos v. Etra 20 cv 03384 (VEC): for Judge Valerie Caproni |
| **Attachments:** | OCTOBER 7, 2022 LETTER TO JUDGE CAPRONI[ FINAL.pdf; RESPONSES TO PETITIONERS INFORMATION SDT AUGUST 2 2022 FINAL.pdf; RESPONSES TO PETITIONERS DOCUMENT SDT AUGUST 2 2022 FINAL.pdf; Landlord Invoice AE sept 2022.pdf; HSBC CRedit Sumary for Subpoenas due October 7 2022.pdf; KMM letter for AE 051821.pdf; ORDERS since Aug 13 2020.pdf; Summary of subpoensa enforcement efforts by peititioner.pdf; Piermont 2060 May 26 20 to June 30 22.pdf; Citi Priority Aug 2018 to Dec 2018.pdf; HSBC -6096 Feb 15 19 to June 4 20.pdf; HSBC 6401 March 30 2019 to Apr 30 2020.pdf; HSBC- ACCOUNTS -6401 and -6410 CLOSURES (1).pdf; HSBC 6509 March 30 2019 - june 22 2020.pdf; HSBC 0669 Response to Inquiry about account.pdf; CITIBANK final Statements with COVER SHEET.pdf; M & T ACCOUNT -3441 february 2019 to june 2022.pdf; M & T ACCOUNT -7045 April 2022 to June 2022.pdf; Metropolitan Commercial Bank 8051 IOLTA sept 2018 to closing with statement.pdf; M & T BANK CLOSING LETTER FOR -2433.pdf; PIERMONT ACCOUNT -2060 JULY 2021- June 30 2022.pdf; PIERMONT ACCOUNT -2292 jULY 2021 to June 2022.pdf; HSBC 6401 March 30 2019 to Apr 30 2020.pdf; HSBC 6410 from HSBC July 19 2022.pdf |

To: Temporary Pro Se Filing NYSD

I am the pro se defendant/respondent ion Benthos v. Etra 20 cv 03384 (VEC).

Please send the attached submissions to U.S. District Court Judge Valerie Caproni.

Thank you,

/s/ Aaron Etra

Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500
Email: aaron@etra.com