# Exhibit 8



Print  Cancel

# Statement Details for 12/24/20

MasterCard BusinessCard Monthly Statement

| Balance Summary: | |
|---|---:|
| Previous Balance | $16,261.80 |
| Payments and Other Credits | $0.00 |
| Purchases/Loans/Other Charges | $0.00 |
| Service Charge or Interest | $121.54 |
| Transaction Fees Loans Only | $0.00 |
| Total FINANCE CHARGE | $121.54 |
| Late Payment Fees | $35.00 |
| New Balance | $16,418.34 |

YOU MAY AVOID ADDITIONAL FINANCE CHARGES ON PURCHASES IF YOU PAY $16,418.34 BY PAYMENT DUE DATE.

| Account Summary: | |
|---|---:|
| Account Number | XXXX XXXX XXXX 0169 |
| Credit Line | $22,500.00 |
| Total Balance in Use | $16,418.34 |
| Available Credit | $0.00 |
| Days in Billing Cycle | 29 |
| Billing Date | DECEMBER 24, 2020 |
| Payment Due Date | JANUARY 18, 2021 |
| Amount Past Due            2 | $682.36 |
| Minimum Due | $1,045.73 |
| Minimum Payment Terms | 000000050 |

### HSBC Credit Card Rewards Summary:

| Opening Point Balance | Earned Points | Redeemed Points | Expired/Forfeited Points | Ending Point Balance |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 |

### Your Transaction at a Glance:

| Tran Date | Post Date | Card Brand | Reference Number | Description of Transactions | | Amount |
|---|---|---|---|---|---|---:|
| 12/24 | 12/24 | | | LATE FEE | + | 35.00 |
| 12/24 | 12/24 | | *FINANCE CHARGE* | PURCHASES $121.54 CASH ADVANCE $0.00 | + | 121.54 |

### Finance Charge Rates Summary:

| Variable Rate Account | Periodic Rate (may vary) | Average Daily Balance | Corresponding Annual Percentage Rate | Annual Percentage Rate |
|---|---|---|---|---|
| Purchases | .749 Monthly | $16,226.80 | 8.99 | 8.99 |
| Loans | .05819 Monthly | $.00 | 21.24 | 21.24 |

| Questions? | | Call or Write | Payment Address: |
|---|---|---|---|
| Toll Free | 866-341-5203 | HSBC BANK USA, N.A.<br>P.O. BOX 9 | HSBC BANK USA, N.A.<br>PO BOX 5477 |
| Outside U.S/Canada | 716-841-7855 | BUFFALO, NY 14240. | CAROL STREAM, IL 60197-5477 |

NEW YORK RESIDENTS MAY CONTACT THE NEW YORK STATE BANKING DEPARTMENT TO OBTAIN A COMPARATIVE LISTING OF CREDIT CARD RATES, FEES AND GRACE PERIODS. NEW YORK STATE BANKING DEPARTMENT, 1-800-518-8866.

**UNAUTHORIZED USE:** The Company and/or any Cardholder will not be liable for unauthorized use of a Card which occurs after you notify us of the loss, theft or possible unauthorized use of a Card. To notify us, please call **866-341-5203**.

**PAYMENTS: You may pay your New Balance in full at any time or pay it in installments, unless otherwise stipulated as a "pay in full" arrangement in your Agreement.** If you choose installments, you must pay at least the MINIMUM PAYMENT. Payments must be in U.S. currency, by cash, check or money order drawn on, or cleared through, a U.S. bank and should be received on, or before the PAYMENT DUE DATE. If we receive your payment with the statement stub at the address listed on front, or in person at any one of our branches by noon on any Monday through Friday, that is not a holiday, we will credit your payment on the date it is received. Payments made in any other manner will be credited to your account within 5 days of receipt. You have at least a 25 day grace period from your Billing Date to repay your Purchases Balance(s) before incurring new Finance Charges. There is no Grace Period for Loans.

**CREDIT BALANCE:** If your NEW BALANCE or PREVIOUS BALANCE reflects a credit balance owing to you, it will be shown by a "CR" after the figure. Your business is entitled to receive a refund of any credit balance in excess of $1, if you mail your request to us at the address shown on the front under "Questions".

**CALCULATION OF FINANCE CHARGES:** For Purchases, we use an Average Daily Balance (including current purchases) method. (You may have more than one Purchases balance.) To determine the Average Daily Balance, we add up all the daily balances (opening balance purchases plus new purchases minus payments) in the month and divide the total by the number of Days in the Billing Cycle. The opening balance includes any previously billed but unpaid Finance Charge and Annual Membership Fees. On your Billing Date, we multiply each Average Daily Balance by the appropriate monthly Periodic Rate to get the FINANCE CHARGE for Purchases. A Minimum FINANCE CHARGE of $0.50 will be charged in each month in which any calculated FINANCE CHARGE for Purchases would be less than $0.50.

For Loans, we use an Average Daily Balance (including current transactions) method. (You may have more than one Loans balance.) To determine the Average Daily Balance, we take the beginning balance for Loans on your account each day, add any new Loans and subtract any payments and credits. This gives us the daily balance. We do this for each day of the Billing Cycle. At the end of the Billing Cycle, we add the sum of these daily balances and divide by the number of days in the Billing Cycle to calculate the Average Daily Balance. To calculate the FINANCE CHARGE, we multiply the Average Daily Balance by the applicable Periodic Rate and multiply this total by the number of days in the Billing Cycle. The Loans Finance Charge includes, where applicable, TRANSACTION FEES in connection with each Loan, which have been previously disclosed to you as part of your Cardholder Agreement.

Unless this is stated to be a Variable Rate Account on the front of this statement, it is a Fixed Rate Account. If Variable, the Periodic Rates and the portion of the ANNUAL PERCENTAGE RATES based on the Periodic Rates may vary. The particular Variable Rate Index and Spread used for each Balance subject to FINANCE CHARGE have been previously disclosed to you as part of your Cardholder Agreement.

**CREDITOR:** This statement is mailed by and payable to HSBC Bank USA, N.A. in Buffalo, New York. Your Cardholder Agreement and Account are governed by the laws and regulations of the Commonwealth of Virginia, as well as applicable federal laws and regulations of the United States. Please consult your Agreement for detailed terms and conditions.



Print   Cancel

# Statement Details for 01/26/21

MasterCard BusinessCard Monthly Statement

| Balance Summary: | |
|---|---|
| Previous Balance | $16,418.34 |
| Payments and Other Credits | $0.00 |
| Purchases/Loans/Other Charges | $0.00 |
| Service Charge or Interest | $122.45 |
| Transaction Fees Loans Only | $0.00 |
| Total FINANCE CHARGE | $122.45 |
| Late Payment Fees | $35.00 |
| New Balance | $16,575.79 |

YOU MAY AVOID ADDITIONAL FINANCE CHARGES ON PURCHASES IF YOU PAY $16,575.79 BY PAYMENT DUE DATE.

| Account Summary: | |
|---|---|
| Account Number | XXXX XXXX XXXX 0169 |
| Credit Line | $22,500.00 |
| Total Balance in Use | $16,575.79 |
| Available Credit | $0.00 |
| Days in Billing Cycle | 33 |
| Billing Date | JANUARY 26, 2021 |
| Payment Due Date | FEBRUARY 20, 2021 |
| Amount Past Due    3 | $1,045.73 |
| Minimum Due | $1,412.25 |
| Minimum Payment Terms | 000000050 |

### HSBC Credit Card Rewards Summary:

| Opening Point Balance | Earned Points | Redeemed Points | Expired/Forfeited Points | Ending Point Balance |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 |

### Your Transaction at a Glance:

| Tran Date | Post Date | Card Brand | Reference Number | Description of Transactions | | Amount |
|---|---|---|---|---|---|---|
| 01/26 | 01/26 | | | LATE FEE | + | 35.00 |
| 01/26 | 01/26 | | *FINANCE CHARGE* | PURCHASES $122.45 CASH ADVANCE $0.00 | + | 122.45 |

### Finance Charge Rates Summary:

| Variable Rate Account | Periodic Rate (may vary) | Average Daily Balance | Corresponding Annual Percentage Rate | Annual Percentage Rate |
|---|---|---|---|---|
| Purchases | .749 Monthly | $16,348.34 | 8.99 | 8.99 |
| Loans | .05819 Monthly | $.00 | 21.24 | 21.24 |

| Questions? | | Call or Write | Payment Address: |
|---|---|---|---|
| Toll Free | 866-341-5203 | HSBC BANK USA, N.A.<br>P.O. BOX 9 | HSBC BANK USA, N.A.<br>PO BOX 5477 |
| Outside U.S/Canada | 716-841-7855 | BUFFALO, NY 14240. | CAROL STREAM, IL 60197-5477 |

NEW YORK RESIDENTS MAY CONTACT THE NEW YORK STATE BANKING DEPARTMENT TO OBTAIN
A COMPARATIVE LISTING OF CREDIT CARD RATES, FEES AND GRACE PERIODS. NEW YORK STATE BANKING DEPARTMENT, 1-800-518-8866.

**UNAUTHORIZED USE:** The Company and/or any Cardholder will not be liable for unauthorized use of a Card which occurs after you notify us of the loss, theft or possible unauthorized use of a Card. To notify us, please call **866-341-5203**.

**PAYMENTS: You may pay your New Balance in full at any time or pay it in installments, unless otherwise stipulated as a "pay in full" arrangement in your Agreement.** If you choose installments, you must pay at least the MINIMUM PAYMENT. Payments must be in U.S. currency, by cash, check or money order drawn on, or cleared through, a U.S. bank and should be received on, or before the PAYMENT DUE DATE. If we receive your payment with the statement stub at the address listed on front, or in person at any one of our branches by noon on any Monday through Friday, that is not a holiday, we will credit your payment on the date it is received. Payments made in any other manner will be credited to your account within 5 days of receipt. You have at least a 25 day grace period from your Billing Date to repay your Purchases Balance(s) before incurring new Finance Charges. There is no Grace Period for Loans.

**CREDIT BALANCE:** If your NEW BALANCE or PREVIOUS BALANCE reflects a credit balance owing to you, it will be shown by a "CR" after the figure. Your business is entitled to receive a refund of any credit balance in excess of $1, if you mail your request to us at the address shown on the front under "Questions".

**CALCULATION OF FINANCE CHARGES:** For Purchases, we use an Average Daily Balance (including current purchases) method. (You may have more than one Purchases balance.) To determine the Average Daily Balance, we add up all the daily balances (opening balance purchases plus new purchases minus payments) in the month and divide the total by the number of Days in the Billing Cycle. The opening balance includes any previously billed but unpaid Finance Charge and Annual Membership Fees. On your Billing Date, we multiply each Average Daily Balance by the appropriate monthly Periodic Rate to get the FINANCE CHARGE for Purchases. A Minimum FINANCE CHARGE of $0.50 will be charged in each month in which any calculated FINANCE CHARGE for Purchases would be less than $0.50.

For Loans, we use an Average Daily Balance (including current transactions) method. (You may have more than one Loans balance.) To determine the Average Daily Balance, we take the beginning balance for Loans on your account each day, add any new Loans and subtract any payments and credits. This gives us the daily balance. We do this for each day of the Billing Cycle. At the end of the Billing Cycle, we add the sum of these daily balances and divide by the number of days in the Billing Cycle to calculate the Average Daily Balance. To calculate the FINANCE CHARGE, we multiply the Average Daily Balance by the applicable Periodic Rate and multiply this total by the number of days in the Billing Cycle. The Loans Finance Charge includes, where applicable, TRANSACTION FEES in connection with each Loan, which have been previously disclosed to you as part of your Cardholder Agreement.

Unless this is stated to be a Variable Rate Account on the front of this statement, it is a Fixed Rate Account. If Variable, the Periodic Rates and the portion of the ANNUAL PERCENTAGE RATES based on the Periodic Rates may vary. The particular Variable Rate Index and Spread used for each Balance subject to FINANCE CHARGE have been previously disclosed to you as part of your Cardholder Agreement.

**CREDITOR:** This statement is mailed by and payable to HSBC Bank USA, N.A. in Buffalo, New York. Your Cardholder Agreement and Account are governed by the laws and regulations of the Commonwealth of Virginia, as well as applicable federal laws and regulations of the United States. Please consult your Agreement for detailed terms and conditions.



Print   Cancel

## Statement Details for 02/24/21

MasterCard BusinessCard Monthly Statement

| Balance Summary: | |
|---|---|
| Previous Balance | $16,575.79 |
| Payments and Other Credits | $0.00 |
| Purchases/Loans/Other Charges | $0.00 |
| Service Charge or Interest | $123.37 |
| Transaction Fees Loans Only | $0.00 |
| Total FINANCE CHARGE | $123.37 |
| Late Payment Fees | $35.00 |
| New Balance | $16,734.16 |

YOU MAY AVOID ADDITIONAL FINANCE CHARGES ON PURCHASES IF YOU PAY $16,734.16 BY PAYMENT DUE DATE.

| Account Summary: | |
|---|---|
| Account Number | XXXX XXXX XXXX 0169 |
| Credit Line | $22,500.00 |
| Total Balance in Use | $16,734.16 |
| Available Credit | $0.00 |
| Days in Billing Cycle | 29 |
| Billing Date | FEBRUARY 24, 2021 |
| Payment Due Date | MARCH 21, 2021 |
| Amount Past Due  4 | $1,412.25 |
| Minimum Due | $1,781.93 |
| Minimum Payment Terms | 000000050 |

### HSBC Credit Card Rewards Summary:

| Opening Point Balance | Earned Points | Redeemed Points | Expired/Forfeited Points | Ending Point Balance |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 |

### Your Transaction at a Glance:

| Tran Date | Post Date | Card Brand | Reference Number | Description of Transactions | | Amount |
|---|---|---|---|---|---|---|
| 02/24 | 02/24 | | | LATE FEE | + | 35.00 |
| 02/24 | 02/24 | | *FINANCE CHARGE* | PURCHASES $123.37 CASH ADVANCE $0.00 | + | 123.37 |

### Finance Charge Rates Summary:

| Variable Rate Account | Periodic Rate (may vary) | Average Daily Balance | Corresponding Annual Percentage Rate | Annual Percentage Rate |
|---|---|---|---|---|
| Purchases | .749 Monthly | $16,470.79 | 8.99 | 8.99 |
| Loans | .05819 Monthly | $.00 | 21.24 | 21.24 |

| Questions? | Call or Write | Payment Address: |
|---|---|---|
| Toll Free  866-341-5203 | HSBC BANK USA, N.A.  P.O. BOX 9  BUFFALO, NY 14240. | HSBC BANK USA, N.A.  PO BOX 5477  CAROL STREAM, IL 60197-5477 |
| Outside U.S/Canada  716-841-7855 | | |

NEW YORK RESIDENTS MAY CONTACT THE NEW YORK STATE BANKING DEPARTMENT TO OBTAIN A COMPARATIVE LISTING OF CREDIT CARD RATES, FEES AND GRACE PERIODS. NEW YORK STATE BANKING DEPARTMENT, 1-800-518-8866.

**UNAUTHORIZED USE:** The Company and/or any Cardholder will not be liable for unauthorized use of a Card which occurs after you notify us of the loss, theft or possible unauthorized use of a Card. To notify us, please call **866-341-5203**.

**PAYMENTS: You may pay your New Balance in full at any time or pay it in installments, unless otherwise stipulated as a "pay in full" arrangement in your Agreement.** If you choose installments, you must pay at least the MINIMUM PAYMENT. Payments must be in U.S. currency, by cash, check or money order drawn on, or cleared through, a U.S. bank and should be received on, or before the PAYMENT DUE DATE. If we receive your payment with the statement stub at the address listed on front, or in person at any one of our branches by noon on any Monday through Friday, that is not a holiday, we will credit your payment on the date it is received. Payments made in any other manner will be credited to your account within 5 days of receipt. You have at least a 25 day grace period from your Billing Date to repay your Purchases Balance(s) before incurring new Finance Charges. There is no Grace Period for Loans.

**CREDIT BALANCE:** If your NEW BALANCE or PREVIOUS BALANCE reflects a credit balance owing to you, it will be shown by a "CR" after the figure. Your business is entitled to receive a refund of any credit balance in excess of $1, if you mail your request to us at the address shown on the front under "Questions".

**CALCULATION OF FINANCE CHARGES:** For Purchases, we use an Average Daily Balance (including current purchases) method. (You may have more than one Purchases balance.) To determine the Average Daily Balance, we add up all the daily balances (opening balance purchases plus new purchases minus payments) in the month and divide the total by the number of Days in the Billing Cycle. The opening balance includes any previously billed but unpaid Finance Charge and Annual Membership Fees. On your Billing Date, we multiply each Average Daily Balance by the appropriate monthly Periodic Rate to get the FINANCE CHARGE for Purchases. A Minimum FINANCE CHARGE of $0.50 will be charged in each month in which any calculated FINANCE CHARGE for Purchases would be less than $0.50.

For Loans, we use an Average Daily Balance (including current transactions) method. (You may have more than one Loans balance.) To determine the Average Daily Balance, we take the beginning balance for Loans on your account each day, add any new Loans and subtract any payments and credits. This gives us the daily balance. We do this for each day of the Billing Cycle. At the end of the Billing Cycle, we add the sum of these daily balances and divide by the number of days in the Billing Cycle to calculate the Average Daily Balance. To calculate the FINANCE CHARGE, we multiply the Average Daily Balance by the applicable Periodic Rate and multiply this total by the number of days in the Billing Cycle. The Loans Finance Charge includes, where applicable, TRANSACTION FEES in connection with each Loan, which have been previously disclosed to you as part of your Cardholder Agreement.

Unless this is stated to be a Variable Rate Account on the front of this statement, it is a Fixed Rate Account. If Variable, the Periodic Rates and the portion of the ANNUAL PERCENTAGE RATES based on the Periodic Rates may vary. The particular Variable Rate Index and Spread used for each Balance subject to FINANCE CHARGE have been previously disclosed to you as part of your Cardholder Agreement.

**CREDITOR:** This statement is mailed by and payable to HSBC Bank USA, N.A. in Buffalo, New York. Your Cardholder Agreement and Account are governed by the laws and regulations of the Commonwealth of Virginia, as well as applicable federal laws and regulations of the United States. Please consult your Agreement for detailed terms and conditions.



Print    Cancel

# Transaction History for  11/25/2020
## Transactions

| Trans Date | Post Date | Transaction Description | Amount |
|---|---|---|---|
| 11/25/20 | 11/25/20 | LATE FEE | $35.00 |
| 11/25/20 | 11/25/20 | *FINANCE CHARGE* PURCHASES $120.64 CASH ADVANCE $0.00 | $120.64 |
| | | ENHANCEMENTS ARE COMING TO YOUR STATEMENT SOON. AS A | |
| | | RESULT, THE INFORMATION ABOVE DOES NOT REFLECT YOUR | |
| | | CURRENT POINT BALANCE. PLEASE GO TO REWARDS.US.HSBC.COM | |
| | | OR CALL THE NUMBER ON THE BACK OF YOUR CARD FOR DETAILS | |
| | | ABOUT YOUR CURRENT POINTS BALANCE. | |
| | | MEMBER ID | |
| | | OPENING EARNED REDEEMED EXP/FORFEITED ENDING POINT | |
| | | BALANCE POINTS POINTS POINTS BALANCE | |
| | | 0 0 0 0 0 | |



| Account Summary | Transaction History | Statements | Account Info | Payments | | Sign Out |

## Account Summary

Access Log

Welcome, AARON

This summary reflects the most current account information.

| | |
|---|---|
| Account Number : | XXXX-XXXX-XXXX-0169 |
| Card Type : | Individual-Account |
| Company ID : | 00665860 |
| Company Name : | AARON ETRA |
| Primary Cardholder : | AARON ETRA |
| Email Address : | aaron@etra.com |
| Secondary Cardholder : | AARON ETRA |
| Address : | AARON ETRA<br>240 E 47TH ST APT 12A<br>NEW YORK NY 10017-2134 |
| Home Phone : | (000)856-3500 |
| Work Phone : | (000)856-3500 |
| Statement Delivery Method : | Electronic Only |
| | |
| Balance as of 05/19/21 : | $ 17,045.49 |
| Available Credit : | $ 5,454 |
| Credit Limit : | $ 22,500 |
| | |
| Minimum Payment Due : | $ 2,522.48 |
| Payment Due Date : | 05/21/21 |
| Last Payment Amount : | $ 700.00 |
| Last Payment Posted : | 09/28/20 |
| Last Statement Balance : | $ 17,045.49 |
| Last Statement Date : | 04/26/21 |

Update Account Info

Change Delivery Method

View Transaction History

Payments
View Payment History

Account Summary | Transaction History | Statements | Account Info | Payments | FAQs
Contact Us | Security | Terms and Conditions | Privacy | Accessibility