# Exhibit 13

# citi Citi Priority

August 1 - August 31, 2018
Citi Priority Account 4974070873

Page 1 of 8

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484*
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
KORALJKA GALL TROSELJ
240 E 47TH STREET APT 12A
NEW YORK NY 10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

## Value of Accounts

| | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | 1,641.50 | 7,877.69 |
| Citi Priority Relationship Total | $1,641.50 | $7,877.69 |

## Earnings Summary

| | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 0.12 | 0.82 |
| Citi Priority Relationship Total | $0.12 | $0.82 |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citi Priority

Notice: The Citibank Client Manual-Consumer Accounts now includes the following terms. When you provide a mobile phone number to us, you authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber status details, if available, solely to allow verification of your identity and to compare information you have provided to Citi with your wireless operator account profile information for the duration of your business relationship with Citibank.

# citi Citi Priority

Page 1 of 8

September 1 - September 30, 2018
Citi Priority Account  4974070873

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484*
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
KORALJKA GALL TROSELJ
240 E 47TH STREET APT 12A
NEW YORK NY  10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

### Value of Accounts

| | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | 7,877.69 | 4,548.32 |
| Checking | | |
| Citi Priority Relationship Total | $7,877.69 | $4,548.32 |

### Earnings Summary

| | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 0.16 | 0.98 |
| Citi Priority Relationship Total | $0.16 | $0.98 |

* To ensure quality service, calls are randomly monitored and may be recorded.

# citi Citi Priority

Page 1 of 8

October 1 - October 31, 2018
Citi Priority Account 4974070873

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484*
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
KORALJKA GALL TROSELJ
240 E 47TH STREET APT 12A
NEW YORK NY  10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

### Value of Accounts

| | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | 4,548.32 | 13,637.75 |
| Citi Priority Relationship Total | $4,548.32 | $13,637.75 |

### Earnings Summary

| | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | 0.16 | 1.14 |
| Citi Priority Relationship Total | $0.16 | $1.14 |

* To ensure quality service, calls are randomly monitored and may be recorded.

# citi  Citi Priority

December 1 - December 31, 2018    Page 1 of 8
Citi Priority Account   4974070873

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484*
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
KORALJKA GALL TROSELJ
240 E 47TH STREET APT 12A
NEW YORK NY    10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | 10,253.00 | 13,002.60 |
| Citi Priority Relationship Total | $10,253.00 | $13,002.60 |

| Earnings Summary | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 0.26 | 1.67 |
| Citi Priority Relationship Total | $0.26 | $1.67 |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citi Priority

Important Message for Citi Priority clients: Beginning with your January 2019 statement, check images will no longer be included with your statement for your Citi Priority Interest Checking or Regular Checking account. You can view and print check images at no cost to you through Citibank Online at www.citi.com. If you would like to continue receiving check images or if you have questions, please contact us. As a reminder, it is important that you review activity in your account and notify us immediately of any errors.