# Exhibit 14



P.O. Box 1411
Buffalo, NY 14240-4215

Questions?
Call 1.800.975.4722
TTY 1.800.898.5999

MDG2022 00000006 00

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK NY 100172134

July 11, 2022

Dear Customer,

Subject: Important Information about your HSBC Account 013006096.

Thank you for your request. We have enclosed the Information you requested to be reprinted. If you have any questions about your account or need further assistance, please stop by any HSBC branch or call us at:

1-800-975-HSBC
(1-800-975-4722)

We will be happy to help you. Thank you for banking with HSBC.

Paul S. Mullins
Head of Customer | Wealth and Personal Banking | HSBC Bank USA, N.A.



HSBC Bank USA, N.A. - CCI_REPRINT - 05262021          Page 1 of 33                              (Rev 05.2021)



**Advance**

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK   NY 100172134

**This account has been Closed.**
Please contact us with any questions.

Effective 06/15/2020, the first $225 of check deposits will be available on the first Business Day after the day of deposit. Check deposits totaling more than $5,525 may be delayed for a longer period.

Important information regarding the Funds Transfer section of the Rules for Deposit
Effective September 08, 2020, the following provision of the Funds Transfer section of the Rules For Consumer Deposit Accounts (the "Rules") is amended, which are part of the Agreement between you and HSBC Bank USA, N.A. (the "Bank").

Notice of Receipt of ACH Payments, Real-Time Payments (RTP) and Wire Payments (collectively, "Funds Transfers")
Under the funds-transfer system rules applicable to ACH and RTP payments credited to your HSBC consumer deposit account, the Bank is not required to give you next day notice of receipt of such payments. The posting of such payments to your consumer deposit account(s) will be reflected in the periodic statements HSBC provides you. Under the terms of this Agreement, the Bank will not be obligated to notify you each time you are the recipient or beneficiary of a wire payment, other than the posting of such wire payments to your consumer deposit account in your next periodic statement.

---

**HSBC ADVANCE**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  05/16/20 TO 06/04/20

AARON ETRA

| | |
|---|---|
| BEGINNING BALANCE | $12,773.94 |
| DEPOSITS & OTHER ADDITIONS | $0.12 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $12,774.06 |
| ENDING BALANCE | $0.00 |
| ANNUAL PERCENTAGE YIELD EARNED 05/16/20 - 06/04/20 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.06 |
| AVERAGE DAILY BALANCE | $11,496.56 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.38 |



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMy     Page 1 of 2





P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

Effective 06/15/2020, the first $225 of check deposits will be available on the first Business Day after the day of deposit. Check deposits totaling more than $5,525 may be delayed for a longer period.

Important information regarding the Funds Transfer section of the Rules for Deposit
Effective September 08, 2020, the following provision of the Funds Transfer section of the Rules For Consumer Deposit Accounts (the "Rules") is amended, which are part of the Agreement between you and HSBC Bank USA, N.A. (the "Bank").

Notice of Receipt of ACH Payments, Real-Time Payments (RTP) and Wire Payments (collectively, "Funds Transfers")
Under the funds-transfer system rules applicable to ACH and RTP payments credited to your HSBC consumer deposit account, the Bank is not required to give you next day notice of receipt of such payments. The posting of such payments to your consumer deposit account(s) will be reflected in the periodic statements HSBC provides you. Under the terms of this Agreement, the Bank will not be obligated to notify you each time you are the recipient or beneficiary of a wire payment, other than the posting of such wire payments to your consumer deposit account in your next periodic statement.

---

**HSBC ADVANCE**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  04/16/20 TO 05/15/20

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $10,302.23 |
| DEPOSITS & OTHER ADDITIONS | $2,784.38 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $312.67 |
| ENDING BALANCE | $12,773.94 |

| | |
|---|---:|
| ANNUAL PERCENTAGE YIELD EARNED 04/16/20 - 05/15/20 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.09 |
| AVERAGE DAILY BALANCE | $10,828.03 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.26 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 04/16/20 | OPENING BALANCE | | | $10,302.23 |
| 04/16/20 | TELEPHONE/ELECTRONIC PAYMENT TO ACCOUNT ENDING IN 6532 | | 312.67 | $9,989.56 |
| 04/29/20 | DEPOSIT FROM IRS  TREAS 310- TAX REF | 1,200.00 | | $11,189.56 |

CONTINUED ON NEXT PAGE

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) yMy          Page 1 of 2



**Advance**

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

Effective 06/15/2020, the first $225 of check deposits will be available on the first Business Day after the day of deposit. Check deposits totaling more than $5,525 may be delayed for a longer period.

**HSBC ADVANCE**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  03/14/20 TO 04/15/20

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $8,717.87 |
| DEPOSITS & OTHER ADDITIONS | $1,584.36 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $10,302.23 |
| ANNUAL PERCENTAGE YIELD EARNED 03/14/20 - 04/15/20 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.06 |
| AVERAGE DAILY BALANCE | $9,101.97 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.18 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 03/14/20 | OPENING BALANCE | | | $8,717.87 |
| 03/30/20 | INTEREST PAID FROM 03/02/20 THRU 03/29/20 | 0.06 | | $8,717.93 |
| 04/08/20 | DEPOSIT FROM SSA TREAS 310-XXSOC SEC | 1,584.30 | | $10,302.23 |
| 04/15/20 | ENDING BALANCE | | | $10,302.23 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.     If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) yMy     Page 1 of 2



**Advance**

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK   NY  100172134

---

**HSBC ADVANCE**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  02/15/20 TO 03/13/20

AARON ETRA

| | |
|---|---|
| BEGINNING BALANCE | $7,133.51 |
| DEPOSITS & OTHER ADDITIONS | $1,584.36 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $8,717.87 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 02/15/20 - 03/13/20 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.06 |
| AVERAGE DAILY BALANCE | $7,303.28 |
| *INTEREST NOT AVAILABLE UNTIL CREDITED* | |
| INTEREST PAID YEAR TO DATE | $0.12 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 02/15/20 | OPENING BALANCE | | | $7,133.51 |
| 03/02/20 | INTEREST PAID FROM 01/30/20 THRU 03/01/20 | 0.06 | | $7,133.57 |
| 03/11/20 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,584.30 | | $8,717.87 |
| 03/13/20 | ENDING BALANCE | | | $8,717.87 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA. N.A.  (Rev. 6/2018) yMy     Page 1 of 2



**Advance**

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

## HSBC ADVANCE

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  01/16/20 TO 02/14/20

AARON ETRA

| | |
|---|---|
| BEGINNING BALANCE | $6,749.15 |
| DEPOSITS & OTHER ADDITIONS | $1,584.36 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $1,200.00 |
| ENDING BALANCE | $7,133.51 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 01/16/20 - 02/14/20 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.05 |
| AVERAGE DAILY BALANCE | $6,430.94 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.06 |



| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 01/16/20 | OPENING BALANCE | | | $6,749.15 |
| 01/17/20 | TELEPHONE/ELECTRONIC PAYMENT TO ACCOUNT ENDING IN 6532 | | 200.00 | $6,549.15 |
| 01/30/20 | INTEREST PAID FROM 12/30/19 THRU 01/29/20 | 0.06 | | $6,549.21 |
| 01/31/20 | CASH W/D ON 01312020 AT HSBC ATM HSBC 777 3RD AVE NEW YORK NY U | | 500.00 | $6,049.21 |
| 02/12/20 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,584.30 | | $7,633.51 |
| 02/13/20 | WITHDRAWAL | | 500.00 | $7,133.51 |
| 02/14/20 | ENDING BALANCE | | | $7,133.51 |

*All deposited items are credited subject to final payment.*

ITEMS PAID ON THIS STATEMENT



#0  .........  500.00

Please examine your statement at once.      If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) yMy         Page 1 of 2



Advance

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**HSBC ADVANCE**

ACCOUNT NUMBER   013-006096
STATEMENT PERIOD   12/14/19 TO 01/15/20

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $7,064.74 |
| DEPOSITS & OTHER ADDITIONS | $1,598.07 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $1,913.66 |
| ENDING BALANCE | $6,749.15 |

| | |
|---|---:|
| ANNUAL PERCENTAGE YIELD EARNED 12/14/19 - 01/15/20 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.06 |
| AVERAGE DAILY BALANCE | $7,107.16 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 12/14/19 | OPENING BALANCE | | | $7,064.74 |
| 12/16/19 | TELEPHONE/ELECTRONIC PAYMENT TO ACCOUNT ENDING IN 6532 | | 100.00 | $6,964.74 |
| | PURCHASE ON 12152019 AT STAPLES    00101840 M ANHATTAN NY | | 65.31 | $6,899.43 |
| 12/23/19 | PURCHASE ON 12202019 AT SHIMA SUSHI, NEW YORK NY | | 48.35 | $6,851.08 |
| 12/30/19 | INTEREST PAID FROM 12/02/19 THRU 12/29/19 | 0.07 | | $6,851.15 |
| 01/08/20 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,598.00 | | $8,449.15 |
| 01/13/20 | WITHDRAWAL | | 1,700.00 | $6,749.15 |
| 01/15/20 | ENDING BALANCE | | | $6,749.15 |

*All deposited items are credited subject to final payment.*

**ITEMS PAID ON THIS STATEMENT**

#0 ......... 1,700.00

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) yMy                Page 1 of 2



Advance

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

**HSBC ADVANCE**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  11/16/19 TO 12/13/19

AARON ETRA

| | |
|---|---|
| BEGINNING BALANCE | $12,319.95 |
| DEPOSITS & OTHER ADDITIONS | $1,744.79 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $7,000.00 |
| ENDING BALANCE | $7,064.74 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 11/16/19 - 12/13/19 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.09 |
| AVERAGE DAILY BALANCE | $11,742.55 |
| *INTEREST NOT AVAILABLE UNTIL CREDITED* | |
| INTEREST PAID YEAR TO DATE | $0.46 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 11/16/19 | OPENING BALANCE | | | $12,319.95 |
| 12/02/19 | INTEREST PAID FROM 10/30/19 THRU 12/01/19 | 0.11 | | $12,320.06 |
| 12/11/19 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,543.50 | | $13,863.56 |
| | TRANSFER TO CHECKING AARON ETRA, ESQ. ATTORNEY ACCOUNT ENDING IN 6401 | | 7,000.00 | $6,863.56 |
| 12/13/19 | DEPOSIT | 201.18 | | $7,064.74 |
| 12/13/19 | ENDING BALANCE | | | $7,064.74 |

*All deposited items are credited subject to final payment.*

Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) yMy       Page 1 of 2

# HSBC 

**Advance**

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**HSBC ADVANCE**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  10/16/19 TO 11/15/19

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $10,776.36 |
| DEPOSITS & OTHER ADDITIONS | $1,543.59 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $12,319.95 |
| ANNUAL PERCENTAGE YIELD EARNED 10/16/19 - 11/15/19 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.09 |
| AVERAGE DAILY BALANCE | $10,925.78 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.35 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 10/16/19 | OPENING BALANCE | | | $10,776.36 |
| 10/30/19 | INTEREST PAID FROM 09/30/19 THRU 10/29/19 | 0.09 | | $10,776.45 |
| 11/13/19 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,543.50 | | $12,319.95 |
| 11/15/19 | ENDING BALANCE | | | $12,319.95 |

All deposited items are credited subject to final payment.



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) yMy              Page 1 of 2



Advance

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**HSBC ADVANCE**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  09/14/19 TO 10/15/19

AARON ETRA

| | |
|---|---|
| BEGINNING BALANCE | $9,432.78 |
| DEPOSITS & OTHER ADDITIONS | $1,543.58 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $200.00 |
| ENDING BALANCE | $10,776.36 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 09/14/19 - 10/15/19 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.08 |
| AVERAGE DAILY BALANCE | $9,632.96 |
| *INTEREST NOT AVAILABLE UNTIL CREDITED* | |
| INTEREST PAID YEAR TO DATE | $0.26 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 09/14/19 | OPENING BALANCE | | | $9,432.78 |
| 09/24/19 | TELEPHONE/ELECTRONIC PAYMENT TO ACCOUNT ENDING IN 6532 | | 200.00 | $9,232.78 |
| 09/30/19 | INTEREST PAID FROM 08/30/19 THRU 09/29/19 | 0.08 | | $9,232.86 |
| 10/09/19 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,543.50 | | $10,776.36 |
| 10/15/19 | ENDING BALANCE | | | $10,776.36 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) yMy            Page 1 of 2



Advance

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

Effective September 9, 2019, a periodic statement will be provided for each monthly cycle in which a transaction has occurred, and at least quarterly if no transactions have occurred.

## HSBC ADVANCE

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  08/16/19 TO 09/13/19

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $7,889.22 |
| DEPOSITS & OTHER ADDITIONS | $1,543.56 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $9,432.78 |
| ANNUAL PERCENTAGE YIELD EARNED 08/16/19 - 09/13/19 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.06 |
| AVERAGE DAILY BALANCE | $8,048.92 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.18 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 08/16/19 | OPENING BALANCE | | | $7,889.22 |
| 08/30/19 | INTEREST PAID FROM 07/30/19 THRU 08/29/19 | 0.06 | | $7,889.28 |
| 09/11/19 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,543.50 | | $9,432.78 |
| 09/13/19 | ENDING BALANCE | | | $9,432.78 |

All deposited items are credited subject to final payment.



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) yMy    Page 1 of 2

Case 1:20-cv-03384-VEC-KHP   Document 192-14   Filed 10/13/22   Page 13 of 18



**HSBC** — Advance

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK   NY  100172134

Effective September 9, 2019, a periodic statement will be provided for each monthly cycle in which a transaction has occurred, and at least quarterly if no transactions have occurred.

## HSBC ADVANCE

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  07/16/19 TO 08/15/19

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $6,309.17 |
| DEPOSITS & OTHER ADDITIONS | $1,580.05 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $7,889.22 |
| ANNUAL PERCENTAGE YIELD EARNED 07/16/19 - 08/15/19 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.05 |
| AVERAGE DAILY BALANCE | $6,411.13 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.12 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 07/16/19 | OPENING BALANCE | | | $6,309.17 |
| 07/30/19 | INTEREST PAID FROM 07/01/19 THRU 07/29/19 | 0.05 | | $6,309.22 |
| 08/14/19 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,580.00 | | $7,889.22 |
| 08/15/19 | ENDING BALANCE | | | $7,889.22 |

All deposited items are credited subject to final payment.



Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA. N.A.  (Rev. 6/2018) yMy                Page 1 of 2



Advance

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

## HSBC ADVANCE

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  06/15/19 TO 07/15/19

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $5,686.97 |
| DEPOSITS & OTHER ADDITIONS | $1,580.05 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $957.85 |
| ENDING BALANCE | $6,309.17 |
| ANNUAL PERCENTAGE YIELD EARNED 06/15/19 - 07/15/19 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.05 |
| AVERAGE DAILY BALANCE | $5,333.02 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.07 |



| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 06/15/19 | OPENING BALANCE | | | $5,686.97 |
| 06/17/19 | PURCHASE ON 06152019 AT CVS/PHARM 10654--757 3 CVS/PHARM 10654-- | | 42.94 | $5,644.03 |
| | PURCHASE ON 06152019 AT AMISH MARKET 240 E 45T AMISH MARKET 240 | | 57.74 | $5,586.29 |
| | PURCHASE ON 06142019 AT DUANE READE #14229 NEW Y ORK NY | | 83.70 | $5,502.59 |
| | PURCHASE ON 06152019 AT DUANE READE #14229 NEW Y ORK NY | | 19.48 | $5,483.11 |
| | PURCHASE ON 06152019 AT GAP US 7233 NEW YORK NY | | 21.54 | $5,461.57 |
| 06/27/19 | PHONE  PAYMENT-A00176 TO CARD 5215317501556532 ON 06/27/19 | | 732.45 | $4,729.12 |
| 07/01/19 | INTEREST PAID FROM 05/30/19 THRU 06/30/19 | 0.05 | | $4,729.17 |
| 07/10/19 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,580.00 | | $6,309.17 |
| 07/15/19 | ENDING BALANCE | | | $6,309.17 |

All deposited items are credited subject to final payment.



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) yMy    Page 1 of 2



**Advance**

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK     NY  100172134

---

**HSBC ADVANCE**

ACCOUNT NUMBER 013-006096
STATEMENT PERIOD 05/16/19 TO 06/14/19

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $5,213.90 |
| DEPOSITS & OTHER ADDITIONS | $1,580.02 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $1,106.95 |
| ENDING BALANCE | $5,686.97 |
| ANNUAL PERCENTAGE YIELD EARNED 05/16/19 - 06/14/19 | 0.01% |
| INTEREST EARNED THIS PERIOD | $0.04 |
| AVERAGE DAILY BALANCE | $5,069.12 |
| *INTEREST NOT AVAILABLE UNTIL CREDITED* | |
| INTEREST PAID YEAR TO DATE | $0.02 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 05/16/19 | OPENING BALANCE | | | $5,213.90 |
| 05/20/19 | PURCHASE ON 05182019 AT C3 - CIBO EXPRESS C131 N EWARK NJ | | 3.49 | $5,210.41 |
| 05/30/19 | INTEREST PAID FROM 04/30/19 THRU 05/29/19 | 0.02 | | $5,210.43 |
| | PURCHASE ON 05292019 AT MORTONWILLIAMS GRY NEW YORK NY | | 26.19 | $5,184.24 |
| 06/06/19 | TELEPHONE/ELECTRONIC PAYMENT TO ACCOUNT ENDING IN 6532 | | 763.31 | $4,420.93 |
| 06/07/19 | PURCHASE ON 06062019 AT SQU*SQ *JOHN'S COFFEE MA NHATTAN NY | | 37.92 | $4,383.01 |
| | PURCHASE ON 06062019 AT CVS/PHARMACY #10654 NEW YORK NY | | 6.85 | $4,376.16 |
| 06/10/19 | PURCHASE ON 06062019 AT ANGELETTO NEW YORK NY | | 168.01 | $4,208.15 |
| | PURCHASE ON 06062019 AT SHO RIKI NEW YORK NY | | 65.90 | $4,142.25 |
| | PURCHASE ON 06072019 AT SQU*SQ *JOHN'S COFFEE MA NHATTAN NY | | 35.28 | $4,106.97 |
| 06/12/19 | DEPOSIT FROM SSA TREAS 310-XXSOC SEC | 1,580.00 | | $5,686.97 |

CONTINUED ON NEXT PAGE



*Please examine your statement at once.*   *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A. (Rev. 6/2018) vMv        Page 1 of 2



Advance

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.866.584.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**HSBC ADVANCE**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  04/16/19 TO 05/15/19

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $3,189.10 |
| DEPOSITS & OTHER ADDITIONS | $3,580.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $1,555.20 |
| ENDING BALANCE | $5,213.90 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 04/16/19 | OPENING BALANCE | | | $3,189.10 |
| 04/30/19 | WITHDRAWAL | | 500.00 | $2,689.10 |
| 05/08/19 | DEPOSIT FROM SSA  TREAS 310-XXSOC SEC | 1,580.00 | | $4,269.10 |
| 05/13/19 | PHONE   PAYMENT-A00286 TO CARD 5215317501556532 ON 05/13/19 | | 517.71 | $3,751.39 |
| 05/14/19 | DEPOSIT FROM AARON ETRA, ESQ. | 2,000.00 | | $5,751.39 |
| | TRANSFER TO SAVINGS @S0 ACCOUNT ENDING IN 7955 | | 500.00 | $5,251.39 |
| 05/15/19 | PURCHASE ON 05142019 AT STAPLES     00101840 M ANHATTAN NY | | 37.49 | $5,213.90 |
| 05/15/19 | ENDING BALANCE | | | $5,213.90 |

All deposited items are credited subject to final payment.

ITEMS PAID ON THIS STATEMENT

#0 ......... 500.00



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA  N.A.  (Rev. 6/2018) nMv       Page 1 of 2



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.800.975.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK     NY  100172134

---

**CHOICE CHECKING**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  03/16/19 TO 04/15/19
OVERDRAFT ACCOUNT NUMBER  7824149194097154

AARON ETRA

| | |
|---|---:|
| BEGINNING BALANCE | $65.60 |
| DEPOSITS & OTHER ADDITIONS | $3,123.50 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $3,189.10 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 03/16/19 | OPENING BALANCE | | | $65.60 |
| 04/12/19 | DEPOSIT FROM SSA TREAS 310-XXSOC SEC | 3,123.50 | | $3,189.10 |
| 04/15/19 | ENDING BALANCE | | | $3,189.10 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.      If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMy      Page 1 of 2



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.800.975.4722
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**CHOICE CHECKING**

ACCOUNT NUMBER  013-006096
STATEMENT PERIOD  02/15/19 TO 03/15/19
OVERDRAFT ACCOUNT NUMBER  7824149194097154

AARON ETRA

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & OTHER ADDITIONS | $65.60 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $65.60 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 02/15/19 | OPENING BALANCE | | | $0.00 |
| 02/15/19 | DEPOSIT | 65.60 | | $65.60 |
| 03/15/19 | ENDING BALANCE | | | $65.60 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMa