# Exhibit 15

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

MDG2019 00080539 01

AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

---

**HSBC BUSINESS FIRST**

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  03/30/19 TO 04/30/19

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $50.00 |
| DEPOSITS & OTHER ADDITIONS | $5,260.57 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $1,045.00 |
| ENDING BALANCE | $4,265.57 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 03/30/19 | OPENING BALANCE | | | $50.00 |
| 04/03/19 | 3599900093ES 093390988 HART DAVID CARSON LLP IOLTA TRUST FUNDS ARE CLEAN & CLEAR, OF NON-CRIMINAL ORIGIN AND ARE PAYABLE IN CASH IMMEDIATELY UPON RECEIPT BY BENEFICIARY'S BANK 53RECD FED FEDSEQ:B1Q8981R000332 | 5,130.00 | | $5,180.00 |
| | 3599900093ES WIRE FEE INCOMING USD 15.00 | | 15.00 | $5,165.00 |
| 04/11/19 | 190411007537000A 101460888 ANDREA MITCHELL BUSINESS EXPENSES 33RECD CHIP CHIPSEQ:0283612 CIBC | 130.57 | | $5,295.57 |
| | 190411007537000A WIRE FEE INCOMING USD 15.00 | | 15.00 | $5,280.57 |
| 04/19/19 | LEGAL FEES 18625G70236N 109370318 MINTZ AND GOLD OPERATING ACCOUNT 1502174572 FOR IRA SORKIN FROM AARON ETRA 57SEND FED FEDSEQ:B1Q8984C000826 SIGNATURE BANK | | 1,000.00 | $4,280.57 |
| | LEGAL FEES 18625G70236N 109370318 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $4,265.57 |
| 04/30/19 | ENDING BALANCE | | | $4,265.57 |

All deposited items are credited subject to final payment.

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe    Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00052850 01



AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134



---

**HSBC BUSINESS FIRST**

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  05/01/19 TO 05/31/19

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $4,265.57 |
| DEPOSITS & OTHER ADDITIONS | $41,250.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $32,880.03 |
| ENDING BALANCE | $12,635.54 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| | | | | $4,265.57 |
| 05/01/19 | OPENING BALANCE | | | |
| 05/07/19 | MONTHLY MAINTENANCE FEE BASED ON AVERAGE DAILY LEDGER BALANCE OF $4,605.05 | | 30.00 | $4,235.57 |
| 05/10/19 | MAY 2019 16015GS01IEG 130550931 SEAVER WANG 009471606827 ETRA MAY 2019 37SEND CHIP CHIPSEQ:0444473 BANK OF AMERICA N.A. | | 3,951.26 | $284.31 |
| | MAY 2019 16015GS01IEG 130550931 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $269.31 |
| 05/13/19 | FERRUM-RYAN 10905GV00F8R 133480192 AARON ETRA 41BOOK CREDIT | 36,000.00 | | $36,269.31 |
| | 78405GV010WJ 78405GV010WJ 133495701 AARON ETRA HR8623600003240440574 38SEND CHIP CHIPSEQ:0419752 ZAGREBACKA BANKA DD | | 18,000.00 | $18,269.31 |
| | 78405GV010WJ 78405GV010WJ 133495701 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $18,254.31 |
| | HEXAGON CORPORATE PAYMENT AARON ETR PAYMENT 69345GV01Z3F 013006401 000020000069345GV01Z3F20190513HNET HLD | | 2,000.00 | $16,254.31 |
| 05/15/19 | SEC SUBPOENA 44455GX0113J 135559606 MINTZANDGOLD LLP(OPERATINGACCOUNT) 1502174572 INVOICE 18010 AARON ETRA 57SEND FED FEDSEQ:B1Q8984C003807 SIGNATURE BANK | | 1,390.95 | $14,863.36 |
| | SEC SUBPOENA 44455GX0113J 135559606 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $14,848.36 |
| 05/17/19 | TELEPHONE/ELECTRONIC PAYMENT TO ACCOUNT ENDING IN 0169 | | 1,500.00 | $13,348.36 |

CONTINUED ON NEXT PAGE

---

*Please examine your statement at once.*    *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A. (Rev. 6/2018) nMe    Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

MDG2019 00144715 01


AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK        NY  100172134

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240



**HSBC BUSINESS FIRST**

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  06/01/19 TO 06/28/19

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $12,635.54 |
| DEPOSITS & OTHER ADDITIONS | $15,000.04 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $6,526.45 |
| ENDING BALANCE | $21,109.13 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 06/01/19 | OPENING BALANCE | | | $12,635.54 |
| 06/07/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 2,000.00 | $10,635.54 |
| | CABRERA-PIERCE 61335HK01NRP 158493854 AARON ETRA 41BOOK CREDIT | 5,000.00 | | $15,635.54 |
| 06/10/19 | 9 JUNE  ESCROW 71425HN0180B 161501933 AARON ETRA 41BOOK CREDIT | 5,000.00 | | $20,635.54 |
| 06/11/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 518.19 | $20,117.35 |
| 06/17/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 2,308.26 | $17,809.09 |
| 06/19/19 | LOAEZA SANDS 73785HW00V6Z 170546210 AARON ETRA WILFREDO 41BOOK CREDIT | 5,000.00 | | $22,809.09 |
| 06/26/19 | DEPOSIT FROM COINBASE.COM/BTC-8889087 930 COINBASE. 8889087930 TRAV2L5H6D65 | 0.01 | | $22,809.10 |
| | DEPOSIT FROM COINBASE.COM/BTC-8889087 930 COINBASE. 8889087930 9CBPQ4A46D65 | 0.03 | | $22,809.13 |
| 06/28/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 1,700.00 | $21,109.13 |
| 06/28/19 | ENDING BALANCE | | | $21,109.13 |

All deposited items are credited subject to final payment.



Please examine your statement at once.        If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMe        Page 1 of 2



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00002427 01



AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**FUSION FIRST**

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  06/29/19 TO 07/31/19

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $21,109.13 |
| DEPOSITS & OTHER ADDITIONS | $14,970.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $19,233.05 |
| ENDING BALANCE | $16,846.08 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| | | | | $21,109.13 |
| 06/29/19 | OPENING BALANCE | | 3,937.85 | $17,171.28 |
| 07/01/19 | JULY RENT 79535I8010MY 182531898 SEAVER WANG 009471606827 JULY RENT FOR 12A 37SEND CHIP CHIPSEQ:0400023 BANK OF AMERICA N.A. | | | |
| | JULY RENT 79535I8010MY 182531898 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $17,156.28 |
| | WITHDRAWAL | | 1,200.00 | $15,956.28 |
| | | | 850.00 | $15,106.28 |
| 07/02/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | 5,000.00 | | $20,106.28 |
| 07/03/19 | KENYA7/3ESCROW 17025IA001GH 184573666 AARON ETRA 41BOOK CREDIT | | 1,200.00 | $18,906.28 |
| 07/05/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 979.25 | $17,927.03 |
| 07/09/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 1,000.00 | $16,927.03 |
| 07/15/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 5,000.00 | $11,927.03 |
| 07/16/19 | 57815IN00PY6 57815IN00PY6 197536613 AARON ETRA 7951521280 57SEND FED FEDSEQ:B1Q8983C003159 BANCO SANTANDER | | 15.00 | $11,912.03 |
| | 57815IN00PY6 57815IN00PY6 197536613 WIRE FEE DOMESTIC USD 15.00 | | 1,000.00 | $10,912.03 |
| 07/17/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | | |

CONTINUED ON NEXT PAGE

---

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMe          Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00077818 01

AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK      NY  100172134

---

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  08/01/19 TO 08/30/19

— FUSION FIRST

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---:|
| BEGINNING BALANCE | $16,846.08 |
| DEPOSITS & OTHER ADDITIONS | $6,270.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $20,423.41 |
| ENDING BALANCE | $2,692.67 |
| INTEREST PAID YEAR TO DATE | $300.00 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| | | | | $16,846.08 |
| 08/01/19 | OPENING BALANCE | | | |
| 08/02/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #3712370165 BANKCARD PAYMENT 547478371237016 | | 2,000.00 | $14,846.08 |
| 08/05/19 | GABRIEL TRANSFER 55535J70168W 217499424 AARON ETRA 41BOOK CREDIT | 5,000.00 | | $19,846.08 |
| 08/06/19 | AUGUST 2019 RENT 74435J600AZP 218532190 SEAVER WANG 009471606827 AUGUST 2019 RENT 37SEND CHIP CHIPSEQ:0406393 BANK OF AMERICA N.A. | | 3,840.01 | $16,006.07 |
| | AUGUST 2019 RENT 74435J600AZP 218532190 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $15,991.07 |
| | 41115J8007G5 41115J8007G5 218531690 AARON ETRA 7951521280 57SEND FED FEDSEQ:B1Q8983C002799 BANCO SANTANDER | | 1,000.00 | $14,991.07 |
| | 41115J8007G5 41115J8007G5 218531690 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $14,976.07 |
| 08/08/19 | SPOUSAL SUPPORT 71805JA015JV 220553660 KORALJKA GALL TROSELJ HR1523600003227349374 SPOUSAL SUPPORT 39SEND CHIP CHIPSEQ:0442175 ZAGREBACKA BANKA D.D. ZAGREBACKA BANKA DD | | 1,000.00 | $13,976.07 |
| | SPOUSAL SUPPORT 71805JA015JV 220553660 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $13,961.07 |
| 08/09/19 | WITHDRAWAL | | 400.00 | $13,561.07 |

CONTINUED ON NEXT PAGE



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 5/2018) nMe      Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00110756 01



AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**FUSION FIRST**

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  08/31/19 TO 09/30/19

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---:|
| BEGINNING BALANCE | $2,692.67 |
| DEPOSITS & OTHER ADDITIONS | $6,950.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $6,972.00 |
| ENDING BALANCE | $2,670.67 |
| INTEREST PAID YEAR TO DATE | $300.00 |



| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 08/31/19 | OPENING BALANCE | | | $2,692.67 |
| 09/23/19 | 43375KK01M9O 43375KK01M9O 266566331 RONI AVIV 325722319 FROM AARON ETRA 37SEND CHIP CHIPSEQ:0487009 JPMORGAN CHASE BANK | | 840.00 | $1,852.67 |
| | 43375KK01M9O 43375KK01M9O 266566331 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $1,837.67 |
| 09/27/19 | 11135KO01Q1S 11135KO01Q1S 270523288 KORALJKA GALL TROSELJ HR1523600003227349374 SPOUSAL SUPPORT 39SEND CHIP CHIPSEQ:0509105 ZAGREBACKA BANKA D.D. ZAGREBACKA BANKA DD | | 500.00 | $1,337.67 |
| | 11135KO01Q1S 11135KO01Q1S 270523288 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $1,322.67 |
| 09/30/19 | FERRUM FEE 82645KR01TQK 273654036 AARON ETRA 41BOOK CREDIT | 6,950.00 | | $8,272.67 |
| | INVOICE 9/16/19 53455KR00JEB 273655740 MINTZ AND GOLD LLP 1502174572 INVOICE OF 9/16/2019 TO AARON ETRA 57SEND FED FEDSEQ:B1Q8984C004402 SIGNATURE BANK | | 5,587.00 | $2,685.67 |
| | INVOICE 9/16/19 53455KR00JEB 273655740 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $2,670.67 |
| 09/30/19 | ENDING BALANCE | | | $2,670.67 |

All deposited items are credited subject to final payment.



Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe    Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00062061 01



AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

---

**FUSION FIRST**

ACCOUNT NUMBER 013-006401
STATEMENT PERIOD 10/01/19 TO 10/31/19

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---:|
| BEGINNING BALANCE | $2,670.67 |
| DEPOSITS & OTHER ADDITIONS | $20,138.92 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $18,220.30 |
| ENDING BALANCE | $4,589.29 |
| INTEREST PAID YEAR TO DATE | $300.00 |



| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| | OPENING BALANCE | | | $2,670.67 |
| 10/01/19 | SUMMIT RENT 07655KY004CS 280504603 AARON ETRA SUMMIT RENT 41BOOK CREDIT | 5,083.18 | | $7,753.85 |
| 10/07/19 | MONTHLY MAINTENANCE FEE BASED ON AVERAGE DAILY LEDGER BALANCE OF $3,648.28 | | 30.00 | $7,723.85 |
| 10/08/19 | OCTOBER RENT 86965KZ002MX 281529808 SEAVER WANG 009471606827 OCTOBER RENT 37SEND CHIP CHIPSEQ:0373730 BANK OF AMERICA N.A. | | 4,036.38 | $3,687.47 |
| | OCTOBER RENT 86965KZ002MX 281529808 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $3,672.47 |
| | OCEANIX50MSBLC 17345KZ00K0F 281529202 AARON ETRA 41BOOK CREDIT | 5,000.00 | | $8,672.47 |
| 10/09/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 5,083.18 | $3,589.29 |
| 10/15/19 | OCEANIX-65K 69935L6007AX 288757241 AARON ETRA 41BOOK CREDIT | 5,000.00 | | $8,589.29 |
| 10/28/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 1,000.00 | $7,589.29 |
| 10/31/19 | SUMMIT RENT 00635LM01PET 304554575 AARON ETRA 41BOOK CREDIT | 5,055.74 | | $12,645.03 |
| | WITHDRAWAL | | 3,000.00 | $9,645.03 |
CONTINUED ON NEXT PAGE



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2015) nMe        Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00011877 01



AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK        NY  100172134



---

**FUSION FIRST**

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  11/01/19 TO 11/29/19

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $4,589.29 |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $4,043.36 |
| ENDING BALANCE | $545.93 |
| INTEREST PAID YEAR TO DATE | $300.00 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 11/01/19 | OPENING BALANCE | | | $4,589.29 |
| 11/14/19 | DECEMBER 2019 84545M00130J 318525154 SEAVER WANG 009471606827 DECEMBER 2019 37 SEND CHIP CHIPSEQ:0394295 BANK OF AMERICA N.A. | | 4,028.36 | $560.93 |
| | DECEMBER 2019 84545M00130J 318525154 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $545.93 |
| 11/29/19 | ENDING BALANCE | | | $545.93 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.      If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe      Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2020 00089062 01



AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

---



— FUSION FIRST

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  11/30/19 TO 12/31/19

AARON ETRA
OPERATING ACCOUNT

BEGINNING BALANCE                                   $545.93
DEPOSITS & OTHER ADDITIONS                       $12,066.88
WITHDRAWALS & OTHER SUBTRACTIONS                  $9,843.73
ENDING BALANCE                                    $2,769.08

INTEREST PAID YEAR TO DATE                          $300.00

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
|  |  |  |  | $545.93 |
| 11/30/19 | OPENING BALANCE |  |  |  |
| 12/05/19 | MACLIN-9/2019 10785ML00WW5 339387708 AARON ETRA MACLIN ESCROW 41BOOK CREDIT | 5,066.88 |  | $5,612.81 |
| 12/06/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 |  | 5,066.88 | $545.93 |
| 12/10/19 | MONTHLY MAINTENANCE FEE BASED ON AVERAGE DAILY LEDGER BALANCE OF $3,505.93 |  | 30.00 | $515.93 |
| 12/11/19 | TRANSFER FROM CHECKING ETRA A ACCOUNT ENDING IN 6096 | 7,000.00 |  | $7,515.93 |
| 12/13/19 | DECEMBER 2019 13155MT0078T 347575397 SEAVER WANG 009471606827 DECEMBER 2019 37SEND CHIP CHIPSEQ:0503226 BANK OF AMERICA N.A. |  | 4,031.85 | $3,484.08 |
|  | DECEMBER 2019 13155MT0078T 347575397 WIRE FEE DOMESTIC USD 15.00 |  | 15.00 | $3,469.08 |
|  | WITHDRAWAL |  | 500.00 | $2,969.08 |
| 12/30/19 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 |  | 200.00 | $2,769.08 |
| 12/31/19 | ENDING BALANCE |  |  | $2,769.08 |

*All deposited items are credited subject to final payment.*

CONTINUED ON NEXT PAGE



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMe              Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

MDG2020 00060362 01



AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240



---

## FUSION FIRST

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  01/01/20 TO 01/31/20

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $2,769.08 |
| DEPOSITS & OTHER ADDITIONS | $35,000.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $34,845.80 |
| ENDING BALANCE | $2,923.28 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 01/01/20 | OPENING BALANCE | | | $2,769.08 |
| 01/07/20 | MONTHLY MAINTENANCE FEE BASED ON AVERAGE DAILY LEDGER BALANCE OF $3,451.12 | | 30.00 | $2,739.08 |
| 01/13/20 | INTERNAL 89395NN0195Q 013308436 AARON ETRA 45BOOK DEBIT | | 1,000.00 | $1,739.08 |
| 01/21/20 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 100.00 | $1,639.08 |
| 01/28/20 | INTERNAL 19565O401KMG 028479409 AARON ETRA 41BOOK CREDIT | 35,000.00 | | $36,639.08 |
| | JANANDFEB2020 854250400Z71 028480170 SEAVER WANG 009471606827 JANANDFEB2020 37SEND CHIP CHIPSEQ:0358579 BANK OF AMERICA N.A. | | 8,055.80 | $28,583.28 |
| | JANANDFEB2020 854250400Z71 028480170 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $28,568.28 |
| 01/29/20 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 10,000.00 | $18,568.28 |
| 01/30/20 | RENT FUNDS 61915O600FJC 030538759 CARINA PARTNERS 21, LLC 17997124 RETURN OF RENTAL FUNDS 57SEND FED FEDSEQ:B1Q8983C003244 WELLS FARGO BANK, N.A. | | 15,630.00 | $2,938.28 |
| | RENT FUNDS 61915O600FJC 030538759 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $2,923.28 |
| 01/31/20 | ENDING BALANCE | | | $2,923.28 |

All deposited items are credited subject to final payment.



Please examine your statement at once.      If you change your address, please notify us of your new address.



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

ACCOUNT NUMBER   013-006401
STATEMENT PERIOD   02/01/20 TO 02/28/20

— FUSION FIRST

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $2,923.28 |
| DEPOSITS & OTHER ADDITIONS | $25,580.01 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $21,765.01 |
| ENDING BALANCE | $6,738.28 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 02/01/20 | OPENING BALANCE | | | $2,923.28 |
| 02/03/20 | DEPOSIT FROM SQUARE INC-SDV-VRFY Square In SDV-VRFY T200193024566 | 0.01 | | $2,923.29 |
| | PAYMENT TO SQUARE INC-SDV-VRFY Square In SDV-VRFY T200193024567 | | 0.01 | $2,923.28 |
| 02/11/20 | MONTHLY MAINTENANCE FEE BASED ON AVERAGE DAILY LEDGER BALANCE OF $3,802.39 | | 30.00 | $2,893.28 |
| 02/12/20 | 11FEB2020 RENTFUNDS US1200130-003906 043520831 /BNF/RETURN OF YOUR PAYMENT REF REN //TFUNDS VALUE 200130 FOR 15,630.00 ///USD AS NEEDS VALID WF BK AC LESS //CHGS 41BOOK CREDIT | 15,580.00 | | $18,473.28 |
| 02/13/20 | RENTALFUNDS 04905OK01DBX 044511288 CARINA PARTNERS 21, LLC 1717997124 RETURN OF RENTAL FUNDS 57SEND FED FEDSEQ:B1Q8964C002705 WELLS FARGO BANK, N.A. | | 15,630.00 | $2,843.28 |
| | RENTALFUNDS 04905OK01DBX 044511288 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $2,828.28 |
| 02/19/20 | SERVICES 47555OQ01O9O 050522348 KATHERINE FINCH 8619925368 SERVICES TO 2/1/20 57SEND FED FEDSEQ:B1Q8982C002890 WELLS FARGO BANK, N.A. | | 1,075.00 | $1,753.28 |
| | SERVICES 47555OQ01O9O 050522348 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $1,738.28 |
| | INTERNAL 89305OQ00GKZ 050522838 AARON ETRA 41BOOK CREDIT | 10,000.00 | | $11,738.28 |
| 02/20/20 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 5,000.00 | $6,738.28 |

CONTINUED ON NEXT PAGE

*Please examine your statement at once.*   *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A.  (Rev. 6/2018) nMe        Page 1 of 2

CONTINUED FROM PREVIOUS PAGE

02/28/20   ENDING BALANCE                                                            $6,738.28

*All deposited items are credited subject to final payment.*

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2020 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.


EQUAL HOUSING LENDER



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---- FUSION FIRST

ACCOUNT NUMBER  013-006401
STATEMENT PERIOD  02/29/20 TO 03/31/20

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $6,738.28 |
| DEPOSITS & OTHER ADDITIONS | $25,000.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $10,460.83 |
| ENDING BALANCE | $21,277.45 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 02/29/20 | OPENING BALANCE | | | $6,738.28 |
| 03/05/20 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #3712370165 BANKCARD PAYMENT 547478371237016 | | 1,000.00 | $5,738.28 |
| 03/06/20 | SERVICES2/16/20 69955P401Y6Q 066503504 KATHERINE FINCH 8619925368 57SEND FED FEDSEQ:B1Q8982C002184 WELLS FARGO BANK, N.A. | | 980.00 | $4,758.28 |
| | SERVICES2/16/20 69955P401Y6Q 066503504 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $4,743.28 |
| | MARCH 2020 13015P500ECK 066503503 SEAVER WANG 009471606827 MARCH 2020 37SEND CHIP CHIPSEQ:0366531 BANK OF AMERICA N.A. | | 3,605.83 | $1,137.45 |
| | MARCH 2020 13015P500ECK 066503503 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $1,122.45 |
| | INTERNAL 63585P501IGU 066503689 AARON ETRA 41BOOK CREDIT | 10,000.00 | | $11,122.45 |
| | INTERNAL 10275P4014NM 066503687 AARON ETRA 41BOOK CREDIT | 15,000.00 | | $26,122.45 |
| 03/20/20 | INV. 21160 57755PK01I07 080539790 MINTZ AND GOLD LLP OPER. ACCT. 1502174572 INV. 21160 3/6/2020 57SEND FED FEDSEQ:B1Q8982C003542 SIGNATURE BANK | | 200.00 | $25,922.45 |
| | INV. 21160 57755PK01I07 080539790 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $25,907.45 |
| | INV. WEB ETC 66975PK01VFS 080539789 RYAN CORDERO 2516464472 INV. WEBSITE,LOGO,SQUARE 57SEND FED FEDSEQ:B1Q8984C003470 BBVA USA | | 900.00 | $25,007.45 |
| | INV. WEB ETC 66975PK01VFS 080539789 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $24,992.45 |

CONTINUED ON NEXT PAGE

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMe           Page 1 of 2

```
CONTINUED FROM PREVIOUS PAGE
03/23/20   AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S           3,000.00    $21,992.45
           BANKCARD PAYMENT 547478371237016
03/26/20   ARTISTIC SUPPORT 11505PQ00DCI 086558860 STIPAN TADIC         700.00    $21,292.45
           326050066 FROM AARON ETRA 37SEND CHIP CHIPSEQ:0441073
           JPMORGAN CHASE BANK
           ARTISTIC SUPPORT 11505PQ00DCI 086558860 WIRE FEE DOMESTIC     15.00    $21,277.45
           USD 15.00
                                                                                  $21,277.45
03/31/20   ENDING BALANCE
           All deposited items are credited subject to final payment.
```

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2020 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.



EQUAL HOUSING LENDER

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2020 90019641 00

AARON ETRA
OPERATING ACCOUNT
240 E 47TH ST
APT 12A
NEW YORK       NY  100172134

---

**FUSION FIRST**

ACCOUNT NUMBER   013-006401
STATEMENT PERIOD   04/01/20 TO 04/30/20

AARON ETRA
OPERATING ACCOUNT

| | |
|---|---|
| BEGINNING BALANCE | $21,277.45 |
| DEPOSITS & OTHER ADDITIONS | $950.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $11,245.19 |
| ENDING BALANCE | $10,982.26 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 04/01/20 | OPENING BALANCE | | | $21,277.45 |
| 04/06/20 | 49015Q0023NK 49015Q0023NK 097354370 SEAVER WANG 009471606827 37SEND CHIP CHIPSEQ:0068824 BANK OF AMERICA N.A. | | 4,079.09 | $17,198.36 |
| | 49015Q0023NK 49015Q0023NK 097354370 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $17,183.36 |
| 04/07/20 | SERVICES TO3/20 10345Q20126U 098517146 KATHERINE FINCH 8619825368 INVOICE FOR SERVICES TO 3/20/2020 57SEND FED FEDSEQ:61Q8984C003485 WELLS FARGO BANK, N.A. | | 1,075.00 | $16,108.36 |
| | SERVICES TO3/20 10345Q20126U 098517146 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $16,093.36 |
| 04/10/20 | GREG STEWART 36295Q5015W3 101380965 AARON ETRA GREG STEWART 41BOOK CREDIT | 200.00 | | $16,293.36 |
| | GREG STEWART 27655Q501TGJ 101380593 AARON ETRA GREG STEWART 41BOOK CREDIT | 100.00 | | $16,393.36 |
| 04/16/20 | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #3712370163 BANKCARD PAYMENT 547476371237016 | | 2,000.00 | $14,393.36 |
| 04/20/20 | STEWART 34545QF01970 111556092 AARON ETRA GREG STEWART 41BOOK CREDIT | 300.00 | | $14,693.36 |
| 04/28/20 | 35655QN00258 35655QN00258 119584019 SEAVER WANG 009471606827 37SEND CHIP CHIPSEQ:0419694 BANK OF AMERICA N.A. | | 4,046.10 | $10,647.26 |
| | 35655QN00258 35655QN00258 119584019 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $10,632.26 |

CONTINUED ON NEXT PAGE

Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 5/2019) nMo        Page 1 of 2