# Exhibit 16



HSBC Bank USA, N.A.
452 Fifth Avenue
New York, NY 10018
T. +1 877.472.2249
www.business.us.hsbc.com

May 20, 2020

AARON ETRA, ESQ. ATTORNEY
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Subject: Termination of AARON ETRA ESQ. ATTORNEY Commercial Banking Relationship with HSBC Bank USA, N.A. and Account Closure of deposit account(s) ending in 6401 & 6410

Dear Aaron Etra,

As part of our standard review of business lines and relationships, and in accordance with the terms and conditions governing your commercial deposit accounts and related banking services, HSBC Bank USA, N.A. has made a business decision to discontinue our commercial banking relationship with Aaron Etra and to close the above-referenced Account(s) and terminate any banking services related to the Accounts(s). We understand the inconvenience this decision may cause. Please know we can assist you to ensure a smooth transition to another financial services provider.

This letter serves as written notice of the closure of the Account(s) and such related banking services effective as of 06/19/2020. Please transition the Account(s) to another financial institution of your choice by 06/19/2020.

You may close the Account(s) any time before 06/19/2020. The following options are available:

1) **Internet:** If you have HSBC*net*, access the Account(s) by logging on to HSBC*net* and select the "Transfer" option; then "Wire Transfer" and follow the instructions provided.

2) **Check:** You may withdraw the balance in the Account(s) by check. Please ensure that any check issued will clear prior to 06/19/2020, as checks presented after this date will be returned, "Account Closed".

If the Account(s) are not closed by 06/19/2020, an Official Check payable in U.S. Dollars will be sent to you at the above address. Until 06/19/2020, we will continue to honor our existing deposit account and account-related service obligations with respect to the Account(s) and any related banking services, and in that regard all of our respective rights and obligations, if any, outstanding at the time of closure of the Account(s) and termination of any related banking services, shall survive closure and termination until performed or otherwise discharged.

If you have any questions, please contact your Relationship Manager or call the Business Customer Service Center at **877.472.2249**. If you're calling from outside the U.S. or Canada, call **716.841.7855**. Representatives are available Monday through Sunday, 8am to 11pm ET.

We regret any inconvenience this may cause.

HSBC Bank USA N.A.

†This letter serves as formal notice of account closure and account-related service termination by HSBC BANK USA, N.A. We reserve all rights under the agreements governing your account(s) and related services and under applicable law.