# Exhibit 17



P.O. Box 1411
Buffalo, NY 14240-4215

Questions?
Call 1.800.975.4722
TTY 1.800.898.5999

MDG2022 00000006 00

AARON ETRA
240 E 47TH ST
APT 12A
NEW YORK NY 100172134

July 11, 2022

Dear Customer,

Subject: Important Information about your HSBC Account 013006509.

Thank you for your request. We have enclosed the Information you requested to be reprinted. If you have any questions about your account or need further assistance, please stop by any HSBC branch or call us at:

1-800-975-HSBC
(1-800-975-4722)

We will be happy to help you. Thank you for banking with HSBC.

Paul S. Mullins
Head of Customer | Wealth and Personal Banking | HSBC Bank USA, N.A.



HSBC Bank USA, N.A. - CCI_REPRINT - 05262021          Page 1 of 35

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

**This account has been Closed.**
Please contact us with any questions.

INTEREST ON LAWYERS ACCOUNT

ACCOUNT NUMBER 013-006509
STATEMENT PERIOD 05/30/20 TO 06/22/20

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | $9,230.77 |
| DEPOSITS & OTHER ADDITIONS | $1,501.79 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $10,732.56 |
| ENDING BALANCE | $0.00 |

| | |
|---|---:|
| ANNUAL PERCENTAGE YIELD EARNED 05/30/20 - 06/22/20 | 0.15% |
| INTEREST EARNED THIS PERIOD | $0.44 |
| AVERAGE DAILY BALANCE | $4,485.04 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $50.59 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 05/30/20 | OPENING BALANCE | | | $9,230.77 |
| 06/01/20 | INTEREST PAID FROM 04/30/20 THRU 05/31/20 | 1.42 | | $9,232.19 |
| 06/09/20 | INTERNAL 25985RT00AJK 161503044 AARON ETRA 45BOOK DEBIT | | 8,000.00 | $1,232.19 |
| 06/17/20 | CASH CONCENTRATION FISHER ENTERPRIS-ACH PMT FISHER EN ACH Pmt 5253067148 | 1,500.00 | | $2,732.19 |
| 06/19/20 | INTEREST PAID FROM 06/01/20 THRU 06/19/20 | 0.37 | | $2,732.56 |
| | CLOSED ACCOUNT TRANSFER TO CHECKING HSBC BANK USA NATNL ASSOSCTN ACCOUNT ENDING IN 9990 CLOSE ACCOUNT | | 2,732.56 | $0.00 |
| 06/22/20 | ENDING BALANCE | | | $0.00 |

All deposited items are credited subject to final payment.



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

---

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER  013-006509
STATEMENT PERIOD  05/01/20 TO 05/29/20

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | $8,928.49 |
| DEPOSITS & OTHER ADDITIONS | $8,990.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $8,687.72 |
| ENDING BALANCE | $9,230.77 |
| ANNUAL PERCENTAGE YIELD EARNED 05/01/20 - 05/29/20 | 0.15% |
| INTEREST EARNED THIS PERIOD | $1.31 |
| AVERAGE DAILY BALANCE | $10,985.40 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $48.79 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 05/01/20 | OPENING BALANCE | | | $8,928.49 |
| 05/05/20 | 2020050500439381 126478640 MR GREGORY A STEWART LAWYER FEES 53RECD FED FEDSEQ:B1Q8981R001696 TORONTO-DOMINION BANK, THE | 7,490.00 | | $16,418.49 |
| 05/12/20 | CREATIVEGLOBFUND 12465R100JM1 133514986 DOMINION DEVELOPMENT PARTNERS INC. 5044349438 CREATIVE GLOBAL FUNDING SERVICES 57SEND FED FEDSEQ:B1Q8882C002915 WELLS FARGO BANK, N.A. | | 3,500.00 | $12,918.49 |
| | CREATGLOBSTEWART 14865R1002DJ 133514984 VISUM DEVELOPMENT GROUP LLC 0111312912 CREATIVE GLOBAL FUNDING SERVICES 57SEND FED FEDSEQ:B1Q8962C002917 TOMPKINS TRUST COMPANY | | 3,500.00 | $9,418.49 |
| | GLOCRFUNDSTEWART 08815R1003OY 133516601 AARON ETRA 45BOOK DEBIT | | 490.00 | $8,928.49 |
| 05/18/20 | CASH CONCENTRATION FISHER ENTERPRIS-ACH PMT FISHER EN ACH Pmt 5250211717 | 1,500.00 | | $10,428.49 |

CONTINUED ON NEXT PAGE



Please examine your statement at once.    If you change your address, please notify us of your new address

HSBC Bank USA, N.A. (Rev. 6/2018) nMe



# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

---

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER 013-006509
STATEMENT PERIOD 04/01/20 TO 04/30/20

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---|
| BEGINNING BALANCE | $9,073.86 |
| DEPOSITS & OTHER ADDITIONS | $8,001.71 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $8,147.08 |
| ENDING BALANCE | $8,928.49 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 04/01/20 - 04/30/20 | 0.15% |
| INTEREST EARNED THIS PERIOD | $1.22 |
| AVERAGE DAILY BALANCE | $9,931.35 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $49.79 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 04/01/20 | OPENING BALANCE | | | $9,073.86 |
| 04/06/20 | IOLA NEW YORK 1ST QTR 2020 | | 47.08 | $9,026.78 |
| 04/09/20 | CASH CONCENTRATION FISHER ENTERPRIS-ACH PMT FISHER EN ACH Pmt 5246837015 | 1,000.00 | | $10,026.78 |
| 04/10/20 | GREG STEWART 36295Q5015W3 101380565 AARON ETRA GREG STEWART 45BOOK DEBIT | | 200.00 | $9,826.78 |
| | GREG STEWART 27655Q501TGJ 101380593 AARON ETRA GREG STEWART 45BOOK DEBIT | | 100.00 | $9,726.78 |
| | D. FRANKLIN 09355Q5016Y7 101380614 GREGORY A. STEWART 99006607364 D. FRANKLIN 45BOOK DEBIT USD PAYMENTS HOLDOVER ACCT | | 800.00 | $8,926.78 |
| 04/16/20 | 2020041600115144 107526783 DOMINION DEVELOPMENT PARTNERS INC FOR THE BENEFIT OF GREGORY STEWART 33RECD CHIP CHIPSEQ:0395782 | 3,500.00 | | $12,426.78 |
| 04/20/20 | STEWART 34545QF01970 111556092 AARON ETRA GREG STEWART 45BOOK DEBIT | | 300.00 | $12,126.78 |

CONTINUED ON NEXT PAGE



Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

---

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER  013-006509
STATEMENT PERIOD  02/29/20 TO 03/31/20

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---|
| BEGINNING BALANCE | $33,927.67 |
| DEPOSITS & OTHER ADDITIONS | $1,046.19 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $25,900.00 |
| ENDING BALANCE | $9,073.86 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 02/29/20 - 03/31/20 | 1.05% |
| INTEREST EARNED THIS PERIOD | $12.58 |
| AVERAGE DAILY BALANCE | $13,688.38 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $47.08 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 02/29/20 | OPENING BALANCE | | | $33,927.67 |
| 03/02/20 | INTEREST PAID FROM 01/30/20 THRU 03/01/20 | 36.08 | | $33,963.75 |
| 03/06/20 | INTERNAL 63585P501IGU 066503689 AARON ETRA 45BOOK DEBIT | | 10,000.00 | $23,963.75 |
| | INTERNAL 10275P4014NM 066503687 AARON ETRA 45BOOK DEBIT | | 15,000.00 | $8,963.75 |
| 03/26/20 | CASH CONCENTRATION FISHER ENTERPRIS-ACH PMT FISHER EN ACH Pmt 5245562923 | 1,000.00 | | $9,963.75 |
| | STEWART-FISHER 86015PQ007V6 086555867 GREGORY A. STEWART 99006607364 FISHER ENTERPRISES 46BOOK DEBIT TORONTO-DOMINION BANK, THE | | 900.00 | $9,063.75 |
| 03/30/20 | INTEREST PAID FROM 03/02/20 THRU 03/29/20 | 10.11 | | $9,073.86 |
| 03/31/20 | ENDING BALANCE | | | $9,073.86 |

All deposited items are credited subject to final payment

Please examine your statement at once.     If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMe

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

---

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER 013-006509
STATEMENT PERIOD 02/01/20 TO 02/28/20

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---|
| BEGINNING BALANCE | $43,927.67 |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $10,000.00 |
| ENDING BALANCE | $33,927.67 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 02/01/20 - 02/28/20 | 1.06% |
| INTEREST EARNED THIS PERIOD | $32.51 |
| AVERAGE DAILY BALANCE | $40,356.24 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.89 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 02/01/20 | OPENING BALANCE | | | $43,927.67 |
| 02/19/20 | INTERNAL 89305OQ00GKZ 050522838 AARON ETRA 45BOOK DEBIT | | 10,000.00 | $33,927.67 |
| 02/28/20 | ENDING BALANCE | | | $33,927.67 |

All deposited items are credited subject to final payment.

---

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe




**HSBC**

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.896.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

---

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER 013-006509
STATEMENT PERIOD 01/01/20 TO 01/31/20

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | -$4,297.02 |
| DEPOSITS & OTHER ADDITIONS | $84,921.65 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $36,696.96 |
| ENDING BALANCE | $43,927.67 |

| | |
|---|---:|
| ANNUAL PERCENTAGE YIELD EARNED 01/01/20 - 01/31/20 | 1.05% |
| INTEREST EARNED THIS PERIOD | $2.48 |
| AVERAGE DAILY BALANCE | $2,786.10 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.89 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 01/01/20 | OPENING BALANCE | | | -$4,297.02 |
| 01/02/20 | MISCELLANEOUS ELECTRONIC CREDIT | 5,080.76 | | $783.74 |
| 01/07/20 | IOLA NEW YORK 4TH QTR 2019 | | 1,696.96 | -$913.22 |
| 01/13/20 | INTERNAL 89395NN0195Q 013308436 AARON ETRA 41BOOK CREDIT | 1,000.00 | | $86.78 |
| 01/28/20 | FBS2001271012900 028332944 1/MAG. ALLESCH HELMUT GABELSBERGER ABA BANK ROUTING CODE 021001088 FUNDS REMAINING CASE WORLD FUNDING LLC - CORINTH INVEST 33RECD CHIP CHIPSEQ:0066099 SBERBANK MAGYARORSZAG ZRT | 47,320.00 | | $47,406.78 |
| | INTERNAL 19565O401KMG 028479409 AARON ETRA 45BOOK DEBIT | | 35,000.00 | $12,406.78 |
| 01/30/20 | INTEREST PAID FROM 12/30/19 THRU 01/29/20 | 0.89 | | $12,407.67 |
| 01/31/20 | FBS2001310313800 031489449 HU951410027528845101010000006 ABA BANK ROUTING CODE 021001088 REMAINING BALANCE CASE WORLD FUNDING LLC-SIDNEY HAGGINS 33RECD CHIP CHIPSEQ:0358915 BANK OF NEW YORK | 31,520.00 | | $43,927.67 |
| 01/31/20 | ENDING BALANCE | | | $43,927.67 |

All deposited items are credited subject to final payment.

CONTINUED ON NEXT PAGE

Please examine your statement at once. If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMir





**HSBC**

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER  013-006509
STATEMENT PERIOD  11/30/19 TO 12/31/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---|
| BEGINNING BALANCE | $666,918.30 |
| DEPOSITS & OTHER ADDITIONS | $1,989.20 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $673,204.52 |
| ENDING BALANCE | -$4,297.02 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 11/30/19 - 12/31/19 | 1.06% |
| INTEREST EARNED THIS PERIOD | $384.97 |
| AVERAGE DAILY BALANCE | $418,191.22 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $5,473.06 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 11/30/19 | OPENING BALANCE | | | $666,918.30 |
| 12/02/19 | INTEREST PAID FROM 10/30/19 THRU 12/01/19 | 642.63 | | $667,560.93 |
| 12/05/19 | MACLIN-9/2019 10785ML00WW5 339387708 AARON ETRA MACLIN ESCROW 45BOOK DEBIT | | 5,066.88 | $662,494.05 |
| 12/06/19 | PAYMENT TO CLICKPAY-PROPRTYPAY C PROPRTYPAY 19051543 | | 5,066.88 | $657,427.17 |
| 12/19/19 | 78755MZ00P1W 78755MZ00P1W 353584745 FERRUM IV, LLC 9968103894 RYAN PROJECT FUNDING 57SEND FED FEDSEQ:B1Q8983C004650 FIRST BANK & TRUST | | 450,000.00 | $207,427.17 |
| 12/20/19 | TRANSFER 65905N0011YK 354631844 AARON ETRA 41BOOK CREDIT | 1,000.00 | | $208,427.17 |
| 12/23/19 | RYAN PROJ. FUND. 07475N001HNB 357308607 FERRUM IV, LLC 9968103894 RYAN PROJECT FUNDING 57SEND FED FEDSEQ:B1Q8983C000575 FIRST BANK & TRUST | | 207,990.00 | $437.17 |
| 12/30/19 | INTEREST PAID FROM 12/02/19 THRU 12/29/19 | 346.57 | | $783.74 |
| 12/31/19 | PAYMENT TO CLICKPAY-PROPRTYPAY C PROPRTYPAY 19206310 | | 5,080.76 | -$4,297.02 |
| 12/31/19 | ENDING BALANCE | | | -$4,297.02 |

All deposited items are credited subject to final payment.

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMo



# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

---

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER 013-006509
STATEMENT PERIOD 11/01/19 TO 11/29/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | $682,974.04 |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $16,055.74 |
| ENDING BALANCE | $666,918.30 |

| | |
|---|---:|
| ANNUAL PERCENTAGE YIELD EARNED 11/01/19 - 11/29/19 | 1.06% |
| INTEREST EARNED THIS PERIOD | $559.14 |
| AVERAGE DAILY BALANCE | $670,228.64 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $4,483.86 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 11/01/19 | OPENING BALANCE | | | $682,974.04 |
| 11/01/19 | PAYMENT TO CLICKPAY-PROPRTYPAY C PROPRTYPAY 1859163 | | 5,055.74 | $677,918.30 |
| | OCEAN 50MSBLCTAU 09215LN018AK 305550960 SARAH N. SAFFREED 9210013166 OCEANIX50MSBLCTAUN 57SEND FED FEDSEQ:B1Q8984C004058 ACADEMY BANK NA | | 5,000.00 | $672,918.30 |
| 11/07/19 | 50MDBSBLC 53875LT00194 311541449 SARAH N. SAFFREED 9210013166 50MDBSBLC 57SEND FED FEDSEQ:B1Q8984C002932 ACADEMY BANK NA | | 3,000.00 | $669,918.30 |
| 11/27/19 | CORINTH 75145MD0052V 331636898 JESSICA CABRERA 29214 15168 CORINTH 57SEND FED FEDSEQ:B1Q8984C003651 WELLS FARGO BANK, N.A. | | 3,000.00 | $666,918.30 |
| 11/29/19 | ENDING BALANCE | | | $666,918.30 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.    If you change your address, please notify us of your new address

HSBC Bank USA, N.A. (Rev. 6/2018) nMe



# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER  013-006509
STATEMENT PERIOD  10/01/19 TO 10/31/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---|
| BEGINNING BALANCE | $714,521.98 |
| DEPOSITS & OTHER ADDITIONS | $180,689.76 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $212,237.70 |
| ENDING BALANCE | $682,974.04 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 10/01/19 - 10/31/19 | 1.21% |
| INTEREST EARNED THIS PERIOD | $726.46 |
| AVERAGE DAILY BALANCE | $712,786.37 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $4,483.86 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 10/01/19 | OPENING BALANCE | | | $714,521.98 |
| 10/04/19 | 2019100400074230 277488100 CROCUS CAY WATERPARK INC LEGAL FEES 33RECD CHIP CHIPSEQ:0326840 | 65,000.00 | | $779,521.98 |
| | IOLA NEW YORK 3RD QTR 2019 | | 3,145.36 | $776,376.62 |
| 10/07/19 | SUMMIT RENT 07655KY004CS 280504603 AARON ETRA SUMMIT RENT 45BOOK DEBIT | | 5,083.18 | $771,293.44 |
| 10/08/19 | REM9998175215701 281402012 LINSTAVER LIMITED INVOICE 066 41BOOK CREDIT OTHER USD 18.00 | 49,982.00 | | $821,275.44 |
| | PAYMENT TO CLICKPAY-PROPRTYPAY C PROPRTYPAY 1843587 | | 5,085.18 | $816,190.26 |
| | OCEAN50MCROSBLC 41575KZ01XDQ 281528829 AMLONG CAPITAL HOLDINGS LIMITED 819322165838 50MCROCUSSBLCINV.0185168 3/10/2019 45BOOK DEBIT THE HONGKONG AND SHANGHAI BANKING C | | 54,868.24 | $761,322.02 |
| | OCEANIX50MSBLC 17345KZ00K0F 281529202 AARON ETRA 45BOOK DEBIT | | 5,000.00 | $756,322.02 |

CONTINUED ON NEXT PAGE



Please examine your statement at once.    If you change your address, please notify us of your new address

HSBC Bank USA, N.A.  (Rev. 6/2015) nMs

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC



# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER  013-006509
STATEMENT PERIOD  08/31/19 TO 09/30/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | $728,142.38 |
| DEPOSITS & OTHER ADDITIONS | $829.60 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $14,450.00 |
| ENDING BALANCE | $714,521.98 |

ANNUAL PERCENTAGE YIELD EARNED 08/31/19 - 09/30/19     1.36%
INTEREST EARNED THIS PERIOD                             $829.10
AVERAGE DAILY BALANCE                                   $723,106.23
INTEREST NOT AVAILABLE UNTIL CREDITED
INTEREST PAID YEAR TO DATE                              $3,776.10

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 08/31/19 | OPENING BALANCE | | | $728,142.38 |
| 09/11/19 | 67405K8011YW 67405K8011YW 254484455 GREGORY A. STEWART 99006607364 47BOOK DEBIT TD CANADA TRUST TORONTO-DOMINION BANK, THE | | 7,500.00 | $720,642.38 |
| 09/30/19 | FERRUM FEE 82645KR01TQK 273654036 AARON ETRA 45BOOK DEBIT | | 6,950.00 | $713,692.38 |
| | INTEREST PAID FROM 08/30/19 THRU 09/29/19 | 829.60 | | $714,521.98 |
| 09/30/19 | ENDING BALANCE | | | $714,521.98 |

All deposited items are credited subject to final payment.



Please examine your statement at once.        If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMc

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER  013-006509
STATEMENT PERIOD  08/01/19 TO 08/30/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | $888,692.83 |
| DEPOSITS & OTHER ADDITIONS | $272,652.55 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $433,203.00 |
| ENDING BALANCE | $728,142.38 |

ANNUAL PERCENTAGE YIELD EARNED 08/01/19 - 08/30/19    1.36%
INTEREST EARNED THIS PERIOD    $913.05
AVERAGE DAILY BALANCE    $822,873.58
INTEREST NOT AVAILABLE UNTIL CREDITED
INTEREST PAID YEAR TO DATE    $2,946.50

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 08/01/19 | OPENING BALANCE | | | $888,692.83 |
| 08/01/19 | 7048100213ES 213566933 DENFORD PARTNERS 1, LLC FINCH, KENYA 53RECD FED FEDSEQ:B1Q8982R002845 | 132,000.00 | | $1,020,692.83 |
| 08/05/19 | GABRIEL ESCROW 10075J700ZOK 217496222 OCHIENG' OPIYO AND CO. ADVOCATES 2037954791 GABRIEL ESCROW AGREEMENT 38SEND CHIP CHIPSEQ:0321720 BARCLAYS BANK OF KENYA, LTD. | | 130,800.00 | $889,892.83 |
| | GABRIEL TRANSFER 55535J70168W 217499424 AARON ETRA 45BOOK DEBIT | | 5,000.00 | $884,892.83 |
| 08/06/19 | 05AUG2019 LOAEZASANDSSBLC US1190731-001785 218369266 /BNF/RETURN OF YOUR PAYMENT REF LOA //EZASANDSSBLC VALUE 190726 FOR 29, //693.00/USD AS BNF AC NR INCORRECT 41BOOK CREDIT | 29,693.00 | | $914,585.83 |
| | LOAEZA/SANDSSBLC 75745J800GAC 218530218 WILFREDO LOPEZ ESCOBAR 132180000039649576 38SEND CHIP CHIPSEQ:0407947 BANCO MULTIVA S.A. INSTITUCION DE B | | 29,693.00 | $884,892.83 |
| 08/09/19 | MACLINTEXAS INC. 06365J801FHY 221501648 OCHIENG' OPIYO AND CO. ADVOCATES 2037954791 FOR MACLIN TEXAS INC. 38SEND CHIP CHIPSEQ:0347770 BARCLAYS BANK OF KENYA, LTD. | | 8,700.00 | $876,192.83 |

CONTINUED ON NEXT PAGE

Please examine your statement at once.    If you change your address, please notify us of your new address

HSBC Bank USA, N.A. (Rev. 6/2018) nMa



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

INTEREST ON LAWYERS ACCOUNT

ACCOUNT NUMBER  013-006509
STATEMENT PERIOD  06/29/19 TO 07/31/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | $838,965.36 |
| DEPOSITS & OTHER ADDITIONS | $526,171.21 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $476,443.74 |
| ENDING BALANCE | $888,692.83 |

| | |
|---|---:|
| ANNUAL PERCENTAGE YIELD EARNED 06/29/19 - 07/31/19 | 1.51% |
| INTEREST EARNED THIS PERIOD | $1,149.05 |
| AVERAGE DAILY BALANCE | $847,280.00 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $1,986.95 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 06/29/19 | OPENING BALANCE | | | $838,965.36 |
| 07/01/19 | INTEREST PAID FROM 05/30/19 THRU 06/30/19 | 349.55 | | $839,314.91 |
| 07/03/19 | ESCROWAGT7/2/19 35645IA00013 184542602 OCHIENG OPIYO AND CO. ADVOCATES 2037954791 MACLINESCROWAGT7/2/2019 38SEND CHIP CHIPSEQ:0429506 BARCLAYS BANK OF KENYA, LTD. | | 328,860.00 | $510,454.91 |
| | 2019070300180690 184568441 CARINA GLOBAL 1 LLC KENYA ESCROW 33RECD CHIP CHIPSEQ:0484160 | 333,860.00 | | $844,314.91 |
| | KENYA7/3ESCROW 17025IA001GH 184573666 AARON ETRA 45BOOK DEBIT | | 5,000.00 | $839,314.91 |
| 07/05/19 | LOAEZA S AND S US1190619-003843 186487565 MRMDUS33 41BOOK CREDIT HSBC BANK USA, N.A. | 12,955.00 | | $852,269.91 |
| | IOLA NEW YORK 2ND QTR 2019 | | 630.74 | $851,639.17 |
| | LOAEZA-SANDS 59455IC00T9A 186710400 WILFREDO LOPEZ ESCOBAR 132180000039649576 LOAEZA/SANDS/SBLC 38SEND CHIP CHIPSEQ:0714173 BANCO MULTIVA S.A. INSTITUCION DE B | | 13,000.00 | $838,639.17 |
| 07/12/19 | 2019071200018708 193438889 CARINA GLOBAL, 1 LLC SKORPUS FREIGHT NAIROBI 4 33RECD CHIP CHIPSEQ:0220347 | 28,000.00 | | $866,639.17 |

CONTINUED ON NEXT PAGE

Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 8/2018) iM6



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

---

**IOLA**

ACCOUNT NUMBER 013-006509
STATEMENT PERIOD 06/01/19 TO 06/28/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---|
| BEGINNING BALANCE | $139,658.13 |
| DEPOSITS & OTHER ADDITIONS | $1,201,700.23 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $502,393.00 |
| ENDING BALANCE | $838,965.36 |

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED 06/01/19 - 06/28/19 | 1.51% |
| INTEREST EARNED THIS PERIOD | $269.12 |
| AVERAGE DAILY BALANCE | $233,874.04 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $630.74 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 06/01/19 | OPENING BALANCE | | | $139,658.13 |
| 06/05/19 | 60595HI009SQ 60595HI009SQ 156465178 GREGORY A. STEWART 99006607364 47BOOK DEBIT TD CANADA TRUST TORONTO-DOMINION BANK, THE | | 1,500.00 | $138,158.13 |
| 06/07/19 | V.5LS US1190520-003015 158491990 MRMDUS33 41BOOK CREDIT HSBC BANK USA, N.A. | 321,700.00 | | $459,858.13 |
| | CABRERA-PIERCE 61335HK01NRP 158493854 AARON ETRA 45BOOK DEBIT | | 5,000.00 | $454,858.13 |
| | RUDY CABRERA 56755HK01J74 158493891 JOHN CHEUNG 7907-7152727 FROM AARON ETRA 39SEND CHIP CHIPSEQ:0376044 TD CANADA TRUST TORONTO-DOMINION BANK, THE | | 80,000.00 | $374,858.13 |
| 06/10/19 | 9 JUNE ESCROW 46015HN011L2 161498029 OCHIENG' OPIYO AND CO. ADVOCATES 2037954791 9 JUNE 2019 ESCROW AGREEMENT 38SEND CHIP CHIPSEQ:0303820 BARCLAYS BANK OF KENYA, LTD | | 313,635.00 | $61,223.13 |
| | 9 JUNE ESCROW 71425HN0180B 161501933 AARON ETRA 45BOOK DEBIT | | 5,000.00 | $56,223.13 |

CONTINUED ON NEXT PAGE

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe





P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK          NY 100172134

---

**IOLA**

ACCOUNT NUMBER  013-006509
STATEMENT PERIOD  05/01/19 TO 05/31/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | $10,077.26 |
| DEPOSITS & OTHER ADDITIONS | $3,918,695.87 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $3,789,115.00 |
| ENDING BALANCE | $139,658.13 |

| | |
|---|---:|
| ANNUAL PERCENTAGE YIELD EARNED 05/01/19 - 05/31/19 | 1.51% |
| INTEREST EARNED THIS PERIOD | $564.54 |
| AVERAGE DAILY BALANCE | $443,134.39 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $630.74 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 05/01/19 | OPENING BALANCE | | | $10,077.26 |
| 05/01/19 | SWF009183121 121344404 DRCATHIE DORNESOWERBY DEPOSITRETURN FEES 33RECD CHIP CHIPSEQ:0075126 BARCLAYS BANK UK PLC | 1,027.39 | | $11,104.65 |
| 05/06/19 | EPIC 13385GO000GH 126522554 HART DAVID CARSON LLP 199957066 57SEND FED FEDSEQ:B1Q8983C002839 BANK ONE NA | | 8,900.00 | $2,204.65 |
| 05/10/19 | 20191300095300 130556726 FERRUM IV LLC 3 PAYMENT GUARANTEE: "FUNDS ARE CO NTRACTUALLY GUARANTEED FOR PAYMENT THROUGH THE MASTER PAYMASTER ACCOUN T, AS LISTED HEREIN." 53RECD FED FEDSEQ:B1Q8983R003702 | 3,100,000.00 | | $3,102,204.65 |
| 05/13/19 | FERRUM-RYAN 10905GV00F8R 133480192 AARON ETRA 45BOOK DEBIT | | 36,000.00 | $3,066,204.65 |
| | EPIC 26805GV00GQP 133480420 AARON ETRA 45BOOK DEBIT | | 1,100.00 | $3,065,104.65 |
| | FERRUM IV- RYAN 64685GV010GQ 133493398 RYAN PROJECT FUNDING LLC 5874991770 FERRUM IV 57SEND FED FEDSEQ:B1Q8982C002603 WELLS FARGO BANK, N.A. | | 60,000.00 | $3,005,104.65 |
| 05/14/19 | TRANSFER TO SAVINGS ETRA A ACCOUNT ENDING IN 6100 | | 3,000,000.00 | $5,104.65 |

CONTINUED ON NEXT PAGE






Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018)



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK   NY 100172134

---

IOLA

ACCOUNT NUMBER   013-006509
STATEMENT PERIOD   03/30/19 TO 04/30/19

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)

| | |
|---|---:|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & OTHER ADDITIONS | $110,077.26 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $100,000.00 |
| ENDING BALANCE | $10,077.26 |
| ANNUAL PERCENTAGE YIELD EARNED 03/30/19 - 04/30/19 | 1.51% |
| INTEREST EARNED THIS PERIOD | $77.67 |
| AVERAGE DAILY BALANCE | $59,064.91 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $77.26 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 03/30/19 | OPENING BALANCE | | | $0.00 |
| 04/02/19 | 6352500092ES 092542377 HART DAVID CARSON LLP IOLTA TRUST FUNDS ARE CLEAN & CLEAR, OF NON-CRIMINAL ORIGIN AND ARE PAYABLE IN CASH IMMEDIATELY UPON RECEIPT BY BENEFICIARY'S BANK 53RECD FED FEDSEQ:B1Q6983R003799 | 110,000.00 | | $110,000.00 |
| 04/18/19 | EPIC ESCROW 11785G600ZFM 108532538 ALCIDES A. CASARES IOLA ACCOUNT 483058969613 ON BEHALF OF EPIC 37SEND CHIP CHIPSEQ:0413877 BANK OF AMERICA N.A. | | 100,000.00 | $10,000.00 |
| 04/30/19 | INTEREST PAID FROM 04/01/19 THRU 04/29/19 | 77.26 | | $10,077.26 |
| 04/30/19 | ENDING BALANCE | | | $10,077.26 |

All deposited items are credited subject to final payment.



Please examine your statement at once.   If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018)