# Exhibit 18

CITIBANK, N.A
100 CITIBANK DRIVE
SAN ANTONIO TX 78245-9966

**Our Research Results**

**Account Ending  0669**

08/05/2022

R-277081220804

AARON ETRA
N/A
NO CITY          AA 00000

www.citibank.com

Dear AARON ETRA,

**Why We're Writing to You**

Thank you for your inquiry on 08/04/2022, regarding your account number ending in 0669. We have completed our research and the results are as follows:

**What You Need to Know**

We have reviewed our records and the account number provided was not located.

Please provide a valid account number and/or social security number so that we may continue our research.  Also, you may provide an old statement with the correct account number so that we may obtain requested information.

**How to Contact Us**

If you have any questions or would like to speak with a representative, Customer Service can be contacted 24 hours a day, 7 days a week at:

| | |
|---|---|
| CitiPhone | 1-888-248-4226 |
| Spanish Language Calls | 1-800-360-2484 |
| Text Telephone Service (TTY) | 1-800-945-0258 |
| International Collect & Toll Free | 1-210-677-0065 |

We appreciate your business with Citibank and look forward to serving all your future financial needs.

Sincerely,

Citibank Client Care

Calls are randomly monitored and recorded to ensure quality service.
Citibank Client Services provides customer account services for Citibank, N.A.
©2022 Citibank, N.A. Member FDIC. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.

I072

R-277081220804