Exhibit 19

**REQUEST:  The 5 CITIBANK CLOSING STATEMENTS ending in X0330, X0669, X1570, X4852, and X8687 as asked for in the original July 7th Order and relisted in the July 13th Order of Judge Caproni:**

Note that the following 5 final bank statements were sent to me directly from Citibank in response to my request for them to send the 5 finals statements [initially they had only sent one, and now have sent all 5].

Below is my email request to Citibank followed by all 5 closing statements for the above-referenced accounts:

Dear Citibank,

Thank you for your reply.  However, I had 5 accounts with CITIBANK, all since closed, and your email only contained one bank statement from one account #9982130330, and was not sufficient for what I need most urgently, which is the final statements for all 5 accounts as follows:

1.   9982130330
2.  9982130699
3.  4967571370
4.  4998154852
5.  6781398687


Please send everything to this email.

Any questions, please call.   Thank you so much.

Aaron Etra
240  E.47th Street, Apt. 12a
New York, NY 10017
(917) 856-3500

CITIBANK, N.A.
100 CITIBANK DRIVE
SAN ANTONIO TX 78245-9966

**Your Photocopy Request**

**Account Ending  0330**

07/14/2022

R-131106220714

445 PARK AVE
9TH FL
NEW YORK          NY 10022

www.citibank.com

Dear  ,

**Why We're Writing to You**

Thank you for your inquiry on 07/14/2022 regarding your account number referenced above. We are pleased to enclose the clearest available copy of the item(s) that you requested.

**What You Need to Know**

You may note that the size and clarity of the item(s) may differ from the original item. If this is a check, be assured that the photocopy will adequately provide proof that the payment was made. The copy is a valid method to confirm proof of payment with any merchant, including the Internal Revenue Service.

For your convenience, you may also access Citibank Online to securely view and print your account statements issued within the past six years and checks presented to your account within the last ninety days.

**How to Contact Us**

If you have any questions or would like to speak with a representative, Customer Service can be contacted 24 hours a day, 7 days a week at:

| | |
|---|---|
| CitiPhone | 1-888-248-4226 |
| Spanish Language Calls | 1-800-360-2484 |
| Text Telephone Service (TTY) | 1-800-945-0258 |
| International Collect & Toll Free | 1-210-677-0065 |

We appreciate your business with Citibank and look forward to serving all your future financial needs.

Sincerely,

Citibank Client Care

Calls are randomly monitored and recorded to ensure quality service.
Citibank Client Services provides customer account services for Citibank, N.A.
©2022 Citibank, N.A. Member FDIC. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.

I004

R-131106220714

Citibank CBO Services      039

P.O. Box 6201

Sioux Falls, SD 57117-6201

001/R1/04F000

000

CITIBANK, N. A.

**Account**

**9982130330**

**Statement Period**

**Feb. 1 - Feb. 28, 2019**

INDEVA CORPORATION

(SPECIAL ACCT #2)

445 PARK AVE  Floor 9

NEW YORK            NY 10022

**Relationship Manager**

Citibusiness Service Center

(877) 528-0990

Page 1 of 1

## SERVICE CHARGE SUMMARY FROM FEBRUARY 1, 2019 THRU FEBRUARY 28, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # 9982130330** | | | |
| Average Daily Collected Balance | | | $721.45 |
| DEPOSIT SERVICES | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 15.0000 | 15.00 |
| **TEMPORARY WAIVE | | | |
|    CHECKS, DEP ITEMS/TICKETS, ACH | 1 | .4500 | 0.45 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |
| **CITIBUSINESS FLEXIBLE CHECKING # 9982130699** | | | |
| Average Daily Collected Balance | | | $18.97 |
| DEPOSIT SERVICES | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 30.0000 | 30.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.

Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Citibank CBO Services      039
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F000

000
CITIBANK, N. A.
**Account**
**9982130330**
**Statement Period**
**Jan 24 - Feb 22, 2019**
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 2

INDEVA CORPORATION
(SPECIAL ACCT #2)
445 PARK AVE  Floor 9
NEW YORK          NY 10022

## CitiBusiness® ACCOUNT AS OF FEBRUARY 22, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$0.00** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

| Checking | Balance |
|---|---|
| CitiBusiness Flexible Checking | $0.00 |
| CitiBusiness Streamlined Checking | $0.00 |
| **Total Checking at Citibank** | **$0.00** |

## SERVICE CHARGE SUMMARY FROM JANUARY 1, 2019 THRU JANUARY 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # 9982130330** | | | |
| Average Daily Collected Balance | | | $1,087.97 |
| DEPOSIT SERVICES | | | |
| MONTHLY MAINTENANCE FEE | 1 | 15.0000 | 15.00 |
| **Total Charges for Services** | | | **$15.00** |
| **Net Service Charge** | | | **$15.00** |
| Charges debited from account # 9982130330 | | | |
| **CITIBUSINESS FLEXIBLE CHECKING # 9982130699** | | | |
| Average Daily Collected Balance | | | $26.56 |
| DEPOSIT SERVICES | | | |
| MONTHLY MAINTENANCE FEE | 1 | 30.0000 | 30.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| **9982130330** | | **Beginning Balance:** | $1,084.59 |
|---|---|---|---|
| | | **Ending Balance:** | $0.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/08 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 15.00 | | 1,069.59 |

INDEVA CORPORATION                          Account  9982130330          Page 2 of 2                    001/R1/04F000
(SPECIAL ACCT #2)                           Statement Period:  Jan 24 - Feb 22, 2019

| **CHECKING ACTIVITY** | | | | **Continued** |
|---|---|---|---|---|
| **Date** | **Description** | **Debits** | **Credits** | **Balance** |
| 02/14 | ACH DEBIT | 185.14 | | 884.45 |
| | T-MOBILE        PCS SVC   6859353        Feb 14 | | | |
| 02/21 | TRANSFER DEBIT | 884.45 | | 0.00 |
| | TRANSFER TO CHECKING                 Feb 21 | | | |
| | VIA CBUSOL          REFERENCE # 044241 | | | |
| | **Total Debits/Credits** | **1,084.59** | **0.00** | |

**CitiBusiness Flexible Checking**

| **9982130699** | | **Beginning Balance:** | $26.56 |
|---|---|---|---|
| | | **Ending Balance:** | $0.00 |

| **Date** | **Description** | **Debits** | **Credits** | **Balance** |
|---|---|---|---|---|
| 02/21 | TRANSFER DEBIT | 26.56 | | 0.00 |
| | TRANSFER TO CHECKING                 Feb 21 | | | |
| | VIA CBUSOL          REFERENCE # 044284 | | | |

| **CUSTOMER SERVICE INFORMATION** |
|---|

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:                    YOU CAN WRITE:

Checking                                   877-528-0990                     CitiBusiness
                                                (For Speech and Hearing        100 Citibank Drive
                                                Impaired Customers Only         San Antonio, TX 78245-9966
                                                TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

100 CITIBANK DRIVE
SAN ANTONIO TX 78245-9966

**Your Photocopy
Request**

**Account Ending 0699**

07/13/2022                                          R-141483220709

AARON ETRA
445 PARK AVE. 9TH FL.
NEW YORK          NY 10021

www.citibank.com

Dear AARON ETRA,

**Why We're
Writing to You**

Thank you for your inquiry on 07/09/2022 regarding your account number referenced above.
We are pleased to enclose the clearest available copy of the item(s) that you requested.

**What You
Need to
Know**

You may note that the size and clarity of the item(s) may differ from the original item. If this is
a check, be assured that the photocopy will adequately provide proof that the payment was
made. The copy is a valid method to confirm proof of payment with any merchant, including
the Internal Revenue Service.

For your convenience, you may also access Citibank Online to securely view and print your
account statements issued within the past six years and checks presented to your account
within the last ninety days.

**How to
Contact Us**

If you have any questions or would like to speak with a representative, Customer Service can
be contacted 24 hours a day, 7 days a week at:

| | |
|---|---|
| CitiPhone | 1-888-248-4226 |
| Spanish Language Calls | 1-800-360-2484 |
| Text Telephone Service (TTY) | 1-800-945-0258 |
| International Collect & Toll Free | 1-210-677-0065 |

We appreciate your business with Citibank and look forward to serving all your future financial
needs.

Sincerely,

Citibank Client Care

Calls are randomly monitored and recorded to ensure quality service.
Citibank Client Services provides customer account services for Citibank, N.A.
©2022 Citibank, N.A. Member FDIC. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup
Inc. or its affiliates, used and registered throughout the world. All rights reserved.

I004

001/R1/04F000

Citibank CBO Services    039
P.O. Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**9982130330**
**Statement Period**
**Jan 24 - Feb 22, 2019**
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 2

INDEVA CORPORATION
(SPECIAL ACCT #2)
445 PARK AVE   Floor 9
NEW YORK          NY 10022

## CitiBusiness® ACCOUNT AS OF FEBRUARY 22, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$0.00** |
| Savings | ----- |
| **Checking Plus** | ----- |

| Checking | Balance |
|---|---|
| CitiBusiness Flexible Checking | $0.00 |
| CitiBusiness Streamlined Checking | $0.00 |
| **Total Checking at Citibank** | **$0.00** |

## SERVICE CHARGE SUMMARY FROM JANUARY 1, 2019 THRU JANUARY 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # 9982130330** | | | |
| Average Daily Collected Balance | | | $1,087.97 |
| DEPOSIT SERVICES MONTHLY MAINTENANCE FEE | 1 | 15.0000 | 15.00 |
| **Total Charges for Services** | | | **$15.00** |
| **Net Service Charge** | | | **$15.00** |
| Charges debited from account # 9982130330 | | | |
| CITIBUSINESS FLEXIBLE CHECKING # 9982130699 | | | |
| Average Daily Collected Balance | | | $26.56 |
| DEPOSIT SERVICES MONTHLY MAINTENANCE FEE **WAIVE | 1 | 30.0000 | 30.00 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
**9982130330**

**Beginning Balance:** $1,084.59
**Ending Balance:** $0.00

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/08 | SERVICE CHARGE ACCT ANALYSIS DIRECT DB | 15.00 | | 1,069.59 |

INDEVA CORPORATION
(SPECIAL ACCT #2)

Account  9982130330        Page 2 of 2
Statement Period:  Jan 24 - Feb 22, 2019

001/R1/04F000

## CHECKING ACTIVITY

Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| | | 185.14 | | 884.45 |
| 02/14 | ACH DEBIT<br>T-MOBILE    PCS SVC   6859353     Feb 14 | | | |
| 02/21 | TRANSFER DEBIT<br>TRANSFER TO CHECKING          Feb 21<br>VIA CBUSOL       REFERENCE # 044241 | 884.45 | | 0.00 |
| | **Total Debits/Credits** | 1,084.59 | 0.00 | |

### CitiBusiness Flexible Checking
**9982130699**

**Beginning Balance:**    $26.56
**Ending Balance:**        $0.00

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| | | 26.56 | | 0.00 |
| 02/21 | TRANSFER DEBIT<br>TRANSFER TO CHECKING          Feb 21<br>VIA CBUSOL       REFERENCE # 044284 | | | |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Checking

YOU CAN CALL:

877-528-0990
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

YOU CAN WRITE:

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CITIBANK, N.A.
100 CITIBANK DRIVE
SAN ANTONIO TX 78245-9966

**Your Photocopy
Request**

**Account Ending  1370**

07/14/2022

R-131214220714

AARON ETRA
445 PARK AVE
9TH FL
NEW YORK          NY 10022

www.citibank.com

Dear AARON ETRA,

**Why We're
Writing to You**

Thank you for your inquiry on 07/14/2022 regarding your account number referenced above. We are pleased to enclose the clearest available copy of the item(s) that you requested.

**What You
Need to
Know**

You may note that the size and clarity of the item(s) may differ from the original item. If this is a check, be assured that the photocopy will adequately provide proof that the payment was made. The copy is a valid method to confirm proof of payment with any merchant, including the Internal Revenue Service.

For your convenience, you may also access Citibank Online to securely view and print your account statements issued within the past six years and checks presented to your account within the last ninety days.

**How to
Contact Us**

If you have any questions or would like to speak with a representative, Customer Service can be contacted 24 hours a day, 7 days a week at:

| | |
|---|---|
| CitiPhone | 1-888-248-4226 |
| Spanish Language Calls | 1-800-360-2484 |
| Text Telephone Service (TTY) | 1-800-945-0258 |
| International Collect & Toll Free | 1-210-677-0065 |

We appreciate your business with Citibank and look forward to serving all your future financial needs.

Sincerely,

Citibank Client Care

Calls are randomly monitored and recorded to ensure quality service.
Citibank Client Services provides customer account services for Citibank, N.A.
©2022 Citibank, N.A. Member FDIC. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.

I004

R-131214220714

Citibank CBO Services      038
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F000

000
CITIBANK, N. A.

AARON ETRA, ATTORNEY AT LAW
ATTORNEY TRUST ACCOUNT
ATTORNEY TRUST
445 PARK AVE Floor 9
NEW YORK                  NY 10022

**Control Account:**
**4967571370**
**Statement Period**
**Feb 23 - Mar 21, 2019**

Page 1 of 1

## CitiEscrow CONTROL ACCOUNT DETAIL FROM FEB 23, 2019 THRU MAR 21, 2019

**CitiEscrow Control Checking**

**4967571370**

| | | | | **Beginning Balance:** | $120.42 |
| | | | | **Ending Balance:** | $0.00 |

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 02/26 | OTHER WITHDRAWAL/ADJ | 120.42 | | 0.00 |

**Average Balance Information**

| | |
|---|---|
| Average Ledger Balance this Statement Period | 0.00 |
| Average Collected Balance this Statement Period | 0.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Escrow Deposit Account | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-788-0002) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Citibank CBO Services     038

P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F000

000
CITIBANK, N. A.

AARON ETRA, ATTORNEY AT LAW
ATTORNEY TRUST ACCOUNT
ATTORNEY TRUST
445 PARK AVE Floor 9
NEW YORK                    NY 10022

**Control Account:**
**4967571370**
**Statement Period**
**Jan 24 - Feb 22, 2019**

Page 1 of 3

## CitiEscrow CONTROL ACCOUNT DETAIL FROM JAN 24, 2019 THRU FEB 22, 2019

**CitiEscrow Control Checking**

**4967571370**

| | | | Beginning Balance: | $1,982.94 |
| | | | Ending Balance: | $120.42 |

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 02/12 | TRANSFER DEBIT<br>TRANSFER TO CHECKING          Feb 12<br>VIA CBUSOL          REFERENCE # 009547 | 500.00 | | 1,482.94 |
| 02/21 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Feb 21<br>009982130699 VIA CBusOL Re # 044284 | | 26.56 | 1,509.50 |
| 02/21 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Feb 21<br>009982130330 VIA CBusOL Re # 044241 | | 884.45 | 2,393.95 |
| 02/21 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Feb 21<br>004974070873 VIA CBusOL Re # 043815 | | 1,226.47 | 3,620.42 |
| 02/21 | CBUSOL TRANSFER DEBIT<br>WIRE TO Aaron  Etra | 3,500.00 | | 120.42 |
| | **Total Debits/Credits** | **4,000.00** | **2,137.48** | |

**Average Balance Information**

| | |
|---|---|
| Average Ledger Balance this Statement Period | 1,485.02 |
| Average Collected Balance this Statement Period | 1,485.02 |

AARON ETRA, ATTORNEY AT LAW                    Account   4967571370           Page 2 of 3                    001/R1/04F000
ATTORNEY TRUST ACCOUNT

**( Purposely left blank )**

AARON ETRA, ATTORNEY AT LAW          Account   4967571370          Page 3 of 3          001/R1/04F000
ATTORNEY TRUST ACCOUNT

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                              YOU CAN WRITE:

Escrow Deposit Account             877-528-0990                               CitiBusiness
                                   (For Speech and Hearing                    100 Citibank Drive
                                   Impaired Customers Only                    San Antonio, TX 78245-9966
                                   TDD: 800-788-0002)

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CITIBANK, N.A.
100 CITIBANK DRIVE
SAN ANTONIO TX 78245-9966

**Your Photocopy
Request**

**Account Ending  4852**

07/14/2022

R-131259220714

AARON ETRA
445 PARK AVE
9TH FL
NEW YORK          NY 10011

www.citibank.com

Dear AARON ETRA,

**Why We're
Writing to You**

Thank you for your inquiry on 07/14/2022 regarding your account number referenced above. We are pleased to enclose the clearest available copy of the item(s) that you requested.

**What You
Need to
Know**

You may note that the size and clarity of the item(s) may differ from the original item. If this is a check, be assured that the photocopy will adequately provide proof that the payment was made. The copy is a valid method to confirm proof of payment with any merchant, including the Internal Revenue Service.

For your convenience, you may also access Citibank Online to securely view and print your account statements issued within the past six years and checks presented to your account within the last ninety days.

**How to
Contact Us**

If you have any questions or would like to speak with a representative, Customer Service can be contacted 24 hours a day, 7 days a week at:

| | |
|---|---|
| CitiPhone | 1-888-248-4226 |
| Spanish Language Calls | 1-800-360-2484 |
| Text Telephone Service (TTY) | 1-800-945-0258 |
| International Collect & Toll Free | 1-210-677-0065 |

We appreciate your business with Citibank and look forward to serving all your future financial needs.

Sincerely,

Citibank Client Care

Calls are randomly monitored and recorded to ensure quality service.
Citibank Client Services provides customer account services for Citibank, N.A.
©2022 Citibank, N.A. Member FDIC. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.

I004

R-131259220714

Citibank CBO Services    039
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.

**Control Account:**
**4998154852**
**Statement Period**
**Mar 20 - Apr 17, 2019**

AARON ETRA
Attorney Trust
445 PARK AVE Floor 9TH
NEW YORK              NY 10022

Page 1 of 1

## CitiEscrow CONTROL ACCOUNT DETAIL FROM MAR 20, 2019 THRU APR 17, 2019

**CitiEscrow Control Checking**

**4998154852**                                          Beginning Balance:         $0.00
                                                        Ending Balance:            $0.00

| Your CitiEscrow Control Checking Account Rates | | |
|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 and over |
| 3/20 - 4/17 | 1.470% | 1.470% |

**Average Balance Information**

| | |
|---|---|
| Average Ledger Balance this Statement Period | 0.00 |
| Average Collected Balance this Statement Period | 0.00 |
| Total Interest Earned Since Jan 1 | 1.57 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Escrow Deposit Account | 877-528-0990 | CitiBusiness |
| | (For Speech and Hearing | 100 Citibank Drive |
| | Impaired Customers Only | San Antonio, TX 78245-9966 |
| | TDD: 800-788-0002) | |

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Citibank CBO Services    039
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F000

000
CITIBANK, N. A.

**Control Account:**
**4998154852**
**Statement Period**
**Feb 21 - Mar 19, 2019**

AARON ETRA
Attorney Trust
445 PARK AVE Floor 9TH
NEW YORK                NY 10022

Page 1 of 1

## CitiEscrow CONTROL ACCOUNT DETAIL FROM FEB 21, 2019 THRU MAR 19, 2019

**CitiEscrow Control Checking**

| 4998154852 | | Beginning Balance: | $476.87 |
|---|---|---|---|
| | | Ending Balance: | $0.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/21 | TRANSFER DEBIT | 476.87 | | 0.00 |
| | TRANSFER TO CHECKING          Feb 21 | | | |
| | VIA CBUSOL          REFERENCE # 043878 | | | |

| Your CitiEscrow Control Checking Account Rates | | |
|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 and over |
| 2/21 - 3/19 | 1.470% | 1.470% |

**Average Balance Information**

| | |
|---|---|
| Average Ledger Balance this Statement Period | 0.00 |
| Average Collected Balance this Statement Period | 0.00 |
| Total Interest Earned Since Jan 1 | 1.57 |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:          YOU CAN WRITE:

Escrow Deposit Account          877-528-0990          CitiBusiness
                                (For Speech and Hearing          100 Citibank Drive
                                Impaired Customers Only          San Antonio, TX 78245-9966
                                TDD: 800-788-0002)

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Citibank CBO Services    034
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.

AARON ETRA
Attorney Trust
445 PARK AVE Floor 9TH
NEW YORK              NY 10022

**Control Account:**
6781398687
**Statement Period**
Feb 27 - Mar 25, 2019

Page 1 of 1

## CitiEscrow CONTROL ACCOUNT DETAIL FROM FEB 27, 2019 THRU MAR 25, 2019

### CitiEscrow Control Checking
6781398687

**Beginning Balance:**    $0.00
**Ending Balance:**       $0.00

| Your CitiEscrow Control Checking Account Rates | | |
|---|---|---|
| For Balances of: | $0 to 599,999 | $100,000 and over |
| 2/27 - 3/25 | 1.470% | 1.470% |

### Average Balance Information

| | |
|---|---|
| Average Ledger Balance this Statement Period | 0.00 |
| Average Collected Balance this Statement Period | 0.00 |
| Total Interest Earned Since Jan 1 | 2.54 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Escrow Deposit Account | 877-528-0990 (For Speech and Hearing Impaired Customers Only TDD: 800-788-0002) | CitiBusiness 100 Citibank Drive San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.