Exhibit 21

**M&T Bank**

| FOR INQUIRIES CALL: | SUTTON |
| --- | --- |
| | (212) 888-9660 |

00   0 00537M NM  017

000000                                          P

**AARON ETRA, ESQ, ATTY.**
**IOLA ATTORNEY TRUST**
**445 PARK AVE FL 9**
**NEW YORK NY 10022-8606**

| ACCOUNT TYPE | |
| --- | --- |
| IOLA NOW | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9884797045 | 05/01/22 - 05/31/22 |
| **BEGINNING BALANCE** | $285.00 |
| **DEPOSITS & CREDITS** | 296.37 |
| **LESS CHECKS & DEBITS** | 0.08 |
| **INTEREST** | 0.08 |
| **LESS SERVICE CHARGES** | 0.00 |
| **ENDING BALANCE** | $581.37 |

| ANNUAL INTEREST RATE | | |
| --- | --- | --- |
| 04/30/2022 - 05/09/2022 | | 0.00% |
| 05/10/2022 - 05/31/2022 | | 0.25% |

INTEREST PAID YEAR TO DATE            $0.08

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 05/01/2022 | BEGINNING BALANCE | | | $285.00 |
| 05/04/2022 | INCOMING FEDWIRE FUNDS TRANSFER 1/GOLDFINGER ENTERPRISE SL | $146.37 | | 431.37 |
| 05/10/2022 | INCOMING FEDWIRE FUNDS TRANSFER CHARLES L WEINSTEIN#ITF MARLENE MAR | 150.00 | | 581.37 |
| 05/31/2022 | INTEREST PAYMENT | 0.08 | | |
| 05/31/2022 | INTEREST TRANSFER OUT | | $0.08 | 581.37 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |

PAGE 1 OF 2

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**350 PARK AVENUE NEW YORK, NEW YORK 10022**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** — **Place a checkmark (✔)** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.   $

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.   $

**STEP 7** — **Enter the total of STEPS 5 & 6.**   $

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).   $

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.   $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

M&T Bank

L018 (11/16)   ©2016 M&T Bank, Member FDIC.

# M&T Bank

**FOR INQUIRIES CALL:** SUTTON
(212) 888-9660

00   0 00537M NM  017

000000                                                          P

**AARON ETRA, ESQ, ATTY.**
**IOLA ATTORNEY TRUST**
**445 PARK AVE FL 9**
**NEW YORK NY 10022-8606**

| ACCOUNT TYPE | |
|---|---|
| IOLA NOW | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9884797045 | 06/01/22 - 06/30/22 |
| **BEGINNING BALANCE** | $581.37 |
| **DEPOSITS & CREDITS** | 270.74 |
| **LESS CHECKS & DEBITS** | 0.12 |
| **INTEREST** | 0.12 |
| **LESS SERVICE CHARGES** | 0.00 |
| **ENDING BALANCE** | $852.11 |

| ANNUAL INTEREST RATE | | |
|---|---|---|
| 05/31/2022 | - 06/30/2022 | 0.25% |

INTEREST PAID YEAR TO DATE            $0.20

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2022 | BEGINNING BALANCE | | | $581.37 |
| 06/30/2022 | DEPOSIT | $270.74 | | |
| 06/30/2022 | INTEREST PAYMENT | 0.12 | | |
| 06/30/2022 | INTEREST TRANSFER OUT | | $0.12 | 852.11 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** — **Place a checkmark (✔)** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.   $ _____

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.   $ _____

**STEP 7** — **Enter the total of STEPS 5 & 6.**   $ _____

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).   $ _____

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.   $ _____

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T Bank**

L018 (11/16)   ©2016 M&T Bank, Member FDIC.