# Exhibit 23

# M&T Bank
P O Box 673, Buffalo, NY 14240-0673

**Important information regarding the closure of your M&T Bank account relationship.**

August 25, 2020



5-750-80576-0000018-001-1-000-000-000-000
AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Re: Important information regarding your M&T Bank account relationship ending in: -2433.

We regret to inform you that M&T Bank will no longer be able to conduct business with you concerning the referenced account(s) and service(s). This decision will have a significant impact on one or more of your M&T accounts. Please review the grid below to determine the exact impact on your individual accounts.

Please note that M&T Bank is not required to elaborate further on its reason for exiting such relationship(s) with you. Additional calls and/or letters to M&T Bank from you inquiring about reasoning for closure will not result in further information.

| Type of account | |
|---|---|
| Checking, Savings or Money Market | If you have one or more **Checking, Savings or Money Market** accounts with us, we will close those account(s) on September 24, 2020, as permitted under the terms of the agreement governing those account(s). As a result: <br><br> o Please make sure you have sufficient money in each account to cover any outstanding **checks** and fees with respect to that account. **DO NOT** write any additional checks – any checks drawn on these accounts and presented to us for payment as of September 24, 2020 will be returned unpaid. <br><br> o Any **debit or ATM cards** you use to access these accounts will be canceled as of September 17, 2020. <br><br> o Please make alternate arrangements for any **direct deposits or automatic debits** to or from these accounts. These transactions will not be accepted as of September 24, 2020. <br><br> o Any money remaining in your accounts after all outstanding payments have been made, and any outstanding fees have been deducted, will be sent to you. |

© 2017 M&T Bank. Member FDIC. DMA6145 (10/17) mtb.com

RHC-020