# Exhibit 27



P.O. Box 1411
Buffalo, NY 14240-4215

Questions?
Call 1.800.975.4722
TTY 1.800.898.5999

MDG2022 00000005 00

AARON ETRA
AARON ETRA
240 E 47TH ST
NEW YORK NY 100172134

July 11, 2022

Dear Customer,

Subject: Important Information about your HSBC Account 013006410.

Thank you for your request. We have enclosed the information you requested to be reprinted. If you have any questions about your account or need further assistance, please stop by any HSBC branch or call us at:

1-800-975-HSBC
(1-800-975-4722)

We will be happy to help you. Thank you for banking with HSBC.

Paul S. Mullins
Head of Customer | Wealth and Personal Banking | HSBC Bank USA, N.A.



HSBC Bank USA, N.A. - CCI_REPRINT - 05262021     Page 1 of 13     (Rev 06 2021)



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
BUSINESS SAVINGS
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

## COMMERCIAL SAVINGS

ACCOUNT NUMBER  013-006410
STATEMENT PERIOD  08/01/19 TO 08/30/19

AARON ETRA
BUSINESS SAVINGS

| | |
|---|---|
| BEGINNING BALANCE | $1,207.34 |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $1,207.34 |
| ANNUAL PERCENTAGE YIELD EARNED 08/01/19 - 08/30/19 | 0.16% |
| INTEREST EARNED THIS PERIOD | $0.16 |
| AVERAGE DAILY BALANCE | $1,207.34 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |
| INTEREST PAID YEAR TO DATE | $0.34 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 08/01/19 | OPENING BALANCE | | | $1,207.34 |
| 08/30/19 | ENDING BALANCE | | | $1,207.34 |

All deposited items are credited subject to final payment.



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe                Page 1 of 7

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
BUSINESS SAVINGS
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

**COMMERCIAL SAVINGS**

ACCOUNT NUMBER  013-006410
STATEMENT PERIOD  06/29/19 TO 07/31/19

AARON ETRA
BUSINESS SAVINGS

| | |
|---|---:|
| BEGINNING BALANCE | $1,207.00 |
| DEPOSITS & OTHER ADDITIONS | $0.34 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $1,207.34 |

| | |
|---|---:|
| ANNUAL PERCENTAGE YIELD EARNED 06/29/19 – 07/31/19 | 0.18% |
| INTEREST EARNED THIS PERIOD | $0.20 |
| AVERAGE DAILY BALANCE | $1,207.24 |
| *INTEREST NOT AVAILABLE UNTIL CREDITED* | |
| INTEREST PAID YEAR TO DATE | $0.34 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 06/29/19 | OPENING BALANCE | | | $1,207.00 |
| 07/08/19 | INTEREST PAID FROM 04/08/19 THRU 07/07/19 | 0.34 | | $1,207.34 |
| 07/31/19 | ENDING BALANCE | | | $1,207.34 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe

Page 1 of 2

# HSBC

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
BUSINESS SAVINGS
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

## COMMERCIAL SAVINGS

ACCOUNT NUMBER  013-006410
STATEMENT PERIOD  06/01/19 TO 06/28/19

AARON ETRA
BUSINESS SAVINGS

| | |
|---|---:|
| BEGINNING BALANCE | $1,207.00 |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $1,207.00 |
| ANNUAL PERCENTAGE YIELD EARNED 06/01/19 - 06/28/19 | 0.16% |
| INTEREST EARNED THIS PERIOD | $0.17 |
| AVERAGE DAILY BALANCE | $1,207.00 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 06/01/19 | OPENING BALANCE | | | $1,207.00 |
| 06/28/19 | ENDING BALANCE | | | $1,207.00 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.       If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMe

Page 1 of 2



P.O. Box 1393
Buffalo, NY 14240-1393

AARON ETRA
BUSINESS SAVINGS
240 E 47TH ST
APT 12A
NEW YORK    NY 100172134

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

## COMMERCIAL SAVINGS

ACCOUNT NUMBER  013-006410
STATEMENT PERIOD  05/01/19 TO 05/31/19

AARON ETRA
BUSINESS SAVINGS

| | |
|---|---:|
| BEGINNING BALANCE | $110.00 |
| DEPOSITS & OTHER ADDITIONS | $1,100.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $3.00 |
| ENDING BALANCE | $1,207.00 |
| ANNUAL PERCENTAGE YIELD EARNED 05/01/19 - 05/31/19 | 0.17% |
| INTEREST EARNED THIS PERIOD | $0.11 |
| AVERAGE DAILY BALANCE | $781.67 |
| INTEREST NOT AVAILABLE UNTIL CREDITED | |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 05/01/19 | OPENING BALANCE | | | $110.00 |
| 05/06/19 | MONTHLY MAINTENANCE FEE BASED ON AVERAGE DAILY LEDGER BALANCE OF $110.00 | | 3.00 | $107.00 |
| 05/13/19 | EPIC 26805GV00GQP 133480420 AARON ETRA 41BOOK CREDIT | 1,100.00 | | $1,207.00 |
| 05/31/19 | ENDING BALANCE | | | $1,207.00 |

All deposited items are credited subject to final payment.

Please examine your statement at once.      If you change your address, please notify us of your new address.

HSBC Bank USA, N.A. (Rev. 6/2018) nMe



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
BUSINESS SAVINGS
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

---

## COMMERCIAL SAVINGS

ACCOUNT NUMBER  013-006410
STATEMENT PERIOD  03/30/19 TO 04/30/19

AARON ETRA
BUSINESS SAVINGS

| | |
|---|---|
| BEGINNING BALANCE | $110.00 |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $110.00 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 03/30/19 | OPENING BALANCE | | | $110.00 |
| 04/30/19 | ENDING BALANCE | | | $110.00 |

All deposited items are credited subject to final payment

---

Please examine your statement at once.    If you change your address, please notify us of your new address.

HSBC Bank USA, N.A.  (Rev. 6/2018) nMe



P.O. Box 1393
Buffalo, NY 14240-1393

AARON ETRA
BUSINESS SAVINGS
240 E 47TH ST
APT 12A
NEW YORK        NY 100172134

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

## COMMERCIAL SAVINGS

ACCOUNT NUMBER  013-006410
STATEMENT PERIOD  03/01/19 TO 03/29/19

AARON ETRA
BUSINESS SAVINGS

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & OTHER ADDITIONS | $110.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $110.00 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 03/01/19 | OPENING BALANCE | | | $0.00 |
| 03/01/19 | DEPOSIT | 10.00 | | $10.00 |
| 03/29/19 | DEPOSIT | 100.00 | | $110.00 |
| 03/29/19 | ENDING BALANCE | | | $110.00 |

*All deposited items are credited subject to final payment.*



Please examine your statement at once.    If you change your address, please notify us of your new address.
HSBC Bank USA, N.A. (Rev. 6/2018) may