Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

October 10, 2022

(Via Email to Temporary Pro Se Filing)
Hon. Valerie Caproni
U.S. District Court for the
Southern District of New York
40 Foley Square- room 240
New York, N.Y. 10007

Re: Benthos v. Etra, 20 cv 03384- MEDICAL

Dear Judge Caproni,

Judge Parker asked that I send, under seal to maintain confidentiality, something to substantiate my medical issue(s), and since it has been mentioned in correspondence with Your Honor and at hearings, I am sending it to you as well, and so you better understand how difficult and sometimes dangerous to me it is to have to respond and work so many hours in such a short period of time on papers and documents especially during the Jewish holidays, which I practice for all the days of events, not just the minimal days, like Rosh Hashona and Yom Kippur. In any event, I sent Judge Parker these same attachments earlier today, and did not copy Ms. Popofsky as she said to do it under seal which was to be to her email as it involved health matters protected by privacy.

For the Court's information, I am a patient of the Center for Aging at NY Presbyterian Hospital-Weill Cornell Medical College. So, I have no one doctor and when health crises occur, I am instructed to call or use the Weill Cornell Connect system to communicate with the Center and they choose how to respond to me, and decide whether they can monitor me further by their online connect center or whether it has to be in person. I did communicate with them most urgently that terrible day October 7th when I had a hearing with Judge Parker that was adjourned as I was not well enough to go forward, when my blood pressure, among other medical issues, was 174 over 110 [stroke level], and I had shivering, fever, coughing, sneezing, and other possible COVID-related symptoms.

Per the attached correspondence and via their telephone calls to me, they are very concerned and have advised me to come into the hospital this Thursday, the 13th, for tests. On the latest telephone earlier today, they also said to be prepared for further testing and procedures during the next several weeks into mid- November. They cautioned me to avoid stress for my dangerous blood pressure during this period and said that from my symptoms I may also be suffering from Covid-19, either currently or from the residual consequences of an undetected past infection.

Respectfully submitted,

Aaron Etra

As set forth in Judge Parker's October 7, 2022 order, Dkt. 188, Mr. Etra was authorized to file any medical information under seal.  Mr. Etra's letter contains medical information and was filed on the public docket.  If Mr. Etra would like his letter to be stricken from the record and re-filed under seal pursuant to the Undersigned's rules of practice, he must notify the Court not later than **Monday, October 17, 2022**.  Mr. Etra is also advised that filing a submission under seal does not relieve him of the obligation to serve it on his adversary.

SO ORDERED.

10/13/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE