USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                  Petitioner,

    -against-

AARON ETRA,

                  Respondent.

20-CV-3384 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS on October 7, 2022, Mr. Etra was granted permission by Magistrate Judge Parker to file a doctor's note under seal, Dkt. 188;

    WHEREAS on October 10, 2022, in a letter filed on the public docket (the "Letter"), Mr. Etra advised the Court that he had filed medical information with Judge Parker under seal, discussed this same information in his Letter, and attached certain medical records to his Letter, Dkt. 191; and

    WHEREAS on October 17, 2022, Mr. Etra advised the Court that he would like the Letter to be stricken from the record and re-filed under seal, Dkt. 195;

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to strike Dkt. 191 from the record.

    IT IS FURTHER ORDERED that Mr. Etra is authorized to re-submit the Letter under seal pursuant to the Undersigned's rules of practice.

**SO ORDERED.**

Date:  October 18, 2022
New York, NY

                                       **VALERIE CAPRONI
United States District Judge**