

October 21, 2022

**Via ECF**

Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

Re:  **Benthos v. Etra, 20-cv-3384**

Dear Judge Parker:

    I work on behalf of petitioner's attorney Steven R. Popofsky.

    Mr. Popofsky would like to respond to Mr. Etra's Letter to the Court filed today, October 21, 2022 (Dkt. 197). He will be able to do so by the end of the day, and respectfully requests that Your Honor does not rule on the aforementioned until Mr. Popofsky has the opportunity to respond.

    Respectfully submitted,

    /s/ Eleanor Taylor
    Eleanor Taylor
    Legal Assistant

cc: Aaron Etra (via e-mail and ECF)