

**Steven R. Popofsky**
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

October 21, 2022

<u>**Via ECF**</u>

Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

       Re: <u>**Benthos v Etra, 20 Civ. 3384**</u>

Dear Judge Parker:

  I write on behalf of judgment creditor Benthos in response to Mr. Etra's umpteenth attempt to stall in this matter. This latest issue as to which he is requesting yet another extension was supposed to be heard in court on October 6th. Due to his purported illness, that did not happen and a briefing schedule was set instead, "in an attempt to reach a faster resolution of the issue" (Dkt. 188). On October 6, Mr. Etra, well aware of his physical state (whatever it may be), <u>agreed</u> to the briefing schedule requiring his response on October 27 – again, on an issue he was supposedly fully prepared to address on the 6th (because his illness arose only that "morning" according to his e-mail of that date) – and then waited 15 days to request almost an additional month.

  Mr. Etra makes his request merely because "I am to avoid stress and medical and physical strain . . . between now and November 14th."[1] He has been making the same claims for two years now, while flying multiple times to Europe (as both Your Honor and Judge Caproni are well aware by now). He does not claim – and it would not be credible if he did – that he is so medically incapacitated as to be unable to write an opposition brief.[2] Indeed, he does not accompany his application with any medical corroboration whatsoever.

  And in that regard, when he was recently ordered to submit "a doctors' note stating that he was in fact unable to participate in the [October 6] Evidentiary Hearing due to health reasons" (Dkt. 188), he did not comply. Instead, he submitted merely an e-mail exchange in which he

---

[1] We all would be well-advised to avoid stress and strain, but that is no reason to duck one's obligation to file court papers, and he would not be under this stress had he not violated multiple court orders over a two-year period.

[2] He has not been so medically incapacitated as to be unable to fire off letters to Your Honor and to Judge Caproni on a regular basis – a point noted by Judge Caproni at Dkt. 181: "Mr. Etra is advised to spend less time repeatedly requesting an extension from the Court . . . and more time assembling the documents he should have produced to Petitioner years ago" – including on October 17 (Dkt. 195), the Jewish holiday of Shemini Atzeret, a day on which observant Jews do not work, notwithstanding his repeated pretextual invocation of the "Jewish holidays" to support various extension requests.

Case 1:20-cv-03384-VEC-KHP   Document 199   Filed 10/21/22   Page 2 of 2



Hon. Katharine H. Parker
October 21, 2022
Page 2

repeatedly asked his medical team, "I presume you do not want me to go out . . ." and "Please confirm that I was correct to not go out . . .," and they repeatedly declined to do so (see Dkt. 191).

      What is going on here is beyond transparent; it has flashing red lights.  Benthos is entitled to an adjudication on this issue, which has been pending for months now, and Mr. Etra, as always, is doing whatever he can to delay another day of reckoning.  Respondent does not dispute that Mr. Etra is not in perfect health, but there is no reason he cannot submit an opposition brief on time, and if he claims to be unable to do so, we respectfully refer Your Honor to the apt statement of Judge Caproni (Dkt. 174 n.8): "Given Etra's tendency to prevaricate, his say-so is of virtually no value."

                                    Respectfully submitted,

                                    Steven R. Popofsky

cc:     Aaron Etra (via e-mail and ECF)