USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022

Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

October 21, 2022

> For the reasons stated in Petitioner's letter at ECF No. 199, and because Respondent already represented that "there is nothing more [he] can provide as evidence or that needs to be said by [him] about the ownership or operation of the accounts," (ECF No. 185), Respondent's request for an extension of time to respond to Petitioner's brief is DENIED. If Respondent does not submit a response by October 27, 2022, the Court will consider the issue without Respondent's brief.
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE  10/26/2022

(Via Email to Temporary Pro Se Filing NYSD)

Judge Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Benthos v. Etra 20 cv 03384

Dear Judge Parker,

The Jewish High Holiday period is over and my doctors want to renew without further delay tests and procedures arising from my conditions found on my October 13th hospital visit and postponed until now. I am to avoid stress and medical and physical strain during such period between now and November 14th when there will be a summary review of my condition among the doctors at Weill Cornell New York Presbyterian Hospital.

I have said that I will continue to comply with Your Honor's Orders, and ask as a suggested compromise, that my filing date in response to petitioner's papers be rescheduled for November 18th and a subsequent hearing be scheduled sometime thereafter when convenient to Your Honor.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.