Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

October 27, 2022

(Via Email to Temporary Pro Se Filing NYSD)
Judge Katherine H. Parker
U. S. District Court
500 Pearl Street
New York, NY 10007

Re:  Benthos v. Etra, 20 cv 03384

Dear Judge Parker,

This matter was referred to Your Honor by Judge Caproni for the sole purpose of reviewing the European Fiduciary accounts as to whether or not I had the ability to produce bank statements for these accounts, as done for other accounts requested.   I stated to Judge Caproni in my earlier responses that Magister Helmut Allesch, the European fiduciary, was the account holder of these accounts and that only he had access and was in control of them. Only he could obtain bank statements for these accounts which would inevitably include the private information of his other clients as well.

To confirm these facts and end all questioning regarding them, for more than a year I had repeatedly called Magister Allesch to let him know I had to produce to the Court information about these accounts, bank statements, etc.  In the end, he finally sent me the material I submitted to Judge Caproni and yourself.  When I received what Mag. Allesch had sent, I thought it was blurred and that is why I typed in the words for clarity and I am now attaching it without the red typing seemingly of concern to Mr. Popofsky.    This material is all I was able to obtain from Mag. Allesch after my pursuit of what he could send me for the Court. This is also fully understandable because of his need to be in compliance with European regulations as well as his basic privacy requirements for his clients. What is very clear from Mag. Allesch's presentation is that the facts are as I have stated them, whatever Mr. Popofsky may want to opine, challenge or allege.

As well, Mr. Popofsky's filing goes way off track, making his submission a detour into much more than the distinct and limited issue that was the referral to Your Honor from Judge Caproni. That issue is, the realities applicable to the European fiduciary accounts. Yet, Mr. Popofsky once again uses this occasion, for which it is inappropriate, as an opportunity to berate me because of his dissatisfaction with whatever or how much is ever produced of material unrelated to the issue at hand. I want the Court to appreciate that I have always produced all that is humanly possible by a person working alone and without legal assistance or resources to engage it, delivering all that is in my possession or access during more than four years.   When something could not be produced,

it was because it was not in my possession or the relevant bank could not locate any records for an inactive, internal, or closed account.

None of that is the issue now before this Court. Petitioner chooses to include all this irrelevant and mischaracterized material to prejudice the Court and it makes sense for me to deal with it if only if Your Honor requires me and gives me time to do so and there is so much that is misrepresented and out of context.

As to the issue that is before the Court regarding the Fiduciary accounts, I believe that Mr. Popofsky understands full well, as everyone must, that when an account is not yours, and belongs to someone else, especially a European Fiduciary, there is no way anyone can get the bank statements other than from the account holder, as they are in his control alone. On occasion, I told clients, that I had European accounts for their use if they needed them. On most occasions, there was no need to go into detail about the mechanics of the account ownership unless I was asked about it, as rarely would a transaction proceed to the point where it materialized, and if it came to that point and I was asked specifics about the account, then I would explain about the Fiduciary arrangement with Mag. Helmut Allesch, a highly esteemed magister in Austria, who could receive and disburse funds for them into his account. At no point did I ever say or ever mean that I was the owner of such accounts, which was fully understood. Nor did I conceal this information if asked about it, including to Mr. Popofsky, throughout this matter. There was and is a clear limit to what I can say or do with respect to these fiduciary accounts, as again, I have consistently indicated to all concerned and believe should be appreciated by Your Honor.

When I was asked by the Petitioner in his subpoena for the contact information of the Fiduciary, I supplied the name, address, email, phone number, as asked for, even though it had already appeared on the documents submitted to your Honor and to Judge Caproni long before that time. So, no concealment, no hiding, nothing of the sort., contrary to Mr. Popofsky's assertions.

Apparently, Mr. Popofsky has attached 27 documents to his brief to your Honor. With the additional time I requested from Your Honor, I would have had the time to plow through these submissions. But I believe Your Honor will determine that these are unrelated material and none have anything substantive about or relevant to the Fiduciary accounts. All the discussion about other bank accounts or information Mr. Popofsky requested in his relentless subpoenas are currently before Judge Caproni.

I ask Your Honor to understand that what was submitted to Judge Caproni and yourself was all I could get or that anyone could get regarding a bank account, in this instance when not an account holder. Even Mr. Popofsky in his voluminous submission papers, makes no suggestion of what more could have been done to obtain these bank statements from the bank involved when not the account holder. In his letter enclosed below and already submitted to Judge Caproni, Your Honor and Mr. Popofsky, Magister Allesch provided a full answer to the question of who was the account holder. In addition to confirming his ownership of the accounts, he stated that he regrettably could not provide the bank statements and further confirmed that those accounts were not used for anything related to Benthos or this matter. I do not believe anything more should be asked of me with the questions having been answered fully by the person in ownership and control.

Having just seen your Order of October 26th, I respectfully request that this letter be considered by Your Honor together with my prior communications on the sole issue before the Court. I also respectfully request that I be permitted to undergo the delayed medical procedures without any further obligations to the Court, including court appearances or further filings, until reasonably after November 14th and with sufficient notice so that I can coordinate with my medical team.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.

Encl.   Judge Caproni Order of August 2, 2022
        Magister Allesch's documents for European accounts

ENCLOSURES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
Plaintiff,   Benthos Master Fund, Ltd                          :
                                                               :
    -v-                                                        :
                                                               :
Defendant.   Aaron Etra                                        :
                                                               :
                                                               :
-------------------------------------------------------------- x

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20-CV-03384 (VEC) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/22

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
Whether Respondent is in control of bank accounts at SberBank and Uni-Credit, such that he is in contempt of the Court's order to produce documents related to them. *See* Dkt. 132.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated August 2, 2022

SO ORDERED:

_Valerie Caproni_
United States District Judge

**Wirtschaftstreuhänder**
**Mag. Helmut ALLESCH**
**Steuerberater**
Telefon  0463/50 6 41
Telefax  0463/50 6 41 - 20

A-9020  Klagenfurt am Wörthersee
Gabelsbergerstraße 2
**DVR: 0493031**
e-mail: office@allesch.at

To: Aaron Etra

Klagenfurt, 16 July 2022

Re: Fiduciary Accounts

Dear Mr. Etra,

I am a fiduciary, based in Austria, who operates fiduciary/trust accounts for clients' funds in several European countries and banking groups including those of Sperbank and Uni-Credit.

You have asked me to function for various clients of yours, for whom I have held funds in escrow in my accounts. The clients have always been identified to me and to my satisfaction.

I can confirm that you have never asked me to hold any funds for, from or due to Benthos Master Capital Fund, Ltd., nor have I ever received any funds in any way associated with that party or its activities

You have also asked me to provide monthly and closing statements for some of my accounts which I advised have been closed. I have replied that, regrettably, the only such statement I can provide is the attached one for my closed Sperbank account, which I confirm I sent to you in response to your requests.

I hope this communication is of value.

Yours Faithfully,

*[signature and stamp: Wirtschaftstreuhänder Mag. Helmut Allesch, Steuerberater, Gabelsbergerstraße 2 (Ecke St. Ruprechter Straße), A-9020 Klagenfurt, Tel. 0463/50641 • Fax 0463/515755]*



**SEPA ÁTUTALÁSI MEGBÍZÁS**
*SEPA PAYMENT ORDER*

Kitöltési segédlet az ügyfél példányának hátoldalán található.

| Speciális utasítások (ha eltér a normálistól): | Egyedi árfolyammal (EUR 20.000 felett) | Indítás napja |
|---|---|---|
| *Specific instructions (if differ as normal):* | *With special exchange rate (not less than EUR 20.000)* | *Starting date* 2 0 2 0 1 1 1 8 |

## MEGBÍZÓ ADATAI / ORDERING CUSTOMER'S DATA

**Név\*** / *Name\**: MAG A SCH ELMUT

**Megbízó azonosítója** / *Ordering customer ID*:

**Ügyintéző** / *Contact person*:  **Telefon** / *Phone*:

**Terhelendő számla száma\*** / *A/C No. to be debited\**: HU65-11100275-28850148-13000006

**Utalandó deviza** / *Payment currency*: EUR

A megbízás összege az átutalás devizanemében\*\* / *Amount in the currency of the payment\*\**:

A megbízás összege a terhelendő számla devizanemében\*\* / *Amount in the currency of the account\*\**: TELJES EGYENLEG RÁMHÁZÁS KONT

**Összeg betűvel\*** / *Amount in words\**: TELJES EGYENLEG RÁMHÁZÁS MIATT

**Tényleges fizető** / *Ultimate debtor*:

**Tényleges fizető azonosítója** / *Ultimate debtor ID*:

## KEDVEZMÉNYEZETT ADATAI / BENEFICIARY'S DATA

**Név\*** / *Name\**: MAG HELMUT ALLESCH

**Partner azonosítója** / *Beneficiary ID*:

**Cím\*** / *Address\**: GABELSBERGERSTR 2, 9020 KLAGENFURT

**Számlaszám/IBAN\*** / *Account No./IBAN\**: AT62 1740 0008 5401 0721 2884

**Tényleges kedvezményezett** / *Ultimate beneficiary*:

**Tényleges kedvezményezett azonosítója** / *Ultimate beneficiary ID*:

## KEDVEZMÉNYEZETT BANKJA / BENEFICIARY'S BANK

**SWIFT/BIC kód** / *SWIFT/BIC Code*: BAWAATWW

**Közlemény** / *Details of payment*:

☐ Igazolást kérünk a teljesítésről. Fax szám/e-mail: / *Issuing a Certificate is requested. Fax No./E-mail:*

☒ Külföldi bankköltség a kedvezményezetten **SHA** / *Foreign bank charge on beneficiary* **SHA**

☐ Partnerek közötti egyedi azonosító / *EndToEnd ID*

**Dátum\*** / *Date\**: 18.11.2020

Banknál bejelentett aláírás\* / *Authorized signature(s)\**

Büntetőjogi felelősségünk tudatában kijelentjük, hogy a vonatkozó devizajogszabályokat ismerjük és a devizát a devizagazdálkodási szabályoknak megfelelően igényeljük és használjuk fel. / *Under penalties of perjury I hereby declare that I am acquainted with the relevant foreign exchange legislation. I shall use the foreign currency amount in accordance with the rules concerning foreign exchange control.*

| Átvétel visszaigazolása / *Payment order received* | Aláírás(ok) rendben / *Signature(s) verified* | Fedezet rendben / *Cover secured* | A devizaátutalás teljesítésének egyéb feltételeit és részletes szabályait a Bank hatályos üzletszabályzatai tartalmazzák és azok jelen megbízásnak elválaszthatatlan részét képezik. *Other rules and conditions concerning the execution of the present transaction are detailed in Business Rules of the Bank and they are integral part of this Order.* |

\* Mező kitöltése kötelező! / *Field mandatory!*
\*\* Két összeg mező közül csak az egyiket kell kitölteni! / *Only one field must be completed.*

## Kitöltési segédlet a SEPA átutalási megbízáshoz:

Tisztelt Ügyfelünk!

Kérjük, hogy a megbízás kitöltésénél ügyeljen a nyomtatványon szereplő mezők pontos, teljes körű kitöltésére! Ne írjon több karaktert egy mezőbe, illetve a jelzett maximális karakterek számát ne lépje túl!

**Speciális utasítások: (ha eltér a normál teljesítéstől)**
Egyedi árfolyammal: További információk a Bank mindenkor hatályos hirdetményében.

**Név:**
Számlatulajdonos neve, maximum 35 karakter hosszan.
**Megbízó azonosítója:**
Opcionális mező, az átutaló ügyfél egyedi azonosítója
**Ügyintéző:**
A számlatulajdonos, illetve meghatalmazottjának neve.
**Telefon:**
A számlatulajdonos, illetve meghatalmazottjának telefonszáma.
**Terhelendő számla száma:**
28 karakteres terhelendő számla IBAN számát.
**Utalandó deviza:**
A kiutalandó összeg devizaneme SEPA utalás esetén mindig EUR.
**A megbízás összege az átutalás devizanemében:**
Ezt a mezőt abban az esetben kell kitölteni, ha az utalás összege a kiutalandó összeg devizanemében ismert. Felhívjuk szíves figyelmét, hogy a két összeg mező közül csak az egyiket kell kitölteni!
**A megbízás összege a terhelendő számla devizanemében:**
Ezt a mezőt abban az esetben kell kitölteni, ha az utalás összege a terhelendő / indító számla devizanemében ismert. Felhívjuk szíves figyelmét, hogy a két összeg mező közül csak az egyiket kell kitölteni!
**Összeg betűvel:**
Utalandó összeg szövegesen.
**Tényleges fizető:**
Ezt a mezőt akkor kell kitölteni, ha a számlatulajdonos neve eltér a tényleges fizető fél személyétől
**Tényleges fizető azonosítója:**
A tényleges fizető fél egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )

**Kedvezményezett neve:**
A maximum karakterek figyelembe vételével az átutalás végső címzettjének neve.
**Partner azonosítója**: a kedvezményezett egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )
**Kedvezményezett címe:**
A maximum karakterek figyelembe vételével az átutalás végső címzettjének címe.
**Kedvezményezett számlaszáma:**
A kedvezményezett IBAN formátumú számlaszáma.
**Tényleges kedvezményezett:**
Ezt a mezőt abban az esetben kell kitölteni, ha a kedvezményezett neve eltér a tényleges kedvezményezett nevétől.
**Tényleges kedvezményezett azonosítója:**
a tényleges kedvezményezett egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )

**SWIFT/BIC kód:**
A végső kedvezményezett bank 8 vagy 11 karakteres SWIFT-kódja, ahol a végső kedvezményezett a számláját vezeti.

**Közlemény:**
Kérjük, ebben a mezőben rögzítse a kedvezményezett részére szánt üzenetet, maximum 2*33 karakter hosszan. A közlemény rovat kitöltése nem kötelező!

**Igazolást kérünk a teljesítésről. Fax szám/e-mail:**
Kérjük, azt a fax számot/e-mail címet tüntesse fel, ahova szeretné, hogy küldjük az átutalásról kiállított igazolást. Amennyiben nem tüntet fel fax számot/e-mail címet, abban az esetben az igazolást a számlavezető fiókjába küldjük el.

**Külföldi bankköltség a kedvezményezetten (SHA):**
SHA költséggel megjelölt utalás esetén a fizető fél vállalja a saját bankjánál felmerülő költségeket, a kedvezményezett pénzforgalmi szolgáltatójánál felmerülő költséget a kedvezményezett viseli.

**Partnerek közötti egyedi azonosító:**
opcionális mező, partnerek közötti egyedi azonosító kód.

Amennyiben a kitöltési útmutatóban foglaltak mellett további információra van szüksége megbízása benyújtásához, forduljon bizalommal ügyfélreferenséhez vagy ügyintézőinkhez a +36-1-5-57-58-59-es telefonszámon!