Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

October 28, 2022

(via email to Temporary Pro Se Office)
Hon. Valerie Caproni
U.S. District Court for the
Southern District of New York
40 Foley Square- room 240
New York, N.Y. 10007

Re: Benthos v. Etra, 20 cv 03384 (VEC)

Dear Judge Caproni,

This is an initial response to the letter sent to you yesterday by Mr. Popofsky, regarding what appears to be at first glance his reply to respondent's submissions in respect of the two subpoenas that were submitted by respondent on October 7, 2022 to both the Court and to him. When I take the considerable time needed to review his letter in its entirety, I will submit another letter to fully discuss its contents, but I wanted to send this letter to the Court immediately so the Court could appreciate the effort needed to deal with Mr. Popofsky's extensive claims, and how there appears to be some confusion in the documents going back and forth that the parties can and should correct among themselves.

For now, I am also working to review my major submission delivered at midnight on the 7th of October. That submission was made when I was exhausted physically and mentally, required of me on the eve of the sabbath and during the preparation for the Jewish High Holidays as I was coping with medical issues, including respiratory symptoms in addition to my chronic conditions. The Petitioner has stated in a prior letter to this Court that my responses to his subpoenas had no attachments, when I know for certain that there were many, many attachments comprising many, many pages. To ensure that the record to date is accurate as to what Mr. Popofsky has or does not have, I will go through my hundreds of pages of already submitted documents and resend or confirm the names of those numerous files to him, adding whatever may be missing or he does not have and I have. Also, there may have been some additional files that may have gotten cut off from my attachments and not delivered then.

Therefore, after I go through all the attachments that I wanted to send at that time, I will try to locate those files that may not have been received or even inadvertently not sent at the time and forward those to Mr. Popofsky in a manner to ensure safe and complete arrival and confirm them with him. I have also been engaged in complying with Judge Parker's requirements on the aspect of the matter you referred to her and medical followups.

As mentioned above, I will not burden the Court with hundreds of pages of more documents but will work directly with Mr. Popofsky on them if Your Honor approves of that approach.

Respectfully submitted,

Aaron Etra

Cc.: Steven Popofsky, Esq.

Application DENIED. The Court does not provide advisory opinions. Mr. Etra was expressly ordered to comply with Petitioner's outstanding subpoenas. *See* Dkt. 174 at 15–16. If Petitioner files a motion to compel and to hold Mr. Etra in contempt, the Court will set a briefing schedule and will likely schedule an evidentiary hearing. In the meantime, and without prejudice to Petitioner, the Court notes that, according to Petitioner's latest submission to the Court, Dkt. 202, Mr. Etra has not provided **any** current banking records or his American Express card records. If that is indeed the case, Mr. Etra should rectify this non-compliance **immediately** by promptly producing bank records post-dating June 30, 2022, and his American Express card records, both of which have been subpoenaed.

SO ORDERED.

10/28/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE