Exhibit 26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

        - against -

                      Petitioner,

AARON ETRA,

                      Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384 (VEC)

RESPONDENT'S RESPONSES TO PETITIONER'S DOCUMENT SUBPOENA

I, Aaron Etra, submit the following to Petitioner's document subpoena dated August 2, 2022:

**RESPONSES TO PETITIONER'S DOCUMENT SUBPOENA DATED AUGUST 2, 2022**:

1)   (i)  Financial Status
   - (a) Social security deposit seen in bank statement Piermont #0362
   - (b) Landlord letter current one showing status of rent [attached]
   - (c) HSBC Credit card statements showing arrears [attached]
   - (d) Others income is speculative such as other sources of fees that have to be earned and would be reflected in bank statements for accounts submitted

   (ii)    Mel Dussel/King Mel Mining, LLC Letter to Court to provide funds for Benthos [attached]
   (iii)   Court orders since August 13, 2020 [attached:]
   (iv)   Copies of petitioner's enforcement efforts, etc. [attached]
          [Mr. Popofsky's subpoenas]

2. Bank account statements from Aug 1 2017 through present and brokerage accounts [attached what is available to me]

3. Documents for credit cards ---HSBC, Apple Card, AMEX, Barclays, etc. from Aug 2017 to present [attached]

4. Escrow Agreements entered into after July 2022 [see attached package]

5. All docs concerning services in #1 of information subpoena [would be supplement docs for escrow agreements]

6. Landlord communications since August 13 2020 [attached]

-1-

7. Regus Mgmt. since Aug 13 2020 including virtual office docs, etc. [agreement attached]

8. Partnerships and corporations since January 1, 2017:  No new companies or entities were formed since January 1, 2017, but I have a company named INDEVA Corporation, which was formed in the 1980's for real estate projects and has been passive for many years.

9. Copies of tax filings with IRS since January 1 2022 [2021 tax extension attached]

Submitted this 7th day of October, 2022:

Aaron Etra

240 East 47th Street, Apt. 12A, New York, NY 10017

cc. S.Popofsky, Esq