Exhibit 42

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────────────┐
│ USDC SDNY                                     │
│ DOCUMENT                                      │
│ ELECTRONICALLY FILED                          │
│ DOC #:_____                        │
│ DATE FILED:___7/13/22____                     │
└─────────────────────────────────────────────┘
```

BENTHOS MASTER FUND, LTD.,

                              Petitioner,

              -against-

AARON ETRA,

                              Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a show-cause hearing on July 13, 2022, at 11:00 a.m.; and

WHEREAS the Court ordered Respondent Aaron Etra remanded to the custody of the U.S. Marshal;

IT IS HEREBY ORDERED that the parties must appear for a conference **today, July 13, 2022, at 3:00 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: July 13, 2022**
**New York, New York**

                              **VALERIE CAPRONI**
                              **United States District Judge**