Exhibit 44

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- **x**
                                                     **:**

**BENTHOS MASTER FUND, LTD.,**         **:**

                                               **:**

                  - against                 **:**     Case No.20-CV-
                  -           Petitioner,        **:**     03384(VEC)

                                               **:**

                                               **:**     **RESPONSES TO 1-13**
                                               **:**     **in ORDER July 7, 2022**
**AARON ETRA,**                                **:**         **{revised}**

                                               **:**

                              Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- **x**

Respondent submits the following as required by Court order as per each matching number listed by Court in order of July 7th, 2022:

     1)   the full set of monthly statements for the M&T account ending in x3443 from August

          2020 to the present;

          RESPONSE: *See below all statements for the M&T account ending in x3443 from*
          *August 2020 to the present.*

# M&T Bank

FOR INQUIRIES CALL: SUTTON
(212) 688-9660

00  0 00537M NM 017

000050                                    N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 08/01/20 - 08/31/20 |
| BEGINNING BALANCE | $4,797.64 |
| DEPOSITS & CREDITS | 1,050.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $5,847.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2020 | BEGINNING BALANCE | | | $4,797.64 |
| 08/03/2020 | INCOMING FEDWIRE FUNDS TRANSFER SOUTHPAW PET SERVICES, LLC | $150.00 | | 4,947.64 |
| 08/10/2020 | INCOMING FEDWIRE FUNDS TRANSFER TAREK EL-ERYAN | 300.00 | | |
| 08/10/2020 | INCOMING FEDWIRE FUNDS TRANSFER MR GORDON H OLIVER | 150.00 | | 5,397.64 |
| 08/25/2020 | INCOMING CHIPS FUNDS TRANSFER MR JILU MIAH AHMED | 150.00 | | 5,547.64 |
| 08/25/2020 | WESTERN UNION FI 67356150_1 351485052400236 | 150.00 | | 5,697.64 |
| 08/31/2020 | Paul Warren Jilu Eton    138134605 | 150.00 | | 5,847.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 6 | 0 | |

"TREASURY MANAGEMENT (TM) CUSTOMERS AS OF 2/10/20 - YOU SHOULD HAVE RECEIVED A
LETTER DATED 3/9/20 REGARDING CHANGES TO M&T'S TM AGREEMENTS. TO CLARIFY, "TM
AGREEMENT" IN THE LETTER REFERS TO THE MASTER TREASURY MANAGEMENT SERVICES
AGREEMENT (MSA). THE MSA HAS BEEN REVISED TO CORRECT THE SUBSECTION LETTERING
UNDER SECTION 22 SO THE REFERENCE TO SECTION 22(C) IN THE LETTER IS NOW CORRECT.
THE SUMMARY OF THE CHANGE TO SECTION 3(C) OF THE POSITIVE PAY SERVICE TERMS AND
CONDITIONS HAS BEEN REVISED IN THE SUMMARY OF CHANGES DOCUMENT (SOC) REFERENCED
IN THE LETTER. THE REVISED MSA AND SOC HAVE BEEN POSTED TO MTB.COM/TMTERMS.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

**TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.**

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

**TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:**

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT |
| 1 | $ | | 13 | $ |
| 2 | | | 14 | |
| 3 | | | 15 | |
| 4 | | | 16 | |
| 5 | | | 17 | |
| 6 | | | 18 | |
| 7 | | | 19 | |
| 8 | | | 20 | |
| 9 | | | 21 | |
| 10 | | | 22 | |
| 11 | | | SUBTOTAL OF COLUMN 2 | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L030 (11/19) ©2019 M&T Bank. Member FDIC

# M&T Bank

FOR INQUIRIES CALL: SUTTON
(212) 588-9680

90   0 00537M NM  017

000000                                          N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-6632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 09/01/20 - 09/30/20 |

| BEGINNING BALANCE | $5,847.64 |
|---|---|
| DEPOSITS & CREDITS | 5,460.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 69.00 |
| ENDING BALANCE | $11,238.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2020 | BEGINNING BALANCE | | | $5,847.64 |
| 09/04/2020 | CRISTINA HANNIG  P2P      CRISTINA HANNIG | $300.00 | | 6,147.64 |
| 09/08/2020 | INCOMING FEDWIRE FUNDS TRANSFER | 160.00 | | |
| | 1/BAKER ENTERPRISES B.V. | | | 6,307.64 |
| 09/09/2020 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $69.00 | 6,238.64 |
| 09/16/2020 | kuaniamu zhu shi TrnWise  141722494 | 5,000.00 | | 11,238.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

L030 (11/16)          ©2016 M&T Bank. Member FDIC

**M&T** Bank

FOR INQUIRIES CALL:  SUTTON
(212) 888-8650

00  0 00537M NM 017

000000          N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 10/01/20 - 10/31/20 |

| BEGINNING BALANCE | $11,238.64 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 17.00 |
| ENDING BALANCE | $11,221.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2020 | BEGINNING BALANCE | | | $11,238.64 |
| 10/08/2020 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $17.00 | 11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5**   **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.   $

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.   $

**STEP 7**   **Enter the total of STEPS 5 & 6.**   $

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).   $

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.   $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L030 (11/19)      ©2019 M&T Bank. Member FDIC

# M&T Bank

FOR INQUIRIES CALL: SUTTON
(212) 888-9660

00   0 00537M NM 017

000000                                  N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 11/01/20 - 11/30/20 |
| BEGINNING BALANCE | $11,221.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2020 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


**M&T** Bank

L030 (11/16)

©2016 M&T Bank. Member FDIC

**M&T** Bank

FOR INQUIRIES CALL:   SUTTON
                      (212) 888-8660

                                  90   0 00637M NM 017

           000000                    N

           AARON ETRA, ESQ
           445 PARK AVE 9 FL
           NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 12/01/20 - 12/31/20 |
| BEGINNING BALANCE | $11,221.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2020 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$ 

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$ 

**STEP 7** **Enter the total of STEPS 5 & 6.**
$ 

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$ 

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

## M&T Bank

L030 (11/16)

©2016 M&T Bank Member FDIC

**M&T** Bank

FOR INQUIRIES CALL:   SUTTON
                      (212) 888-9680

                                         00   0 00537M NM 017

            000000                             N

            AARON ETRA, ESQ
            445 PARK AVE 9 FL
            NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 01/01/21 - 01/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $11,221.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2021 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


**M&T** Bank

L030 (11/16)                                     ©2016 M&T Bank. Member FDIC

**M&T** Bank

FOR INQUIRIES CALL: SUTTON
(212) 888-8650

90   0 00537M NM 017

000000                            N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 02/01/21 - 02/28/21 |

| BEGINNING BALANCE | $11,221.64 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2021 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7**  **Enter the total of STEPS 5 & 6.**
$

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L035 (11/16)

©2016 M&T Bank Member FDIC

# M&T Bank

FOR INQUIRIES CALL:    SUTTON
                        (212) 888-9680

00   0 00537M NM 017

000000             N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 03/01/21 - 03/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $11,221.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,221.64 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2021 | BEGINNING BALANCE | | | $11,221.64 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER
TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND
CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 1, 2021, YOUR USE OF TM SERVICES
WILL BE GOVERNED BY THE REVISED BOOKLET AND BY THE TM AGREEMENT SIGNED BY YOUR
ORGANIZATION AS AMENDED BY THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL
DETAILS, A SUMMARY OF CHANGES, AND THE REVISED BOOKLET AND TM AGREEMENT, VISIT
MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES
ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| **NUMBER** | **AMOUNT** | **NUMBER** | **AMOUNT** |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


**M&T** Bank

L030 (11/19)                    ©2019 M&T Bank. Member FDIC

# M&T Bank

FOR INQUIRIES CALL:  SUTTON
(212) 988-9650

90   C 00537M NM 017

000000                                              N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 04/01/21 - 04/30/21 |
| BEGINNING BALANCE | $11,221.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 7,621.64 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,600.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2021 | BEGINNING BALANCE | | | $11,221.64 |
| 04/29/2021 | CHECK NUMBER 4000031702 | | $7,621.64 | 3,600.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER
TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND
CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 1, 2021, YOUR USE OF TM SERVICES
WILL BE GOVERNED BY THE REVISED BOOKLET AND BY THE TM AGREEMENT SIGNED BY YOUR
ORGANIZATION AS AMENDED BY THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL
DETAILS, A SUMMARY OF CHANGES, AND THE REVISED BOOKLET AND TM AGREEMENT, VISIT
MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES
ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


**M&T** Bank

L030 (11/19)                    ©2019 M&T Bank. Member FDIC

# M&T Bank

FOR INQUIRIES CALL:   SUTTON
                   (212) 888-9680

00   0 00537M NM 017

000000         N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 05/01/21 - 05/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $3,600.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,600.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2021 | BEGINNING BALANCE | | | $3,600.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

L030 (11/16)

©2016 M&T Bank. Member FDIC

## M&T Bank

FOR INQUIRIES CALL:  SUTTON
(212) 888-8650

90   C 09537M NM 017

000000                          N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 06/01/21 - 06/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $3,600.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,600.00 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2021 | BEGINNING BALANCE | | | $3,600.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L030 (11/16)                    ©2016 M&T Bank  Member FDIC

# M&T Bank

FOR INQUIRIES CALL:   SUTTON
                      (212) 888-9680

00  0 00537M NM  017

000000                                    N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 07/01/21 - 07/31/21 |

| | |
|---|---|
| BEGINNING BALANCE | $3,600.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 17.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,583.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $3,600.00 |
| 07/09/2021 | #9871733441 - 4/21 SC | | $17.00 | 3,583.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



**M&T** Bank

L030 (11/19)                                    ©2019 M&T Bank. Member FDIC

# M&T Bank

FOR INQUIRIES CALL:  SUTTON
(212) 988-9650

90  0 00537M NM 017

000000        N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 08/01/21 - 08/31/21 |
| BEGINNING BALANCE | $3,583.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 3,000.00 |
| LESS SERVICE CHARGES | 70.00 |
| ENDING BALANCE | $513.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $3,583.00 |
| 08/05/2021 | WEB XFER TO CHK  00009871733441 | | $3,000.00 | 583.00 |
| 08/09/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | 70.00 | 513.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

## M&T Bank

L030 (11/19)                                                                ©2019 M&T Bank  Member FDIC

# M&T Bank

FOR INQUIRIES CALL: SUTTON
(212) 588-9660

00   0 00537M NM 017

000000                                                                N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 9871733433 | 09/01/21 - 09/30/21 |

| BEGINNING BALANCE | $513.00 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 194.00 |
| ENDING BALANCE | $319.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2021 | BEGINNING BALANCE | | | $513.00 |
| 09/09/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $194.00 | 319.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT
AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT
ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND
THE REVISED CDAA, VISIT MTB.COM/CDAA.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.   $

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.   $

**STEP 7**   **Enter the total of STEPS 5 & 6.**   $

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).   $

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.   $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

©2016 M&T Bank  Member FDIC

**M&T** Bank

FOR INQUIRIES CALL:  SUTTON
(212) 888-8650

90   C 00537M NM 017

000000                                              N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 10/01/21 - 10/31/21 |

| BEGINNING BALANCE | $319.00 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 187.00 |
| ENDING BALANCE | $132.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2021 | BEGINNING BALANCE | | | $319.00 |
| 10/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $187.00 | 132.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$
This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

**M&T** Bank

L030 (11/16)                                                                 ©2016 M&T Bank  Member FDIC

# M&T Bank

FOR INQUIRIES CALL:  SUTTON
(212) 588-9680

00  0 00537M NM  017

000000                                N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 11/01/21 - 11/30/21 |

| | |
|---|---|
| BEGINNING BALANCE | $132.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 37.00 |
| ENDING BALANCE | $95.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2021 | BEGINNING BALANCE | | | $132.00 |
| 11/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $37.00 | 95.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

AS OF JANUARY 1, 2022, M&T BANK WILL NO LONGER CHARGE A FEE FOR EXTENDED
OVERDRAFT AND OVERDRAFT TRANSFER FROM SAVINGS. INSUFFICIENT FUNDS
(NSF)/OVERDRAFT FEES WILL BE $36 PER ITEM, AND THESE FEES WILL BE POSTED ON THE
BUSINESS DAY AFTER AN NSF OR AN OVERDRAFT OCCURS ON AN ACCOUNT.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L030 (11/16)

©2016 M&T Bank. Member FDIC

**M&T** Bank

FOR INQUIRIES CALL:   SUTTON
(212) 588-8650

90   C 09537M NM 017

000000                                    N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 12/01/21 - 12/31/21 |

| BEGINNING BALANCE | $95.00 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 38.00 |
| ENDING BALANCE | $57.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2021 | BEGINNING BALANCE | | | $95.00 |
| 12/08/2021 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $38.00 | 57.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

AS OF JANUARY 1, 2022, M&T BANK WILL NO LONGER CHARGE A FEE FOR EXTENDED
OVERDRAFT AND OVERDRAFT TRANSFER FROM SAVINGS. INSUFFICIENT FUNDS
(NSF)/OVERDRAFT FEES WILL BE $36 PER ITEM, AND THESE FEES WILL BE POSTED ON THE
BUSINESS DAY AFTER AN NSF OR AN OVERDRAFT OCCURS ON AN ACCOUNT.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** — **Enter the total of STEPS 5 & 6.**
$

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L030 (11/16)                ©2016 M&T Bank. Member FDIC

**M&T** Bank

FOR INQUIRIES CALL:   SUTTON
(212) 888-9680

00   0 00537M NM  017

000000                                          N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
| --- | --- |
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 01/01/22 - 01/31/22 |

| | |
| --- | --- |
| BEGINNING BALANCE | $57.00 |
| DEPOSITS & CREDITS | 475.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 680.00 |
| ENDING BALANCE | ($148.00) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 01/01/2022 | BEGINNING BALANCE | | | $57.00 |
| 01/10/2022 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $680.00 | ($623.00) |
| 01/12/2022 | 2022-01-10 SERVICE CHARGE FOR ACCOUNT 000009871 | $400.00 | | |
| 01/12/2022 | REVERSE MONTHLY SERVICE CHARGE | 37.00 | | |
| 01/12/2022 | REVERSE MONTHLY SERVICE CHARGE | 38.00 | | ($148.00) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 0 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter the total of STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L038 (11/16)                                                    ©2016 M&T Bank Member FDIC

# M&T Bank

FOR INQUIRIES CALL:  SUTTON
(212) 888-8650

90    C 09537M NM  017

000000                                    N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 02/01/22 - 02/28/22 |

| | |
|---|---|
| BEGINNING BALANCE | ($148.00) |
| DEPOSITS & CREDITS | 200.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 135.72 |
| ENDING BALANCE | ($83.72) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2022 | BEGINNING BALANCE | | | ($148.00) |
| 02/03/2022 | WEB XFER FROM CHK 00009871733441 | $200.00 | | 52.00 |
| 02/08/2022 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $135.72 | (83.72) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6** **Enter** the total of any **deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7** **Enter** the total of **STEPS 5 & 6.**

$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.

$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L030 (11/16)                    ©2016 M&T Bank. Member FDIC

## M&T Bank

FOR INQUIRIES CALL:  SUTTON
                      (212) 588-9680

00   0 00537M NM 017

000000                                        N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 03/01/22 - 03/31/22 |

| BEGINNING BALANCE | ($83.72) |
|---|---|
| DEPOSITS & CREDITS | 135.72 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $52.00 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2022 | BEGINNING BALANCE | | | ($83.72) |
| 03/02/2022 | REVERSE MONTHLY SERVICE CHARGE | $135.72 | | 52.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

GREAT NEWS!

ON JANUARY 24, 2022, M&T BANK UPDATED THE FUNDS AVAILABILITY POLICY FOR
COMMERCIAL DEPOSIT ACCOUNTS. THE NEW POLICY IS TO MAKE FUNDS THAT YOU DEPOSIT IN
YOUR ACCOUNT AT M&T BANK AVAILABLE ON THE FIRST BUSINESS DAY AFTER THE DAY OF
YOUR DEPOSIT, OR ON THE SAME DAY, DEPENDING UPON THE TYPE OF DEPOSIT. PLEASE
READ OUR UPDATED AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS AT
MTB.COM/FUNDSUPGRADE.

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5** — **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7** — **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**

$ 

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


**M&T** Bank

L030 (11/18)                    ©2019 M&T Bank  Member FDIC

**M&T** Bank

| | |
|---|---|
| FOR INQUIRIES CALL: | SUTTON |
| | (212) 888-8650 |

90   C 09537M NM 017

000000          N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 04/01/22 - 04/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $52.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 112.00 |
| ENDING BALANCE | ($60.00) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2022 | BEGINNING BALANCE | | | $52.00 |
| 04/08/2022 | SERVICE CHARGE FOR ACCOUNT 000009871733433 | | $112.00 | (60.00) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.  
$

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.  
$

**STEP 7**  **Enter the total of STEPS 5 & 6.**  
$

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).  
$

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.  
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



**M&T** Bank

L030 (11/16)

©2016 M&T Bank. Member FDIC

## M&T Bank

FOR INQUIRIES CALL: SUTTON
(212) 888-9680

00   0 00537M NM  017

000000                                      N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8832

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 05/01/22 - 05/31/22 |

| BEGINNING BALANCE | ($60.00) |
|---|---|
| DEPOSITS & CREDITS | 112.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $52.00 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2022 | BEGINNING BALANCE | | | ($60.00) |
| 05/26/2022 | REVERSE MONTHLY SERVICE CHARGE | $112.00 | | 52.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5**   **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.   $ _____

**STEP 6**   **Enter** the total of any **deposits or other credits** shown on your register which are not shown on this statement.   $ _____

**STEP 7**   **Enter** the total of **STEPS 5 & 6.**   $ _____

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**   $ _____

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.   $ _____

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


M&T Bank

L030 (11/16)

©2016 M&T Bank. Member FDIC

**M&T** Bank

FOR INQUIRIES CALL: SUTTON
(212) 888-8650

90  C 00537M NM 017

000000                                          N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9871733433 | 06/01/22 - 06/30/22 |

| | |
|---|---|
| BEGINNING BALANCE | $52.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $52.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/01/2022 | BEGINNING BALANCE | | | $52.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
350 PARK AVENUE NEW YORK, NEW YORK 10022

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line the **Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** **Enter** the total of any **deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** **Enter** the total of **STEPS 5 & 6.**
$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L030 (11/16)                    ©2016 M&T Bank. Member FDIC

2) the full set of monthly statements for the account in which Etra receives his social security payments from August 2020 to the present, if separate from the M&T account ending in x3443;

RESPONSE: *See below from August 2021 when the account was opened to the present all bank account statements for the account where my social security payments are received.*

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### Statement Ending 08/31/2021
Page 1 of 2

**Managing Your Accounts**

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 🖥 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $1,086.50 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/31/2021 | **Beginning Balance** | **$7,484.88** |
| | 2 Credit(s) This Period | $1,601.62 |
| | 1 Debit(s) This Period | $8,000.00 |
| 08/31/2021 | **Ending Balance** | **$1,086.50** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 32 |
| Interest Earned | $0.22 |
| Interest Paid This Period | $0.22 |
| Interest Paid Year-to-Date | $2.98 |
| Average Available Balance | $5,035.79 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/31/2021 | **Beginning Balance** | | | **$7,484.88** |
| 08/11/2021 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,601.40 | $9,086.28 |
| 08/18/2021 | Checking Account Transfer to DDA 2060 | $8,000.00 | | $1,086.28 |
| 08/31/2021 | INTEREST | | $0.22 | $1,086.50 |
| 08/31/2021 | **Ending Balance** | | | **$1,086.50** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/11/2021 | $9,086.28 | 08/18/2021 | $1,086.28 | 08/31/2021 | $1,086.50 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





**Piermont Bank**

**Statement Ending 08/31/2021**

Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for this amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.
The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements are sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.
Send payments and inquiries to address shown on front of bill.

NOTE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check or Notification**

[illegible faded text]

**Note:**
[illegible faded text]

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### Statement Ending 09/30/2021

Page 1 of 2

**Managing Your Accounts**

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 💻 | Online Banking | www.piermontbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $1,687.98 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Beginning Balance | $1,086.50 |
| | 2 Credit(s) This Period | $1,601.48 |
| | 1 Debit(s) This Period | $1,000.00 |
| 09/30/2021 | Ending Balance | $1,687.98 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 30 |
| Interest Earned | $0.08 |
| Interest Paid This Period | $0.08 |
| Interest Paid Year-to-Date | $3.06 |
| Average Available Balance | $2,047.57 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01/2021 | Beginning Balance | | | $1,086.50 |
| 09/08/2021 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,601.40 | $2,687.90 |
| 09/23/2021 | Checking Account Transfer to DDA 2069 | $1,000.00 | | $1,687.90 |
| 09/30/2021 | INTEREST | | $0.08 | $1,687.98 |
| 09/30/2021 | Ending Balance | | | $1,687.98 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/08/2021 | $2,687.90 | 09/23/2021 | $1,687.90 | 09/30/2021 | $1,687.98 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



FDIC

 **Piermont Bank**

## Statement Ending 09/30/2021

Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for this amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay all your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

NOTE: Payments received after your place of business shall be deemed received on the following business day for purposes of crediting your account.

**Check an Notification**

If you request the return of your original checks your bank statement ... ... ...

**Note:**

... ... ...

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### *Statement Ending 11/30/2021*
Page 1 of 2

**Managing Your Accounts**

| | | |
|---|---|---|
| Officer Name | Steve LaFredo | |
| Office Number | 212-266-9200 | |
| Banking Hours | Mon - Fri 8:30am - 4:30pm EST | |
| Online Banking | www.piermontbank.com | |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0352 | $4,891.07 |

## SIMPLY CONSUMER INTEREST CHECKING-0352

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/30/2021 | Beginning Balance | $3,289.48 |
| | 2 Credit(s) This Period | $1,601.59 |
| | 0 Debit(s) This Period | $0.00 |
| 11/30/2021 | Ending Balance | $4,891.07 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 32 |
| Interest Earned | $0.19 |
| Interest Paid This Period | $0.19 |
| Interest Paid Year-to-Date | $3.35 |
| Average Available Balance | $4,340.39 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/30/2021 | Beginning Balance | | | $3,289.48 |
| 11/19/2021 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,601.40 | $4,890.88 |
| 11/30/2021 | Interest | | $0.19 | $4,891.07 |
| 11/30/2021 | Ending Balance | | | $4,891.07 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/19/2021 | $4,890.88 | 11/30/2021 | $4,891.07 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



 **Piermont Bank**

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for this amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay all of your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

NOTE: Payments received after your place of business shall be deemed received on the following business day for purposes of crediting your account.

**Check to Maturities**
If you request the return of your cancelled checks you lose reserve to correct and you must ask by writing to reserve. The institution is not obliged to process and your pay's mile deducting already you paid the maturity by means, for balance. It is not obligated to process in your account, further your financial and for balance institution for the best method to present a check of the resource.

**Note:**
Check on Account balance must reserve the transfer. Statement will return to Bank any share by credit of record within 30 days after front, unless on statement available. If Bank does not receive notice or error of transfer. Within the time stated, some of the customer will be deemed to be correct.

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### Statement Ending 12/31/2021
Page 1 of 2

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 🖥 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $6,492.73 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2021 | Beginning Balance | $4,891.07 |
| | 2 Credit(s) This Period | $1,601.66 |
| | 0 Debit(s) This Period | $0.00 |
| 12/31/2021 | Ending Balance | $6,492.73 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.26 |
| Interest Paid This Period | $0.26 |
| Interest Paid Year-to-Date | $3.61 |
| Average Available Balance | $6,130.86 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2021 | Beginning Balance | | | $4,891.07 |
| 12/08/2021 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,601.40 | $6,492.47 |
| 12/31/2021 | INTEREST | | $0.26 | $6,492.73 |
| 12/31/2021 | Ending Balance | | | $6,492.73 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12/08/2021 | $6,492.47 | 12/31/2021 | $6,492.73 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


FDIC


**Piermont Bank**

**_Statement Ending 12/31/2021_**

Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for this amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements shall be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

Send payments and inquiries to address shown on front of bill.

NOTE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check for Notification**
If you receive this letter of your notification that you have received a change of error in Finance. The information shown is this statement please bring to the bank's attention and you will ........ notify ......... for future inquiries. If your bill has any errors or any change in your account, contact your financial institution immediately ......... this statement to research a change of your account.

**Note:**
Check on Accrued Interest must exceed the ......... Statement not reach to bank any date for total of information 10 days at a bank listed on statement available. If bank does not ......... or any of the inquiry ......... this last billing items of the deferred will be checked to be correct.

# Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

## Statement Ending 01/31/2022

Page 1 of 2

### Managing Your Accounts

| | | |
|---|---|---|
| Officer Name | Steve LaFredo | |
| Office Number | 212-266-9200 | |
| Banking Hours | Mon - Fri 8:30am - 4:30pm EST | |
| Online Banking | www.piermontbank.com | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $8,179.15 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2022 | Beginning Balance | $6,492.73 |
| | 2 Credit(s) This Period | $1,686.42 |
| | 0 Debit(s) This Period | $0.00 |
| 01/31/2022 | Ending Balance | $8,179.15 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.32 |
| Interest Paid This Period | $0.32 |
| Interest Paid Year-to-Date | $0.32 |
| Average Available Balance | $7,580.85 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/01/2022 | Beginning Balance | | | $6,492.73 |
| 01/13/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $8,178.83 |
| 01/31/2022 | INTEREST | | $0.32 | $8,179.15 |
| 01/31/2022 | Ending Balance | | | $8,179.15 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/13/2022 | $8,178.83 | 01/31/2022 | $8,179.15 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |




**Piermont Bank**

**_Statement Ending 01/31/2022_**

Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for this amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements shall be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### Statement Ending 02/28/2022

Page 1 of 2

**Managing Your Accounts**

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 💻 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $9,658.00 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2022 | Beginning Balance | $8,179.15 |
| | 2 Credit(s) This Period | $1,686.45 |
| | 1 Debit(s) This Period | $207.60 |
| 02/28/2022 | Ending Balance | $9,658.00 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 28 |
| Interest Earned | $0.35 |
| Interest Paid This Period | $0.35 |
| Interest Paid Year-to-Date | $0.67 |
| Average Available Balance | $9,220.39 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2022 | Beginning Balance | | | $8,179.15 |
| 02/07/2022 | EMPIRE BLUE MED SUPP 6370649 | $207.60 | | $7,971.55 |
| 02/09/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $9,657.65 |
| 02/28/2022 | INTEREST | | $0.35 | $9,658.00 |
| 02/28/2022 | Ending Balance | | | $9,658.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/07/22 | $7,971.55 | 02/09/2022 | $9,657.65 | 02/28/2022 | $9,658.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |



 **Piermont Bank**

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for this amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay all your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

Send payments and inquiries to address shown on front of bill.

NOTE: Payments received after your place of business shall be deemed received on the following business day for purposes of crediting your account.

**Check of Notification**

If you request us to stop payment on any authorized electronic fund transfers three business days or more before it is to be made. You may do so by calling us at the telephone number shown on the front. You may also confirm in writing within 14 days. If you call, you must also confirm the request in writing within 14 days to the address shown on the front or request will be considered to expire.

**Note:**

Credit on Accrued Interest must approve the balance. Statement may return to Bank any claim for credit of stated return 60 days after Bank makes no statement available. If Bank does not receive notice of error or discrepancy within this time frame, terms of the statement will be deemed to be correct.

## Piermont Bank

**4 Bryant Park**
**3rd Floor**
**New York, NY 10018**
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### Statement Ending 03/31/2022
Page 1 of 2

**Managing Your Accounts**

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 💻 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $3,933.27 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | Beginning Balance | $9,658.00 |
| | 2 Credit(s) This Period | $1,686.47 |
| | 2 Debit(s) This Period | $7,411.20 |
| 03/31/2022 | Ending Balance | $3,933.27 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.37 |
| Interest Paid This Period | $0.37 |
| Interest Paid Year-to-Date | $1.34 |
| Average Available Balance | $8,770.91 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2022 | Beginning Balance | | | $9,658.00 |
| 03/07/2022 | EMPIRE BLUE MED SUPP 6003539 | $411.20 | | $9,246.80 |
| 03/09/2022 | SSA TREAS 310 XXSOC SEC XXXXX1291A SSA | | $1,686.10 | $10,932.90 |
| 03/24/2022 | Checking Account Transfer to DDA 2080 | $7,000.00 | | $3,932.90 |
| 03/31/2022 | INTEREST | | $0.37 | $3,933.27 |
| 03/31/2022 | Ending Balance | | | $3,933.27 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03/07/2022 | $9,246.80 | 03/24/2022 | $3,932.90 |
| 03/09/2022 | $10,932.90 | 03/31/2022 | $3,933.27 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





**Piermont Bank**

**Statement Ending 03/31/2022**

Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay all your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

NOTE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check or Notification**
[illegible faded text]

**Note:**
[illegible faded text]

## Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018
RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### *Statement Ending 04/29/2022*

Page 1 of 2

**Managing Your Accounts**

| | | |
|---|---|---|
| 👤 | Officer Name | Steve LaFredo |
| 📱 | Office Number | 212-266-9200 |
| ⓘ | Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| 🖥 | Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $5,413.96 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | Beginning Balance | $3,933.27 |
| | 2 Credit(s) This Period | $1,686.29 |
| | 1 Debit(s) This Period | $205.60 |
| 04/29/2022 | Ending Balance | $5,413.96 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 29 |
| Interest Earned | $0.19 |
| Interest Paid This Period | $0.19 |
| Interest Paid Year-to-Date | $1.23 |
| Average Available Balance | $4,751.52 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2022 | Beginning Balance | | | $3,933.27 |
| 04/06/2022 | EMPIRE BLUE MED SUPP 7886727 | $205.60 | | $3,727.67 |
| 04/13/2022 | SSA TREAS 310 XXSOC SEC XXXXX1294A SSA | | $1,686.10 | $5,413.77 |
| 04/29/2022 | INTEREST | | $0.19 | $5,413.96 |
| 04/29/2022 | Ending Balance | | | $5,413.96 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/06/2022 | $3,727.67 | 04/13/2022 | $5,413.77 | 04/29/2022 | $5,413.96 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





## Piermont Bank

### Statement Ending 04/29/2022
Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for this amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. The result is the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay all of your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

**Send payments and inquiries to address shown on front of bill.**

NOTE: Payments received after your place of business shall be deemed received on the following business day for purposes of crediting your account.

**Check or Notification**

If your account is listed on your monthly statement and you have received a Notice of Dishonor on a check or transaction. The Statement shall be deemed the notice as indicated above and your check or other item may be dishonored at your discretion, or the day listed on your account. Notice your financial institution to debit the amount to cover a Check or transaction.

**Note:**

Check on Account Number must answer the inquiry. Statement will return to Bank any claim for credit of amount within 60 days after item listed on statement available. If Bank does not receive notice or advice of this inquiry within that time frame, items on the statement will be credited to be correct.

## Piermont Bank

**4 Bryant Park**
**3rd Floor**
**New York, NY 10018**
**RETURN SERVICE REQUESTED**

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

### Statement Ending 05/31/2022
Page 1 of 2

**Managing Your Accounts**

| | | |
|---|---|---|
| Email | clientcare@piermontbank.com |
| Office Number | 212-266-9200 |
| Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| Online Banking | www.piermontbank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $6,894.74 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/30/2022 | Beginning Balance | $5,413.96 |
| | 2 Credit(s) This Period | $1,686.38 |
| | 1 Debit(s) This Period | $205.60 |
| 05/31/2022 | Ending Balance | $6,894.74 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 32 |
| Interest Earned | $0.28 |
| Interest Paid This Period | $0.28 |
| Interest Paid Year-to-Date | $1.51 |
| Average Available Balance | $6,353.41 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/30/2022 | Beginning Balance | | | $5,413.96 |
| 05/06/2022 | EMPIRE BLUE MED SUPP 4422841 | $205.60 | | $5,208.36 |
| 05/11/2022 | SSA TREAS 310 XXSOC SEC XXXXX894A SSA | | $1,686.10 | $6,894.46 |
| 05/31/2022 | INTEREST | | $0.28 | $6,894.74 |
| 05/31/2022 | Ending Balance | | | $6,894.74 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/06/2022 | $5,208.36 | 05/11/2022 | $6,894.46 | 05/31/2022 | $6,894.74 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



 **Piermont Bank**

### Statement Ending 05/31/2022

Page 2 of 2

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for this amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights: a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balances. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. The result is the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay all of your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements will be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

Send payments and inquiries to address shown on front of bill.

NOTICE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

**Check for Notification**
If you consult the latest of your overdraft notification you may receive a notification of check in the account. The Statement should show the overdraft entry in the highest price and your available balance may be reduced by the amount of the check. Once you contact your financial institution if you believe you receive the statement at the end of a check process.

**Note:**
Checks on Account posted may increase the balance. Statement did reflect to check any cases by reason of checks within 60 days after it was taken on statement available. If bank does not receive notice of error or item discrepancy within the time frame, items of the statement will be deemed to be correct.

# Piermont Bank

4 Bryant Park
3rd Floor
New York, NY 10018

RETURN SERVICE REQUESTED

AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

## Statement Ending 06/30/2022
Page 1 of 2

### Managing Your Accounts

| | | |
|---|---|---|
| Email | clientcare@piermontbank.com |
| Office Number | 212-266-9200 |
| Banking Hours | Mon - Fri 8:30am - 4:30pm EST |
| Online Banking | www.piermontbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SIMPLY CONSUMER INTEREST CHECKING | 0362 | $2,575.34 |

## SIMPLY CONSUMER INTEREST CHECKING-0362

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2022 | Beginning Balance | $6,894.74 |
| | 3 Credit(s) This Period | $1,886.20 |
| | 2 Debit(s) This Period | $6,205.60 |
| 06/30/2022 | Ending Balance | $2,575.34 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 30 |
| Interest Earned | $0.10 |
| Interest Paid This Period | $0.10 |
| Interest Paid Year-to-Date | $1.61 |
| Average Available Balance | $2,802.75 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/01/2022 | Beginning Balance | | | $6,894.74 |
| 06/03/2022 | Checking Account Transfer from DDA 2060 | | $200.00 | $7,094.74 |
| 06/03/2022 | Checking Account Transfer to DDA 2060 | $6,000.00 | | $1,094.74 |
| 06/06/2022 | EMPIRE BLUE MED SUPP 9305165 | $205.60 | | $889.14 |
| 06/08/2022 | SSA TREAS 310 XXSOC SEC XXXXX1201A SSA | | $1,686.10 | $2,575.24 |
| 06/30/2022 | INTEREST | | $0.10 | $2,575.34 |
| 06/30/2022 | Ending Balance | | | $2,575.34 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/03/2022 | $1,094.74 | 06/08/2022 | $2,575.24 |
| 06/06/2022 | $889.14 | 06/30/2022 | $2,575.34 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


FDIC

**Piermont Bank**

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW.**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

The following information applies only to loans made to you under your Loan Account line of credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write on a separate sheet at the address located on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

We figure a portion of the Finance Charge on your account by applying the appropriate "Daily Periodic rate" to the appropriate portions of the "Principal" balance. We take the beginning "Principal" balance of your account each day, add any new (purchases, advances, loans) and subtract the "principal" portion of the payments or credits. This gives us the new "principal". We then apply the applicable daily periodic rate to the "principal" times the number of "days" at the new "Principal". This gives us the "Accrued Finance Charge" for each period of days in the billing cycle. To arrive at the "Finance Charge" for the billing cycle, we add all of the "Accrued Finance Charge"(s) together for the billing cycle.

The minimum periodic payment required is shown on the front of this bill. You may pay off your Credit Line Account loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid FINANCE CHARGES, and second the principal loan balance outstanding in your Credit Line Account. Periodic statements may be sent to you at the end of each billing cycle showing your Credit Line Account loan transactions.

Send payments and inquiries to address shown on front of bill.

NOTE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Check #0 Notification

[illegible]

Notes:
[illegible]

3) the full set of monthly statements for HSBC Aaron Etra 41book credit account from

August 1, 2018 to the present, or if the account is closed, statements from August 1,

2018, through the closing;

RESPONSE: *This request is a duplicate for the HSBC account #6401 which is the only account found so far that has what was referred to as a Book 41 credit references. These materials were submitted to Judge Parker in November of 2021; and as to the other HSBC accounts, as discussed in the Response to the Order to Show Cause, the problems have been significant in obtaining copies of any part of these account bank statements closed since 2020. Hopefully, the most recent request to HSBC, which has retrenched in the U.S., including closing many branches, will provide any missing information;*

4) the full set of monthly statements for HSBC Aaron Etra 41book debit account from

August 1, 2018 to the present, or if the account is closed, statements from August 1,

2018, through the closing;

RESPONSE: *From the information on hand from HSBC, we could find no Book debits account statements, have no recollection of there being any such separate accounts and believe these were just bank entries for procedures for the bank's internal purposes.*

5) the full set of monthly statements for HSBC bank accounts ending in x9990, x6096,

x6100, x7955, x6401, x6410, and x6509, from August 1, 2018 to the present, or, if

any of those accounts is closed, statements for such closed account from August 1,

2018, through the closing;

RESPONSE: *Please see above.as to request to HSBC whose results are awaited for these accounts all closed in 2020.*

6) the full set of monthly statements for the Uni-Credit account from August 1, 2018 to

the present, or if the account is closed, statements from August 1, 2018, through the

closing;

RESPONSE: *The Uni-Credit account and the SBERBANK European account in #7 were owned by and controlled by the fiduciary, Mag. Helmut Allesch, and are not my accounts. The only item I was able to secure from the fiduciary from these accounts*

*was a closeout payment statement, which the fiduciary sent me last year and which I submitted to Judge Parker.  The fiduciary is the party who signed the closing receipt for the funds from these 2 European banks, where he kept funds from clients.*
*No funds in any way related to this matter went to either of those accounts.*

*I have no access to these closed accounts, nor can I obtain bank statements from his banks. I have asked him for anything he could send me on these accounts within his authority, and the only document I was able to procure was the statement to which Your Honor referred to in #8, and which is reattached herein.   I have done everything I could to cooperate in any way but it is a strict policy of banks to not give information when it is not your account, and it is a fiduciary account for clients' funds.*

7) the full set of translated monthly statements for the European bank account (for which a two-page untranslated document was previously provided) from August 1, 2018 to present, or if the account is closed, statements from August 1, 2018, through the closing;

RESPONSE: *Covered in #6 above.*

8) the April 2019 and May 2019 monthly statements for the JP Morgan brokerage account ending in x546;

RESPONSE: *These items were previously submitted in November 2021 to Judge Parker and Plaintiff's counsel, but it may have not been noticed when the statement was submitted, that the March 2019 statement was a quarterly statement and contained the months April 2019 and May 2019 in the March-May 31, 2019 statement. Upon speaking to the bank about this, it was explained to me that accounts with minimal or no action, receive only quarterly and not monthly statements. The already submitted statement is enclosed below:*

1265000715845406010

# J.P.Morgan

Statement Period
## March 30 - May 31, 2019
Account Number
## 734-545546

## Investment Statement

05175 8255 001 1 N 11IF    NNNNNNNNNNNN
AARON ETRA
PO BOX 4034
NEW YORK NY 10163-4034

### Account Value

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | (2.75) | (2.50) |

| **ACCOUNT VALUE** [?] | **($2.75)** | **($2.50)** |

See page 3 for footnotes and more detail

## Questions?

*For Full Service Accounts, Call Investment Representative*

**( (212) 661 1399**    Jason Ono

**Customer Service**
(800) 392-5749
**Branch Address**
633 Third Avenue
New York, NY 10017
www.chase.com

### Account Value
( June 2017 to May 2019 )



$1 100
$264
$64
$323
$43
-$238

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
• SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which bears this statement summary. **Neither this statement summary nor your JPMS account statement(s) should be used for tax reporting purposes.**

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|



This page is intentionally left blank.

# J.P.Morgan

Statement Period
March 30, May 31, 2012

Account Number:
734-249448

INDIVIDUAL

## Account Value: ($2.50)

### Account Activity Summary

| Description | This Period | Year To Date |
|---|---|---|
| Beginning Account Value | | |
| Deposits/Cash Settlements | | |
| Withdrawals/Distributions | | |
| Net Deposits/Withdrawals | | |
| Income | | |
| Fees | | |
| Change in Investments Value | | |
| ENDING ACCOUNT VALUE | | |
| Net Accrued Income | | |

# J.P.Morgan

INDIVIDUAL Acct # 234-54542

AARON EPPA

Statement Period: March 30 - March 31, 2019

## Asset Allocation Summary

| Description | Market Value Previous Period | Market Value This Period | Total Change In $ | Total Change in % |
|---|---|---|---|---|
| Cash & Sweep Funds | | | | |
| Equities | | | | |
| TOTAL ACCOUNT VALUE | | | | |

## Assets and Liabilities Summary

| Description | Previous Period | This Period |
|---|---|---|
| Cash & Sweep Funds | | |
| Long Market Value | | |
| Total Assets | | |
| Margin Loan / Debt Balance | | |
| Total Liabilities | | |
| TOTAL ACCOUNT VALUE | | |
| Total Account Value with Accruals | | |

## Cash Flow Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | | |
| Total Credits | | |
| Total Debits | | |
| Net Cash Activity | | |
| CLOSING CASH BALANCE | | |

# J.P.MORGAN

**J.P.MORGAN**

INDIVIDUAL (Account #123-456789)

AARON ETKA

Statement Period: March 30 – May 31, 2019

| Activity | Description | | Cash Amount | Units/Number |
|---|---|---|---|---|
| FEES | | | | |
| Date | | | | |
| 30 Mar 2019 | | | | |
| 01 Mar 2019 | Inactivity/Debit Note | | | |
| TOTAL FEES | Security Settlement Fee | | ($4.00) | |
| | | (\$4.00) | | |

STATEMENT SUMMARY

IMPORTANT INFORMATION



Case 1:20-cv-03384-VEC-KHP Document 129 Filed 07/11/22 Page 79 of 98

J.P.Morgan

Important Information | AARON ETRA | Statement Period: March 30 - May 31, 2019

**Messages**

IMPORTANT INFORMATION REGARDING PURCHASES INDICATED AT AVERAGE PRICE
** Your orders are processed in either (1) one execution at the confirmed price or (2) more than one execution, in which case the confirmed price is an average price. Details regarding the actual prices are available by your J.P. Morgan representative.

IN CASE OF ERRORS [illegible]
In case of errors or questions about electronic fund transfers to/from your account [illegible] the Automated Clearing House (ACH) Network, your account statement or transaction history, please call us at 1-800-[illegible] or write to us at J.P. Morgan Securities LLC, Mail Code: IL1-0291, 4th Floor, 131 South Dearborn, Chicago, IL 60603-5506.
Please provide the following information:
1. Your name and account number;
2. The dollar amount of the suspected error; and
3. A description of the error or the transfer you are unsure about; please explain as clearly as you can why you believe it is an error or why you need more information.
Please note:
We must hear from you no later than 60 days after we sent the first account statement on which the problem or error appeared. If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question; for errors involving new accounts or foreign-initiated transactions, we may take up to 90 days to investigate. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error (new accounts may take up to 20 days). However, if we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. If we determine at the completion of the investigation that there was an error, we will change your account for the credited amount. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

[illegible]
If you are a customer with a margin account, you consent to J.P. Morgan's right (to the extent permitted by applicable law) to lend, pledge or pledge any securities held by J.P. Morgan Securities LLC in your margin account. In certain circumstances, such loans or other use may limit, in whole or in part, your ability to receive dividends directly from the issuing company and/or your right to exercise voting and other attendant rights of ownership with respect to the loaned, sold or pledged securities. Such circumstances [illegible] but are not limited to, loans of securities that you own in your margin account that continue over record dates for voting purposes and ex-dates [illegible] for dividend distributions. If you cannot receive dividends directly from the issuing company, you may receive payments-in-lieu of dividends, which could cause you to lose the benefit of the preferential tax treatment accorded to dividends.

For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE |
| --- | --- |

## Important Information about Your Account Statement

Unless otherwise indicated, accounts are held at J.P. Morgan Securities LLC (JPMS), member FINRA and SIPC. JPMS is not a member of the Federal Deposit Insurance Corporation (FDIC).

NON-DISCRETIONARY: JPMS brokerage accounts are non-discretionary and all investment decisions are made by the client. For managed accounts, discretionary services are provided by JPMS, an affiliate or an authorized third party.

ACCOUNT PROTECTION: As a member of the Securities Investor Protection Corporation (SIPC), JPMS provides account protection for the net equity of a customer's funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $250,000 for claims for cash (SIPC Coverage). Account protection applies when a SIPC member firm fails financially and is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments or to SIPC ineligible assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities or deposit account balances. For more information about SIPC Coverage, including the SIPC Brochure, visit www.sipc.org (follow the link to How SIPC Protects Investors) or call SIPC at (202) 371-8300.

CUSTODY: JPMS carries your account and acts as your custodian for funds and securities received, which have been deposited directly with us or received as a result of transactions we process for your account. Inquiries regarding your Statement may be directed to JPMS at (347) 643-9953.

As used in the course of these statements, "J.P. Morgan" is the global brand name for JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

MARKET PRICES: The market value of your holdings is as of the last business day of the statement period or the last available price. Prices for illiquid market values represent estimates. These estimates are obtained from multiple sources deemed to be reliable. This information is not guaranteed for accuracy and is furnished for the exclusive use of the client.

J.P. Morgan makes no representation, warranty or guarantee, express or implied, that any quoted value represents the actual terms at which securities could be bought or sold or that transactions could be effected, or the actual terms on which existing transactions or positions could be liquidated. Such values are only indicative.

ESTIMATED PRICING AND COST BASIS: Certain assets, including but not limited to, closed end private investments, non-publicly traded and infrequently traded securities, derivatives, partnership interests and tangible assets are generally illiquid, the value of such assets may have been provided to us by third parties who may not be independent of the Issuer or Sponsor. Such information is reflected as of the last date provided to us, and is not independently verified.

Pricing estimates may be based on bids, prices within the bid-offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not constitute bids for any securities. Actual prices realized at sale may be more or less than those shown on your statement.

Dividend Share Participation Program (DSPP) and Real Estate Investment Trust (REIT) securities: DSPP and REIT securities are generally illiquid and the value of the security will, generally, be different from its purchase price. Accurate valuation information is not available. The total cost basis for each security position and the unrealized gain/loss are provided solely as a general indication of performance and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor. With respect to security positions received into your account, cost basis information, if any, has been provided by you. Further information is available upon request.

You may hold positions where the original cost basis has been adjusted to reflect amortization or accretion.

For Regulated Investment Companies or Dividend Reinvestment Plan lots, for which the average price method has been chosen, positions are closed out on a First-In-First-Out (FIFO) basis.

These statements are not official documents for income tax reporting purposes and should not be relied upon for such purposes, including determination of income, cost basis, amortization or accretion of premiums. Such information, which may be inaccurate, incomplete or subject to updating, should be confirmed with your records and your tax advisor.

DIVIDEND INCOME: Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with respect to your tax liability on these dividends.

ESTIMATED ANNUAL INCOME AND ESTIMATED YIELD: Estimated Annual Income (EAI) is calculated by multiplying either the current coupon rate or an estimated annual dividend (generally calculated by annualizing the most recent regular cash dividend) by the quantity of the security held. For balances other than sweep program balances, Estimated Yield (EY) is calculated by dividing EAI by the market value of the security. These figures are estimates based on mathematical calculations using data obtained from outside sources. Because prices of securities, dividend and interest rates are subject to change at any time, these estimates should not be relied upon exclusively for making investment, trading, or tax decisions. Because different asset types (e.g. equities versus fixed income securities) tend to have different investment characteristics, these estimates should not be compared across asset types. These calculations are for informational purposes only and are not a projection or guarantee of future returns. Additionally, please note that EAI and EY for certain types of securities might include Return of Principal or Capital Gains in which case the EAI and EY would be overstated. There is no guarantee that your investments will actually generate EAI or EY presented. Actual income and yield might be higher or lower. Please contact us for additional information.

IMPORTANT INFORMATION REGARDING AUCTION RATE SECURITIES (ARS): ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction. In the event of a failed auction, there is no assurance that a secondary market will develop or that the security will trade at par or any other price reflected on statements and online. Accordingly, investors should not rely on pricing information appearing in their statements or online with respect to ARS. When J.P. Morgan is unable to obtain a price from an internal or outside source for a particular ARS, the price column on your statement will indicate "unpriced". A description of J.P. Morgan's practices and procedures regarding ARS is available at www.jpmorgan.com/[illegible]

VALUATIONS OF OVER-THE-COUNTER DERIVATIVE TRANSACTIONS: Valuations of

This page is intentionally left blank

Page 124 of 78

9) the closing statements for Citi National Bank account; M&T bank accounts ending in x2433 and x3441, Metropolitan Commercial Bank accounts ending in x3617 and x3609, TD Bank account ending in x529, and Citibank accounts ending in x0330, x0669, x1370, x4852, and x8687;

RESPONSE:

*City National Bank: I could not get an official closing statement for City National Bank, because when I called the bank last year, they had informed me that since it was an account that was never funded or operated within the first few months of opening, they closed it automatically with no further paperwork, so I am resubmitting the final statement that I did receive showing a $0 balance which was also submitted last year to Judge Parker and Plaintiff's counsel(attached below)*

M&T*: See attached the 2 account closing statements*

Metropolitan Commercial Bank*: Notice of Closing letter attached for this account which was never funded or operated.*

TD Bank*: They did not issue a formal closing letter, but instead on their last statement stated the account was closed and charged off for $73.49. (attached below)*

Citibank*: All of my accounts at Citibank, as well as my branch, have been closed for years. I tried to get the closing statements at different branches since then, but the branches do not keep records bank that far back. I have now found and contacted another source at the bank as a way to obtain them, and from that department I am awaiting progress on getting either the last statement or a closing letter, which I never received at the time the accounts were closed.*



**M&T** Bank
P O Box 873, Buffalo, NY 14240-0673

Important information regarding
the closure of your M&T Bank
account relationship.

August 25, 2020

9-750-80576-0000018-001-1-000-000-000-000
AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

Re: Important information regarding your M&T Bank account relationship ending in: -2433

**We regret to inform you that M&T Bank will no longer be able to conduct business with you concerning the referenced account(s) and service(s).** This decision will have a significant impact on one or more of your M&T accounts. Please review the grid below to determine the exact impact on your individual accounts.

Please note that M&T Bank is not required to elaborate further on its reason for exiting such relationship(s) with you. Additional calls and/or letters to M&T Bank from you inquiring about reasoning for closure will not result in further information.

| Type of account | |
|---|---|
| Checking, Savings or Money Market | If you have one or more **Checking, Savings or Money Market** accounts with us, we will close those account(s) on September 24, 2020, as permitted under the terms of the agreement governing those account(s). As a result:<br><br>o   Please make sure you have sufficient money in each account to cover any outstanding **checks** and fees with respect to that account.<br>     **DO NOT** write any additional checks – any checks drawn on these accounts and presented to us for payment as of September 24, 2020 will be returned unpaid.<br><br>o   Any **debit or ATM cards** you use to access these accounts will be canceled as of September 17, 2020.<br><br>o   Please make alternate arrangements for any **direct deposits or automatic debits** to or from these accounts. These transactions will not be accepted as of September 24, 2020.<br><br>o   Any money remaining in your accounts after all outstanding payments have been made, and any outstanding fees have been deducted, will be sent to you |

© 2017 M&T Bank. Member FDIC. DMA6145 (10-17) mtb.com

RHC-020

# M&T Bank

P.O. Box 844 Buffalo, NY 14240
716 635 0210 or 855 718 6978
Legal Documents Processing

September 11, 2020

Aaron Etra, Esq
445 Park Ave 9 FL
New York, NY 10022-8632

Dear Aaron Etra, Esq:

M&T Bank has been served with a restraining notice from Benthos Master Fund, LTD. The document states you owe the sum of $5,254,561.12.

M&T Bank must comply with the legal provisions of this document and by law is required to freeze the following account(s) for the available balance in your account(s), not to exceed double the amount owed until further order from the courts:

M&T account ending in 3433

In addition, your account has been charged a Legal Document Processing fee in the amount of $0.00 for rendering this service as per the fee disclosure provided at the time of account opening.

Please note any funds in excess of the amount held are available for your use by check or withdrawal only. Your Visa Debit/ATM card and Web capabilities cannot be accessed while the hold is on the account.

If you have further questions regarding the information supplied or to resolve this matter, please contact the plaintiff **Kleinberg, Kaplan, Wolff & Cohen, P.C.** at **212-986-6000**.

Sincerely,
M&T Bank
Legal Documents Processing

LDP-04

99 Park Avenue
4th Floor
New York, NY 10016

212 659-0600
facsimile 212 659-0610
www.MetropolitanBankNY.com



January 2, 2019

**Notice of Account Closing**

Aaron Etra
240 East 47th Street, Apt 12A
New York, NY 10017

RE: Accounts Ending 3617, 3609, 8078, 8051

Dear Mr. Etra,

We are writing this letter to inform you that Metropolitan Commercial Bank periodically reviews existing accounts/agreements to assess the suitability of the client relationship. Based on our recent review of your account with Metropolitan Commercial Bank, we have determined that we can no longer service your accounts referenced above.

Under the terms *Amendments and Termination* of the *All About Your Business Deposit Account Disclosure* your accounts ending in 3617, 3609, 8078, and 8051 will be closed on 01/14/2019. Once the accounts are closed, no further transactions of any type will be permitted. Metropolitan Commercial Bank will then issue and mail an Official Check for the total balance in your accounts.

Prior to 01/14/2019 we recommend that you cancel any automatic or recurring transactions that you may have set up for your accounts. If you have an active Debit card, it will also be deactivated upon account closure.

Thank you for your prompt attention to this request. We regret any inconvenience you may experience as a result of this action.

Sincerely,

Lizette Peralta
Branch Operations Manager
Lperalta@MCBankNY.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

I329-MTD0104902120413257
AARON ETRA
240 E 47TH ST APT 12A
NEW YORK NY 10017-2134

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 24 2020-Feb 24 2020 |
| Cust Ref #: | 4316493529-631-0-### |
| Primary Account #: | 431-6493529 |

**Debit Card International Transaction Fee**

In your previous deposit account statement we provided a notice of upcoming account changes. The information below corrects information related to the international transaction fee assessed for Debit Card transactions.

Effective after March 15, 2020 an international transaction fee for TD debit and ATM cards will be assessed when you use a non-TD ATM located outside the U.S. or make a purchase from a merchant outside the U.S. This fee applies whether you're physically located inside or outside the U.S.

**TD Premier Checking**

AARON ETRA                                                              Account # 431-6493529

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | -73.49 | Average Collected Balance | 0.00 |
| Other Credits | 73.49 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 1 |

**DAILY ACCOUNT ACTIVITY**

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | CREDIT-ACCT CLOSED, OD Chargeoff | 73.49 |
| | ICH: PLS call our recovery dept at 800-354-9769 | |
| | Subtotal: | 73.49 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/23 | -73.49 | 02/24 | 0.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

10) all filed tax returns or communications with the IRS or New York State Department of Taxation and Finance from August 1, 2018 through present;

*RESPONSE: All tax returns for the years 2018 – 2021 and the IRS Form 2848 have been supplied to Plaintiff's counsel last week, along with the extension for 2021. The 2020 provided was a tax transcript as I lost the original filed return and was able to get a Tax Transcript of the return: See below attached the first page of each of the 4 tax years submitted to Plaintiff's counsel:*

COPY

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2018** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

Filing status: ☐ Single ☐ Married filing jointly ☒ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

KORALJKA TROSELJ

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| AARON | ETRA | 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 |

Your standard deduction: ☐ Someone can claim you as a dependent ☒ You were born before January 2, 1954 ☐ You are blind

If joint return, spouse's first name and initial | Last name | Spouse's social security number

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent ☐ Spouse was born before January 2, 1954 ☒ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind ☒ Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.)
240 EAST 47TH STREET | 12A | ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6. | If more than four dependents, see inst. and ✓ here ▶
NEW YORK NY 10017

| Dependents (see instructions): | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): |
|---|---|---|---|
| (1) First name Last name | | | Child tax credit / Credit for other dependents |
| | | | ☐ / ☐ |
| | | | ☐ / ☐ |
| | | | ☐ / ☐ |
| | | | ☐ / ☐ |

**Sign Here**
Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | LEGAL | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
| | | | | ☐ 3rd Party Designee |
| Firm's name ▶ | | | Phone no. | ☐ Self-employed |
| Firm's address ▶ | | | | |

KIA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2018)

**COPY**

**1040-SR** Department of the Treasury—Internal Revenue Service (99)
**U.S. Tax Return for Seniors** **2019** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single ☐ Married filing jointly ☐ Qualifying widow(er) (QW) ☒ Married filing separately (MFS)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ► KORAL JKA TROSELJ

Your first name and middle initial: AARON — Last name: DTRA — Your social security number: 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

If joint return, spouse's first name and middle initial — Last name — Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. 240 EAST 47TH STREET — Apt. no. 12A

Presidential Election Campaign Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). NEW YORK NY 10017

Foreign country name — Foreign province/state/county — Foreign postal code

If more than four dependents, see inst. and ✓ here ► ☐

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☒ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** **You:** ☒ Were born before January 2, 1955 ☐ Are blind
**Spouse:** ☐ Was born before January 2, 1955 ☐ Is blind

**Dependents** (see instructions):
| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Schedule B if required.

| | | | |
|---|---|---|---|
| **1** Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | 0 |
| **2a** Tax-exempt interest | 2a | 0 | **b** Taxable interest | **2b** | 300 |
| **3a** Qualified dividends | 3a | 169 | **b** Ordinary dividends | **3b** | 835 |
| **4a** IRA distributions | 4a | | **b** Taxable amount | **4b** | 0 |
| **c** Pensions and annuities | 4c | | **d** Taxable amount | **4d** | 0 |
| **5a** Social security benefits | 5a | 22,179 | **b** Taxable amount | **5b** | 5,296 |
| **6** Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☒ | | **6** | 2 |
| **7a** Other income from Schedule 1, line 9 | | **7a** | -5,997 |
| **b** Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ► | | **7b** | 437 |
| **8a** Adjustments to income from Schedule 1, line 22 | | **8a** | 0 |
| **b** Subtract line 8a from line 7b. This is your **adjusted gross income** ► | | **8b** | 437 |

**Standard Deduction**
See Standard Deduction Chart below.

| | | | |
|---|---|---|---|
| **9** Standard deduction or itemized deductions (from Schedule A) | 9 | 262 | |
| **10** Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | 1 | |
| **11a** Add lines 9 and 10 | | **11a** | 263 |
| **b** **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | **11b** | 174 |

**Standard Deduction Chart\***
Add the number of boxes checked in the "Age/Blindness" section of *Standard Deduction* ► 1

| IF your filing status is... | AND the number of boxes checked is... | THEN your standard deduction is... | IF your filing status is... | AND the number of boxes checked is... | THEN your standard deduction is... |
|---|---|---|---|---|---|
| Single | 1 | 13,850 | Head of household | 1 | 20,000 |
| | 2 | 15,500 | | 2 | 21,650 |
| Married filing jointly or Qualifying widow(er) | 1 | 25,700 | Married filing separately | 1 | 13,500 |
| | 2 | 27,000 | | 2 | 14,800 |
| | 3 | 28,300 | | 3 | 16,100 |
| | 4 | 29,600 | | 4 | 17,400 |

\*Don't use this chart if someone can claim you (or your spouse if filing jointly) as a dependent, your spouse itemizes on a separate return, or you were a dual-status alien. Instead, see instructions.

KIA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Form **1040-SR** (2019)



# Internal Revenue Service
## United States Department of the Treasury

This product contains sensitive taxpayer data



**COPY**

An official website of the United States government
Here's how you know. ⌄

IRS Account

MENU

# Welcome AARON ETRA

## Account Status

> ### ℹ You Have an Extension to File Your 2021 Tax Return
>
> We have not processed this tax return yet. If you've already filed, processing usually
> takes 21 days (electronic returns) or six weeks (paper returns).
> If you still need to file, submit your tax return **by October 17, 2022.** An extension of time
>
> to file is not an extension of time to pay any tax owed. Taxes must be paid in full by April
> 18, 2022 (April 19, 2022 if you live in Maine or Massachusetts), otherwise you may be
> subject to late payment penalty and interest. If you've been affected by a recent
> disaster, learn about the most recent tax relief provisions ✉ to know your options.
>
> Read less



View Balance Details

## Payments

| MAKE A PAYMENT |
| --- |

11) proof of all funds Etra has received from any closed bank accounts, including HSBC

account ending in x6509, by check or otherwise, from August 2020 to the present;

RESPONSE:  *HSBC had already provided a check for account x6509 in June 2020, a copy of which was already provided to Judge Parker.  See below HSBC letter dated June 2020 confirming what funds  they sent to me when they closed the  accounts.*





# SBERBANK

**SEPA ÁTUTALÁSI MEGBÍZÁS**
*SEPA PAYMENT ORDER*

Kitöltési segédlet az ügyfél példányának hátoldalán található.

| Speciális utasításon (ha eltér a normálistól): *Specific instructions (if differ as normal):* | ☐ Egyedi árfolyammal (EUR 20.000 felett) *With special exchange rate (not less than EUR 20.000)* | Indítás napja *Starting date* |
|---|---|---|

## MEGBÍZÓ ADATAI / ORDERING CUSTOMER'S DATA

Név* / *Name*\*

Megbízás azonosítója / *Ordering customer ID*

Ügyintéző / *Contact person*  —  Telefon / *Phone*

Terhelendő számla száma* / *A/C No. to be debited*\*: HUGE — 1 1 4 0 0 2 9 5 — 2 8 8 ? 5 4 4 0 — 1 3 5 5 6 8 9 8

Utalandó deviza / *Payment currency*: **EUR**

A megbízás összege az átutalás devizanemében** / *Amount in the currency of the payment*\*\*

A megbízás összege a terhelendő számla devizanemében** / *Amount in the currency of the account*\*\*

Összeg betűvel* / *Amount in words*\*: TELJES KÖVETELÉG BRUHATERVE MIGHT

Tényleges fizető / *Ultimate debtor*

Tényleges fizető azonosítója / *Ultimate debtor ID*

## KEDVEZMÉNYEZETT ADATAI / BENEFICIARY'S DATA

Név* / *Name*\*: MOB ... 

Partner azonosítója / *Beneficiary ID*

Cím* / *Address*\*

Számlaszám/IBAN* / *Account No./IBAN*\*

Tényleges kedvezményezett / *Ultimate beneficiary*

Tényleges kedvezményezett azonosítója / *Ultimate beneficiary ID*

## KEDVEZMÉNYEZETT BANKJA / BENEFICIARY'S BANK

SWIFT/BIC kód / *SWIFT/BIC Code*

Közlemény / *Details of payment*

☐ Igazolást kérünk a teljesítésről. Fax szám/e-mail: *Issuing a Certificate is requested. Fax No./E-mail:*

☒ Külföldi bankköltség a kedvezményezetten **SHA** *Foreign bank charge on beneficiary* **SHA**

☐ Partnerek közötti egyedi azonosító *EndToEnd ID*

Dátum* / *Date*\*: 18 11 2020

Banknál bejelentett aláírás* / *Authorized signature(s)*\*

Büntetőjogi felelősségünk tudatában kijelentjük, hogy a vonatkozó devizajogszabályokat ismerjük és a devizát a devizagazdálkodási szabályoknak megfelelően igényeljük és használjuk fel. / *Under penalties of perjury I hereby declare that I am acquainted with the relevant foreign exchange legislation. I shall use the foreign currency amount in accordance with the rules concerning foreign exchange control.*

| Átvétel visszaigazolása *Payment order received* | Aláírás(ok) rendben *Signature(s) verified* | Fedezet rendben *Cover secured* | A devizaátutalás teljesítésének egyéb feltételeit és részletes szabályait a Bank hatályos üzletszabályzatai tartalmazzák és azok jelen megbízásnak elválaszthatatlan részét képezik. *Other rules and conditions concerning the execution of the present transaction are detailed in Business Rules of the Bank and they are integral part of this Order.* |
|---|---|---|---|

\* Mező kitöltése kötelező! / *Field mandatory!*
\*\* Két összeg mező közül csak az egyiket kell kitölteni! / *Only one field must be completed.*

12) current contact information, specifically: current residential street address, current telephone number (cell and landline), and current email address, for Koraljka Troselj; and

RESPONSE:  *This information to be sent directly to Your Honor.*

13) all documents that Mr. Etra has heretofore withheld as "privileged" that are responsive to Petitioner's previously-served subpoena duces tecum for all "escrow agent agreements entered into" by Mr. Etra and "All documents concerning [Mr. Etra's] banking records" including, but not limited to, "credit applications and records and statements for any checking, savings, money market, certificate of deposit, investments, bonds, retirement accounts, safety deposit boxes or any other financial assets maintained with any banking or financial firm or institution, whether in [Mr. Etra's] name individually, jointly, in trust, as custodian, as nominee, as a beneficiary or in conjunction with any other person or persons", Subpoena Duces Tecum, Dkt. 60-1, Requests Nos. 32 and 49;

RESPONSE:  *Already submitted to Plaintiff's counsel and the three prior Judges or in this submission was this information and including that I have no other savings, money market, certificates of deposit, investments, retirement accounts, safety deposit boxes or financial assets. I request to be able to discuss with Your Honor in camera matters regarding any information regarding clients' funds and other elements here.*

Dated:  July 11, 2022
New York, NY

Respectfully submitted,

_____
Aaron Etra, respondent, *pro se*
240 East 47th Street
New York, NY 10017
(917) 856-3500