Exhibit 47

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Friday, April 30, 2021 11:37 PM
**To:** S Wang
**Subject:** Re: 240 E 47th st. 12A rent statements

Thank you, Seaver.

Best,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Friday, April 30, 2021 at 9:57 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** 240 E 47th st. 12A rent statements

| 240 East 47th St. Unit 12A | | | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | **Rent** | **Electricity** | |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | ***Unpaid*** |
| September | $4,000.00 | $40.92 | ***Unpaid*** |
| October | $4,000.00 | $31.29 | ***Unpaid*** |
| November | $4,000.00 | $36.12 | ***Unpaid*** |
| December | $4,000.00 | $45.22 | ***Unpaid*** |
| | | | |
| **2021** | | | |
| January | $4,000.00 | 83.92 | ***Unpaid*** |
| February | $4,000.00 | 144.7 | ***Unpaid*** |
| March | $4,000.00 | 178.36 | ***Unpaid*** |

| April | $4,000.00 | 69.8 | *Unpaid* |
| May | $4,000.00 | | *Due First Week of May |
| June | | | |
| July | | | |
| August | | | |
| September | | | |
| October | | | |
| November | | | |
| December | | | |
| | | | Owed by first week of May 2021 |
| Total Due | $40,673.80 | $673.80 | *$41,347.60* |

**From:**       S Wang <theahsea@gmail.com>
**Sent:**       Wednesday, July 28, 2021 1:47 PM
**To:**         Aaron ETra
**Subject:**    Dag Apt Invoice

| August | $4,000.00 | $43.47 | *Unpaid* |
|---|---|---|---|
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
|  |  |  |  |
| **2021** |  |  |  |
| January | $4,000.00 | $83.92 | *Unpaid* |
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |
| April | $4,000.00 | $69.80 | *Unpaid* |
| May | $4,000.00 | $32.19 | *Unpaid* |
| June | $4,000.00 | $34.73 | *Unpaid* |
| July | $4,000.00 | $31.85 | *Unpaid* |
| August | $4,000.00 |  | *Due First Week of August |
| September |  |  |  |
| October |  |  |  |
| November |  |  |  |
| December |  |  |  |
|  |  |  |  |
| Total Due | $52,000.00 | $772.57 | ***$52,772.57*** |

| | | |
|---|---|---|
| **From:** | Aaron Etra <aaron@etra.com> | |
| **Sent:** | Monday, August 9, 2021 1:15 PM | |
| **To:** | S Wang | |
| **Subject:** | Re: New Invoive for 240 East 47th st. 12A | |

Thank you, Seaver.

Best,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Monday, August 9, 2021 at 8:42 AM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** Re: New Invoive for 240 East 47th st. 12A

Sorry, didn't add Sept numbers. Use this invoice

| **240 East 47th St. Unit 12A** | | | |
|---|---|---|---|
| | | | |
| | | | |
| | **Rent** | **Electricity** | |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | $83.92 | *Unpaid* |
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |

1

| April | $4,000.00 | $69.80 | *Unpaid* |
|---|---|---|---|
| May | $4,000.00 | $32.19 | *Unpaid* |
| June | $4,000.00 | $34.73 | *Unpaid* |
| July | $4,000.00 | $31.85 | *Unpaid* |
| August | $4,000.00 | **$40.00** | *Unpaid* |
| September | $4,000.00 | | *Due First Week of Sept |
| October | | | |
| November | | | |
| December | | | |
| | | | |
| Total Due | $56,000.00 | $812.57 | ***$56,812.57*** |

On Mon, Aug 9, 2021 at 8:32 AM S Wang <theahsea@gmail.com> wrote:

| 240 East 47th St. Unit 12A | | | |
|---|---|---|---|
| | | | |
| | | | |
| | **Rent** | **Electricity** | |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | $83.92 | *Unpaid* |
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |
| April | $4,000.00 | $69.80 | *Unpaid* |
| May | $4,000.00 | $32.19 | *Unpaid* |

| | | | |
|---|---|---|---|
| June | $4,000.00 | $34.73 | ***Unpaid*** |
| July | $4,000.00 | $31.85 | ***Unpaid*** |
| August | $4,000.00 | **$40.00** | ***Unpaid*** |
| September | | | *Due First Week of Sept |
| October | | | |
| November | | | |
| December | | | |
| | | | |
| Total Due | $52,000.00 | $812.57 | ***$52,812.57*** |

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Sunday, March 7, 2021 12:44 PM
**To:** S Wang
**Subject:** Re: Rent Schedule

Thank you.

Working on clearing it this week.

Best,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Sunday, March 7, 2021 at 12:36 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** Re: Rent Schedule

|  | Rent | Electricity |  |
|---|---|---|---|
| **2020** |  |  |  |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
|  |  |  |  |
| **2021** |  |  |  |
| January | $4,000.00 | 83.92 | *Unpaid* |
| February | $4,000.00 | 144.7 | *Unpaid* |
| March | $4,000.00 | N/A | *Unpaid* |
| April |  |  |  |
| May |  |  |  |

| | | | |
|---|---|---|---|
| June | | | |
| July | | | |
| August | | | |
| September | | | |
| October | | | |
| November | | | |
| December | | | |
| | | | |
| Total Due | $32,000.00 | $425.64 | **$32,425.64** |
| | | | |

On Fri, Mar 5, 2021 at 1:42 AM Aaron Etra <aaron@etra.com> wrote:

Seaver,

Please add in March as unpaid and any additional electricity  payable, do a new total and it looks good for a payment next week!

Many thanks,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Monday, March 1, 2021 at 11:34 AM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** Rent Schedule

| 240 East 47th St. Unit 12A | | | |
|---|---|---|---|
| | | | |
| | | | |
| | **Rent** | **Electricity** | |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |

| March | $4,000.00 | $79.09 | Paid 4/6 |
|---|---|---|---|
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
|  |  |  |  |
| **2021** |  |  |  |
| January | $4,000.00 | 83.92 | *Unpaid* |
| February | $4,000.00 | 144.7 | *Unpaid* |
| March |  |  |  |
| April |  |  |  |
| May |  |  |  |
| June |  |  |  |
| July |  |  |  |
| August |  |  |  |
| September |  |  |  |
| October |  |  |  |
| November |  |  |  |
| December |  |  |  |
|  |  |  |  |
| Total Due | $28,000.00 | $425.64 | ***$28,425.64*** |

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Friday, August 27, 2021 6:26 PM
**To:** Seaver Wang
**Subject:** Re: Updated invoice with latest electricity

Thank you, Seaver

Best,

Aaron

**From:** Seaver Wang <swang@toinvest.com>
**Date:** Friday, August 27, 2021 at 5:12 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** Updated invoice with latest electricity

| | Rent | Electricity | As of 8/25/2021 |
|---|---|---|---|
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | $83.92 | *Unpaid* |
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |
| April | $4,000.00 | $69.80 | *Unpaid* |
| May | $4,000.00 | $32.19 | *Unpaid* |
| June | $4,000.00 | $34.73 | *Unpaid* |

| | | | |
|---|---|---|---|
| July | $4,000.00 | $31.85 | ***Unpaid*** |
| August | $4,000.00 | $32.03 | ***Unpaid*** |
| September | $4,000.00 | **$40.00** | *Due First Week of Sept |
| October | $4,000.00 | 0 | In advance |
| November | | | |
| December | | | |
| | | | |
| Total Due | $60,000.00 | $844.60 | ***$60,844.60*** |

President & Chief Investment Officer
Karagosian Financial Services
swang@toinvest.com
Telephone: 212-213-1898
Fax: 646-233-0684


Representatives are registered through, and securities are sold through Nationwide Planning Associates, Inc., Member FINRA/SIPC, located at 115 West Century Road, Suite 360, Paramus, NJ 07652.  Investment advisory services are offered through Karagosian Financial Services.  Insurance sold through licensed Nationwide Planning Associates, Inc. agents. Nationwide Planning Associates, Inc. and Karagosian Financial Services are non-affiliated entities.

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Friday, October 29, 2021 10:19 AM |
| **To:** | S Wang |
| **Subject:** | Re: updated invoice |

Thank you, Seaver.

Best,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Friday, October 29, 2021 at 7:38 AM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** updated invoice

| **240 East 47th St. Unit 12A** | | | |
|---|---|---|---|
| | | | |
| | | | |
| | **Rent** | **Electricity** | **As of 9/29/2021** |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | ***Unpaid*** |
| September | $4,000.00 | $40.92 | ***Unpaid*** |
| October | $4,000.00 | $31.29 | ***Unpaid*** |
| November | $4,000.00 | $36.12 | ***Unpaid*** |
| December | $4,000.00 | $45.22 | ***Unpaid*** |
| | | | |
| **2021** | | | |
| January | $4,000.00 | $83.92 | ***Unpaid*** |
| February | $4,000.00 | $144.70 | ***Unpaid*** |
| March | $4,000.00 | $178.36 | ***Unpaid*** |

| | | | |
|---|---|---|---|
| April | $4,000.00 | $69.80 | ***Unpaid*** |
| May | $4,000.00 | $32.19 | ***Unpaid*** |
| June | $4,000.00 | $34.73 | ***Unpaid*** |
| July | $4,000.00 | $31.85 | ***Unpaid*** |
| August | $4,000.00 | $32.03 | ***Unpaid*** |
| September | $4,000.00 | $30.22 | ***Unpaid*** |
| October | $4,000.00 | $28.25 | ***Unpaid*** |
| November | **$4,000.00** | **$40.00** | Due first week of month |
| December | | | |
| | | | |
| Total Due | $64,000.00 | $903.07 | ***$64,903.07*** |

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Wednesday, August 25, 2021 5:23 PM
**To:** S Wang
**Subject:** Re: updated invoice

Thank you,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Wednesday, August 25, 2021 at 1:53 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** updated invoice

| 240 East 47th St. Unit 12A | | | |
|---|---|---|---|
| | | | |
| | | | |
| | **Rent** | **Electricity** | **As of 8/25/2021** |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | $83.92 | *Unpaid* |
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |
| April | $4,000.00 | $69.80 | *Unpaid* |
| May | $4,000.00 | $32.19 | *Unpaid* |

| | | | |
|---|---|---|---|
| June | $4,000.00 | $34.73 | *Unpaid* |
| July | $4,000.00 | $31.85 | *Unpaid* |
| August | $4,000.00 | **$40.00** | *Unpaid* |
| September | $4,000.00 | **$40.00** | *Due First Week of Sept |
| October | $4,000.00 | 0 | In advance |
| November | | | |
| December | | | |
| | | | |
| Total Due | $60,000.00 | $852.57 | ***$60,852.57*** |

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Friday, July 23, 2021 10:48 AM
**To:** S Wang
**Subject:** Re: updated invoice

Thanks,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Friday, July 23, 2021 at 10:04 AM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** Re: updated invoice

Seaver T Wang
341 Laurelwood Rd. Orange, CT  06477

On Fri, Jul 23, 2021 at 9:47 AM Aaron Etra <aaron@etra.com> wrote:

> Thanks, Seaver.
>
>
> Please provide again your full name and address on the account.
>
>
> Best,
>
>
> Aaron
>
>
> **From:** S Wang <theahsea@gmail.com>
> **Date:** Friday, July 23, 2021 at 9:43 AM
> **To:** Aaron Etra <aaron@etra.com>
> **Subject:** Re: updated invoice
>
>
> Account number:
> **009471606827**
> Routing number: **011900571 /011900254** (paper & electronic)
> **026009593** (wires)

On Fri, Jun 25, 2021 at 12:07 PM S Wang <theahsea@gmail.com> wrote:

| 240 East 47th St. Unit 12A | | | |
|---|---|---|---|
| | | | |
| | | | |
| | **Rent** | **Electricity** | |
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | 83.92 | *Unpaid* |
| February | $4,000.00 | 144.7 | *Unpaid* |
| March | $4,000.00 | 178.36 | *Unpaid* |
| April | $4,000.00 | 69.8 | *Unpaid* |
| May | $4,000.00 | 32.19 | *Unpaid* |
| June | $4,000.00 | 34.73 | *Unpaid* |
| July | $4,000.00 | | *Due First Week of July |
| August | | | |
| September | | | |
| October | | | |
| November | | | |
| December | | | |
| | | | |
| Total Due | $48,000.00 | $740.72 | *$48,740.72* |
| | | | |

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Sunday, September 12, 2021 4:37 PM
**To:** S Wang
**Subject:** Re: Updated New Invoice for 240 East 47th st. Unit 12A

Thank you, Seaver.

Best,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Saturday, September 11, 2021 at 9:38 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** Updated New Invoice for 240 East 47th st. Unit 12A

| 2021 | | | |
|---|---|---|---|
| January | $4,000.00 | $83.92 | *Unpaid* |
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |
| April | $4,000.00 | $69.80 | *Unpaid* |
| May | $4,000.00 | $32.19 | *Unpaid* |
| June | $4,000.00 | $34.73 | *Unpaid* |
| July | $4,000.00 | $31.85 | *Unpaid* |
| August | $4,000.00 | $32.03 | *Unpaid* |
| September | $4,000.00 | **$40.00** | *Unpaid* |
| October | **$4,000.00** | **$40.00** | Unpaid/Due In advance |
| November | **$4,000.00** | **$40.00** | Unpaid/Due In advance |
| December | | | |
| | | | |
| Total Due | $64,000.00 | $924.60 | ***$64,924.60*** |

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Monday, April 5, 2021 6:15 PM |
| **To:** | S Wang |
| **Subject:** | Re: updated Rent invoice |

Many thanks, Seaver.

Best,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Monday, April 5, 2021 at 3:53 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** updated Rent invoice

| | Rent | Electricity | |
|---|---|---|---|
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | 83.92 | *Unpaid* |
| February | $4,000.00 | 144.7 | *Unpaid* |
| March | $4,000.00 | 178.36 | *Unpaid* |
| April | $4,000.00 | | *Unpaid* |
| May | | | |
| June | | | |

| | | | |
|---|---|---|---|
| July | | | |
| August | | | |
| September | | | |
| October | | | |
| November | | | |
| December | | | |
| | | | |
| Total Due | $36,000.00 | $604.00 | ***$36,604.00*** |

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Friday, May 28, 2021 1:14 PM
**To:** S Wang
**Subject:** Re: updated rent schedule

Thank you, Seaver.

Best,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Friday, May 28, 2021 at 10:10 AM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** updated rent schedule

|  | Rent | Electricity |  |
|---|---|---|---|
| **2020** |  |  |  |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
|  |  |  |  |
| **2021** |  |  |  |
| January | $4,000.00 | 83.92 | *Unpaid* |
| February | $4,000.00 | 144.7 | *Unpaid* |
| March | $4,000.00 | 178.36 | *Unpaid* |
| April | $4,000.00 | 69.8 | *Unpaid* |
| May | $4,000.00 | 32.19 | *Unpaid* |

| June | $4,000.00 | | *Due First Week of June |
|---|---|---|---|
| July | | | |
| August | | | |
| September | | | |
| October | | | |
| November | | | |
| December | | | |
| | | | |
| Total Due | $44,000.00 | $705.99 | *$44,705.99* |

**From:**        Aaron Etra <aaron@etra.com>
**Sent:**        Friday, October 8, 2021 1:10 PM
**To:**          S Wang
**Subject:**     Re: updates invoice 240 East 47th St. 12A (adjusted October description)

Many thanks, Seaver.

Best,

Aaron

**From:** S Wang <theahsea@gmail.com>
**Date:** Friday, October 8, 2021 at 10:29 AM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** updates invoice 240 East 47th St. 12A (adjusted October description)

| 240 East 47th St. Unit 12A | Rent | Electricity | As of 10/8/2021 |
|---|---|---|---|
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Unpaid* |
| September | $4,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
| | | | |
| **2021** | | | |
| January | $4,000.00 | $83.92 | *Unpaid* |

| | | | |
|---|---|---|---|
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |
| April | $4,000.00 | $69.80 | *Unpaid* |
| May | $4,000.00 | $32.19 | *Unpaid* |
| June | $4,000.00 | $34.73 | *Unpaid* |
| July | $4,000.00 | $31.85 | *Unpaid* |
| August | $4,000.00 | $32.03 | *Unpaid* |
| September | $4,000.00 | $30.22 | *Unpaid* |
| October | **$4,000.00** | **$40.00** | *Unpaid* |
| November | **$4,000.00** | **$40.00** | Unpaid/Due In advance |
| December | | | |
| | | | |
| Total Due | $64,000.00 | $914.82 | ***$64,914.82*** |