# Exhibit 48

**From:** S Wang <theahsea@gmail.com>
**Date:** Thursday, September 1, 2022 at 5:56 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** 240 East 47th 12A Invoice

|  | Rent | Electricity | As of 9/01/2022 |
|---|---|---|---|
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Paid 1/21/2022 ,5k* |
| September | $3,000.00 | $40.92 | *Unpaid* |
| October | $4,000.00 | $31.29 | *Unpaid* |
| November | $4,000.00 | $36.12 | *Unpaid* |
| December | $4,000.00 | $45.22 | *Unpaid* |
|  | Rent | Electricity |  |
| **2021** | | | Due first week of month |
| January | $4,000.00 | $83.92 | *Unpaid* |
| February | $4,000.00 | $144.70 | *Unpaid* |
| March | $4,000.00 | $178.36 | *Unpaid* |
| April | $4,000.00 | $69.80 | *Unpaid* |
| May | $4,000.00 | $32.19 | *Unpaid* |
| June | $4,000.00 | $34.73 | *Unpaid* |
| July | $4,000.00 | $31.85 | *Unpaid* |
| August | $4,000.00 | $32.03 | *Unpaid* |
| September | $4,000.00 | $30.22 | *Unpaid* |
| October | $4,000.00 | $28.25 | *Unpaid* |
| November | $4,000.00 | $30.70 | *Unpaid* |
| December | $4,000.00 | $82.59 | *Unpaid* |
|  | Rent | Electricity |  |
| **2022** | | | Due first week of month |

| | | | |
|---|---|---|---|
| January | $4,000.00 | $80.86 | *Unpaid* |
| February | $4,000.00 | $239.95 | *Unpaid* |
| March | $4,000.00 | $120.61 | *Unpaid* |
| April | $4,000.00 | $70.92 | *Unpaid* |
| May | $4,000.00 | $61.10 | *Unpaid* |
| June | $4,000.00 | $37.93 | *Unpaid* |
| July | $4,000.00 | $59.07 | *Unpaid* |
| August | $4,000.00 | $57.52 | *Unpaid* |
| September | $4,000.00 | | Due First week of month |
| October | | | |
| November | | | |
| December | | | |
| | **Rent** | **Electricity** | |
| Total Due | $99,000.00 | $1,704.32 | ***$100,704.32*** |