MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                    Petitioner,

    - against -

AARON ETRA,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-03384 (VEC)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Steven R. Popofsky, dated November 15, 2022, the exhibits annexed thereto, the memorandum of law dated November 15, 2020 and all prior proceedings had herein, Petitioner Benthos Master Fund, Ltd. will move this Court at Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York 10007, as soon as counsel can be heard, pursuant to Fed R. Civ. P. 45(g), 18 U.S.C. § 401, Federal Rule of Criminal Procedure 42 and this Court's inherent authority, for an order holding respondent Aaron Etra in contempt of court and granting the following relief:

    (i)    Incarcerating Mr. Etra until he complies with the two August 2, 2022 subpoenas (and the ensuing court orders directing such compliance), at least to the extent of (i) producing all current bank statements since the last statements produced that ended June 30, 2022; (ii) identifying, and demonstrating a good-faith effort to produce, all bank, brokerage and other accounts in which he had an interest from August 1 through December 31 of 2017; (iii) producing a substantially complete response to Item No. 1 of the recent subpoena duces tecum seeking various post-judgment communications (Dkt. 156-2); (iv) producing a substantially complete response to Item No. 5 of the recent subpoena duces tecum seeking documents (apart from the Escrow Agreements themselves) concerning his escrow services

12308304.3 - 11/15/22

(id.); and (v) providing a substantially complete response to Information Request No. 1 seeking information about (among other things) the compensation he received for his escrow services (Dkt. 156-1);

(ii) Incarcerating Mr. Etra for up to six months, after required due process, for criminal contempt as punishment for all of his violations of court orders, subpoenas and restraining notices in connection with judgment enforcement in this matter;

(iii) Ordering Mr. Etra to surrender his passport and enjoining him from traveling outside the United States unless he can demonstrate to the Court's satisfaction that his airline tickets and trip expenses are being paid by a third party independent of any funds belonging to the judgment debtor;

(iv) Enjoining Mr. Etra from continuing to violate, going forward, the restraining notices previously served upon him;

(v) Ordering Mr. Etra to forward all income he receives, from "clients" and otherwise (excluding Social Security payments), to his judgment creditor within forty-eight hours of its receipt;

(vi) Ordering Mr. Etra to comply with the August 2, 2022 subpoena duces tecum (Dkt. 156-2) in its entirety, including specifically those portions thereof that (i) direct that "This request shall be deemed continuing in nature, and you shall promptly produce in the form of supplementary document productions any document demanded herein that subsequently is discovered or obtained by, or becomes available to, you or your attorneys subsequent to your response to this request"; (ii) direct that "This subpoena . . . includes documents created, dated, sent or received subsequent to the date of this subpoena"; and (iii) as to request Nos. 2 and 3 (monthly bank and credit card statements), require production of "All [responsive] documents . . . continuing after the date of this subpoena";

(vii) Ordering a forensic examination, at Mr. Etra's expense, of his computer and cellphone(s), together with whatever sanctions the Court may deem appropriate in its discretion thereafter, to address Mr. Etra's spoliation of evidence and/or to assess his claims that evidence is no longer available to him; and

(viii) Granting such other and further relief as the Court may deem appropriate given the facts and circumstances herein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days after service

12308304.3 - 11/15/22

of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated:     November 15, 2022

                              **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

                          By: _/s/ Steven R. Popofsky_
                                 Steven R. Popofsky
                                 Alisa Benintendi

                            500 Fifth Avenue
                            New York, New York 10110
                            Telephone: (212) 986-6000
                            Facsimile: (212) 986-8866
                            Email: SPopofsky@kkwc.com
                                        ABenintendi@kkwc.com

                            Attorneys for Petitioner/Judgment Creditor
                            **BENTHOS MASTER FUND, LTD.**

---

Mr. Etra must file any opposition to this motion not later than **Friday, December 2, 2022**, and Petitioner must file any reply not later than **Friday, December 9, 2022**. The parties are further ordered to appear for an in-person hearing on **Wednesday, December 14, 2022 at 11:00 A.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

_/s/ Valerie Caproni_  11/16/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE