Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

November 29, 2022

(Via Email to Temporary Pro Se Filing NYSD)

U. S. District Court
500 Pearl Street
New York, NY 10007

Re:  Benthos v. Etra, 20 cv 03384

I am an 81-year old pro se litigant requesting the Court to provide me a pro bono attorney in the above-referenced matter in which are I believe I am facing criminal contempt charges.

Please send all correspondence to my email aaron@etra.com.

Thank you.

Respectfully submitted,

Aaron Etra

ENCLOSURES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Plaintiff, Benthos Master Fund, Ltd

-v-

Defendant. Aaron Etra

----------------------------------------------------------------x

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20-CV-03384 (VEC) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/22

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
Whether Respondent is in control of bank accounts at SberBank and Uni-Credit, such that he is in contempt of the Court's order to produce documents related to them. *See* Dkt. 132.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated August 2, 2022

SO ORDERED:

_____
United States District Judge

**Wirtschaftstreuhänder**
**Mag. Helmut ALLESCH**
**Steuerberater**
Telefon  0463/50 6 41
Telefax  0463/50 6 41 - 20

A-9020  Klagenfurt am Wörthersee
Gabelsbergerstraße 2
**DVR: 0493031**
e-mail: office@allesch.at

To: Aaron Etra

Klagenfurt, 16 July 2022

Re: Fiduciary Accounts

Dear Mr. Etra,

I am a fiduciary, based in Austria, who operates fiduciary/trust accounts for clients' funds in several European countries and banking groups including those of Sperbank and Uni-Credit.

You have asked me to function for various clients of yours, for whom I have held funds in escrow in my accounts. The clients have always been identified to me and to my satisfaction.

I can confirm that you have never asked me to hold any funds for, from or due to Benthos Master Capital Fund, Ltd., nor have I ever received any funds in any way associated with that party or its activities

You have also asked me to provide monthly and closing statements for some of my accounts which I advised have been closed. I have replied that, regrettably, the only such statement I can provide is the attached one for my closed Sperbank account, which I confirm I sent to you in response to your requests.

I hope this communication is of value.

Yours Faithfully,

*[signed and stamped: Wirtschaftstreuhänder Mag. Helmut Allesch Steuerberater, Gabelsbergerstraße 2 (Ecke St. Ruprechter Straße), A-9020 Klagenfurt, Tel. 0463/50641 • Fax 0463/515755]*

# SBERBANK

Sberbank 027 '20 NOV 18 13:20

## SEPA ÁTUTALÁSI MEGBÍZÁS
### SEPA PAYMENT ORDER

*Kitöltési segédlet az ügyfél példányának hátoldalán található.*

| Speciális utasítások (ha eltér a normálistól): / Specific instructions (if differ as normal): | ☐ Egyedi árfolyammal (EUR 20.000 felett) / With special exchange rate (not less than EUR 20.000) | Indítás napja / Starting date: 2 0 2 0 1 1 1 8 |

## MEGBÍZÓ ADATAI / ORDERING CUSTOMER'S DATA

**Név* / Name*:** MAGA ZLESCHELMUT

**Megbízó azonosítója / Ordering customer ID:**

**Ügyintéző / Contact person:**

**Telefon / Phone:**

**Terhelendő számla száma* / A/C No. to be debited*:** HU65-11100275-28875118-13000006

**Utalandó deviza / Payment currency:** EUR

**A megbízás összege az átutalás devizanemében** / Amount in the currency of the payment**:**

**A megbízás összege a terhelendő számla devizanemében** / Amount in the currency of the account**:** TELJES EGYENLEG ZÁRÁS MIATT

**Összeg betűvel* / Amount in words*:** TELJES EGYENLEG RÁMPÁZÁSAI MIATT

**Tényleges fizető / Ultimate debtor:**

**Tényleges fizető azonosítója / Ultimate debtor ID:**

## KEDVEZMÉNYEZETT ADATAI / BENEFICIARY'S DATA

**Név* / Name*:** MAG HELMUT ALLESCH

**Partner azonosítója / Beneficiary ID:**

**Cím* / Address*:** GABELSBERGERSTR 2, 9020 KLAGENFURT

**Számlaszám/IBAN* / Account No./IBAN*:** AT62 1400 0865 4107 2884

**Tényleges kedvezményezett / Ultimate beneficiary:**

**Tényleges kedvezményezett azonosítója / Ultimate beneficiary ID:**

## KEDVEZMÉNYEZETT BANKJA / BENEFICIARY'S BANK

**SWIFT/BIC kód / SWIFT/BIC Code:** BAWAATWW

**Közlemény / Details of payment:**

☐ Igazolást kérünk a teljesítésről. Fax szám/e-mail: / Issuing a Certificate is requested. Fax No./E-mail:

☒ Külföldi bankköltség a kedvezményezetten **SHA** / Foreign bank charge on beneficiary **SHA**

☐ Partnerek közötti egyedi azonosító / EndToEnd ID

**Dátum* / Date*:** 18.11.2020

**Banknál bejelentett aláírás* / Authorized signature(s)***

Büntetőjogi felelősségünk tudatában kijelentjük, hogy a vonatkozó devizajogszabályokat ismerjük és a devizát a devizagazdálkodási szabályoknak megfelelően igényeljük és használjuk fel. / *Under penalties of perjury I hereby declare that I am acquainted with the relevant foreign exchange legislation. I shall use the foreign currency amount in accordance with the rules concerning foreign exchange control.*

| Átvétel visszaigazolása / Payment order received | Aláírás(ok) rendben / Signature(s) verified | Fedezet rendben / Cover secured | A devizaátutalás teljesítésének egyéb feltételeit és részletes szabályait a Bank hatályos üzletszabályzatai tartalmazzák és azok jelen megbízásnak elválaszthatatlan részét képezik. Other rules and conditions concerning the execution of the present transaction are detailed in Business Rules of the Bank and they are integral part of this Order. |

\* Mező kitöltése kötelező! / *Field mandatory!*
\*\* Két összeg mező közül csak az egyiket kell kitölteni! / *Only one field must be completed.*

## Kitöltési segédlet a SEPA átutalási megbízáshoz:

Tisztelt Ügyfelünk!

Kérjük, hogy a megbízás kitöltésénél ügyeljen a nyomtatványon szereplő mezők pontos, teljes körű kitöltésére! Ne írjon több karaktert egy mezőbe, illetve a jelzett maximális karakterek számát ne lépje túl!

**Speciális utasítások: (ha eltér a normál teljesítéstől)**
Egyedi árfolyammal: További információk a Bank mindenkor hatályos hirdetményében.

**Név:**
Számlatulajdonos neve, maximum 35 karakter hosszan.
**Megbízó azonosítója:**
Opcionális mező, az átutaló ügyfél egyedi azonosítója
**Ügyintéző:**
A számlatulajdonos, illetve meghatalmazottjának neve.
**Telefon:**
A számlatulajdonos, illetve meghatalmazottjának telefonszáma.
**Terhelendő számla száma:**
28 karakteres terhelendő számla IBAN számát.
**Utalandó deviza:**
A kiutalandó összeg devizaneme SEPA utalás esetén mindig EUR.
**A megbízás összege az átutalás devizanemében:**
Ezt a mezőt abban az esetben kell kitölteni, ha az utalás összege a kiutalandó összeg devizanemében ismert. Felhívjuk szíves figyelmét, hogy a két összeg mező közül csak az egyiket kell kitölteni!
**A megbízás összege a terhelendő számla devizanemében:**
Ezt a mezőt abban az esetben kell kitölteni, ha az utalás összege a terhelendő / indító számla devizanemében ismert. Felhívjuk szíves figyelmét, hogy a két összeg mező közül csak az egyiket kell kitölteni!
**Összeg betűvel:**
Utalandó összeg szövegesen.
**Tényleges fizető:**
Ezt a mezőt akkor kell kitölteni , ha a számlatulajdonos neve eltér a tényleges fizető fél személyétől
**Tényleges fizető azonosítója:**
A tényleges fizető fél egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )

**Kedvezményezett neve:**
A maximum karakterek figyelembe vételével az átutalás végső címzettjének neve.
**Partner azonosítója**: a kedvezményezett egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )
**Kedvezményezett címe:**
A maximum karakterek figyelembe vételével az átutalás végső címzettjének címe.
**Kedvezményezett számlaszáma:**
A kedvezményezett IBAN formátumú számlaszáma.
**Tényleges kedvezményezett:**
Ezt a mezőt abban az esetben kell kitölteni, ha a kedvezményezett neve eltér a tényleges kedvezményezett nevétől.
**Tényleges kedvezményezett azonosítója:**
a tényleges kedvezményezett egyedi azonosítója ( pl: személyi igazolvány szám, vezetői engedély szám, útlevélszám )

**SWIFT/BIC kód:**
A végső kedvezményezett bank 8 vagy 11 karakteres SWIFT-kódja, ahol a végső kedvezményezett a számláját vezeti.

**Közlemény:**
Kérjük, ebben a mezőben rögzítse a kedvezményezett részére szánt üzenetet, maximum 2*33 karakter hosszan. A közlemény rovat kitöltése nem kötelező!

**Igazolást kérünk a teljesítésről. Fax szám/e-mail:**
Kérjük, azt a fax számot/e-mail címet tüntesse fel, ahova szeretné, hogy küldjük az átutalásról kiállított igazolást. Amennyiben nem tüntet fel fax számot/e-mail címet, abban az esetben az igazolást a számlavezető fiókjába küldjük el.

**Külföldi bankköltség a kedvezményezetten (SHA):**
SHA költséggel megjelölt utalás esetén a fizető fél vállalja a saját bankjánál felmerülő költségeket, a kedvezményezett pénzforgalmi szolgáltatójánál felmerülő költséget a kedvezményezett viseli.

**Partnerek közötti egyedi azonosító:**
opcionális mező, partnerek közötti egyedi azonosító kód.

Amennyiben a kitöltési útmutatóban foglaltak mellett további információra van szüksége megbízása benyújtásához, forduljon bizalommal ügyfélreferenséhez vagy ügyintézőinkhez a +36-1-5-57-58-59-es telefonszámon!