Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

November 29, 2022

(Via Email to Temporary Pro Se Filing NYSD)

U. S. District Court
500 Pearl Street
New York, NY 10007

Re:  Benthos v. Etra, 20 cv 03384

I am an 81-year old pro se litigant requesting the Court to provide me a pro bono attorney in the above-referenced matter in which are I believe I am facing criminal contempt charges.

Please send all correspondence to my email aaron@etra.com.

Thank you.

Respectfully submitted,

Aaron Etra

---

Application DENIED. "There is no requirement that an indigent litigant be appointed pro bono counsel in civil matters, unlike most criminal cases." *Burgos v. Hopkins*, 14 F.3d 787, 789 (2d Cir. 1994). Because this remains a civil case at this time, and because, even if it were a criminal case, Respondent has failed to demonstrate that he is indigent, the Court declines to appoint pro bono counsel pending its resolution of Petitioner's contempt motion.

SO ORDERED.

11/29/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE