

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

November 30, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

  We write in response to Dkt. 219, Mr. Etra's letter of today's date (recognizing that the Court already has ruled on his November 29 request at Dkt. 217, a copy of which we have transmitted to Mr. Etra). Your Honor is all too aware of the history of this matter, and I refer to the contents of the pending motion as the reason why Benthos would be severely prejudiced if the Court-ordered briefing schedule is not maintained. Two points in Mr. Etra's letter warrant specific response, however.

  First, the assertion that his focus "is and has been to settle the matter" is unsupported by the facts (to say the least). The one time we reached a settlement agreement, he immediately breached it, failing to make the very first installment payment and claiming he had not agreed to do so (notwithstanding the agreement's memorialization by Judge Parker). More recently, I gave him a settlement demand and he persists in claiming an "agreement" to that effect, but inasmuch as he has never come up with that (or any) actual money, there is no settlement and no reason to believe that he has any intention of doing anything other than continuing to stall.

  Second, his comments about purported problems with exhibits are entirely disingenuous. Our pending motion had many exhibits, all of which we e-mailed to Mr. Etra on November 15, when the motion was filed (even though he should be accessing ECF and should not need e-mailed copies). Two days later, I telephoned him and said I was calling to make sure he had received all the exhibits, to which he responded "I have to check them." I said, "If you have any trouble with the exhibits, just let me know" and he said "I will certainly be in touch."

  He then went silent. Two days ago, on November 28, I e-mailed to remind him that his opposition papers were due this Friday. He responded by asserting, "As I made clear to you on your call to me on the 17th, I was having major difficulty with your



Hon. Valerie Caproni
November 30, 2022
Page 2

material. These problems have only worsened as I have diligently tried to sort through it, including facing confusion from exhibit items out of order, repetitive and missing. Exhibits 1-7 seem nowhere to be found." And he requested my consent to an adjournment. I responded:

> Mr. Etra, you made nothing of the sort "clear" to me during our brief call on the 17th. I told you I was calling to make sure you had received all the exhibits, and you told me "I have to check them." I told you if you have any trouble with the exhibits, to just let me know, and you said "I will certainly be in touch."
>
> Between then and today when I reached out, you did not communicate with us at all to indicate you had any problem with the exhibits, as you now state. It is inconceivable that you do not have Exhibits 1-7 as those were included with the e-mail that sent you the Notice of Motion, Memorandum of Law and supporting Affirmation, which you obviously received given your comments below. Our legal assistant's records do not reflect that any of the exhibits sent on November 15th were not received, and furthermore you did not complain at the time, or when we spoke two days later, or at any time until this evening, 13 days later (not to mention that you can get access to documents on the docket). If you want any or all of the exhibits re-sent, we can do that in the morning, but the fact that you waited until now indicates that this is nothing more than the usual stalling tactics.
>
> As for the rest of your e-mail, given the aforementioned history of your stalling, and your repeatedly making misrepresentations, as well as your misconduct in withholding, and continuing to withhold, documents and information in flagrant defiance of multiple court orders – I will not go into further detail here – we cannot consent to any adjournment.

Mr. Etra received all the exhibits, numbered, on November 15 (and he is not now denying that, and did not request that anything be re-sent). He has had the motion for over two weeks, and (not surprisingly) he waited until the last minute to seek further delay. As set forth in the supporting affirmation (Dkt. 211), and as previously recognized by this Court, he has been playing this game for two years. Benthos is entitled to a prompt adjudication of its motion on the schedule previously set by Your Honor. Thank you.



Hon. Valerie Caproni
November 30, 2022
Page 3

                                            Respectfully yours,

                                            Steven R. Popofsky

cc: Aaron Etra (by ECF and e-mail)