Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

November 30, 2022

(Via Email to Temporary Pro Se Filing NYSD)

Pro Se Office
U. S. District Court
500 Pearl Street
New York, NY 10007

Re:  Benthos v. Etra, 20 cv 03384

Please send all updates to my email [aaron@etra.com](aaron@etra.com).

Thank you.

Respectfully submitted,

Aaron Etra, pro se