UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND LTD.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

20\_\_\_ **Civ.** 03384 (\_\_\_) (\_\_\_)

- against -

AARON ETRA

**NOTICE OF APPEARANCE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, _____AARON ETRA_____, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: NEW YORK, NY
       *(town/city)  (state)*

       DECEMBER 1, 2022

[signature]
Signature of Defendant

240 E.47TH STREET, APT 12A
Address

NEW YORK, NY 10017
City, State & Zip Code

917-856-3500
Telephone Number

--------------------------------------------
Fax Number (if you have one)

Rev. 05/2007                    3