**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2022

Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

November 30, 2022

(Via Email to Temporary Pro Se Filing NYSD)

Pro Se Office
U. S. District Court
500 Pearl Street
New York, NY 10007

Re:  Benthos v. Etra, 20 cv 03384

Please send all updates to my email aaron@etra.com.

Thank you.

Respectfully submitted,

Aaron Etra, pro se

This letter is insufficient for Mr. Etra to receive email notifications regarding this case. Not later than **Monday, December 5, 2022 by 12:00 P.M.**, Mr. Etra must file a proper consent to electronic service form, or show cause why he should not be held in contempt and jailed for his failure to comply. The electronic service form and information about receipt of materials electronically are available at the following link: **https://www.nysd.uscourts.gov/forms?field_form_category_target_id=22&title=&sort_b%E2%80%A6=**.

Not later than Thursday, **December 8, 2022**, Mr. Etra must have completed ECF training (more information here: **https://nysd.uscourts.gov/programs/ecf-training**). Mr. Etra must make a motion for permission for electronic case filing by no later than noon, Friday, December 9, 2022, or show cause why he should not be held in contempt and jailed for his failure to comply. After the Court grants his motion, Mr. Etra must from that point forward file documents himself via ECF rather than sending filings through the Pro Se Office.

SO ORDERED.

12/02/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE