

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

December 3, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:    <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

    I am writing to advise the Court that notwithstanding that Respondent's opposition to Petitioner's pending motion was due yesterday, we have, as of the filing of this letter, received no papers from Mr. Etra, nor any other communications in that regard. The undersigned e-mailed him twice this morning and left him a voicemail message earlier this afternoon; no responses have been received to any of those communications.

    There can be no doubt that Mr. Etra is aware of the motion and the deadline. See, among other things, his letter and the Court's response at Dkt. 221, a copy of which was e-mailed to Mr. Etra directly by the Court on November 30th at 6:37 PM; see also our letter at Dkt. 220 regarding my telephone calls with him, and on November 16th I e-mailed him the Court's order (Dkt. 212) with the December 2 deadline. We also will e-mail him a copy of this letter.

    Petitioner very much does not wish to lose the December 14th hearing date, and if petitioner serves papers later today, we will not object. If he seeks to file opposition later than today, we respectfully request the right to advise the Court at that time of our position as to scheduling (and default), including our reply deadline. (The spreadsheets directed by Dkt. 218 will be filed in any event as ordered by December 9th.)

    We regret the need to burden the Court with this letter.

                                                 Respectfully yours,

                                                 s/
                                                 Steven R. Popofsky

cc:  Aaron Etra (by ECF and e-mail)