Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

December 2, 2022

(via email to Temporary Pro Se Office)
Hon. Valerie Caproni
U.S. District Court for the
Southern District of New York
40 Foley Square- room 240
New York, N.Y. 10007

Re: Benthos v. Etra, 20 cv 03384 (VEC)-PACER Registration & Notice of Appearance

Dear Judge Caproni,

As I informed Your Honor in July, I complied with your Order then to register with PACER and have already had a PACER account since then.

I was advised at that time (see attached) that although an account was created for me, I was further advised that a token would be sent to me by mail which was needed to have the account fully functional in all aspects.

Not having any record of receiving the token, I made contact with PACER again yesterday and was told that they will send me the needed token by mail to my office and that I should expect it within 7-10 days. They do not send tokens by email only by mail.

Also, attached is a copy of the Notice of Appearance that was filed yesterday.

Respectfully submitted,

Aaron Etra


Cc.: Steven Popofsky, Esq.

10/11/22, 7:43 PM                    Gmail - FW: PACER Account Registration Created



# FW: PACER Account Registration Created

**From:** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
**Date:** Thursday, July 21, 2022 at 3:18 PM
**To:** Aaron Etra <aaron@etra.com>
**Subject:** PACER Account Registration Created



Your PACER account has been created. Please ensure the information below is correct:

| | |
|---|---|
| **Account Number** | 7180872 |
| **Contact Name** | Aaron Etra |
| **User Name** | aaronetra |
| **Account Status** | Under Review: You will receive an email when the review is complete. You may also check the status of your account by logging in at Manage My Account. |

**NOTE:** Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to pacer@psc.uscourts.gov or call the PACER Service Center at (800) 676-6856 between 8 AM and 6 PM CT Monday through Friday.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND LTD.
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

AARON ETRA
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

20____ Civ. 03384 (____) (____)

**NOTICE OF APPEARANCE**

Please take notice that I, _____AARON ETRA_____, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:  NEW YORK , NY
        *(town/city)*   *(state)*

        DECEMBER    1  , 20 22

_____
Signature of Defendant

240 E.47TH STREET, APT 12A
Address

NEW YORK, NY 10017
City, State & Zip Code

917-856-3500
Telephone Number

-------------------------------------------
Fax Number (if you have one)

*Rev. 05/2007*            3