

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

December 5, 2022

<u>**VIA ECF**</u>
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:    <u>**Benthos v. Etra, 20-CV-3384**</u>

Dear Judge Caproni:

Mr. Etra sent me this morning the two attached purported "Notice[s] Of Appeal" that he claims to have "filed last week." Putting aside the jurisdictional deficiencies, those purported filings of course do not undo Your Honor's Order at Dkt. 212 requiring the parties to "appear for an in-person hearing on Wednesday, December 14, 2022 at 11:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007." Accordingly, we respectfully request that the Court reiterate that directive so that Mr. Etra has no doubt of his obligation to appear, and to address petitioner's pending motion, as previously ordered.

Similarly, as stated in the undersigned's letter of December 3rd (Dkt. 225), Benthos will comply with the Court's Order at Dkt. 218 and will submit, no later than Friday, December 9th, the three spreadsheets as directed. We also respectfully request that the Court reiterate to Mr. Etra that he will be required on the 14th to address those spreadsheets, in addition to – as above – addressing the motion orally.

Respectfully yours,

Steven R. Popofsky

Enclosures

cc (w/encls):  Aaron Etra (by ECF and e-mail)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LLC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

AARON ETRA

(List the full name(s) of the defendant(s)/respondent(s).)

20___ CV  03384___ (VEC)(    )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:   AARON ETRA

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☑ order    entered on:  NOVEMBER 29, 2022

(date that judgment or order was entered on docket)

that:    denied respondent's request for pro bono counsel to defend against petitioner's contempt motion providing for the imposition of criminal penalties. .

(If the appeal is from an order, provide a brief description above of the decision in the order.)

DECEMBER 1, 2022

Dated

Signature*

ETRA, AARON

Name (Last, First, MI)

240 E.47TH ST., APT. 12A    NEW YORK    NY    10017

Address    City    State    Zip Code

917-856-3500    aaron@etra.com

Telephone Number    E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LLC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

AARON ETRA

(List the full name(s) of the defendant(s)/respondent(s).)

<u>20</u>___ CV 03384___ (VEC)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: AARON ETRA

 (list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☐ order entered on: NOVEMBER 30, 2022

(date that judgment or order was entered on docket)

that: denied Respondent's request for an adjournment of time to respond to petitioner's contempt motion; denied Respondent's request for assistance in engaging pro bono counsel where criminal penalties have been demanded; required Respondent, a pro se litigant, to register as a Filing User on ECF and required Respondent to file a Notice of Appearance.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

DECEMBER 1, 2022

Dated

Signature*

ETRA, AARON

Name (Last, First, MI)

240 E.47TH ST., APT. 12A     NEW YORK     NY          10017

Address                      City         State        Zip Code

917-856-3500                 aaron@etra.com

Telephone Number             E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13