# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LLC
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 03384 (VEC)( )

-against-

**NOTICE OF APPEAL**

AARON ETRA
(List the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2022

Notice is hereby given that the following parties: AARON ETRA

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☑ order  entered on:  NOVEMBER 29, 2022
(date that judgment or order was entered on docket)

that: denied respondent's request for pro bono counsel to defend against petitioner's contempt motion providing for the imposition of criminal penalties. .

(If the appeal is from an order, provide a brief description above of the decision in the order.)

DECEMBER 1, 2022
Dated

[signature]
Signature*

ETRA, AARON
Name (Last, First, MI)

240 E.47TH ST., APT. 12A | NEW YORK | NY | 10017
Address | City | State | Zip Code

917-856-3500 | aaron@etra.com
Telephone Number | E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13