Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

December 5, 2022

(Via Email to Temporary Pro Se Filing NYSD)
Judge Valerie Caproni
U.S. District Court
40 Foley Square- Room 240
New York, NY 10007

Re: Benthos v. Etra 20 cv 03384- Mr. Popofsky's calls emails and letter of December 3, 2022

Dear Judge Caproni,

Mr. Popofsky called and emailed me on Saturday, December 3rd, knowing that is the sabbath and notwithstanding the stress that his communications cause me, flying in the face of Doctor's orders. He sent you a letter on that same day, knowing that it was the weekend. He clearly has no respect for the private lives of either of us and seems to have the highest priority for his goal of inflicting injury on me as often and as soon as possible. I want to function in a manner respecting my limitations as a sole, non-litigator, pro se defendant/respondent to the fullest extent I am entitled to do so, as I just cannot contend single-handed with the Petitioner's 5 member team that has no respect for any of these relevant. circumstances.

Per my message to Mr. Popofsky this morning in the attached email, my diligence in complying with his attacks on me and with the Orders issued based on them has not been recognized. My requests for assistance in my good faith efforts have not been supported. As a result I have been unable to defend myself as is my right and have filed several Notices of Appeal, which the Pro Se Office said was my entitlement, while continuing to comply with your several Orders regarding the EFC for Pacer to the best of my ability and in light of the heavy penalties that I have been confronted with if I don't get them done within the time allowed.

Being unrepresented in such a difficult case with the volumes of paperwork created in this case and with the huge penalties at stake, the one resource to which I had access to was that I could rely on the pro se office to file my documents for me, thereby saving me precious time and energy, of which I have a very limited amount and no experience, from having to deal with filing in addition to preparing paperwork for tight deadlines, which was difficult enough for me as it was.

As to your latest requirement, to file a Consent to Electronic Form, it was met this morning and sent to the Pro Se office for filing.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.