

# FW: Benthos v. Etra 20 cv 03384 (VEC)

**From:** Aaron Etra <aaron@etra.com>
**Date:** Monday, December 5, 2022 at 10:15 AM
**To:** Steven R. Popofsky <spopofsky@kkwc.com>
**Subject:** Benthos v. Etra 20 cv 03384 (VEC)

Mr. Popofsky,

You called me and sent emails on my Sabbath. I do not deal with such on that day and my doctors want me to have respite for at least the weekend from the strain and stress that you bring. You then wrote to Judge Caproni. Clearly, you have no respect either for both her or my need and entitlement for some respite from your attacks on me.

I have tried to convey to you verbally and in writing how hard it has been to do what your confusing and over-reaching Motion required, on which I have been working diligently with so little resources to do so, and I respectfully asked your cooperation in reviewing and organizing the confusing and voluminous material. You refused. You again accused me of "stalling", which is and always has been a red herring, as the last thing I want is one more day of this matter. We both know that its solution for both Benthos and me is not turning the screw on me while running up the legal costs of Benthos ,with no benefit to them.

Then, I respectfully requested Judge Caproni to assist in enabling me to get the legal assistance and time I need so clearly and justly to properly deal with your Motion, building on your relentless Subpoenas, Restraining Orders and Contempt Motions. The Court refused.

It is under these circumstances, that I filed last week the two Notices of Appeal I am attaching.

Please accept this message also as a reply to one of your earlier ones regarding settlement. Your forcing me to devote my very limited resources to dealing with the enforcement action in all the levels you keep on adding, your continuing disparagement which comes into the public domain, together severely limits my ability and the willingness of others to assemble the funds needed to pay the amount agreed with you. How much more effective it would be to encourage not discourage this effort in ways you know best of all and are comfortable with for the time needed to get this over the finish line finally without further injury to me and cost to all concerned. In doing so, you will be best serving Benthos and justice.

Thank you

Aaron Etra