

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

December 5, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:    <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

      Mr. Etra sent me this morning the two attached purported "Notice[s] Of Appeal" that he claims to have "filed last week." Putting aside the jurisdictional deficiencies, those purported filings of course do not undo Your Honor's Order at Dkt. 212 requiring the parties to "appear for an in-person hearing on Wednesday, December 14, 2022 at 11:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007." Accordingly, we respectfully request that the Court reiterate that directive so that Mr. Etra has no doubt of his obligation to appear, and to address petitioner's pending motion, as previously ordered.

      Similarly, as stated in the undersigned's letter of December 3rd (Dkt. 225), Benthos will comply with the Court's Order at Dkt. 218 and will submit, no later than Friday, December 9th, the three spreadsheets as directed. We also respectfully request that the Court reiterate to Mr. Etra that he will be required on the 14th to address those spreadsheets, in addition to – as above – addressing the motion orally.

      Respectfully yours,

      Steven R. Popofsky

Enclosures

cc (w/encls):  Aaron Etra (by ECF and e-mail)

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com

Respondent's notices of appeal do not stay his obligation to respond to the pending motion for contempt.

In light of Mr. Etra's failure to respond to Petitioner's contempt motion by the December 2, 2022 deadline, the Court would be well within its rights to treat the motion as unopposed. The Court will, however, *sua sponte* extend his deadline to respond to the pending motion until **Tuesday, December 6, 2022 at 12:00 P.M. Any response received after that deadline will not be considered.** Petitioner's reply deadline remains **Friday, December 9, 2022**.

Regardless of whether Respondent responds in writing, he will be allowed to respond orally to Petitioner's spreadsheets (due December 9, 2022) and present documents into evidence at the December 14, 2022 hearing. The **December 14, 2022** hearing will proceed as scheduled in person at **11:00 A.M.** in **Courtroom 443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*/s/ Valerie Caproni*
12/05/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE