USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                Petitioner,

-against-

AARON ETRA,

                Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 13, 2020, Petitioner's motion to confirm its arbitration award was granted and the case was closed, Dkt. 15;

    IT IS HEREBY ORDERED that, in light of the substantial litigation regarding efforts to collect the award, the Clerk of Court is respectfully directed to reopen the case.

**SO ORDERED.**

Date: **December 6, 2022**
       **New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**