# INDIVIDUAL PERSONAL FINANCIAL STATEMENT

## Prepared for Aaron Etra
### on 05/22/2020

**NAME:** Aaron Etra
**ADDRESS:** 240 E 47th St
New York, New York 10017
**HOME PHONE:**
**CELL PHONE:** 917-856-3500
**SSN:**
**BIRTHDATE:** 05/06/1941

---

## DETAILED SUMMARY LISTING OF ASSETS

**INDIVIDUAL ASSET INFORMATION** — **AMOUNT**

| Asset | Amount |
|---|---|
| Accounts Receivable: | |
| Annuity: | |
| Boats: | |
| Bonds | |
| Business Property and Real Estate: | |
| Certificate of Deposit: | |
| Checking Accounts: | $35,000.00 |
| Household Furnishings: | $20,000.00 |
| Jewelry: | |
| Life Insurance: | |
| Mutual Funds: | |
| Notes Receivable: | |
| Other Assets: | |
| Other Real Estate: | |
| Personal Residence Real Estate: | |
| Recreational Equipment: | |
| Retirement Plans: | |
| Savings Accounts: | $1,000.00 |
| Stocks: | $1,000.00 |
| Trusts: | |
| Vehicles | |

**INDIVIDUAL TOTAL ASSET VALUE:** $57,000.00

---

## DETAILED SUMMARY LISTING OF LIABILITIES

**INDIVIDUAL LIABILITY INFORMATION** — **AMOUNT**

| | |
|---|---|
| Mortgage or Rent: | $0.00 |
| Home Equity Loan: | $0.00 |
| Other Mortgage: | $0.00 |
| Vehicle Loans: | $0.00 |
| Credit Cards: | $18,000.00 |
| Student Loans: | $0.00 |
| Other Liabilities: | $0.00 |

**INDIVIDUAL TOTAL LIABILITIES:** $18,000.00

## DETAILED SUMMARY LIST OF MONTHLY INCOME ASSET

**INDIVIDUAL MONTHLY INCOME** — **MONTHLY AMOUNT**

Individual Employer Name: Aaron Etra, Esq.

| | |
|---|---|
| Monthly Salary or Wages: | $0.00 |
| Investment Accounts: | $100.00 |
| Alimony: | $0.00 |
| Child Support: | $0.00 |
| Trusts: | $0.00 |
| Other Income Sources: | $6,500.00 |

**INDIVIDUAL TOTAL MONTHLY INCOME ASSET:** $6,600.00

## DETAILED SUMMARY LIST OF MONTHLY EXPENSE LIABILITY

**INDIVIDUAL MONTHLY EXPENSES** — **MONTHLY AMOUNT**

| | |
|---|---|
| Paid Alimony: | |
| Paid Child Care: | |
| Paid Child Support: | |
| Groceries: | $750.00 |
| Healthcare or Medications: | $100.00 |
| Housing or Rent: | $4,100.00 |
| Other Mortgage Loans: | |
| Auto Loans: | |
| Auto Insurance: | |
| Health or Dental Insurance: | $300.00 |
| Life Insurance: | |
| Other Insurance: | |
| Credit Cards: | $300.00 |
| Student Loans: | |
| Other Expenses: | |

**INDIVIDUAL TOTAL MONTHLY EXPENSE LIABILITY:** $5,550.00

## NET WORTH SUMMARY

| | |
|---|---|
| TOTAL ASSETS: | $57,000.00 |
| TOTAL LIABILITIES: | $18,000.00 |
| **TOTAL NET WORTH:** | **$39,000.00** |

---

I, Aaron Etra, hereby certify and warrant, to the best of my knowledge, that the aforementioned information contained within this Personal Financial Statement is true, accurate and complete.

_____        DATED:
Aaron Etra