# citi  Citi Priority

September 1 - September 30, 2017
Citi Priority Account    4974070873

Page 1 of 6

AARON ETRA
240 E 47TH STREET
APT 12A
NEW YORK NY    10017-2134

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

## Value of Accounts

| | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 1,519.75 | 1,313.24 |
| Citi Priority Relationship Total | $1,519.75 | $1,313.24 |

## Earnings Summary

| | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 0.04 | 0.79 |
| Citi Priority Relationship Total | $0.04 | $0.79 |

*To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citi Priority

For your account security we are updating customer identification options when calling Citi. You will soon be able to utilize your ATM PIN for identification purposes. You should only input your PIN in the automated system when prompted and never share it with anyone including our customer service agents.

Beginning on Sept. 15th, Automated Clearing House (ACH) payments such as transfers and bill payments may be debited from your account more quickly including the same day you have scheduled a transaction with a merchant or other billing company.

For name of party to/from a Zelle transfer was made, contact Customer Service and provide PAY ID.

# citi Priority

December 1 - December 31, 2017  Page 1 of 6
Citi Priority Account    4974070873

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call Citi Priority Services at (888) 275-2484
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
240 E 47TH STREET APT 12A
NEW YORK NY    10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period | Earnings Summary | This Period | This Year |
|---|---|---|---|---|---|
| Citibank Accounts | | | Citibank Accounts | | |
| Checking | | | Checking | | |
| Checking | 7,220.40 | 6,304.64 | Checking | 0.22 | 1.21 |
| Citi Priority Relationship Total | $7,220.40 | $6,304.64 | Citi Priority Relationship Total | $0.22 | $1.21 |

* To ensure quality service, calls are randomly monitored and may be recorded.

# citi  Citi Priority

October 1 - October 31, 2017                   Page 1 of 8
Citi Priority Account    4974070873

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
240 E 47TH STREET APT 12A
NEW YORK NY    10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period | Earnings Summary | This Period | This Year |
|---|---|---|---|---|---|
| Citibank Accounts | | | Citibank Accounts | | |
| Checking | | | Checking | | |
| Checking | 1,313.24 | 4,668.66 | Checking | 0.04 | 0.63 |
| Citi Priority Relationship Total | $1,313.24 | $4,668.66 | Citi Priority Relationship Total | $0.04 | $0.63 |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citi Priority

We'd like to make you aware of a typo in the Fees & Rates Detail section of your statement during April, May, June and July. When determining your rates and fees for the statement period, Citibank considers your average balances during the prior month in all your qualifying accounts you asked us to combine. The month was incorrectly displayed as the current month. This did not impact your balance calculations, rates or fees.

# citi  Citi Priority

September 1 - September 30, 2017      Page 1 of 6
Citi Priority Account    4974070873

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484*
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
240 E 47TH STREET
APT 12A
NEW YORK NY    10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period | Earnings Summary | This Period | This Year |
|---|---|---|---|---|---|
| Citibank Accounts | | | Citibank Accounts | | |
| Checking | | | Checking | | |
| Checking | 1,519.75 | 1,313.24 | Checking | 0.04 | 0.79 |
| Citi Priority Relationship Total | $1,519.75 | $1,313.24 | Citi Priority Relationship Total | $0.04 | $0.79 |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citi Priority

For your account security we are updating customer identification options when calling Citi. You will soon be able to utilize your ATM PIN for identification purposes. You should only input your PIN in the automated system when prompted and never share it with anyone including our customer service agents.

Beginning on Sept. 15th, Automated Clearing House (ACH) payments such as transfers and bill payments may be debited from your account more quickly including the same day you have scheduled a transaction with a merchant or other billing company.

For name of party to/from a Zelle transfer was made, contact Customer Service and provide PAY ID.

# citi  Citi Priority

September 1 – September 30, 2017  
AARON ETRA  
Citi Priority Account  4974070873  
Page 3 of 6

## Checking Continued

### Checking Activity Continued

**Interest Checking  4974070873**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 09/12/17 | Debit Card Purchase 09/10 09:31a #9465 POD VRNIM KROVOVAMA ZAGREB HRV17254 Restaurant/Bar | 102.99 | | 3,845.82 |
| 09/12/17 | Debit Card Purchase 09/08 01:08p #9465 UNITED 01685060163415 800-932-2732 TX 17254 Airlines & Airports | 576.40 | | 3,269.42 |
| 09/12/17 | Debit Card Purchase 09/08 06:35p #9465 LUFTHANS22D65060163090 ROCKWALL TX NY 17254 Airlines & Airports | 693.60 | | 2,575.82 |
| 09/12/17 | Debit Card Purchase 09/08 07:02p #9465 UNITED 01685060163602 800-932-2732 TX 17254 Airlines & Airports | 994.36 | | 1,581.46 |
| 09/13/17 | Debit PIN Purchase AMISH MARKET 240 E 45T NEW YORK NYUS05154 | 25.73 | | 1,555.73 |
| 09/13/17 | Debit Card Purchase 09/11 04:10a #9465 LAGARDERE TR DEUTSCHL FRANKFURT AM DEU17255 Specialty Retail stores | 9.86 | | 1,545.87 |
| 09/13/17 | Debit Card Purchase 09/11 12:30a #9465 ADFS VELIKA GORIC HRV17255 Retail stores | 10.28 | | 1,535.59 |
| 09/13/17 | Debit Card Purchase 09/11 12:38a #9465 ADFS VELIKA GORIC HRV17255 Retail stores | 71.09 | | 1,464.50 |
| 09/14/17 | Debit Card Purchase 09/11 03:22p #9465 NEWARK AIRPORT EXPRESS ELIZABETH NJ 17256 Misc Transportation | 17.00 | | 1,447.50 |
| 09/15/17 | Debit Card Purchase 09/12 10:55p #9465 CONTAINERSTORE.COM 800-733-3532 TX 17257 Specialty Retail stores | 12.18 | | 1,435.32 |
| 09/18/17 | Debit PIN Purchase AMISH MARKET 240 E 45T NEW YORK NYUS05154 | 24.46 | | 1,410.86 |
| 09/19/17 | Debit PIN Purchase AMISH MARKET 240 E 45T NEW YORK NYUS05154 | 14.55 | | 1,396.31 |
| 09/19/17 | Debit Card Purchase 09/14 09:15p #9465 NYCTAXI7D21 BROOKLYN NY 17258 Misc Transportation | 10.55 | | 1,385.76 |
| 09/20/17 | Debit PIN Purchase Duane Reade STO 485 LEX NEW YORK NYUS05159 | 18.46 | | 1,367.30 |
| 09/20/17 | Debit Card Purchase 09/18 10:59a #9463 TURTLE BAY CLEANERS NEW YORK NY 17262 Misc Personal Services | 5.00 | | 1,362.30 |
| 09/21/17 | Debit PIN Purchase AMISH MARKET 240 E 45T NEW YORK NYUS05154 | 26.39 | | 1,335.91 |
| 09/21/17 | Debit Card Purchase 09/19 04:35p #9463 LE PAN QUOTIDIEN OPS NEW YORK NY 17263 Restaurant/Bar | 49.08 | | 1,286.83 |
| 09/25/17 | Debit PIN Purchase Duane Reade STO 485 LEX NEW YORK NYUS05159 | 11.95 | | 1,274.88 |
| 09/25/17 | Debit PIN Purchase AMISH MARKET 240 E 45T NEW YORK NYUS05154 | 18.87 | | 1,256.01 |
| 09/25/17 | Debit Card Purchase 09/20 03:07p #9463 GLORIA WAN HAIR DES NEW YORK NY 17265 Misc Personal Services | 90.00 | | 1,166.01 |
| 09/26/17 | Debit Card Purchase 09/21 10:24a #9463 TAXI SVC LONG ISLAND C ASTORIA NY 17266 Misc Transportation | 8.16 | | 1,157.85 |
| 09/26/17 | Debit Card Purchase 09/24 06:18p #9463 SEPHORA 374 NEW YORK NY 17268 Specialty Retail stores | 117.59 | | 1,040.26 |
| 09/26/17 | Cash Withdrawal 02:21a #9463 Non Citi ATM Transfer(2) London GB051 | 299.80 | | 740.46 |
| 09/27/17 | Transfer from Checking 11:27a VIA CBUSOL REFERENCE # 053066 | | 1,000.00 | 1,740.46 |
| 09/28/17 | Debit Card Purchase 09/25 05:44p #9463 C2 - CIBO EXPRESS C10 NEWARK NJ 17270 Restaurant/Bar | 6.88 | | 1,733.58 |

# citi  Citi Priority

December 1 - December 31, 2017  Page 1 of 6
Citi Priority Account    4974070873

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
240 E 47TH STREET APT 12A
NEW YORK NY    10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period | Earnings Summary | This Period | This Year |
|---|---|---|---|---|---|
| Citibank Accounts | | | Citibank Accounts | | |
| Checking | | | Checking | | |
| Checking | 7,220.40 | 6,304.64 | Checking | 0.22 | 1.21 |
| Citi Priority Relationship Total | $7,220.40 | $6,304.64 | Citi Priority Relationship Total | $0.22 | $1.21 |

* To ensure quality service, calls are randomly monitored and may be recorded.

# citi  Citi Priority

December 1 - December 31, 2017  Page 3 of 6
AARON ETRA
Citi Priority Account  4974070873

## Checking  Continued

### Interest Checking  4974070873

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/08/17 | Debit Card Purchase 12/05 08:42p #9463 TAXI SVC LIC  LONG IS CITY NY 17341  Misc Transportation | 17.16 | | 11,235.97 |
| 12/08/17 | Debit Card Purchase 12/05 06:28p #9463 NYCTAX2V25  BLOOMFIELD NJ 17341  Misc Transportation | 18.30 | | 11,217.67 |
| 12/11/17 | Debit PIN Purchase AMISH MARKET 240 E 4ST NEW YORK  NYUS05154 | 31.86 | | 11,185.81 |
| 12/11/17 | Debit PIN Purchase Duane Reade STO 852 2NDNEW YORK  NYUS05159 | 44.58 | | 11,141.23 |
| 12/11/17 | Debit PIN Purchase TIFFANY & CO #001  NEW YORK  NYUS05159 | 914.55 | | 10,226.68 |
| 12/11/17 | Debit Card Purchase 12/07 01:06p #9463 SQU*SQ *JOHN'S COFFEE Manhattan NY 17342  Restaurant/Bar | 20.00 | | 10,206.68 |
| 12/12/17 | Debit PIN Purchase UNITED NATIONS BOOKSHOPNEW YORK  NYUS02159 | 166.90 | | 10,039.78 |
| 12/12/17 | Debit Card Purchase 12/08 #9463 SKYPE COM/GO/BILL  6505991504 CA 17345  Misc Business Services | 10.00 | | 10,029.78 |
| 12/12/17 | Debit Card Purchase 12/09 03:32p #9463 TAXI SVC LIC  LONG IS CITY NY 17345  Misc Transportation | 11.16 | | 10,018.62 |
| 12/12/17 | Debit Card Purchase 12/09 02:46p #9463 TAXI SVC LONG ISLAND C BROOKLYN NY 17345  Misc Transportation | 13.80 | | 10,004.82 |
| 12/12/17 | Debit Card Purchase 12/07 09:43p #9463 TAXI SVC LIC  LONG IS CITY NY 17343  Misc Transportation | 21.98 | | 9,982.86 |
| 12/12/17 | Debit Card Purchase 12/07 06:43p #9463 NYCTAXI7D21  BROOKLYN NY 17343  Misc Transportation | 25.30 | | 9,957.56 |
| 12/12/17 | Debit Card Purchase 12/09 12:27p #9463 NYCTAX07N74  MANHASSET NY 17345  Misc Transportation | 26.30 | | 9,931.26 |
| 12/12/17 | Debit Card Purchase 12/10 05:28p #9463 SP * VINEPAIR STORE 6469012722 NY 17345  Specialty Retail stores | 51.00 | | 9,880.26 |
| 12/12/17 | Debit Card Purchase 12/09 08:53p #9463 SHOCHU AND TAPAS 8 NEW YORK NY 17345  Restaurant/Bar | 75.12 | | 9,805.14 |
| 12/12/17 | Debit Card Purchase 12/07 12:39p #9463 SKYPE COM  0352000300 WA 17345  Misc Mail & Phone orders | 142.70 | | 9,662.44 |
| 12/13/17 | ACH Electronic Credit XXSOCIAL SECURITY FOR AARON ETRA | | 1,485.20 | 11,147.64 |
| 12/13/17 | Debit Card Purchase 12/10 09:16a #9463 TAXI SVC LONG ISLAND C LONG IS CITY NY 17345  Misc Transportation | 6.96 | | 11,140.68 |
| 12/13/17 | Debit Card Purchase 12/10 08:06p #9463 SipSak  New York NY 17348  Restaurant/Bar | 130.06 | | 11,010.62 |
| 12/13/17 | Debit Card Purchase 12/09 12:57a #9463 VERIZON*ONETIMEPAY  800.VERIZON FL 17345  Phones, Cable & Utilities | 192.15 | | 10,818.47 |
| 12/13/17 | Cash Withdrawal 10:11a #9463 Citibank ATM 734 3RD AVENUE NY, NY | 500.00 | | 10,318.47 |
| 12/14/17 | Debit Card Purchase 12/12 12:37p #9463 TURTLE BAY CLEANERS NEW YORK NY 17347  Misc Personal Services | 73.00 | | 10,245.47 |
| 12/15/17 | Debit Card Purchase 12/12 02:00p #9463 PATSYS PIZZERIA NEW YORK NY 17348  Restaurant/Bar | 211.82 | | 10,033.65 |
| 12/18/17 | Debit PIN Purchase MORTONWILLIAMS G 208 2NNEW YORK  NYUS80154 | 84.90 | | 9,948.75 |
| 12/18/17 | Debit PIN Purchase Duane Reade STO 852 2NDNE W YORK  NYUS50159 | 99.97 | | 9,848.78 |
| 12/18/17 | Debit PIN Purchase DIPLOMATIC DUTY 868 2NDNew York  NYUS05153 | 103.27 | | 9,745.51 |

# citi  Citi Priority

December 1 - December 31, 2017    Page 5 of 6
AARON ETRA
Citi Priority Account   4974070873

## Checking Continued

### Checking Activity Continued

Interest Checking   4974070873

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/22/17 | Debit Card Purchase 12/20 12:05p #9463 UNIMEDIC CENTAR ZAGREB HRV17355 Medical Services | 937.52 | | 7,200.25 |
| 12/26/17 | ACH Electronic Credit PAYPAL TRANSFER | | 500.00 | 7,700.25 |
| 12/26/17 | Cash Withdrawal 12/23 03:40a #9463 Non Citi ATM NAMA KVATERNIKOV TRG ZAGREB HR051 | 252.24 | | 7,448.01 |
| 12/26/17 | Cash Withdrawal 05:04a #9463 Non Citi ATM VUKOVARSKA 275 KONZUM ZAGREB HR051 | 314.43 | | 7,133.58 |
| 12/27/17 | Debit Card Purchase 12/23 04:17p #9463 SP* VINEPAIR STORE 6468012722 NY 17359 Specialty Retail Stores | 47.00 | | 7,086.58 |
| 12/27/17 | Debit Card Purchase 12/24 04:25a #9463 KONZUM P-0222 ZAGREB HRV17359 Food & Beverages | 85.98 | | 7,000.60 |
| 12/27/17 | Debit Card Purchase 12/23 06:12a #9463 KONZUM P-0222 ZAGREB HRV17359 Food & Beverages | 149.30 | | 6,851.30 |
| 12/27/17 | Debit Card Purchase 12/23 03:29p #9463 VERIZON WRL MY ACCT VE FOLSOM CA 17359 Phones, Cable & Utilities | 223.59 | | 6,627.71 |
| 12/28/17 | Debit Card Purchase 12/26 05:32a #9463 KONZUM P-0222 ZAGREB HRV17361 Food & Beverages | 33.29 | | 6,594.42 |
| 12/28/17 | Debit Card Purchase 12/26 10:22a #9463 RMG*REGUS 972-340-2021 TX 17361 Misc Business Services | 290.00 | | 6,304.42 |
| 12/29/17 | Interest for 31 days, Annual Percentage Yield Earned 0.03% | | 0.22 | 6,304.64 |
| | Total Subtracted/Added | 7,901.18 | 6,985.42 | |
| 12/31/17 | Closing Balance | | | 6,304.64 |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

### ThankYou Summary

| ThankYou® Points Summary | |
|---|---|
| Points earned with checking account and eligible linked products and services | 450 |
| Go to thankyou.com to review your current point balance and redeem for rewards | |

Summary includes only points awarded for your Citibank checking account relationship for this activity this statement period and does not reflect any bonus points received through promotional offers. In certain circumstances, there may be a delay between display of Points on checking statement and corresponding credit of points to your ThankYou Member Account. Points are not available for redemption until they appear in your ThankYou Member Account. Please refer to the ThankYou Rewards Terms and Conditions for important details about earning points with your Citibank checking account and how to redeem them.

# citi  Citi Priority

October 1 - October 31, 2017  Page 1 of 8
Citi Priority Account  4974070873

CITI PRIORITY SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citi Priority Services at (888) 275-2484*
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

AARON ETRA
240 E 47TH STREET
APT 12A
NEW YORK NY    10017-2134

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes

| Value of Accounts | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 1,313.24 | 4,668.66 |
| Citi Priority Relationship Total | $1,313.24 | $4,668.66 |

| Earnings Summary | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 0.04 | 0.83 |
| Citi Priority Relationship Total | $0.04 | $0.83 |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citi Priority

We'd like to make you aware of a typo in the Fees & Rates Detail section of your statement during April, May, June and July. When determining your rates and fees for the statement period, Citibank considers your average balances during the prior month in all your qualifying accounts you asked us to combine. The month was incorrectly displayed as the current month. This did not impact your balance calculations, rates or fees.

# Citi Priority

October 1 - October 31, 2017  Page 3 of 8
AARON ETRA.
Citi Priority Account   4974070873

## Checking Continued

Interest Checking   4974070873

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/05/17 | Transfer from Checking 07:21p VIA CBUSOL   REFERENCE # 048779 | | 1,000.00 | 1,465.32 |
| 10/05/17 | Debit PIN Purchase  AMISH MARKET 240 E 45T NEW YORK   NYUS05154 | 26.56 | | 1,438.76 |
| 10/05/17 | Debit Card Purchase 10/03 04:57p #9463  LE PAIN QUOTIDIEN OPS NEW YORK  NY 17277  Restaurant/Bar | 19.17 | | 1,419.59 |
| 10/05/17 | Debit Card Purchase 10/03 10:39a #9463  RMG-REGUS   972-340-2021 TX 17277  Misc Business Services | 290.00 | | 1,129.59 |
| 10/06/17 | Debit Card Purchase 10/04 11:18a #9463  MATSUNOYA   NEW YORK   NY 17278  Restaurant/Bar | 7.99 | | 1,121.60 |
| 10/06/17 | Debit Card Purchase 10/03 06:14p #9463  MTA MVM-NS19A-BWAYOFS NEW YORK  NY 17278  Misc Transportation | 26.25 | | 1,095.35 |
| 10/06/17 | Debit Card Purchase 10/03 08:46p #9463  JG MELON   NEW YORK   NY 17278  Restaurant/Bar | 97.14 | | 998.21 |
| 10/10/17 | Transfer from Checking 10/09 12:05a VIA CBUSOL   REFERENCE # 016598 | | 1,000.00 | 1,998.21 |
| 10/10/17 | Debit PIN Purchase  Duane Reade STO 652 2ND NEW YORK   NYUS05158 | 13.59 | | 1,984.62 |
| 10/10/17 | Debit PIN Purchase  MORTON WIL 908 2ND AVE NEW YORK   NYUS05154 | 14.14 | | 1,970.48 |
| 10/10/17 | Debit PIN Purchase  Duane Reade STO 652 2ND NEW YORK   NYUS05158 | 103.81 | | 1,866.67 |
| 10/10/17 | Cash Withdrawal 10/07 06:47p #9463  Citibank ATM 734 3RD AVENUE, N.Y. NY | 100.00 | | 1,766.67 |
| 10/11/17 | Debit Card Purchase 10/09 08:08a #9463  HBOOKSELLER ST916   ELIZABETH  NJ 17283  Specialty Retail stores | 21.32 | | 1,745.35 |
| 10/11/17 | Debit Card Purchase 10/08 06:35p #9463  J2 EFAX SERVICES  3238173205 CA 17283  Misc Mail & Phone orders | 21.90 | | 1,723.45 |
| 10/11/17 | Debit Card Purchase 10/08 08:32p #9463  MEE'S NOODLE   NEW YORK   NY 17283  Restaurant/Bar | 30.90 | | 1,692.55 |
| 10/11/17 | Debit Card Purchase 10/06 04:30p #9463  STAPLES  00101040 MANHATTAN NY 17280  Specialty Retail stores | 41.42 | | 1,651.13 |
| 10/11/17 | Debit Card Purchase 10/07 08:20p #9463  ARK BRYANT PARK   NEW YORK   NY 17282  Restaurant/Bar | 88.83 | | 1,562.30 |
| 10/12/17 | Debit PIN Purchase  AMISH MARKET 240 E 45T NEW YORK   NYUS05154 | 40.95 | | 1,521.35 |
| 10/12/17 | Debit Card Purchase 10/09 #9463  THE PATIO   NEW YORK  NY 17284  Restaurant/Bar | 8.35 | | 1,513.00 |
| 10/12/17 | Debit Card Purchase 10/09 08:19a #9463  C3 . CIBO EXPRESS C131 NEWARK  NJ 17284  Food & Beverages | 10.47 | | 1,502.53 |
| 10/12/17 | Debit Card Purchase 10/09 08:24a #9463  C3 . CIBO EXPRESS C138 NEWARK  NJ 17284  Restaurant/Bar | 11.75 | | 1,490.78 |
| 10/12/17 | Debit Card Purchase 10/04 #9463  TLF*BIG APPLE FLORIST NEW YORK   NY 17284  Specialty Retail stores | 39.19 | | 1,451.59 |
| 10/12/17 | Debit Card Purchase 10/09 11:08p #9463  PUBLIC HOUSE   LAS VEGAS  NV 17284  Restaurant/Bar | 52.38 | | 1,399.21 |
| 10/12/17 | Debit Card Purchase 10/09 10:12p #9463  GEEKSQUAD RENE00015826 RICHFIELD  MN 17284  Specialty Retail stores | 54.43 | | 1,344.78 |
| 10/12/17 | Debit Card Purchase 10/09 03:55p #9463  VENETIAN PALAZZO FRT D LAS VEGAS  NV 17284 | 450.00 | | 894.78 |
| 10/13/17 | Debit Card Purchase 10/10 04:05p #9463  SANDS EXPO & CONV CTR LAS VEGAS  NV 17285  Recreational Services | 16.51 | | 878.27 |

# citi  Citi Priority

October 1 - October 31, 2017  Page 5 of 8
AARON ETRA,
Citi Priority Account 4974070873

## Checking Continued

### Interest Checking  4974070873

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/24/17 | Debit Card Purchase 10/21 02:10p #9463 AMAZON MKTPLACE PMTS AMZN COM/BILL WA 17296 Specialty Retail stores | 20.00 | | 953.62 |
| 10/24/17 | Debit Card Purchase 10/21 01:34p #9463 SO 'SO 'FRIENDS OF DAG New York NY 17296 Membership & organizations | 25.00 | | 928.62 |
| 10/24/17 | Debit Card Purchase 10/22 12:05a #9463 EB CHINAS ECONOMY AND 8014137200 CA 17296 Misc Business Services | 37.92 | | 890.90 |
| 10/25/17 | Debit Card Purchase 10/22 09:40p #9463 Sip Sak New York NY 17297 Restaurant/Bar | 94.66 | | 796.24 |
| 10/26/17 | Debit PIN Purchase AMISH MARKET 240 E 45T NEWYORK NYUS05154 | 29.93 | | 766.31 |
| 10/26/17 | Debit Card Purchase 10/23 08:51p #9463 MTA MVM*R240 GRAND CPS NEW YORK NY 17296 Misc Transportation | 10.00 | | 756.31 |
| 10/26/17 | Debit Card Purchase 10/23 06:37p #9463 NYCTAXI3H83 LONG ISLAND C NY 17296 Misc Transportation | 13.30 | | 743.01 |
| 10/27/17 | Debit PIN Purchase AMISH MARKET 240 E 45T NEW YORK NYUS05154 | 9.41 | | 733.60 |
| 10/27/17 | Debit PIN Purchase Duane Reade STO #62 2NDNEW YORK NYUS05159 | 67.48 | | 666.12 |
| 10/27/17 | Debit Card Purchase 10/25 10:58a #9463 NYCTAXIBP39 LONG ISLAND NY 17299 Misc Transportation | 6.80 | | 659.32 |
| 10/27/17 | Debit Card Purchase 10/25 04:40P #9463 STAPLES 00101840 MANHATTAN NY 17299 Specialty Retail stores | 34.13 | | 625.19 |
| 10/30/17 | Transfer from Checking 10/28 08:48a VIA CBUSOL REFERENCE # 091967 | | 5,000.00 | 5,625.19 |
| 10/30/17 | Debit PIN Purchase MORTONWIL 906 2ND AVE NEW YORK NYUS05154 | 5.99 | | 5,619.20 |
| 10/30/17 | Debit PIN Purchase MORTONWIL 906 2ND AVE NEW YORK NYUS05154 | 8.70 | | 5,610.50 |
| 10/30/17 | Debit PIN Purchase DIPLOMATIC DUTY 886 2ndNew York NYUS05153 | 82.75 | | 5,527.75 |
| 10/31/17 | Debit Card Purchase 10/27 09:43a #9463 STAPLES 00101840 MANHATTAN NY 17301 Specialty Retail stores | 19.67 | | 5,508.08 |
| 10/31/17 | Debit Card Purchase 10/28 02:07a #9463 EB COLUMBIA CONNECTS 8014137200 CA 17301 Misc Business Services | 27.24 | | 5,480.84 |
| 10/31/17 | Debit Card Purchase 10/27 05:19p #9463 FEDEX 789242431709 MEMPHIS TN 17303 Misc Transportation | 50.00 | | 5,430.84 |
| 10/31/17 | Debit Card Purchase 10/26 #9463 JOSABANK CLOTHIERS 409 06002652265 MD 17301 Misc Mail & Phone orders | 69.00 | | 5,361.84 |
| 10/31/17 | Debit Card Purchase 10/27 05:06p #9463 MET MUSEUM TELEPHONE 02126502427 NY 17301 Specialty Retail stores | 100.00 | | 5,261.84 |
| 10/31/17 | Cash Withdrawal 10:44a #9463 Non Citi ATM RBA MAKSIM RSKA 82 ZAGREB HR051 | 267.14 | | 4,994.70 |
| 10/31/17 | Debit Card Purchase 10/28 03:53p #9463 SEPHORA 394 NEW YORK NY 17303 Specialty Retail stores | 326.08 | | 4,668.62 |
| 10/31/17 | Interest for 31 days. Annual Percentage Yield Earned 0.03% | | 0.04 | 4,668.66 |
| | Total Subtracted/Added | 5,244.62 | 8,600.04 | |
| 10/31/17 | Closing Balance | | | 4,668.66 |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.