## NOTICE OF TERMINATION

September 15, 2022

**VIA HAND DELIVERY**
**VIA CERTIFIED MAIL**
Aaron Etra
240 East 47th Street, 12A
New York, New York 10017

Re:   Termination of Tenancy for the premises identified as Unit 12A (all rooms), 240 East 47th Street, New York, New York ("Subject Premises")

To:   AARON ETRA, and to any and all persons occupying the Subject Premises:

**PLEASE TAKE NOTICE** that the Landlord hereby elects to terminate your tenancy of the Subject Premises, now held by you under monthly hiring.

**PLEASE TAKE FURTHER NOTICE**, that unless you remove from the Subject Premises on or before December 31, 2022, the day on which your term expires, that being more than thirty days from the date of service of this notice upon you, the Landlord will commence summary proceedings to remove you from the Subject Premises for the holding over after the expiration of your term and will demand the value of your use and occupancy of the Subject Premises during such holding over.

Dated:   New York, New York
         September 15, 2022

_Seaver Wang_
Seaver Wang, Owner