12/7/22, 1:31 PM

PACER: Manage My Account

# PACER Maintenance, 12/11/2022

Our systems will undergo maintenance on Sunday, December 11, 2022, from 6:55 a.m. to 6:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government. Here's how you know. ⌄

Log in to PACER Systems →

| | |
|---|---|
| Account Number | 7180872 |
| Username | aaronetra |
| Account Balance | $0.00 |
| Case Search Status | Active |
| Account Type | Upgraded PACER Account |

**Settings**   Maintenance   Usage

Change Username
Change Password
Set Security Information

Update PACER Billing Email
Set PACER Billing Preferences

PACER FAQ

Privacy & Security

Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov