**Subject:** Activity in Case 1:20-cv-03384-VEC-KHP Benthos Master Fund, Ltd. v. Etra Declaration in Opposition to Motion

**Date:** Tuesday, December 6, 2022 at 12:57:34 PM Eastern Standard Time

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**To:** CourtMail@nysd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/6/2022 at 12:56 PM EST and filed on 12/6/2022

**Case Name:** Benthos Master Fund, Ltd. v. Etra

**Case Number:** 1:20-cv-03384-VEC-KHP

**Filer:** Aaron Etra

**Document Number:** 235

### Docket Text:

DECLARATION of Aaron Etra, Re: in Opposition to re: [209] MOTION to Comply *to hold Respondent in contempt of court pursuant to FRCP 42, 45(g), and 18 U.S.C. 401.* Document filed by Aaron Etra. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6)(sc)

### 1:20-cv-03384-VEC-KHP Notice has been electronically mailed to:

Steven Richard Popofsky    spopofsky@kkwc.com, etaylor@kkwc.com, jremi@kkwc.com

Joshua Kallman Bromberg    jbromberg@kkwc.com, etaylor@kkwc.com, jremi@kkwc.com

Alisa Benintendi    abenintendi@kkwc.com, etaylor@kkwc.com, jremi@kkwc.com

Aaron Etra    AARON@ETRA.COM

### 1:20-cv-03384-VEC-KHP Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/6/2022] [FileNumber=28732428-0] [b46f81352fc2d21d2757d23b95038ff860563f87ebf9435cfb147fee441e77f2f8
6f8d04ad1ab03e274b8274d497e34ea9373b125b39fe94bc959b9754931e65]]