**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2022
```

Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

December 7 2022

(Via Email to Temporary Pro Se Filing NYSD)
Judge Valerie Caproni
U.S. District Court
40 Foley Square- Room 240
New York, NY 10007

Re: Benthos v. Etra 20 cv 03384- Your Orders regarding Electronic Filing and PACER

Dear Judge Caproni,

You have already recognized that I filed the electronic filing consent form.

Please now note that, not only DID I apply for the PACER authentication token, but it arrived today and I immediately activated the account (see attached).

I tried to find PACER training courses in which to enroll. However, in-person courses are currently not being held, there are only a few online subjects which are not applicable to me in this case and the help desk said there was nothing more available, nor did ECF support. They all said that the only thing they could guide me to, including the pro see office, was the same EFC training you sent me, which was inapplicable.

However, I believe that what you wanted has been achieved already without anything more needing to be done by me. Please see the attached showing that what I send to Pro Se Filing , in this instance my Declaration and its Exhibits, of December 6th, goes immediately up onto electronic filing and I am receiving emails from the NYSD_ECF_Pool@nysd.uscourts.gov along with 3 members of Petitioner's legal team pursuant to the filing I did of the Electronic Consent From.

Please confirm that I have sufficiently complied with what Your Honor wished to be in place regarding communications and can function accordingly, including what you had ordered me to do tomorrow and Friday.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.

Because the Court is currently not offering ECF training, Mr. Etra is no longer required to complete the training by Thursday, December 8, 2022. Mr. Etra is hereby authorized by the Court to file electronically via ECF. Mr. Etra must henceforth file electronically rather than through the Pro Se Office, and will thereby be in full compliance with the Court's order at Dkt. 224.

SO ORDERED.

*[signature]*   12/08/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE