USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                  Petitioner,

     -against-

AARON ETRA,

                  Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties are scheduled to appear before the Court regarding Petitioner's pending contempt motion on Wednesday, December 14, 2022 at 11:00 A.M., *see* Dkt. 212; and

    WHEREAS the Court authorized Respondent to address the contempt motion and Petitioner's spreadsheets regarding his purportedly deficient document productions and purportedly unauthorized spending orally at the hearing, *see* Dkt 232;

    IT IS HEREBY ORDERED that should Respondent wish to bring his personal computer to the December 14 conference, not later than **Monday, December 12, 2022**, he must e-mail a proposed order authorizing him to bring his personal computer into the Courthouse. A fillable version of the order is available at https://www.nysd.uscourts.gov/sites/default/files/2020-06/Electronic%20Dev.pdf. Respondent **must bring a copy** of the signed Order and present it to security upon bringing his personal computer into the Courthouse.

**SO ORDERED.**

Date: December 8, 2022
      New York, New York

                                  **VALERIE CAPRONI**
                                  **United States District Judge**