**MEMO ENDORSED**

Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

December 9, 2022

(Via Email to Temporary Pro Se Filing NYSD)
Judge Valerie Caproni
U.S. District Court
40 Foley Square- Room 240
New York, NY 10007

Re: Benthos v. Etra 20 cv 03384- Your Orders regarding Electronic Filing and PACER

Dear Judge Caproni,

Thank you for your Order(s) of December 7, 2022, and your understanding that that the Court is no longer offering ECF training and therefore I am no longer required to complete the training by December 8th.

As to that part of the order requiring ECF filing, I again contacted the Pro Se office today to discuss complying with your Order. They confirmed, after an extensive discussion, three very relevant things:  1 ) once again, that there were no courses available and no way for me to learn how to file currently via ECF without training or knowledge to do so 2) that sending my filings to the Pro Se office reliably accomplishes the desired result because they post the material and I receive confirmation that it was sent to all parties, and 3) that my having filed the Electronic Consent Form this past week ensures that I can receive postings by all concerned for all notices.

Under these circumstances, I respectfully request that I have honored your Order(s), including calling for action due at noon today, by continuing to send my filings to the Pro Se Office and by checking the emails I now receive from the ECF system.

Thank you for your understanding.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.

Application DENIED. Mr. Etra should consult the detailed instructions regarding the ECF system available on the Court's website (https://www.nysd.uscourts.gov/electronic-case-filing), and should contact the ECF Help Desk at 212-805-0800 if he encounters any issues.

SO ORDERED.

*[signature]* 12/09/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE