# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LLC
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 03384 (VEC)( )

-against-

**NOTICE OF APPEAL**

AARON ETRA
(List the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 09 2022

Notice is hereby given that the following parties: AARON ETRA

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☒ order  entered on: December 2, 2022.

that: Ordered respondent, a pro se litigant, to file a proper consent to electronic service form by December 5, 2022, or be held in contempt and jailed for his failure to comply; ✓

Ordered respondent to have completed ECF training by December 8, 2022;

Ordered respondent to make a motion for permission for electronic case filing by no later than noon, Friday, December 9, 2022 , or show cause why he should not be held in contempt and jailed for his failure to comply; and after the Court grants his motion, respondent must from that point forward file documents himself via ECF rather than sending filings through the Pro Se Office.

Dated DECEMBER 5, 2022

Signature*

ETRA, AARON
Name (Last, First, MI)

240 E.47TH ST., APT. 12A   NEW YORK   NY   10017
Address                    City        State Zip Code

917-856-3500                           aaron@etra.com
Telephone Number                       E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13