Exhibit 49

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Thursday, October 6, 2022 11:31 AM
**To:** Parker NYSD Chambers
**Cc:** Steven Popofsky
**Subject:** Re: 20-cv-3384 Benthos v. Etra Order

Dear Judge Parker,

As always, Mr. Poposky selectively exaggerates and ignores.

He has seen me in Judge Caproni's courtroom the one time my frail health permitted me to attend. I am 81 years of age with multiple hematology, oncology and GI conditions, with recent consequences of being hit by an MTA bus, shingles and always prone to viruses.

My travels have been limited to either sources of therapy or where it is available.

Mr. Popofsky has continued to attack me with his Subpoenas, Restraining Orders and Contempt Motions, knowing I am a sole pro se non-litigator and that I cannot afford private legal assistance and do not have Benthos funds or any other funds to meet the outsized award which he is enforcing. He gives me no reasonable time to deal with all of them while contacting as recently as this week who is acknowledged (even in a letter to Your Honor) to be the source of the settlement whose amount he set and has agreed to.

For all these reasons, I have requested that Your Honor accept what I have already filed with you and give Mr. Popofsky time to formulate his questions and send them with any documents he has to me for answering at a reasonable time after October 18th.

Respectgfully,

Aaron Etra
917-856-3500

---

**From:** Steven Popofsky <SPopofsky@kkwc.com>
**Date:** Thursday, October 6, 2022 at 10:44 AM
**To:** Parker NYSD Chambers <Parker_NYSDChambers@nysd.uscourts.gov>
**Cc:** Aaron Etra <aaron@etra.com>, Ellie Taylor <etaylor@kkwc.com>
**Subject:** RE: 20-cv-3384 Benthos v. Etra Order

Dear Judge Parker:

Petitioner would be happy to conduct the hearing by Zoom or any other remote means. Although I would prefer not to expose myself to the courthouse if avoidable, I am also prepared to appear in your courtroom with Mr. Etra appearing remotely. In either event we respectfully request that the hearing proceed.

Although I have not been able to view Mr. Etra's attachment, I respectfully dispute that I have "seen [his supposedly] frail health." This individual traveled to Europe at least <u>nine</u> times over the

past two years, including recently and including <u>three</u> times during the Covid pandemic before he, or anyone else in the world, could have been vaccinated.  He has selectively invoked health issues over the past two years and should not be permitted to continue to do so.

   Nonetheless, of course we do not seek to require him to attend in person if he claims to be potentially contagious.

**STEVEN R. POPOFSKY**
**D**  212.880.9882   |   spopofsky@kkwc.com
**F**  212.986.8866   |



**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
500 Fifth Avenue, New York, NY 10110
kkwc.com   |   Follow us on LinkedIn

Read our latest insights and sign up to receive our latest client alerts, invitations to events and more.

---

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Thursday, October 6, 2022 10:34 AM
**To:** Parker NYSD Chambers <Parker_NYSDChambers@nysd.uscourts.gov>
**Cc:** Steven Popofsky <SPopofsky@kkwc.com>
**Subject:** FW: 20-cv-3384 Benthos v. Etra Order

Dear Judge Parker,

I woke up this morning shivering, sneezing and coughing. I took my vitals and I am attaching the results which are dangerously high and way outside my safe zone for anything other than staying at home or going to the hospital if they continue to deteriorate. It may mean also that I contracted a virus while praying in community these days of the Jewish High Holidays and I am contagious.

Please advise what you want me to do regarding the hearing . If I can still maintain this level I  will try to stay at home and can participate by phone or zoom. If I have to go to the hospital, and I will advise you, that will not be possible.

Mr. Popofsky has seen my frail health in person and I have advised Your Honor and all other judges of it. It was one reason why I respectfully asked to be given sufficient time to deal with all of Mr. Popofsky's questions and demands after this High Holiday period, including for this evidentiary hearing, while filing with Your Honor in advance all the evidence I can provide and having received nothing from Mr. Popofsky.

I await hearting from Your Honor.

Respectfully,

Aaron Etra
Tel. 917-856-3500