# Exhibit 50

1:56

**Aaron**

> The electricity bill indicates that you perhaps aren't in the unit? If no progress by weekend we can come to an arrangement so that I can rent out the unit asap?

No A/c or heating used during this period. We will be ok soonest.

> I am aware of the judgement against you, does not seem likely.

> Would like to resolve amicably

Nov 8, 2021, 1:12 PM

Yes, there is a settlement on the table, it just needs to be funded, and will be.

> Time frame then? Missed every deadline

The picture will indeed be

1:56



Aaron

**The picture will indeed be clearer at the end of the week. I will report**

Nov 12, 2021, 8:05 PM

**After an intensive week, very pleased to report that funds for clearing all have been committed, including funding an agreed settlement of the judgment (which should be done first to avoid any action against you). Will begin implementing this coming week and keep you informed as well as paying through December.
If you wish, I will prepay some months of 2022.**

Nov 13, 2021, 4:04 PM

> Ok. If you are able, prepayment of some months in 2020 would be appreciated.

**Will do, Seaver**



**Aaron**

Sun, Jan 16, 3:27 PM

> Hello Aaron. Where do we stand? Every deadline you have given me has come and gone. I was hoping to avoid the court system as it will be messy for everyone but that will be the my last option. The eviction moratorium ended yesterday. As always, I will be more than reasonable. I will even accept partial payment for a short time to give you even more time.

Hope to start the payments as soon as I get the clearance which should be this week. Please provide current account details as it met be a new bank sending the funds. Thanks

> Very well. I will send wire info shortly

Thanks



1:59

**Aaron**

K

Wed, Feb 16, 2:29 PM

Hearing was today. Judge took it under advisement and we need to see that outcome

Time frame? And what was taken into advisement?

Judge needs to decide how my debts can be settled. Timing is usually fairly prompt by judge. Funds for settlement and debts payment being raised in parallel and expect to be faster.

Reasonable to think that there will be funds left for back rent? Or partial?

Yes, all is in for coverage

Ok



**Aaron**

I will keep you current

Tue, Mar 29, 1:12 PM

$120.61 electric. Any word from judge

Thanks. Hopefully, warmer days ahead and to hear from the Judge any day now.

Thu, Apr 7, 3:47 PM

Any indications from the judge?

Not yet. Indications it may come before the end of the month. Also working on the settlement with that timing in mind.

Fri, Apr 29, 12:52 PM

Electric$70.92. Please let me know if there is an update on funds.



**Aaron**

Thanks
Yes, believe the lawyers are willing to consider a reasonable offer and that is the current focus as it will free things up for all. Hope for more good news soonest.

> Time frame? Days? Weeks? Months?

Realistically, weeks to months. Want it to be soonest and believe this is now finally shared by all.

*Wed, Jun 1, 6:38 PM*

> $61.10 electricity

Thank you, Seaver

*Mon, Jun 27, 10:02 AM*

> $37.93 for electric

*Mon, Jun 27, 11:23 AM*





> Hope you had a happy 4th. You were going to give me an update?

Yes, thank you, and I hope you and your family had a good holiday weekend. Making progress on the settlement which will permit full updating of payments and freedom going forward. Will keep you current. Thanks

> Time frame?

Nobody wants this to go beyond this month.

> Ok
> Thx

Thank you.

Fri, Jul 29, 9:09 AM

> $59.07 for electric. Update ? Resolution by next month?



2:00



Aaron

Thanks on electric. Please provide an updated invoice including August.
Believe the end is truly in sight, as early as next week and will keep you current.
Closing up the balcony door imminently and still no swimming pool functioning

Fri, Jul 29, 2:26 PM

Thanks for the invoice

Fri, Aug 26, 2:49 PM

$57.52. Any movement on the settlement?

Thank you for this information. Yes, parties have agreed on the numbers and are working on the implementation.

Can you share what is allocated for me?







**Aaron**

100% to you

> Do u have a $ amount?

I want you paid thru Sptember and going forward normally. I have fought for it as first priority

> Ok, and of course timing?

> I would like by first week of next month th

Yes, by the end of September all should be wrapped up

> Ok, I will hold u to that final deadline

Yes

Wed, Sep 28, 7:46 AM

> $49.46 electricity

Sent as Text Message



Aaron

Sent as Text Message

Wed, Sep 28, 8:53 AM

Thank you

Mon, Oct 3, 2:44 PM

Hi Aaron. As per your previous text, you indicated all would be wrapped up by September. Where do we stand now?

Advised that end of summer and Jewish holidays have delayed finalization but should be done soonest possible this month. I suggest I contact you for our get together when this is in place. Thank you

Tue, Oct 25, 11:20 AM

$37.12 electricity.

Read 10/25/22

Tue, Oct 25, 12:22 PM

Thanks, Seaver.
I believe we are almost there in



**Aaron**

Mon, Oct 3, 2:44 PM

> Hi Aaron. As per your previous text, you indicated all would be wrapped up by September. Where do we stand now?

Advised that end of summer and Jewish holidays have delayed finalization but should be done soonest possible this month. I suggest I contact you for our get together when this is in place. Thank you

Tue, Oct 25, 11:20 AM

> $37.12 electricity.

Read 10/25/22

Tue, Oct 25, 12:22 PM

Thanks, Seaver.
I believe we are almost there in getting back on track to provide comfort and end what has been the constraint.

