# Exhibit 52

**From:** S Wang <theahsea@gmail.com>
**Sent:** Wednesday, November 16, 2022 2:23 PM
**To:** Steven Popofsky
**Subject:** Fwd: Fw: 12A

I received this E-mail from him after he was served with lease termination papers. FYI, we have not had any meetings.

Dear Seaver,

I am recovering from Shingles, probably exacerbated by mild covid. So, being awakened on Thursday at 6.45am was not welcomed as I thought it was another attack by Mr. Popofsky, even though that matter has been progressing otherwise.

It was not at all expected to find out on Friday that I was being served with a lease termination by you in the week before we had agreed to bring things together. I was so totally surprised that I cannot seem to find that one sheet of paper I was given.

I am sure you know that the building has not been the same with noisy and dirty outside works seemingly endless and the swimming pool still far from useable. It is, notwithstanding, my home.

Under current circumstances, I will be taken care of by my family through the Jewish holidays and ask that we schedule that get together at a time convenient to you beginning October 14th. Please advise when works best.

With thanks and best regards,

Aaron