

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

December 9, 2022

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

    In accordance with the Court's Order at Dkt. 218, we will today be filing (and we enclose) the three spreadsheets ordered, together with a complete copy of the deposition transcript of Mr. Etra's testimony on April 12, 2019 in the case of *Benthos v. Evans* in New York State Supreme Court.

    With regard to the transcript, we advise the Court that the aforementioned case related solely to the merits of the underlying dispute that eventually gave rise to the federal judgment being enforced against Mr. Etra. Although the issue of Mr. Etra's "European bank account" arose briefly at his deposition, the deposition did not – contrary to his repeated implications – have anything whatsoever to do with judgment enforcement (no judgment against him existed as of April 2019) or with the nature or extent of Mr. Etra's assets.

Respectfully yours,

Steven R. Popofsky

Enclosures

cc (w/encls): Aaron Etra (by ECF)