# Exhibit 1

## Spreadsheet 1 (per Dkt. 218)
## Items Remaining Unproduced

| Description of Item | Relevant Document Request and Docket Number | Date of Court Order(s) Requiring Production |
|---|---|---|
| Bank statements since June 30, 2022 for accounts other than Piermont 0362. No statements have been produced for Piermont 2060; M&T 3441 (IOLA); and Piermont 2292 (IOLA). No explanation provided. | Dkt. 211-6, Request No. 3 (modified and limited in Dkt. 211-24 at p. 5 and noted by the Court in Dkt. 211-10 at p. 15 n.12). Dkt. 211-4 from 2020 also required supplementation (see Request Nos. 3 and 49 and Instruction L). | 9/26/22 (Dkt. 211-10). Because the 2020 subpoena, Dkt. 211-4, required supplementation, Judge Nathan's prior orders (Dkt. 39, 54, 59 on 12/4/20, 1/5/21 and 1/21/21, respectively) also required production. |
| Post-judgment communications sent or received by Mr. Etra concerning various specified subjects relevant to judgment enforcement. Extraordinarily limited production, as discussed in Dkt. 211 at paras. 33-41 and the Reply Declaration at paras. 20-21. | Dkt. 211-6, Request No. 1: "All documents concerning communications since the date of the Judgment (August 13, 2020) sent or received by You concerning (i) Your financial status, (ii) any attempts (by anyone) to obtain or provide funds from which to satisfy the Judgment (in whole or in part), (iii) any and all Court orders issued in this matter since August 13, 2020, and (iv) petitioner's or petitioner's counsel's judgment enforcement efforts, to or from any person or entity whatsoever (excluding communications with | 9/26/22 (Dkt. 211-10). |
| Bank statements for the last five months of 2017. Only one statement has been produced. | Dkt. 211-6, Request. No. 2. | 9/26/22 (Dkt. 211-10). |
| Communications concerning Mr. Etra's escrow services. [Excluding the Escrow Agreements themselves, addressed separately below.] | Dkt. 211-6, Request No. 5, quoted in Dkt. 211, p. 15 n.8, including a cross-reference to Dkt. 211-7, Request No. 1. | 9/26/22 (Dkt. 211-10). |

| Description of Item | Relevant Document Request and Docket Number | Date of Court Order(s) Requiring Production |
|---|---|---|
| Zero communications have been produced (other than one letter from Mr. Allesch), without explanation. | See also Dkt. 211-4 from 2020, Request No. 32 (as well as Nos. 17, 18, 20 and 49). | Judge Nathan's prior orders (Dkt. 39, 54, 59 on 12/4/20, 1/5/21 and 1/21/21, respectively) also required production, including of responsive documents after those dates due to the obligation to supplement. |
| Communications exchanged with Mr. Etra's residence landlord.<br><br>Only two documents were produced (a single rent statement and a Notice of Termination belatedly produced on 12/6). Zero e-mails, texts or other communications were produced by Mr. Etra, although the landlord has provided several e-mails and text messages. | Dkt. 211-6, Request No. 6.<br><br>See also Dkt. 211-4 from 2020, Request Nos. 27 and 35 (as well as Nos. 13 and 29). | 9/26/22 (Dkt. 211-10).<br><br>Judge Nathan's prior orders (Dkt. 39, 54, 59 on 12/4/20, 1/5/21 and 1/21/21, respectively) also required production, including of responsive documents after those dates due to the obligation to supplement. |
| Communications exchanged with Mr. Etra's business landlord.<br><br>Zero have been produced (nor has Mr. Etra stated that none exist). | Dkt. 211-6, Request No. 7.<br><br>See also Dkt. 211-4 from 2020, Request Nos. 13, 29, 35 and possibly 28. | 9/26/22 (Dkt. 211-10).<br><br>Judge Nathan's prior orders (Dkt. 39, 54, 59 on 12/4/20, 1/5/21 and 1/21/21, respectively) also required production, including of responsive documents after those dates due to the obligation to supplement. |
| Information about Mr. Etra's escrow services, in several specified respects. | Dkt. 211-7, Request No. 1, quoted in full at Dkt. 211, p. 15 n.8. | 9/26/22 (Dkt. 211-10). |

12316746.2                                    2

| Description of Item | Relevant Document Request and Docket Number | Date of Court Order(s) Requiring Production |
|---|---|---|
| The purported response was grossly deficient, as demonstrated at Dkt. 211, paras. 49-51 and the Reply Declaration at paras. 25-26. | See also Dkt. 211-5 from 2020, Request No. 15. | Jdge Nathan's prior orders (Dkt. 39, 54, 59 on 12/4/20, 1/5/21 and 1/21/21, respectively) also required some of the information more specifically requested in 2022. |
| Listing of all bank and brokerage accounts since 2017.<br><br>Mr. Etra's wholly deficient response is addressed at Dkt. 11, para. 52 and the Reply Declaration at paras. 39-40. | Dkt. 211-7, Request No. 4.<br><br>See also Dkt. 211-5 from 2020, Request No. 1 (identical request but only since 2018). | 9/26/22 (Dkt. 211-10).<br><br>Judge Nathan's prior orders (Dkt. 39, 54, 59 on 12/4/20, 1/5/21 and 1/21/21, respectively) also required all of the information (except for 2017) requested again in 2022. |
| "Identify and itemize Your current monthly living expenses."<br><br>Mr. Etra's wholly deficient responses are addressed at Dkt. 11, para. 52 and the Reply Declaration at paras. 33-37. | Dkt. 211-7, Request No. 2. | 9/26/22 (Dkt. 211-10). |
| Escrow Agreements<br><br>Of 41 identified Escow Agreements, Mr. Etra has produced 13 seemingly complete ones and five more that do not include client identifying information and/or are only partial, as set forth in Dkt. 211 at paras. 53-56. | Dkt. 211-4, Request No. 32; Dkt. 211-6, Request No. 4. | 9/26/22 (Dkt. 211-10).<br><br>Judge Nathan's prior orders (Dkt. 39, 54, 59 on 12/4/20, 1/5/21 and 1/21/21, respectively) also required production, including of responsive documents after those dates due to the obligation to supplement. |

| Description of Item | Relevant Document Request and Docket Number | Date of Court Order(s) Requiring Production |
|---|---|---|
| | | Judge Caproni also ordered production of the Escrow Agreements on numerous occasions prior to allowing Mr. Etra to move belatedly to quash the applicable requests (the motion that was denied in Dkt. 211-10). |
| Credit card statements.<br><br>Very limited production has been made, and no American Express statements have been produced (see Dkt. 211 at para. 48, the recently-produced references to American Express at page 9 of Dkt. 235-4, and Mr. Etra's references to "Credit Card Payments monthly" at Exhibit 23, Item No. 2 at page numbered 4). | Dkt. 211-6, Request No. 3.<br><br>See also Dkt. 211-4 from 2020, Request No. 4. | 9/26/22 (Dkt. 211-10).<br><br>Judge Nathan's prior orders (Dkt. 39, 54, 59 on 12/4/20, 1/5/21 and 1/21/21, respectively) also required production, including of responsive documents after those dates due to the obligation to supplement. |