Exhibit 2

Spreadsheet 2 (per Dkt. 218)

Post-Judgment Deposits of $500+ Into Personal Accounts

**Spreadsheet #2 (per Dkt. 218)**

**All known deposits of >$500 in A. Etra's Bank Accounts since August 27, 2020**

| Name of Account | Date of Deposit | Payor (if known) | Deposit Amount | Document for reference |
|---|---|---|---|---|
| M&T Account ending in -3433 | 9/16/2020 | kuantamu zhu shi TrnWise 141722494 | $5,000 | Dkt. 129, page 4 |
| Piermont Account ending in -0362 | 8/11/2021 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,601.40 | Dkt. 129, page 49 |
| Piermont Account ending in -0362 | 9/8/2021 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,601.40 | Dkt. 129, page 51 |
| Piermont Account ending in -0362 | 11/10/2021 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,601.40 | Dkt. 129, page 53 |
| Piermont Account ending in -0362 | 12/8/2021 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,601.40 | Dkt. 129, page 55 |
| Piermont Account ending in -0362 | 1/12/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 57 |
| Piermont Account ending in -0362 | 2/9/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 59 |
| Piermont Account ending in -0362 | 3/9/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 61 |
| Piermont Account ending in -0362 | 4/13/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 63 |
| Piermont Account ending in -0362 | 5/11/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 65 |
| Piermont Account ending in -0362 | 6/8/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 67 |
| Piermont Account ending in -2060 | 10/26/2020 | "Mobile Capture Deposit" | $2,874.22 | Dkt. 192-12, page 22 |
| Piermont Account ending in -2060 | 11/25/2020 | "Mobile Capture Deposit" | $2,732.56 | Dkt. 192-12, page 26 |
| Piermont Account ending in -2060 | 12/21/2020 | Incoming Wire 44466586 NHAT M NGUYEN#MAI-HUE TRAN | $25,000.00 | Dkt. 192-12, page 30 |
| Piermont Account ending in -2060 | 4/14/2021 | Checking Account Transfer from Piermont IOLA Account Ending 2292 | $8,000.00 | Dkt. 192-12, page 52 |
| Piermont Account ending in -2060 | 6/21/2021 | Checking Account Transfer from Piermont Account Ending in 0362 | $10,000.00 | Dkt. 192-12, page 65 |
| Piermont Account ending in -2060 | 8/5/2021 | "internal" | $2,000.00 | Dkt. 192-12, page 74 |
| Piermont Account ending in -2060 | 8/18/2021 | Checking Account Transfer from Piermont Account Ending in 0362 | $8,000.00 | Dkt. 192-12, page 77 |
| Piermont Account ending in -2060 | 9/23/2021 | Checking Account Transfer from Piermont Account Ending in 0362 | $1,000.00 | Dkt. 192-12, page 86 |
| Piermont Account ending in -2060 | 10/12/2021 | Business Internet Transfer from Piermont IOLA Account Ending in 2292 | $10,000.00 | Dkt. 192-12, page 90 |
| Piermont Account ending in -2060 | 12/20/2021 | Business Internet Transfer from Piermont IOLA Account Ending in 2292 | $1,000.00 | Dkt. 192-12, page 102 |
| Piermont Account ending in -2060 | 3/24/2022 | Checking Account Transfer from Piermont Account Ending in 0362 | $7,000.00 | Dkt. 192-12, page 110 |
| Piermont Account ending in -2060 | 4/29/2022 | Business Internet Transfer from Piermont IOLA Account Ending in 2292 | $5,000.00 | Dkt. 192-12, page 114 |
| Piermont Account ending in -2060 | 6/3/2022 | Checking Account Transfer from Piermont Account Ending in 0362 | $6,000.00 | Dkt. 192-12, page 120 |
| Piermont Account ending in -2060 | 6/14/2022 | 10052683 Wise Inc From Regent Exhibitions Limited Via WISE | $1,200.00 | Dkt. 192-12, page 120 |
| Piermont Account ending in -0362 | 7/13/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 235-4, page 1 |
| Piermont Account ending in -0362 | 8/10/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 235-4, page 3 |
| Piermont Account ending in -0362 | 9/14/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 235-4, page 5 |
| Piermont Account ending in -0362 | 9/16/2022 | Checking Account Transfer from Piermont IOLA Account Ending in 2292 | $4,264.00 | Dkt. 235-4, page 5 |