# Exhibit 3

Case 1:20-cv-03384-VEC-KHP   Document 243-3   Filed 12/09/22   Page 1 of 7

**Spreadsheet 3 (per Dkt. 218)**
**IOLA Withdrawals Seemingly For Respondent's Benefit[1]**

*Note:*     *Respondent has not produced any statements from either of his known IOLA accounts since the end of June 2022.*

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| Piermont x2292 (Dkt. 211-18) | 8/5/2021 | Piermont x2060 (Dkt. 211-13) | $2,000 | Transferred to Mr. Etra's business account |
| Piermont x2292 (Dkt. 211-18) | 9/23/2021 | Piermont x2060 (Dkt. 211-13) | $1,000 | Transferred to Mr. Etra's business account |
| Piermont x2292 (Dkt. 211-18) | 10/12/2021 | Piermont x2060 (Dkt. 211-13) | $10,000 | Transferred to Mr. Etra's business account |
| Piermont x2292 (Dkt. 211-18) | 12/20/2021 | Piermont x2060 (Dkt. 211-13) | $1,000 | Transferred to Mr. Etra's business account |
| Piermont x2292 (Dkt. 211-18) | 4/29/2022 | Piermont x2060 (Dkt. 211-13) | $5,000 | Transferred to Mr. Etra's business account |
| M&T x3441 (Dkt. 211-17) | 3/22/2019 | Koraljka Gall Troselj | $1,000 | Transferred to Mr. Etra's wife |
| M&T x3441 (Dkt. 211-17) | 3/29/2019 | Koraljka Gall Troselj | $1,000 | Transferred to Mr. Etra's wife |
| M&T x3441 (Dkt. 211-17) | 4/3/2019 | Seaver Wang | $3,978.44 | Transferred to Mr. Etra's landlord |
| M&T x3441 (Dkt. 211-17) | 4/18/2019 | M&T x3433 | $2,000 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) | 6/12/2019 | M&T x3433 | $500 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) | 7/26/2019 | M&T x2433 | $1,000 | Transferred to Mr. Etra's checking account |

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| M&T x3441 (Dkt. 211-17) | 8/1/2019 | 6 "book transfer debits" to account numbers unknown to Petitioner | Total $154,855.80 | "book transfer debit" implies a transfer to another M&T account, presumably of Mr. Etra's |
| M&T x3441 (Dkt. 211-17) | 8/12/2019 | M&T x3433 | $5,000 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) | 1/6/2020 | M&T x3433 | $2,000 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) | 7/17/2020 | Seaver Wang | $4,039.75 | Transferred to Mr. Etra's landlord |
| M&T x3441 (Dkt. 211-17) | 9/17/2020 | Seaver Wang | $4,052.79 | Transferred to Mr. Etra's landlord |
| M&T x3441 (Dkt. 211-17) | 10/23/2020 | counter withdrawal | $800 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 10/28/2020 | counter withdrawal | $500 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 12/15/2020 | counter withdrawal | $500 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 7/23/2021 | Sea[v]er Wang | $150 | Transferred to Mr. Etra's landlord |

12316717.1

2

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| M&T x3441 (Dkt. 211-17) | 8/16/2021 | counter withdrawal | $900 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | Sept. 2021 | 8 payments to Paypal in various respects including 3 for "Apple.com bill" | Total $346.37 | These Paypal payments seem likely to have been for personal expenses |
| M&T x3441 (Dkt. 211-17) | 9/24/2021 | counter withdrawal | $900 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 10/1/2021 | counter withdrawal | $900 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 10/29/2021 | counter withdrawal | $800 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 12/7/2021 | counter withdrawal | $1,200 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |

12316717.1                                         3

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| M&T x3441 (Dkt. 211-17) | 12/16/2021 | counter withdrawal | $1,000 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | Dec. 2021 | 3 e-payments to "Amex" (presumably American Express) | Total $2637.80 | Payments to American Express would seem to have been for personal expenses (although Petitioner has no records of Mr. Etra having an Amex card during this period) |
| M&T x3441 (Dkt. 211-17) | 1/3/2022 | e-payment to "Amex" | $500 | See immediately above |
| M&T x3441 (Dkt. 211-17) | 1/21/2022 | Seaver Wang | $5,000 | Transferred to Mr. Etra's landlord |
| M&T x3441 (Dkt. 211-17) | 2/3/2022 | M&T x3433 | $200 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) M&T x3441 (Dkt. 211-17) | 3/4/2022 | e-payment to "Amex" | $1,921.54 | Payments to American Express would seem to have been for personal expenses, as above |
| M&T x3441 (Dkt. 211-17) | 3/7/2022 | Payment to a Capital One account of which Petitioner is unaware | $3,000 | This payment is immediately followed by an "ACH Dispute Credit" in the same amount, with a "case" number, all of which would seem unusual for a client transaction. |

12316717.1                                              4

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| M&T x3441 (Dkt. 211-17) | 3/22/2022 | "FPB Cr Card Internet Web217650614" | $400 | The reference to "cr[edit] card" seems to imply this was not a client transaction. |
| M&T x3441 (Dkt. 211-17) | 3/23/2022 | e-payment to "Amex" | $1,100 | Payments to American Express would seem to have been for personal expenses, as above |
| M&T x3441 (Dkt. 211-17) | 3/25/2022 | Counter withdrawal | $1,000 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 4/18/2022 | Regus Management | $268 | Transferred to the landlord of Mr. Etra's rented office |
| M&T x3441 (Dkt. 211-17) | 4/29/2022 | "CommerceWest Auto Tfr" | $500 | This appears to be a payment for automobile insurance |
| M&T x3441 (Dkt. 211-17) | 5/18/2022 | Regus Management | $268 | Transferred to the landlord of Mr. Etra's rented office |
| M&T x3441 (Dkt. 211-17) | 5/23/2022 | counter withdrawal | $1,000 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 6/17/2022 | Regus Management | $272.07 | Transferred to the landlord of Mr. Etra's rented office |
| M&T x3441 (Dkt. 211-17) | 6/30/2022 | counter withdrawal | $670.74 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |

12316717.1                                5

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| | | | | |

[1] Petitioner is construing "transferred to Respondent or to an affiliate of Respondent" to mean "for Respondent's personal benefit"; for example, a payment of rent from his IOLA account is not literally to "an affiliate" but Petitioner believes such transfers are within the meaning of the Court's order. (If Petitioner's understanding is incorrect we apologize to the Court.) In this regard, there are numerous transfers from Mr. Etra's account to individuals and entities unknown to Petitioner that might have been transfers to clients (although we have no way of knowing that), so those have not been identified here.

[2] Petitioner is identifying payees where accounts are not available, believing that the Court will want that information in the absence of an identified bank account to which funds were transferred.