# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LLC
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 03384 (VEC)( )

-against-

**NOTICE OF APPEAL**

AARON ETRA
(List the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2022

Notice is hereby given that the following parties: AARON ETRA

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☑ order   entered on: DECEMBER 9, 2022
(date that judgment or order was entered on docket)

that: denied respondent's request to allow respomdent to continue filing documents through the pro se office which is effective to post on ECF, as the Courts have stopped in person ECF training and there being no relevant training instructions for a pro se litigant on the ECF training page, and both the pro se office and the ECF Help Desk stating they have no training for pro se litigants for ECF.

DECEMBER 9, 2022
Dated

Signature*

ETRA, AARON
Name (Last, First, MI)

240 E.47TH ST., APT. 12A    NEW YORK    NY    10017
Address                     City         State Zip Code

917-856-3500                              aaron@etra.com
Telephone Number                          E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13