

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

December 12, 2022

**VIA ECF AND E-MAIL**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

    Pursuant to the Court's Order at Dkt. 244, we are herewith filing a revised "Spreadsheet #1." The filing will be made by pdf attachment, and the spreadsheet will be e-mailed to chambers in Excel. We trust that this will be satisfactory, but please advise us if anything else is required.

                            Respectfully yours,

                            s/
                            Steven R. Popofsky

Enclosure

cc (w/encl):  Aaron Etra (by ECF and e-mail)