USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                        Petitioner,

        -against-

AARON ETRA,

                        Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties are scheduled to appear before the Court regarding Petitioner's motion to hold Respondent in civil contempt on Wednesday, December 14, 2022 at 11:00 A.M., *see* Dkt. 212;

      WHEREAS on December 11, 2022, the Court ordered Petitioner to submit a revised spreadsheet in support of its contempt motion that, *inter alia*, "breaks out into a separate row each individual item for which production was sought and not obtained that currently appears in the 'Description of Item' column" and "where ascertainable, specifies the bank and account number for which records are missing," Dkt. 244; and

      WHEREAS on December 12, 2022, Petitioner submitted a revised spreadsheet that did not satisfy these conditions, even though Petitioner acknowledged that it is aware of identifying information on many of Mr. Etra's accounts; in particular, the revised spreadsheet failed to break out into separate rows each bank and credit card statement of a known account that Mr. Etra has been ordered to produce but has failed to produce, *see* Dkt. 246;

      IT IS HEREBY ORDERED that not later than **December 14, 2022 at 10:00 A.M.**, Petitioner must show cause why it should not be sanctioned for failing to comply with the Court's order.

IT IS FURTHER ORDERED that not later than **today, December 13, 2022, at 6:00 P.M.**, both parties must inform the Court whether they intend to call witnesses at tomorrow's hearing, including whether Respondent wishes to testify on his own behalf.

**SO ORDERED.**

Date:  **December 13, 2022**
       **New York, New York**

                                             **VALERIE CAPRONI**
                                             **United States District Judge**