**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022

Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

December 13, 2022

(Via Email to Temporary Pro Se Filing NYSD)
Judge Valerie Caproni
U.S. District Court
40 Foley Square- Room 240
New York, NY 10007

Re: Benthos v. Etra 20 cv 03384- Your Orders regarding Electronic Filing and PACER

Dear Judge Caproni,

With respect to your Order today, no financial affidavit was attached, so I cannot fill it out and submit it to you. Please have one emailed to me at aaron@etra.com for me to do so.

Your Honor, now with your proposing for the first time a public defender, but only to appear earliest at the hearing, there is clearly without any time to meet, review all that has been submitted by both parties, consult with her on how to deal and submit a full and proper response to Petitioner's Contempt Motion on my behalf or at a minimum a supplemental response to the Memorandum of Law, which remains to be done, as well as being prepared to defend me at a hearing.

With their busy caseloads, it will require making arrangements to provide counsel with the thousands of pages of documents regarding this contempt proceeding that she would have to review, including material that is still coming into and bring corrected by the Court. She would then have to have an opportunity to discuss all of it with me and for me to obtain answers to her inevitable questions, before preparing the needed further response and to prepare for a hearing at which she could defend me properly. This is an extremely complex matter with very severe consequences.

Please agree to a reasonable time to stay the hearing for this needed work to be done.

I am sending a copy to your Chambers in light of the timing.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.

Application DENIED.  Mr. Etra is once again advised that he must, as repeatedly ordered, file any submissions in this case through ECF, not via the Pro Se Office or email.  Contrary to Mr. Etra's letter, the Court's order at Dkt. 247 attaches a financial affidavit form for him to complete if he seeks to claim indigence.  For the avoidance of doubt, the Court will also email the affidavit form to Mr. Etra.

The hearing scheduled for December 14, 2022 at 11:00 A.M. will proceed as scheduled.  Ms. Gallicchio has been alerted to the possibility that she will be appointed to represent Mr. Etra.  If Mr. Etra intends to pursue appointed counsel, he is encouraged to reach out to Ms. Gallicchio in advance of the hearing.  Mr. Etra is also encouraged to bring with him to the hearing any documentary evidence he possesses that may tend to refute any of Benthos' allegations regarding his failure to comply with this Court's orders.

SO ORDERED.

12/13/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE