Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 917-856-3500

December 13, 2022

(Via Email to Temporary Pro Se Filing NYSD)
Judge Valerie Caproni
U.S. District Court
40 Foley Square- Room 240
New York, NY 10007

Re: Benthos v. Etra 20 cv 03384- Your Orders regarding Witnesses

Dear Judge Caproni,

With respect to your request today about whether or not I would call witnesses, I would like to call Melvin Dussel, who is from Louisiana, with whom I have left a message for him to contact me.

Your Honor, Petitioner mentioned in his most recent correspondence that my application for "blocking" of the hearing was denied by the Circuit Court.  That is incorrect.   I was requesting the stay I have requested of Petitioner and Your Honor, to be able to be properly defended, as Petitioner was requesting among other penalties--criminal penalties including incarceration, which at my age and health status, would be devastating and make me unable to comply with your Orders or otherwise function, including being unable to deal with my landlord's termination notice that would make me homeless at the end of this month.

I am sending a copy to your Chambers in light of the timing.

Respectfully submitted,

Aaron Etra

cc. S. Popofsky, Esq.