| | |
|---|---|
| **From:** | Aaron Etra |
| **To:** | Caproni NYSD chambers |
| **Subject:** | Benthos v. Etra 20 cv 03384 (VEC): FINANCIAL AFFIDAVIT: Aaron Etra |
| **Date:** | Tuesday, December 13, 2022 10:20:31 PM |
| **Attachments:** | Financial Affidavit DECEMBER 12 2022.pdf |

**CAUTION - EXTERNAL:**

Dear Judge Caproni,

Please find attached the requested financial affidavit.

After four years of facing Petitioner's relentless, personal attacks, I am economically devastated (as you will note from the financial affidavit) and physically in a very precarious condition (as has been conveyed to you while it has been deteriorating), which is why I wanted to send you this material at this hour while I still have the strength to do so today, as I do not know what capacity I will have tomorrow or any day thereafter.

I am very sorry that I have been unable to do better in dealing with reporting to you and Judge Nathan on the remnants of my resources, which have never included anything to do with Benthos and were always extremely limited.

I have also clearly failed in making you appreciate that I have not been guilty of mishandling any client affairs or funds, as my clients would confirm, especially adding their appreciation of how I acted, with their knowledge and consent.

My request, now and since I have been before you, is to recognize the damage this process of enforcement action has been to someone whose professional and personal life has been to focus on humanitarian work. All of this enforcement action, with their counsel's action resulting in closing my bank and credit card accounts and taking the few thousand dollars from one such account, has not benefitted Benthos, because it cannot do so, with me having no meaningful assets.

Under these circumstances, I do appreciate finally giving me much needed legal assistance, which I have not had since Judge Batts rejected the first Benthos contempt motion, when counsel stepped in and helped to show my innocence of any misfeasance, and the case should have ended then and there. It will take considerable time and application of my limited physical and mental energy to work with newly-appointed counsel to enable me to appropriately deal with this latest and most over-reaching contempt motion, although as mentioned above, I do appreciate your understanding in realizing that it is the only way to proceed.

Finally, I have failed to gain your support for suspending the enforcement action to let me devote myself to assist my remaining friends (who have so informed Judge Parker in a letter submitted to you) in assembling the funds Mr. Popofsky has agreed would settle the matter. Further interrogating me, maligning me ,incarcerating me, has exactly the opposite effect, as it suppresses, injures and diverts me from what will really be of value to Benthos and end the case. No, it has not happened yet, but neither has the Court enabled me or my friends to be free from being attacked and harassed by Mr. Popofsky almost daily, nor having sufficient undisturbed time to accomplish this one and only possible result that would be truly in the interests of all concerned.

Respectfully submitted,

/s/Aaron Etra
Aaron Etra
240 East 47th Street- 12A
New York, NY 10017
Tel. 017-856-3500

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.