# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of December, two thousand twenty-two.

Before:     Michael H. Park,
                 *Circuit Judge*,

_____

Benthos Master Fund, Ltd.,

        Petitioner - Appellee,

v.

Aaron Etra,

        Respondent - Appellant.

_____

**ORDER**

Docket Nos. 22-3078(L), 22-3081(Con), 22-3115(Con), 22-3119(Con).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2022

Appellant seeks a stay of the district court proceedings in S.D.N.Y. No. 20-cv-3384(VEC), including a contempt hearing scheduled for December 14, 2022, pending resolution of these appeals.

The motion for a stay pending appeal is REFERRED to a three-judge motions panel. To the extent Appellant seeks an emergency stay of the hearing scheduled for December 14, 2022, that request is DENIED.

                                         For the Court:
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/13/2022