```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                    Petitioner,

      -against-

AARON ETRA,

                    Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

        WHEREAS at a hearing on December 14, 2022 (the "Contempt Hearing"), Respondent Aaron Etra ("Etra") was held in civil contempt and remanded for repeatedly violating court orders and Petitioner's August 27, 2020 restraining notice (the "Restraining Notice"), *see* Dkt. 258;

        WHEREAS the Court ordered that one of Etra's requirements to cure his contempt is to pay Petitioner $94,070.78, which represents the sum of all amounts known to have been deposited into one of Etra's personal bank accounts from August 27, 2020 onward that were not obviously exempt from the Restraining Notice, as reflected in a spreadsheet prepared by Petitioner (the "Deposit Spreadsheet"),[1] *see* Deposit Spreadsheet, Dkt. 243-2 (attached to this Order);

        WHEREAS Petitioner has submitted a separate spreadsheet (the "IOLA Suspicious Withdrawals Spreadsheet") setting forth withdrawals from Etra's various attorney trust accounts while the Restraining Notice was in effect that appear to have been for Etra's personal benefit,

---

[1] The Court ordered that this sum would be reduced if Etra proves with credible, admissible evidence that any of the deposited items on the Deposit Spreadsheet (beyond social security payments, which have already been subtracted from the total) are exempt from the Restraining Notice pursuant to N.Y. C.P.L.R. § 5222(e) or (2) proves with credible, admissible evidence that he is financially unable to pay all or part of that sum. The Court further ordered that the sum will be increased if Petitioner provides credible, admissible evidence of additional funds that came into Etra's possession after the Restraining Notice was in place that were not paid to Petitioner.

1

such as transfers to his wife or transfers to pay off credit card debt, *see* IOLA Suspicious Withdrawals Spreadsheet, Dkt. 243-3 (attached to this Order); and

WHEREAS the IOLA Suspicious Withdrawals Spreadsheet reflects a total of $30,787 in withdrawals that were made while the Restraining Notice was in effect, and that are not reflected in the Deposit Spreadsheet, *see id.*;

IT IS HEREBY ORDERED that not later than **Wednesday, January 11, 2023**, Etra must show cause why the Court should not require him to pay an additional $30,787 to Benthos (subject to adjustment as set forth *supra* n.1) to cure his contempt. The Clerk of Court is respectfully directed to mail a copy of this Order to Aaron Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232.

**SO ORDERED.**

**Date:  December 19, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

# Exhibit 2

Spreadsheet 2 (per Dkt. 218)
Post-Judgment Deposits of >$500+ Into Personal Accounts

Spreadsheet #2 (per Dkt. 218)

All known deposits of >$500 in A. Etra's Bank Accounts since August 27, 2020

| Name of Account | Date of Deposit | Payor (if known) | Deposit Amount | Document for reference |
|---|---|---|---|---|
| M&T Account ending in -3433 | 9/16/2020 | kuantamu zhu shi TrnWise 141722494 | $5,000 | Dkt. 129, page 4 |
| Piermont Account ending in -0362 | 8/11/2021 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,601.40 | Dkt. 129, page 49 |
| Piermont Account ending in -0362 | 9/8/2021 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,601.40 | Dkt. 129, page 51 |
| Piermont Account ending in -0362 | 11/10/2021 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,601.40 | Dkt. 129, page 53 |
| Piermont Account ending in -0362 | 12/8/2021 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 55 |
| Piermont Account ending in -0362 | 1/12/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 57 |
| Piermont Account ending in -0362 | 2/9/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 59 |
| Piermont Account ending in -0362 | 3/9/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 61 |
| Piermont Account ending in -0362 | 4/13/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 63 |
| Piermont Account ending in -0362 | 5/11/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 65 |
| Piermont Account ending in -0362 | 6/8/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 129, page 67 |
| Piermont Account ending in -2060 | 10/26/2020 | "Mobile Capture Deposit" | $2,874.22 | Dkt. 192-12, page 22 |
| Piermont Account ending in -2060 | 11/25/2020 | "Mobile Capture Deposit" | $2,732.56 | Dkt. 192-12, page 26 |
| Piermont Account ending in -2060 | 12/21/2020 | Incoming Wire 44466586 NHAT M NGUYEN#MAI-HUE TRAN | $25,000.00 | Dkt. 192-12, page 30 |
| Piermont Account ending in -2060 | 4/14/2021 | Checking Account Transfer from Piermont IOLA Account Ending 2292 | $8,000.00 | Dkt. 192-12, page 52 |
| Piermont Account ending in -2060 | 6/21/2021 | Checking Account Transfer from Piermont Account Ending in 0362 | $10,000.00 | Dkt. 192-12, page 65 |
| Piermont Account ending in -2060 | 8/5/2021 | "internal" | $2,000.00 | Dkt. 192-12, page 74 |
| Piermont Account ending in -2060 | 8/18/2021 | Checking Account Transfer from Piermont Account Ending in 0362 | $8,000.00 | Dkt. 192-12, page 77 |
| Piermont Account ending in -2060 | 9/23/2021 | Checking Account Transfer from Piermont Account Ending in 0362 | $1,000.00 | Dkt. 192-12, page 86 |
| Piermont Account ending in -2060 | 10/12/2021 | Business Internet Transfer from Piermont IOLA Account Ending in 2292 | $10,000.00 | Dkt. 192-12, page 90 |
| Piermont Account ending in -2060 | 12/20/2021 | Business Internet Transfer from Piermont IOLA Account Ending in 2292 | $1,000.00 | Dkt. 192-12, page 102 |
| Piermont Account ending in -2060 | 3/24/2022 | Checking Account Transfer from Piermont Account Ending in 0362 | $7,000.00 | Dkt. 192-12, page 110 |
| Piermont Account ending in -2060 | 4/29/2022 | Business Internet Transfer from Piermont IOLA Account Ending in 2292 | $5,000.00 | Dkt. 192-12, page 114 |
| Piermont Account ending in -2060 | 6/3/2022 | Checking Account Transfer from Piermont Account Ending in 0362 | $6,000.00 | Dkt. 192-12, page 120 |
| Piermont Account ending in -2060 | 6/14/2022 | 10052683 Wise Inc From Regent Exhibitions Limited Via WISE | $1,200.00 | Dkt. 192-12, page 120 |
| Piermont Account ending in -0362 | 7/13/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 235-4, page 1 |
| Piermont Account ending in -0362 | 8/10/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 235-4, page 3 |
| Piermont Account ending in -0362 | 9/14/2022 | SSA TREAS 310 XXSOC SEC XXXXXX1294A SSA | $1,686.10 | Dkt. 235-4, page 5 |
| Piermont Account ending in -0362 | 9/16/2022 | Checking Account Transfer from Piermont IOLA Account Ending in 2292 | $4,264.00 | Dkt. 235-4, page 5 |

# Exhibit 3

**Spreadsheet 3 (per Dkt. 218)**
**IOLA Withdrawals Seemingly For Respondent's Benefit**[1]

*Note:* Respondent has not produced any statements from either of his known IOLA accounts since the end of June 2022.

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| Piermont x2292 (Dkt. 211-18) | 8/5/2021 | Piermont x2060 (Dkt. 211-13) | $2,000 | Transferred to Mr. Etra's business account |
| Piermont x2292 (Dkt. 211-18) | 9/23/2021 | Piermont x2060 (Dkt. 211-13) | $1,000 | Transferred to Mr. Etra's business account |
| Piermont x2292 (Dkt. 211-18) | 10/12/2021 | Piermont x2060 (Dkt. 211-13) | $10,000 | Transferred to Mr. Etra's business account |
| Piermont x2292 (Dkt. 211-18) | 12/20/2021 | Piermont x2060 (Dkt. 211-13) | $1,000 | Transferred to Mr. Etra's business account |
| Piermont x2292 (Dkt. 211-18) | 4/29/2022 | Piermont x2060 (Dkt. 211-13) | $5,000 | Transferred to Mr. Etra's business account |
| M&T x3441 (Dkt. 211-17) | 3/22/2019 | Koraljka Gall Troselj | $1,000 | Transferred to Mr. Etra's wife |
| M&T x3441 (Dkt. 211-17) | 3/29/2019 | Koraljka Gall Troselj | $1,000 | Transferred to Mr. Etra's wife |
| M&T x3441 (Dkt. 211-17) | 4/3/2019 | Seaver Wang | $3,978.44 | Transferred to Mr. Etra's landlord |
| M&T x3441 (Dkt. 211-17) | 4/18/2019 | M&T x3433 | $2,000 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) | 6/12/2019 | M&T x3433 | $500 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) | 7/26/2019 | M&T x2433 | $1,000 | Transferred to Mr. Etra's checking account |

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| M&T x3441 (Dkt. 211-17) | 8/1/2019 | 6 "book transfer debits" to account numbers unknown to Petitioner | Total $154,855.80 | "book transfer debit" implies a transfer to another M&T account, presumably of Mr. Etra's |
| M&T x3441 (Dkt. 211-17) | 8/12/2019 | M&T x3433 | $5,000 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) | 1/6/2020 | M&T x3433 | $2,000 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) | 7/17/2020 | Seaver Wang | $4,039.75 | Transferred to Mr. Etra's landlord |
| M&T x3441 (Dkt. 211-17) | 9/17/2020 | Seaver Wang | $4,052.79 | Transferred to Mr. Etra's landlord |
| M&T x3441 (Dkt. 211-17) | 10/23/2020 | counter withdrawal | $800 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 10/28/2020 | counter withdrawal | $500 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 12/15/2020 | counter withdrawal | $500 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 7/23/2021 | Sea[v]er Wang | $150 | Transferred to Mr. Etra's landlord |

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| M&T x3441 (Dkt. 211-17) | 8/16/2021 | counter withdrawal | $900 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | Sept. 2021 | 8 payments to Paypal in various respects including 3 for "Apple.com bill" | Total $346.37 | These Paypal payments seem likely to have been for personal expenses |
| M&T x3441 (Dkt. 211-17) | 9/24/2021 | counter withdrawal | $900 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 10/1/2021 | counter withdrawal | $900 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 10/29/2021 | counter withdrawal | $800 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 12/7/2021 | counter withdrawal | $1,200 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |

12316717.1                                   3

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| M&T x3441 (Dkt. 211-17) | 12/16/2021 | counter withdrawal | $1,000 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | Dec. 2021 | 3 e-payments to "Amex" (presumably American Express) | Total $2637.80 | Payments to American Express would seem to have been for personal expenses (although Petitioner has no records of Mr. Etra having an Amex card during this period) |
| M&T x3441 (Dkt. 211-17) | 1/3/2022 | e-payment to "Amex" | $500 | See immediately above |
| M&T x3441 (Dkt. 211-17) | 1/21/2022 | Seaver Wang | $5,000 | Transferred to Mr. Etra's landlord |
| M&T x3441 (Dkt. 211-17) | 2/3/2022 | M&T x3433 | $200 | Transferred to Mr. Etra's business checking account |
| M&T x3441 (Dkt. 211-17) M&T x3441 (Dkt. 211-17) | 3/4/2022 | e-payment to "Amex" | $1,921.54 | Payments to American Express would seem to have been for personal expenses, as above |
| M&T x3441 (Dkt. 211-17) | 3/7/2022 | Payment to a Capital One account of which Petitioner is unaware | $3,000 | This payment is immediately followed by an "ACH Dispute Credit" in the same amount, with a "case" number, all of which would seem unusual for a client transaction. |

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| M&T x3441 (Dkt. 211-17) | 3/22/2022 | "FPB Cr Card Internet Web217650614" | $400 | The reference to "cr[edit] card" seems to imply this was not a client transaction. |
| M&T x3441 (Dkt. 211-17) | 3/23/2022 | e-payment to "Amex" | $1,100 | Payments to American Express would seem to have been for personal expenses, as above |
| M&T x3441 (Dkt. 211-17) | 3/25/2022 | Counter withdrawal | $1,000 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 4/18/2022 | Regus Management | $268 | Transferred to the landlord of Mr. Etra's rented office |
| M&T x3441 (Dkt. 211-17) | 4/29/2022 | "CommerceWest Auto Tfr" | $500 | This appears to be a payment for automobile insurance |
| M&T x3441 (Dkt. 211-17) | 5/18/2022 | Regus Management | $268 | Transferred to the landlord of Mr. Etra's rented office |
| M&T x3441 (Dkt. 211-17) | 5/23/2022 | counter withdrawal | $1,000 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |
| M&T x3441 (Dkt. 211-17) | 6/17/2022 | Regus Management | $272.07 | Transferred to the landlord of Mr. Etra's rented office |
| M&T x3441 (Dkt. 211-17) | 6/30/2022 | counter withdrawal | $670.74 | As the Court noted in Dkt. 218, "it would be odd to make a counter withdrawal for a client from an IOLA account." |

| Bank Account | Date of Withdrawal | Account (if known) Into Which Funds Were Deposited[2] | Amount Withdrawn | Grounds For Reasonable Belief |
|---|---|---|---|---|
| | | | | |

[1] Petitioner is construing "transferred to Respondent or to an affiliate of Respondent" to mean "for Respondent's personal benefit"; for example, a payment of rent from his IOLA account is not literally to "an affiliate" but Petitioner believes such transfers are within the meaning of the Court's order.  (If Petitioner's understanding is incorrect we apologize to the Court.)  In this regard, there are numerous transfers from Mr. Etra's account to individuals and entities unknown to Petitioner that might have been transfers to clients (although we have no way of knowing that), so those have not been identified here.

[2] Petitioner is identifying payees where accounts are not available, believing that the Court will want that information in the absence of an identified bank account to which funds were transferred.