Case 1:20-cv-03384-VEC-KHP   Document 264   Filed 01/03/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENTHOS MASTER FUND, LTD.,

                    Petitioner,

      -against-

AARON ETRA,

                    Respondent.

20-CV-3384 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 14, 2022, the Court held Respondent Aaron Etra ("Etra") in civil contempt and ordered his incarceration until (1) he produces all documents that he has previously been ordered to provide and that are readily obtainable, as set forth in the Court's December 20, 2022 order (the "Order") and (2) he pays Petitioner Benthos Master Fund, Ltd. ("Petitioner") $94,070.78, an obligation that will be reduced if Etra satisfies the conditions set forth in the Order, [1] see Order, Dkt. 260, at 14–15; and

      WHEREAS to date, Etra remains incarcerated and neither party has provided an update on Etra's efforts to cure his contempt;

      IT IS HEREBY ORDERED that not later than **Monday, January 16, 2023**, Petitioner must submit a status update to the Court, not to exceed three single-spaced pages, regarding any documents or funds received from Etra. Going forward, Petitioner must file a status update on the 15th day of every month, or the following business day if the deadline falls on a weekend or holiday, until Etra is released from custody.

---

[1] On December 19, 2022, the Court ordered Etra to show cause why the Court should not require him to pay an additional $30,787 to Benthos, subject to the same possible reductions, not later than January 11, 2023. See Dkt. 259.

1

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to Etra at Aaron Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232, and to note the mailing on the public docket.

**SO ORDERED.**

**Date:  January 3, 2023**
        **New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**