# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 3, 2023

Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **Benthos Master Fund, Ltd. v. Aaron Etra**
20-cv-03384-VEC-KHP

Dear Judge Caproni,

    I write to seek clarification of the Court's Order of December 20, 2022 (ECF No. 260) directing Mr. Etra to surrender his computer and cellphone to his court appointed counsel. Mr. Etra would like clarification as to whether he or his agent (through a Power of Attorney) can access the data on his cellphone and computer while they are in the possession of undersigned counsel. Without that ability, efforts to cure his contempt will remain extremely challenging.

    I also write to advise the Court that I am in possession of Mr. Etra's cellphone.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
Federal Defenders of New York
Office: 212-417-8728
Cell: 917-612-3274

Cc: Counsel for Petitioner (by ECF and email)