**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 4, 2023

Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **Benthos Master Fund, Ltd. v. Aaron Etra**
        20-cv-03384-VEC-KHP

Dear Judge Caproni,

    I write to notify the Court that I am in possession of Mr. Etra's personal computer and passport.

    Respectfully submitted,

    */s/ Amy Gallicchio*

    _____
    Amy Gallicchio, Esq.
    Assistant Federal Defender
    Federal Defenders of New York
    Office: 212-417-8728
    Cell:  917-612-3274

Cc: Counsel for Petitioner (by ECF and email)