UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Benthos Master Fund, Ltd.,                : 20 CV 3384 (VEC)

              Petitioner,       :

    -v.-                                  :  **NOTICE OF APPEAL**

Aaron Etra,                                    :

              Respondent.    :

-----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Respondent Aaron Etra hereby appeals to the United States Court of Appeals for the Second Circuit from the order orally imposed in this matter on December 14, 2022, and filed on December 20, 2022 [ECF No. 260] holding him in civil contempt and confining him in prison.

                                 Respectfully submitted,

                                   /s/ Amy Gallicchio
                                   Amy Gallicchio
                                   Assistant Federal Defender
                                   Federal Defenders of New York, Inc.
                                   52 Duane Street, 10th Floor
                                   New York, New York 10007
                                   (212) 417-8728

                                   *Counsel to Aaron Etra*