**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 6, 2023

Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **Benthos Master Fund, Ltd. v. Aaron Etra**
20-cv-03384-VEC-KHP

Dear Judge Caproni,

On December 19, 2022, the Court ordered that no later than January 11, 2023, Mr. Etra must show cause why the Court should not require him to pay an additional $30,787 to Benthos to cure his contempt. ECF No. 259.

I write on behalf of Aaron Etra to request that the Court extend the January 11, 2023 deadline by 60 days. Mr. Etra's confinement and the frequent lockdowns at the MDC have made communication with individuals willing to assist Mr. Etra extremely challenging. Furthermore, a Power of Attorney has only been in place for a few days. Therefore, it is impossible for Mr. Etra to meet the January 11, 2023 deadline and Mr. Etra respectfully requests an extension.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
Federal Defenders of New York
Office: 212-417-8728
Cell: 917-612-3274

Cc: Counsel for Petitioner (by ECF and email)