

**Steven R. Popofsky**
E-Mail: *spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

January 13, 2023

<u>**VIA ECF**</u>
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

        Re:    <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

      Petitioner Benthos hereby submits the attached proposed Forensic Protocol in accordance with the Court's order at Dkt. 263. Thank you and we trust that you and your staff will enjoy the holiday weekend.

Respectfully yours,

Steven R. Popofsky

cc:    Amy Gallichio
       Aaron Etra (per Dkt. 263 n.2)