

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

January 13, 2023

<u>**VIA ECF**</u>
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:    <u>**Benthos v. Etra, 20-CV-3384**</u>

Dear Judge Caproni:

On behalf of petitioner Benthos, I am writing in accordance with your order at Dkt. 264 to report that as of this date, respondent Etra has not provided any documents, funds or information to Benthos since the parties' last court appearance.

Respectfully yours,

Steven R. Popofsky

cc:    Amy Gallichio
Aaron Etra (per Dkt. 263 n.2)