To: Amy Gallicchio
Assistant Federal Defender
Federal Defenders of New York

Date:  January 21, 2023

Fr: Marc Sklar,
Friend and power of attorney for Aaron Etra

Re: Production of Court Requested Documents
to Purge Contempt of Court

In response to Court Order of 12-20-2022 by Judge Valerie Caproni, please review the following updates.

This work is being undertaken with cooperation and assistance of Aaron by means of providing access to his personal apartment, access to an address book containing various passwords and usernames for certain accounts including American Express, misc. bank accounts, and apple and other related passwords and usernames.  In addition, a duplicate phone is being used for receipt of security codes to access credit cards and banking online etc. An occasional telephone call with Aaron is assisting where necessary.

Using the technology available, access has been obtained in limited areas including American Express and Wells Fargo Bank. Efforts to obtain account details from Piermont Bank and M & T Bank, Citibank and HSBC have been slowed by process as detailed below.

IMPORTANT NOTE: Received telephone call today (Friday 1-20) from Wells Fargo Branch Manager Jessica Yuquilima (tel 917-322-6660) advising me that the POA I submitted to them for review was declined as defective. Ms. Yuquilima specified the following issues / defects as determined by their reviewers; notary failed to complete details on her form such as the county & date. In addition, in the reviewer's determination there should have been two witnesses according to New York State law.

A copy of the POA is attached for your review to see if this document should be acceptable or is technically defective. Please advise on this matter, as I am sure each of these institutions will review it with care and decline it for any technical or perceived defect.

**Items Required by Court to Remove Contempt Incarceration Order**

1. **Complete Accounting of Funds Received from Legal, Paymaster Escrow-Related or Other Services form August 1, 2017 through the Present**

This information is beyond my logistical capacity to reconcile and obtain.

2. **Monthly Citibank -0873**

Required to purge contempt:  production of bank statements from August & November 2017 and January through July 2018

Efforts are now undertaken to comply with Citibank's formalities to accept my credentials as power of attorney.

See Note in red above / presentation of POA to Citibank is pending confirmation the document is properly executed.

3. **European Bank Account Monthly Statements from August 1, 2017 Through the Present**

Reviewing past records and discussions with Aaron, I am aware of two European banks referenced as Sperbank & Uni-Credit and my understanding is only from the existing documentation and includes the letter from Magistrate Helmut Allesch 0f 7-16-22 acknowledging himself as the fiduciary.

Beyond the information already uncovered in the past documentation, I have no practical knowledge or means of verification of these two accounts, and I am not aware of any others.  Further details on this subject matter are beyond my practical capacity to obtain.

4. **Monthly Account Statements for an M & T Bank Account Into Which His Social Security Payments Are Purportedly Now Being Made**

Responsive to question of where Aaron's social security checks are being electronically deposited; I have determined this account to be the following.
Wells Fargo Everyday Checking Account ending in ...0190
Attached Statement October, November & December 2022
Including Statement of current activity through January 11, 2023

Wells Fargo's information and statements were achieved through online access.  Additional statements and account information require formal access and to that end visited the Wells Fargo Branch at 437 Madison Avenue (1-20) and met branch manager, Ms. Jessica Yuquilima (Tel 917-322-6660), and presented my POA document. An appointment was made for Monday morning at 10:00 AM (1-23) to formalize the approval process the POA for Aaron's

accounts.  Several hours after our initial meeting I received a telephone call from Ms. Yuquilima informing me that the POA, from their point of view, is defective explaining the notary details were not completely filled out and they believed two witnesses were required which were not included. See note highlighted in red above.

I have not yet obtained the past or present statements from M & T Bank (other than what is already in the case file records) but have personally visited (1-20-23) the M&T Branch at 11 West 42nd Street and presented my POA credentials to Terrence Millwood, Assistant Vice President, Senior Relationship Banker (Tel 212-921-5606). Mr. Millwood accepted my POA credentials.  He made copies of the original, copies of my and Aaron's Identification (drivers licenses) and advised that it would take up to 72 hours for their legal department to review the POA and they would call me without delay.
Further, Mr. Millwood advised me that should all be in order with the POA they will be happy to provide all available account details.

5. **Piermont -2060, Piermont-2992, and M & T -3441 Monthly Account Statements From July 2022 Through the Present**

See item #4 above re contact with M & T Bank (initiation of POA powers to access account)

Re: Piermont Bank - Aaron provided a contact banker, Wendy Chang, at the 4 Bryant Park bank branch Tel 212-266-9227.
The purpose of my contacting the bank is to present my POA for access to Aaron's account information.
Calls initiated Tuesday January 17th only to reach voice mail promising a return call within 72 hours.  Received no return call and physically traveled to the bank branch (1-20) at 4 Bryant Park expecting to either see Wendy Chang or any other officer of the bank who may have been present.  The bank branch is on the 3rd floor of large commercial building and front desk security was unable to reach anyone in the branch to authorize access; nor was I able to reach anyone at the branch other than voice mail.  I left my card and another telephone message and have the expectation of a return phone call.  I will continue to place calls.

I am not aware of online accessibility to information regarding M & T in Aaron's address book or actionable information from Aaron that might allow online access.

6. **American Express -4005, HSBC -0136, Apple -6423, Barclay's and Barclays / Old Navy Credit Card Statements form August 1, 2017 through Present**

Accessed American Express online - Attached Statements from August, September, October, November and December 2022 and Activity through January 12, 2023
More American Express statements may be achievable by online means and will spend more time to comply with courts demand for statements from August 2017 through present.
My time was prioritized and more results to follow.

Re: HSBC Acct -0136 today (1-20) visited the HSBC Branch at 250 Park Avenue, NYC and met with Janette Arce, Vice President Premier Relationship Manager (tel 212-230-9222) to present my POA credentials for account access. Ms. Arce advised me that structural changes in the bank

has separated business accountS (the kind of Trust Account that apparently Aaron had maintained) from being handled at the branch location level and required calling 833-722-4722 (so far invested more than one hour with this number between being on hold and getting disconnected) will try again. Further Ms. Arce advised me that she could not intake the POA documents into their system and I must make a connection with the other area of the bank to get their directions.

Re: Barclay Credit Card; I do not have online access and have not yet initiated contact to present my POA credentials for account access. Once again, telephone access has absorbed more than an hour of wait time with no personal contact. Will try again.

Re: Old Navy Credit Card; I do not have online access and have not yet initiated contact to present my POA credentials for account access.

Re: Apple 6423 Prioritization of efforts have not yet allowed me to reconcile possible access to account information online if that is a feasible avenue. Will pursue this asap.

7. **Complete and Final Escrow Agreements for the 41 Clients of Etra's Escrow/Paymaster Business that Have Been Identified**

This information is beyond my logistical capacity to reconcile and obtain.

8. **Financial and Judgement-Related Communications From August 13, 2020 Through December 14, 2022**

This information is beyond my logistical capacity to reconcile and obtain.

9. **Documents Concerning the Legal, Paymaster, Escrow-Related or Other Services Etra Provided from August 1, 2017 Through the Present**

This information is beyond my logistical capacity to reconcile and obtain.

10. **List of All Financial Accounts From August 1, 2017 Through August 2, 2022**

This information is beyond my logistical capacity to reconcile and obtain.