

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

January 25, 2023

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:    <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

      In response to the Court's order at Dkt. 274, on January 13, 2023, this firm's office mailed, via Federal Express, a copy of our proposed forensic protocol (Dkt. 271 and 271-1) to Mr. Etra at the address directed by the Court in footnote 1 of Dkt. 263: Aaron Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232.  We also transmitted the document to Ms. Gallicchio via ECF.

      The shipping receipt is attached, as is the proof-of-delivery signed by "Ms. Balerd."  The "delivery location" identified on the proof-of-delivery, 80 29th Street, is the street address for the MDC Brooklyn facility.

      Separately, in the order at Dkt. 274, the Court adjourned the due dates for Mr. Etra's response to the proposed forensic protocol and for Benthos's reply to February 17 and February 21, 2023, respectively.  Because of the undersigned's unavailability during that adjourned reply period, Benthos respectfully requests that the reply date be set at February 27 instead.

      We thank the Court for its continued attention to this matter.

                                        Respectfully yours,

                                        Steven R. Popofsky

SRP:sg
Enclosures

cc:    Amy Gallichio (via ECF)
       Aaron Etra (per Dkt. 263 n.1)

Kleinberg, Kaplan, Wolff & Cohen, P.C.  |  500 Fifth Avenue, New York, NY 10110  |  212.986.6000  |  kkwc.com

# FedEx Ship Manager®

My Profile | Logout | Help

| Ship | LTL Freight | Ship History | My Lists | Reports | Administration |

**Your Shipment Details**

| | | | |
|---|---|---|---|
| **From:** | E. Taylor on behalf of S. Popofsky<br>Kleinberg, Kaplan, Wolff & Cohen,PC<br>500 Fifth Ave<br>NEW YORK CITY, NY 10110<br>US<br>6469649355 | **Ship date:**<br>**Weight:**<br>**Declared value:**<br>**Package Contents:**<br>**Document Description:**<br>**Shipment Purpose:**<br>**Invoice no.**<br>**Freight On Value:** | 01/13/2023<br>0.30 LBS<br>0.00 USD |
| **To:** | Aaron Etra, Reg. No. 36170-510<br><br>MDC-Brooklyn<br>P.O. Box 329002<br>BROOKLYN, NY 11232<br>US<br>6466780674 | **Pricing Option:**<br>**Service type:**<br>**Package type:**<br>**Pickup/Drop Off:**<br>**Your reference**<br>**Courtesy rate quote:***<br>**Discounted variable %:**<br>**Special services:**<br>**Shipment type:** | FedEx Standard Rate<br>Standard Overnight<br>FedEx Envelope<br>Drop off package at FedEx location<br>6867-0001<br>18.71 USD<br><br><br>Express |
| **Tracking no.:** | 393392711170 | **Commercial/Residential Status:** | Commercial |

Print | Track | Return to History

**Please note :**
. * The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

FedEx Cross Border

ShopRunner

January 24, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 393392711170

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.MS. BALERD | **Delivery Location:** | 80 29TH ST RCVN |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | BROOKLYN, NY, 11232 |
| | | **Delivery date:** | Jan 17, 2023 12:32 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 393392711170 | **Ship Date:** | Jan 13, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Aaron Etra, Reg. No. 36170-510,
MDC-Brooklyn
P.O. Box 329002
BROOKLYN, NY, US, 11232

**Shipper:**
E. Taylor on behalf of S. Popofsky, Kleinberg, Kaplan, Wolff & Cohen, PC
500 Fifth Ave
NEW YORK CITY, NY, US, 10110

| Reference | 6867-0001 |
|---|---|



Thank you for choosing FedEx