


Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

January 25, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2023

<u>VIA ECF</u>
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

In response to the Court's order at Dkt. 274, on January 13, 2023, this firm's office mailed, via Federal Express, a copy of our proposed forensic protocol (Dkt. 271 and 271-1) to Mr. Etra at the address directed by the Court in footnote 1 of Dkt. 263: Aaron Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232. We also transmitted the document to Ms. Gallicchio via ECF.

The shipping receipt is attached, as is the proof-of-delivery signed by "Ms. Balerd." The "delivery location" identified on the proof-of-delivery, 80 29th Street, is the street address for the MDC Brooklyn facility.

Separately, in the order at Dkt. 274, the Court adjourned the due dates for Mr. Etra's response to the proposed forensic protocol and for Benthos's reply to February 17 and February 21, 2023, respectively. Because of the undersigned's unavailability during that adjourned reply period, Benthos respectfully requests that the reply date be set at February 27 instead.

We thank the Court for its continued attention to this matter.

Respectfully yours,

*Steven R. Popofsky*

Steven R. Popofsky

SRP:sg
Enclosures

cc: Amy Gallicchio (via ECF)
    Aaron Etra (per Dkt. 263 n.1)

Application GRANTED. Petitioner's deadline to reply to Etra's response is hereby extended from February 21, 2023 until **February 27, 2023**.

SO ORDERED.

*[signature]* 01/25/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE