USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                      Petitioner,

        -against-

AARON ETRA,

                      Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 20, 2022, the Court ordered Petitioner to propose a protocol for the forensic examination of Etra's computer and telephones by January 13, 2023, and required Etra to respond to the proposal not later than January 27, 2023, *see* Order, Dkt. 263;

    WHEREAS on January 13, 2023, Petitioner filed a proposed protocol (the "Protocol") and sent a copy of the Protocol to Etra, *see* Dkt. 271;

    WHEREAS on January 24, 2023, Etra's counsel informed the Court that he had not yet received a copy of the Protocol, *see* Dkt. 273;

    WHEREAS the Court therefore extended Etra's deadline to respond to Petitioner's Protocol from January 27, 2023 until February 17, 2023, and extended Petitioner's deadline to reply from January 31, 2023 until February 27, 2023, *see* Orders, Dkts. 274, 276; and

    WHEREAS the Court has been informed that Etra received the Protocol on the morning of January 26, 2023;

    IT IS HEREBY ORDERED that the Court's newly entered deadlines at Dkts. 274 and 276 are now firm and will not be extended.

2

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to Etra at Aaron Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232, and to note the mailing on the public docket.

**SO ORDERED.**

Date:  **January 26, 2023**             **VALERIE CAPRONI**
      **New York, New York**            **United States District Judge**