**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 29, 2023

**BY ECF**

Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: **Benthos Master Fund, Ltd. v. Aaron Etra**
     20-cv-03384-VEC-KHP

Dear Judge Caproni,

  In support of and as supplement to Mr. Etra's motion for release from confinement filed on January 24, 2023 (ECF No. 273), I submit the attached Memorandum dated January 26, 2023, from Mr. Etra's power of attorney, Marc Sklar. See Exhibit A. This Memorandum describes additional steps that Mr. Sklar has taken to assist Mr. Etra to purge his contempt.

  Mr. Sklar's Memorandum provides supplementary evidence of the ongoing good faith and diligent efforts made by and on behalf of Mr. Etra and demonstrates that the Court's coercive measure has been effective and has achieved its purpose to compel Mr. Etra's compliance with the Court's pervious orders. Continued coercive confinement is no longer necessary or reasonable.

  The Court should grant Mr. Etra's motion for release from confinement.

           Respectfully submitted,

           */s/ Amy Gallicchio*
           _____
           Amy Gallicchio, Esq.
           Federal Defenders of New York
           52 Duane Street, 10th Floor
           New York, New York 10007
           Office: 212-417-8728
           Cell: 917-612-3274

Cc: Counsel for Petitioner (by ECF and email)