To: Amy Gallicchio
Assistant Federal Defender
Federal Defenders of New York

Date: January 26, 2023

Fr: Marc Sklar
 Friend and power of attorney for Aaron Etra

Re: Production of Court Requested Documents
to Purge Contempt of Court

Further to my progress status memo of January 21, the following actions and results have been achieved.

In addition to the Wells Fargo and American Express statements already provided through our limited internet accessibility, the primary objective now is expediting acceptance of our POA by Wells Fargo, M & T Bank, Citibank and Piermont Bank.

POA Issues brought to our attention by Wells Fargo were resolved with corrections made to the POA.

- **Wells Fargo Bank** – Today I had a follow up in person meeting with Jessica Yuquilima, Branch Manager 437 Madison Avenue and presented the corrected POA which will be reviewed by their legal department and an appointment will be set after acceptance. Will follow this up next week.

- **M & T Bank** – Following up on meeting last week and I met for a second time with Terrence Millwood, Assistant Vice President, Senior Relationship Banker to determine the status of our POA presented the week before   Mr. Millwood advised me of similar issues that Wells Fargo had with our POA.  Being aware of this contingency and having corrected the issues with the POA I presented him with a corrected POA which he will submit to their approval process. This will be followed up on next week.

- **Citibank** – Met with banker Kathleen at the 200 Park Avenue Branch (last name on card in my office / I am traveling). The POA document was accepted into their system for review along with copies of my and Aaron's drivers' licenses. This will be followed up on next week.

- **Peirmont Bank** – With previous difficulty making contact, once again I visited their branch office at 4 Bryant Park and I was successful in meeting banker Felix Leno tel 212-266-9250.  Mr. Leno accepted the POA document for their review along with copies of my and Aaron's drivers' licenses.  Will follow this up next week.

I am now traveling and will return to NY on Wednesday February 1st and will actively pursue obtaining all requested documents.