

| ACCOUNT ENDING - 74005 | CARD MEMBER |
|---|---|
| Business Platinum Card® | AARON ETRA |

# Card Activity from Dec 13, 2022 to Jan 12

## Summary

| | Pay In Full | Pay Over Time | Total |
|---|---|---|---|
| Previous Balance | $3,553.41 | $2,023.80 | $5,577.21 |
| Payments & Credits | | | -$4,150.00 |
| New Charges | $562.87 | $362.90 | $925.77 |
| Fees | | | $39.00 |
| Interest Charges | | | $44.50 |
| **Total Balance** | | | **$2,436.48** |

## Transactions

22 Transactions

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Jan 12 | | Interest Charge on Pay Over Time Purchases | $44.50 |
| Jan 9 | | A DAZCLEAN 1/9 TXN FAUSTIN TX | $18.90 |
| Jan 9 | | A DAZCLEAN CHRISTI 1AUSTIN TX | $75.00 |
| Jan 9 | | REGUS REGUS UNITED STATES | $269.00 |
| Jan 7 | Credit | PHONE PAYMENT - THANK YOU | -$3,550.00 |
| Jan 7 | Credit | PHONE PAYMENT - THANK YOU | -$600.00 |
| Jan 6 | | LATE FEE | $39.00 |
| Jan 2 | | A DAZCLEAN 1/2 TXN FAUSTIN TX | $18.90 |
| Jan 2 | | A DAZCLEAN CHRISTI 1AUSTIN TX | $75.00 |
| Jan 2 | | GODADDY.COM 480-505-8855 AZ | $42.16 |
| Jan 1 | | A FOREVER CLEAN DAZZAUSTIN TX | $49.00 |
| Jan 1 | | GODADDY.COM 480-505-8855 AZ | $47.98 |
| Dec 27, 2022 | | GODADDY.COM 480-505-8855 AZ | $50.34 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Dec 26, 2022 | | **A DAZCLEAN 12/26 TXNAUSTIN TX** | $18.90 |
| Dec 26, 2022 | | **A DAZCLEAN CHRIS 12/AUSTIN TX** | $75.00 |
| Dec 22, 2022 | | **FACTOR75 BATAVIA IL** | $69.99 |
| Dec 20, 2022 | | **FREE CONFERENCE CALLLONG BEACH CA** | $3.95 |
| Dec 19, 2022 | | **A DAZCLEAN 12/19 TXNAUSTIN TX** | $13.90 |
| Dec 19, 2022 | | **A DAZCLEAN CHRIS 12/AUSTIN TX** | $75.00 |
| Dec 16, 2022 | | **FREE CONFERENCE CALLLONG BEACH CA** | $10.00 |
| Dec 14, 2022 | | **NYCT PAYGO NEW YORK NY** | $2.75 |
| Dec 13, 2022 | | **DAZZLINGCLEAN TIP12/AUSTIN TX** | $10.00 |

**AMERICAN EXPRESS**

ACCOUNT ENDING - 74005
Business Platinum Card®

CARD MEMBER
AARON ETRA

# Card Activity from Nov 12, 2022 to Dec 12, 2022

## Summary

|  | Pay In Full | Pay Over Time | Total |
|---|---|---|---|
| Previous Balance | $2,829.41 | $2,042.97 | $4,872.38 |
| Payments & Credits |  |  | -$3,182.80 |
| New Charges | $2,958.41 | $289.81 | $3,248.22 |
| Fees |  |  | $595.00 |
| Interest Charges |  |  | $44.41 |
| **Total Balance** |  |  | **$5,577.21** |

## Transactions

60 Transactions

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Dec 12, 2022 |  | A DAZCLEAN 12/12 TXNAUSTIN TX | $3.90 |
| Dec 12, 2022 |  | A DAZCLEAN CHRIS 12/AUSTIN TX | $60.00 |
| Dec 12, 2022 |  | Interest Charge on Pay Over Time Purchases | $44.41 |
| Dec 12, 2022 |  | RENEWAL MEMBERSHIP FEE | $595.00 |
| Dec 12, 2022 |  | SP TRTLTRAVEL GLASGOW GB | $46.26 |
| Dec 10, 2022 |  | REMI FLOWER & COFFEENEW YORK NY | $12.93 |
| Dec 8, 2022 |  | FACTOR75 BATAVIA IL | $69.99 |
| Dec 8, 2022 |  | NYCT PAYGO NEW YORK NY | $2.75 |
| Dec 8, 2022 |  | NYCT PAYGO NEW YORK NY | $2.75 |
| Dec 8, 2022 |  | SP CELL PHONE SEAT FRANKLIN TN | $48.32 |
| Dec 7, 2022 |  | FIRST CITYCAB CORP. QUEENS NY | $13.56 |
| Dec 7, 2022 |  | JTL Management Inc. Long Island City NY | $10.56 |
| Dec 7, 2022 |  | PAYPAL *SKYPE.COM 58154114 | $142.70 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Dec 7, 2022 | | Winners Garage WinneWoodside NY | $11.16 |
| Dec 6, 2022 | | PAYPAL *APPLE.COM/BI8002752273 CA | $9.99 |
| Dec 5, 2022 | Credit | ONLINE PAYMENT - THANK YOU | -$3,000.00 |
| Dec 5, 2022 | | PAYPAL *ADOBE INC 8008336687 CA | $21.76 |
| Dec 5, 2022 | | PAYPAL *NETFLIX.COM 8667160414 CA | $10.88 |
| Dec 5, 2022 | | SKYPE TALLINN | $25.00 |
| Dec 4, 2022 | Credit | A DAZCLEAN 11/11 TXNAUSTIN TX | -$17.40 |
| Dec 4, 2022 | Credit | A DAZCLEAN 11/20 TXNAUSTIN TX | -$17.40 |
| Dec 4, 2022 | Credit | A DAZCLEAN QUINT 11/AUSTIN TX | -$69.00 |
| Dec 4, 2022 | Credit | A DAZCLEAN QUINT 11/AUSTIN TX | -$69.00 |
| Dec 3, 2022 | | AplPay CSC SERVICEWOPLAINVIEW NY | $1.75 |
| Dec 3, 2022 | | AplPay CSC SERVICEWOPLAINVIEW NY | $2.00 |
| Dec 3, 2022 | | UBER | $70.63 |
| Dec 2, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $17.16 |
| Dec 2, 2022 | | PAYPAL *MCAFEE 8666223911 TX | $152.41 |
| Dec 2, 2022 | | UBER | $24.37 |
| Dec 1, 2022 | | A FOREVER CLEAN DAZZAUSTIN TX | $49.00 |
| Dec 1, 2022 | | FACTOR75 BATAVIA IL | $69.99 |
| Nov 30, 2022 | | PAYPAL *CANTABNYC 4029357733 NY | $25.00 |
| Nov 28, 2022 | | C2 VANGUARD MKT - EMNEWARK NJ | $5.14 |
| Nov 27, 2022 | | AplPay CSC SERVICEWOPLAINVIEW NY | $1.75 |
| Nov 27, 2022 | | AplPay CSC SERVICEWOPLAINVIEW NY | $2.00 |
| Nov 27, 2022 | | UBER | $162.52 |
| Nov 27, 2022 | Credit | Wireless Credit | -$10.00 |
| Nov 26, 2022 | | AplPay CSC SERVICEWOPLAINVIEW NY | $1.75 |
| Nov 25, 2022 | | AMAZON.COM AMZN.COM/BILL WA | $115.38 |
| Nov 25, 2022 | | PAYPAL *NEWYORKPUBL 6468294272 NY | $10.80 |
| Nov 23, 2022 | | AMISH MARKET 0217700NEW YORK NY | $37.43 |
| Nov 23, 2022 | | STAPLES 00184 NEW YORK NY | $32.64 |
| Nov 23, 2022 | | STEP DOWN TO NATURE NEW YORK NY | $47.00 |
| Nov 23, 2022 | | WEILL CORNELL BUSINENEW YORK NY | $20.00 |
| Nov 21, 2022 | | A DAZCLEAN 11/20 TXNAUSTIN TX | $17.40 |
| Nov 21, 2022 | | A DAZCLEAN QUINT 11/AUSTIN TX | $69.00 |
| Nov 21, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Nov 21, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Nov 21, 2022 | | VZWRLSS BILL PAY VE 800-922-0204 FL | $323.79 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Nov 20, 2022 | | FREE CONFERENCE CALLLONG BEACH CA | $3.95 |
| Nov 17, 2022 | | FACTOR75 BATAVIA IL | $69.99 |
| Nov 17, 2022 | | SP HIMALAYA WELLNESSSUGAR LAND TX | $40.90 |
| Nov 16, 2022 | | FREE CONFERENCE CALLLONG BEACH CA | $10.00 |
| Nov 14, 2022 | | GODADDY.COM 480-505-8855 AZ | $1,135.09 |
| Nov 13, 2022 | | TOTALAV.COM TOTALAV.8443466837 GB | $29.00 |
| Nov 12, 2022 | | A DAZCLEAN 11/11 TXNAUSTIN TX | $17.40 |
| Nov 12, 2022 | | A DAZCLEAN QUINT 11/AUSTIN TX | $69.00 |
| Nov 12, 2022 | | LITTLE THAI KITCHEN NEW YORK NY | $60.53 |
| Nov 12, 2022 | | TURTLE BAY DRY CLEANNEW YORK NY | $12.00 |
| Nov 11, 2022 | | AMISH MARKET 0217700NEW YORK NY | $43.44 |

**AMERICAN EXPRESS**

ACCOUNT ENDING - 74005

Business Platinum Card®

CARD MEMBER

AARON ETRA

## Card Activity from Oct 13, 2022 to Nov 11, 2022

### Summary

|  | Pay In Full | Pay Over Time | Total |
|---|---|---|---|
| Previous Balance | $11,177.72 | $2,047.34 | $13,225.06 |
| Payments & Credits |  |  | -$11,302.00 |
| New Charges | $2,829.41 | $76.73 | $2,906.14 |
| Interest Charges |  |  | $43.18 |
| **Total Balance** |  |  | **$4,872.38** |

### Transactions

48 Transactions

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Nov 11, 2022 |  | Interest Charge on Pay Over Time Purchases | $43.18 |
| Nov 9, 2022 |  | AMISH MARKET 0217700NEW YORK NY | $29.61 |
| Nov 9, 2022 |  | NYCT PAYGO NEW YORK NY | $2.75 |
| Nov 9, 2022 |  | NYCT PAYGO NEW YORK NY | $2.75 |
| Nov 8, 2022 |  | FIRST CITYCAB CORP. QUEENS NY | $73.10 |
| Nov 7, 2022 |  | USCUSTOMS TRUSTEDTRAINDIANAPOLIS IN | $100.00 |
| Nov 4, 2022 | Credit | ONLINE PAYMENT - THANK YOU | -$2,010.00 |
| Nov 4, 2022 | Credit | ONLINE PAYMENT - THANK YOU | -$1,292.00 |
| Nov 1, 2022 |  | A FOREVER CLEAN DAZZAUSTIN TX | $49.00 |
| Nov 1, 2022 |  | UBER | $15.29 |
| Oct 29, 2022 |  | DIRUS PROJEKT LIPOVLJANI | $36.39 |
| Oct 27, 2022 |  | FACTOR75 BATAVIA IL | $69.99 |
| Oct 27, 2022 |  | FREE CONFERENCE CALLLONG BEACH CA | $3.95 |
| Oct 27, 2022 |  | HEINEMANN DUTY FREE FRANKFURT DE | $55.19 |
| Oct 26, 2022 |  | UBER | $4.19 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Oct 26, 2022 | | UBER | $101.94 |
| Oct 25, 2022 | | DD/BR #358915 3589 NEW YORK NY | $3.47 |
| Oct 25, 2022 | | DUANE READE #14229 0NEW YORK NY | $55.26 |
| Oct 25, 2022 | | STAPLES 00184 NEW YORK NY | $105.10 |
| Oct 25, 2022 | | UBER | $37.30 |
| Oct 24, 2022 | | AMISH MARKET 0217700NEW YORK NY | $1,060.81 |
| Oct 24, 2022 | | UBER | $5.44 |
| Oct 24, 2022 | | UBER | $32.09 |
| Oct 23, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Oct 22, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $9.55 |
| Oct 22, 2022 | Credit | ONLINE PAYMENT - THANK YOU | -$1,000.00 |
| Oct 21, 2022 | Credit | ONLINE PAYMENT - THANK YOU | -$7,000.00 |
| Oct 16, 2022 | | FREE CONFERENCE CALLLONG BEACH CA | $10.00 |
| Oct 16, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $18.30 |
| Oct 15, 2022 | | DD/BR #358915 3589 NEW YORK NY | $5.46 |
| Oct 15, 2022 | | FEDEX OFFICE NEW YORK NY | $9.86 |
| Oct 15, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $19.56 |
| Oct 15, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $15.35 |
| Oct 15, 2022 | | TURTLE BAY DRY CLEANNEW YORK NY | $27.00 |
| Oct 15, 2022 | | UBER | $11.98 |
| Oct 15, 2022 | | UBER | $25.19 |
| Oct 15, 2022 | | Verizon Communications Inc | $474.12 |
| Oct 14, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $15.96 |
| Oct 13, 2022 | | FACTOR75 BATAVIA IL | $69.99 |
| Oct 13, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $14.76 |
| Oct 13, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $33.71 |
| Oct 13, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $13.05 |
| Oct 13, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $73.10 |
| Oct 12, 2022 | | DESERT CAB 436845559LAS VEGAS NV | $18.57 |
| Oct 12, 2022 | | JETBLUE AIRWAYS 2104FOREST HILLS OK | $89.00 |
| Oct 12, 2022 | | MANDALAY - BANQUETS LAS VEGAS NV | $24.00 |
| Oct 12, 2022 | | SAMMYS WOODFIRED W/TLAS VEGAS NV | $24.57 |
| Oct 12, 2022 | | VDARA - FRONT DESK LAS VEGAS NV | $56.69 |

**AMERICAN EXPRESS**

ACCOUNT ENDING - 74005

Business Platinum Card®

CARD MEMBER

AARON ETRA

## Card Activity from Sep 12, 2022 to Oct 12, 2022

### Summary

|  | Pay In Full | Pay Over Time | Total |
|---|---|---|---|
| Previous Balance | $6,005.20 | $2,040.69 | $8,045.89 |
| Payments & Credits |  |  | -$37.26 |
| New Charges | $5,133.52 | $0.00 | $5,133.52 |
| Fees |  |  | $39.00 |
| Interest Charges |  |  | $43.91 |
| **Total Balance** |  |  | **$13,225.06** |

### Transactions

101 Transactions

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Oct 12, 2022 |  | Interest Charge on Pay Over Time Purchases | $43.91 |
| Oct 11, 2022 |  | A DAZCLEAN 10/10 TXNAUSTIN TX | $16.65 |
| Oct 11, 2022 |  | A DAZCLEAN QUINT 10/AUSTIN TX | $66.00 |
| Oct 11, 2022 |  | KOI RESTAURANT AND LLAS VEGAS NV | $100.00 |
| Oct 11, 2022 |  | MANDALAY - BANQUETS LAS VEGAS NV | $25.00 |
| Oct 11, 2022 |  | VDARA - MARKET CAFC LAS VEGAS NV | $20.97 |
| Oct 11, 2022 |  | VTS LUCKY CAB VTS LULAS VEGAS NV | $33.71 |
| Oct 10, 2022 |  | AMAZON MARKEPLACE NA PA | $33.29 |
| Oct 10, 2022 |  | EC ATTACHED MARKET JAMAICA NY | $16.27 |
| Oct 10, 2022 |  | UBER | $3.74 |
| Oct 10, 2022 |  | UBER | $79.92 |
| Oct 9, 2022 |  | FIRST CITYCAB CORP. QUEENS NY | $14.16 |
| Oct 9, 2022 |  | JETBLUE AIRWAYS 2104FOREST HILLS OK | $86.00 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Oct 9, 2022 | | MORTON WILLIAMS - GRNEW YORK NY | $47.57 |
| Oct 8, 2022 | | DUNKIN #353428 3534 NEW YORK NY | $6.04 |
| Oct 8, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Oct 8, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Oct 8, 2022 | Credit | Wireless Credit | -$10.00 |
| Oct 7, 2022 | | TRAVEL GUARD GROUP ISTEVENS POINT WI | $51.58 |
| Oct 6, 2022 | | AMERICAN BIOTECH LABAMERICAN FORK UT | $48.66 |
| Oct 6, 2022 | | FACTOR75 BATAVIA IL | $69.99 |
| Oct 6, 2022 | | JETBLUE AIRWAYS 4100FOREST HILLS OK | $50.00 |
| Oct 6, 2022 | | LATE FEE | $39.00 |
| Oct 6, 2022 | | UNITED AIRLINES HOUSTON TX | $711.50 |
| Oct 5, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $11.76 |
| Oct 5, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $11.76 |
| Oct 5, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $12.55 |
| Oct 5, 2022 | | PAYPAL *CITYBEITMID 4029357733 NY | $184.15 |
| Oct 5, 2022 | | S and R Medallion S New York NY | $14.76 |
| Oct 5, 2022 | | STEP DOWN TO NATURE NEW YORK NY | $67.49 |
| Oct 4, 2022 | | ALL TAXI MANAGEMENT 41-25 36TH ST LIC NY | $11.16 |
| Oct 4, 2022 | | AMISH MARKET 0217700NEW YORK NY | $26.48 |
| Oct 4, 2022 | Credit | NYC TAXI PURCHASE WITH MR POINTS CREDIT | -$14.76 |
| Oct 4, 2022 | | VZWRLSS BILL PAY VE 800-922-0204 FL | $280.96 |
| Oct 4, 2022 | | Winners Garage WinneWoodside NY | $14.76 |
| Oct 3, 2022 | | A DAZCLEAN 10/3 TXN AUSTIN TX | $16.65 |
| Oct 3, 2022 | | A DAZCLEAN QUINTE 10AUSTIN TX | $66.00 |
| Oct 3, 2022 | | NYC BAR 2123826663 NY | $98.75 |
| Oct 3, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $11.55 |
| Oct 1, 2022 | | A FOREVER CLEAN DAZZAUSTIN TX | $49.00 |
| Oct 1, 2022 | | CHOWBUS CHICAGO IL | $77.31 |
| Oct 1, 2022 | | DUANE READE #14229 0NEW YORK NY | $9.03 |
| Oct 1, 2022 | | REMI FLOWER & COFFEENEW YORK NY | $26.14 |
| Oct 1, 2022 | | STEP DOWN TO NATURE NEW YORK NY | $16.19 |
| Sep 30, 2022 | | AMISH MARKET 0217700NEW YORK NY | $28.09 |
| Sep 30, 2022 | | SIPSAK NEW YORK NY | $147.30 |
| Sep 29, 2022 | | FACTOR75 BATAVIA IL | $69.99 |
| Sep 28, 2022 | | HARMONIC INNERPRIZESHENDERSON NV | $80.85 |
| Sep 28, 2022 | | REED EXHIBITIONS SURREY GB | $4.83 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Sep 28, 2022 | | REMI FLOWER & COFFEENEW YORK NY | $12.74 |
| Sep 28, 2022 | | TURTLE BAY DRY CLEANNEW YORK NY | $8.00 |
| Sep 27, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $11.76 |
| Sep 27, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $12.96 |
| Sep 27, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Sep 27, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Sep 26, 2022 | | A DAZCLEAN 9/26 TXN AUSTIN TX | $16.65 |
| Sep 26, 2022 | | A DAZCLEAN QUINTE 9/AUSTIN TX | $66.00 |
| Sep 26, 2022 | | NYC INTERBORO MANAGELONG ISLAND CITY NY | $11.16 |
| Sep 26, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $10.05 |
| Sep 25, 2022 | | AMISH MARKET 0217700NEW YORK NY | $27.51 |
| Sep 25, 2022 | | MORTON WILLIAMS - GRNEW YORK NY | $21.37 |
| Sep 24, 2022 | | AMAZE 58 ASIAN FUSIONEW YORK NY | $69.25 |
| Sep 24, 2022 | | AMISH MARKET 0217700NEW YORK NY | $22.53 |
| Sep 24, 2022 | | CHOP&GO - LEXINGTON New York NY | $10.88 |
| Sep 24, 2022 | | DUANE READE #14229 0NEW YORK NY | $7.99 |
| Sep 24, 2022 | | GLORIA WAN HAIR DESINEW YORK NY | $110.00 |
| Sep 24, 2022 | | METROCARD MACHINE NEW YORK NY | $11.00 |
| Sep 24, 2022 | | MORTON WILLIAMS - GRNEW YORK NY | $25.76 |
| Sep 24, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Sep 24, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Sep 24, 2022 | | REMI 43 FLOWER & COFNEW YORK NY | $18.61 |
| Sep 24, 2022 | | White and Blue GroupLong Island City NY | $11.76 |
| Sep 22, 2022 | | ANGELETTO RESTAURANTNEW YORK NY | $93.39 |
| Sep 22, 2022 | | FACTOR75 BATAVIA IL | $64.99 |
| Sep 21, 2022 | | VZWRLSS BILL PAY VE 800-922-0204 FL | $428.28 |
| Sep 20, 2022 | | A DAZCLEAN 9/19 TXN AUSTIN TX | $16.65 |
| Sep 20, 2022 | | A DAZCLEAN QUINTESSAAUSTIN TX | $66.00 |
| Sep 20, 2022 | Credit | FACTOR75 BATAVIA IL | -$12.50 |
| Sep 20, 2022 | | FREE CONFERENCE CALLLONG BEACH CA | $3.95 |
| Sep 19, 2022 | | AMISH MARKET 0217700NEW YORK NY | $26.81 |
| Sep 19, 2022 | | STATE FARM INSURANCEBLOOMINGTON IL | $162.00 |
| Sep 18, 2022 | | DD/BR #358915 3589 NEW YORK NY | $3.12 |
| Sep 17, 2022 | | AMISH MARKET 0217700NEW YORK NY | $33.77 |
| Sep 17, 2022 | | CVS/PHARMACY #10654 NEW YORK NY | $12.00 |
| Sep 17, 2022 | | MORTON WILLIAMS - GRNEW YORK NY | $23.41 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Sep 17, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $12.55 |
| Sep 17, 2022 | | NYC TAXI 1246 460010LONG ISLAND C NY | $15.80 |
| Sep 17, 2022 | | TURTLE BAY DRY CLEANNEW YORK NY | $16.00 |
| Sep 16, 2022 | | EVENT* 48TH ANNUAL STYSONS CORNER VA | $40.00 |
| Sep 16, 2022 | | FREE CONFERENCE CALLLONG BEACH CA | $10.00 |
| Sep 16, 2022 | | UBER | $24.95 |
| Sep 15, 2022 | | FACTOR75 BATAVIA IL | $60.00 |
| Sep 15, 2022 | | SUSSEX WINES & SPIRINEW YORK NY | $30.47 |
| Sep 15, 2022 | 1.5X Points | USPS PO BOXES ONLINE800-344-7779 DC | $232.00 |
| Sep 15, 2022 | | Verizon Communications Inc | $225.49 |
| Sep 12, 2022 | | A DAZCLEAN 9/12 TXN AUSTIN TX | $16.65 |
| Sep 12, 2022 | | A DAZCLEAN QUINTESSAAUSTIN TX | $66.00 |
| Sep 12, 2022 | | AMISH MARKET 0217700NEW YORK NY | $26.55 |
| Sep 12, 2022 | | AplPay WWW.CSCSW.COMMELVILLE NY | $30.00 |
| Sep 12, 2022 | | STEP DOWN TO NATURE NEW YORK NY | $31.49 |
| Sep 11, 2022 | | AMISH MARKET 0217700NEW YORK NY | $40.16 |



ACCOUNT ENDING - 74005
Business Platinum Card®

CARD MEMBER
AARON ETRA

## Card Activity from Aug 13, 2022 to Sep 11, 2022

### Summary

|  | Pay In Full | Pay Over Time | Total |
|---|---|---|---|
| Previous Balance | $3,638.71 | $2,036.31 | $5,675.02 |
| Payments & Credits |  |  | -$3,720.71 |
| New Charges | $6,005.20 | $45.45 | $6,050.65 |
| Interest Charges |  |  | $40.93 |
| **Total Balance** |  |  | **$8,045.89** |

### Transactions

56 Transactions

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Sep 11, 2022 |  | BARKOGI New York NY | $52.79 |
| Sep 11, 2022 |  | EBAY O*01-09090-3301SAN JOSE | $38.10 |
| Sep 11, 2022 |  | Interest Charge on Pay Over Time Purchases | $40.93 |
| Sep 10, 2022 |  | BASICS PLUS #3 43684NEW YORK NY | $9.78 |
| Sep 10, 2022 |  | DUANE READE #14229 0NEW YORK NY | $25.00 |
| Sep 10, 2022 |  | EB *A STRANGE LOOP BSAN FRANCISCO CA | $80.00 |
| Sep 10, 2022 |  | PINK MOOSE UNITED PLNew York NY | $12.07 |
| Sep 8, 2022 |  | AMISH MARKET 0217700NEW YORK NY | $20.95 |
| Sep 8, 2022 |  | FACTOR75 BATAVIA IL | $9.99 |
| Sep 8, 2022 |  | FIRST CITYCAB CORP. QUEENS NY | $73.10 |
| Sep 8, 2022 |  | KIMBO COFFEE CORNER ZAVENTEM VL | $12.54 |
| Sep 8, 2022 | Credit | Wireless Credit | -$10.00 |
| Sep 7, 2022 |  | SUPER KONZUM P-0222 ZAGREB | $92.80 |
| Sep 6, 2022 |  | DOBRA ISTOK RESTORANOGULIN | $12.06 |
| Sep 6, 2022 |  | HOTEL CROATIA CAVTAT | $1,200.11 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Sep 6, 2022 | | JASENICE JUG BISTRO JASENICE (OBROVAC) | $22.92 |
| Sep 6, 2022 | | TIFON BP JASENICE (OBROVAC) | $52.99 |
| Sep 5, 2022 | | VZWRLSS BILL PAY VE 800-922-0204 FL | $374.04 |
| Sep 4, 2022 | | LUDO MORE CAVTAT | $82.02 |
| Sep 2, 2022 | Credit | ONLINE PAYMENT - THANK YOU | -$3,700.71 |
| Sep 1, 2022 | | A FOREVER CLEAN DAZZAUSTIN TX | $49.00 |
| Aug 31, 2022 | | AMINESS GRAND AZUR HOREBIC | $1,456.27 |
| Aug 27, 2022 | | ALPINE TVL & CRUISE ROCKWALL TX | $30.00 |
| Aug 27, 2022 | | ALPINE TVL & CRUISE ROCKWALL TX | $822.21 |
| Aug 26, 2022 | | INA BP RASCANE GORNJE | $41.07 |
| Aug 22, 2022 | | STUDENAC P-100 OMIS | $55.19 |
| Aug 20, 2022 | | FREE CONFERENCE CALLLONG BEACH CA | $3.95 |
| Aug 20, 2022 | | WCMC-WCC 999-9999999 NY | $20.00 |
| Aug 19, 2022 | | HEINEMANN DUTY FREE HAMBURG DE | $27.92 |
| Aug 19, 2022 | | INA BP ZAGREB | $53.01 |
| Aug 19, 2022 | | SUPER KONZUM P-0222 ZAGREB | $115.03 |
| Aug 19, 2022 | | UBER | $110.81 |
| Aug 18, 2022 | Credit | Wireless Credit | -$10.00 |
| Aug 17, 2022 | | AMISH MARKET 0217700NEW YORK NY | $15.25 |
| Aug 17, 2022 | | USPS PO 3596100010 0NEW YORK NY | $4.84 |
| Aug 16, 2022 | | DUANE READE #14503 0NEW YORK NY | $32.38 |
| Aug 16, 2022 | | FREE CONFERENCE CALLLONG BEACH CA | $10.00 |
| Aug 16, 2022 | | TURTLE BAY DRY CLEANNEW YORK NY | $19.00 |
| Aug 15, 2022 | | MIMIS RESTAURANT & PNEW YORK NY | $110.76 |
| Aug 15, 2022 | | PINK MOOSE UNITED PLNew York NY | $13.57 |
| Aug 15, 2022 | | STEP DOWN TO NATURE NEW YORK NY | $50.38 |
| Aug 15, 2022 | | Verizon Communications Inc | $225.49 |
| Aug 14, 2022 | | ALIMAMA TEA new york NY | $8.38 |
| Aug 14, 2022 | | FSP*MOTT STREET OPTINEW YORK NY | $170.00 |
| Aug 14, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Aug 14, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Aug 14, 2022 | | WHITMANS New York NY | $32.99 |
| Aug 13, 2022 | | BLOOMINGDALES NEW YNEW YORK NY | $211.76 |
| Aug 13, 2022 | | DD/BR #358915 3589 NEW YORK NY | $4.13 |
| Aug 13, 2022 | | FIRST CITYCAB CORP. QUEENS NY | $8.76 |
| Aug 13, 2022 | | GLORIA WAN HAIR DESINEW YORK NY | $110.00 |

| DATE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Aug 13, 2022 | | MORTON WILLIAMS - GRNEW YORK NY | $26.73 |
| Aug 13, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Aug 13, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Aug 13, 2022 | | NYCT PAYGO NEW YORK NY | $2.75 |
| Aug 12, 2022 | | AMISH MARKET 0217700NEW YORK NY | $26.76 |