**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 14, 2023

Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **Benthos Master Fund, Ltd. v. Aaron Etra**
      20-cv-03384-VEC-KHP

Dear Judge Caproni,

    I write to request that the Court relieve Federal Defenders of New York as counsel for Aaron Etra and that CJA counsel be appointed as substitution counsel.

    I also request that the Court extend the February 17, 2022 deadline for Mr. Etra to file a response to Benthos' proposal for a forensic examination of his electronic devices.[1]

### A.   *Substitution of Counsel*

    On today's date, I became aware that the legal representation of Mr. Etra by Federal Defenders of New York, Inc., presents a non-waivable conflict of interest. Therefore, I respectfully move to withdraw as counsel for Mr. Etra and request that the Court appoint CJA counsel.

---

[1] Since it will take time for new counsel to familiarize themselves with the history of the case and to meet with Mr. Etra, I ask the Court to permit me to make this application on Mr. Etra's behalf.

### B. *Extension of Deadline*

On January 26, 2023, the Court extended to February 17, 2023, the deadline by which Mr. Etra must respond to Benthos proposal for a forensic examination of his electronic devices. Mr. Etra seeks a further extension of 30 days for the following reasons:

1. Mr. Etra does not have the technical or legal expertise to adequately respond to Benthos' proposal. He seeks to obtain expert advice regarding his privacy rights in his electronic devices and whether the protocol proposed by Benthos is violative or protective of those rights.
2. Mr. Etra has no ability to secure an expert while incarcerated. He has asked his Power of Attorney to make those efforts for him. To date, despite ongoing efforts, expert advice has not been obtained.

Given the pending response deadline and the substitution of counsel, Mr. Etra respectfully requests an additional 30 days to respond to Benthos' proposal.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____

Amy Gallicchio, Esq.
Assistant Federal Defender
Federal Defenders of New York
Office: 212-417-8728
Cell: 917-612-3274

Cc: Counsel for Petitioner (by ECF and email)