

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

February 15, 2023

<u>**VIA ECF**</u>
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

**Re:**   <u>**Benthos v. Etra, 20-CV-3384**</u>

Dear Judge Caproni:

On behalf of petitioner Benthos, I am writing in accordance with your order at Dkt. 264 to report that late yesterday, the day before this letter report was due, respondent Etra provided, through counsel, bank statements from two accounts:  M&T ending in 3441 from July 1, 2022 through November 30, 2022, and M&T ending in 3433 from April 1, 2019 through December 31, 2022.

Our review and analysis is not yet complete, but the activity in those accounts, while not extensive, did indicate funds transfers involving several individuals and entities that seem unfamiliar to us (including some foreign-sounding names).

Respectfully yours,

Steven R. Popofsky

SRP:sg

cc:   Amy Gallichio
      Aaron Etra (per Dkt. 263 n.2)