

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

February 15, 2023

<u>**VIA ECF**</u>
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

  In response to respondent's application, at Dkt. 281, to extend his time to respond to petitioner's proposed forensic protocol, in light of his impending change of counsel, petitioner does not oppose the request, and asks that if it is granted, petitioner be allowed two weeks to reply.

  Thank you.

             Respectfully yours,

             Steven R. Popofsky

SRP:sg

cc: Amy Gallichio
   Aaron Etra (per Dkt. 263 n.2)