USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENTHOS MASTER FUND, LTD., | |
| Petitioner, | 20-CV-3384 (VEC) |
| -against- | ORDER |
| AARON ETRA, | |
| Respondent. | |

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for a status conference on Thursday,

February 16, 2023 at 11:00 A.M., *see* Order, Dkt. 284;

IT IS HEREBY ORDERED that due to a scheduling conflict, the status conference is

hereby adjourned until **Thursday, February 16, 2023 at 3:00 P.M.**

**SO ORDERED.**

Date:  **February 15, 2023**
        **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

1