# HARVEY FISHBEIN
——— ATTORNEY AT LAW ———

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

February 21, 2023

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

Re: **Benthos Master Fund, LTD. v. Aaron Etra**
    **20 CV 3384 (VEC)**

Dear Judge Caproni:

  Pursuant to Your Honor's Order dated February 16, 2023, I write to confirm that I have obtained from Mr. Etra's prior attorney, Amy Gallicchio of the Federal Defenders, a backpack containing Mr. Etra's passport, Mac computer, telephone, and other electronic devices and have secured them in my office.

            Respectfully submitted,
                /s/
            Harvey Fishbein

cc: All parties (via ECF)