

**HARVEY FISHBEIN**
───── ATTORNEY AT LAW ─────

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2023

March 3, 2023

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

Re: **Benthos Master Fund, LTD. v. Aaron Etra**
     **20 CV 3384 (VEC)**

Dear Judge Caproni:

Pursuant to Your Honor's Order dated February 16, 2023 ("the Order"), I am presently filing on behalf of Aaron Etra, Respondent's Response to Petitioner's proposed Forensic Protocol, prepared by Marc Sklar, Mr. Etra's friend and agent pursuant to a Power of Attorney. Mr. Sklar informs me that, to the degree Mr. Etra's incarceration permits, he is in regular contact with Respondent and is diligently working to comply with all the Court's Orders.

In addition, the Order directs Mr. Etra to provide the names and contact information of his children. I have been informed by Mr. Sklar that the children are Gideon D. Etra, 917-838-4296, getra@nyc.rr.com and Daniel Etra, 646-257-2919, daniel@rethinkautism.com .

Finally, the Order directs Respondent to show cause as to why he should not be required to pay part of the cost for the forensic examination of his devices. I do not have any new information, but I respectfully point out to the Court that based upon his financial affidavit (Dkt.#255, which is not available to me on the docket), the Court appointed counsel for Mr. Etra. I have no reason to believe his financial condition has improved.

Respectfully submitted,
/s/
Harvey Fishbein

cc: All parties (via ECF)

In light of Etra's failure to respond to the Court's order to show cause why he should not be ordered to pay a portion of the costs of a forensic examination, he is ordered to pay the lesser of half the cost of a forensic examination or $2,000 **within seven days** of Petitioner's future request for payment.

The Clerk of Court is respectfully directed to mail a copy of this order to Etra.

SO ORDERED.

*[signature]* 03/03/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE