S.D.N.Y. – N.Y.C.
20-cv-3384
Caproni, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand twenty-three.

Present:
    José A. Cabranes,
    Reena Raggi,
    Joseph F. Bianco,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 08 2023
```

---

Benthos Master Fund, Ltd.,

        *Petitioner-Appellee,*

v.

        22-3078(L),
        22-3081(Con),
        22-3115(Con),
        22-3119(Con),
        23-19(Con)

Aaron Etra,

        *Respondent-Appellant.*

---

Three motions are pending in the above-captioned matters. In 2d Cir. 23-19, Kendra L. Hutchinson of the Federal Defenders of New York moves to be relieved as counsel for Appellant, and for new counsel to be appointed under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Also in 2d Cir. 23-19, Hutchinson moves for the financial affidavit submitted in support of the application for CJA counsel to be filed under seal. In 2d Cir. 22-3078, 22-3081, and 22-3115, Appellant, pro se, moves for a stay of the district court proceedings pending appeal.

Upon due consideration, the motion to be relieved as counsel and for appointment of new CJA counsel is GRANTED, Hutchinson and the Federal Defenders of New York are relieved of representation, and new CJA counsel shall be appointed.

It is further ORDERED that the motion to file Appellant's financial affidavit under seal is GRANTED, without prejudice to renewed consideration if Appellee or any other interested party objects or moves for unsealing. *See, e.g., United States v. Suarez*, 880 F.2d 626, 630 (2d Cir. 1989) (discussing "presumption of public access" to CJA-related documents, but noting that right of public access is qualified, not absolute).

The motions to stay the district court proceedings pending appeal are DENIED without prejudice to renewal through counsel once new counsel is appointed.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2

CERTIFIED COPY ISSUED ON 03/07/2023