# LAUREN DI CHIARA
Attorney-at-Law

585 Stewart Avenue, L16
Garden City, NY 11530

Tel: (516) 695 – 6801  Email: laurendichiara.law@gmail.com
Admitted in SDNY, EDNY, USSC, NY & CT

<u>**Via ECF**</u>

Hon. Valerie E. Caproni
United States District Court
40 Foley Square
New York, NY 10007

March 13, 2023

Re: *Benthos Master Fund, LTD. v. Aaron Etra,* 20 CV. 3384 (VEC)

Dear Judge Caproni:

    I, along with Harvey Fishbein, represent Aaron Etra. I am presently filing on behalf of Aaron Etra, Respondent's Reply to Petitioners Letter dated March 10, 2023 (Dkt. 294), prepared by Marc Sklar, Mr. Etra's friend and agent pursuant to a Power of Attorney. Mr. Sklar informs me that, to the degree Mr. Etra's incarceration permits, he is in regular contact with Respondent and is diligently working to comply with all the Court's Orders.

Sincerely,

   /s/ Lauren Di Chiara

**Lauren Di Chiara**
Associate Counsel for the Defendant
585 Stewart Avenue, L-16
Garden City, NY 11530
(516.695.6801)
laurendichiara.law@gmail.com