**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/13/2023

# LAUREN DI CHIARA
### Attorney-at-Law

585 Stewart Avenue, L16
Garden City, NY 11530

Tel: (516) 695 – 6801

Email: laurendichiara.law@gmail.com
Admitted in SDNY, EDNY, USSC, NY & CT

<u>Via ECF</u>

Hon. Valerie E. Caproni
United States District Court
40 Foley Square
New York, NY 10007

March 13, 2023

    Re: *Benthos Master Fund, LTD. v. Aaron Etra,* 20 CV. 3384 (VEC)

Dear Judge Caproni:

  I, along with Harvey Fishbein, represent Aaron Etra. I am presently filing on behalf of Aaron Etra, Respondent's Reply to Petitioners Letter dated March 10, 2023 (Dkt. 294), prepared by Marc Sklar, Mr. Etra's friend and agent pursuant to a Power of Attorney. Mr. Sklar informs me that, to the degree Mr. Etra's incarceration permits, he is in regular contact with Respondent and is diligently working to comply with all the Court's Orders.

              Sincerely,

              /s/ Lauren Di Chiara

              **Lauren Di Chiara**
              Associate Counsel for the Defendant
              585 Stewart Avenue, L-16
              Garden City, NY 11530
              (516.695.6801)
              laurendichiara.law@gmail.com

Benthos may respond to Mr. Etra's letter not later than **Wednesday, March 15, 2023**. The Court **will not consider** any further letters regarding the forensic protocol before entering a final protocol by separate order.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Etra.

SO ORDERED.

03/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE