USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENTHOS MASTER FUND, LTD.,

                Petitioner,

     -against-

AARON ETRA,

                Respondent.

20-CV-3384 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 14, 2022, the Court held Respondent Aaron Etra ("Etra") in contempt of Court, and ordered him to submit his laptop and cellphone (the "Devices") to Petitioner to be subjected to a forensic examination, *see* Order, Dkt. 263;

    WHEREAS the Court further ordered Petitioner Benthos Master Fund, Ltd. ("Benthos") to propose a forensic protocol that would govern the forensic examination of Etra's Devices, *see id.*;

    WHEREAS on January 13, 2023, Benthos proposed NCIT IT (the "Forensic Expert") as an independent forensic expert and submitted a proposed forensic protocol, *see* Proposed Protocol, Dkt. 271-1;

    WHEREAS the Court has a number of questions about the report that NCIT IT would prepare;

    IT IS HEREBY ORDERED that on **Wednesday, March 22, 2023 at 11:00 A.M.**, the parties and the Forensic Expert must appear for a status conference to discuss the proposed report. The conference will take place in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

1

Case 1:20-cv-03384-VEC-KHP   Document 302   Filed 03/17/23   Page 2 of 2

2

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this order to Mr. Etra at Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232.

**SO ORDERED.**

Date: **March 17, 2023**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**