

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

March 17, 2023

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:   Benthos v. Etra, 20-CV-3384

Dear Judge Caproni:

On behalf of petitioner Benthos, I write to respectfully request that the conference scheduled for March 22nd be adjourned. I will not be in New York next week and my colleague Ms. Benintendi also will be out of town on the 22nd and for most of the week. Nor are personnel at our forensic firm NCIT available on the 22nd. We and NCIT can be available on March 28th or 29th (or alternatively on the afternoon of the 31st).

In addition, the Court should be aware that the main technical expert at NCIT is based in California. The firm's principal is prepared to appear in court if required, but he may not be able to answer all of Your Honor's questions and suggests that the technical expert appear by phone. Accordingly, we also request that (assuming the entire conference cannot be conducted remotely) NCIT be permitted to appear remotely, on one of the dates set forth above.

We apologize for the inconvenience. Thank you very much for your consideration.

Respectfully yours,

Steven R. Popofsky

SRP:sg

cc:   Harvey Fishbein (via ECF and e-mail)
      Lauren Di Chiara (via ECF and e-mail)
      Aaron Etra (per Dkt. 263 n.1)
      Alisa Benintendi