# HARVEY FISHBEIN
——— ATTORNEY AT LAW ———

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

March 20, 2023

**BY EMAIL**
~~EX PARTE - UNDER SEAL~~
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

Re: **Benthos Master Fund, LTD. v. Aaron Etra**
20 CV 3384 (VEC)

Dear Judge Caproni:

Aaron Etra has asked me to convey to the Court that after weeks of unsuccessful attempted treatments for a deteriorating eye condition that makes it difficult for him to see, he was taken to Dr. Brown at the NY Eye and Ear Hospital where he was diagnosed with ▓▓▓▓▓ ▓▓▓▓▓▓. He further wishes me to convey that he believes it to be dangerous for him to remain incarcerated at MDC because of how difficult it is for him to get the appropriate follow-up medical treatment. Accordingly, he respectfully requests immediate compassionate release.

Due to the medical information contained in this letter, I respectfully request that this ex parte letter be filed under seal.

Respectfully submitted,
/s/
Harvey Fishbein

cc:    Lauren Di Chiara, Esq (by email)