

**Alisa Benintendi**
*E-Mail: abenintendi@kkwc.com*
*Direct Dial: 212.880.9871*

March 27, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

        Re:    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

      I am writing on behalf of petitioner Benthos pursuant to Your Honor's order dated March 17, 2023, Dkt. 304.  Attached to this letter are: (1) a sample template report provided to Benthos by our forensic firm, NCIT, attached hereto as Exhibit 1, and (2) a template prepared by NCIT that is specific to this matter (attached hereto as Exhibit 2) and based on the Proposed Forensic Protocol submitted to this Court on January 13, 2023, Dkt. 271-1.

      Although we and NCIT are not entirely sure what the Court was looking for in compliance with Dkt. 304, and our expert will be prepared to discuss the proposed Forensic Protocol, and these attachments, with Your Honor during tomorrow's court appearance and answer any questions you may have, Benthos hopes that these templates, taken together, will inform the Court's understanding of the report NCIT ultimately plans on submitting to Mr. Etra following NCIT's forensic analysis.

                                                      Respectfully yours,

                                                       Alisa Benintendi

AMB:AMB
Attachments

cc:    Harvey Fishbein (via ECF and e-mail)
        Lauren Di Chiara (via ECF and e-mail)
        Aaron Etra (per Dkt. 263 n.2)
        Steven R. Popofsky