

<div style="text-align:right">
Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882
</div>

April 3, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

    I write in very brief response to Mr. Etra's communications today (conveyed through Mr. Fishbein), although we trust that no response is really necessary.

    First and foremost, Mr. Etra could (and should) have devoted the effort he spent writing his detailed e-mails to instead providing at least some of the information ordered by the Court over three months ago (information within his knowledge that does not require cooperation of any financial institution).

    Second, "unjust restraining orders" has been adjudicated to the contrary.

    And third, now having sought to assert the Fifth Amendment, however improperly, Mr. Etra should no longer be heard, in this civil context, to continue professing his innocence.  He is likely a career criminal, which is why he has gone to extreme lengths to conceal the sources of his income and the uses thereof.  He got away with it for two years, and his efforts are continuing, improperly as always.

<div style="margin-left:50%">
Respectfully yours,

*/s/ Steven R. Popofsky*

Steven R. Popofsky
</div>

cc:   Harvey Fishbein (via ECF and e-mail)
       Lauren Di Chiara (via ECF and e-mail)
       Aaron Etra (per Dkt. 263 n.2)
       Marc Sklar (via e-mail)