USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                    Petitioner,

    -against-

AARON ETRA,

                    Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 11, 2023, counsel appointed for the limited purpose of representing Respondent Aaron Etra with respect to his civil contempt filed an *ex parte* letter under seal requesting that he be relieved as counsel;

    IT IS HEREBY ORDERED that the parties must appear for a conference to discuss counsel's request on **Thursday, April 13, 2023 at 11:00 A.M.** in Courtroom **443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra at Aaron Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232, and to note the mailing on the public docket.

**SO ORDERED.**

Date: April 11, 2023
      New York, New York

                                                    **VALERIE CAPRONI**
                                                  United States District Judge