# HARVEY FISHBEIN
_____ ATTORNEY AT LAW _____

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

April 12, 2023

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

　　　　　　　　　　　Re:　**Benthos Master Fund, LTD. v. Aaron Etra**
　　　　　　　　　　　　　　**20 CV 3384 (VEC)**

Dear Judge Caproni:

　　　I was appointed, along with Lauren Di Chiara under the CJA Mentoring Program, for limited purposes by Your Honor on February 16, 2023 to represent Aaron Etra. The matter has been scheduled for tomorrow at 11 AM regarding my application to be relieved as counsel.

　　　I just received an email and telephone call from Mr. Etra this afternoon. He requests that he not be required to come to Court tomorrow because it is the final day of a Jewish holiday which he observes and he respectfully requests that he be permitted to remotely attend any Court hearing regarding this issue.

　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Harvey Fishbein