

Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882

April 12, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

        Re:    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

    Due to the cost involved in each court appearance, as well as continuing Covid-19 concerns, Benthos would much prefer to appear tomorrow (and in the future to the extent appropriate) remotely, by phone or video.

    Thank you.

Respectfully yours,<br><br>
Steven R. Popofsky

cc:   Harvey Fishbein (via ECF and e-mail)
       Lauren Di Chiara (via ECF and e-mail)
       Aaron Etra (per Dkt. 263 n.2)
       Marc Sklar (via e-mail)