

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

April 12, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2023

VIA ECF

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: Benthos v. Etra, 20-CV-3384

Dear Judge Caproni:

Due to the cost involved in each court appearance, as well as continuing Covid-19 concerns, Benthos would much prefer to appear tomorrow (and in the future to the extent appropriate) remotely, by phone or video.

Thank you.

Respectfully yours,

Steven R. Popofsky

cc: Harvey Fishbein (via ECF and e-mail)
Lauren Di Chiara (via ECF and e-mail)
Aaron Etra (per Dkt. 263 n.2)
Marc Sklar (via e-mail)

Petitioner's counsel's presence at the upcoming hearing is optional. Although the Court is sympathetic to counsel's desire to save costs, conferences are ordinarily held in person. Counsel may request permission to appear remotely at conferences in the future to the extent appearing in person would be unduly burdensome under the specific circumstances at hand.

SO ORDERED.

04/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com