USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENTHOS MASTER FUND, LTD.,

                       Petitioner,

      -against-

AARON ETRA,

                       Respondent.

20-CV-3384 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 14, 2023, Respondent Aaron Etra ("Mr. Etra") and counsel appointed for limited purposes, Harvey Fishbein ("Mr. Fishbein") and Lauren Di Chiara ("Ms. Di Chiara") (together, "Counsel"), appeared for a conference (the "Conference") regarding Counsel's *ex parte* and sealed request to be relieved from representing Mr. Etra;

WHEREAS at the Conference, Mr. Etra and Counsel consented to the public docketing of Counsel's letter request; and

WHEREAS at the Conference, Mr. Etra indicated that he intended to file a brief in support of his position that his Fifth Amendment privilege against compelled self-incrimination protects him from being required to produce certain documents and devices for forensic examination even though no brief was filed by the April 11, 2023 deadline, *see* Order, Dkt. 307;

IT IS HEREBY ORDERED that not later than **today, April 14, 2023**, Mr. Fishbein must file his letter request and Mr. Etra's revised brief in support of the application of his Fifth Amendment privilege on the public docket. The deadline for Petitioner Benthos Master Fund, Ltd. ("Benthos") to respond remains **April 25, 2023** unless Benthos requests an extension.

IT IS FURTHER ORDERED that, for the reasons stated at the Conference and with thanks of the Court, Mr. Fishbein and Ms. Di Chiara are relieved as counsel.

1

IT IS FURTHER ORDERED that Parvin Moyne ("Ms. Moyne") is appointed as Mr. Etra's new counsel. Ms. Moyne is ordered promptly to review the Court's Order regarding the limited scope of this appointment, *see* Order, Dkt. 258, as well as the Court's Order regarding Mr. Etra's civil contempt and the Court's coercive sanctions, *see* Order, Dkt. 260.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra at Aaron Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232, and to note the mailing on the public docket.

**SO ORDERED.**

**Date: April 14, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**