# HARVEY FISHBEIN
──────── ATTORNEY AT LAW ────────

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

April 11, 2023

**EX PARTE AND UNDER SEAL**
**BY EMAIL**
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

Re:     **Benthos Master Fund, LTD. v. Aaron Etra**
**20 CV 3384 (VEC)**

Dear Judge Caproni:

I was appointed, along with Lauren Di Chiara under the CJA Mentoring Program, for limited purposes by Your Honor on February 16, 2023 to represent Aaron Etra.

Unfortunately, I write to Your Honor to request that I be relieved. Mr. Etra has repeatedly expressed a lack of trust and confidence in me as a lawyer and it has reached the point that I am in a conflicted position and cannot continue to represent him.

Accordingly, I respectfully request that Ms. Di Chiara and I be relieved as counsel for Mr. Etra.

On a separate but related issue, it is my belief that Mr. Etra might need more time in order to prepare his submission which is due today.

Respectfully submitted,
/s/
Harvey Fishbein

cc:     Lauren Di Chiara, Esq. (by email)