April 11, 2023

In Response to Supporting my 5th Amendment constitutional right to not incriminate myself – Response required by April 11, 2023

Dear Judge Caproni,

    My circumstances, time constraints and legal experience do not allow me to adequately present the supporting law to justify my 5th amendments constitutional rights.

    Please include this response for the record.

    The Glaucoma in evidence at the recent hearing has advanced and I can barely see a computer screen or focus on text. I have had only one consultation with a doctor at NY Eye and Ear hospital in almost 4 months and Brooklyn MDC has been unable to let me have Dr. recommended follow visits / treatments.

    Access to computer time here has been further restricted with more and lasting lock- ins and limited time at the available computers. My ability to work on outside material (including textual and digital, like hard drives) is heavily restricted and there is not sufficient time or availability on the limited computers. My pro se legal representation will not properly support me in this task and other experienced counsel would be necessary.

    I am not a litigator and have not done legal research; my career has been primarily in organizing life science activity's and doing humanitarian work at the United Nations.

    In previous letters to your honor, I have raised the need to protect my constitutional rights and have counsel to present them in face of the risks and threats of accusation and allegations of criminality.

    Under these circumstances I respectfully request you HONOR:

    1. To appoint counsel with whom I could consult and who would properly brief the testimonial protection privilege provided by the 5th amendment for all items in you December 20 2022 orders.

Including all documents and my equipment (my computer and cell phone).

2. That I be immediatly released from MDC so I can get needed therapy for my health conditions including glaucoma.

3. That with my release and to the extent that my eye sight and health conditions permit, I consult with counsel you appoint and work with my POA on such items as passwords which will require finding were these are located if they are not subject to testimonial privilege protection of the 5th amendment.

4. That with my release and to the extent that my eye sight and health conditions permit, I will assist on settlement efforts underway, in addition to compliance.

In addition, for the record this submission was typed by an inmate who saw my struggling from my Glaucoma impairment and assisted me.

I am not being treated properly for my newly diagnosed Glaucoma condition and in fact, my eyesight has degraded and I feel distressed that my eyesight is in jeopardy.

Further, I have been made aware that there are relevant cases that competent counsel can and should raise for me on the issue of what Is protected testimonial production protection privilege under the 5th Amendment.

At this time, with my diminished eyesight I literally cannot read these or other cases which need to be brought to the Court's attention. These cases are said to include:

**CASE CITATIONS SUPPORTING MY CASE ARE IN A JPEG FORMAT AND NEED TO BE CONVERTED TO WORD DOCUMENT TO BE ADDED TO THIS SUBMISSION**

Respectfully Submitted,

Aaron Etra