# HARVEY FISHBEIN
──── ATTORNEY AT LAW ────

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

April 15, 2023

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

          Re: **Benthos Master Fund, LTD. v. Aaron Etra**
                **20 CV 3384 (VEC)**

Dear Judge Caproni:

      On Friday, April 14, 2023 Your Honor granted my application to be relieved as counsel for Mr. Etra, but asked for me to file his submission to the Court regarding his 5th Amendment self-incrimination claim as my last official act. His submission, provided to me by Marc Sklar, was filed that afternoon.

      On Saturday afternoon I received an email from Mr. Etra asking me to inform the Court that he wishes to cite United States v. Hubbell, 530 U.S. 27 (2000) in support of his argument that the Fifth Amendment Testimonial Production Protection Privilege is applicable to all the items in the Order of December 20, 2022, and further, that the second paragraph of the submission had to be typed by another inmate as he cannot type, other than short communications, due to his limited eyesight and very limited access to materials and a computer.

      In the interests of justice, I respectfully ask the Court to accept this submission.

                                        Respectfully submitted,
                                                      /s/
                                                   Harvey Fishbein