Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com



**Parvin Daphne Moyne**
+1 212.872.1076/fax: +1 212.872.1002
pmoyne@akingump.com

April 17, 2023

VIA ECF/EMAIL

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Benthos Master Fund, Ltd. v. Aaron Etra*, 20-CV-3384 (VEC)

Dear Judge Caproni,

On April 14, 2023, we were appointed, pursuant to the Criminal Justice Act, to represent Mr. Etra for the limited purpose of evaluating any potential motion he may have with respect to Your Honor's contempt order. Unfortunately, we learned shortly after the appointment that our firm has an irreconcilable conflict that prevents us from representing Mr. Etra – attorneys at our firm represent a party who is directly adverse to Mr. Etra. We have confirmed with our ethics counsel that we cannot represent Mr. Etra, even in a limited capacity. Accordingly, we ask to be relieved of our appointment.

We sincerely apologize for any inconvenience this may cause. We had run a preliminary conflicts check prior to our appearance in court on Friday, but only learned of the conflict later in the day. As we have not had any confidential communications with Mr. Etra, we do not believe this should prejudice him in any respect.

Respectfully submitted,

*/s/ Parvin D. Moyne*
Parvin D. Moyne
Katherine Goldstein