UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BENTHOS MASTERS FUND, LTD.,                               20-CV-3384(VEC)

                          Petitioner,

                                                                   **NOTICE OF APPERANCE**

      - against –

AARON ETRA,

                          Respondent.
-------------------------------------------------------------------X

To: Clerk of the Court and Parties of the Record

        **PLEASE TAKE NOTICE THAT** DANIEL A. MCGUINNESS, an attorney duly admitted to practice law in this District, hereby appears as CJA counsel for Mr. Etra for the limited purposes stated in the Court's April 17, 2023 Order (ECF No. 322).

Dated:  New York, NY
         April 21, 2023

                                        LAW OFFICES OF DANIEL A. MCGUINNESS, P.C.

                                        By: _____
                                                   Daniel McGuinness

                                        353 Lexington Ave, Ste 900
                                        New York, NY 10016
                                        (646) 496-3057
                                        dan@legalmcg.com

Cc:    All counsel (via ECF)
         Aaron Etra (via regular mail)
         Marc Sklar (via email)