**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/21/2023

# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

353 LEXINGTON AVE, SUITE 900, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX (888) 679-0585 · EMAIL: DAN@LEGALMCG.COM

April 21, 2023

VIA ECF

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (ECF No. 322). I write pursuant to that Order to jointly propose a briefing schedule for Mr. Etra's Fifth Amendment privilege assertion. Following consultation with opposing counsel, the parties jointly propose the following schedule:

| | |
|---|---|
| Mr. Etra's Brief: | May 5, 2023 |
| Petitioner's Response: | May 19, 2023 |
| Reply Brief: | June 2, 2023 |

I thank the Court for its attention to this request.

Sincerely,

Daniel A. McGuinness

Cc: All counsel (via ECF)
      Aaron Etra (via regular mail)
      Marc Sklar (via email)

Application GRANTED.

SO ORDERED.

*Valerie Caproni*
04/21/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE