**MEMO ENDORSED**

# HARVEY FISHBEIN
### ATTORNEY AT LAW

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/24/2023

April 21, 2023

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

Re:   **Benthos Master Fund, LTD. v. Aaron Etra**
      **20 CV 3384 (VEC)**

Dear Judge Caproni:

On Friday, April 14, 2023 Your Honor granted my application to be relieved as counsel for Mr. Etra. I write to Your Honor inquiring about Mr. Etra's electronics which are still in my possession.

On February 16, 2023, as part of my appointment as replacement counsel in this matter, Your Honor ordered that I take custody of Mr. Etra's passport and electronic devices from Mr. Etra's then-outgoing counsel and that I must confirm to the Court that I had done so by filing a letter on ECF (Order, ECF Document 286).

I respectfully request that the Court direct what should be done with Mr. Etra's property now that I have been relieved and new counsel has been appointed.

Respectfully requested,
/s/
Harvey Fishbein

cc: All counsel (via ECF)

---

Not later than **Thursday, April 27, 2023**, Mr. McGuinness must take custody of Mr. Etra's passport and electronic devices from Mr. Fishbein and must confirm to the Court that he has done so by filing a letter on ECF.

SO ORDERED.

*Valerie Caproni*   04/24/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE