# Law Offices of
# Daniel A. McGuinness, PC

353 Lexington Ave, Suite 900, New York, NY 10016
Tel: (212) 679-1990 · Fax (888) 679-0585 · Email: Dan@LegalMcg.com

April 27, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (ECF No. 322). I write pursuant to the Court's Order dated April 24, 2023 (ECF No. 327) to confirm receipt of Mr. Etra's property. I have received from prior counsel a backpack containing Mr. Etra's passport, Mac computer, telephone and other electronic devices and secured them in my office.

    If any additional information is required, please let me know.

                                                          Sincerely,

                                                          Daniel A. McGuinness

Cc:    All counsel (via ECF)
        Aaron Etra (via regular mail)