

Steven R. Popofsky  
*E-Mail: spopofsky@kkwc.com*  
*Direct Dial: 212.880.9882*

May 15, 2023

<u>**VIA ECF**</u>
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

        Re:    <u>**Benthos v. Etra, 20-CV-3384**</u>

Dear Judge Caproni:

      On behalf of petitioner Benthos, I am writing in accordance with your order at Dkt. 264 to report that nothing has been received from Mr. Etra during the past thirty-day period.

                                 Respectfully yours,

                                 Steven R. Popofsky

cc:   Daniel McGuinness (via ECF and e-mail)
       Aaron Etra
       Marc Sklar (via e-mail)

Kleinberg, Kaplan, Wolff & Cohen, P.C.  |  500 Fifth Avenue, New York, NY 10110  |  212.986.6000  |  kkwc.com