June 5, 2023

TO: Judge Valerie Caproni
From: AARON ETRA
Re: Benthos v. Etra 20 CV. 03384

Dear Judge Caprone,

    I respectfully request the appointment of habeas corpus counsel for me in this matter or the expansion of the representation of Daniel McGuiness, Esq. to include this work on my behalf.

    Thank you for your consideration of this request.

Respectfully,

AARON ETRA