

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

June 15, 2023

<u>**VIA ECF**</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

  On behalf of petitioner Benthos, I am writing in accordance with your order at Dkt. 264 to report that nothing has been received from Mr. Etra during the past thirty-day period.

             Respectfully yours,

             Steven R. Popofsky

cc: Daniel McGuinness (via ECF and e-mail)
   Aaron Etra
   Marc Sklar (via e-mail)