

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

July 10, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

    On behalf of petitioner Benthos, I am writing to request an adjournment of the status conference to address the forensic examination of Mr. Etra's electronic devices, currently scheduled for Wednesday, July 12 at 2:30 PM.

    Upon receipt of Your Honor's Order (Dkt. 337) last week, I reached out to our forensic expert, NCIC, and was advised that the individual (Scott Arenson) who had created the Proposed Forensic Protocol (Dkt. 271-1), and who was going to implement whatever protocol ends up being ordered by the Court, has been ill and is no longer available. NCIC's principal was scrambling late last week to find a replacement who could attend court (remotely if necessary) this Wednesday and proceed to take over for Mr. Arenson (including one person who turned out to be overseas at the moment with limited internet access), but as of this writing he has been unable to do so. (The attempt to find a replacement so as not to have to request this adjournment is the reason for our delay in making the request.)

    Accordingly, we respectfully request that the Court adjourn the conference and permit us one week – until Monday, July 17 – to advise the Court that we have a replacement available. If acceptable to the Court, we will also at that time advise the Court of the availability (in July) of the expert and counsel for the necessary conference.

    We regret the need for this request and thank Your Honor in advance for your consideration.

Respectfully yours,

*/s/ Steven R. Popofsky*

Steven R. Popofsky

Hon. Valerie Caproni
**July 10, 2023**
Page 2


cc: Daniel McGuinness (via ECF and e-mail)
    Aaron Etra
    Marc Sklar (via e-mail)