

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

July 17, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:     **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

      Benthos has been forced to hire a new forensic expert due to the illness of the lead person at the prior expert. We respectfully request that we be granted until this Friday, July 21, to provide the new expert's availability for the conference previously addressed. We will try hard not to need the entire week, but do not want to have to ask for another extension.

      In addition, please let this letter be our monthly report that Mr. Etra has not provided any documents or information whatsoever in the past thirty days.

      Thank you and we apologize for the inconvenience.

                             Respectfully submitted,

                              Steven R. Popofsky

cc:   Daniel McGuinness (via ECF and e-mail)
       Aaron Etra
       Marc Sklar (via e-mail)

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com
12453764.2 - 07/17/23