**MEMO ENDORSED**  Case 1:20-cv-03384-VEC-KHP  Document 341  Filed 07/17/23  Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/17/2023



Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

July 17, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

      Benthos has been forced to hire a new forensic expert due to the illness of the lead person at the prior expert. We respectfully request that we be granted until this Friday, July 21, to provide the new expert's availability for the conference previously addressed. We will try hard not to need the entire week, but do not want to have to ask for another extension.

      In addition, please let this letter be our monthly report that Mr. Etra has not provided any documents or information whatsoever in the past thirty days.

      Thank you and we apologize for the inconvenience.

      Respectfully submitted,

      Steven R. Popofsky

cc: Daniel McGuinness (via ECF and e-mail)
    Aaron Etra
    Marc Sklar (via e-mail)

Application GRANTED. Petitioner's deadline to propose dates for a status conference to address the forensic examination of Mr. Etra's devices is hereby extended from Monday, July 17, 2023 to **Friday, July 21, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Etra.

SO ORDERED.

*[signature]* 07/17/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE