



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2023

**MEMO ENDORSED**

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

July 18, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

            **Re:    Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

      Thank you for today's extension.  As the Court is aware, Benthos is retaining a new forensic expert due to the illness of the lead individual at the prior expert.  The new expert is CyberSecOp, which has advised us that it can be available on the following dates and times, on which we can be available as well:

- August 1 at 10:30
- August 2 at 11:30
- August 9 at 11:30
- August 16 at 11:30
- August 18 at 11:30

Your Honor, we apologize for the limited availability.  If none of those dates/times are convenient for the Court, we will go back to the expert and seek additional availability.  We chose not to do that in the first instance with the hope of gaining certainty at the earliest opportunity.

      Thank you again.  As noted yesterday, we also respectfully request that the expert be permitted to appear remotely to communicate with Your Honor about the proposed Forensic Protocol.

                    Respectfully yours,

                    Steven R. Popofsky

cc:  Daniel McGuinness (via ECF and e-mail)
      Aaron Etra
      Marc Sklar (via e-mail)

Application GRANTED in part. The parties and a CyberSecOp representative must appear for a status conference on **Wednesday, August 9, 2023 at 11:30 A.M.** in Courtroom **443**, of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Court would prefer that a CyberSecOp representative appear in person if possible. Any renewed request for CyberSecOp to appear remotely must explain why a CyberSecOp representative is unable to appear in person and must be filed not later than **Friday, July 21, 2023**.

The Clerk of Court is respectfully direct to mail a copy of this Order to Mr. Etra.

SO ORDERED.

07/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE