UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------X

BENTHOS MASTER FUND, LTD.,           Index No. 20-cv-3384(VEC)

        Petitioner,           **NOTICE OF MOTION**

   -v.-

AARON ETRA,

        Respondent.
X------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed memorandum of law and declarations submitted in support, and all prior papers and proceedings herein, the respondent, AARON ETRA, will move before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York at the Thurgood Marshall United States Courthouse located at 40 Foley Square in the County and State of New York, at a time to be set by the Court, for release from confinement and for any such other and further relief as to the Court seems just and proper.

Dated:   New York, NY
          July 29, 2023

                                   LAW OFFICES OF DANIEL A. MCGUINNESS, P.C.

                                   By:_____
                                        Daniel A. McGuinness

                                   353 Lexington Ave, Ste 900
                                   New York, NY 10016
                                   Tel: (646) 360-0436
                                   Fax: (888) 679-0585
                                   Attorney for AARON ETRA
                                   dan@legalmcg.com