UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X-------------------------------------------------X

BENTHOS MASTER FUND, LTD.,                Index No. 20-cv-3384(VEC)

            Petitioner,                DECLARATION OF
    -v.-                                DANIEL MCGUINNESS

AARON ETRA,

            Respondent.
X-------------------------------------------------X

    I, DANIEL MCGUINNESS, declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746, as follows:

    1.    I am an attorney in good standing admitted to practice in New York State and the Southern District of New York. I have been appointed pursuant to the Criminal Justice Act to represent Aaron Etra in this action for the limited purpose of issues directly related to his incarceration for civil contempt and his invocation of his Fifth Amendment privilege against compelled self-incrimination. I submit this declaration in support of his Fourth Motion for Release from Incarceration.

    2.    Attached hereto as Exhibit A is a true and correct copy of a document that I obtained from the New York State electronic document filing service ("NYSCEF") in the New York County Housing Court matter, *Sever Wang v. Aaron Etra*, Index No. LT-301403-23/NY. The document was filed as an exhibit to an affidavit by the plaintiff in that matter summarizing outstanding amounts owed by Aaron Etra for rent and utilities on a residential apartment.

3. Attached hereto as Exhibit B is a true and correct copy of a document that I obtained from NYSCEF in the New York Supreme Court matter *Berkley Equity, LTD. v. Aaron Etra*, Index No. 654403/2022. The document is a judgment against Aaron Etra for $1,040,002.05 arising from a transaction for which he acted as escrow agent.

4. Attached hereto as Exhibit C is a true and correct copy of a document that I obtained from NYSCEF in the New York Supreme Court matter *Berkley Equity, LTD. v. Wells Fargo Bank, N.A.*, Index No. 155813/2023. This action was brought to compel Wells Fargo to release the $992,007.00 held in Aaron Etra's attorney IOLA account to satisfy the judgment described in the preceding paragraph. In a previous filing to the matter, Berkley Equity LTD. stated that Wells Fargo, N.A. had agreed to release the funds upon the New York Supreme Court's so-ordering a stipulation between the parties. Exhibit C is a signed Order to Show Cause setting an August 15, 2023 hearing date for the matter.

5. Attached hereto as Exhibit D is a copy of a message sent to me from Respondent via Corrlinks. Respondent requested that I file it as an exhibit to this motion.

Dated: New York, NY
      July 29, 2023

                                            Daniel McGuinness