**240 East 47th St. Unit 12A**

|  | Rent | Electricity | As of 4/26/2023 |
|---|---|---|---|
| **2020** | | | |
| January | $4,000.00 | $51.89 | Paid 1/28 (combined with Dec '19) |
| February | $4,000.00 | $71.10 | Paid 3/6 (Repair deducted) |
| March | $4,000.00 | $79.09 | Paid 4/6 |
| April | $4,000.00 | $46.40 | Paid 4/28 |
| May | $4,000.00 | $47.59 | Paid 6/10 |
| June | $4,000.00 | $39.76 | Paid 7/17 |
| July | $4,000.00 | $52.79 | Paid 9/17 |
| August | $4,000.00 | $43.47 | *Paid 1/21/2022 ,5k* |
| September | **$3,000.00** | **$40.92** | *Unpaid* |
| October | **$4,000.00** | **$31.29** | *Unpaid* |
| November | **$4,000.00** | **$36.12** | *Unpaid* |
| December | **$4,000.00** | **$45.22** | *Unpaid* |
|  | **Rent** | **Electricity** |  |
| **2021** | | | Due first week of month |
| January | **$4,000.00** | **$83.92** | *Unpaid* |
| February | **$4,000.00** | **$144.70** | *Unpaid* |
| March | **$4,000.00** | **$178.36** | *Unpaid* |
| April | **$4,000.00** | **$69.80** | *Unpaid* |
| May | **$4,000.00** | **$32.19** | *Unpaid* |
| June | **$4,000.00** | **$34.73** | *Unpaid* |
| July | **$4,000.00** | **$31.85** | *Unpaid* |
| August | **$4,000.00** | **$32.03** | *Unpaid* |
| September | **$4,000.00** | **$30.22** | *Unpaid* |
| October | **$4,000.00** | **$28.25** | *Unpaid* |
| November | **$4,000.00** | **$30.70** | *Unpaid* |
| December | **$4,000.00** | **$82.59** | *Unpaid* |

|  | Rent | Electricity |  |
|---|---|---|---|
| **2022** |  |  | Due first week of month |
| January | $4,000.00 | $80.86 | *Unpaid* |
| February | $4,000.00 | $239.95 | *Unpaid* |
| March | $4,000.00 | $120.61 | *Unpaid* |
| April | $4,000.00 | $70.92 | *Unpaid* |
| May | $4,000.00 | $61.10 | *Unpaid* |
| June | $4,000.00 | $37.93 | *Unpaid* |
| July | $4,000.00 | $59.07 | *Unpaid* |
| August | $4,000.00 | $57.52 | *Unpaid* |
| September | $4,000.00 | $49.46 | *Unpaid* |
| October | $4,000.00 | $37.12 | *Unpaid* |
| November | $4,000.00 | $28.26 | *Unpaid* |
| December | $4,000.00 | $61.36 | *Unpaid* |
|  | Rent | Electricity |  |
| **2023** |  |  | Due first week of month |
| January | $4,000.00 | $71.06 | *Unpaid* |
| February | $4,000.00 | $12.87 | *Unpaid* |
| March | $4,000.00 | $13.58 | *Unpaid* |
| April | $4,000.00 | $0.00 | *Unpaid* |
| May |  |  |  |
| June |  |  |  |
| July |  |  |  |
| August |  |  |  |
| September |  |  | Due First week of month |
| October |  |  |  |
| November |  |  |  |
| December |  |  |  |
| **Total Due** | **$127,000.00** | **$1,978.03** | ***$128,978.03*** |