SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

BERKLEY EQUITY, LTD.,

                Plaintiff,

- against -

AARON ETRA and MOTHERLAND MEDICAL LTD,

                Defendants.

Index No. 654403/2022

Justice Melissa Crane

IAS Part 60

**JUDGMENT**

**UPON** the reading and filing of the above-captioned Plaintiff Berkley Equity, Ltd.'s ("Berkley") Summons and Complaint dated November 17, 2022;

**WHEREAS** Plaintiff duly moved for default judgment against defendants Aaron Etra, Esq. ("Etra") and Motherland Medical Ltd. ("Motherland") on January 31, 2023;

**WHEREAS** the Court, by Decision and Order, dated March 7, 2023, having granted in part Plaintiff's motion **(Motion Seq. No. 03; NYSCEF Doc 68)**;

**NOW**, it is

**DECLARED ADJUDGED AND** ^ that defendant Aaron Etra is required to return Plaintiff's $1,000,000 deposit under Section 1.9(b) of the parties' Escrow Agreement; and it is further

**ADJUDGED** that Plaintiff Berkley Equity LTD., having an address at 3rd Floor Market Square Building, P.O. Box 3175 Road Town, Tortola, BVI, shall have judgment and recover of Defendants ^ Motherland Medical Ltd., having an address at 71-75 Shelton Street, Covent Garden WC2H9JQ, United Kingdom, and Aaron Etra, having an address at 445 Park Avenue, 9th Floor, New York,

New York 10017, jointly and severally, the amount of $1,000,000, plus prejudgment interest at 9% from November 4, 2022 in the amount of **$39,452.05**, and thereafter at the statutory rate, plus costs and disbursements as taxed by the Clerk of the Court in the amount of **$550.00 --**, for a total sum of **$1,040,002.05** and that Plaintiff shall have execution therefor.

x

Judgment signed on this 28th day of March, 2023.

ENTER:

_____
Hon. Melissa A. Crane

13 th    Apr.    2023
**Date**

Clerk

FILED
Apr 13 2023
NEW YORK
COUNTY CLERK'S OFFICE

2

T 456 – Bill of Costs (with CPLR sections) Blank Court: 1-95

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 654403/2022

BERKLEY EQUITY, LTD.,

                                                        Plaintiff(s)

against                                              Costs of BERKLEY EQUITY, LTD.

AARON ETRA and MOTHERLAND MEDICAL LTD,

                                                        Defendant(s)

| COSTS | $ | DISBURSEMENTS | $ |
|---|---|---|---|
| Costs before note of issue CPLR §8201 subd. 1 | 200.00 | Fee for index number CPLR §8018(a) | 210.00 |
| Costs after note of issue CPLR §8201 subd. 2 | | Referee's fees CPLR §8301(a)(1), 8003(a) | |
| Trial of issue CPLR §8201 subd. 3 | | Commissioner's compensation CPLR §8301(a)(2) | |
| | | Clerk's fee, filing notice of pend. or attch. CPLR §8021(a)(10) | |
| | | Entering and docketing judgment CPLR §8301(a)(7), 8016(a)(2) | |
| | | Paid for searches CPLR §8301(a)(10) | |
| Allowance by statute CPLR §8302(a),(b) | | Affidavits & acknowledgments CPLR §8009 | |
| | | Serving copy summons & complaint CPLR §8011(h)(1), 8301(d) | 95.00 |
| Additional allowance CPLR §8302(d) | | Request for judicial intervention | |
| | | Note of issue CPLR §8020(a) | |
| Motion costs CPLR §8202 | | Paid referee's report CPLR §8301(a)(12) | |
| | | Transcripts and filing CPLR §8021 | |
| Appeal to Appellate Term CPLR §8203(b) | | Certified copies of papers CPLR §8301(a)(4) | |
| | | Satisfaction piece CPLR §5020(a), 8021 | |
| Appeal to Appellate Division CPLR §8203(a) | | Certified copy of judgment CPLR §8021 | |
| | | Postage CPLR §8301(a)(12) | |
| Appeal to Court of Appeals CPLR §8204 | | Jury fee CPLR §8020(c) | |
| | | Stenographers' fees CPLR §8002, 8301 | |
| Costs upon frivolous claims and counterclaims CPLR §8303-a | | Sheriff's fees on execution CPLR §8011, 8012 | |
| | | Sheriff's fees, attachment, arrest, etc. CPLR §8011 | |
| | | Paid printing cases CPLR §8301(a)(6) | |
| | | Clerk's fees Court of Appeals CPLR §8301(a)(12) | |
| | | Paid copies of papers CPLR §8016(a)(4) | |
| | | Motion expenses CPLR §8301(b) | 45.00 |
| | | Fees for publication CPLR §8301(a)(3) | |
| | | Serving subpoena CPLR §8011(h), 8301(d) | |
| | | Paid for search CPLR §8301(a)(10) | |
| | | Referee's Report | |
| | | Attendance of Witnesses CPLR §8001(a)(b)(c), 8301 (a)(1) | |

APRIL 13 2023
I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT
$550.00
Milton Adair Tingling
CLERK

| COSTS | $ | 200.00 | | |
|---|---|---|---|---|
| DISBURSEMENTS | | 350.00 | | |
| TOTAL | $ | 550.00 | $ | 350.00 |

State of New York, County of New York ss.:

being duly sworn, deposes, and says; that deponent is not a party to the action, is over 18 years of age and resides at

That on
deponent served the within bill of costs and notice of taxation on

attorney(s) for
herein, at his/her office at

during his/her absence from said office.
Strike out either (a) or (b).
(a) by then and there leaving a true copy of the same with

his/her clerk; partner; person having charge of said office.
(b) and said office being closed, by depositing a true copy of the same, enclosed in a sealed wrapper directed to said attorney(s), in the office letter drop or box.

Sworn to before me on

State of New York, County of                    ss.:

being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at

That on
deponent served the within bill of costs and notice of taxation on

attorney(s) for
at

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post paid properly addressed wrapper, in--a post office--official depository under the exclusive care and custody of the United Sates Post Service within New York State.

Sworn to before me on

---

*Index No.* 654403/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

BERKLEY EQUITY, LTD.,

                                    *Plaintiff(s)*

against

AARON ETRA and MOTHERLAND MEDICAL LTD,

                                  *Defendant(s)*

### Bill of Costs
### and Notice of Taxation

Please Take Notice that the within is a true copy of the items of costs and disbursements in the within action
    taxed *
    and the same will be taxed *
by the clerk of
Court, at his/her office in the courthouse thereof on
at                    M.
of that day--and the amount inserted in the judgment.
               Yours, etc.

*Attorney(s) for*

To

*Attorney(s) for*

Service of the within bill of costs and notice of taxation is hereby admitted on

*Attorney(s) for*

* Check one (CPLR § 8402, 8403)

---

ATTORNEY'S AFFIRMATION

STATE OF NEW YORK, COUNTY OF New York ss.

The undersigned, an attorney admitted to practice in the courts of this state, affirms: that I am Kristen W. Chin of Akin Gump Hauer & Feld LLP, the attorney(s) of record for the Berkley Equity, LTD. in the above entitled action; that the foregoing disbursements have been or will be necessarily be made or incurred in this action and are reasonable in amount and that each of the persons named as witnessses attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; that each of said persons resided the number of miles set opposite their names, from the place of said trial, hearing or examination; and each of said persons, as such witness as aforesaid, necessarily traveled the number of miles to set opposite their names in traveling to, and the same distance in returning from, the same place of trial, hearing or examination; and that copies of documents or papers as charged herein were actually and necessarily obtained for use.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: April 5, 2023

/s/ Kristen W. Chin
_____
*The name signed must be printed beneath*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index#654403/2022

BERKLEY EQUITY, LTD.,

                Plaintiff,

- against -

AARON ETRA and MOTHERLAND MEDICAL LTD,

                Defendants.

## JUDGMENT

**1-2**
**FILED AND DOCKETED**
Apr 13 2023
AT 12:30 PM
N.Y. CO. CLK'S OFFICE
22 654403

User Name: **Kristen Wei Yunn Chin**

Firm Name: **AKIN GUMP STRAUSS HAUER & FELD LLP**

Address: **1 Bryant Park, New York, NY 10036-6745**

Phone: **(212) 872-1000**

Service E-mail: **kristen.chin@akingump.com**