At IAS Part / of the Supreme Court of the State of New York, County of New York, held at the Courthouse, 60 Centre Street, New York on ~~xxxxxxxxxxxxx~~ ~~xxxxx~~ July 10, 2023.

PRESENT: HON. MELISSA A. CRANE, JSC
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

BERKLEY EQUITY, LTD.,

                    Petitioner,

- against -

WELLS FARGO BANK, N.A., AARON ETRA, and MOTHERLAND MEDICAL LTD.,

                    Respondents.

---

Index No. 155813/2023

**ORDER TO SHOW CAUSE**

MS#1 — ENFORCEMENT

Upon the reading of the Petition dated June 29, 2023 and the exhibits, the accompanying memorandum of law dated June 28, 2023; and upon all the papers and proceedings heretofore had herein, and good cause ~~xxxxxxxxxxxxx~~ being alleged:

LET the Respondents, or its attorneys appear and SHOW CAUSE before this Court at IAS Part / Room **248**, located at: **60 Centre St., New York, NY 10007** on ~~xxx~~ **8/15**, 2023, at. ~~xx~~ **9:30 a.m.**, or as soon thereafter as counsel can be heard, WHY an order should not be made and entered:

    (a) pursuant to CPLR §§ 5225(b) and/or 5227, upon the consent of Respondent, Wells Fargo Bank N.A., turning over the funds in the amount of $992,007.00 to Petitioner, Berkley Equity Ltd, as judgment creditor pursuant to the judgment entered on March 28, 2023, and;

    (b) granting Petitioner such other relief as this Court deems just and proper; and it is further

**ORDERED** that service of a copy of this Order to Show Cause, together with all of the papers upon which it is based, upon the Respondent, Aaron Etra, who is currently incarcerated (register number 36170-510), if delivered by overnight mail to MDC Brooklyn, 80 29th Street, Brooklyn, NY 11232 *on or before the* **11th** *day of* **July**, *2023*, shall be deemed good and sufficient service; and it is

**FURTHER ORDERED** that service of a copy of this Order to Show Cause, together with all of the papers upon which it is based, upon Respondent, Motherland Medical Ltd if delivered by overnight mail to its registered office at Rosedale Cottage, Red Hill, Denham, Uxbridge, UB9 4LE, England *on or before the* **11th** *day of* **July**, *2023*, shall be deemed good and sufficient service; and it is

**FURTHER ORDERED that service of a copy of this OSC, together with the supporting papers, upon Respondent Wells Fargo Bank, N.A. by overnight mail to its principal place of business by 7/11/23 shall be deemed good and sufficient; and it is**

FURTHER ORDERED that answering papers, if any, shall be served so as to be received by Petitioner's attorneys Mound Cotton Wollan & Greengrass LLP, One New York Plaza, New York, NY 10004 on or before ~~XXXXXXXXXXX~~ **8/8/23**.

And it is further ORDERED that:

**No reply papers are permitted.**

**Service of the commencing documents must be made pursuant to the CPLR.**

**The appearance for this application will be conducted \*\*VIRTUALLY OVER MICROSOFT TEAMS.\*\***

ENTER:

_____
~~J.S.C.~~ Hon. Melissa A. Crane,
J.S.C.