# Daniel McGuinness

**From:** ETRA AARON (36170510)

**Sent Date:** Friday, July 28, 2023 9:53 AM

**To:** dan@legalmcg.com

**Subject:** Friday AM

Declaration

I am incarcerated since December 14, 2022 and have had no access to my computer, telephone or any other equpment which I use or have used for my activities or any records or materials relevant to past and presernt aspects of my professional,other business, public service or personal activities.Nor have I been able to consult with others who have assisted or worked with me in these activities. It is under these circumstances that I, Aaron Etra, declare, under the penalty of perjury, that I, and my POA Marc Sklar, have, to the best of my knowledge,belief and ability, have disclosed all information available to us pertaining to my bank accounts and credit cards pursuant to the Orders of the various judges who have dealt with the matter of Benthos v. Etra 20 cv 03384 since 2018,

Done this 28th day of July 2023 in Brooklyn MDC, Unit K83

/s/ Aaron Etra