UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X

BENTHOS MASTER FUND, LTD.,

                Petitioner,

-v.-

AARON ETRA,

                Respondent.
X------------------------------------------------X

Index No. 20-cv-3384(VEC)

DECLARATION OF
MARC SKLAR

I, MARC SKLAR, declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746, as follows:

1. I am acting as Aaron Etra's power of attorney to assist him in collecting and producing responsive documents in this matter.

2. I am not an attorney and have no legal training.

3. To obtain responsive documents, I have drafted letters to named banks and credit card companies.

4. The letters were given to Mr. Etra's attorney, Daniel McGuinness, for purposes of obtaining Mr. Etra's signature. Once the letters were returned signed, they were mailed to the named entities via certified mail with return receipt requested.

5. Exhibit A is a true and correct copy of the letter I mailed on May 26, 2023 to Citibank Customer Service and Citibank Legal Department at the listed addresses.[1]

6. Exhibit B is a true and correct copy of the letter I mailed on May 26, 2023 to HSBC Bank and HSBC Legal Department at the listed addresses.

7. Exhibit C is a true and correct copy of the letter I mailed on May 26, 2023 to Piermont Bank Customer Service and Piermont Bank Legal Department at the listed addresses.

8. Exhibit D is a true and correct copy of the letter I mailed on May 26, 2023 to Wells Fargo Bank Customer Service and Wells Fargo Legal Department at the listed addresses.

9. Exhibit E is a true and correct copy of the letter I mailed on May 26, 2023 to M&T Bank Customer Service and M&T Bank Legal Department at the listed addresses.

10. Exhibit F is a true and correct copy of certified mail receipts that verify mailing and delivery of the letters to the banks listed in ¶¶ 5-9.

11. Exhibit G is a true and correct copy of the letter I mailed on June 27, 2023 to American Express at the listed address.

12. Exhibit H is a true and correct copy of the letter I mailed on June 27, 2023 to Barclays Bank at the listed address.

---

[1] A copy of Aaron Etra's New York State Identification card, which is not included in this filing, was included with all letters discussed in this Declaration.

13. Exhibit I is a true and correct copy of the letter I mailed on June 27, 2023 to M&T Bank Debit/Visa Card at the listed address.

14. Exhibit J is a true and correct copy of the letter I mailed on June 27, 2023 to Wells Fargo Card Services at the listed address.

15. Exhibit K is a true and correct copy of the letter I mailed on June 27, 2023 to PayPal at the listed address.

16. Exhibit L is a true and correct copy of certified mail receipts that verify mailing and delivery of the letters to the banks listed in ¶¶ 11-15.

17. To date I received responsive materials from Wells Fargo Bank, M&T Bank, HSBC Bank, Citibank, Piermont Bank and American Express.

18. I emailed full and complete copies of the materials received by Wells Fargo Bank, M&T Bank, HSBC Bank, and Citibank to Petitioner's counsel on July 22, 2023. The materials were transmitted as I received them with no alterations or redactions.

19. Exhibit M is a true and correct copy of the most recent copy of a monthly statement I received for Citibank account ending in x0873 showing that the account was closed in February 2019.

20. Exhibit N is a true and correct copy of the most recent copy of a monthly statement I received for HSBC business operating account ending in x6401 showing that the account was closed in June 2020.[2]

---

[2] The account numbers in each of the statements have been redacted except for the final four digits for public filing but were transmitted to Petitioner without redactions.

21. Exhibit O is a true and correct copy of the most recent copy of a monthly statement I received for HSBC commercial savings account ending in x6410 showing that the account was closed in June 2020.

22. Exhibit P is a true and correct copy of the most recent copy of a monthly statement I received for HSBC attorney IOLA account ending in x6509 showing that the account was closed in June 2020.

23. Exhibit Q is a true and correct copy of the most recent copy of a monthly statement I received for M&T business checking account ending in x3433 showing a balance of $97.57 on May 31, 2023.

24. Exhibit R is a true and correct copy of the most recent copy of a monthly statement I received for M&T attorney IOLA account ending in x3441 showing that the account was closed in November 2022.

25. Exhibit S is a true and correct copy of the most recent copy of a monthly statement I received for M&T attorney IOLA account ending in x7045 showing a balance of $2,201.92 on May 31, 2023.

26. Exhibit T is a true and correct copy of the most recent copy of a monthly statement I received for Wells Fargo personal checking account ending in x0190 showing the account was closed in June 2023.

27. Exhibit U is a true and correct copy of the most recent copy of a monthly statement I received for Wells Fargo attorney IOLA account ending in x4238 showing the account was an ending balance of $993,007.00.

28. Exhibit V is a true and correct copy of the most recent copy of a monthly statement I received for Wells Fargo attorney business checking account ending in x4246 showing a balance of -$10.00 on May 31, 2023.

29. Exhibit W is a true and correct copy of the most recent copy of a monthly statement I received responsive to the letter to Barclays for American Airlines AAdvantage Mastercard account ending in x6735 showing a statement balance of $4,821.99 on June 15, 2023.

30. At this time, I am in receipt of statements from American Express and am in process of collating and organizing to forward to Petitioner within several days.

31. At this time, I am in receipt of digitally transmitted statements from Piermont Bank and am in process of organizing the material from its encrypted transmission to forward to Petitioner within several days.

Dated: New York, NY
      July 28, 2023

                                                       Marc Sklar