Aaron Etra
c/o Marc Sklar
650 Park Avenue, 3B
New York, NY 10065
(917) 282-4934
marc@surfacecareusa.com

May 23, 2023

**VIA CERTIFIED MAIL /
RETURN RECEIPT REQUESTED**

Wells Fargo Bank Customer Service
Custodian of Records
PO Box 6995
Portland, OR 97228-6995

Wells Fargo Legal Department
PO Box 2978
Sioux Falls, SD 57109

**Re: URGENT – Request for Records**

To Custodian of Records:

  My name is Aaron Etra and I write to urgently request records. Specifically, I am requesting all records, including monthly banking statements, from any and all accounts presently open or closed that I have or had with Wells Fargo Bank, including but not limited to accounts no. business acct ▇▇▇▇4246, personal acct ▇▇▇▇0190, IOLA acct ▇▇▇▇4238 for the period of January 1, 2017 through the present. Please send any available records to marc@surfacecareusa.com and / or the above address at your earliest possible opportunity. To assist in processing this request, I have attached a copy of my New York State driver's license.

  This request is extraordinarily urgent for the following reasons. I am currently incarcerated for civil contempt in *Benthos v. Etra*, 20-cv-3384 (VEC) pending in the Southern District of New York for failure to produce these records. I am presently 82 years-old with deteriorating eyesight and the facility I am housed in (the Metropolitan Detention Center in Brooklyn, New York) is unable to properly treat my condition. My court-appointed attorney, Daniel McGuinness, can confirm my present situation. He can be reached at 646-496-3057 or dan@legalmcg.com. The records responsive to this request are necessary to secure my freedom. I ask that you please act with all deliberate speed to produce what records you can, and advise on any necessary additional steps I need to take.

Custodian of Records
May 23, 2023
Page 2 of 2

    Due to my incarceration, Marc Sklar, whose contact information is above, has my power of attorney which he can provide upon request and is authorized to act on my behalf in any regards. Please do not hesitate to contact him with any questions.

    Thank you for your prompt attention to this matter.

Sincerely,

*[signature]*

Aaron Etra