Aaron Etra
c/o Marc Sklar
650 Park Avenue, 3B
New York, NY 10065
917-282-4934
marc@surfacecareusa.com

June 22, 2023

**VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED**

PayPal
Custodian of Records
2211 N. 1st Street
San Jose, CA 95131

**Re: URGENT – Request for Records, PayPal Business Master Card Debit CardAcct#         2254**

To Custodian of Records or To Whom it may concern:

    My name is Aaron Etra and I write to urgently request records. Specifically, I am requesting all records, including monthly statements, from the above referenced credit card for the period of January 1, 2017 through present. Please send any available records to marc@surfacecareusa.com and / or the above address at your earliest possible opportunity. For reference I have attached a copy of my New York State Identification card.

    This request is extraordinarily urgent for the following reasons. I am currently incarcerated for civil contempt in *Benthos v. Etra*, 20-cv-3384 (VEC) pending in the Southern District of New York for failure to produce these records. I am presently 82 years-old with deteriorating eyesight and the facility I am housed in (The Metropolitan Detention Center / Brooklyn, New York) is unable to properly treat my condition. My court-appointed attorney, Daniel McGuinness, can confirm my present situation. He can be reached at 646-496-3057 or dan@legalmcg.com. The records responsive to this request are necessary to secure my freedom. I ask that you please act with all deliberate speed to produce what records you can, and advise on any necessary additional steps I need to take.

    Due to my incarceration, Marc Sklar, whose contact information is above, has my power of attorney and is authorized to act on my behalf in any regards. Please do not hesitate to contact him with any questions. Thank you for your prompt attention to this matter.

Sincerely,

Aaron Etra