# citi Citi Priority

February 1 - February 28, 2019  
Citi Priority Account ▮▮▮▮▮0873   Page 1 of 4

CITI PRIORITY SERVICES  
PO Box 769007  
San Antonio, Texas 78245  
For banking call: Citi Priority Services at (888) 275-2484*  
For speech and hearing impaired customers only: TTY 800-788-6775  
Website: www.citibank.com

AARON ETRA  
KORALJKA GALL TROSELJ  
240 E 47TH STREET APT 12A  
NEW YORK NY          10017-2134

You're invited to apply for a Citibank® Personal Loan.  
A personal loan is a smart solution to help you stay in control of large purchases or to down high interest rate debt. With a Citi Personal Loan, you'll get a fixed rate and payment without any surprises.  
Visit your nearest Citibank branch, call 1-888-920-3075 or sign in to citi.com/personalloans to apply.

Citi Priority is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 752.78 | 0.00 |
| **Citi Priority Relationship Total** | **$752.78** | **$0.00** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 0.00 | 0.15 |
| **Citi Priority Relationship Total** | **$0.00** | **$0.15** |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Checking

**Checking Activity**

Interest Checking   4974070873

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 02/01/19 | Opening Balance | | | 752.78 |
| 02/01/19 | Monthly Service Fee | 30.00 | | 722.78 |
| 02/01/19 | Debit Card Purchase 01/30 03:18p #9463  PAYPAL *YALECLUBNYC  4029357733  CA 19031  Membership & organizations | 15.00 | | 707.78 |
| 02/04/19 | Deposit 04:39p #9463  Citibank ATM 734 3RD AVENUE, NY, NY | | 100.00 | 807.78 |
| 02/04/19 | Debit PIN Purchase  MORTONWIL 908 2ND AVE  NEW YORK  NYUS05154 | 23.22 | | 784.56 |
| 02/04/19 | Debit PIN Purchase  AMISH MARKET 240 E 45T NEW YORK  NYUS05154 | 40.50 | | 744.06 |

# citi  Citi Priority

February 1 - February 28, 2019  Page 3 of 4
AARON ETRA, KORALJKA GALL TROSELJ
Citi Priority Account ▮▮▮▮▮0873

FINAL

## Checking  Continued

**Interest Checking  4974070873**

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---:|---:|---:|
| 02/19/19 | Debit Card Purchase 02/13 03:00p #9463  GLORIA WAN HAIR DES   NEW YORK   NY 19046<br>Misc Personal Services | 90.00 | | 1,796.26 |
| 02/20/19 | Debit Card Purchase 02/16 06:56p #9463  WOK TO WALK   NEW YORK   NY 19049<br>Restaurant/Bar | 10.29 | | 1,785.97 |
| 02/20/19 | Debit Card Purchase 02/17 02:05p #9463  TAXI SVC LONG ISLAND C LONG ISLAND C NY 19050<br>Misc Transportation | 12.36 | | 1,773.61 |
| 02/20/19 | Debit Card Purchase 02/14 01:40p #9463  UNITED NATIONS BOOKSHO NEW YORK   NY 19047<br>Specialty Retail stores | 12.60 | | 1,761.01 |
| 02/20/19 | Debit Card Purchase 02/14 01:33p #9463  UNITED NATIONS BOOKSHO NEW YORK   NY 19047<br>Specialty Retail stores | 20.40 | | 1,740.61 |
| 02/20/19 | Debit Card Purchase 02/17 04:04p #9463  BASICSON84_3   NEW YORK CITY NY 19050<br>Specialty Retail stores | 21.76 | | 1,718.85 |
| 02/20/19 | Debit Card Purchase 02/17 01:26a #9463  TOPONLINEBARGAINS.COM 2483665383   MI 19049<br>Specialty Retail stores | 39.98 | | 1,678.87 |
| 02/20/19 | Debit Card Purchase 02/17 12:10a #9463  WNYC/WQXR/NJPR/NYPR RA NEW YORK   NY 19050<br>Membership & organizations | 100.00 | | 1,578.87 |
| 02/20/19 | Debit Card Purchase 02/16 03:49p #9463  WORLDVENTURES 01 OF 01 9728055100   TX 19049<br>Travel Svces (telemarketing) | 149.99 | | 1,428.88 |
| 02/20/19 | Debit Card Purchase 02/16 01:40a #9463  VERIZON*ONETIMEPAY   800-VERIZON  FL 19050<br>Phones, Cable & Utilities | 202.41 | | 1,226.47 |
| 02/21/19 | Transfer to Checking 04:34p  VIA CBUSOL   REFERENCE # 043815 | 1,226.47 | | 0.00 |
| | Total Subtracted/Added | 2,896.28 | 2,143.50 | |
| 02/28/19 | Closing Balance | | | 0.00 |

*All transaction times and dates reflected are based on Eastern Time.*
*This is your final Checking Account statement. Your Checking Account is now closed.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

ThankYou® Summary

| ThankYou® Points Summary | |
|---|---:|
| Points earned with checking account and eligible linked products and services | 450 |
| Go to thankyou.com to review your current point balance and redeem for rewards | |

Summary includes only points awarded for your Citibank checking account relationship for this activity this statement period and does not reflect any bonus points received through promotional offers. In certain circumstances, there may be a delay between display of Points on checking statement and corresponding credit of points to your ThankYou Member Account. Points are not available for redemption until they appear in your ThankYou Member Account. Please refer to the ThankYou Rewards Terms and Conditions for important details about earning points with your Citibank checking account and how to redeem them.