

P.O. Box 1393  
Buffalo, NY 14240-1393

Questions?  
Call 1.877.472.2249  
TTY 1.800.898.5999  
us.hsbc.com  
Or write:  
HSBC  
P.O. Box 9  
Buffalo, New York 14240

AARON ETRA  
OPERATING ACCOUNT  
240 E 47TH ST  
APT 12A  
NEW YORK    NY  100172134

**This account has been Closed.**  
Please contact us with any questions.

---

**FUSION FIRST**

ACCOUNT NUMBER ███6401  
STATEMENT PERIOD  05/30/20 TO 06/22/20

*AARON ETRA*  
*OPERATING ACCOUNT*

| | |
|---|---:|
| BEGINNING BALANCE | $4,669.77 |
| DEPOSITS & OTHER ADDITIONS | $8,000.16 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $12,669.93 |
| ENDING BALANCE | $0.00 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 05/30/20 | OPENING BALANCE | | | $4,669.77 |
| 06/08/20 | DEPOSIT FROM PAYPAL-VERIFYBANK PAYPAL   VERIFYBANK 1009230826361 | 0.10 | | $4,669.87 |
| | DEPOSIT FROM PAYPAL-VERIFYBANK PAYPAL   VERIFYBANK 1009230826360 | 0.06 | | $4,669.93 |
| | PAYMENT TO PAYPAL-VERIFYBANK PAYPAL   VERIFYBANK 1009230826362 | | 0.16 | $4,669.77 |
| 06/09/20 | INTERNAL 25985RT00AJK 161503044 AARON ETRA 41BOOK CREDIT | 8,000.00 | | $12,669.77 |
| 06/10/20 | JUNE RENT 73315RU01Q22 162510444 SEAVER WANG 009471606827 37SEND CHIP CHIPSEQ:0366195 BANK OF AMERICA N.A. | | 4,047.59 | $8,622.18 |
| | JUNE RENT 73315RU01Q22 162510444 WIRE FEE DOMESTIC USD 15.00 | | 15.00 | $8,607.18 |
| 06/15/20 | PAYMENT TO THUY MAI-IAT PAYPAL THUY MAI  IAT PAYPAL 1009306968037 | | 204.99 | $8,402.19 |
| | AUTOMATIC TRANSFER TO CREDIT ACCOUNT #371237016S BANKCARD PAYMENT 547478371237016 | | 3,000.00 | $5,402.19 |
| 06/19/20 | CLOSED ACCOUNT TRANSFER TO CHECKING HSBC BANK USA NATNL ASSOSCTN ACCOUNT ENDING IN 9990 CLOSE ACCOUNT | | 5,402.19 | $0.00 |

CONTINUED ON NEXT PAGE

*Please examine your statement at once.*   *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A.  (Rev. 6/2018) eMs

CONTINUED FROM PREVIOUS PAGE

06/22/20   ENDING BALANCE                                                                                          $0.00

*All deposited items are credited subject to final payment.*

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2020 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.



EQUAL HOUSING
LENDER