

P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

AARON ETRA
ATTORNEY SPECIAL ACCOUNT (IOLA)
240 E 47TH ST
APT 12A
NEW YORK    NY  100172134

**This account has been Closed.**
Please contact us with any questions.

**INTEREST ON LAWYERS ACCOUNT**

ACCOUNT NUMBER ▮▮▮▮6509
STATEMENT PERIOD  05/30/20 TO 06/22/20

*AARON ETRA*
*ATTORNEY SPECIAL ACCOUNT (IOLA)*

| | |
|---|---|
| **BEGINNING BALANCE** | $9,230.77 |
| DEPOSITS & OTHER ADDITIONS | $1,501.79 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $10,732.56 |
| **ENDING BALANCE** | $0.00 |
| ANNUAL PERCENTAGE YIELD EARNED 05/30/20 - 06/22/20 | 0.15% |
| INTEREST EARNED THIS PERIOD | $0.44 |
| AVERAGE DAILY BALANCE | $4,485.04 |
| *INTEREST NOT AVAILABLE UNTIL CREDITED* | |
| INTEREST PAID YEAR TO DATE | $50.58 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 05/30/20 | OPENING BALANCE | | | $9,230.77 |
| 06/01/20 | INTEREST PAID FROM 04/30/20 THRU 05/31/20 | 1.42 | | $9,232.19 |
| 06/09/20 | INTERNAL 25985RT00AJK 161503044 AARON ETRA 45BOOK DEBIT | | 8,000.00 | $1,232.19 |
| 06/17/20 | CASH CONCENTRATION FISHER ENTERPRIS-ACH PMT FISHER EN ACH Pmt 5253067148 | 1,500.00 | | $2,732.19 |
| 06/19/20 | INTEREST PAID FROM 06/01/20 THRU 06/19/20 | 0.37 | | $2,732.56 |
| | CLOSED ACCOUNT TRANSFER TO CHECKING HSBC BANK USA NATNL ASSOSCTN ACCOUNT ENDING IN 9990 CLOSE ACCOUNT | | 2,732.56 | $0.00 |
| 06/22/20 | ENDING BALANCE | | | $0.00 |

*All deposited items are credited subject to final payment.*

*Please examine your statement at once.    If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A.  (Rev. 6/2018) eMs

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2020 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.


EQUAL HOUSING LENDER