# M&T Bank

FOR INQUIRIES CALL: SUTTON
(212) 888-9660

00  0 00537M NM 017

000000                                                          N

AARON ETRA, ESQ
445 PARK AVE 9 FL
NEW YORK NY 10022-8632

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 3433 | 05/01/23 - 05/31/23 |
| BEGINNING BALANCE | $107.57 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 10.00 |
| ENDING BALANCE | $97.57 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2023 | BEGINNING BALANCE | | | $107.57 |
| 05/08/2023 | SERVICE CHARGE FOR ACCOUNT 3433 NUMBER OF DEPOSITS/CHECKS PAID | 0 | $10.00  0 | 97.57 |

PAGE 1 OF 2