# M&T Bank

FOR INQUIRIES CALL: SUTTON
(212) 888-9660

00  0 00537M NM 017

000000                                        P

AARON ETRA, ESQ, ATTY.
IOLA ATTORNEY TRUST
445 PARK AVE FL 9
NEW YORK NY 10022-8606

| ACCOUNT TYPE | |
|---|---|
| CLIENTS' FUNDS TRUST ACCOUNT | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 3441 | 11/01/22 - 11/30/22 |
| BEGINNING BALANCE | ($238.00) |
| DEPOSITS & CREDITS | 578.82 |
| LESS CHECKS & DEBITS | 340.82 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

| ANNUAL INTEREST RATE | | |
|---|---|---|
| 10/30/2022 | - 11/21/2022 | 0.00% |

INTEREST PAID YEAR TO DATE         $11.93

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2022 | BEGINNING BALANCE | | | ($238.00) |
| 11/04/2022 | Wise Inc BOB-IRF   BOB-IRF | $150.00 | | (88.00) |
| 11/18/2022 | REGUS MANAGEMENT INVOICEPAY 192272INDEVA | | $269.00 | (357.00) |
| 11/21/2022 | SENEL GROUP LTD IAT PAYPAL 1023577713212 | | 12.22 | |
| 11/21/2022 | ALIZ ADVICE COMP IAT PAYPAL 1023589951011 | | 59.60 | (428.82) |
| 11/22/2022 | WEB XFER FROM CHK 3433 | 428.82 | | 0.00 |
| 11/23/2022 | CLOSEOUT | | 0.00 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |

PAGE 1 OF 2