# M&T Bank

FOR INQUIRIES CALL: SUTTON
(212) 888-9660

00  0 00537M NM  017

000000                         P

AARON ETRA, ESQ, ATTY.
IOLA ATTORNEY TRUST
445 PARK AVE FL 9
NEW YORK NY 10022-8606

| ACCOUNT TYPE | |
|---|---|
| CLIENTS' FUNDS TRUST ACCOUNT | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ▇7045 | 05/01/23 - 05/31/23 |
| BEGINNING BALANCE | $2,201.92 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 5.80 |
| INTEREST | 5.80 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $2,201.92 |

| ANNUAL INTEREST RATE | | | |
|---|---|---|---|
| 04/30/2023 | - | 05/10/2023 | 3.00% |
| 05/11/2023 | - | 05/31/2023 | 3.15% |

INTEREST PAID YEAR TO DATE          $26.24

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2023 | BEGINNING BALANCE | | | $2,201.92 |
| 05/31/2023 | INTEREST PAYMENT | $5.80 | | |
| 05/31/2023 | INTEREST TRANSFER OUT | | $5.80 | 2,201.92 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |