# Wells Fargo Everyday Checking

June 15, 2023 ■ Page 1 of 4



**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls including 711

**1-800-TO-WELLS**   (1 800 869 3557)

*En español:* 1 877 727 2932

*Online:* wellsfargo com

*Write:*  Wells Fargo Bank  N A  (348)
         P O  Box 6995
         Portland  OR  97228 6995

AARON ETRA
MARC SKLAR POA
240 E 47TH ST
12A
NEW YORK NY 10017-2131

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer  We value your trust in our company and look forward to continuing to serve you with your financial needs

### Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo com or call the number above if you have questions or if you would like to add new services*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/16 | $115 93 |
| Deposits/Additions | 115 93 |
| Withdrawals/Subtractions | 0 00 |
| **Closing balance on 6/6** | **$0.00** |

Account number:  ███████0190

**AARON ETRA**
**MARC SKLAR POA**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

**Overdraft Protection**

This account is not currently covered by Overdraft Protection  f you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch

June 15, 2023 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/6 | | Overdraft Fees Charged Off | 35 00 | | |
| 6/6 | | Closeout Chargeoff Credit | 80 93 | | 0 00 |
| **Ending balance on 6/15** | | | | | **0.00** |
| **Totals** | | | **$115.93** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted  If you had insufficient available funds when a transaction posted  fees may have been assessed*

## Items returned unpaid

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 6/6 | Unitedhealthcare Premium | 3518287901 | Etra | Reference #  021000020624454 | 209 25 |

## Summary of Overdraft Fees

| | Total this statement period | Total year to date |
|---|---|---|
| Total Overdraft Fees | $0 00 | $35 00 |

*Year to date totals reflect fees assessed or reversed since the first full statement period of the calendar year  Negative values indicate that fee reversals exceed fees assessed*

---

This statement includes an account that has been closed and this is your final statement for that account  You will have 90 days to retrieve historical online documents for this account  Please refer to the Fee &  nformation Schedule for options to obtain statement copies after 90 days

 f the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement")  this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all accounts associated with this combined statement  Going forward  you will receive separate statements for any accounts that remain open

Thank you for banking with Wells Fargo

# ▼ IMPORTANT ACCOUNT INFORMATION



NEW YORK CTY CUSTOMERS ONLY    Pursuant to New York City regulations  we request that you contact us at 1 800 TO WELLS (1 800 869 3557) to share your language preference

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**