# Interest on Lawyers Trust Account

May 31, 2023 ■ Page 1 of 3



AARON ETRA
DBA AARON ETRA ESQ
NY IOLA ATTORNEY SPECIAL ACCOUNT
240 E 47TH ST
12A
NEW YORK NY 10017-2131

### Questions?

Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

### Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

Account number: ████ 4238
**AARON ETRA**
**DBA AARON ETRA ESQ**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**

NEW York account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $992,007.00 |
| Deposits/Credits | 2,608.35 |
| Withdrawals/Debits | - 2,608.35 |
| **Ending balance on 5/31** | **$992,007.00** |

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $2,608.35 |
| Average collected balance | $992,007.00 |
| Annual percentage yield earned | 3.14% |
| Interest earned this statement period | $2,608.35 |
| Interest paid this year | $11,868.93 |



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/31 | | Interest Payment | 2,608.35 | | |
| 5/31 | | Int Transferred to NY 000003377001239 | | 2,608.35 | 992,007.00 |
| Ending balance on 5/31 | | | | | 992,007.00 |
| Totals | | | $2,608.35 | $2,608.35 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

June 15th is World Elder Abuse Awareness Day, and now is a great time to learn about ways to help protect yourself and your loved ones from the rising risks of scams. Download a guide at www.wellsfargo.com/protectelders.