# AAdvantage® Aviator® Red Mastercard® Statement

AARON ETRA | Account Ending 6735 | Statement Period 05/16/23 - 06/15/23 | Page 1 of 5

## Account Activity

| | | |
|---|---|---|
| Previous Balance as of 05/16/23 | | $4,661.60 |
| Payments | − | $0.00 |
| Fees Charged | + | $40.00 |
| Interest Charged | + | $120.39 |
| Statement Balance as of 06/15/23 | = | $4,821.99 |
| Past Due | = | $1,052.77 |

▸ APR Details begin on page 3 in the Interest Charge Calculation section.
▸ Transaction details begin on page 3.

## Credit Line

| | |
|---|---|
| Total Revolving Credit Line Includes $0.00 cash advance line | $0.00 |
| Available Revolving Credit Line as of 06/15/23 Available for cash advances $0.00 | $0.00 |

## Miles Summary

| | |
|---|---|
| Total Miles Sent to American Airlines AAdvantage Program | 0 |

▸ For details see page 5

## Payment Information

| | |
|---|---|
| Statement Balance: | $4,821.99 |
| Minimum Payment Due: | $1,259.77 |
| Payment Due Date: | 07/12/23 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 years | $12,636.00 |

▸ If you would like information about credit counseling services, please call 800-570-1403.
Repayment information based on activity and APRs on your account as of the closing date.

**IMPORTANT INFORMATION FOR RESIDENTS OF NEW YORK** If you have questions about the terms of your account call Barclays at 866-928-3075. New York residents may contact the New York State Department of Financial Services by telephone (800) 342-3736, or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

**PAST DUE:** Your account is Past Due. Payment of the past due amount of $1,052.77 is due immediately. This past due amount has been added to your minimum payment due.

**SEE INSIDE:** You may have additional important messages inside.

---

NOTICE: SEE REVERSE SIDE OR END OF STATEMENT FOR IMPORTANT INFORMATION

## Payment Coupon

Ways to pay: AviatorMastercard.com | Barclays Mobile App | 866-928-3075 | 11:59 PM ET PAYMENT DUE BY PHONE & ONLINE



Statement Balance as of 06/15/23: (account ending 6735) — $4,821.99
Minimum Payment Due: (includes $1,052.77 past due amount) — $1,259.77
Payment Due Date: 07/12/23

Amount Enclosed: $ _____,_____.____
Make check payable to Barclays. Allow 7-10 days for USPS delivery.

Barclays
PO BOX 13337
PHILADELPHIA PA 19101-3337

AARON ETRA
APT 12A
240 E 47TH ST
NEW YORK NY 10017-2134

☐ Check for address, email and phone changes. Complete form on the back.

**************6735001259770048219 95

# AAdvantage® Aviator® Red Mastercard® Statement

AARON ETRA | Account Ending 6735 | **Statement Period 05/16/23 - 06/15/23**    Page 3 of 5

## Transactions

| Transaction Date | Posting Date | Description | Miles | Amount |
|---|---|---|---|---|
| **Payments** | | | | |
| | | No Payment Received | | $0.00 |
| Total payments for this period | | | N/A | $0.00 |
| **Purchase Activity for AARON ETRA card ending 6735** | | | | |
| | | No Transaction Activity at This Time | | $0.00 |
| Total purchase activity for this period | | | N/A | $0.00 |

➤ *To see activity after this statement period, visit AviatorMastercard.com*

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| Jun 12 | Jun 12 | LATE PAYMENT FEE | $40.00 |
| Total fees for this period | | | $40.00 |
| **Interest Charged** | | | |
| Jun 15 | Jun 15 | Interest Charge On Purchases | $120.39 |
| Total interest for this period | | | $120.39 |

### 2023 Year-to-Date Totals

| | |
|---|---|
| Total fees charged in 2023 | $240.00 |
| Total interest charged in 2023 | $642.17 |

*This Year-to-date summary reflects the Fees and Interest charged on billing statements with closing dates in 2023, and does not reflect any subsequent fee and/or interest adjustments.*

## Interest Charge Calculation

Days in Billing Cycle: 31

| Type of Balance | Promotional Rate End Date | Balance Subject to Interest Rate | Annual Percentage Rate (APR) | Interest Charge |
|---|---|---|---|---|
| **Purchases** | | | | |
| Standard Purchases | - | $4,724.70 | 29.99%(v) | $120.39 |
| **Balance Transfers** | | | | |
| Standard Balance Transfers/Checks | - | $0.00 | 29.99%(v) | $0.00 |
| **Cash Advances** | | | | |
| Standard Cash Advance | - | $0.00 | 29.99%(v) | $0.00 |
| Total | | | | $120.39 |

ⓘ **Your Annual Percentage Rate (APR)** is the annual interest rate on your account. (v) = Variable Rate that varies with the market based on the Prime Rate. See the "Important Information" section of this statement for more information about how we calculate Interest.

Visit AviatorMastercard.com or use the Barclays Mobile App

AAdvantage® Aviator® Red Mastercard® Statement

AARON ETRA | Account Ending 6735 | **Statement Period 05/16/23 - 06/15/23**   Page 5 of 5

### Avoiding Interest on Purchases (Grace Period) (Excluding Easy Pay Promotional Balances):

If you have a 0% promotional APR on any of your Purchase balances (excluding Easy Pay), you can avoid paying interest on those balances during the applicable promotional period. However, pay at least your Minimum Payment Due to avoid a late fee.

If you do not carry a Purchase balance subject to interest (excluding Easy Pay) from month to month, you can avoid paying interest on your Purchases (excluding Easy Pay) by paying $4,821.99. To avoid interest, you must pay the amount indicated above in full.

If you carry a Purchase balance subject to interest (excluding Easy Pay) from month to month, interest will accrue from the date the purchase is made until the date it is paid in full. The amount shown above does not include any interest that may have accrued since your statement period end date. Barclays may choose not to assess interest that accrued since your last statement period end date if it is below a certain amount.

### Miles Details

| | |
|---|---|
| Miles earned on American Airlines purchases | 0 |

Visit AviatorMastercard.com or use the Barclays Mobile App