MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------X

BENTHOS MASTER FUND, LTD.,      Index No. 20-cv-3384(VEC)

        Petitioner,     **NOTICE OF MOTION**

    -v.-

AARON ETRA,

        Respondent.
X------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed memorandum of law and declarations submitted in support, and all prior papers and proceedings herein, the respondent, AARON ETRA, will move before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York at the Thurgood Marshall United States Courthouse located at 40 Foley Square in the County and State of New York, at a time to be set by the Court, for release from confinement and for any such other and further relief as to the Court seems just and proper.

Dated:    New York, NY
           July 29, 2023

                              LAW OFFICES OF DANIEL A. MCGUINNESS, P.C.

                              By: /s/ Daniel A. McGuinness
                                      Daniel A. McGuinness

                              353 Lexington Ave, Ste 900
                              New York, NY 10016
                              Tel: (646) 360-0436
                              Fax: (888) 679-0585
                              Attorney for AARON ETRA
                              dan@legalmcg.com

Petitioner's response to Etra's motion is due not later than **Monday, August 21, 2023**. Etra's reply is due not later than **Monday, August 28, 2023**.

SO ORDERED.

07/30/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE