MEMO ENDORSED

Case 1:20-cv-03384-VEC-KHP   Document 354   Filed 08/04/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2023



Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

August 4, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

    I am writing on behalf of Benthos to advise the Court that unfortunately, the forensic expert we hired to replace the expert who fell ill has proven unable to take on the task because, among other things, they have now determined they do not have sufficient "resources" to perform appropriately, including – notwithstanding prior confirmation – inability to appear in court. They are accordingly in the process of returning Benthos's (modest) retainer.

    We just learned of this yesterday. After unsuccessfully attempting to re-retain the prior expert (who remains unavailable), we have received referrals and will seek to put in place another replacement forensic expert as soon as possible. We will report to the Court next week, but feel constrained to respectfully request that the conference scheduled for August 9 be adjourned.

    We apologize to the Court, and to Mr. Etra and his counsel, for the inconvenience.

Respectfully yours,

Steven R. Popofsky

cc: Daniel McGuinness (via ECF and e-mail)
    Aaron Etra
    Marc Sklar (via e-mail)

Application GRANTED. The conference scheduled for Wednesday, August 9, 2023 at 11:30 A.M. is hereby adjourned until **Thursday, August 24, 2023 at 11:00 A.M.** Benthos must update the Court on its efforts to retain a new forensic expert not later than **Friday, August 18, 2023**.

SO ORDERED.

08/04/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE