# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

August 7, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

  Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

  I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (Dkt. 322). I write in response to the Court's endorsement order rescheduling the conference in this matter (Dkt. 354). The Court rescheduled this matter to August 24, 2023. I am scheduled to be outside of the country for that week and request that the Court adjourn the matter to the following week. Specifically, I respectfully request the conference be adjourned to anytime August 29, 30, or 31 if it is convenient for the Court.

  I thank the Court in advance for its consideration of this matter.

                Sincerely,

                Daniel A. McGuinness

Cc: All counsel (via ECF)
   Aaron Etra (via regular mail)