**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2023

# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

August 7, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

   Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

  I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (Dkt. 322). I write in response to the Court's endorsement order rescheduling the conference in this matter (Dkt. 354). The Court rescheduled this matter to August 24, 2023. I am scheduled to be outside of the country for that week and request that the Court adjourn the matter to the following week. Specifically, I respectfully request the conference be adjourned to anytime August 29, 30, or 31 if it is convenient for the Court.

  I thank the Court in advance for its consideration of this matter.

             Sincerely,

             Daniel A. McGuinness

Cc: All counsel (via ECF)
   Aaron Etra (via regular mail)

Application GRANTED. The conference scheduled for Thursday, August 24, 2023 at 11:00 A.M. is hereby adjourned until **Tuesday, August 29, 2023 at 11:00 A.M.**

Counsel is reminded that discussions regarding the forensic examination of Mr. Etra's devices are beyond the scope of his appointment. *See* Order, Dkt. 322. The Court nevertheless adjourned the upcoming proceeding because issues regarding Mr. Etra's incarceration for civil contempt may arise during it.

SO ORDERED.

08/07/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE