UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------X

| | |
|---|---|
| BENTHOS MASTER FUND, LTD., | Index No. 20-cv-3384(VEC) |
| Petitioner, | SUPPLEMENTAL DECLARATION OF MARC SKLAR |
| -v.- | |
| AARON ETRA, | |
| Respondent. | |

X------------------------------------------------------X

    I, MARC SKLAR, declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746, as follows:

    1.    I am acting as Aaron Etra's power of attorney to assist him in collecting and producing responsive documents in this matter. I submit this Supplemental Declaration to report further compliance by Mr. Etra and in further support of his motion to be released.

    2.    On July 30, 2023, I emailed Petitioner's counsel a full and complete copy of the materials disclosed by American Express in response to Petitioner's letter dated July 27, 2023 (*see* Sklar Decl. at Ex. G, Dkt. 347-7) that sought all statements for account ending 4005 the period of January 1, 2017 through the present. I have given the Petitioner all of the documents received from American Express. The materials were transmitted as I received them with no alterations or redactions.

3. Exhibit A is a true and correct copy of the most recent copy of a monthly statement I received responsive to the letter to American Express account ending in 4005. The statement balance of $4,051.01 on July 12, 2023.

4. On August 7, 2023, I emailed Petitioner's counsel a full and complete copy of the materials disclosed by Piermont Bank in response to Petitioner's letter dated May 23, 2023 (*see* Sklar Decl. at Ex. C, Dkt. 347-3) that sought "all records, including monthly banking statements, from any and all accounts presently open or closed that [Aaron Etra has] or had with Piermont Bank, including but not limited to accounts nos. business checking ending 2060, IOLA account ending 2292 for the period of January 1, 2017 through the present." The materials were transmitted as I received them with no alterations or redactions.

5. Exhibit B is a true and correct copy of the most recent copy of a monthly statement I received for Piermont Bank Business Checking account ending in 2060 showing that the account was closed in October 2022.

6. Exhibit C is a true and correct copy of the most recent copy of a monthly statement I received for Piermont Bank Simply Consumer Interest Checking account ending in 0362 showing that the account was closed in December 2022.

7. Exhibit D is a true and correct copy of the most recent copy of a monthly statement I received for Piermont Bank IOLA account ending in 2292 showing that the account was closed in September 2022.

8. Exhibit E is a true and correct copy of a notice of lien filed against Aaron Etra on March 2, 2023 for unpaid taxes. It shows a balance due of $139,343. I have redacted his PIN No. for filing.

Dated: New York, NY
August 8, 2023

Marc Sklar