Services offered by a private company, not from your state taxing agency.

**CONSUMER SUPPORT - STATE INCOME TAX DEBT**                    **TAXATION APPEALS**

800-867-1608                                                     SE HABLA ESPANOL
MONDAY - SATURDAY

**NOTICE DATE:** 3/2/2023

RE:   Aaron G Etra
PIN No.:   ██████████
Tax: State Taxing Authority
Amount Due: $139,343.0

TAXPAYER LEGAL NAME AND ADDRESS

**\*\*\* NOTICE OF LIEN FILED IN NEW YORK COUNTY \*\*\***

Aaron G Etra                            T2  P1  160
240 E 47th St Apt 12A                   73969
New York NY 10017-2134

Dear Aaron G Etra,

**Please respond immediately for the best opportunity to suspend any additional fees and penalties.** You have been sent numerous corespondences and you have not responded as of this notice.

**A LIEN HAS BEEN FILED AGAINST YOU DUE TO YOUR FAILURE TO PAY YOUR TAXES TO THE STATE TAXING AUTHORITY**

| | |
|---|---|
| **BALANCE DUE:** | $139,343.0 |
| **LIEN FILED ON:** | 3/2/2023 |
| **NOTICE DATE:** | 3/2/2023 |

This lien will remain on record and against you and all your current and future assets until the balance due, current and future interest, fees, penalties and any and all associated charges that are allowable by law are paid in full. This lien may affect your credit rating, ability to buy or rent a home, car, truck or other assets.

In addition, until your balance is zero ($0.00), the Federal Taxing Authority may pursue other collection actions including taking money from your paycheck or Social Security Benefits, your entire tax refund, and money in your bank or savings account(s). They may even elect to revoke your business or automobile license and/or pursue criminal prosecution.

**CALL FOR DEBT DISMISSAL OR REDUCTION**

**CALL
800-867-1608**
MONDAY - SATURDAY

We are a private company not the government, do not represent or collect on behalf of any government agency. This notice was generated from a public lien filing regarding income tax, some values are estimated. No results are guaranteed.