

**Steven R. Popofsky**
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

August 15, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

  The documents produced on Mr. Etra's behalf during the preceding thirty-day period are set forth in the declarations of Marc Sklar (Dkt. Nos. 347 and 357) supporting Mr. Etra's pending motion for release from custody.  Benthos is today filing its opposition to that motion and explaining why the production of certain bank and credit card statements alone do not come close to satisfying the requirements previously imposed by the Court.

              Respectfully yours,

               Steven R. Popofsky

cc: Daniel McGuinness (via ECF and e-mail)
   Aaron Etra (per Dkt. 263 n.2)
   Marc Sklar (via e-mail)

Kleinberg, Kaplan, Wolff & Cohen, P.C.  |  500 Fifth Avenue, New York, NY 10110  |  212.986.6000  |  kkwc.com