USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                      Petitioner,

        -against-

AARON ETRA,

                      Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

        WHEREAS on July 29, 2023, Etra filed a motion for release from custody (the "Motion") in light of his purported purging of the Court's December 20, 2022, civil contempt finding, *see* Not. of Mot., Dkt. 344;

        WHEREAS on August 15, 2023, Benthos opposed Etra's motion, *see* Pet. Mem. Dkt. 358; and

        WHEREAS Etra's reply is due not later than Monday, August 28, 2023, *see* Order, Dkt. 348;

        IT IS HEREBY ORDERED that Etra's reply should:

        1. Address why Etra has failed to produce (a) an accounting of all funds received from legal, paymaster, escrow-related or other services from August 1, 2017, to the present; (b) complete and final escrow agreements for the 41 of Etra's clients that have been identified; (c) communications regarding Etra's finances and Petitioner's judgment from August 13, 2020, through December 14, 2022; (d) documents concerning Etra's legal, paymaster, escrow-related or other services from August 1, 2017, through the present; and (e) a list of Etra's financial accounts from August 1, 2017, through August 2, 2022.  *See* Opinion & Order, Dkt. 337, at 38–39.

1

2. Identify the account into which Etra's social security checks have been deposited since his Piermont -0362 account was closed and indicate whether complete records associated with that account have been produced to Benthos.

3. Set forth whether, given that Etra has been commingling personal funds with client funds, he has any evidence that the balance in his M&T -7045 IOLA account belongs to clients rather than to Etra and, if not, why that balance should not be considered in determining whether Etra has an ability to pay the $145,718.49 required for his release.

The Clerk of Court is respectfully directed to mail a copy of this Order to Etra at Aaron Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232, and to note the mailing on the public docket.

**SO ORDERED.**

**Date:  August 15, 2023**
**New York, New York**

                                         **VALERIE CAPRONI**
                                       **United States District Judge**