# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

August 16, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (ECF No. 322). As my scope of representation does not include the pending issue of forensic examination of his devices, Mr. Etra has asked that I transmit this request on his behalf. Mr. Etra respectfully requests appointment of an attorney to assist him with issues related to the forensic examination of his devices as he is "totally ignorant of the subject" and "currently disabled to act pro se as a result of the Macular Degeneration and Glaucoma."

    I thank the Court in advance for its consideration of this request.

Sincerely,

Daniel A. McGuinness

Cc:    All counsel (via ECF)
        Aaron Etra (via regular mail)