**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2023

Steven B. Popofsky

*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

August 17, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:     <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

I am writing on behalf of Benthos pursuant to the Court's order at Dkt. 354.  After some difficulties and delays, Benthos was able to formally engage a new forensic expert yesterday, and that expert, Vestige Digital Investigations, has generated some minor revisions to the Proposed Forensic Protocol prepared by the prior expert.

The new Proposed Forensic Protocol is attached, together with a redline comparison to the prior version.  We respectfully request that because Vestige Digital's main office is located in Cleveland, where the individual responsible for this work is based, that that individual (Mr. Greg Kelley) be permitted to appear at the upcoming conference remotely.

With regard to Mr. Etra's request that the Court appoint for him a free, taxpayer-paid "attorney to assist him with issues related to the forensic examination" (Dkt. 361), Benthos notes that (i) Mr. Etra had no difficulty, for two years in flagrant violation of the restraining notice, spending more than six figures in repeated travel to Europe and lavish expenditures in New York; (ii) when the Court ordered him to pay $2000 towards the cost of the forensic examination or suffer adverse consequences, he had no difficulty coming up with that money; (iii) he previously contributed input on the forensic process; and (iv) Benthos has been incurring considerable expenses due to Mr. Etra's adjudicated continuing contempt of court.

Nonetheless, Benthos's main interest at this juncture is in obtaining the items ordered by the Court as expeditiously as possible, and if (since) Mr. Etra is steadfastly refusing to comply and the forensic examination is therefore necessary, we would have no objection to the Court allowing Mr. McGuinness to assist Mr. Etra in this regard, provided that (a) Mr. Etra makes



Hon. Valerie Caproni
August 17, 2023
Page 2

another contribution to Benthos's costs for the forensic expert[1]; and (b) the process is not slowed down by the involvement of counsel.

      Benthos thank Your Honor, as always, for your consideration of this letter and your continued attention to this matter.

Respectfully yours,

Steven R. Popofsky

Enclosures

cc (w/encls):  Daniel McGuinness (via ECF and e-mail)
               Aaron Etra (per Dkt. 263 n.2, via Federal Express)
               Marc Sklar (via e-mail)
               Alisa Benintendi

> Petitioner's newly retained forensic expert is hereby authorized to attend the proceeding on August 29, 2023, at 11:00 A.M. remotely. The Court will provide remote access information to Petitioner's counsel via email a few days before the proceeding. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra and to note the mailing on the docket.
>
>   SO ORDERED.
>
> 08/17/2023
>
>   HON. VALERIE CAPRONI
>   UNITED STATES DISTRICT JUDGE

---

[1] Reimbursing the $3500 retainer Benthos paid yesterday would be reasonable under the circumstances, in our view.