LAW OFFICES OF

# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

August 21, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (ECF No. 322). Mr. Etra has asked that I transmit his medical records related to his degenerative eye condition. Attached hereto are his records from New York Eye & Ear Infirmary.

I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

Cc:   All counsel (via ECF)
      Aaron Etra (via regular mail)

REDACTED