
Case 1:20-cv-03384-VEC-KHP   Document 367   Filed 08/22/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/22/2023

# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

August 21, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

      I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (ECF No. 322). Mr. Etra has asked that I transmit his medical records related to his degenerative eye condition. Attached hereto are his records from New York Eye & Ear Infirmary.

      I thank the Court in advance for its attention to this matter.

                                          Sincerely,

                                          Daniel A. McGuinness

Cc:    All counsel (via ECF)
          Aaron Etra (via regular mail)

---

It is not clear to the Court what Mr. Etra would like the Court to conclude based on the medical records he has submitted. Mr. Etra will have the opportunity to address his submission at the August 29, 2023, status conference. The Court reminds Mr. Etra that there is no right to counsel in a civil dispute; Mr. McGuinness has a limited role in this matter because Mr. Etra has been remanded for civil contempt. *See* Order, Dkt. 258.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Etra and to note the mailing on the docket.

SO ORDERED.

*[signature]* 08/22/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE