

**Steven R. Popofsky**  
*E-Mail: spopofsky@kkwc.com*  
*Direct Dial: 212.880.9882*

September 15, 2023

<u>**VIA ECF**</u>

Hon. Valerie Caproni  
United States District Court  
40 Foley Square, Room 240  
New York, NY 10007

    Re: <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

  On behalf of petitioner Benthos, I am writing in accordance with your order at Dkt. 264 to report that nothing has been received from Mr. Etra during the past thirty-day period.

              Respectfully yours,

              Steven R. Popofsky

cc: Daniel McGuinness (via ECF and e-mail)  
   Aaron Etra (per Dkt. 263 n.2)  
   Marc Sklar (via e-mail)