**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Southern District of NY

File Number 20 Civ. 3384

Benthos Master Fund Ltd.,  )
    *Plaintiff,*  )
  v.  )    Notice of Appeal
    )
Aaron Etra,  )
    )
    *Defendant.*  )

Notice is hereby given that Aaron Etra, Respondent, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 29 day of August, 2023.

/s/
Daniel McGuineess

Attorney for Aaron Etra
Address: 353 Lexington Avenue, Suite 900
New York, NY 10016

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants