Case 1:20-cv-03384-VEC-KHP   Document 379   Filed 09/18/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2023

**MEMO ENDORSED**

# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

September 18, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

  Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

  I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (Dkt. 322). I write in response to the Court's orders dated August 29, 2023 and September 8, 2023 (Dkt. 371, 374) directing me to file a letter updating the Court regarding the status of Mr. Etra's turning over passcodes and passwords to opposing counsel. To date, Mr. Etra has provided a working passcode to his phone which was turned over to opposing counsel earlier today but has been not able to obtain his other passwords.

  The process of Mr. Etra providing this information has been delayed by the continuing inability of his power of attorney to visit him at the MDC. Since the last court appearance in this matter, I have been in contact with staff attorney Irene Chan at the MDC who has been working with Mr. Sklar to gain admittance. I was advised that Mr. Sklar would be permitted entrance by the end of last week, but that has not yet happened, and I am awaiting an update on the current status of his application. As Mr. Sklar has not been given permission to visit Mr. Etra, I have facilitated transfer of Mr. Etra's address book, and some information, but have been mindful of the constraints of my limited appointment. Although Mr. Etra has received his address book with password information, it seems that he will have to reset some passwords, including the one to his computer with Mr. Sklar's assistance.

I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

Cc: All counsel (via ECF)
Aaron Etra (via regular mail)

---

As set forth in the Court's August 29, 2023, order at Dkt. 371, Etra was required to produce to his counsel the passwords that unlock his laptop computer, telephone(s), and on-line accounts. On or before **Wednesday, September 27, 2023,** Mr. McGuinness should file a letter with the Court stating whether Mr. Etra has provided him a complete list of user names and passwords for his laptop and all on-line accounts. The Court will promptly enter a forensic protocol once Etra produces his passwords and a list of on-line accounts with user names and passwords to Mr. McGuinness.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra and to note the mailing on the docket.

SO ORDERED.

9/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE