# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

September 27, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (Dkt. 322). I write in response to the Court's Order dated September 18, 2023 (Dkt. 379). Mr. Etra has provided Petitioner with the passcode for his phone and the password for his laptop. He has asked me to request additional instruction and clarification from the Court regarding what, if any, additional passcodes/passwords are required.

    I thank the Court in advance for its attention to this matter.

                                                       Sincerely,

                                                       Daniel A. McGuinness

Cc:    All counsel (via ECF)
        Aaron Etra (via regular mail)