**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/28/2023

LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.
353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

September 27, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

      I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (Dkt. 322). I write in response to the Court's Order dated September 18, 2023 (Dkt. 379). Mr. Etra has provided Petitioner with the passcode for his phone and the password for his laptop. He has asked me to request additional instruction and clarification from the Court regarding what, if any, additional passcodes/passwords are required.

      I thank the Court in advance for its attention to this matter.

                               Sincerely,

                               Daniel A. McGuinness

Cc:    All counsel (via ECF)
       Aaron Etra (via regular mail)

As set forth in the Court's August 29, 2023, order at Dkt. 371, Etra was required to produce to his counsel with a "list of his on-line accounts with usernames and passwords" by September 15, 2023. The Court cannot specify which on-line accounts must be produced because only Mr. Etra knows which accounts he has.

To provide some guidance, the Court notes that Petitioner's proposed forensic protocols explain the categories of accounts to be searched. *See* Dkts. 263, 362. These protocols state that Etra must "indentify[] all accounts – including, but not limited to, e-mail accounts (including web-based e-mail accounts); accounts (including web- or cloud-based) relating to any document management services, such as (by way of example only) Dropbox or iCloud; and accounts related to any messaging services, such as (by way of example only) WhatsApp, Facebook Messenger, instant messages, etc. – that Etra has used at any time since August 12, 2020." *Id.* ¶ 1. Though Mr. Etra objected to these protocols for various reasons, he did not object to the categories of accounts he must identify. *See* Dkts. 291, 297, 368.

In Mr. McGuinness's previous letter to the Court, it did not appear that Mr. Etra had any confusion regarding which accounts, usernames, and passwords he needed to provide. *See* Dkt. 378. Instead, the excuse for delay provided last week was that Mr. Etra needed assistance from Mr. Sklar, who experienced delays in getting visitor access at MDC. *Id.*

Mr. Etra has argued, among other things, that he should be released from coercive incarceration because the additional information he has been ordered to provide but has not provided will be found on his laptop and telephone. The court cannot evaluate that argument until the laptop and telephone are fully examined. Thus, Mr. Etra's delay in complying with readily understandable court orders is contributing directly to his continued coercive incarceration.

Because Mr. Etra had weeks to ask for clarification, **no further delays will be tolerated absent extraordinarily good circumstances.** The Court today will file an interim forensic protocol today, which will direct Mr. McGuinness to turn over Mr. Etra's telephone and computer to the forensic expert to allow the expert to begin working on those devices. On or before **Wednesday, October 4, 2023,** Mr. McGuinness should file a letter regarding the status of additional accounts, user names, and passwords that Mr. Etra was previously ordered to turn over by September 15, 2023. Mr. McGuinness must also advise whether he has any devices of Etra beyond one laptop and one telephone, along with the passwords for any additional devices. Upon receipt of additional account information, the forensic expert will be authorized to conduct a second examination. Mr. Etra will be responsible for the increased expense of conducting a second examination.

Given the delay so far, the October 2, 2023, deadline for Petitioner Benthos Master Fund, Ltd. to file a status update on the forensic examination is CANCELED. The forensic protocol filed later today will set a new deadline for a status update.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra and to note the mailing on the docket.

 SO ORDERED.

9/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE