

Steven R. Popofsky
E-Mail: *spopofsky@kkwc.com*
Direct Dial: 212.880.9882

October 5, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

      I write on behalf of Benthos with regard to Mr. McGuinness's e-mail, on which the Court was copied, of October 4 at 11:06 AM. Mr. McGuinness wrote that he had previously overlooked a "2TB hard drive that [had been] delivered to me in the backpack with [Mr. Etra's] other devices."

      Mr. McGuinness advises that he will require a court order before delivering the hard drive for possible forensic examination. Accordingly, Benthos respectfully requests such an order. Thank you.

      Respectfully yours,

      Steven R. Popofsky

cc:   Daniel McGuinness (via ECF and e-mail)
      Aaron Etra (per Dkt. 263 n.2)
      Marc Sklar (via e-mail)