**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

October 5, 2023

<u>**VIA ECF**</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: <u>**Benthos v. Etra, 20-CV-3384**</u>

Dear Judge Caproni:

  I write on behalf of Benthos with regard to Mr. McGuinness's e-mail, on which the Court was copied, of October 4 at 11:06 AM. Mr. McGuinness wrote that he had previously overlooked a "2TB hard drive that [had been] delivered to me in the backpack with [Mr. Etra's] other devices."

  Mr. McGuinness advises that he will require a court order before delivering the hard drive for possible forensic examination. Accordingly, Benthos respectfully requests such an order. Thank you.

            Respectfully yours,

            */s/ Steven R. Popofsky*

            Steven R. Popofsky

cc: Daniel McGuinness (via ECF and e-mail)
   Aaron Etra (per Dkt. 263 n.2)
   Marc Sklar (via e-mail)

By **Thursday, October 12, 2023**, Mr. McGuinness must provide the 2TB hard drive he discovered in Mr. Etra's backpack to Benthos' counsel, which will ship the device to the independent forensic expert. The expert is authorized to conduct a forensic examination of the hard drive in accordance with the Forensic Protocol Order at Dkt. 383.

Mr. Etra must provide a statement under penalty of perjury stating whether the hard drive is password protected, and if so, the password.  On or before **Friday, October 20, 2023**, Mr. McGuinness should file Mr. Etra's statement via ECF and approve in advance the redaction of any password.

SO ORDERED.

*[signature]*   10/10/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE