

*Steven R. Popofsky*
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

October 16, 2023

**VIA ECF**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

  If the Court still finds these monthly letters useful, Benthos hereby reports (pursuant to the order at Dkt. 264) that no documents, funds or information have been received from Mr. Etra during the past thirty-day period, other than the electronic devices submitted for forensic examination.

Respectfully submitted,

Steven R. Popofsky

cc: Daniel McGuinness (via ECF and e-mail)
   Aaron Etra (per Dkt. 263 n.2)
   Marc Sklar (via e-mail)