# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

October 19, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

     Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

     I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (Dkt. 322). I write to update the Court as to the forensic review of Mr. Etra's devices and seek any clarification if necessary of the Court's Order. Specifically, the Order implies that I should print out the contents list for Mr. Etra, but the volume of documents makes that impractical and with the Court's approval I plan to deliver them electronically.

     The Court's Order (Dkt. 383 at 3) states that, upon my receipt of the contents list and forensic image, I am to deliver the hard drive containing the forensic image to Mr. Etra within five business days. In a footnote, the Court directs the vendor to produce the contents list as a PDF and excel so that I can print them out for Mr. Etra. On October 17, 2023, I received the contents list of the laptop and email account for Mr. Etra. The total page count for the two PDFs is 10,672 pages. These documents are already formatted to legal paper at 11pt font. Printed out they would fill approximately five bankers boxes. This total does not yet include the contents list from Mr. Etra's phone, which has not yet been provided. As such, I plan to deliver the contents to Mr. Etra via hard drive at the MDC. This will also allow him the ability to zoom in on text to accommodate his eye conditions.

I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

Cc: All counsel (via ECF)
Aaron Etra (via regular mail)