# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

October 25, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

      I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023 (Dkt. 322). I write to respond to the Court's Order dated October 11, 2023 (Dkt. 390) granting a stay in the production of Mr. Etra's hard drive. Mr. Etra continues to assert his Fifth Amendment privilege against disclosure of the device. However, based upon the Court's reasoning in its previous decision (Dkt. 337 at 34-37), as well as it's citation to that reasoning with respect to this device (Dkt. 390), and based upon my conversations with Mr. Etra and Mr. Sklar, I have turned the hard drive over to Petitioner as the device was turned over to previous counsel for Respondent in an effort to comply with the Court's prior order and not for the purpose of seeking legal advice.

      I thank the Court in advance for its attention to this matter.

                                                   Sincerely,

                                                   Daniel A. McGuinness

Cc:    All counsel (via ECF)
        Aaron Etra (via regular mail)