**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2023

Aaron Etra[1]
Reg. No. 36170-510
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232

November 1, 2023

VIA ECF

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

     Mr. Popofsky is once again indulging in allegations and accusations. These are the severest to date and surely call for Judge Caproni to finally recognize my inability to *pro se* cope with them and their legal consequences, especially in my incarcerated state in a criminal facility (with very limited communications and access to information and in a unit the currently has been locked down in cells for whole days each week, including 4 days this past week) and weakened physical condition (the Macular Degeneration and Glaucoma continue with urgent need recognized for therapy at NY Eye and Ear, which has proved very difficult to get to and arrange from here), my white blood cell count has descended further to the point of a needed urgent Hematology Consult (to track an advance to AML Leukemia Cancer), skin Growths have appeared which call for an urgent Dermatology Consult (to arrange for excisions and biopsies where Melanomas-Skin Cancer is present) and fungus has developed calling for an urgent Medical Podiatry Consult to avoid infections which would lead to other blood Cancers or to take part in a conference on them without assistance of counsel who is fully briefed on this matter, including meetings with me to the full extent called for.

---

[1] The contents of this letter were transmitted by Aaron Etra to his assigned counsel on incarceration issues, Daniel McGuinness, via Corrlinks and are reproduced below with edits only to formatting and spelling.

Hon. Valerie E. Caproni
November 1, 2023
Page 2 of 2

      Therefore, I respectfully request that Judge Caproni immediately appoint counsel for me and that arrangements be made for me to meet with counsel and bring them fully in the picture before any further action takes place. Thus, this should take place before determining the appropriateness of a relevant conference.

                                        Respectfully submitted,

                                        /s/
                                        Aaron Etra

Cc: All counsel (via ECF)

---

Application DENIED. As the Court has told Mr. Etra many times, he is not entitled to appointed counsel in this civil dispute.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra and to note the mailing on the docket.

SO ORDERED.

*[signature: Valerie Caproni]*    11/2/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE