
**MEMO ENDORSED**

# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

November 1, 2023

<ins>VIA ECF</ins>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2023

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Order dated April 17, 2023, Dkt. 322 and with the duties of the Court's September 28, 2023 Order to transmit certain materials to Mr. Etra. I write to update the Court on production of materials to Mr. Etra and the issues that have arisen.

    As noted in the prior letter to the Court the initial contents report spanned over 10,000 pages at 11pt font. As such, I delivered the contents report via a hard drive to the MDC, which Mr. Etra has received. However, Mr. Etra informed me last week that due to his degenerative eye conditions, he is unable to look at a computer screen for more than a few minutes and would need the contents report printed out at a minimum of 20pt font. Reformatting at this size expands the report to over 30,000 pages of legal-size paper. The cheapest vendor contacted would charge $2,100 to print this volume (legal sized paper, double sided). I have reached out to the MDC legal staff regarding how many pages he could have at any one time and am awaiting an answer, which will determine how many separate productions would have to be made. In the meantime, I have provided him with the first 400 pages of materials.

    To find out if other accommodations could be made and to better understand his eye conditions, I have reached out to his treating clinic, New York Eye and Ear, multiple times via telephone and email but have not received a response to my messages. His medical records state that he suffers from glaucoma, "extensive myopic degeneration", "some photoreceptor loss" and "geographic atrophy."

     In my role pursuant to the Court's Order dated September 28, 2023, I note that Mr. Etra's current incarceration and medical condition make it extraordinary difficult to deliver this volume of materials to him in a useable version. Petitioner's most recent communication indicates that an even greater volume of materials will be produced as the content report for Mr. Etra's cell phone (Dkt. 395).

     One solution to diminish the immense volume of materials to review and expedite this process would be to utilize search terms. My understanding is that the current and forthcoming contents reports capture all information on the devices including spam emails and other entirely unrelated items. Applying search terms would allow both parties to focus on only the relevant materials, and potentially reduce the enormous volume of pages to a manageable amount.

     I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

Cc:    All counsel (via ECF)
       Aaron Etra (via regular mail)

---

Upon consideration of the letters from Mr. Etra, Dkt. 397, and Mr. McGuiness, Dkt. 398, the Court plans to address the issues of Mr. Etra's eyesight and the use of search terms to narrow down the number of documents for review at the status conference scheduled for Thursday, November 9, 2023 at 3:30 P.M

Not later than **Tuesday, November 7, 2023**, Benthos must file a letter response, **not to exceed two pages**, indicating whether it objects to proceeding using search terms given the large volume of materials recovered from Mr. Etra's devices.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra and to note the mailing on the docket.

SO ORDERED.

11/2/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE