**MEMO ENDORSED**

**KLEINBERG KAPLAN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

November 7, 2023

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re:    <u>**Benthos v. Etra, 20-CV-3384**</u>

Dear Judge Caproni:

      I write on behalf of Benthos to request an extension until 1:30 PM tomorrow, November 8th, to respond to Mr. McGuiness's letter of November 1, 2023 as directed by the Court's order at Dkt. 400. Since the time that Mr. McGuinness proposed, on November 1, that "One solution to . . . expedite this process would be to utilize search terms," I have e-mailed him on three separate days, including yesterday, to inquire specifically what he and/or Mr. Etra are suggesting in that regard. No explanation or elaboration has been forthcoming. Nonetheless, I have sought to confer with the forensic expert with regard to what suggestions we might have to address the issue of the volume of material. The individual who has actually performed the forensic work (under the supervision of Mr. Kelley, with whom Your Honor spoke at the last conference) has been on vacation since the letter was received, through yesterday, but we will be in touch shortly. Unfortunately my availability later today is severely limited, and accordingly, in order to prepare a meaningful response to Your Honor in advance of the conference, scheduled for 3:30 on Thursday, the additional time requested above will be required.

      Thank you for your consideration of this request.

                              Respectfully submitted,

                              Steven R. Popofsky

cc:   Daniel McGuinness (via ECF and e-mail)
       Aaron Etra (per Dkt. 263 n.2)
       Marc Sklar (via e-mail)

Application GRANTED. The deadline for Benthos to file its letter indicating whether it objects to using search terms given the large volume of materials recovered from Mr. Etra's devices is extended until **Wednesday, November 8, 2023 at 1:30 P.M.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Etra and to note the mailing on the docket.

SO ORDERED.

11/7/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE