USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                      Petitioner,

       -against-

AARON ETRA,

                      Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference in this matter is scheduled for Thursday, November 9, 2023, at 3:30 P.M.; and

      WHEREAS the scheduled time is no longer convenient for the Court;

      IT IS HEREBY ORDERED that the status conference is adjourned from Thursday, November 9, 2023, at 3:30 P.M. to **Thursday, November 16, 2023, at 11:00 A.M.**

      IT IS FURTHER ORDERED that Benthos' deadline to submit a letter to the Court regarding its position on the use of search terms by Wednesday, November 7, 2023, at 1:30 P.M. is CANCELLED.

      IT IS FURTHER ORDERED that not later than **Tuesday, November 14, 2023**, Benthos must submit a letter to the Court via ECF containing a proposed plan to limit the quantity of documents Mr. Etra would need to review for privileged material, including but not limited to the following possibilities: (1) a method to remove from review categories of documents unlikely to be relevant to the current proceedings, *i.e.*, photographs; (2) a method to remove from Etra's privilege review categories of documents that are clearly not privileged based on the information disclosed in the Content Report, *i.e.*, emails or other messages with financial institutions regarding credit cards or bank accounts; (3) the use of search terms to further narrow the

universe of documents that Benthos wants produced that Etra would need to review for potential privilege; and (4) any other steps that would narrow the scope of required review for privilege that Benthos or Vestige Digital Investigations believes to be feasible.

IT IS FURTHER ORDERED that Mr. Etra be prepared at the conference to discuss his plan to review the materials, to provide his reaction to Benthos' proposal, and to set a date by which he will assert any claim of privilege.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to Etra, Reg. No. 36170-510, MDC-Brooklyn, P.O. Box 329002, Brooklyn, NY 11232, and to note the mailing on the public docket.

**SO ORDERED.**

**Date: November 7, 2023**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**