# Exhibit A

| | |
|---|---|
| +12064508596@tmomail.net | klarafrank@gmail.com |
| 0229shen@gmail.com | kmcentee@unanca.org |
| 13149978012@163.com | knowledge@engagehoganlovells.com |
| 1stVicePresident@gnec.ngo | knuch5@sbcglobal.net |
| 2517203787-pjpw.hmyb.rgej.yskz@property.booking.com | koenig@cpberlin.de |
| 2ndvicepresident@gnec.ngo | koraljka.etra@gmail.com |
| 3191876549-bhze.zvuf.z54f.9zyc@property.booking.com | Koraljka.Gall.Troselj@irb.hr |
| 3987980602-mazt.d5wu.psnz.vhnz@property.booking.com | koraljka@ourskylight.com |
| 9178563500@vzwpix.com | kosciuszko@thekf.org |
| 9assets@protonmail.com | Kristen.Chin@akingump.com |
| a.columbus@novapublishers.com | Kristin@nonprofitresources.us |
| a.giotas@ibc-invest.com | Ksenija.P@iccaworld.org |
| aa@email.rewardsnetwork.com | laboheme.cavtat@gmail.com |
| aainy@aaionline.org | laima@oxford-medwell.co.uk |
| aappih@yahoo.com | Larrynworkman@gmail.com |
| aaron.etra@gmail.com | lashannirmala@gmail.com |
| aaronetyra@gmail.com | latest@fordfoundation.org |
| abdcustomerservice@acco.com | lawrence.moss@gmail.com |
| abdul.olaogun@delondonconsult.co.uk | LAXELROD@NYCBAR.org |
| abdul.olaogun@oceanixcorporationuk.co.uk | LBautista@umcjustice.org |
| abebej@un.org | LBryant@dykema.com |
| abenintendi@kkwc.com | lchinogona@gmail.com |
| aberosin45@gma | LCIF@roar.lionsclubs.org |
| abittan@close-holdings.com | lconklin@theilf.org |
| ac@fortknoxuae.com | ldamiani@globalcynergies.com |
| academicimpact@un.org | lee@epsglobalservices.com |
| Account.Helpdesk@hq.com | legal@congregatio.net |
| account-security-noreply@accountprotection.microsoft.com | legal@firstgenlaw.co |
| adam@instatestkit.com | lejo.joseph.x.zacharia@us.hsbc.com |
| adam@lmedllc.org | lenny@nonprofitresources.us |
| adbews@mci-group.com | leo@lmedllc.org |
| admin@mnmasset.co.uk | leonidviktorovich@inbox.ru |
| admin@sovereignman.com | lequarles1@gmail.com |
| adminsitrators@gccroofers.com | lewisdanieljorge0@gmail.com |
| admissions@sia.psu.edu | lewismike084@gmail.com |
| adoyle@meetprestige.com | lfarrelly@chvenues.com |
| ae@batcombeholdings.com | lindafinch@maclintexas.com |
| aedgecombe@#batcombeholdings.com | lindafinch@maclintexs.com |
| aee@eislaw.com | linhthuyng123@gmail.com |
| aflanders@viricate.com | linn.larsson@saccny.org |
| afrepton@gmail.com | lisa@cbsaz.org |
| africa@email-chathamhouse.org | lisa@flatstomachfinally.com |
| agala@twahotel.com | lisinka.ulatowska@gmail.com |

| | |
|---|---|
| agnendez@blackshieldassets.net | Live@stanleyhotel.com |
| ahamneze@gmail.com | liz@lizkrueger.com |
| ahmed.baaqil@gmail.com | lkfinch@aol.com |
| AimbridgeEMEA@r1.for-email.com | locksley.main@gmail.com |
| aitor.gonzalez@sercoin.net | loremtechno18@gmail.com |
| aklein@medialeaderllc.com | lou@metron.com |
| aklein@medialeaderllc.con | lou@o2blueenergy.com |
| aklein@reignfi.com | loucattaruzza@gmail.com |
| akleinnyc@gmail.com | Louise_NATHAN@stb.gov.sg |
| akleinnyc@gmail@com | lpaupdates@email.nypl.org |
| aklen@medialeaderllc.com | lprince@lprince.net |
| al@berkleyequity.com | lq@globalrl.com |
| al@matcap.co | LSS@ckj.org |
| al-alfin@un.org | ltorres@lists.wnyc.org |
| alan | luciana.deller@rxglobal.com |
| alerts@binance.us | Luz-Marina.Fidanque@uibt.com |
| alerts@notify.wellsfargo.com | lynnrroberts@gmail.com |
| alerts@services.BarclaysUS.com | lyricalclause@gmail.com |
| alessandra.fiorano@email.iegexpo.it | m.edwards@gartonfx.com |
| alia@safehouseproject.org | m.madani@lungarnocollection.com |
| alishamarkslovinlife@gmail.com | m.nonaka@me.com |
| alison@templeofunderstanding.org | m.sinclair@ishrny.org |
| allen.kaake2@gmail.com | m.sotelo@booko.pro |
| allison.wrubel@student.shu.edu | m_mateev@yahoo.com |
| Alumni@friedfrank.com | m_orko@advids-creatives.net |
| alumni@law.columbia.edu | mabuabara@procolombia.co |
| alumniacademy@yale.edu | mail@email.adobe.com |
| alumni-link@columbia.edu | mail@eventsairmail.com |
| Alvaro.Sicre@uibt.com | mail@m.lastpass.com |
| amani.choudhry@icloud.com | mail@mailing.milesandmore.com |
| ambassadors@apricoat.com | mail@proactiveinvestors.com |
| americanexpress<br>@member.americanexpress.com | mail@resy.com |
| AmericanExpress<br>@welcome.americanexpress.com | mail-comsol-bos@comsol.com |
| americanscottishfoundation@gmail.com | mailer@doodle.com |
| AMetz@CxRA.com | Mailer-Daemon@eigbox.net |
| amindanish19@icloud.com | mailer-daemon@googlemail.com |
| AMINewsletter<br>@news.northstartravelgroupmail.com | mailer-daemon@ppe-hosted.com |
| amit.kapadia@unforgotten.org | MAILER-DAEMON@smarthost02.dattaweb.com |
| amsaffouri@gmail.com | mailings@unfoundation.org |
| amtrak@e-mail.amtrak.com | Maite.PONS@sofitel.com |
| amy_gallicchio@fd.org | majafreundlich6@gmail.com |
| an | majdoub.info@gmail.com |
| andrea_bartzen@yahoo.com | malak@nagujib.com.br |
| Andrew.Barnes@accor.com | malak@nagujib.com.br |

| | |
|---|---|
| andy@hobbsandhobbsinc.com | maliksq@outlook.com |
| angelazhufu@gmail.com | maliunausa@gmail.com |
| anicol@unanyc.org | MAmalla@unfoundation.org |
| anna.gorska@symposium.pl | mamil4@hotmail.com |
| anna.jedrocha@symposium.pl | management@hotelluxesplit.com |
| anna.throne-holst@saccny.org | managerskey@gmail.com |
| anne@miraclebrand.co | mandeep.tiwana@civicus.org |
| anneliese.preske@student.shu.edu | mangement@hotelluxesplit.com |
| announcements@formlabs.com | Marcela.Bermudez@gmlaw.com |
| annualfund@columbia.edu | marcio.neves@hotmail.com |
| annualgiving@law.columbia.edu | marco@yingkehongkong.com |
| anthony.simmons@citi.com | marcom@idec.com |
| anthony@smartbusinessfunder.com | marcweiss@globalurban.org |
| anuj@firstgenlaw.co | margo.lazaro@gmail.com |
| apollotheater@engage.ticketmaster.com | margoeli@msn.com |
| appleid@id.apple.com | margolazaro@gmail.com |
| aquaparadisellc@yahoo.com | maria.mogslondon@outlook.com |
| aquaparadisellc5@icloud.com | mariagrazia.paolelli@ovationdmc.com |
| aragonex@aragonex.com | mariam@nwf-usa.com |
| archaeologyaddicts@gmail.com | mariana.bittermann@tu-dortmund.de |
| ariana@colombari.org | mariana.vasconcelos@ccl.fil.pt |
| arminweiskircher@gmail.com | mark.monroe@lexisnexis.com |
| arringtontaylor | mark.plante@wellsfargo.com |
| arthur@agaa.ca | mark@trihockey.com |
| arts-events@columbia.edu | mark@ypmhouse.co.za |
| asaffouri@gmail.com | MarkandGraham@mail.markandgraham.com |
| ASeiden@seidenlawgroupllc.com | marketing.bordeaux@ihg.com |
| ash@blueinvestmentholdings.com | Marketing@apricoat.com |
| Ashley.Ng@ellimanpm.com | marketing@bestcostaricadmc.com |
| assembly@digital-bnp.com | marketing@kclub.ie |
| associations@iccaworld.org | marketing@mailings.orpheusnyc.org |
| asurionexperts@home.asurion.com | marketing@portmarnock.com |
| at.yomtob1@gmail.com | marketingevents@airbase.io |
| at@evintra.com | marketingexport.ia@gmail.com |
| attncorzo@aol.com | marketingmanager@origintheatre.org |
| auto-confirm@amazon.com | markjason266709@gmail.com |
| avam11519@gmail.com | markmatthews272@gmail.com |
| avcusa@gmail.com | marriott@express.medallia.com |
| avitalannak@gmail.com | marriottbonvoy@email-marriott.com |
| awards@mp1.tripadvisor.com | martin.daube@caprockintl.com |
| awards_at_mp1_tripadvisor_com_csstttv2qf_d9a4e939@privaterelay.appleid.com | martin.prevezer@yahoo.co.uk |
| bananarepublic@email.bananarepublic.com | martinellijorge@gmail.com |
| BankOnTheDifference@cwbk.com | maryzxcsentenight@gmail.com |
| barclaysfraudalerts@barclaysus.com | mats.hartling@eastassetsplc.co.uk |
| barisic@ispim.org | matsh@noblecapitalpartners.co.uk |
| barnesandnoble@mail.barnesandnoble.com | matthew.l.bielo@citi.com |

| | |
|---|---|
| barrie@guardianangelassociates.com | mauijim@email.mauijim.com |
| barrychu@163.com | mbrown@potomacinternationalpartners.com |
| barryrosengrant@comcast.net | mc@mastercontrol.com |
| barrys@spni.org.il | mcbdirectmailing@mcb.mu |
| barrysimonuna@gmail.com | mckenzie@airbase.io |
| BAT@worldtraveladventurers.com | mcmagasia@ntg-asia.com |
| bathandbodyworks @e2.bathandbodyworks.com | mcolic@cleanwatertech.com |
| batmiri@drisha.org | mcolic@cwt-global.com |
| bb@brundebroady.com | meet2023@conventa.si |
| bbergin@lists.wnyc.org | meetings@meetprestige.com |
| bcb@visitbratislava.com | mel@dusselgroup.com |
| bcgarris2@gmail.com | memberinfo@whitney.org |
| beaverrunmeetings@gmail.com | memberservices@club1hotels.com |
| benjamingrace997@yahoo.com | membership.services@audiencerewards.com |
| bhausmann@unasd.org | membership@civicus.org |
| bhunter.frac@gmail.com | membership@email.amnh.org |
| bhunter@h2oworldsolutions.com | membership@unausa.org |
| billing@totalav.com | membersuccess@alignable.com |
| billing@zoom.us | mentions@facebookmail.com |
| birthdays@facebookmail.com | mere@sveltetraining.com |
| bitran@ispim.org | merges@rutgersprep.org |
| bittan@ispim.org | message@message.yale.edu |
| bknotts@uua.org | messages@facebookmail.com |
| bkoozman@gmail.com | messages+t1x4m6pcvwvby@squaremktg.com |
| blehrer@lists.wnyc.org | messages-noreply@linkedin.com |
| Bloomingdalesloyallist @loyallist.bloomingdales.com | messaging-digest-noreply@linkedin.com |
| bob.cliff@barclays.com | met@mail.metmuseum.org |
| bob.clift@barclays.com | MetaTrader5.ries@gmail.com |
| bobbinassar@yahoo.com | mfarrell-mitchell@beperth.com |
| boltonb38@yahoo.com | mfespinosa@icloud.com |
| bottleandsoulnyc@gmail.com | mfrankel@kosheradvantage.com |
| brandeec@agentinnercircle.com | mgmrewards@ee.mgmresorts.com |
| brandel404@optonline.net | Mice@alh.hr |
| brankoterkovich2000@gmail.com | mice@sentosa.com.sg |
| brentea@rentealaw.com | michael@bcmglobaltrader.com |
| Brian.Muzas@shu.edu | michael@blicklawfirm.com |
| brian@rockyourbusiness.co.uk | michaelaintlbiz@gmail.com |
| brian@xn--hujhhhhu-m5a | michaelb@bcmglobaltrader.com |
| broeckerc@ajc.org | michaelhess118@gmail.com |
| brohult@ovatacapital.se | michaelwieslawwoloszyn@gmail.com |
| bsaiter@harmonicinnerprizes.com | Michelle.Gabutin@gmlaw.com |
| bsit6297vcd@gmail.com | michelle.rokosch@stud.uni-due.de |
| budescugila@gmail.com | michelle.roskosch@hotmail.de |
| bulletin@email.asaecenter.org | michelle.roskosch@stud.uni-due.de |

| | |
|---|---|
| | MicrosoftExchange329e71ec88ae4615bbc 36ab6ce41109e@ |
| businessgrowth71@gmail.com | NETORG5786816.onmicrosoft.com |
| bwickins@ambank.co.uk | microsoftstore@microsoftstoreemail.com |
| cachr@columbia.edu | microwavejournalmagazine @advancedpublishing.com |
| caleb.symons@law360.com | mignon.smith@icloud.com |
| calendar-notification@google.com | mignonsmith3@gmail.com |
| caminoalaverdad@fancv.org.ar | Miguel.Villacis@regus.com |
| caminoalaverdad@yahoo.com.ar | mike@allenfinancialagency.com |
| campaigns@mail.cam.mobstub.com | MilitaryAerospaceElectronics@signetri.com |
| campaigns@mail.nbu.mobstub.com | mine.gunes@izto.org.tr |
| cap@neldon.com.au | Minimurthy@aol.com |
| capital@hushmail.com | mirza.nishat@gmail.com |
| caproniNYSDchambers@nysd.uscourts.gov | MIT@info.northstartravelgroupmail.com |
| carlos.graizbord05@gmail.com | mittlerseniortech@mail.beehiiv.com |
| carol@pepperinternational.com | Mlifehotel@inbound.bamboocricket.com |
| carole@clcglobaladvisors.com | mmbrewster.unausa@gmail.com |
| caroleconors@verizon.net | mmbrewsterny@gmail.com |
| caroletcanthony@gmail.com | mmcdonald@tourism.australia.com |
| caroline.dib@hyatt.com | mne11205@gmail.com |
| Caroline.Phelan@visitbritain.org | moates@hvedc.com |
| cassandra.grifo@ritzmontreal.com | moises@fordgate.com |
| catherine@blbglaw.com | momln-sales@mohg.com |
| cbasri@yahoo.com | moneytrainz10@gmail.com |
| cbates@nyas.org | Monica.P@iccaworld.org |
| cbmail@coldwellbanker.com | monikan@mot.krakow.pl |
| cbwhyte@elliman.com | morningwire@apnews.com |
| ccaiola@cathedralnyc.org | motherlandnedical@pm.me |
| ccanyny@gmail.com | mrmontykhan@gmail.com |
| celebreglobal@protonmail.com | mrodriguez@mcbankny.com |
| ceo.makminternational@gmail.com | mrs.victoriaemeson@gmail.com |
| ceo.mankminternational@gmail.com | mschechter@nycgo.com |
| ceo@freedomtrustholdings | Mshan4037@aol.com |
| ceo@royaltopnotch.ae | mspg@garvinconsulting.co.uk |
| cflor26@yahoo.com | mstein18@protonmail.com |
| cfmorra@gmail.com | mtgcorrespondence@mail.house.gov |
| cfoptima@icloud.com | mtheresias@safebank.sa.com |
| cgglobalconsultant@gmail.com | mthomas@thirdgatecapitalmgt.com |
| cgoldman@newholdllc.com | MuchieM@tut.ac.za |
| chandu@seritoninholdings.com | murakami@ccb.or.jp |
| charles@prcstnt.com | my.knute@gmail.com |
| charlesgoldman@yahoo.com | my_merrill@ml.com |
| charlesgwt@gmail.com | mylion-noreply@lionsclubs.org |
| charm@hobbsandhobbsinc.com | myriad.fincons@gmail.com |
| charnvitkasetsiri@gmail.com | n.bjarnadottir@shippinginsight.com |
| cheerygd@icloud.com | n@freedomtrust.holdings |

| | |
|---|---|
| chibainfo@ccb.or.jp | n@launchpad.money |
| chivichana@gmail.com | naghavi@gmail.com |
| chris.munyao@businesseventsea.com | nancy@whartonproperties.net |
| chris.schiller@learnformula.com | nasser@un.org |
| chris@launchpad.money | natalie@hatzalah.org.il |
| chrisb@hedpay.com | nbodgeduncan@avvo.com |
| chriskim1983@gmail.com | neimancenter@columbia.edu |
| Christine.h@iccaworld.org | newcases@ca2.uscourts.gov |
| Chrzan@cpberlin.de | news.all@accor-mail.com |
| cindy.son90@gmail.com | news.all@mail.all.com |
| cisunci@163.com | news@dorisleslieblau.com |
| citybarcle@nycbar.org | news@email.londonandpartners.com |
| CityBarEvents@nycbar.org | news@good2bsocial.com |
| cktint@gmail.com | News@InsideApple.Apple.com |
| clayton.cheney505@gmail.com | news@ispim.org |
| clientadvisories@katten.com | news@mkt.aman.com |
| clientcare@piermontbank.com | news@newsletters.timeout.com |
| climate-news@columbia.edu | news@newyorklivearts.org |
| cma@max-jeans.com | news@partners.timeout.com |
| cmissimo@grapevinetexasusa.com | news@pvct.com |
| cmnelson@nycourts.gov | news@stxchamber.org |
| cmurrell@bic.org | news@thehustle.co |
| comments@facebookmail.com | news@verandasoho.com |
| commercialmortgagecity@gmail.com | newsdigest@insideapple.apple.com |
| Commons.Cluster.UNO@gmail.com | newsletter@alignable.com |
| communication@gctacommunity.org | newsletter@emails.porch.com |
| communications@bnaibrith.ca | newsletter@et-updates.com |
| communications@hawaiigreengrowth.org | newsletter@indiafoodbrief.com |
| compliance@mtgplatform.com | newsletter@indiaretailnews.com |
| composer@onomahotel.com | newsletter@mail.coinbase.com |
| conference@jfunders.org | newsletter@news.anker.com |
| confidentialpartnership.alia@gmail.com | newsletter@sdgactioncampaign.org |
| confirmation-booking-noreply@booking.com | newsletter@theepochtimes.com |
| connect@expatexchange.com | newsletters@cheddar.com |
| contact@blmj.org | newsletters@royalarabiantours.info |
| contact@ccginy.com | newsletters@wirecutter.newyorktimes.com |
| contact@contact.loccitane.com | newsletters-noreply@linkedin.com |
| contact@eventbrite.com | newyearseve@sohogrand.com |
| contact@lhmailer9.com | NewYork.445Park@hq.com |
| contact@motorwisely.com | newyork@independenthq.com |
| contact@njmail6.com | newyork@israeleconomicmission.com |
| contact@norlanglass.com | NewYorkCityBar@nycbar.org |
| contact@odmailer16.com | newyorkmetro@ats.org |
| contact@oliversapparel.com | ngocsdunc@gmail.com |
| contact@rwumailer18.com | ngoexecom.treasurer@gmail.com |
| contact@saumai13.com | ngo-humanrights@lists.riseup.net |
| contact@sayquarterly.com | ngomajorgroupopny@gmail.com |

| | |
|---|---|
| contact@strive.com | nickconnerley@gmail.com |
| contact@tkmmailer19.com | nih.extramural@subscriptions.nih.gov |
| contact@topgadgetsreports.com | no_reply@aubergeresorts.com |
| contact@wbmail19.com | no_reply@email.apple.com |
| contact@wibmail7.com | no_reply@ooma.com |
| contact@yncconsult.com | no_reply@post.applecard.apple |
| contact@ywsmail18.com | no_reply@post-account.applecard.apple |
| contactus@njcdlp.org | no-reply@aaanyc.org |
| content@mp1.tripadvisor.com | no-reply@accounts.google.com |
| content_at_mp1_tripadvisor_com _csstttv2qf_7f75f44d @privaterelay.appleid.com | noreply@booking.com |
| coppenheimer@amvest.com | no-reply@c.factor75.com |
| copyprintsupport@staples.com | noreply@cantabnyc.org |
| corallaketrading@gmail.com | no-reply@chowbus.com |
| corporategifts@mauijim.com | no-reply@citybarcentral.nycbar.org |
| cpaal14l@aol.com | noreply@clientfeedback.bankofamerica.com |
| cpi770@gmail.com | no-reply@coinbase.com |
| creativeglobalfundingservices@gmail.com | no-reply@customer.verizon.com |
| crenshaw-logal@njcdlp.org | no-reply@doordash.com |
| crevilingsamara@gmail.com | no-reply@dropbox.com |
| crew@morningbrew.com | noreply@e.malwarebytes.com |
| cris.advisorycorp@gmail.com | noreply@edc.nyc |
| cristiani_gis@hotmail.com | noreply@email.alignable.com |
| cristina.nafan@gmail.com | noreply@email.apple.com |
| crystalchildren8888@gmail.com | no-reply@email.cheddar.com |
| cscpaymobile@hello.cscsw.com | noreply@email.imexexhibitions.com |
| ctd@jetcommventures.com | no-reply@email.worldremit.com |
| culture4@newyork.mfa.gov.il | no-reply@email1.networksolutions.com |
| customer.experience@factor75.mypurecloud.com | no-reply@em-s.dropbox.com |
| customer.service@booking.com | noreply@event.eventbrite.com |
| customer_service@paskho.com | noreply@facebookmail.com |
| customer-reviews-messages@amazon.com | noreply@factor75.com |
| customerservice@email.jnf.org | noreply@freeconferencecall.com |
| customerservice@emcom.bankofamerica.com | no-reply@g.factor75.com |
| customerservice@orvis.com | no-reply@google.com |
| CustomerService@tdf.org | noreply@grandmeetingsmexico.com |
| cvs@pharmacy.cvs.com | noreply@horacemann.myenotice.com |
| d+AORGpRdRHmz_b98C5EuzyN7YMVhIj _L4H3N6q22cePTlYj7PL9iHFG5ZiQv0 RrIcMh0wpUMhCkrqIFZ7Hu2hylR_LHD B-HS6zv9QjF8K0JITyYsXpol1Z6 mMCproH1qgcj0uxQsWWqiF@docs.google.com | noreply@iccaworld.org |

| | |
|---|---|
| d+AORGpReRaDtczPLkyyVYDwn0g | |
| YZkrwlWHJOr2LXSGEDs-pyyBmSYS | |
| p82BpTtpx6RtxK0-Y4DgLsYdvLBSz9 | |
| 3UOwQaXjQ1PS7cTa-ODjYSpY1yPp | |
| v3BEQMMcB18xcnLUqJWMGQhb2 | |
| o7Sa@docs.google.com | noreply@imexexhibitions.com |
| D23BLionsRoar@gmail.com | noreply@insights.united.com |
| dailyalert@list-dailyalert.org | noreply@jetblue.com |
| dan.farhadian@gmail.com | no-reply@login.gov |
| dana_fk@hotmail.com | no-reply@lyftmail.com |
| dance@nypl.org | noreply@m.nysa.membercentral.org |
| daniel.perez@undp.org | no-reply@mail.instagram.com |
| Daniel@danielkinglaw.com | noreply@mail.lendistry.com |
| daniel@danoelkinglaw.com | no-reply@mail.zillow.com |
| daniel@rethinkfirst.com | no-reply@meetinzagreb.hr |
| daniela.middleton@aboutdci.com | noreply@mission.com |
| daniela@bigboy.energy | noreply@monexeurope.com |
| danieletra@hotmail.com | noreply@monkprotect.com |
| daniella.middleton@aboutdci.com | noreply@newsletters.nyc.gov |
| danieltackling@owvi.co | no-reply@notification.skype.com |
| dannynielsen81@protonmail.com | no-reply@notifications.skype.com |
| dannywidjaja15@gmail.com | NoReply@nycopera.com |
| danteio@hotmail.com | noreply@order.eventbrite.com |
| dario.bornati@gmail.com | noreply@orderstatus.barnesandnoble.com |
| darren.mattos@studrnt.shu.edu | noreply@patients.pgsurveying.com |
| dave@daveroberts.org | noreply@payllion.io |
| dave@nvgplatinum.com | no-reply@paypal.com |
| davepims@aol.com | noreply@qemailserver.com |
| david@fisherenterprisesllc.com | no-reply@r.factor75.com |
| david@o-zonedefense.com | noreply@r.groupon.com |
| davidyou4@gmail.com | no-reply@reedexpo.com |
| dbaker@nycourts.gov | NoReply@Regus.com |
| ddmsklar@aol.com | no-reply@revolut.com |
| ddrich22@aol.com | no-reply@rxglobal.com |
| dean.seal@law360.com | NO-REPLY@ssa.gov |
| debbie@dmcgconsultancy.com | noreply@stimson.org |
| deborahjschwarz@gmail.com | no-reply@stockholmsmassan-email.se |
| dedwards@bradfordedwards.com | noreply@uber.com |
| DeeDee@deedeesklar.com | noreply@unsdsn.org |
| degonzaga.shamina@gmail.com | no-reply@webpayments.io |
| denfrankinvest@aol.com | no-reply@webpt.com |
| departures@email.departures.com | no-reply@wnyc.org |
| deron@vetcommllctr.com | noreply@wymararesortandvillas.com |
| deronlbrown@gmail.com | no-reply@youtube.com |
| dev@bfny.org | no-reply@zoom.us |
| development@clare.cam.ac.uk | noreply-dpingo@un.org |
| development@ldeo.columbia.edu | noreply-photos@google.com |

| | |
|---|---|
| development@pen.org | northlondon1421@gmail.com |
| dfoitl@gmail.com | NorthstarMeetingsGroup @info.northstartravelgroupmail.com |
| dharmesh@streampoint.com | norton@secure.norton.com |
| diallo9@un.org | notes@wirecutter.com |
| diamondg916@gmail.com | notification@facebookmail.com |
| Diana.Frederiksen@Hilton.com | notification@lupextrade.com |
| diane.morrissey@yale.edu | notification@priority.facebookmail.com |
| digital-noreply@amazon.com | notifications@sched.com |
| dinner@ramaz.org | notifications@trustnota.com |
| director@performa-arts.org | npdcltd@gmail.com |
| dizzar145@gmail.com | npuyat@marketidny.com |
| djbartone@bartonelawoffices.com | nroban@gmail.com |
| Djtinvestments@gmail.com | nrostow@zplaw.com |
| dmate@hotmail.com | nsenda@coregroup.org |
| dmaudrey@aek9.net | ntdallaji@yahoo.com |
| dmcjapan@or.knt.co.jp | nutraceuticalsworld@mailings1.gtxcel.com |
| do_not_reply@psc.uscourts.gov | nwwilliams0952@gmail.com |
| doctor.bagaini@gmail.com | nyas@nyas.org |
| docusign@ppe4x.com | nyp@care.nyp.org |
| doforiarra@gmail.com | nysbamail@statebar.nysba.org |
| domreg05@metron.com | NYSD_ECF_Pool@nysd.uscourts.gov |
| don@krhospitality.co | nyusuf@stimson.org |
| donald@mygo.pro | o.mayer7@gmail.com |
| do-not-reply@cloud-protect.net | oceanixcorp@gmail.com |
| donotreply@e.godaddy.com | office@allesch.at |
| donotreply@em.lordandtaylor.com | office@hods.org |
| donotreply@email.theatermania.com | office@icekrakow.pl |
| do-not-reply@freshly.com | office@mfespinosa.org |
| donotreply@godaddy.com | office@shebamed.org |
| donotreply@HQ.com | office-d-school@hpi.de |
| donotreply@ibtmworld.com | ofir@stracon-int.com |
| donotreply@jetblue.com | ofirs1976@gmail.com |
| donotreply@myconnectnyc.org | oldnavy@email.oldnavy.com |
| donotreply@theatermania.com | oli.henman@action4sd.org |
| do-not-reply-message-center@ssa.gov | olivadoti@gmail.com |
| DoNotReplyUS @welcome.americanexpress.com | oliviercharreauakhenaton@gmail.com |
| dons.conteh@libainmanage.com | onlinebanking@ealerts.bankofamerica.com |
| dorothyrosekatz@gmail.com | onlinebanking_ealerts@bankofamerica.com |
| dougloewen@protonmail.com | OpenTable@mgs.opentable.com |
| dperell@bic.org | ophidianfilms@hotmail.com |
| dpervez@mtb.com | optimortgage@gmail.com |
| dpinto@cwbk.com | orders@kaufmanmusiccenter.org |
| dppa@un.org | ordertracking@orvis.com |
| drjoan@gmail.com | oriana.castillo@civicus.org |
| drosenthal@drosenthallawgroup.com | orvis@email-orvis.com |

| | |
|---|---|
| Dsaundersw@protonmail.com | oweidner@siu.edu |
| dsdg@un.org | pacer@psc.uscourts.gov |
| dse@docusign.net | pacpix@aol.com |
| dse_na2@docusign.net | page-notification-noreply@support.facebook.com |
| dse_NA3@docusign.net | paiva@cpberlin.de |
| dse_NA4@docusign.net | palatineholdings@gmail.com |
| dsilber@drisha.org | paperless@email.paperlesspost.com |
| dsw@em.dsw.com | paperlesspost@accounts.paperlesspost.com |
| dwhitfield@nexuslawbahamas.com | Parker_NYSDChambers@nysd.uscourts.gov |
| dwilliams@aarongianna.com | passblue1@gmail.com |
| dylanpukel@gmail.com | pat@globaltradingpartners.net |
| e.guglielmino@oic.it | patrice.omahony@failteireland.ie |
| ealfi123@gmail.com | patrick@crockerlawfirm.com |
| ebay@ebay.com | patrick@o2blueenergy.com |
| ebay@reply.ebay.com | paul.walsh@associationexecutives.org |
| ebenmac@gmail.con | paul@britebanc.com |
| eblasts@whitney.org | paul@grtlaw.com |
| eclervea@gmail | paul@kamberllc.com |
| ed@activatevp.com | paula@unanca.org |
| edelivery@citi.com | pauldlandrew@gmail.com |
| edisonogbe111@gmail.com | paulsimms2@aol.com |
| editor@civicus.org | paypal@mail.paypal.com |
| editors@mosaicmagazine.com | peggydm@rcn.com |
| edk4321boxes@gmail.com | perlaresort@kruscica.hr |
| EdP2050@proton.me | peter.debartolo@gmail.com |
| EdPimentL@protonmail.com | peter@rustic-travel.com |
| edwardelmendorf@gmail.com | peterkfchin@gmail.com |
| egeorge@grapevinetexasusa.com | peterlfallon@aol.com |
| eGroup@zmaildirect.com | pfayolle@mi-forums.com |
| ejansen@senjaholdings.com | pflally@comcast.net |
| ejlombroso@aol.com | pfre |
| el@law-ny.com | pfrederick@ |
| elbirch@design.upenn.edu | pfrederick@kkwc.com |
| elena.rodriguez@enit.it | photo@pharmacy.cvs.com |
| elijahbelton087@gmail.com | photos@onedrive.com |
| elise@weareprotec-apme.com | pia.cafiero@gmail.com |
| elitepronet@aol.com | picks@campaign.eventbrite.com |
| eliza.walsh@radissonhotels.com | Piermont@piermontbank.com |
| Elizabeth.Halpin@shu.edu | pjfullam@gmail.com |
| Elizabeth_Stong@nyeb.uscourts.gov | plannedgiving@cantab.org |
| elsol711@cox.net | pmcdonagh@tourismireland.com |
| email.campaign@sg.booking.com | pmri@aol.com |
| email@fisherenterprisesllc.com | politicsbrief@lists.wnyc.org |
| email@mail5.avvo.com | polly_schneck@yahoo.com |
| email@me.kickstarter.com | polly_scneck@yahoo.com |
| email@mileageplusshoppingnews.com | popdialogue2023@gmail.com |
| emails@send.entegysuite.com | postmaster@akingump.com |

| | |
|---|---|
| emergingmarkettrade@gmail.com | postmaster@mtb.com |
| emergingmarkettrade@gmail.com | PotteryBarn@e.potterybarn.com |
| emma@nonprofitresources.us | ppafoundation@gmail.com |
| energy@public.govdelivery.com | pr@gokorea.co.uk |
| enews@email.nypl.org | pr_communication@sinahotels.com |
| e-news@ldeo.columbia.edu | premium@academia-mail.com |
| enewsletters@blackburn.senate.gov | presiden@hunter.cuny.edu |
| entrepreneurship@crohnscolitisfoundation.org | presidencia@fancv.or.ar |
| eoppenheim@earthlink.net | presidencia@fancv.org.ar |
| erikafallon33@yahoo.com | President@gnec.ngo |
| ESavage@littler.com | president@nyaa.edu |
| esiagrad@gwu.edu | pricewin1@gmail.com |
| esosnovich@tikvahfund.org | primeglobalenergy@gmail.com |
| essacoglobal@gmail.com | princed@wonsgroup.com |
| e-statements@mandtbank.com | print.marketing0184@Staples.com |
| etaylor@kkwc.com | privacy@mp1.tripadvisor.com |
| eternity.sales.mapappas@gmail.com | privacy_at_mp1_tripadvisor_com_csstttv2qf_17957428 |
| etra.harry@gmail.com | product@mp1.tripadvisor.com |
| eva.troselj@yahoo.com | product_at_mp1_tripadvisor_com_csstttv2qf_362d6f5b |
| Evan_Goldstick@nysd.uscourts.gov | programs@lamama.org |
| evelina.bucinskaite@rxglobal.com | promos@gristedes.com |
| events@brookings.edu | ptsien@omniholdingsgroup.com |
| events@cantab.org | publisher@habitatmag.com |
| events@clare.cam.ac.uk | Pype5@centurylink.net |
| events@hkiac.eventbank.com | pytsien@gmail.com |
| events@send.entegysuite.com | queensinnovate@lists.qc.cuny.edu |
| evgallm@yahoo.com | quetalquetzal@gmail.com |
| experiences@em.cityexperiences.com | quincy.gonzalez@bofa.com |
| extracare@pharmacy.cvs.com | r.mccloskey@namepa.net |
| f.coykendall@yahoo.ca | r.murphy@setcomail.com |
| f.coykendall@yahoo.com | RabbiCohen@noahide.org |
| f.herrmann@palast.berlin | rachel@schulmanpllc.com |
| Fabi.Lai@uibt.com | rachelic@pick-law.com |
| fabrizio.lanzafame@enit.it | rajshrestha2003@yahoo.com |
| famousfootwear@email.famousfootwear.com | raman.bhanot@astound.net |
| faoudk54@gmail.com | ranaalazem@gmail.com |
| fastertoday3@gmail.com | randell.leong@gmail.com |
| fcbcommoditiesllc@gmail.com | ray |
| federico@azeta.com.ar | ray@rays-reviews.com |
| fedo | raz_y@zahav.net.il |
| felimarz@gmail.com | rcarrasco@templeoilcorp.com |
| felix@felixdodds.net | rcflath@ilscollaboration.org |
| ffamouri@bic.org | rcflath@uecbiz.com |
| fiafnews@fiaf.org | rckringo@gmail.com |

| | |
|---|---|
| FinanceAndInvestment @multi-housingnews.com | RCOMISKEY@mtb.com |
| financeproject@gmail.com | rconiskey@mtb.com |
| financialcatalyst@gmail.com | rcs@ckj.org |
| fleetequipment@babcoxmediapro.com | reach@webpt.com |
| FletcherAdmissions@tufts.edu | realswifty@aol.com |
| fmradioralph@aol.com | realswifty@goaald.com |
| forms@app.smartsheet.com | reardon1@btinternet.com |
| Founder@momentuseh.com | Rebecca.Perlman@hsf.com |
| Frances.k@iccaworld.org | rebecca@rebeccagreen.com |
| franconespoli@aliseiame.com | reception@bic.org |
| fratafia@gmail.com | redpocketinternational@gmail.com |
| freedom1foundation@gmail.com | registerservices@gmail.com |
| freemanagementadvice3@yahoo.com | registerservices49@gmail.com |
| fried9017@gmail.com | registration@iccaworld.org |
| friedfrankevents@friedfrank.com | Rejuvenation@e.rejuvenation.com |
| friendupdates@facebookmail.com | rek1095@aol.com |
| frontdesk.croatia@alh.hr | reminders@facebookmail.com |
| fuchsprojects@gmail.com | renatocorzo3@gmail.com |
| fuelago@gmail.com | renewals@godaddy.com |
| fulfillment@ealerts.bankofamerica.com | reply@emails.thejewishmuseum.org |
| fullerton.invest@gmail.com | reply_nwojmd_nmwbuhe_o@emcsend.com |
| futureperfectlegal@gmail.com | reply-febe177971660d7b-14621_HTML-300273388-510004192-15124 @link.factor75.com |
| g.horn@horn-horn.com | reply-fec211727263067b-14621_HTML-300273388-510004192-4593 @link.factor75.com |
| gabriel.palka@gmail.com | reply-fec211727263067b-14621_HTML-300273388-510004192-7753 @link.factor75.com |
| gabrielabernardino6@gmail.com | reply-fec417797d65007f-14621_HTML-300273388-510004192-16384 @link.factor75.com |
| gaerf@ajc.org | reply-fec9107672640579-14621_HTML-300273388-510004192-11572 @link.factor75.com |
| gagarland@gmail | reply-fec9107672640579-14621_HTML-300273388-510004192-7735 @link.factor75.com |
| gagarland@gmail.com | reply-fece11707661077c-14621_HTML-300273388-510004192-69 @link.factor75.com |
| gamasavio@outlook.com | reply-fef617717c600c-23_HTML-9693233-6426462-506 |
| gap@email.gap.com | reply-fef81275716206-29_HTML-2285338-526001388-7003 |

| | |
|---|---|
| gapfactory@email.gapfactory.com | reply-ff011777756004-55_HTML-9693233-6426462-4835 |
| gappres@gmail.com | reservations@alh.hr |
| gardenofdijon1940@gmail.com | reservations@hotelluxesplit.com |
| garininfo@israelscouts.org | reservations@onefivehospitality.com |
| gasanabo@gmail.com | response.us@email.teva.com |
| gdai688@gmail.com | resy@mail.com |
| geabriela.zambranoortegon@student | rgbc99@gmail.com |
| george@gplawintl.com | richard.conniff@gmail.com |
| georgeohekuru@gmail.com | richardcaliban@mac.com |
| georges.juganltd@gmail.com | richcos29@comcast.net |
| gertscher@mondial-travel.com | richwilcox040@msn.com |
| gfbennett@bennettny.com | richwilcox400@msn.com |
| gideon@getrallc.com | riggswashingtondc@riggsdc.com |
| gigi@newoceanfinance.com | rimpact2018@gmail.com |
| gila_david2003@yahoo.com | rjaxel@cfs.finance |
| gilg@itrek.org | rkehambaram@gmail.com |
| gillian.sorensen@gmail.com | rkgray7@gmail.com |
| ginger@gingersloan.com | rnaghavi@gmail.com |
| ginger@paynetworxiso.com | roache99@att.net |
| giorgio@reignfi.com | rob@oceanriver.org |
| giorgirus@gmail.com | Robert.Wessely@gmlaw.com |
| gitow@un.org | robert@ag-gear.com |
| glauco.falbo@swaninternationalbusiness.com.br | robert@ryanprojectfunding.com |
| global.commodities.consortium@gmail.com | robertcohen@summitglobalcorp.com |
| global@stockotels.com | robertmichael@standardpwr.com |
| globalaffairs@smartbrief.com | Robin.lim@hornbillwealth.com |
| globest@alm.com | ronald.risdon@gmail.com |
| gmatta@law-dmc.com | ronnie_white@bellsouth.net |
| gmills@reignfi.com | ross.bruner@icloud.com |
| gogopin@aol.com | ross.bruner@ml.com |
| goldjewelries.dubai@gmail.com | Ross.Bruner@opco.com |
| gonzalez-terrazas@un.org | ross@toycollc.com |
| goodhousekeeping@email.goodhousekeeping.com | rossreedsmith@gmail.com |
| goodluckproductmarketing@gmail.com | roughterrain778@gmail.com |
| Goodwin@goodwinlaw.com | RoxMar1331@protonmail.com |
| google-maps-noreply@google.com | rpdruzeta@gmail.com |
| googleone-noreply@google.com | rpittman@unausa.org |
| googlepay-noreply@google.com | rpittman@unfoundation.org |
| googleplay-noreply@google.com | rpm@cspmarketing.com.br |
| gorazd.cad@toleranca.eu | rprzik@unipu.hr |
| gothamist@lists.wnyc.org | rrowe@rowepllc.com |
| gradapphelp@princeton.edu | rstones@nationalprocessing.com |
| granbydavidroberts@gmail.com | RSuther554@aol.com |
| granbydsvidroberts@gmail.com | rsvp@nycmedtech.com |
| Gregory.Elias@uibt.com | rt247365@gmail.com |

| | |
|---|---|
| gregterry888@gmail.com | rthom19581ruth@aim. |
| grip6@grip6.com | rthom19581ruth@aim.com |
| groupcapitalss@gmail.com | rubenrossi19@hotmail.com |
| groupupdates@facebookmail.com | rudy@advancedenergycap.com |
| grupoepinvest@gmail.com | russ@trinitycadence.com |
| gtu70th@gmail.com | rutger.kuipers@euronet.nl |
| guestartistagency@gmail.com | rw@mindhubtrading.com |
| GuideTOC@MAIL.NIH.GOV | s.kazan@wcpunglobal.org |
| gwfch.gmarshall@gmail.com | s.rijpkema@visit.brussels |
| h0002158@yahoo.com.hk | sabdelhamid@theilf.org |
| habitatny@un.org | SaifeldeenZihiri@protonmail.com |
| Hanh.Nguyen-Hong@sc.com | sales@batcombeholdings.com |
| hannah.edwards@hyatt.com | sales@cpbc.eu |
| happy@expatincroatia.com | sales@javitscenter.com |
| harald@o2blueenergy.com | sales@latinplus.us |
| haroonedibleoils@yahoo.com | sales@trendycommune.com |
| harry@atlantisglobaloil.com | sales@via-croatia.com |
| harry@atlantisnewyorkgroup.com | samgawadjr@gmail.com |
| harry@invisismart.com | Sammy.Mourillon@uibt.com |
| haryanto_swift@yahoo.com | samrkrocks387@gmail.com |
| haryantoharyanto554@yahoo.com | sandra.moreno@hbb-trading.com |
| hatemm@optusnet.com.au | Saqconsult@gmail.com |
| hayleusa@aol.com | sarac1956@gmail.com |
| headofoperations@fortknox.com | sarah.frost@associationexecutives.org |
| Heather.Sandford@hrp.org.uk | sarahowes25@gmail.com |
| helana@chamber.nyc | savings@mp1.tripadvisor.com |
| helena@primusnterpares.com | savings_at_mp1_tripadvisor_com_csstttv2qf_2b0fb01c |
| hello@accounts.capitaloneshopping.com | scantleburytatiana@gmail.com |
| hello@alpakagear.com | scarlson@lists.wnyc.org |
| hello@ats.org | scheung@marketidny.com |
| hello@c.factor75.com | scott.saturday@protonmail.com |
| hello@capitaloneshopping.com | sdegonzaga@wcpun.org |
| hello@consciouscityguide.com | seated@m.seatedapp.io |
| hello@crypto.com | sec@teuzafund.com |
| hello@email.feverup.com | secretariat@wango.org |
| hello@email.modaoperandi.com | Secretary@gnec.ngo |
| hello@g.factor75.com | selim.karako@gmail.com |
| hello@kizik.com | selin@icvb.org |
| hello@m.scottscheapflights.com | service@paypal.com |
| hello@marketing.lyst.com | service@satywig.com |
| hello@miraclebrand.co | SFC-PART60@nycourts.gov |
| hello@monos.com | sgaidoo@gmail.com |
| hello@phsaryoung.com | sgawad@sgawadlaw.com |
| hello@r.factor75.com | shaik@calipsogroup.com |
| hello@senestudio.com | shamier.choudhury@santander.us |
| hello@shopthousandmiles.com | shamina18@yahoo.com |

| | |
|---|---|
| hello@skylightframe.com | shaminthe@royalholidayssrilanka.com |
| hello@statikco.com | Shanira.Cicilia@uibt.com |
| hello@team.deputy.com | shantar1@gmail.com |
| hello@tropicfeel.com | share@showpad.com |
| hello@us.braun.com | sharma.avish@prodigylegal.com |
| helmut.allesch@gmx.de | sharon@bngrow.com |
| helmut@allesch.at | sheldonaz@aol.com |
| help@airwallet.com | shelley@shelleyhagen.com |
| help@email.jacquielawson.com | sheplers@p.sheplers.com |
| help@factor75.com | sherwin@atid-edi.com |
| help@ponchooutdoors.com | shhirth@shhirthassoc.com |
| help@skylightframe.com | shiningtigers@gmail.com |
| help@theperfectjean.nyc | shmully@shabtai.tv |
| help@tryairwallet.com | Shoko333@protonmail.com |
| henry.bregstein@katten.com | shokomail333@protonmail.com |
| hermanepst@aol.com | shop@dotcards.net |
| hfgfh5779@gmail.com | shop@emails.macys.com |
| hlazrak@iscp-nyc.org | shop@poshmark.com |
| HNaresh@visitqatar.qa | shopjockey@email.jockeycomfort.com |
| holidays@safaritrails.com | shumanemail@gmail.com |
| holly@shabtai.tv | sicklah52@gmail.com |
| HomeDepot@order.homedepot.com | silvercyber88@yahoo.com.hk |
| HomeDepotCustomerCare @mg.homedepot.com | simon.conway@matterhorncapital.co.uk |
| honey@my.joinhoney.com | simon.rosenberg@da-vienna.at |
| hope@ifred.org | sipa_admission@columbia.edu |
| horiuchiceo@quantum-corp.jp | skaitz@smksourcing.com |
| hosted@imexexhibitions.com | skamtsiklis@msn.com |
| howtru3@comcast.net | skaplan@stuartnkaplanpa.com |
| HR@DeloitteIsrael.com | skazan@wcpun.org |
| hrvoje.pavelic@roche.com | skinner@un.org |
| hrvoje.pavelich@gmail.com | skirball.center.info@nyu.edu |
| hs.nycourts@gmail.com | slee@saninstitute.org |
| hsole4405@gmail.com | slifka.center@yale.edu |
| hunterhhensley@gmail.com | sma |
| hyphaistus@gmail.com | smoseley@unanca.org |
| iamglobalfinancialsolutions@gmail.com | smoseley2011@gmail.com |
| iboubasse@gmail.com | smurashkovsky@fordham.edu |
| ibtm-2022@livebuzz.co.uk | solidworks@community.3ds.com |
| ibtmworld.helpline@reedexpo.co.uk | sophia.murashkovsky@touro.edu |
| ibtmworld.hosted@rxglobal.com | sourcing@hktdc.org |
| ibtmworld.marketing@reedexpo.co.uk | SouthwestAirlines@iluv.southwest.com |
| ibtmworld-travel@bcdme.com | speakerakash@gmail.com |
| icca@iccaworld.org | specialevents@calacademy.org |
| ignamparovonbulow@libero.it | spmconsultantsou@gmail.com |
| iijs@columbia.edu | spopofsky@kkwc.com |
| ijordan@manex-group.co.uk | sramp561@gmail.com |

| | |
|---|---|
| ilya@northeastretirementplanning.com | srampersad@blueinvestmentholdings.com |
| ilyajunior@gmail.com | srataema@gmail.com |
| imeximports.llc@gmail.com | sstearman@mbcnyc.com |
| info.aishagaddafi101@gmail.com | stay@theg.ie |
| info@1014.nyc | Stefania@csevents.it |
| info@aicgs.org | stefon.e.w@gmail.com |
| info@ajiri.us | stephanie.corsino@hktb.com |
| info@ammaroseconsultllc.com | steve_chiu@tzuchi.us |
| info@artiscontemporary.org | store-news@amazon.com |
| info@ataww.org | store-news@woot.com |
| info@ats.org | stuart@breakstonelawoffice.com |
| info@bbtonline.eu | studiomus@yahoo.com |
| info@bezalelfriends.org | subpoenafax@wellsFargo.com |
| info@californiacowboy.com | subscription.service@subscriptions.ssa.gov |
| info@cellphoneseat.com | subscriptions@subscriptions.treas.gov |
| info@chabadmidtown.com | suma.khazmo@gmail.com |
| info@charneyresolutioncenter.com | support@apricoat.com |
| info@chubbiesshorts.com | support@baubax.com |
| info@civicus.org | support@biotrustnews.com |
| info@clarktours.com.gt | support@blendjet.com |
| info@conservativepartnership.org | support@corp.lawyer.com |
| info@cryptotrust.com | support@dailyom.com |
| info@designtrust.org | support@dazzlingcleaning.com |
| info@e.banyanbotanicals.com | support@drvegher.com |
| info@email.tellurideskiresort.com | support@e.freshly.com |
| info@email-nmss.org | support@e.shipt.com |
| info@emails.BarclaysUS.com | support@email.littlepassports.com |
| info@emailsrv.swell.com | support@enence.com |
| info@evansmensah.com | support@freshly.com |
| info@evintra.com | support@livechatinc.com |
| info@fletcherrecovery.com | support@lumecube.com |
| info@focus-project.org | support@orosapparel.com |
| info@freedomtrustexchange | support@quaintbrim.com |
| info@friendsofarava.org | support@shoptiques.com |
| info@geniuspack.com | support@t.freshly.com |
| info@getir.com | support@taxextension.com |
| info@gotostcroix.com | support@thervo.com |
| info@gudmilano.com | support@transformationinsider.com |
| info@houseboat.it | support+c1510968@dazzlingcleaning.com |
| info@ihchotels.it | support+identity@coinbase.com |
| info@innoafrica.org | surfacecareusa@aol.com |
| info@iq2us.org | surh@snu.ac.kr |
| info@israelbehindthenews.com | survey@civiqs.com |
| info@israeliamerican.org | surveys@sm.health.nyc.gov |
| info@iveca.org | susanneseperson@gmail.com |
| info@ja-africa.org | swati.dave@un.org |
| info@katieporter.com | swtan@wtckl.com |

| | |
|---|---|
| info@lebiciclette.com | sy@ckj.org |
| info@leclosier.com | sydcap@optusnet.com.au |
| info@mail.coinbase.com | sylvia.hong@wintrad.org |
| info@mailer.netflix.com | szymansky@cpberlin.de |
| info@mittlerseniortech.com | T.Liebman@perkinseastman.com |
| info@mp1.tripadvisor.com | t.mcevoy@ishr.ch |
| info@mymi.it | taalpert@gmail.com |
| info@ottawatourism.ca | takk@compass.com |
| info@ovationdmc.com | takxex8@gmail.com |
| info@padovaconvention.it | tal.behar@pmwcint.com |
| info@passblue.com | tali@bezalel.ac.il |
| info@poshmark.com | talkimron17@gmail.com |
| info@pra.com | tane@sci.org.nz |
| info@praxiscenterforaesthetics.com | tangulo@visitpanama.com |
| info@protect.mcafee.com | tanzeela@standardpwr.com |
| info@publictheater.org | tara@fitdailyupdates.com |
| info@residence-panorama.net | tate.wimberley@gmail.com |
| info@rinconesdetoscana.com | tbanksunausa@gmail.com |
| info@sarwarinternational.co.uk | tcleveland@omniholdingsgroup.com |
| info@satellite-show.com | tdevans@nycourts.gov |
| info@slovenia.info | team@justia.directory |
| info@suspenderstore.com | teamyachad@ou.org |
| info@suttonplacedermatology.com | temporary_pro_se_filing@nysd.uscourts.gov |
| info@theaquavault.com | temporary_pro_se_filing@usd.uscourts.gov |
| info@thelandmark.co.uk | teresita.rodriguez@rxglobal.com |
| info@tiif.org | terrafutura@protonmail.com |
| info@tikvahfund.org | terry.family@gmail.com |
| info@tktax.co.uk | teva@email.teva.com |
| info@trumarketing.com | tevans@nycourts.gov |
| info@twitter.com | tgegtr88@gmail.com |
| info@unahouston.org | thamburger@marketidny.com |
| info@unanyc.org | thedusselgroup@yahoo.com |
| info@unasny.org | thelsd@email.modaoperandi.com |
| info@untappedcities.com | thenewyorkbroker@gmail.com |
| info@verfassungsblog.de | theojohns@authentify.art |
| info@waterkant-touren.com | thestandard@hey.standardhotels.com |
| info@whiag.com | thevitaminshoppe@e.vitaminshoppe.com |
| info@wineonthevine.org | thierry.scheers@leon1893.com |
| info@yilovejewish.org | tiffany.petrosino@gmail.com |
| info_at_mp1_tripadvisor_com_csstttv2qf_6c77cea6 @privaterelay.appleid.com | tiger@tigerteambiz.com |
| Innesa.Burrola@btqrecruit.com | titusvanheur@foundinnovative.com |
| inquiry@drisha.org | tkhanachet@cov.com |
| insiderdeals@my.joinhoney.com | TMcCarthy@dykema.com |
| inspiration@mp1.tripadvisor.com | tmcglobilventures@gmail.com |
| inspiration_at_mp1_tripadvisor_com_csstttv2qf_62 56122b | tms@info.northstartraveleumail.com |

| | |
|---|---|
| integrativeptofnyc@gmail.com | toby@shabtai.tv |
| invitations@linkedin.com | TodayTix@email.todaytix.com |
| ipalazzi@ipalazzihotels.com | tomek.chocholek@gmail.com |
| irisr@aicf.org | tony.ciccarelli1@gmail.com |
| Isabell.Bernhardt@visitberlin.de | Tony.Radoina@ellimanpm.com |
| lsong@tailimsong.com | tonyguajardo777@gmail.com |
| isplou@gmail.com | toolshoppe.2112@gmail.com |
| issarllc@gmail.com | tqdricardoreyes@yahoo.com |
| istanner@yahoo.co.nz | tr7065831@gmail.com |
| italy00dp@gmail.com | tracieevans@gmail.com |
| itsukerman@itsukermanatlaw.com | tracyevans7111@gmail.com |
| itxltd.ie@gmail.com | tradedesk@fiveoceanstrade.com |
| iweinb@protonmail.com | tradeoffice@bilderberg.vip |
| j4generalcontractorslimited@gmail.com | trading@bcmglobaltrader.com |
| jaasiel.forde@student.shu.edu | treasurer@gnec.ngo |
| jacci007@aol.com | treeoflife.1966@gmail.com |
| jackson.admissions@yale.edu | Tropnas2@gmail.com |
| jadamdeleon@gmail.com | troselj@irb.hr |
| jae@kjunnyc.com | truesplendor.gd@gmail.com |
| jai-gaikwad@advidsagency.org | tsipi@cityarts.org |
| jake@wernermanagement.com | tupintasmucho@gmail.com |
| jalcdevelopment@jazz.org | turayexpimpllc.usa@gmail.com |
| jalilcabrera81@gmail.com | TurboTax@em1.turbotax.intuit.com |
| jameschartouni@gmail.com | tvbanks@aol.com |
| jamiedukes@owvi.co | twineaglesfly2k10@gmail.com |
| jamshid.vadiee@ktcco.net | twolfe@unausa.org |
| jan.orsic@visitljubljana.si | u.vieregge@web.de |
| janedokatz@gmail.com | uber@uber.com |
| Jays@spni.org.il | UItkin@akingump.com |
| JBernthal@aegiscap.com | ultkin@akingump.com |
| jbromberg@kkwc.com | unanca@unanca.org |
| jcallaci2001@gmail.com | unausa.pedroanes@gmail.com |
| jccmanhattan@mmjccm.org | una-usa-council-of-organizations-executive-committee@googlegroups.com |
| jchalle562@aol.com | una-usa-council-of-organizations-executive-commmittee |
| jcito@nycgo.com | una-usa-national-council-2022-2024@googlegroups.com |
| jcooper@rainmakersa.com | undesa@un.org |
| jcostonis@cnfcommodities.com | UnitedAirlines@news.united.com |
| jderose@phxins.net | unitednations@columbia.edu |
| je.mckinley@proton.me | unitednations@uua.org |
| je.mckinlry@proton.me | unitrade13llc@gmail.com |
| Jean-Philii | unoc2022@un.org |
| jeffp44@gmail.com | untuckit@untuckit.com |
| Jeffrey.Silva@renaissancehotels.com | update@emaildl.att-mail.com |
| jenni@rubinolawfirm.com | update@h.factor75.com |

| | |
|---|---|
| jennyvictoriatan@gmail.com | update@s.factor75.com |
| jeraldbelofsky@gmail.com | updates@academia-mail.com |
| jerry.i@highendhiring.com | updates@mp1.tripadvisor.com |
| jerry@lawofficejdf.com | urbanmaterials@gmail.com |
| jess@teema.co | Urbanmaterials@protonmail.com |
| jetblueairways@email.jetblue.com | usa |
| jetradex85@gmail.com | usa@unsdsn.org |
| JFALLON@uci.edu | usa0896@fedex.com |
| jfcostonis@gmail.com | Usman |
| jforrest@traverseglobal.org | usyeung@gmail.com |
| jgerson80@gmail.com | uvc@wildapricot.org |
| JH@marketidny.com | val.solutions@protonmail.com |
| jhewitt@marketidny.com | vddonmoyer@aol.com |
| jhildreth@castleleigh.com | venmo@email.venmo.com |
| jhuf@huflaw.com | venturesummits @youngstartupmailercampaign.com |
| jim.friedlander@gmail.com | vera.perez@swaninternationalbusiness.com.br |
| jim.sims@niocorp.com | verizon-notification@verizon.com |
| jimmie@jwatlaw.com | victoria.gorelik@un.org |
| jimpetrochemicals@gmail.com | victorm@bcmglobaltrader.com |
| jimwurst@earthlink.net | vilia.ho@sehprofessional.com |
| jinka.stillman@gmail.com | vimeo@email.vimeo.com |
| jjskelly@nycourts.gov | viola.ho@forwardlawyers.com |
| jkcordero@satx.rr.com | visualarts@columbia.edu |
| jlepstein1@gmail.com | vitazino@yahoo.com |
| jlschroder@gmail.com | viva-noreply@microsoft.com |
| jmbetbart009@gmail.com | vivelagro1@gmail.com |
| jmgallagher1@aol.com | vladimir.gall@optinet.hr |
| jmprice@jmpricelaw.com | vladimir.gall1@inet.hr |
| jn@jennipha.com | vsafran@sentnersafran.com |
| joan@evalite.eu | VZWMail@ecrmemail.verizonwireless.com |
| joanhumphery@yahoo.com | w4e67ARS3 |
| Joann.Halpern@hpi.de | walker@walkerfinancialconsulting.com |
| jobs-listings@linkedin.com | warner@abundantholdings.com |
| jodie.knuchel@att.net | water2023@un.org |
| joelweinstock184@gmail.com | wcheung@piermontbank.com |
| joeygilbert@substack.com | wd@wdivinediscovery.com |
| johalpern@yahoo.com | webinars@capitallinkevents.com |
| johanna.walters@gogpac.com | webinars@zoom.us |
| john.pavia@logicsource.com | webmaster@notification.ataglance.com |
| john_zagar@zagarinc.com | webmaster@yale62.org |
| jomakous@realmintlgrp.com | weeklydrop@vinepair.com |
| Joo-Rei.Mathieson@marriott.com | welcome@redpencil.org |
| jorge@exclusiveecuador.info | welcome_at_mp1_tripadvisor_com_csstttv2qf_595c3 dcc |
| Josephebgui@hotmail.com | WestElm@e.westelm.com |
| josephine@allcapitalsources1.com | wgiramma@phxins.net |

| | |
|---|---|
| josephproperties20@icloud.com | wholden43@gmail.com |
| josephschiliro1780@gmail.com | wilfredoaldebot@gmail.com |
| joshua@allenfinancialagency.com | WilliamsSonoma@e.williams-sonoma.com |
| joshuacooperhawaii@gmail.com | WilliamsSonoma@mail.williams-sonoma.com |
| jpotgconsulting@gmail.com | willpowere |
| jreed@bic.org | wilton.pamela@destinationcanada.com |
| jremi@kkwc.com | winedgeinvestments@gmail.com |
| jtm@thipharmaservices.com | wingsenterprises@aol.com |
| jtorres@lwpholdings.com | winn.dao@earthlink.net |
| juancarlos@marqueziplaw.com | wnyc@lists.wnyc.org |
| juancarlosmarquez-gc@reignfi.com | wnycmembership@lists.wnyc.org |
| jude@nawlaw.com | wolff.james.anthony@gmail.com |
| julia.a.rusatsky@gmail.com | world@portfolio.ibtmevents.com |
| juliaetra1@gmail.com | wowhitmore@gmail.com |
| julie@watterston.com | wsvpaymaster@gmail.com |
| justinc4414@gmail.com | wya@wya.net |
| jvhuffines@gmail.com | xcnoil22@qwestoffice.net |
| jvjose@blauberg.com | xdxcf0034@gmail.com |
| jy@jennieyeung.com | xuqing1989214520@gmail.com |
| kara.tilly@gmail.com | xuqing5201989214@gmail.com |
| Karel.DeBoer@ellimanpm.com | yaawebtech@yale.edu |
| Kaswaree.NarineCleary@ellimanpm.com | YASC@yale.edu |
| katharina.bitterle@stuttgart-tourist.de | yescan999@gmail.com |
| katiefinch126@gmail.com | yeung.lanie@gmail.com |
| katiemorra@gmail.com | Yi |
| katten@katten.com | yigal.barzilay@gmail.com |
| kayla@mnmlsupply.com | yiz834@mail.harvard.edu |
| KBADKHSH@nycourts.gov | ykinberg@icloud.com |
| kcvjetovic@castleleigh.com | ymcnairy@gmail.com |
| kengeorge2002@yahoo.com | yomtob1@gmail.com |
| Kevin.Furnaros@opco.com | yoni@firstgenlaw.co |
| kevin@usmgr.com | yorfan@163.com |
| kevin@yalerag.org | youssef@oxford-medwell.co.uk |
| kgfanthony@gmail.com | yubu55buyu@gmail.com |
| khalifainvestmentconsultancy@gmail.com | Z.Burgess@psychology.org.au |
| khatra@opportunity.cbeyond.com | Zaba.Obavijesti@unicreditgroup.zaba.hr |
| khecht@unanca.org | ZagrebACS@state.gov |
| khingher@bankprov.com | zeevs@bcmglobaltrader.com |
| kim.quarles@willistowerswatson.com | zeevshoval@gmail.com |
| kingprezz@gmail.com | zglobalpartner@gmail.com |
| kjnews@ckj.org | zuckermaninstitute@columbia.edu |
| Klara.Wirth@visithungary.com | |