# Exhibit B

| **Unique Folder Listing** |
|---|

\Users\aaronetra\Desktop
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\ALAN WONG BANK PURCH
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\BRETT RICHWINE
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\BRETT RICHWINE\NCNDA:IMFPA
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\GRANT HATLEN
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\LINDA FINCH\REG DOCS
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\LUCY DAMIANI
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\MARIO VAZQUEZ
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\NICK EFTEKHARI
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\PAULA SALGADO
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS
\Users\aaronetra\Documents\      PAYMASTER CUSTOMERS\RYAN- FERRUM
\Users\aaronetra\Documents\     PAYMASTER FORMS
\Users\aaronetra\Documents\  BANK ACCTS\  PAYMASTER ACCT
\Users\aaronetra\Documents\  BANK ACCTS
\Users\aaronetra\Documents\  BANK ACCTS\BUSINESS BANK ACCT
\Users\aaronetra\Documents\  BANK ACCTS\PERSONAL ACCT
\Users\aaronetra\Documents\  BLANK FORMS
\Users\aaronetra\Documents\  BLANK FORMS\MISC FORMS
\Users\aaronetra\Documents
\Users\aaronetra\Documents\CLIENT DOCUMENTS
\Users\aaronetra\Documents\Documents - Aaronâ€™s MacBook Pro
\Users\aaronetra\Documents\ILSC
\Users\aaronetra\Documents\ILSC\2019-2020 Strategic Plan
\Users\aaronetra\Documents\ILSC\ILSC RFPs
\Users\aaronetra\Documents\LINDA
\Users\aaronetra\Documents\NGOs\COO
\Users\aaronetra\Documents\NGOs
\Users\aaronetra\Documents\NGOs\NGO EXEC COMM
\Users\aaronetra\Documents\PERSONAL
\Users\aaronetra\Documents\PERSONAL\BIOS - CV
\Users\aaronetra\Documents\PERSONAL\Combined-Passenger-Attestation-Amended-Testing-Order-12-
\Users\aaronetra\Documents\PERSONAL\Enter Croatia_files
\Users\aaronetra\Documents\PERSONAL\HSBC CLOSED CARFEDIT CARD CURRENT STATEMENT 6:21_files
\Users\aaronetra\Documents\PERSONAL\Kori
\Users\aaronetra\Documents\PERSONAL\Kori\CROATIAN_FULBRIGHT_SCHOLARS_2019_2020
\Users\aaronetra\Documents\PERSONAL\Kori\CROATIAN_FULBRIGHT_STUDENTS_2019_2020
\Users\aaronetra\Documents\PERSONAL\Kori\HUMPHREY_2019_2020
\Users\aaronetra\Documents\PERSONAL\Meeting Information - Zoom_files
\Users\aaronetra\Documents\PERSONAL\N.Y. State Attorney Registration_files
\Users\aaronetra\Documents\SCAN : FAX RECEIVED
\Users\aaronetra\Documents\TEXTUAL EDITS
\Users\aaronetra\Documents\TIFERET LLC
\Users\aaronetra\Documents\UN2020
\Users\aaronetra\Documents\Z - OLD CP

```
\Users\aaronetra\Documents\Z - OLD CP\COORDINATOR PAYMASTER
\Users\aaronetra\Documents\Z - OLD CP\REGISTRATION CERTIFICATE
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS - MISC\MENDLOWITS
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS -
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS - MISC\SANTECH
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS - MISC\TAMEKA\C\Users\Aaron
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS - MISC\TAMEKA
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS PAYMASTER\ALPHA OMEGA
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS PAYMASTER\IRON BRIDGE -
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS PAYMASTER\MACLIN
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS PAYMASTER\VIVSUR NV -
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\   X - CLIENTS PAYMASTER\XIPERIAS
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\Aaron PST
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\IMEX - America's Worldwide Exhibition for incentive travel, meetings and events..._files
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\LNG TRIAL
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\Outlook Files
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\Re DONE DEAL  AARON ETRA 17OCT TO VEGAS RETURN 19OCT   e ticket receipt_files
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\RE September Account Analysis
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\Re up to date quote for Barcelona_files
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\red asking them gto do._files
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\Registration _ IQ Elite_files
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\Scanned Documents
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\TAXES
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\TevaÂ® Official Site _ Checkout_files
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\UNITED  ETICKET RECEIPT 12 MAY TO
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\X - Marco Prister Transaction
\Users\aaronetra\Documents\Z - OLD GOOGLE DRIVE FILES\X - Marco Prister Transaction\Copy of Files
\Users\aaronetra\Documents\Zoom\2020-02-20 15.13.05 Cluster for Global Citizenship 107575802
\Users\aaronetra\Documents\Zoom\2020-05-13 13.08.11 Monthly COO Executive Committee Meeting
\Users\aaronetra\Documents\Zoom\2020-08-04 13.05.13 Aaron Etra's Zoom Meeting 82268505528
\Users\aaronetra\Documents\Zoom\2020-09-30 12.47.10 Margo LaZaro's Personal Meeting Room
\Users\aaronetra\Documents\Zoom\2020-10-25 20.20.34 My Meeting 81346062145
\Users\aaronetra\Downloads
\Users\aaronetra\Downloads\2022.10.06 Hearing Materials (1 of 2)
\Users\aaronetra\Downloads\Exhibits 1-8 to Letter to Judge Caproni[49]
\Users\aaronetra\Downloads\Exhibits 9-15 to Letter to Judge Caproni[35]
\Users\aaronetra\Downloads\IBOE_FOR_PRIMUS[92]
\Users\aaronetra\Library\Mobile Documents\com~apple~CloudDocs
\Users\aaronetra\Library\Mobile Documents\com~apple~CloudDocs\A_75_L.1 - E - A_75_L.1_files
\Users\aaronetra\Library\Mobile Documents\com~apple~CloudDocs\Downloads
```