

## LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.
### 353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
### TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

November 15, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/15/2023__

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

I represent Aaron Etra in the above-captioned matter for the limited purposes stated in the Court's Orders dated April 17, 2023 (Dkt. 322) and September 28, 2023 (Dkt. 383). I write to communicate a request from Mr. Etra acting in his capacity as *pro se* Respondent for adjournment of the conference scheduled for November 16, 2023 related to the ongoing privilege review of materials.

Mr. Etra via Corrlinks wrote to me that he respectfully requests to adjourn the conference:

> [T]o a time when I have had a chance to see in print when mailed to me here and respond to any relevant communication from Mr. Popofsky which he might have sent or send and have a reasonable time to prepare to deal with the content at a hearing before the Court.

> I cannot either turn on the harsh light in my cell or come out to the same harsh light in the common areas except for very limited periods and cannot focus on a computer screen except in even more limited times via the minimal facilities available to be shared by the 124 persons in this Unit and at great risk and strain to my eye conditions about which I have been severely cautioned by NY Eye and Ear.

Thank you,

/s/ Aaron Etra

Hon. Valerie Caproni
November 15, 2023
Page 2 of 2

I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

Cc:    All counsel (via ECF)
        Aaron Etra (via regular mail)

Application DENIED.  Mr. Etra has delayed this case and, more specifically, this forensic examination for too long.  The status conference scheduled for tomorrow, Thursday, November 16, 2023, at 11:00 A.M. will proceed as scheduled.

SO ORDERED.

11/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE