USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/15/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                Petitioner,

-against-

AARON ETRA,

                Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is scheduled for Thursday, November 16, 2023, at 11:000 A.M.;

IT IS HEREBY ORDERED that Benthos must make arrangements to have Ian Finch, senior forensic analyst from Vestige Digital Investigations, attend the status conference via telephone. He can access the conference by dialing 1-888-363-4749, using the access code 3121171, and the security code 3384. Mr. Finch is advised to mute his phone when not speaking. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date: November 15, 2023**
**New York, New York**

                **VALERIE CAPRONI**
              **United States District Judge**

1