USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                            Petitioner,

        -against-

AARON ETRA,

                            Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 29, 2023, the Court denied without prejudice Etra's motion for release from custody, *see* Order, Dkt. 371;

WHEREAS Etra appealed the Court's Order, *see* Not. of Appeal, Dkt. 377; and

WHEREAS the Second Circuit remanded for this Court to consider "whether the contempt sanction continues to be coercive or, having lost its coercive effect, has become punitive," *see* Order and Mandate, Dkts. 409-10;

WHEREAS the Second Circuit further said that "the district court may wish to consider expanding [Etra's] CJA representation so that he will have counsel with respect to the issues of compliance with the court's orders, in light of his extended incarceration," *Id.*

IT IS HEREBY ORDERED that the parties must appear for a hearing on **Thursday, November 30, 2023, at 10:00 A.M.** to address whether the continued incarceration of Mr. Etra is coercive and whether the appointment of Mr. McGuinness should be expanded to include representation with respect to compliance with the underlying orders. The hearing will be held

in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: November 20, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**