UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BENTHOS MASTER FUND, LTD.,                          :         NOTICE OF APPEARANCE

       Petitioner,                                          :
 -against-                                                      :         20 Civ. 3384 (VEC)

Aaron Etra,                                                         :


       Respondent,                                       :
-----------------------------------------------------------x


      Please take notice that I appear in this case for Respondent Aaron Etra. I certify that I am admitted to practice before this Court.


Dated:    New York, New York
             November 30, 2023


                                          By: /s/ Benjamin Silverman
                                               Benjamin Silverman