# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

November 30, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter. I write following the disclosure by Petitioner's counsel at the conference earlier today that a privileged document was found within a folder of documents produced from Respondent's laptop. Specifically, Petitioner came across a PDF of a document between Aaron Etra and his prior counsel from Federal Defenders in this matter. I subsequently requested via email that Petitioner identify the folder that the privileged document was in and pause review of that folder to allow me to search for additional privileged material. Petitioner declined. As such, I respectfully request that the Court order Petitioner to identify the particular folder the document was identified in and pause review of only that folder until I can review it for additional privileged materials.

    On November 16, 2023, the Court ordered files contained in 12 named folders from the forensic image of Respondent's computer be disclosed to Petitioner. Dkt. 408 at 2. The Court held, "there is no basis for any good faith assertion of privilege over files in these folders." *Id.* The PDF of an email communication between Aaron Etra and the federal defender who was appointed to represent him is indisputable evidence that there is a basis for a privilege assertion in at least one of the 12 folders produced. I respectfully request that Respondent be permitted to review that single folder for additional privileged materials before work continues. This application does not seek to halt review by Petitioner on any of the remaining 11 folders. I am not presently in possession of a forensic image of these files but will promptly review them once I receive them from either the third-party vendor or Petitioner who could potentially transmit them.

      I thank the Court in advance for its attention to this matter.

      Sincerely,

      Daniel A. McGuinness

Cc:    All counsel (via ECF)
       Aaron Etra (via regular mail)