# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

November 30, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter. I write to request authorization of CJA funds to obtain a forensic image of Mr. Etra's laptop and phone. The third-party vendor in possession of Mr. Etra's electronic devices, Vestige Digital Investigations ("Vestige"), previously provided a forensic image of Mr. Etra's laptop, which I transferred to Mr. Etra at the MDC pursuant to the Court's Order. Dkt. 383 at 4. Following the expansion of my appointment earlier today, I urgently require a forensic image both of Mr. Etra's laptop, and of his cell phone.

    Vestige informs me that the hard drive, copying, and shipping of the copies will cost approximately $800 and ship within one to two days. I respectfully request the Court permit reimbursement from CJA funds of the costs paid to Vestige for these copies up to $1,000 (in case the estimate is lower than the actual expense).

    I thank the Court in advance for its attention to this matter.

                                                   Sincerely,

                                                 Daniel A. McGuinness

Cc:    All counsel (via ECF)
          Aaron Etra (via regular mail)