**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023

# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

November 30, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter. I write to request authorization of CJA funds to obtain a forensic image of Mr. Etra's laptop and phone. The third-party vendor in possession of Mr. Etra's electronic devices, Vestige Digital Investigations ("Vestige"), previously provided a forensic image of Mr. Etra's laptop, which I transferred to Mr. Etra at the MDC pursuant to the Court's Order. Dkt. 383 at 4. Following the expansion of my appointment earlier today, I urgently require a forensic image both of Mr. Etra's laptop, and of his cell phone.

    Vestige informs me that the hard drive, copying, and shipping of the copies will cost approximately $800 and ship within one to two days. I respectfully request the Court permit reimbursement from CJA funds of the costs paid to Vestige for these copies up to $1,000 (in case the estimate is lower than the actual expense).

    I thank the Court in advance for its attention to this matter.

                                      Sincerely,

                                      Daniel A. McGuinness

Cc:    All counsel (via ECF)
        Aaron Etra (via regular mail)

Application GRANTED. The Court authorizes the use of up to $1000 of CJA funds for Mr. McGuinness to obtain forensic images of Mr. Etra's laptop and cellphone.

The Clerk of Court is respectfully directed to terminate the open motion at Docket Entry 419.

SO ORDERED.

*[signature: Valerie Caproni]*

12/1/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE