

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

December 1, 2023

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:     <u>**Benthos v. Etra, 20-CV-3384**</u>

Dear Judge Caproni:

In response to Dkt. 422, the e-mail in question was located in the "Personal" folder. In addition, as a follow-up to the Court's Order yesterday at Dkt. 417, Benthos respectfully requests that e-mails exchanged between Mr. Etra and Mel Dussel (of which we do not believe there are many, but as the Court is aware, both Mr. Etra and Mr. Dussel have represented that Mr. Dussel has been engaged in obtaining funds for Mr. Etra) be added to the penultimate decretal paragraph on page 4 of Dkt. 417, such that December 11th be a "firm deadline" for assertions of an attorney-client relationship between Mr. Etra and Mr. Dussel, as well as between Mr. Etra and Ms. Evans and Mr. Allesch.

Thank you for your consideration of this request.

Respectfully submitted,

Steven R. Popofsky

cc:    Daniel McGuinness (via ECF and e-mail)