# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

December 11, 2023

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. V. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter. I write to respectfully request that the Court modify the forensic protocol (Dkt. 383) to direct the return Mr. Etra's laptop and phone to me. Petitioner has declined to state whether it consents to this modification.

    My appointment was expanded on November 30, 2023 to include representation of Mr. Etra for all purposes. I promptly sought and received a drive containing the forensic image of Mr. Etra's phone and laptop from the third-party vendor, Vestige Digital Investigations ("Vestige") holding the devices. I have encountered significant technical issues and have not been able to access the data. I am informed that the software is not compatible with my iMac. The drive contents are viewable on a PC laptop but crashes when I try to load the iPhone contents onto Cellebrite application. Vestige has promptly responded to my communications but has not been able to offer a solution to my technical issues.

    Earlier today, Vestige informed me that it would be able to make any future productions from the forensic images that have been captured. As such, I am respectfully requesting that the devices be returned to me to permit any necessary compliance work on Mr. Etra's behalf. This request would alter the forensic protocol only as to timing of the return of Mr. Etra's devices, and would not disrupt future work under the protocol.

I thank the Court in advance for its continued attention to this matter.

Sincerely,

Daniel A. McGuinness

Cc: All counsel (via ECF)
Aaron Etra (via regular mail)