Aaron Etra
36170510
Brooklyn, MDC
Unit K83

By Hand

Judge Valerie Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 1007

November 30, 2023

Re: Benthos Master Fund, Ltd. v. Aaron Etra
20-CV-3384 (VEC)

Dear Judge Caproni,

I am filing this letter pursuant to your Order of November 16, 2023 and under penalty of perjury.

Please appreciate that this longhand communication is what I am capable of, being incarcerated in Unit K83 at Brooklyn MDC where harsh light conditions exist throughout and my Macular Degeneration and Glaucoma conditions permit only short periods of work and the computer

2

screens in my Unit pose great difficulty in my using them for extended periods of time even if I could have access to them in the limited periods we are not locked in our cells. Also, I would not wish to have privileged material seen or dealt with by others in the Unit.

Tracking the numbers for the email addresses in your November 16, 2023 Order, the following is my current best effort to provide the information asked-for regarding the basis for asserting that the emails are or may be privileged:

(1) Tracie Evans; 2 Clera Court, Cortlandt Manor, NY 10567; significantly before 2018 (I believe as early as 2007) to present; legal services for full range of business activities including contracts and negotiations.

(2), (3), (4) + (5; Magister Helmut Allesch; Gabelsbergerstrasse 2, Klagenfurt am Wörthersee, Austria; significantly before 2018

3.

(I believe around 2010) to present; legal services for this European fiduciary and those needing or using his services or counseling for business on financial transactions.

(5) Mel Dussel: 4912 Glendale Street, Metarie, LA 70008; significantly before 2018 (I believe around 2012) to present; legal services include counseling on business and not for profit activities.

(6) Paypal: is a service used by myself, clients, venders of goods and services for small sum purposes, so some attorney work product is involved.

(7) I have no recollection of that address.

(8) Giorgio Johnson: printed himself at CEO of a group of companies each called Reign; I have only used an email address in contacts with Mr. Johnson; significantly before 2018 (I believe it was 2015) to present;

4.

legal services included assistance in the domestic and international structuring of the companies in the Reign group and counseling on their operations and challenges faced.

(a) Paul Simms, London-based financial and business advisor with worldwide activities, significantly before 2018 (I believe around 2015) to present; legal services and counseling.

In further response to your Order, I wish to assert privilege for the Institute for Life Sciences Collaboration, which is the "ILSC" referred to in folders cited in the Order. From 2013 to the present I rendered legal services regarding its formation and its operations.

With your Honor's permission I would also like to expand on my other legal activities during 57 years of practice.

Respectfully submitted,

[signature]