LAW OFFICE OF
**BENJAMIN SILVERMAN**
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

December 14, 2023

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10004

    Re: *Benthos Master Fund, Ltd. v. Aaron Etra*, 20 Civ. 3384 (VEC)

Your Honor:

    I write to address the attached email (Ex. A) that was forwarded to me this evening by Mr. Etra's lead counsel and which pertains to a brief that I filed yesterday evening. In yesterday's filing (Dkt. 434), we discussed the relatively modest cost of forensically extracting and copying data. The discussion responded to Benthos' position that the costs are so prohibitive as to effectively deny it access to the data that Etra produced. Opposition Brief (Dkt. 429) at 3-4 ("Entirely apart from legal fee considerations, the hard-cost expense for the forensic expert of obtaining and reviewing those materials is daunting . . . . Thus even on respondent's own terms, Benthos has no reasonable prospect of access anytime soon . . . ."). Benthos referred to future costs of doing forensic work – and we responded to that argument.

    Benthos apparently emailed the Court to dispute the representation that Etra's counsel was told that copying the laptop and phone would cost $800 including shipping. The language in the brief is accurate. Upon reviewing the underlying correspondence (Ex. B), Benthos is also correct that the $800 applies only to copying data already extracted – as the laptop and cellphone data in this case is already extracted. In terms of the cost of extraction – which has already been done in this case, but about which Benthos apparently quibbles in its email to the Court – in 2019, a vendor charged the undersigned $500 to extract iPhone contents and an additional $1,500 to generate a

Hon. Valerie E. Caproni
December 14, 2023
Page 2

report.[1] Thus, the point in our replay remains that the sums at issue are not sufficiently substantial to prevent Benthos from "accessing" the data that Etra has produced to it.[2]

    It is remarkable that counsel wants to dig in on this issue – via email to the Court – while eliding the key reasons why we explain that Etra should be released. I am familiar with the sayings about how civil lawyers treat each other. But this is a proceeding where an old man is in jail. Other than to respond to questions in a court order, we will not further address Benthos' emails or letters about the motion for release (Dkt. 425) until next week's anticipated conference.

    We are available to answer any questions. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: Counsel of Record (by ECF)

---

[1] The invoice is in eVoucher and I can provide the docket number to the Court upon request. I do not include the information here because the fact of the work in that case is not a relevant, public fact; but it is available to the Court through eVoucher.

[2] Benthos' position is particularly perplexing because it wrote to the Court on November 14 that it wishes to spend the resources to search the entirety of Etra's laptop without being limited by his answers to discovery demands and interrogatories. Dkt. 404 at 3 n.3.

# Exhibit A



Daniel McGuinness <dan@legalmcg.com>

## 20cv3384 Benthos Master Fund, Ltd. v. Etra: Scheduling

**Steven Popofsky** <SPopofsky@kkwc.com>     Thu, Dec 14, 2023 at 5:12 PM
To: Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov>, Daniel McGuinness <dan@legalmcg.com>

Your Honor, further to the below, I reached out to the forensic expert Vestige this morning (in light of counsel's totally incorrect implication last night that providing us with the data from Mr. Etra's devices will cost only around $800 per device – that was the charge to send Mr. McGuinness a duplicate of what already had been sent) to ask about costs and to explore ways to vary the Forensic Protocol to everyone's advantage in terms of both cost and efficiency.  I just heard back from them and Mr. Kelley and/or Mr. Finch can be available (by phone) on Monday or Tuesday (preferably not between 11:30 and 12 on Monday or between 2:00 and 3:00 on Tuesday), and I strongly suggest that if possible, the Court tries to schedule a conference so that they can participate.  Thank you and please forgive the informal e-mail but it seemed appropriate to contact the Court as quickly as possible.

**STEVEN R. POPOFSKY**

**D** 212.880.9882    |    spopofsky@kkwc.com

**F** 212.986.8866    |



**Kleinberg, Kaplan, Wolff & Cohen, P.C.**

500 Fifth Avenue, New York, NY 10110

kkwc.com    |    Follow us on LinkedIn

[Read our latest insights](#) and sign up to receive our latest client alerts, invitations to events and more.

[Quoted text hidden]

# Exhibit B



Daniel McGuinness <dan@legalmcg.com>

## Benthos Master Fund Ltd. v. Aaron Etra, 20-civ-3384(VEC)

**Greg Kelley** <GKelley@vestigeltd.com>   Thu, Nov 30, 2023 at 3:09 PM
To: Daniel McGuinness <dan@legalmcg.com>
Cc: Steven Popofsky <SPopofsky@kkwc.com>, Alisa Benintendi <abenintendi@kkwc.com>, Benjamin Silverman <Benjamin@bsilvermanlaw.com>, Grace Spino <para@legalmcg.com>

The cost per image copy is $275. Then there is the shipping cost and the cost for the hard drive. I would estimate around $800 total.

**Greg Kelley**
Vestige Digital Investigations
*Turning Digital Evidence into Intelligence™*



**CyberSecurity** | **Digital Forensics** | **ESI Services**
T: 800.314.4357, x 5432
**www.vestigeltd.com**
Cleveland · Columbus · Denver · Pittsburgh · New York City





---

**From:** Daniel McGuinness <dan@legalmcg.com>
**Sent:** Thursday, November 30, 2023 2:15 PM
**To:** Greg Kelley <GKelley@vestigeltd.com>
**Cc:** Steven Popofsky <SPopofsky@kkwc.com>; Alisa Benintendi <abenintendi@kkwc.com>; Benjamin Silverman <Benjamin@bsilvermanlaw.com>; Grace Spino <para@legalmcg.com>
**Subject:** Re: Benthos Master Fund Ltd. v. Aaron Etra, 20-civ-3384(VEC)

> **WARNING:** External message. Take caution with any links or attachments.

I am going to need both.

--
Daniel A. McGuinness
Law Offices of Daniel A. McGuinness, P.C.

353 Lexington Ave, Ste 900
New York, NY 10016

Tel: (646) 360-0436
Fax: (888) 679-0585

This message contains confidential and privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received this message in error, please call (646) 360-0436 and ask to speak with the message sender. Also, we would appreciate your forwarding it back to us and deleting it from your system.

This e-mail and all other electronic (including voicemail) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

> On Nov 30, 2023, at 2:04 PM, Greg Kelley <GKelley@vestigeltd.com> wrote:
>
> Dan,
>
> Are we talking about the forensic image of the phone or the Mac?
>
> **Greg Kelley**
> Vestige Digital Investigations
> *Turning Digital Evidence into Intelligence™*
>
> <image001.png>
>
> CyberSecurity | Digital Forensics | ESI Services
> T: 800.314.4357, x 5432

legalmcg.com Mail - Benthos Master Fund Ltd. v. Aaron Etra, 20-civ-3384(VEC)  
Case 1:20-cv-03384-VEC-KHP   Document 436   Filed 12/14/23   Page 9 of 12  
12/14/23, 6:38 PM

**www.vestigeltd.com**
Cleveland · Columbus · Denver · Pittsburgh · New York City

<image002.jpg>

<image003.png>

---

**From:** Daniel McGuinness <dan@legalmcg.com>
**Sent:** Thursday, November 30, 2023 1:33 PM
**To:** Steven Popofsky <SPopofsky@kkwc.com>
**Cc:** Greg Kelley <GKelley@vestigeltd.com>; Alisa Benintendi <abenintendi@kkwc.com>; Benjamin Silverman <benjamin@bsilvermanlaw.com>; Grace Spino <para@legalmcg.com>
**Subject:** Re: Benthos Master Fund Ltd. v. Aaron Etra, 20-civ-3384(VEC)

> **WARNING:** External message. Take caution with any links or attachments.

Costs related to providing an additional hard drive to me would be paid by the Court as an expense of my assigned representation. Depending on the cost, I may have to seek prior authorization from the Court so please advise any costs in advance– including any costs "associated with responding".

Thanks,

Dan

On Thu, Nov 30, 2023 at 1:28 PM Steven Popofsky <SPopofsky@kkwc.com> wrote:

> To be clear, that cost, as well as any time associated with responding, if Mr. McGuinness orders it, would be paid from his end and not chargeable to Benthos. Dan, please confirm for Greg.
>
> Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: Daniel McGuinness <dan@legalmcg.com>

Date: 11/30/23 1:25 PM (GMT-05:00)

To: gkelley@vestigeltd.com

Cc: Steven Popofsky <SPopofsky@kkwc.com>, Alisa Benintendi <abenintendi@kkwc.com>, Benjamin Silverman <benjamin@bsilvermanlaw.com>, Grace Spino <para@legalmcg.com>

Subject: Benthos Master Fund Ltd. v. Aaron Etra, 20-civ-3384(VEC)

Mr. Kelley:

I have an urgent need for a copy of the forensic image that has been generated in this matter. The previous copy was delivered to the client in jail per Court order. Please advise the earliest I could receive it and any cost associated with it.

Also, to confirm, only an image of the laptop has been generated to date?

Thank you,

Dan

--

Daniel A. McGuinness

Law Offices of Daniel A. McGuinness, P.C.
353 Lexington Ave, Ste 900, New York, NY 10016
Tel: (646) 360-0436
Fax: (888) 679-0585
Cell: (646) 496-3057

This message contains confidential and privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee.  If you have received this message in error, please call (646) 360-0436 and ask to speak with the message sender.  Also, we would appreciate your forwarding it back to us and deleting it from your system. Thank you.

> This e-mail and all other electronic (including voicemail) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.
>
> ************************************************************************************
> CONFIDENTIALITY NOTICE:
> This email together with any attachments is confidential, intended for only the recipient(s) named above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error, or are not the named recipient(s), you are hereby notified that any use, dissemination, distribution or copying of this email or any attachments is strictly prohibited. Please immediately notify the sender at postmaster@kkwc.com and delete this email and any attachments from your computer. You should not retain, copy or use this email or any attachments for any purpose, or disclose all or any part of the contents to any person.
>
> Thank You.
>
> Kleinberg, Kaplan, Wolff & Cohen, P.C. reserves the right to monitor all email communications through its networks.
>
> For additional information about Kleinberg, Kaplan, Wolff & Cohen, P.C., including a list of attorneys, please see our website at www.kkwc.com.

--

Daniel A. McGuinness

Law Offices of Daniel A. McGuinness, P.C.
353 Lexington Ave, Ste 900, New York, NY 10016
Tel: (646) 360-0436
Fax: (888) 679-0585
Cell: (646) 496-3057

This message contains confidential and privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received this message in error, please call (646) 360-0436 and ask to speak with the message sender. Also, we would appreciate your forwarding it back to us and deleting it from your system. Thank you.

This e-mail and all other electronic (including voicemail) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

Vestige, Ltd makes no representations about the suitability of the information contained in the documents published in this e-mail. Vestige, Ltd intends for the information and data contained in this e-mail to be accurate and reliable, however, since the information and data have been compiled by Vestige, Ltd from a variety of sources, it may include technical inaccuracies or typographical errors and is provided 'as is.' This information is provided without warranty. In no event shall Vestige, Ltd be liable for any indirect or consequential damages resulting from use of this information.

Vestige, Ltd makes no representations about the suitability of the information contained in the documents published in this e-mail. Vestige, Ltd intends for the information and data contained in this e-mail to be accurate and reliable, however, since the information and data have been compiled by Vestige, Ltd from a variety of sources, it may include technical inaccuracies or typographical errors and is provided 'as is.' This information is provided without warranty. In no event shall Vestige, Ltd be liable for any indirect or consequential damages resulting from use of this information.