

**Steven R. Popofsky**
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

December 18, 2023

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

   Re: <u>Benthos v. Etra, 20-CV-3384</u>

Dear Judge Caproni:

  I write on behalf of Benthos in three respects in advance of our conference tomorrow.

  First, to apologize for my role in the squabbling and sniping among lawyers that the Court identified in its most recent order. That will not recur.

  Second, to report that nothing has been received from or on behalf of Mr. Etra during the past thirty days.

  Third, however, to also report that last week, Mr. Etra's counsel requested that we identify "which of the outstanding compliance [items]" are most pressing to Benthos. When I inquired – because it had seemed from respondent's motion papers that there was no current intention to provide documents or information, based on the arguments presented – counsel informed me that "my client is being held until he produces the [items in question] . . . [and] there is an obvious urgency for Mr. Etra and I am going to continue working on this over the weekend, so I ask that you address this promptly." I then did so, but note that that "urgen[t]" work provides compelling, if not dispositive, evidence that incarceration is continuing to have a coercive effect upon Mr. Etra. It is difficult (or impossible) to believe that he would be cooperating "urgen[tly]" (if at all) with his counsel had he already been released.

  We will be prepared to address all appropriate issues tomorrow, and thank the Court for its prompt scheduling of the conference.

Respectfully submitted,

*Steven R. Popofsky*

Steven R. Popofsky

cc: Counsel of Record (via ECF and e-mail)

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com
12513109.1 - 12/18/23