USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                          Petitioner,

       -against-

AARON ETRA,

                          Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 19, 2023, the parties appeared for a status conference; and

WHEREAS the parties informed the Court that they had reached an agreement for release of Mr. Etra in exchange for production of forensic images of the documents and emails contained on his electronic devices;

IT IS HEREBY ORDERED that the Court will hold a status conference on **Thursday, December 21, 2023, at 11:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that, not later than **Wednesday, December 19, 2023, at 6:00 P.M.**, the parties must file a proposed order, which captures the terms outlined in the parties' agreement, for the Court to enter at the December 21 conference.

**SO ORDERED.**

Date: December 19, 2023
      New York, New York

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**