**LAW OFFICE OF**
**BENJAMIN SILVERMAN**
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

MEMO ENDORSED

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2023

December 21, 2023

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10004

    Re:    *Benthos Master Fund, Ltd. v. Aaron Etra*, 20 Civ. 3384 (VEC)

Your Honor:

    I write respectfully to move to be relieved as counsel for Aaron Etra. My appointment was continued on November 30, 2023, to address "whether any of the outstanding items as to which Etra has been held in contempt raise legitimate Fifth Amendment privilege concerns; after Mr. Silverman completes his efforts with respect to that issue, he is relieved." Dkt. 417. That briefing is complete; and as Mr. Etra has been released from prison, all outstanding issues are moot. I therefore understand that my appointment is concluded, but respectfully make this motion for a clear record. Daniel McGuinness will continue to represent Mr. Etra.

    For the foregoing reasons, I respectfully move to be relieved as counsel for Aaron Etra. Thank you for your consideration.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman

cc: Counsel of record (by ECF)
    Aaron Etra

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Benjamin Silverman as counsel for Aaron Etra.

SO ORDERED.

*[signature: Valerie Caproni]*

12/22/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE