# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

January 5, 2024

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. v. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter. I write to comply with the Court's Order dated December 21, 2023 (Dkt. 441) directing Mr. Etra to provide the amount of his Social Security payments; when Social Security payments will begin being paid; and a proposed monthly budget. Mr. Etra informs me that he has followed up with the social security office numerous times, including a trip in person earlier today but has not yet received a date when the payments will resume. He expects that his social security payments will resume at the same amount of $1,200 per month. At that amount he proposes a budget of $700 per month for rent (as previously indicated, Dkt. 426), $110 per month for a Verizon phone and internet plan, and the remaining $390 per month for food and groceries.

    I thank the Court for its attention to this matter.

                                               Sincerely,

                                               Daniel A. McGuinness

Attachment

Cc:    All counsel (via ECF)
        Aaron Etra (via regular mail)