

<div style="text-align:right">
Steven R. Popofsky<br>
E-Mail: spopofsky@kkwc.com<br>
Direct Dial: 212.880.9882
</div>

January 18, 2024

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

   Re: **<u>Benthos v. Etra, 20-CV-3384</u>**

Dear Judge Caproni:

  Benthos hopes that Your Honor and your staff have all had a good start to the New Year. The Court's Order of December 21, 2023 (Dkt. 441) provided, among other things, that "Etra shall be subject to such reporting, spending, disclosure and other restrictions (to be promulgated by separate subsequent Order) as the Court deems reasonable" (id. p. 4). We respectfully request that the Court promulgate such restrictions when convenient, because otherwise Benthos will remain wholly in the dark about Mr. Etra's current and ongoing financial activities, including his expenditures and sources of funds.

  Should the Court wish suggestions from Benthos as to the contents of such an Order, please just advise us accordingly. Thank you.

<div style="margin-left:50%">
Respectfully submitted,

Steven R. Popofsky
</div>

cc: Daniel McGuinness (via ECF and e-mail)