



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/23/2024___

**MEMO ENDORSED**

**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

January 18, 2024

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

                   **Re:**    **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

        Benthos hopes that Your Honor and your staff have all had a good start to the New Year. The Court's Order of December 21, 2023 (Dkt. 441) provided, among other things, that "Etra shall be subject to such reporting, spending, disclosure and other restrictions (to be promulgated by separate subsequent Order) as the Court deems reasonable" (id. p. 4). We respectfully request that the Court promulgate such restrictions when convenient, because otherwise Benthos will remain wholly in the dark about Mr. Etra's current and ongoing financial activities, including his expenditures and sources of funds.

        Should the Court wish suggestions from Benthos as to the contents of such an Order, please just advise us accordingly. Thank you.

                                Respectfully submitted,

                                  Steven R. Popofsky

cc:   Daniel McGuinness (via ECF and e-mail)

The parties must meet and confer regarding proposed restrictions, reporting, and disclosures. By not later than **Wednesday, February 7, 2024**, the parties must file either a joint stipulation and proposed order if possible or, if not, proposed orders from each party, which should recognize that the Court's desire is to ensure that Etra complies with the Restraining Order.
SO ORDERED.

1/23/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com
12526628.1 - 01/18/24