

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

February 7, 2024

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:   **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

This letter relates to information discovered primarily in the ongoing review of Mr. Etra's recently-produced documents and to relief sought in connection therewith, and is independent of our accompanying letter and proposed order concerning the "reporting, spending, disclosure and other restrictions" required by the Court's orders of December 21, 2023 (Dkt. 441) and January 23, 2024 (Dkt. 447).

As the Court is aware, prior to his incarceration Mr. Etra engaged in quite extensive business activities, in the U.S. and abroad. Of course he was compensated for those activities. While we have largely been unable to identify where those funds came from, where they went or where they are now, we believe we are getting closer as a result of the documents finally made available, beginning last December, in connection with the forensic process.

Most significantly, Mr. Etra appears to have maintained more than two dozen cryptocurrency accounts (identified in the summary annexed hereto), none of which he ever had disclosed. Accordingly, we respectfully request an order directing Mr. Etra:

1. Not to engage in any activity in any cryptocurrency account (identified on the attached summary or otherwise) without prior authorization from the Court;

2. To provide Benthos, within one day of the Court's order, with the cryptocurrency exchange credentials for each of the wallets identified in the attached summary;[1] and

3. To provide Benthos, within five days of the Court's order, with statements from August 2020 through the present for each of the wallets identified in the summary, and for any other wallets that may have been located on any

---

[1] Benthos will not use those credentials for anything other than obtaining information about the contents of the wallets without prior authorization from the Court.



Hon. Valerie Caproni
February 7, 2024
Page 2

        Coinbase account or other cryptocurrency exchange account that he maintained during that period.

    We understand that it is not uncommon for individuals with Coinbase accounts to use Paypal for transfers in order to obtain use of the cryptocurrency. The documents have revealed a multitude of Paypal expenditures – all in violation of the restraining notice, needless to say – including from at least two previously-undisclosed "business debit card" accounts ending in 3245 and 2254. Accordingly, we respectfully request an order:

        4.        Directing Mr. Etra to produce, within five days of the Court's order, statements for all Paypal accounts he maintained, including but not limited to accounts ending in 3245 and 2254, between August 2020 and the present.

    We also have learned that Mr. Etra maintains an e-mail account with the address 18helios@gmail.com. Accordingly, we respectfully request an order:

        5.        Directing Mr. Etra to provide to the forensic expert Vestige, within one day of the Court's order, the password for the e-mail account 18helios@gmail.com.[2]

    We are learning as well about other previously undisclosed bank accounts and business activities, as to which we may seek relief from the Court in due course. However, particularly because Mr. Etra's underlying scam involved cryptocurrency and because of the large number of undisclosed Coinbase accounts, we deemed it appropriate to bring these emergency requests to the Court in advance of any other requests. Thank you.

                                    Respectfully submitted,

                                    Steven R. Popofsky

Encl.
cc (w/encl): Daniel McGuinness (via ECF and e-mail)

---

[2] If the Court so orders and if Mr. Etra complies, once Vestige has imaged the contents of the account, we will address with Mr. McGuinness and, if necessary, with the Court the next steps that might be appropriate.

## ETRA CRYPTOCURRENCY ACCOUNTS

| # | Account info/Wallet address | Potential Source | Financial Account |
|---|---|---|---|
| 1 | 0x23f06FCD5a5557E6F4a364627f0c83FA87c053a3 | Coinbase Wallet | CryptocurrencyWallet |
| 2 | 0x303E0158B8489a1CA0488319647f26Ccd63e99f0 | Coinbase Wallet | CryptocurrencyWallet |
| 3 | 0x3c203e898A00613AD9bB87585eE1Eba6E734B20A | Coinbase Wallet | CryptocurrencyWallet |
| 4 | 0x4e7497bda1431f2991B4a5FCbD23868ccd518853 | Coinbase Wallet | CryptocurrencyWallet |
| 5 | 0x8211E20E6A4D4E4E14a416B30FC7Bc9AAD4ECDfb | Coinbase Wallet | CryptocurrencyWallet |
| 6 | 0x823B6D0C1315461A1767C0B2F6F8Aa7f2A6221e2 | Coinbase Wallet | CryptocurrencyWallet |
| 7 | 0x86606aF25E10A2177480406d8fbA932E878efc4d | Coinbase Wallet | CryptocurrencyWallet |
| 8 | 0xbbD7f1bB36165fb46d6a8bA5382EB4403022E9fd | Coinbase Wallet | CryptocurrencyWallet |
| 9 | 0xD7d999BB390d6fB76Db2dB481B79A7bDd2901036 | Coinbase Wallet | CryptocurrencyWallet |
| 10 | 0xEfa574d0B6c4f94f229C1F6524068fd0835F885d | Coinbase Wallet | CryptocurrencyWallet |
| 11 | 261KsToawgTbV9FU52CsoFje3qBpqAprgH7oiSj5YjH2 | Coinbase Wallet | CryptocurrencyWallet |
| 12 | 45SQJzkhbkt6rTFCvYcvSpe9FVteUnsaKWW6H4pZugG6 | Coinbase Wallet | CryptocurrencyWallet |
| 13 | 582oDcJokJjhAV2FgsMdA6DQ6xezH22qc1d2jTALgfLk | Coinbase Wallet | CryptocurrencyWallet |
| 14 | 5BT61R3pfuXZmBuhY1UsffTNex2W6Z9ZPqTKHi62NhD8 | Coinbase Wallet | CryptocurrencyWallet |
| 15 | 66mmQJ9xjhJnfisSRP9J4cgLbDA7BygdfsuLPYmY7up4 | Coinbase Wallet | CryptocurrencyWallet |

| # | Account info/Wallet address | Potential Source | Financial Account |
|---|---|---|---|
| 16 | 92fJ8BifbrStVBcXfjmTEN6kiAgYTsGSQ8TQdkh4Ybrq | Coinbase Wallet | CryptocurrencyWallet |
| 17 | bc1qukgulxt2mvkd6qfd0wtnsxetlmglkyxz3gfsgn | Coinbase Wallet | CryptocurrencyWallet |
| 18 | bitcoincash:qpude4t6058ytgegejv47ny8znrtrpaewcea2mc3qq | Coinbase Wallet | CryptocurrencyWallet |
| 19 | DKMsmTnRcJz9xhPVcYuTTA2AMqkzuCfA7m | Coinbase Wallet | CryptocurrencyWallet |
| 20 | GC7HWI3WHLPNBE5FZBBIOBHYVF4JHWXUMR33MOQZCDND4RMLIXMQQAZI | Coinbase Wallet | CryptocurrencyWallet |
| 21 | Ghu39b4KJkhnpgiHpTkrZfE7EJobSnu2ie8NWQWujQKS | Coinbase Wallet | CryptocurrencyWallet |
| 22 | GwuM4YPV1fvdFoQ2FjCUWo1HCbbPFA3XF7x2G2gfV3u9 | Coinbase Wallet | CryptocurrencyWallet |
| 23 | GWZjjdDB8FgjVxnwN7ocPG5dW6MXR4ZuvDUN3D98iN2c | Coinbase Wallet | CryptocurrencyWallet |
| 24 | HSQtePRRmbV9wsn9wjdX7r8xThq14wG9iGnBLCybEoye | Coinbase Wallet | CryptocurrencyWallet |
| 25 | ltc1qmgrzcx4e75lx2pdtjfgccl4ftzycw0g4h55lug | Coinbase Wallet | CryptocurrencyWallet |
| 26 | rabjFQrC2rvwbuF4hWrpMCsJjQRgdQ6rAH | Coinbase Wallet | CryptocurrencyWallet |
| 27 | Account Name BRITEBANC GROUP, LLC<br>Bank: TRUIST (Formerly Suntrust)<br>Bank Address<br>650 CELEBRATION AVE<br>CELEBRATION FL 34747<br>BIC\|SWIFT CODE SNTRUS3A<br>Account Number 1000259049491<br>Routing Number 061000104 | BriteBank USD/USD account | BriteBank Crypto Account |