# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

February 7, 2024

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

    Re: *Benthos Masters Fund, LTD. v. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter. I write in response to Petitioner's second letter filed today. Unfortunately, Petitioner neglected to bring any of these matters to my attention prior to filing with the Court. Doubtless, many if not all of these matters can be resolved without Court intervention. I ask that the Court allow me two weeks to confer with counsel and my client to try to settle these matters or otherwise respond to Petitioner's submission. I note that Mr. Etra remains subject to a restraining order which would not allow him to transfer money by bitcoin or otherwise.

    Additionally, counsel for Petitioner has repeatedly refused both to raise issues with me before bringing them to the Court and refused to state his positions on my proposed applications prior to my filing them, I respectfully request that the Court require the parties to meet-and-confer prior to the filing of any future motions.

    I thank the Court for its attention to this matter.

                                                              Sincerely,

                                                              Daniel A. McGuinness

Cc:    All counsel (via ECF)