USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/9/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                              Petitioner,

            -against-

AARON ETRA,

                              Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 21, 2023, the Court Ordered Respondent Aaron Etra ("Respondent" or "Etra") to be released from custody subject to stated conditions, *see* Release Order, Dkt. 441; and

WHEREAS the Release Order stated that (i) Etra will remain subject to the Restraining Notice (*see* Restraining Notice, Dkt. 211-5); (ii) Etra may not travel domestically outside of the states of New York, New Jersey or Connecticut without prior permission of the Court after Benthos has had a reasonable opportunity to be heard; (iii) Etra's passport will be held in the custody of the Clerk of the Court; and (iv) Etra shall be subject to such reporting, spending, disclosure and other restrictions (to be promulgated by separate subsequent Order) as the Court deems reasonable;

IT IS HEREBY ORDERED THAT beginning on March 5, 2024, not later than the 5th day of each month (or the first business day thereafter if the 5th falls on a weekend or federal holiday), Etra must transmit to Petitioner a copy of monthly statements for all financial accounts that he owns, controls, or has a financial interest in, including but not limited to, all bank accounts (*e.g.*, checking, savings, or escrow), credit card accounts, brokerage accounts,

cryptocurrency accounts, and electronic fund transfer accounts (*e.g.*, Venmo, CashApp, etc.) (collectively "Etra Monthly Financial Statements").  The required production of Etra Monthly Financial Statements on March 5, 2024, must include all such documents for January 2024 and February 2024; thereafter, each monthly production will cover the single prior month.

IT IS FURTHER ORDERED that the Etra Monthly Financial Statements produced to Petitioner must be accompanied by a statement, signed by Etra, that states the following:

(i)     I, Aaron Etra, certify under penalty of perjury that the Etra Monthly Financial Statements attached include all statements for all financial accounts, including bank accounts (e.g., checking, savings, or escrow), credit card accounts, brokerage accounts, cryptocurrency accounts, and electronic fund transfer accounts (e.g., Venmo, CashApp, etc.), in which I have any interest.

(ii)    I further certify under penalty of perjury that I have received no gifts of cash or other items of value in the prior month [two months for the certification due on March 5, 2024], other than gifts that have previously been disclosed to Petitioner or are included in the Etra Monthly Financial Statements.

(iii)   I further certify under penalty of perjury that during the prior month [two months for the certification due on March 5, 2024] I have received no income, other than [a list including all income from any source, with the source, amount, and date of receipt listed] and social security retirement income.

(iv)    I further certify under penalty of perjury that during the prior month [two months for the certification due on March 5, 2024] I have not traveled outside of New York, Connecticut and New Jersey.

IT IS FURTHER ORDERED that if Etra receives any cash gift or any item of value worth more than $50, within seven (7) days of receipt, he must inform Petitioner of the source of the gift or item of value and the amount or item received, except as to cash, securities, or cryptocurrency deposited into an account as to which a monthly statement will be included in the Etra Monthly Financial Statements provided to Petitioner on the 5th day of the following month.

IT IS FURTHER ORDERED that if Etra changes residences, he shall provide his new address, along with a copy of any lease or, if no lease exists, the terms of tenancy to Petitioner within seven (7) days of changing residences.

IT IS FURTHER ORDERED that nothing in this Order shall be deemed to restrict or limit either parties' rights or privileges in this action.


**SO ORDERED.**


**Date:  February 9, 2024**
     **New York, New York**                                **VALERIE CAPRONI**
                                                           **United States District Judge**