USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2024

# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

February 7, 2024

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: *Benthos Masters Fund, LTD. v. Aaron Etra*, 20-cv-3384 (VEC)

Dear Judge Caproni,

    I represent Aaron Etra in the above-captioned matter. I write in response to Petitioner's second letter filed today. Unfortunately, Petitioner neglected to bring any of these matters to my attention prior to filing with the Court. Doubtless, many if not all of these matters can be resolved without Court intervention. I ask that the Court allow me two weeks to confer with counsel and my client to try to settle these matters or otherwise respond to Petitioner's submission. I note that Mr. Etra remains subject to a restraining order which would not allow him to transfer money by bitcoin or otherwise.

    Additionally, counsel for Petitioner has repeatedly refused both to raise issues with me before bringing them to the Court and refused to state his positions on my proposed applications prior to my filing them, I respectfully request that the Court require the parties to meet-and-confer prior to the filing of any future motions.

    I thank the Court for its attention to this matter.

Sincerely,

*/s/ Daniel A. McGuinness*

Daniel A. McGuinness

Cc:    All counsel (via ECF)

By not later than **Thursday, February 15, 2024**, the parties must meet and confer in person for at least one hour to resolve the disputes regarding (1) the previously undisclosed cryptocurrency accounts listed in the letter at docket entry 449, and (2) Mr. Etra's request that his laptop and cell phone be returned to him. The Court expects counsel for both parties to work together collegially.

By not later than **Wednesday, February 21, 2024**, the parties must submit one joint letter updating the Court on the parties' positions on the above-listed issues. Even if the parties cannot agree, they must submit a single letter. For each topic, the parties can either state that they agree on a proposed resolution or provide their respective positions.

The parties must appear for a status conference on **Friday, February 23, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

2/9/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE