

Steven R. Popofsky
E-Mail: spopofsky@kkwc.com
Direct Dial: 212.880.9882

February 12, 2024

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: <u>**Benthos v. Etra, 20-CV-3384**</u>

Dear Judge Caproni:

I am writing on behalf of counsel for both parties with the following joint requests:

- First, because Mr. McGuinness is ill and is considerately concerned that he may still be contagious as the week goes on, with Your Honor's permission we intend to confer, as directed in your order from last Friday, by videoconference rather than in person.

- Second, because Mr. McGuinness will be away the week of February 19-23, we respectfully request that the conference now scheduled for the 23rd be adjourned until either February 26, the afternoon of the 27th or 28th, February 29th, or any day and time between March 4th and March 7th.

- Because I will be working remotely far from New York for several weeks, we respectfully request that the above-referenced court conference be conducted by telephone, or by videoconference (or alternatively that I and my client be permitted to so appear). Counsel for Mr. Etra has graciously consented to this request.

We thank you for your consideration.

Respectfully submitted,

s/

Steven R. Popofsky

cc: Daniel McGuinness (by e-mail and ECF)