

**Steven R. Popofsky**
E-Mail: *spopofsky@kkwc.com*
Direct Dial: 212.880.9882

February 13, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/13/2024
```

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: **Benthos v. Etra, 20-CV-3384**

Dear Judge Caproni:

    Further to my letter of February 12th and the Court's order of that same date at Dkt. 455, I will be working remotely from Largo, Florida beginning Friday, February 16 through March 22nd.[1] At this juncture, I am the only lawyer at my firm with knowledge of the developments in this matter over the past several months that will be the subject (and/or the backdrop) of any conference in the foreseeable future. It would be personally burdensome, as well as costly, for me to have to fly back to New York to attend a conference in this case, and it would be very expensive for my client if I would have to make another lawyer sufficiently familiar with the situation to appear before the Court without me.

    If I were not permitted to appear by telephone or video, Benthos would likely have to withdraw any pending requests that would require the conference. (I expect that we will work out Mr. McGuinness's request(s) such that no conference will be required in that regard.) Benthos understands it may need to do that, but hopes not to be put in that position. Mr. McGuinness has graciously confirmed his consent to appear remotely himself with his client, or to appear in court with his client without my physical presence if the Court so authorizes.

    I apologize for the inconvenience and respectfully renew the request, as permitted by Dkt. 455, to appear remotely at the upcoming conference now scheduled for February 28th. Thank you.

                                               Respectfully submitted,
                                               s/
                                               Steven R. Popofsky

cc: Daniel McGuinness (by e-mail and ECF)

---

[1] I will also be away from New York, in the state of Texas, on a combination of vacation and working remotely, between April 4th and April 12th.

Application GRANTED. On February 28, 2024, at 2:30 P.M., the parties may appear by phone by dialing 1-888-363-4749, using the access code 3121171, and the security code 3384. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

SO ORDERED.

2/13/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE