


**Steven R. Popofsky**
*E-Mail: spopofsky@kkwc.com*
*Direct Dial: 212.880.9882*

February 21, 2024

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

**Re: <u>Benthos v. Etra, 20-CV-3384</u>**

Dear Judge Caproni:

I am writing on behalf of counsel to both parties, following our extensive conferring last week. With the Court's February 9, 2024 Order (Dkt. 452) now in place, Benthos has consented to the return of Mr. Etra's laptop and cellphone. I was previously incorrect when I stated that two paypal accounts identified in my February 7 letter (Dkt. 449) were "previously-undisclosed," as it turns out that Mr. Sklar had identified one of those accounts and Mr. Etra had signed a letter to PayPal requesting documents (Dkt. 347-11). (Mr. McGuinness reports that Mr. Etra believes there was only one account and the reason for two account numbers is that he required a replacement card that created a new account number.) Although no statements have been provided to date, Mr. Etra has sent a new letter requesting documents from Paypal and has agreed to provide responsive documents when received. Mr. Etra has also sent a letter requesting statements and information concerning the Britebanc account (No. 27) identified on the chart attached to my aforementioned letter.

With regard to the important issue of the remaining wallet addresses identified on that chart, Mr. McGuinness and I both have been hampered by technical difficulties (and Mr. McGuinness is on vacation this week, although we are in contact). We will update the Court as soon as possible regarding the existence and scope of disputes concerning those items.

In addition, Benthos has requested that Mr. Etra agree to produce certain categories of documents. Respective counsel are discussing those requests and we will report to the Court in advance of the February 28th conference so that any dispute can be addressed by Your Honor at that time.

We thank you for your consideration and look forward to the conference, in advance of which we will provide further information as set forth above.

Respectfully submitted,

s/

Steven R. Popofsky






cc: Daniel McGuinness (by e-mail and ECF)