USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                          Petitioner,

      -against-

AARON ETRA,

                         Respondent.

20-CV-3384 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties appeared for a telephone status conference on February 28, 2024 (the "Conference");

IT IS HEREBY ORDERED that, for the reasons stated at the Conference and upon consent of both parties, Mr. Etra may not delete any apps from his phone until further order of the Court.

IT IS FURTHER ORDERED that, for the reasons stated at the Conference, Etra's deadline to object to Petitioner's most recent set of document requests, which were attached to the parties' joint letter at docket entry 460, is **Tuesday, March 19, 2024**. Any categories of documents to which Etra does not object must be produced by no later than **Friday, March 29, 2024**.

**SO ORDERED.**

Date: **February 28, 2024**
      New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**