USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                         Petitioner,

      -against-

AARON ETRA,

                         Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 21, 2023, the parties agreed that Mr. Etra would be released from custody in exchange for Mr. Etra turning over the contents of his electronic devices and complying with various restrictions and reporting requirements, *see* Order, Dkt. 441;

    WHEREAS on February 9, 2024, and February 28, 2024, the Court outlined the specific restrictions and reporting requirements on Mr. Etra, *see* Orders, Dkts. 452, 461;

    WHEREAS the Court ordered that, beginning on March 5, 2024, by not later than the 5th day of each month, Mr. Etra must transmit to Benthos his financial statements and a financial affidavit detailing his financial activity from the previous month, *see* Order, Dkt. 452;

    WHEREAS seven monthly reporting deadlines have passed since the Court's February Orders; and

    WHEREAS the parties have neither notified the Court that Mr. Etra has failed to comply with a deadline nor sought any relief from the Court;

IT IS HEREBY ORDERED that given the extended period of inaction in this matter, by not later than **Friday, October 4, 2024**, the parties must show cause why the case should not be closed.

**SO ORDERED.**

|  |  |
|---|---|
| **Date: September 20, 2024**<br>**New York, New York** | **VALERIE CAPRONI**<br>**United States District Judge** |