USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTHOS MASTER FUND, LTD.,

                        Petitioner,

     -against-

AARON ETRA,

                        Respondent.

20-CV-3384 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge,

    WHEREAS on February 9, 2024, the Court issued an order detailing conditions of Respondent Aaron Etra's release, *see* Dkt. 452;

    WHEREAS on September 20, 2024, given the extended period of inaction in this matter, the Court ordered the parties to show cause why the case should not be closed by not later than Friday, October 4, 2024, *see* Dkt. 462;

    WHEREAS Petitioner Benthos Master Fund, Ltd. ("Benthos") filed a letter requesting that the conditions of release in the Court's Order at Dkt. 452 remain in place indefinitely, *see* Dkt. 463; and

    WHEREAS Mr. Etra did not respond to the Court's Order at Dkt 462;

    IT IS HEREBY ORDERED that the conditions set forth in the Court's February 9, 2024 Order at Dkt. 452 will remain in place until the parties notify the Court that the Judgment in favor of Benthos, *see* Dkt. 15, is satisfied;

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Date: October 17, 2024**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**